UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,** | Civil Action No. 2:20-cv-00023-WOB-CJS |
| Plaintiff, | |
| | Judge William O. Bertelsman |
| v. | Magistrate Judge Candace Smith |
| | **ORDER** |
| **THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES** | |
| Defendant. | |

This matter is before the Court upon Defendant The New York Times Company d/b/a The New York Times's ("Defendant") Motion to Dismiss Plaintiffs' Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). Based upon the parties' briefs, and the record before the Court, it is hereby ordered that Defendant's Motion to Dismiss is **GRANTED**, and Plaintiffs' Complaint (Doc. 1) is dismissed with prejudice.

**SO ORDERED THIS ___ DAY OF _____, 2020**

Tendered by:

/s/ John C. Greiner
John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St.
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.com

   &

J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

ATTORNEYS FOR DEFENDANT

10238414.1