UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-23-WOB-CJS

NICHOLAS SANDMANN, by and
through his parents and natural guardians,
TED SANDMANN and JULIE SANDMANN                                     PLAINTIFF

v.                                              ORDER

THE NEW YORK TIMES COMPANY
d/b/a THE NEW YORK TIMES                                            DEFENDANT

* * * * * * * * * *

The Court's Order of April 27, 2020, required Attorney Nikki Baker to take further action by May 7 seeking admission to practice in this Court generally or to practice pro hac vice. (R. 16). A Notice of Nonrepresentation has been filed (R. 15), though this filing is insufficient to remove Attorney Baker as an attorney of record for Plaintiff, as explained in the Court's Order (R. 17). But the filing of the Notice suggests that Attorney Baker does not intend to take any action to be admitted to practice in this Court generally or to be admitted pro hac vice for this case specifically. The deadline specified in the Court's Order to take any such further action having now expired; accordingly,

**IT IS ORDERED** that the Clerk of Court shall term Attorney Nikki Baker as co-counsel for Plaintiff in this action and, following service of this Order, shall remove her from the case service list.

Dated this 13th day of May, 2020.



Signed By:
Candace J. Smith
United States Magistrate Judge