# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | |
|---|---|
| NICHOLAS SANDMANN, by and through his parents and natural guardians, TED SANDMANN and JULIE SANDMANN,<br><br>Plaintiff,<br>v.<br><br>THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES,<br><br>Defendant. | CASE NO. 2:20-cv-00023-WOB-CJS<br><br>JUDGE BERTELSMAN<br><br>MAGISTRATE JUDGE SMITH<br><br>AFFIDAVIT OF L. LIN WOOD IN SUPPORT OF MOTION TO REMOVE L. LIN WOOD AS ATTORNEY OF RECORD FOR PLAINTIFF NICHOLAS SANDMANN |

I, L. Lin Wood, having been duly cautioned and sworn, state that I have personal knowledge of the facts contained in this Affidavit, that I am competent to testify in the matters herein, that I am over the age of 18, and that all of the statements contained herein are accurate and true, as I verily believe:

1. I am an attorney of record for Plaintiff Nicholas Sandmann in the above-captioned action.

2. Plaintiff Nicholas Sandmann has asked that I withdraw as his counsel, and I hereby agree to withdraw and consent to his request.

State of GEORGIA )
 ) SS: _____
County of FULTON )

The foregoing Affidavit was signed, acknowledged and sworn to before me on this 1 day of February 2021, by L. Lin Wood.

_____
Notary Public

