UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN**, <br><br> Plaintiff, <br><br> v. <br><br> **THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES** <br><br> Defendant. | Civil Action No. 2:20-cv-00023-WOB-CJS <br><br> Judge William O. Bertelsman <br> Magistrate Judge Candace Smith <br><br> **DEFENDANT THE NEW YORK TIMES COMPANY'S MOTION TO STRIKE REPORT AND TESTIMONY OF CRAIGE ROBERTS** <br><br> **ORAL ARGUMENT REQUESTED** |

Defendant The New York Times Company d/b/a The New York Times ("The Times"), moves for an order granting The Times's motion to strike the report and testimony of Craige Roberts for the reasons stated in the accompanying Defendants' Joint Memorandum of Law in Support of Motion to Strike Report and Testimony of Craige Roberts, and proposed order. Defendant requests oral argument on its Motion.

Respectfully submitted,

/s/ Darren W. Ford
J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

&

John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St.
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.com

ATTORNEYS FOR DEFENDANT
THE NEW YORK TIMES COMPANY

11616821.1