# EXHIBIT A



## Planet Depos®
We Make It *Happen*™

# Transcript of Craige Roberts, Ph.D.

**Date:** December 7, 2021
**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

------------------------------X

NICHOLAS SANDMANN, by and        :
Through his parents and natural
Guardians,  TED SANDMANN and     :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
            V                      19-CV-00056-WOB-CJS
NBCUNIVERSAL MEDIA, LLC,          :
                 Defendant.
                                  :

------------------------------ X

NICHOLAS SANDMANN, by and        :
Through his parents and natural
Guardians, TED SANDMANN and      :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
            V                      20-CV-00023-WOB-CJS
                                  :
THE NEW YORK TIMES COMPANY
D/B/A THE NEW YORK TIMES,        :
                 Defendant.
                                  :

------------------------------ X

NICHOLAS SANDMANN, by and        :
Through his parents and natural
Guardians, TED SANDMANN and      :
JULIE SANDMANN,
                 Plaintiff,  : Case No.
            V                      20-CV-00024-WOB-CJS
                                  :
CBS NEWS, INC., et al.,
                 Defendants. :

------------------------------ X

Job No.:  416134

Pages 1 - 224

Reported by:  Lisa M Barrett

1    (continued caption)

2    ------------------------------ X

3    NICHOLAS SANDMANN, by and        :
     through his parents and natural
4    Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
5                    Plaintiff,    : Case No.
                      V            :  2:20-CV-00025-WOB-CJS
6                                   :
     ABC NEWS, INC., et al.,
7                    Defendants.   :

8    ------------------------------ X

9    NICHOLAS SANDMANN, by and        :
     Through his parents and natural
10   Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
11                   Plaintiff,    : Case No.
            V                         2:20-CV-00026-WOB-CJS
12
     GANNETT CO.,INC. AND GANNETT    :
13   SATELLITE INFORMATION NETWORK,
     LLC,
14                   Defendants.   :

15   ------------------------------ X

16   NICHOLAS SANDMANN, by and        :
     Through his parents and natural
17   Guardians, TED SANDMANN and      :
     JULIE SANDMANN,
18                   Plaintiff     : Case No.
            V                         2:20-CV-00027-WOB-CJS
19                                   :
     ROLLING STONE, LLC, et al.,
20                   Defendants.   :

21   ------------------------------ X

22        Deposition of CRAIGE ROBERTS, Ph.D.

23        Conducted in-person and virtually

24     Tuesday, December 7, 2021 at 9:30 a.m.

25

1              Deposition of CRAIGE ROBERTS, Ph.D.,

2     conducted in-person and virtually,

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22              Pursuant to Notice, before Lisa M

23     Barrett, Notary Public for the State of

24     Maryland.

25

```
 1              A P P E A R A N C E S:

 2    Tuesday, December 7, 2021:

 3    ON BEHALF OF THE PLAINTIFF:

 4              TODD V. McMURTRY, ESQUIRE

 5              WILL HUBER, ESQUIRE

 6              HEMMER DEFRANK WESSELS, PLLA

 7              250 Grandview Drive, Suite 500

 8              Ft. Mitchell, Kentucky 41017

 9              859.344.1188

10    ON BEHALF OF THE DEFENDANTS ABC NEWS, INC.,
      ABC NEWS INTERACTIVE, INC. AND THE WALT DISNEY
11    COMPANY:

12              MEENAKSHI KRISHNAN, ESQUIRE

13              DAVIS WRIGHT TREMAINE, LLP

14              1301 K Street, Northwest,

15              Suite 500 Washington, DC 20005

16              202.973.4499

17    ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
      VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
18

19              JESSICA LAURIN MEEK, ESQUIRE

20              DENTONS BINGHAM GREENBAUM, LLP

21              10 West Market Street, Suite 2700

22              Indianapolis, Indiana 46204

23              317.635.8900

24

25         A P P E A R A N C E S (Continued)
```

1   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
    VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
2

3            NATALIE J. SPEARS, ESQUIRE

4            DENTONS US, LLP

5            233 South Wacker Drive Suite 5900

6            Chicago, Illinois 60606

7            312.876.8000

8

9   ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC
    AND PENSKE MEDIA CORPORATION:
10

11           KEVIN T. SHOOK, ESQUIRE

12           RYAN GOELLNER, ESQUIRE

13           FROST BROWN TODD, LLC

14           10 West Broad Street

15           Columbus, Ohio 43215

16           615.565.1222

17

18  ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
    AND GANNETT SATELLITE INFORMATION NETWORK, LLC:

19           MICHAEL P. ABATE, ESQUIRE

20           KAPLAN JOHNSON

21           ABATE & BIRD, LLP

22           710 West Main Street 4th Floor

23           Louisville, Kentucky 40202

24           502.540.8280

25        A P P E A R A N C E S:   (Continued)

```
 1    ON BEHALF OF THE DEFENDANTS GANNETT CO., INC.
      AND GANNETT SATELLITE INFORMATION NETWORK, LLC:
 2

 3            MICHAEL J. GRYGIEL, ESQUIRE

 4            GREENBERG TRAURIG, LLP

 5            54 State Street 6th Floor Albany,

 6            New York 12207

 7            518.689.1400

 8    ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA, LLC
      AND THE NEW YORK TIMES COMPANY D/B/A
 9    THE NEW YORK TIMES:

10            DARREN W. FORD, ESQUIRE

11            GRAYDON HEAD & RITCHEY, LLP

12            2400 Chamber Center Drive, Suite 300

13            Ft. Mitchell, Kentucky 41017

14            859.578.3071

15

16    Also present:  David Hernandez, Videographer,

17              Socrates Matthews, Planet Depos AV Technician

18

19

20

21

22

23

24

25
```

1                     C O N T E N T S

2

3       EXAMINATION OF CRAIGE ROBERTS, Ph.D.          PAGE

4       By MS. SPEARS:                                12

5                     E X H I B I T S

6

7       EXHIBIT              DESCRIPTION              PAGE

8

9       Exhibit A     Expert Report of Craige        47
                      Roberts, Ph.D

10

11      Exhibit B     Document entitled: Craig       223
                      Roberts, Sandmann

12                    deposition notes, December
                      7, 2021

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    --- Commencing at 9:59 a.m.                        09:59:03

2            REMOTE TECHNICIAN:  Thank you to           09:59:03

3    everyone for attending this proceeding remotely    09:59:28

4    which we anticipate will run smoothly.             09:59:30

5            Please remember to speak slowly and do     09:59:32

6    your best not to talk over one another.            09:59:34

7            Please be aware that we are recording      09:59:36

8    this proceeding for back up purposes.  Any         09:59:38

9    off-the-record discussions should be had away from 09:59:40

10   the computer.                                      09:59:42

11           Please remember to mute your mic for       09:59:43

12   those conversations.  Please have your video       09:59:45

13   enabled to help the reporter identify who is       09:59:46

14   speaking.                                          09:59:48

15           If you are unable to connect with video    09:59:49

16   and are connecting via phone, please identify      09:59:51

17   yourself each time before speaking.  I apologize   09:59:54

18   in advance for any technical-related               09:59:56

19   interruptions.  Thank you.                         09:59:59

20           THE VIDEOGRAPHER:  Here begins number 1    10:00:01

21   for the videotape deposition of Craige Roberts in  10:00:03

22   the matter of --                                   10:00:08

23           MS. SPEARS:  I'll read the matters         10:00:11

24   listed here.  This is the video-recorded           10:00:12

25   deposition of Nicholas Sandmann in the matter of   10:00:14
```

| | | |
|---|---|---|
| 1 | Nicholas Sandmann et al. versus NBCUniversal Media | 10:00:20 |
| 2 | LLC.  Case number 19-CV-00056-WOB-CJS. | 10:00:20 |
| 3 | In the case of Nicholas Sandmann versus | 10:00:26 |
| 4 | the New York Times.  Case Number | 10:00:30 |
| 5 | 20-CV-00023-WOB-CJS.  In the matter of Nicholas | 10:00:30 |
| 6 | Sandmann versus CBS News, Inc., et al.  Case | 10:00:36 |
| 7 | Number 20-CV-00024-WOB-CJS. | 10:00:36 |
| 8 | In the matter of Nicholas Sandmann | 10:00:57 |
| 9 | versus Nicholas Sandmann, et al. versus ABC News, | 10:01:01 |
| 10 | Incorporated, et al., Case Number | 10:01:01 |
| 11 | 2:20-CV-00025-WOB-CJ. | 10:01:01 |
| 12 | In the matter of Nicholas Sandmann | 10:01:01 |
| 13 | versus Rolling Stone, LLC, et al.  Case Number | 10:01:01 |
| 14 | 2:20-CV-00027-WOB-CJS. | 10:01:01 |
| 15 | THE VIDEOGRAPHER:  Today's date it's | 10:01:12 |
| 16 | December 7th -- | 10:01:12 |
| 17 | -- (overspeaking) -- | 10:01:14 |
| 18 | MS. SPEARS:  One more.  Sorry, it's not | 10:01:16 |
| 19 | on the caption here.  But in the matter of | 10:01:16 |
| 20 | Nicholas Sandmann versus Gannett Company Inc., et | 10:01:18 |
| 21 | al. and that's case number 20-CV-00026-WOB-CJS. | 10:01:22 |
| 22 | THE VIDEOGRAPHER:  Today's date is | 10:01:32 |
| 23 | December 7th, 2021 and the time is 10:01 a.m. | 10:01:33 |
| 24 | The videographer today is David | 10:01:37 |
| 25 | Hernandez representing Planet Depos. | 10:01:37 |

| | | |
|---|---|---|
| 1 | This video deposition is taking place | 10:01:42 |
| 2 | at Dentons US LLP at 1221 Avenue of the Americas, | 10:01:45 |
| 3 | New York. | 10:01:50 |
| 4 | Will counsel please identify themself | 10:01:51 |
| 5 | and state whom they represent. | 10:01:52 |
| 6 | MR. FORD:  Good morning, this is Darren | 10:01:57 |
| 7 | Ford.  I'm sorry, go ahead, Natalie. | 10:01:58 |
| 8 | MS. SPEARS:  Go ahead, Darren. | 10:02:02 |
| 9 | MR. FORD:  Oh, this is Darren Ford | 10:02:04 |
| 10 | representing New York Times Company and | 10:02:05 |
| 11 | NCBUniversal Media LLC. | 10:02:08 |
| 12 | MR. HUBER:  Will Huber for the | 10:02:12 |
| 13 | plaintiff, Nicholas Sandmann. | 10:02:14 |
| 14 | MR. SHOOK:  Good morning, this is Kevin | 10:02:16 |
| 15 | Shook.  I'm with Frost Brown Todd, LLC. | 10:02:19 |
| 16 | With me today Ryan Goellner also with | 10:02:22 |
| 17 | Frost Brown Todd LLC.  We represent Rolling Stone. | 10:02:23 |
| 18 | MS. KRISHNAN:  Good morning.  Meenakshi | 10:02:29 |
| 19 | Krishnan representing ABC. | 10:02:31 |
| 20 | MR. ABATE:  Michael Abate with Kaplan, | 10:02:36 |
| 21 | Johnson Abate and Bird, co-counsel for Gannett Co. | 10:02:38 |
| 22 | Inc. and Gannett Satellite Information Network on | 10:02:40 |
| 23 | behalf of USA Today. | 10:02:44 |
| 24 | This is Michael Grygiel, Greenberg | 10:02:46 |
| 25 | Traurig.  Co-counsel with Mr. Abate for the | 10:02:47 |

| | | |
|---|---|---|
| 1 | Gannett Company and Gannett Satellite Information | 10:02:47 |
| 2 | Network as the publisher of USA Today. | 10:02:47 |
| 3 | MR. SIEGEL:  And Nathan Siegel also | 10:02:56 |
| 4 | representing ABC. | 10:02:56 |
| 5 | MR. McMURTRY:  Todd McMurtry, here for | 10:02:59 |
| 6 | the plaintiff, Nicholas Sandmann. | 10:02:59 |
| 7 | MS. SPEARS:  And good morning, | 10:02:59 |
| 8 | everybody.  This is Nathalie Spears.  I am here | 10:02:59 |
| 9 | with my colleague Jessie Meek, representing the | 10:02:59 |
| 10 | CBS defendants. | 10:02:59 |
| 11 | THE VIDEOGRAPHER:  The Court Reporter | 10:03:19 |
| 12 | is Lisa Barrett.  Would the Reporter please swear | 10:03:20 |
| 13 | in the witness. | 10:03:22 |
| 14 | (Oath Stipulation read by Court Reporter) | 10:03:22 |
| 15 | CRAIGE ROBERTS Ph.D, having been duly | 10:03:22 |
| 16 | sworn testified as follows: | 10:03:22 |
| 17 | BY MS. SPEARS: | 10:04:37 |
| 18 | Q    Can you please state your name for the | 10:04:38 |
| 19 | record. | 10:04:39 |
| 20 | A    Craige Roberts. | 10:04:41 |
| 21 | Q    And that is spelled C-R-A -- | 10:04:42 |
| 22 | A    C-R-A-I-G-E. | 10:04:46 |
| 23 | Q    Okay.  I wasn't sure if that was going | 10:04:48 |
| 24 | to be pronounced "Craige" or "Craig," but it's | 10:04:50 |
| 25 | "Craig". | 10:04:55 |

| | | |
|---|---|---|
| 1 | A    Correct. | 10:04:55 |
| 2 | Q    Is that a family name? | 10:04:55 |
| 3 | A    Great grandmother. | 10:04:57 |
| 4 | Q    Great grandmother.  Okay.  Have you | 10:04:59 |
| 5 | been deposed before? | 10:04:59 |
| 6 | A    I have. | 10:04:59 |
| 7 | Q    Okay and so you understand the rules, | 10:05:13 |
| 8 | they're a little bit different here as you've -- | 10:05:13 |
| 9 | -- (overspeaking) -- | 10:05:13 |
| 10 | A    Yeah.  They're a little different. | 10:05:13 |
| 11 | That's fine. | 10:05:13 |
| 12 | (Court reporter interjection re overspeaking.) | 10:05:13 |
| 13 | BY MS. SPEARS: | 10:05:14 |
| 14 | Q    Thank you.  That's one of the rules, so | 10:05:14 |
| 15 | thank you for stating that. | 10:05:15 |
| 16 | If you need a break at any time please | 10:05:16 |
| 17 | let me know.  If you don't understand one of my | 10:05:18 |
| 18 | questions, please let me know, otherwise the | 10:05:20 |
| 19 | record will assume and I will assume that you have | 10:05:22 |
| 20 | understood. | 10:05:25 |
| 21 | -- (overspeaking) -- | 10:05:25 |
| 22 | A    Understood. | 10:05:26 |
| 23 | Q    And nods of the head also don't work in | 10:05:28 |
| 24 | depositions, so you have to say "yes" or "no." | 10:05:30 |
| 25 | A    I'm trying just not to overlap what | 10:05:31 |

| | | |
|---|---|---|
| 1 | you're saying.  Okay.  That's fine.  I understand. | 10:05:33 |
| 2 | Q    Great.  All right.  Where do you live | 10:05:36 |
| 3 | currently? | 10:05:38 |
| 4 | A    I live here in New York City.  Do you | 10:05:39 |
| 5 | want the address? | 10:05:42 |
| 6 | Q    Sure. | 10:05:43 |
| 7 | A    501 West 123rd Street, Apartment 20F, | 10:05:44 |
| 8 | New York, 10027. | 10:05:45 |
| 9 | Q    And how long have you lived here? | 10:05:49 |
| 10 | A    I've lived in the city for five years, | 10:05:50 |
| 11 | but at that address for three. | 10:05:52 |
| 12 | Q    And by way of background, where were | 10:05:55 |
| 13 | you born? | 10:05:58 |
| 14 | A    Terre Haute, Indiana. | 10:05:58 |
| 15 | Q    And did you grow up there? | 10:06:19 |
| 16 | (Court reporter interjection re audio) | 10:06:19 |
| 17 | A    Is that better?  Hello. I didn't hear | 10:06:19 |
| 18 | what she said. | 10:06:19 |
| 19 | BY MS. SPEARS: | 10:06:23 |
| 20 | Q    Is she close enough because I do want | 10:06:30 |
| 21 | to make sure that we're good to go here and we | 10:06:32 |
| 22 | don't have continuing issues.  So don't be shy on | 10:06:35 |
| 23 | the court reporting side.  Does that sound better? | 10:06:40 |
| 24 | (Court reporter clarification.) | 10:06:42 |
| 25 | A    I'll tell you again.  I was born in | 10:06:48 |

| | | |
|---|---|---|
| 1 | Terre Haute, Indiana.  Can you hear me now? | 10:06:50 |
| 2 | COURT REPORTER:  Yes. | 10:06:57 |
| 3 | BY MS. SPEARS: | 10:06:57 |
| 4 | Q    Okay, great.  And that's where you grew | 10:06:58 |
| 5 | up? | 10:07:01 |
| 6 | A    I did. | 10:07:02 |
| 7 | Q    And where's Terre Haute in Indiana? | 10:07:04 |
| 8 | A    Terre Haute is on the western border of | 10:07:04 |
| 9 | Indiana with Illinois, about 200 miles due south | 10:07:04 |
| 10 | of Chicago. | 10:07:07 |
| 11 | Q    And did you go to high school in Terre | 10:07:08 |
| 12 | Haute? | 10:07:10 |
| 13 | A    I did.  Wiley High School. | 10:07:13 |
| 14 | Q    What high school is that? | 10:07:13 |
| 15 | A    Wiley.  No longer exists.  My great | 10:07:13 |
| 16 | grandfather went there so... | 10:07:17 |
| 17 | Q    Was it a public high school? | 10:07:19 |
| 18 | A    Yes. | 10:07:21 |
| 19 | Q    You went to University in Indiana, as | 10:07:21 |
| 20 | well? | 10:07:25 |
| 21 | A    I did. | 10:07:25 |
| 22 | Q    And where did you study? | 10:07:26 |
| 23 | A    Indiana University as part of the | 10:07:27 |
| 24 | undergraduate. | 10:07:29 |
| 25 | Q    And what was your undergraduate degree? | 10:07:30 |

| | | | |
|---|---|---|---|
| 1 | A | My degree was in theater. | 10:07:32 |
| 2 | Q | And when did you graduate? | 10:07:34 |
| 3 | A | I graduated in 1978, my undergraduate. | 10:07:37 |
| 4 | Q | Did you attend graduate school? | 10:07:45 |
| 5 | A | Yes, I did. | 10:07:47 |
| 6 | Q | Where? | 10:07:48 |

7    A    I studied for another year at Indiana    10:07:48

University.  Then I went to the University of    10:07:52

Massachusetts in Amherst for my Ph D.    10:07:54

10    Q    And when you studied another year at    10:07:57

Indiana University, what did you study?    10:07:59

12    A    I was studied linguistics at that time.    10:08:01

13    Q    Okay, and that was part of graduate    10:08:04

training?    10:08:06

15    A    Yes.  That was working towards a    10:08:06

Master's degree, but the Master's really didn't    10:08:08

matter for my graduate education, so much as the    10:08:11

classwork that I took there.    10:08:16

19          So, when I was admitted to University    10:08:17

of Massachusetts of Amherst, I went there the    10:08:20

following year and didn't complete the Master's.    10:08:23

22    Q    So the year that you did in 1979 to    10:08:29

'80 at Indiana State, that was part of your    10:08:31

training in linguistics?    10:08:36

25    A    Yes, at the time while I was taking    10:08:37

| | | |
|---|---|---|
| 1 | coursework there I also had studied lexicography, | 10:08:39 |
| 2 | dictionary making and I worked as a research | 10:08:46 |
| 3 | assistant on the dictionary of Haitian Creole, | 10:08:49 |
| 4 | French and English under Professor Arthur | 10:08:49 |
| 5 | (inaudible). | 10:08:53 |
| 6 | Q    And what is lexicography? | 10:08:54 |
| 7 | A    Lexicography is the study of how to | 10:08:57 |
| 8 | make dictionaries. | 10:08:59 |
| 9 | Q    And how did you get interested in | 10:09:01 |
| 10 | lexicography? | 10:09:03 |
| 11 | A    Well, that's a long story.  But I had | 10:09:05 |
| 12 | been living in New York prior to -- I took some | 10:09:07 |
| 13 | time off.  After my junior year of college, I came | 10:09:10 |
| 14 | here and lived. | 10:09:14 |
| 15 | I thought I might be interested in the | 10:09:15 |
| 16 | arts, but instead I got interested in linguistics | 10:09:17 |
| 17 | and met someone who was a very famous collector | 10:09:19 |
| 18 | and seller of dictionaries and got very interested | 10:09:27 |
| 19 | in that work and she told me, you know, there's a | 10:09:31 |
| 20 | place where people pay to do that instead of being | 10:09:33 |
| 21 | an expensive hobby, so I went to graduate school. | 10:09:36 |
| 22 | Q    And what interested you about | 10:09:43 |
| 23 | lexicography? | 10:09:45 |
| 24 | A    I'd always been interested in meaning | 10:09:46 |
| 25 | and I realized that there was a way to study | 10:09:50 |

| | |
|---|---|
| 1 | meaning in a more systematic way that touched on | 10:09:53 |
| 2 | deeper issues about -- philosophical issues about | 10:09:55 |
| 3 | meaning in a way that could be conveyed. | 10:09:59 |
| 4 |     Q    Then you went to University of | 10:10:07 |
| 5 | Massachusetts at Amherst? | 10:10:09 |
| 6 |     A    Yes. | 10:10:11 |
| 7 |     Q    And you studied linguistics there? | 10:10:12 |
| 8 |     A    Yes.  At the time U Mass Amherst -- | 10:10:14 |
| 9 | well still it's one of the top universities in the | 10:10:18 |
| 10 | world to study in my area.  Not just linguistics | 10:10:21 |
| 11 | but linguistic semantics, the study of meaning. | 10:10:23 |
| 12 | And at the time my advisor there Barbara H Partee | 10:10:24 |
| 13 | was and still is one of the top people in the | 10:10:30 |
| 14 | field, so I wanted to work with her. | 10:10:33 |
| 15 |     Q    Let's back up there a little bit.  Tell | 10:10:35 |
| 16 | me what is linguistics. | 10:10:36 |
| 17 |     A    Linguistics is a scientific study of | 10:10:39 |
| 18 | language.  It's a very large field, not in terms | 10:10:41 |
| 19 | of number of people in it, but in terms of the | 10:10:44 |
| 20 | range of issues that people study.  Everything | 10:10:46 |
| 21 | from the history of languages, from the grammars | 10:10:48 |
| 22 | of particular languages.  But in modern | 10:10:53 |
| 23 | linguistics we are more interested in how people | 10:10:57 |
| 24 | learn and convey linguistic meaning to each other. | 10:11:03 |
| 25 |     That's a complicated subject and I | 10:11:10 |

| | | |
|---|---|---|
| 1 | wanted to study not just sound patterns or syntax | 10:11:14 |
| 2 | or grammar but meaning.  How we convey meaning. | 10:11:18 |
| 3 | Q    What types of questions do linguists | 10:11:22 |
| 4 | have special expertise to answer? | 10:11:27 |
| 5 | -- (overspeaking) -- | 10:11:30 |
| 6 | A    Well, it depends on the linguist.  I | 10:11:30 |
| 7 | wouldn't be here -- I purport to have no special | 10:11:33 |
| 8 | knowledge about historical grammar, how language | 10:11:36 |
| 9 | has changed or the relationships between different | 10:11:38 |
| 10 | languages historically.  That's not my expertise. | 10:11:41 |
| 11 | But in my particular case we -- I am able to bring | 10:11:43 |
| 12 | evidence to bear about the plain meaning of | 10:11:50 |
| 13 | expressions of a variety of languages but English | 10:11:54 |
| 14 | in particular. | 10:12:00 |
| 15 | Q    Does the type of linguistic study you | 10:12:00 |
| 16 | consider yourself an expert in, have a name? | 10:12:04 |
| 17 | A    Semantics.  Formal semantics. | 10:12:10 |
| 18 | Q    What is semantics? | 10:12:11 |
| 19 | A    Semantics is the study of meaning in | 10:12:13 |
| 20 | linguistics. | 10:12:16 |
| 21 | Q    How is semantics different from | 10:12:16 |
| 22 | linguistics? | 10:12:20 |
| 23 | A    It's a subfield of linguistics.  As I | 10:12:21 |
| 24 | said, linguistics is complex.  There's historical | 10:12:24 |
| 25 | linguistics, cycle linguistics, phonology.  The | 10:12:27 |

| | | |
|---|---|---|
| 1 | study of the sound patterns.  Semantics is the | 10:12:29 |
| 2 | study of meaning.  I can tell you more about the | 10:12:31 |
| 3 | study, if you are interested. | 10:12:34 |
| 4 | Q    So, when you were you refer to yourself | 10:12:37 |
| 5 | as a linguist, do you refer to yourself as a | 10:12:39 |
| 6 | semantics linguist? | 10:12:43 |
| 7 | A    No, if you are saying you are a | 10:12:45 |
| 8 | physicist, then you can study particle physics or | 10:12:47 |
| 9 | nuclear physics or, you know, a variety of other | 10:12:53 |
| 10 | subfields in which your expertise would primarily | 10:12:56 |
| 11 | lie and mine is semantics within the -- I'm a | 10:12:59 |
| 12 | linguist who studies semantics so you can say I'm | 10:13:03 |
| 13 | a semanticist or a formal semanticist. | 10:13:05 |
| 14 | Q    Okay, and what kinds of data or | 10:13:11 |
| 15 | information do linguists who specialize in | 10:13:11 |
| 16 | semantics rely upon when you undertake an | 10:13:16 |
| 17 | analysis? | 10:13:19 |
| 18 | A    Well, we are scientists so we have | 10:13:20 |
| 19 | certain empirical methodologies that we use to | 10:13:22 |
| 20 | study the ways in which we convey meaning. | 10:13:27 |
| 21 | So that, itself, is (phone sounds.) | 10:13:30 |
| 22 | Q    Sorry.  The telephone just went off in | 10:13:38 |
| 23 | the room, but you can pick up where you left off. | 10:13:39 |
| 24 | A    Yeah.  So, for example, you might say | 10:13:42 |
| 25 | that the meaning of a sentence that I utter is a | 10:13:45 |

| | | |
|---|---|---|
| 1 | function of several factors. | 10:13:49 |
| 2 | Primarily the meanings of the words | 10:13:51 |
| 3 | that I utter, but also the syntactic structure. | 10:13:53 |
| 4 | As I said in my report, John loves Mary means | 10:13:57 |
| 5 | something very different than Mary loves John, so | 10:14:01 |
| 6 | you have to know that John's the subject of one, | 10:14:03 |
| 7 | the object of the other, etcetera, so you have to | 10:14:06 |
| 8 | know the meanings of the words. | 10:14:07 |
| 9 | The syntactic structure in which they | 10:14:10 |
| 10 | obtain in that utterance and the way in which | 10:14:13 |
| 11 | syntax puts the meanings of words together to | 10:14:16 |
| 12 | compose more complex meanings. And then in | 10:14:20 |
| 13 | addition you have to look at various contextual | 10:14:23 |
| 14 | factors. In particular, if there's a pronoun or | 10:14:26 |
| 15 | ellipsis in the sentence, we study the ways in | 10:14:30 |
| 16 | which people rely and really treat the meaning of | 10:14:34 |
| 17 | "he." We say "He looks hungry," that means | 10:14:37 |
| 18 | something very different if I've been talking | 10:14:39 |
| 19 | about John versus a male alligator. Right. It | 10:14:40 |
| 20 | depends on the question under discussion and the | 10:14:45 |
| 21 | context of utterance and -- | 10:14:47 |
| 22 | Q So, let me stop you there for a second. | 10:14:49 |
| 23 | So my question there was: What kind of data or | 10:14:51 |
| 24 | information do you rely on? You mention the | 10:14:54 |
| 25 | meaning of words, syntactic structure. | 10:14:56 |

| | | |
|---|---|---|
| 1 | -- (overspeaking) -- | 10:14:59 |
| 2 | What type of data? | 10:15:00 |
| 3 | -- (inaudible) -- | 10:15:00 |
| 4 | A    What data do we work on? | 10:15:01 |
| 5 | Q    Yes. | 10:15:03 |
| 6 | A    In the case of lexicography, this I | 10:15:03 |
| 7 | studied -- it's an old study, I studied this with | 10:15:07 |
| 8 | Professor Edward Gates, who was a lexicographer | 10:15:10 |
| 9 | that worked for Merriam-Webster Company in | 10:15:14 |
| 10 | Springfield, Massachusetts.  And classical | 10:15:17 |
| 11 | lexicographic procedure consists in finding usages | 10:15:21 |
| 12 | of the term that you are studying in, collecting | 10:15:25 |
| 13 | those from a wide variety of sources, literature, | 10:15:27 |
| 14 | newspaper reporting, essays. | 10:15:32 |
| 15 | Today we use radio programs, television | 10:15:35 |
| 16 | programs and the web, of course, to collect all | 10:15:37 |
| 17 | these usages. | 10:15:42 |
| 18 | They used to have shoeboxes full of | 10:15:43 |
| 19 | them.  Huge rooms full of shoeboxes of collections | 10:15:45 |
| 20 | of usages.  These are ordinary usages by people | 10:15:46 |
| 21 | who are native speakers of the language under | 10:15:52 |
| 22 | study and then the lexicographer attempts to | 10:15:54 |
| 23 | organize these into different possible sentences, | 10:15:59 |
| 24 | looking at context and evidence interpretation in | 10:16:02 |
| 25 | those passages in which they occur. | 10:16:05 |

| | | |
|---|---|---|
| 1 | And then they develop sensors or | 10:16:07 |
| 2 | dictionary definitions, some people call them. | 10:16:12 |
| 3 | Now a dictionary definition then is a reflection | 10:16:14 |
| 4 | of one of the meanings that ordinary people take | 10:16:17 |
| 5 | the given term to have. | 10:16:22 |
| 6 | Q   Okay, so what you just described | 10:16:25 |
| 7 | essentially as what lexicographers do, putting | 10:16:27 |
| 8 | together dictionaries, correct? | 10:16:31 |
| 9 | A   I talked to you about the data that | 10:16:32 |
| 10 | they use. | 10:16:33 |
| 11 | Q   Yeah, they use data to put together | 10:16:33 |
| 12 | dictionaries. | 10:16:35 |
| 13 | A   Right. | 10:16:36 |
| 14 | Q   So dictionaries are one form of | 10:16:37 |
| 15 | data that -- | 10:16:39 |
| 16 | A   One form. | 10:16:39 |
| 17 | Q   -- linguists use. | 10:16:40 |
| 18 | A   Right. | 10:16:43 |
| 19 | Q   What other data or is dictionary the | 10:16:43 |
| 20 | main data? | 10:16:44 |
| 21 | A   Well, no.  I mean, as I said there are | 10:16:45 |
| 22 | three prongs at least, major parts of the meaning | 10:16:47 |
| 23 | of a sentence I might utter. | 10:16:49 |
| 24 | -- (overspeaking) -- | 10:16:52 |
| 25 | Q   Okay, so what other data? | 10:16:52 |

| | |
|---|---|
| 1 | A    So, the second prong is the syntactic | 10:16:54 |
| 2 | structure and linguists have been studying syntax | 10:16:59 |
| 3 | for centuries.  But in particular, since the | 10:17:02 |
| 4 | advent of generative grammar in the 1950s, | 10:17:05 |
| 5 | enormous progress has been made to study the many | 10:17:09 |
| 6 | and sometimes very complex and tactic structures | 10:17:12 |
| 7 | of a language, and the evidence that people draw | 10:17:15 |
| 8 | on again are texts and usages that are found in | 10:17:18 |
| 9 | the plain language of the speakers of the | 10:17:22 |
| 10 | language.  In other words -- | 10:17:25 |
| 11 | -- (overspeaking) -- | 10:17:27 |
| 12 | Q    Which you would find in dictionaries. | 10:17:27 |
| 13 | A    No, dictionaries do not record | 10:17:30 |
| 14 | syntactic structure.  You would go to -- I mean | 10:17:32 |
| 15 | the grammarians, the syntacticians in this case, | 10:17:36 |
| 16 | draw on actual usage.  They find the uses that | 10:17:40 |
| 17 | people make that are -- that other people who are | 10:17:44 |
| 18 | native speakers say, now that's sensible, that | 10:17:48 |
| 19 | sounds like English.  So now you'll find people -- | 10:17:51 |
| 20 | this is more recent because of the advent of | 10:17:55 |
| 21 | crowd-sourcing on the web, they use tools like | 10:17:59 |
| 22 | Mechanical Turk.  It's a very commonly used one to | 10:18:03 |
| 23 | do linguistic research on the web and get native | 10:18:07 |
| 24 | speakers to give judgments about whether they | 10:18:12 |
| 25 | think a particular structure of a certain word and | 10:18:15 |

| | | |
|---|---|---|
| 1 | the syntactic structure sounds like English.  Does | 10:18:17 |
| 2 | it sound fine or not and, if so, what does it | 10:18:20 |
| 3 | mean? | 10:18:22 |
| 4 | So, now we use -- we can use | 10:18:23 |
| 5 | crowd-sourcing, but that's a relatively recent | 10:18:26 |
| 6 | tool.  Just like lexicographers, syntacticians | 10:18:29 |
| 7 | have been studying the actual usages that you find | 10:18:33 |
| 8 | in both spoken and written English by native | 10:18:36 |
| 9 | speakers and studying what the native speakers | 10:18:42 |
| 10 | take them to mean and what the structures are | 10:18:42 |
| 11 | listed in English.  So it's listed in English to | 10:18:44 |
| 12 | say John has an apple, but now John has apple of | 10:18:46 |
| 13 | ... meaning -- | 10:18:53 |
| 14 | --(overspeaking) -- | 10:18:54 |
| 15 | Q    Okay, so dictionary's syntactic | 10:18:55 |
| 16 | structure -- | 10:18:56 |
| 17 | A    Syntax -- | 10:18:57 |
| 18 | -- (overspeaking) -- | 10:18:58 |
| 19 | Q    -- is the second thing -- | 10:18:58 |
| 20 | -- (overspeaking) -- | 10:18:59 |
| 21 | A    -- semantics -- | 10:18:59 |
| 22 | Q    And what is -- yeah.  You have to wait | 10:19:00 |
| 23 | until I'm done. | 10:19:03 |
| 24 | Thank you, Mr. McMurtry. | 10:19:04 |
| 25 | So, in considering data that linguists | 10:19:06 |

| | | |
|---|---|---|
| 1 | would use we talked about number one, | 10:19:08 |
| 2 | dictionaries, two syntactic structures and | 10:19:12 |
| 3 | resources that talk about syntactic structure. | 10:19:15 |
| 4 | Anything else? | 10:19:17 |
| 5 | A    So I was not quite finished with the | 10:19:18 |
| 6 | syntax.  The results of all this study is -- are | 10:19:20 |
| 7 | recorded in grammars by sophisticated linguistic | 10:19:21 |
| 8 | syntacticians.  And they're excellent grammars of | 10:19:27 |
| 9 | English starting -- well, actually starting in the | 10:19:32 |
| 10 | early -- late 19 -- early 20th century, but | 10:19:33 |
| 11 | certainly starting in the 1950s.  And these are -- | 10:19:36 |
| 12 | these are books that gather that information, | 10:19:40 |
| 13 | compile it and talk about underlying relationships | 10:19:45 |
| 14 | between these different syntactic structures.  And | 10:19:47 |
| 15 | that's what a generative grammar is.  A generative | 10:19:51 |
| 16 | grammar is a set of recursive rules that aims to | 10:19:54 |
| 17 | generate all and only the grammatical licit (?) | 10:19:58 |
| 18 | sentences of the language, so you find that in | 10:20:02 |
| 19 | grammar. | 10:20:04 |
| 20 | That's not the sort of thing that most | 10:20:05 |
| 21 | ordinary people read, but it's used by people, for | 10:20:06 |
| 22 | example, who are making natural language | 10:20:09 |
| 23 | understanding tools for computers, for human | 10:20:11 |
| 24 | computer interface.  So that's the second kind of | 10:20:16 |
| 25 | tool and the second kind of data that I can draw | 10:20:19 |

| | | |
|---|---|---|
| 1 | on. | 10:20:21 |
| 2 | The third kind are semantic judgments. | 10:20:21 |
| 3 | So, as I said, when you use Mechanical Turk, you | 10:20:23 |
| 4 | might be exploring what sounds like elicit, | 10:20:29 |
| 5 | meaning grammatical sentence of the language you | 10:20:34 |
| 6 | are studying, say English here, but you might also | 10:20:36 |
| 7 | ask, what does this mean and by exploring the | 10:20:39 |
| 8 | meanings of sentence in this way and what the | 10:20:42 |
| 9 | entailments are, people like me make judgments | 10:20:45 |
| 10 | about the ways in which the meanings of the words | 10:20:48 |
| 11 | interact with the syntactic structure to compose a | 10:20:53 |
| 12 | more complex meaning to the meaning of the | 10:20:58 |
| 13 | sentence. | 10:21:02 |
| 14 | Q    Anything else or that's the primary? | 10:21:03 |
| 15 | A    No, besides that we study the ways that | 10:21:04 |
| 16 | context influences interpretation so one of the | 10:21:06 |
| 17 | things I'm most well known for is my work on the | 10:21:09 |
| 18 | question under discussion. | 10:21:13 |
| 19 | If you Google "question under | 10:21:14 |
| 20 | discussion" Craige Roberts will come up.  So I | 10:21:15 |
| 21 | study the ways in which we encode the kinds of | 10:21:19 |
| 22 | factors in context, this utterance -- the context | 10:21:25 |
| 23 | that we have in this discourse, the kinds of | 10:21:32 |
| 24 | factors that come to bear on resolving | 10:21:35 |
| 25 | context-sensitive expressions in an utterance. | 10:21:38 |

| | | |
|---|---|---|
| 1 | And context-sensitive expressions, as I | 10:21:41 |
| 2 | said, include things like pronouns and ellipses, | 10:21:43 |
| 3 | etcetera. | 10:21:46 |
| 4 | Q    Thank you.  Anything else in terms of | 10:21:48 |
| 5 | data or those are the main things? | 10:21:50 |
| 6 | A    That's the data for evidence about the | 10:21:51 |
| 7 | way that meaning is composed as a function of the | 10:21:53 |
| 8 | parts in the context in -- yeah. | 10:21:57 |
| 9 | Q    So, the -- just getting back to my | 10:21:58 |
| 10 | initial question, the kinds of data that linguists | 10:22:00 |
| 11 | rely on when they undertake an analysis, those are | 10:22:06 |
| 12 | the types that we just talked about.  Those are | 10:22:10 |
| 13 | the kinds of data, correct? | 10:22:11 |
| 14 | A    The primary kinds of data, yes. | 10:22:12 |
| 15 | Q    Okay.  And as a linguist when you | 10:22:16 |
| 16 | write -- you've written a lot, I take it. | 10:22:18 |
| 17 | A    I have. | 10:22:21 |
| 18 | Q    I've looked at your CV, correct? | 10:22:21 |
| 19 | A    Yes. | 10:22:23 |
| 20 | Q    And when you write, you're careful | 10:22:23 |
| 21 | about words you use and the meanings they have . | 10:22:25 |
| 22 | -- (overspeaking) -- | 10:22:28 |
| 23 | A    I am -- | 10:22:28 |
| 24 | Q    -- as a linguist; right? | 10:22:28 |
| 25 | A    Yes. | 10:22:30 |

| | | |
|---|---|---|
| 1 | MR. McMURTRY:  Let her finish her | 10:22:31 |
| 2 | question first. | 10:22:31 |
| 3 | THE WITNESS:  I'm sorry. | 10:22:31 |
| 4 | MR. McMURTRY:  Yeah, it's -- | 10:22:31 |
| 5 | -- (overspeaking) -- | 10:22:31 |
| 6 | THE WITNESS:  I don't intend to foul | 10:22:31 |
| 7 | up.  Sorry. | 10:22:31 |
| 8 | BY MS. SPEARS: | 10:22:31 |
| 9 | Q    Thank you.  So, you also talk about, in | 10:22:40 |
| 10 | your report, pragmatics.  What is -- that you | 10:22:48 |
| 11 | specialize in pragmatics as well, correct? | 10:22:52 |
| 12 | A    Yes. | 10:22:54 |
| 13 | Q    What is pragmatics? | 10:22:55 |
| 14 | A    Pragmatics is the study of the way in | 10:22:58 |
| 15 | which context influences interpretation. | 10:23:00 |
| 16 | Q    And what is -- when you use it in that | 10:23:03 |
| 17 | way, what is context? | 10:23:08 |
| 18 | A    Context, it could be -- it depends on | 10:23:12 |
| 19 | the theory that you look at, the way in which it's | 10:23:15 |
| 20 | defined, actually.  This is a technical debate | 10:23:18 |
| 21 | within the field.  I have a theory of context. | 10:23:21 |
| 22 | Loosely and formally, you could say that the | 10:23:26 |
| 23 | context is the information that interlocutors | 10:23:28 |
| 24 | share in the course of a discourse and hence | 10:23:33 |
| 25 | information that might potentially be drawn upon | 10:23:35 |

| | | |
|---|---|---|
| 1 | to help resolve context sensitive aspects of the | 10:23:37 |
| 2 | meaning of them. | 10:23:41 |
| 3 | Q    When you say "interlocutors," what do | 10:23:43 |
| 4 | you mean by that? | 10:23:44 |
| 5 | A    Interlocutors in a discourse are people | 10:23:46 |
| 6 | that are speaking with each other. | 10:23:48 |
| 7 | Q    And why is context important to | 10:23:50 |
| 8 | linguists? | 10:23:53 |
| 9 | A    As I said, there are many | 10:23:55 |
| 10 | context-sensitive expressions in a language and | 10:23:56 |
| 11 | also other ways in which context comes to bear. | 10:24:00 |
| 12 | Would you like me to give an example | 10:24:02 |
| 13 | besides pronouns and ellipses? | 10:24:04 |
| 14 | Q    Sure. | 10:24:08 |
| 15 | A    Yeah.  So if I say to you, John only | 10:24:08 |
| 16 | introduced Sue to Bill, that could be true in a | 10:24:13 |
| 17 | context in which it would be false that John only | 10:24:16 |
| 18 | introduced Sue to Bill. | 10:24:20 |
| 19 | I'll say the two utterances again. | 10:24:24 |
| 20 | John only introduced Sue to Bill, versus John only | 10:24:26 |
| 21 | introduced Sue to Bill. | 10:24:31 |
| 22 | So suppose that there's several people | 10:24:33 |
| 23 | at a party and John introduced several different | 10:24:35 |
| 24 | people to Bill.  Then -- but the only person that | 10:24:39 |
| 25 | Sue met was Bill.  One of those will be true. | 10:24:46 |

| | | |
|---|---|---|
| 1 | John only introduced Sue to Bill but the other one | 10:24:52 |
| 2 | was false. | 10:24:57 |
| 3 |       John only introduced Sue to Bill | 10:24:57 |
| 4 | because Bill met several people.  So all I did | 10:25:00 |
| 5 | there was I put emphasis on one of the different | 10:25:04 |
| 6 | objects, Sue versus Bill. | 10:25:08 |
| 7 |   Q   So in that example you gave, that is an | 10:25:10 |
| 8 | example of how context -- | 10:25:12 |
| 9 |       -- (overspeaking) -- | 10:25:15 |
| 10 |   A   And -- | 10:25:17 |
| 11 |       -- (overspeaking) -- | 10:25:17 |
| 12 |   Q   Hold on.  I have to finish the | 10:25:17 |
| 13 | question.  So that's an example of the way in | 10:25:19 |
| 14 | which context can impact meaning when it's spoken | 10:25:22 |
| 15 | by somebody by virtue of how they emphasize a | 10:25:25 |
| 16 | certain word, correct? | 10:25:28 |
| 17 |   A   No. | 10:25:29 |
| 18 |   Q   No. | 10:25:30 |
| 19 |   A   You misunderstood, but you didn't let | 10:25:30 |
| 20 | me finish. | 10:25:32 |
| 21 |   Q   Okay. | 10:25:33 |
| 22 |   A   So what I did was give you the | 10:25:33 |
| 23 | utterances but my point was that the emphasis on | 10:25:35 |
| 24 | the accent on "Bill" versus "Sue" is said in the | 10:25:40 |
| 25 | theory, actually, the theory based on my work to | 10:25:45 |

| | | |
|---|---|---|
| 1 | be a reflection of which alternatives are under | 10:25:48 |
| 2 | consideration and that reflects the question under | 10:25:51 |
| 3 | discussion. | 10:25:53 |
| 4 | So, if I put it -- so that is a | 10:25:54 |
| 5 | contextual factor.  So if the question is: Who did | 10:25:57 |
| 6 | Bill introduce to Sue?  Who did Bill introduce to | 10:26:02 |
| 7 | Sue?  John only introduced -- I'm sorry, who did | 10:26:06 |
| 8 | John -- my names confused. | 10:26:11 |
| 9 | Who did John introduce to Sue?  By | 10:26:13 |
| 10 | saying:  John only introduced Bill to Sue, that's | 10:26:16 |
| 11 | an appropriate answer to that question. | 10:26:19 |
| 12 | Notice if I say:  Who did John | 10:26:21 |
| 13 | introduce to Bill?  And I say John only introduced | 10:26:23 |
| 14 | Sue to Bill, that would be an odd answer to that | 10:26:29 |
| 15 | question.  So there's a correlation between which | 10:26:32 |
| 16 | words I put the emphasis on among the objects and | 10:26:36 |
| 17 | the question under discussion.  And that's one way | 10:26:40 |
| 18 | that you can see that which question's under | 10:26:42 |
| 19 | discussion and that is a contextual factor. | 10:26:45 |
| 20 | It has a bearing both on the felicity | 10:26:47 |
| 21 | of the accent placement and which of the | 10:26:50 |
| 22 | utterances is appropriate, answers that question | 10:26:54 |
| 23 | and hence which is true.  Which is false. | 10:26:55 |
| 24 | Q    So, I may be a little confused now. | 10:27:00 |
| 25 | -- (overspeaking) -- | 10:27:02 |

| | | |
|---|---|---|
| 1 | A    That's a complex question. | 10:27:03 |
| 2 | -- (overspeaking) -- | 10:27:04 |
| 3 | Q    But let me ask you -- that's a complex | 10:27:04 |
| 4 | question whether -- | 10:27:07 |
| 5 | -- (overspeaking) -- | 10:27:07 |
| 6 | A    No, let me -- | 10:27:08 |
| 7 | Q    Whether Bill -- | 10:27:09 |
| 8 | A    No  -- (overspeaking) -- | 10:27:09 |
| 9 | Q    -- only introduced John to Sue, is it? | 10:27:09 |
| 10 | A    Oh, it's difficult to explain, but | 10:27:12 |
| 11 | native speakers have no problems with it at all. | 10:27:14 |
| 12 | That's the interesting thing. | 10:27:18 |
| 13 | Q    An average person can understand that | 10:27:19 |
| 14 | type of -- | 10:27:21 |
| 15 | -- (overspeaking) -- | 10:27:21 |
| 16 | A    Oh, yeah, yeah -- | 10:27:22 |
| 17 | -- (overspeaking) -- | 10:27:22 |
| 18 | Q    -- sentence structure. | 10:27:22 |
| 19 | A    -- not explanation.  They understand | 10:27:22 |
| 20 | the English. | 10:27:24 |
| 21 | Q    Right. | 10:27:26 |
| 22 | A    And the difference is which English | 10:27:26 |
| 23 | utterance is felicitous and what the two | 10:27:28 |
| 24 | in-utterances mean. | 10:27:30 |
| 25 | Q    And so I mean, boiling that down what | 10:27:32 |

1   you are essentially saying is that context can          10:27:35

2   impact the way in which a word is used in the           10:27:37

3   sentence or the way in which an accent on a             10:27:41

4   certain word is used in a sentence, correct?            10:27:45

5        A    That would be reduction beyond -- no,         10:27:48

6   that's not what I'm -- so --                            10:27:51

7        Q    Okay.                                         10:27:53

8        A    What I mean is -- may I?                       10:27:54

9        Q    Sure.                                         10:27:55

10       A    Let me try again.  I meant that given         10:27:56

11  the whole utterance, and I'm going to say it now        10:27:59

12  without accent:  John only introduced Sue to Bill.      10:28:01

13  Okay?  That's the utterance.                            10:28:07

14            How you can understand that, one way I        10:28:09

15  could say it which reflects one kind of question        10:28:11

16  under discussion, could be true and it's not a          10:28:15

17  function of the words.  The same words are in both      10:28:18

18  the sentences, whether I put accent on Bill or          10:28:21

19  Sue.  So it's not the words.  The accent reflects       10:28:24

20  the context and the context tells you what we call      10:28:27

21  the truth conditions, when it's true and when it's      10:28:32

22  false.  And one of those accents as a function of       10:28:35

23  the question under discussion that it reflects,         10:28:39

24  can yield something that's true while the other         10:28:43

25  accent could be false, given the same actual            10:28:45

| | | |
|---|---|---|
| 1 | circumstances in which we assess it's true. | 10:28:48 |
| 2 | Q   Okay, and context can also be the | 10:28:51 |
| 3 | situation in which the statements are made, | 10:28:56 |
| 4 | correct? | 10:28:58 |
| 5 | A   Yes, in fact, that's what I said. | 10:28:58 |
| 6 | Q   External to the words themselves, | 10:29:01 |
| 7 | correct? | 10:29:03 |
| 8 | A   Yes, that's right, as long as we have | 10:29:03 |
| 9 | access to it as interlocutors, okay?  And that's | 10:29:06 |
| 10 | one reason why I said the information available to | 10:29:10 |
| 11 | the interlocutors. | 10:29:12 |
| 12 | So if the context of utterance is one | 10:29:14 |
| 13 | in which you have access to information that I | 10:29:18 |
| 14 | don't, that access that we don't -- that | 10:29:20 |
| 15 | information we don't share will not be part of | 10:29:23 |
| 16 | what I, as the person listening to you, take into | 10:29:26 |
| 17 | consideration in interpreting what you've said. | 10:29:31 |
| 18 | It's only shared context that is | 10:29:33 |
| 19 | brought to bear on meaning in a licit way, in | 10:29:36 |
| 20 | interaction. | 10:29:41 |
| 21 | Q   Right.  Okay. So -- or I should say | 10:29:45 |
| 22 | "understood." | 10:29:47 |
| 23 | Let's go back to talking about your | 10:29:48 |
| 24 | employment history. | 10:29:52 |
| 25 | A   Yeah. | 10:29:53 |

1        Q    So, I just want to wrap that up.  You     10:29:53

2   did a postdoctoral fellowship after your graduate    10:29:58

3   work, correct?                                        10:30:03

4        A    It's a post doctoral fellowship.  I was    10:30:04

5   for two years at the Center for the Study of         10:30:07

6   Language and Information at Stanford University,      10:30:10

7   which is one of the first institutions for           10:30:11

8   cognitive science.  The study -- the                 10:30:14

9   inter-disciplinary study of --                       10:30:16

10                  -- (overspeaking) --                 10:30:20

11       A    -- language.                               10:30:20

12       Q    Okay, then after that, what did you do?    10:30:20

13       A    I accepted a position at Ohio State        10:30:22

14  University in the linguistics department.            10:30:24

15       Q    And from what years to what years were     10:30:29

16  you at the Ohio State University?                    10:30:32

17       A    I went there in 1988 and I retired in      10:30:35

18  2016.                                                10:30:37

19       Q    And you taught undergraduate and           10:30:38

20  graduate courses at Ohio State?                      10:30:42

21       A    I did.                                      10:30:45

22       Q    And on your resume it says you taught      10:30:46

23  undergraduate and graduate courses and seminars in   10:30:50

24  syntax, semantics and pragmatics.  What does         10:30:54

25  syntax mean?                                          10:31:00

| | | |
|---|---|---|
| 1 | A    I mentioned that before.  That's the | 10:31:01 |
| 2 | study of what, in a given language -- which ways | 10:31:03 |
| 3 | of putting words together is deemed grammatical | 10:31:06 |
| 4 | for that language. | 10:31:10 |
| 5 | Q    You are a visiting professor at the | 10:31:12 |
| 6 | University of Amsterdam and the University of | 10:31:14 |
| 7 | Michigan? | 10:31:16 |
| 8 | A    Yes. | 10:31:17 |
| 9 | Q    Correct.  In philosophy; is that | 10:31:18 |
| 10 | correct? | 10:31:21 |
| 11 | A    That's the department I was in at | 10:31:21 |
| 12 | Michigan. | 10:31:23 |
| 13 | Q    And did you teach philosophy? | 10:31:23 |
| 14 | A    I taught a seminar on philosophy of | 10:31:25 |
| 15 | language.  Philosophy of language. | 10:31:28 |
| 16 | Q    And how does philosophy relate to | 10:31:30 |
| 17 | linguistics? | 10:31:34 |
| 18 | A    Well, remember, I mentioned I was at a | 10:31:34 |
| 19 | cognitive science center as my post-doc at | 10:31:36 |
| 20 | Stanford.  And cogni-science brings together | 10:31:40 |
| 21 | several fields that have -- that study things | 10:31:44 |
| 22 | about human cognition generally but language in | 10:31:44 |
| 23 | particular.  And those fields are linguistics, of | 10:31:48 |
| 24 | course, but also philosophy because there are | 10:31:50 |
| 25 | people who have studied language in philosophy for | 10:31:52 |

| | | |
|---|---|---|
| 1 | centuries and psychology and computer science | 10:31:56 |
| 2 | because of competition linguistics and sociology. | 10:32:01 |
| 3 | Sometimes anthropology. | 10:32:04 |
| 4 | So, in particular, the people who | 10:32:09 |
| 5 | study -- I said I was a formal semanticist and we | 10:32:11 |
| 6 | use logical tools to capture the ways that | 10:32:17 |
| 7 | different languages encode meaning.  This is very | 10:32:21 |
| 8 | useful as a way of capturing the meaning, | 10:32:26 |
| 9 | independent of a language in which you are doing | 10:32:30 |
| 10 | the analysis, okay?  And it's very helpful if | 10:32:32 |
| 11 | you're, for example, a computational linguist. | 10:32:36 |
| 12 | Q    Well, let me stop you there for a | 10:32:41 |
| 13 | second because I just want to -- at a high-level, | 10:32:44 |
| 14 | how does philosophy relate to linguistics? | 10:32:46 |
| 15 | A    I'm trying to explain to you. | 10:32:49 |
| 16 | Q    Okay. | 10:32:51 |
| 17 | A    Okay, so philosophers are interested in | 10:32:51 |
| 18 | a variety of things including thought and language | 10:32:54 |
| 19 | and the way that language reflects thought. | 10:32:56 |
| 20 | So for 200 years philosophers have | 10:32:58 |
| 21 | studied the way in which they think that language | 10:33:01 |
| 22 | relates to thought and as a consequence, they have | 10:33:04 |
| 23 | studied -- especially logicians are very | 10:33:07 |
| 24 | interested in expressions like the word "the" or | 10:33:11 |
| 25 | the word "every," etcetera.  So they have very | 10:33:14 |

1    detailed analyses of these words and they have had          10:33:18

2    a bearing on the analyses that linguistics --               10:33:21

3    linguists take into consideration, so we interact           10:33:26

4    with people who have a common interest in                   10:33:30

5    academia.                                                   10:33:31

6         Q    You developed and taught a class called          10:33:32

7    "Language in the Law"?                                      10:33:36

8         A    Yes.                                              10:33:37

9         Q    In 2005 to 2016?                                  10:33:37

10        A    Yes.                                              10:33:38

11        Q    What was the focus of that course?               10:33:42

12        A    That was an advanced undergraduate               10:33:44

13   course for students who were interested in going            10:33:44

14   into the law, law enforcement related to fields.            10:33:46

15        It was a writing course so it was a                    10:33:50

16   very demanding course for the students and it was           10:33:52

17   a course in which we tried to talk -- first of              10:33:57

18   all, give them some basic information about the             10:33:59

19   way that "we" is understood by native speakers and          10:34:02

20   how you might bring that information to bear on              10:34:03

21   assessing the plain meaning of some -- of a given           10:34:15

22   expression.                                                 10:34:17

23        Then we looked at case law and some of                10:34:19

24   the sort of standard ways in which attorneys                10:34:22

25   approached language and tried to think about how            10:34:28

1    linguistic tools could be useful in assessing          10:34:39

2    meaning in contentious cases.                          10:34:44

3        Q    What law did you look at for that             10:34:46

4    course?                                                10:34:48

5        A    I would have look at my notes.  If            10:34:48

6    you'd like, I can do that at my computer here.         10:34:51

7        Q    That's all right --                           10:34:53

8             -- (overspeaking) --                          10:34:53

9        A    -- of course it is.                           10:34:53

10            -- (overspeaking) --                           10:34:54

11       Q    -- just what you recall sitting here.          10:34:54

12       A    I -- for example, one of the books I           10:34:56

13   used a lot was a book by Larry Solan called "The        10:34:57

14   Language of Judges." Larry Solan is an                  10:35:01

15   interesting -- I think he's a Professor at              10:35:05

16   Brooklyn, was it?  I can't remember.  John J.           10:35:06

17   College or Brooklyn College, one of these places        10:35:08

18   here in New York, but he has a Ph D. in                 10:35:08

19   linguistics actually from the same school that I        10:35:08

20   went to, University of Massachusetts in Amherst         10:35:16

21   and he's taught language in the law for a long          10:35:18

22   time --                                                 10:35:21

23       Q    Any specific area of law?                      10:35:22

24       A    Well --                                        10:35:23

25       Q    Or is he just focused on writing and          10:35:24

1  language?                                          10:35:28

2      A    I'm sorry, I don't understand the        10:35:29

3  question.                                          10:35:30

4      Q    Sure.  My question I was trying to get    10:35:30

5  at is were you, in your class "Language and the    10:35:32

6  Law" were you focused on any specific area?        10:35:35

7      A    No, we looked pretty broadly at the       10:35:39

8  variety of the kinds of cases.                     10:35:42

9           I'm not sure what the question is         10:35:44

10  trying to get at.  Sorry.                         10:35:45

11     Q    So is it criminal law or civil law?       10:35:46

12     A    Yeah, both.                               10:35:49

13     Q    Both?                                     10:35:51

14     A    Yeah.                                      10:35:53

15     Q    Did you teach anything about defamation   10:35:53

16  law in your class?                                10:35:56

17     A    Not particularly.  I think we might       10:35:59

18  have looked at one or two cases in which          10:36:01

19  defamation was an issue, but that wasn't one of   10:36:04

20  the focuses.                                      10:36:06

21     Q    From 2016 to 2019, you were a visiting    10:36:07

22  Professor at NYU in the linguistics department; is 10:36:09

23  that correct?                                     10:36:13

24     A    Yes.                                       10:36:14

25     Q    And you said you -- have you retired      10:36:14

1    from there or what's your --                          10:36:18

2             -- (overspeaking) --                          10:36:20

3        Q    -- status?                                    10:36:20

4        A    -- (overspeaking) -- linguistics             10:36:21

5    professors don't retire.                               10:36:23

6             They are just hired -- they are not          10:36:24

7    even hired for long term.  It's just, you know,        10:36:25

8    for a semester or a year, yeah, and they only          10:36:27

9    hired me to teach one course.                          10:36:30

10       Q    Okay, and what did you teach?                10:36:31

11       A    I taught a course on indexicality.           10:36:33

12       Q    What's indexicality?                         10:36:38

13       A    Indexi -- indexicals are a certain           10:36:40

14   class of context-sensitive expressions that            10:36:43

15   include:  I, you, we, here, now, yesterday,            10:36:46

16   tomorrow.  And they are sensitive to context in a      10:36:49

17   very particular way and I've been developing a         10:36:52

18   novel theory of the relationship between those         10:36:55

19   expressions and context.                               10:36:58

20       Q    The -- strike that.  You are currently       10:37:03

21   Professor Emerita at OSU?                               10:37:07

22       A    Yes.                                          10:37:12

23       Q    What does that mean?                         10:37:12

24       A    It means I'm not just retired, but I'm       10:37:13

25   still eligible to serve on graduate committees.        10:37:15

| | | |
|---|---|---|
| 1 | I have access to university resources from my | 10:37:18 |
| 2 | research. | 10:37:21 |
| 3 | It's an honored position, you know, a | 10:37:24 |
| 4 | position of respect that says I'm still an active | 10:37:28 |
| 5 | member of the research community, even though I | 10:37:31 |
| 6 | retired from teaching. | 10:37:33 |
| 7 | Q     And do you hold any other current | 10:37:40 |
| 8 | positions, teaching positions? | 10:37:41 |
| 9 | A     Not teaching positions.  I actually | 10:37:43 |
| 10 | have just have received an invitation to be a | 10:37:45 |
| 11 | Research Scholar at Barnard College starting in | 10:37:48 |
| 12 | January of 2022. | 10:37:52 |
| 13 | Q     You also list you are an affiliate of | 10:37:55 |
| 14 | Rutgers -- | 10:37:58 |
| 15 | A     Yes. | 10:37:59 |
| 16 | Q     -- for Cognitive Science?  What's that? | 10:37:59 |
| 17 | A     The cognitive science is an | 10:38:01 |
| 18 | interdisciplinary study of a variety of things | 10:38:02 |
| 19 | having to do with human cognition, but as I said, | 10:38:05 |
| 20 | in particular they're interested in language. | 10:38:07 |
| 21 | Because I have a long history of working in an | 10:38:09 |
| 22 | interdisciplinary way with psychologists, | 10:38:12 |
| 23 | philosophers and computer scientists, when I moved | 10:38:17 |
| 24 | here I knew the people well at Rutgers and they | 10:38:20 |
| 25 | invited me to be part of their cognitive science | 10:38:23 |

| | | |
|---|---|---|
| 1 | center. | 10:38:25 |
| 2 | Q    And what does it mean to be an | 10:38:27 |
| 3 | affiliate? | 10:38:28 |
| 4 | A    I have -- they don't give me any money. | 10:38:29 |
| 5 | This is all for glory and -- but they deem me -- | 10:38:32 |
| 6 | it's really a way of saying that I'm a respected | 10:38:36 |
| 7 | member of the community.  I'm a resource that they | 10:38:40 |
| 8 | would like their faculty and students to draw on. | 10:38:42 |
| 9 | For example, even though it's not | 10:38:45 |
| 10 | official anymore, I am still an affiliate at NYU. | 10:38:47 |
| 11 | I go to courses and seminars there all the time. | 10:38:50 |
| 12 | I'm on committees for graduate students.  I'm | 10:38:53 |
| 13 | writing letters for one of them right now. | 10:38:56 |
| 14 | Q    Okay, so is this basically -- have we | 10:38:59 |
| 15 | gone through your basic employment and teaching | 10:39:02 |
| 16 | history.  Have I left anything out? | 10:39:04 |
| 17 | A    Many other things but that'll do. | 10:39:07 |
| 18 | Q    Any other important positions you've | 10:39:11 |
| 19 | held that I've left out. | 10:39:12 |
| 20 | A    Those are my principle positions, yes. | 10:39:14 |
| 21 | Q    And obviously with all of your | 10:39:16 |
| 22 | extensive research and training as a linguist and | 10:39:18 |
| 23 | you've gone through, even in your answers very | 10:39:23 |
| 24 | deeply into, you know, the thought process here, | 10:39:25 |
| 25 | when you are reading something in everyday life | 10:39:28 |

| | | |
|---|---|---|
| 1 | does your training sort of impact how you read or | 10:39:31 |
| 2 | interpret things? | 10:39:35 |
| 3 | A    No, not unless there's an issue that | 10:39:37 |
| 4 | comes up.  So, may I explain?  If I was reading | 10:39:39 |
| 5 | and I'm an avid reader, I read constantly, I just | 10:39:43 |
| 6 | read like you do.  I'm looking for content. | 10:39:46 |
| 7 | If it's beautiful, I'm reading poetry | 10:39:48 |
| 8 | and I'm impressed and moved by the form.  When | 10:39:50 |
| 9 | something doesn't work, then probably more likely | 10:39:54 |
| 10 | than you, I'm more likely than you to stop and | 10:39:57 |
| 11 | think about why it doesn't work, what was | 10:39:59 |
| 12 | infelicitous or seemed out of place or | 10:40:03 |
| 13 | ungrammatical, but that's because I have that | 10:40:09 |
| 14 | training to look at that. | 10:40:11 |
| 15 | Q    Yeah, I would think that in reading | 10:40:13 |
| 16 | things, just given your background, what you do | 10:40:14 |
| 17 | for a living that's a prism through which you are | 10:40:17 |
| 18 | constantly looking, right? | 10:40:19 |
| 19 | A    Not really.  That would kind of spoil | 10:40:20 |
| 20 | it for me, no.  And I don't like Scrabble.  I | 10:40:22 |
| 21 | don't like word games. | 10:40:24 |
| 22 | Q    Do you -- you said you're an avid | 10:40:28 |
| 23 | reader. | 10:40:31 |
| 24 | A    Yeah. | 10:40:32 |
| 25 | Q    How often do you read and watch the | 10:40:32 |

| | | |
|---|---|---|
| 1 | news? | 10:40:34 |
| 2 | A    Umm... I read the news every day.  I | 10:40:36 |
| 3 | mostly read the news.  I look at things online, as | 10:40:40 |
| 4 | well, videos, etcetera, yeah. | 10:40:43 |
| 5 | Q    Are there particular newspapers that | 10:40:48 |
| 6 | you subscribe to? | 10:40:50 |
| 7 | A    New York Times and Washington Post. | 10:40:52 |
| 8 | Q    Any others? | 10:40:54 |
| 9 | A    Not subscribe. | 10:40:55 |
| 10 | Q    Are there particular news programs that | 10:40:56 |
| 11 | you watch regularly? | 10:41:01 |
| 12 | A    I don't watch the news.  I look at | 10:41:02 |
| 13 | streaming.  If there's an article either in the | 10:41:05 |
| 14 | New York Times or the Washington Post or if one of | 10:41:10 |
| 15 | my friends might post something on Facebook from | 10:41:12 |
| 16 | The Guardian or some other local newspaper that | 10:41:16 |
| 17 | they read and it looks like an interesting story, | 10:41:21 |
| 18 | I'll go there and if there's a video or streaming | 10:41:23 |
| 19 | I'll watch that. | 10:41:26 |
| 20 | Q    Do you watch TV? | 10:41:27 |
| 21 | A    No. | 10:41:28 |
| 22 | Q    Do you have any special expertise in | 10:41:33 |
| 23 | video analysis? | 10:41:35 |
| 24 | A    No. | 10:41:37 |
| 25 | Q    Do you have any special expertise in | 10:41:42 |

| 1 | reconstructing events through analysis and videos? | 10:41:44 |
| 2 | A    No. | 10:41:48 |
| 3 | Q    Let's go to your -- I want to mark your | 10:41:48 |
| 4 | expert report and I have a copy here.  We are | 10:41:56 |
| 5 | going to mark it as Exhibit A to this deposition. | 10:41:58 |
| 6 | (Exhibit A was marked for | 10:42:01 |
| 7 | identification.) | 10:42:01 |
| 8 | BY MS. SPEARS: | 10:42:12 |
| 9 | Q    I'm marking Exhibit A to the deposition | 10:42:12 |
| 10 | and that is a copy of Plaintiff's 26(a)2 | 10:42:15 |
| 11 | disclosures, Phase I followed by Exhibit A to that | 10:42:22 |
| 12 | disclosure which is a report dated November 10th, | 10:42:29 |
| 13 | 2021; do you recognize this? | 10:42:35 |
| 14 | A    Yes, I do. | 10:42:37 |
| 15 | Q    Is this the report you wrote in this | 10:42:38 |
| 16 | case? | 10:42:41 |
| 17 | A    Yes. | 10:42:41 |
| 18 | Q    I should say "in these cases"? | 10:42:42 |
| 19 | A    Yes, that's right. | 10:42:44 |
| 20 | -- (indiscernible) -- | 10:42:48 |
| 21 | Q    If you would look at page 2 to 3 of | 10:42:48 |
| 22 | your report, so it starts in sort of a letter form | 10:42:51 |
| 23 | on page 1, "Dear Mr. McMurtry."  Do you see that? | 10:43:03 |
| 24 | A    Yes. | 10:43:06 |
| 25 | Q    And if you go to page -- the appendix | 10:43:07 |

| | | |
|---|---|---|
| 1 | of the report, essentially. | 10:43:13 |
| 2 | A    Sure. | 10:43:16 |
| 3 | Q    It's actually page 1 of the appendix | 10:43:26 |
| 4 | which is at the back.  It says November of 2021, | 10:43:29 |
| 5 | Craige Roberts' brief. | 10:43:30 |
| 6 | A    Sorry, are you talking about page 16? | 10:43:31 |
| 7 | Q    No, it's page 1. | 10:43:33 |
| 8 | A    Oh, my CV.  Is that what you are | 10:43:35 |
| 9 | talking about? | 10:43:38 |
| 10 | Q    Mm-hmm.  Your CV. | 10:43:39 |
| 11 | A    Yes. | 10:43:43 |
| 12 | Q    So that we're on the same page, it's | 10:43:43 |
| 13 | your CV brief. | 10:43:45 |
| 14 | A    Yeah. | 10:43:47 |
| 15 | Q    CV November 2021, page 1. | 10:43:47 |
| 16 | A    Yes. | 10:43:51 |
| 17 | Q    It's at the back of your report.  Do | 10:43:52 |
| 18 | you see that? | 10:43:53 |
| 19 | A    Yes. | 10:43:54 |
| 20 | Q    You list several publications here, | 10:43:55 |
| 21 | starting on page 2 and over to page 3. | 10:43:59 |
| 22 |       In any of these publications -- you can | 10:44:06 |
| 23 | take a minute to look -- | 10:44:08 |
| 24 | A    Yeah. | 10:44:09 |
| 25 | Q    -- did you analyze videos of live | 10:44:10 |

1   action or events to determine the veracity of          10:44:13

2   statements?                                             10:44:16

3        A    No.                                           10:44:17

4        Q    Do any of those publications discuss          10:44:17

5   how to approach a video analysis review, such as       10:44:20

6   how to review videos of live events?                   10:44:24

7        A    No.                                           10:44:26

8        Q    Page 2, down at the very first list           10:44:27

9   under books, it says "Haitian Creole English           10:44:32

10  French Dictionary."  I think you mentioned that         10:44:36

11  when you were speaking earlier, correct?               10:44:39

12       A    Yes.                                          10:44:41

13       Q    I assume that provides translations           10:44:42

14  between Haitian, Creole, English or French?             10:44:44

15       A    Correct.                                      10:44:47

16       Q    Do you speak Haitian Creole and French?       10:44:49

17       A    Yes.                                          10:44:52

18       Q    Do you speak any other languages?             10:44:53

19       A    Not well.                                     10:44:55

20       Q    Do you speak Haitian Creole and French        10:44:57

21  well?                                                   10:45:01

22       A    French pretty well, yes.  Haitian not         10:45:01

23  as well because I haven't had occasion to use it        10:45:05

24  much since I did the dictionary.                        10:45:07

25       Q    And that was in 1981?                         10:45:09

1    A    I worked on the dictionary from '78 to          10:45:11
2  '80, when I was first an undergraduate and then a      10:45:15
3  graduate assistant at Indiana University on the        10:45:17
4  dictionary project.                                    10:45:19
5         I wrote an article that was a                   10:45:23
6  dictionary procedure article which was one of my       10:45:25
7  first published articles, but I didn't include it      10:45:28
8  here that was a procedures manual for the              10:45:31
9  dictionary.                                            10:45:35
10   Q    That's okay.  You know, I just wanted           10:45:36
11  to establish the timeframe.                           10:45:37
12   A    Okay.                                           10:45:39
13   Q    If we have more time I could hear more          10:45:39
14  about the Haitian Creole dictionary, but I'm going    10:45:41
15  to pass.                                              10:45:44
16        So I take it you speak French as a              10:45:49
17  foreign language, obviously; you're a native          10:45:52
18  English speaker, correct?                             10:45:56
19   A    Correct.                                        10:45:57
20   Q    Are you able to distinguish languages           10:45:57
21  from other human sounds?                              10:46:00
22   A    It depends on the language.  I think I          10:46:01
23  could always tell if it was a human language from     10:46:03
24  various things, but that's a weird question.          10:46:05
25  Sorry.                                                10:46:08

| | | |
|---|---|---|
| 1 | Q    That's okay.  I've been accused of | 10:46:10 |
| 2 | asking weird questions before.  Page 3.  You -- | 10:46:12 |
| 3 | the second one down has domain selection and | 10:46:17 |
| 4 | dynamic semantics in quantification and natural | 10:46:20 |
| 5 | language.  What is natural language? | 10:46:26 |
| 6 | A    Natural language is -- it's in | 10:46:28 |
| 7 | contraposition to artificial languages which would | 10:46:32 |
| 8 | be languages like logic, which is a kind of | 10:46:35 |
| 9 | language or a computer languages. | 10:46:38 |
| 10 | Q    I see.  Down a little bit further, | 10:46:39 |
| 11 | midway on page 3, I see a publication of yours | 10:46:42 |
| 12 | entitled "Domain selection" in -- | 10:46:46 |
| 13 | A    That's the same one. | 10:46:52 |
| 14 | Q    Oh, that's the same one.  Sorry. | 10:46:52 |
| 15 | "Discourse Context and Dynamic interpretation." | 10:46:52 |
| 16 | A    Yes. | 10:46:54 |
| 17 | Q    What's discourse context? | 10:46:55 |
| 18 | A    As I said -- I mean, there's a lot of | 10:46:57 |
| 19 | kinds of context in the world, but I'm talking | 10:47:01 |
| 20 | about the context that bears on the interpretation | 10:47:03 |
| 21 | of language, so we call that discourse context | 10:47:05 |
| 22 | because it's the context in which a discourse | 10:47:08 |
| 23 | takes place between interlocutors.  I wasn't | 10:47:10 |
| 24 | speaking specifically of the kind of context | 10:47:18 |
| 25 | that's relevant for interpretation of language. | 10:47:19 |

| | | |
|---|---|---|
| 1 | Q    What does dynamic interpretation mean? | 10:47:24 |
| 2 | A    Yeah.  Context changes in the course of | 10:47:28 |
| 3 | interpretation of a single complex sentence | 10:47:31 |
| 4 | sometimes.  I could give you examples and so you | 10:47:35 |
| 5 | call that dynamic context.  The context that | 10:47:37 |
| 6 | changes while the sentence is being spoken.  I | 10:47:39 |
| 7 | could give you a simple example.  I could say | 10:47:43 |
| 8 | "Give me a copy of that," pointing in one | 10:47:46 |
| 9 | direction; that, pointing in another direction | 10:47:49 |
| 10 | and; that, pointing in a third direction.  And the | 10:47:52 |
| 11 | context in which I'm pointing -- the context | 10:47:55 |
| 12 | includes my pointing and the information that you | 10:47:57 |
| 13 | get from the pointing about what I'm pointing at | 10:48:01 |
| 14 | in that, you know, visual context. | 10:48:04 |
| 15 | So there the context has changed | 10:48:05 |
| 16 | because one point when I said "that" I was | 10:48:07 |
| 17 | pointing in one direction.  Another point, I'm | 10:48:10 |
| 18 | pointing in different and then a third.  So that's | 10:48:12 |
| 19 | a dynamic context, but there are many more complex | 10:48:14 |
| 20 | ways in which a complex syntactic structure leads | 10:48:19 |
| 21 | to the possibility of updating contextual | 10:48:22 |
| 22 | information in the course of interpretation and | 10:48:25 |
| 23 | that's one of my areas of expertise. | 10:48:27 |
| 24 | Q    By the way, you mentioned earlier that | 10:48:32 |
| 25 | there was a technical debate in your field related | 10:48:34 |

| | | |
|---|---|---|
| 1 | to some -- some of the works you've -- or some of | 10:48:38 |
| 2 | the specialities that you focused on.  What were | 10:48:44 |
| 3 | you referencing? | 10:48:46 |
| 4 | A    Well, for example, I told you I'm | 10:48:47 |
| 5 | teaching a course on indexicality, and there's a | 10:48:48 |
| 6 | famous theory of indexicality due to a | 10:48:54 |
| 7 | philosopher -- you don't need to know all | 10:48:57 |
| 8 | the details Caplan in the '80s.  And I'm arguing | 10:48:58 |
| 9 | that if you looked across the wide variety of | 10:49:01 |
| 10 | human languages, there's empirical evidence from | 10:49:03 |
| 11 | those languages that his theory makes the wrong | 10:49:07 |
| 12 | predictions in a number of cases and so is | 10:49:10 |
| 13 | inadequate, so I have a better theory to offer. | 10:49:11 |
| 14 | Q    Are there any theories of yours in | 10:49:15 |
| 15 | linguistics that are the subject of debate in your | 10:49:19 |
| 16 | field? | 10:49:21 |
| 17 | A    Sure.  Of course.  If you are an | 10:49:29 |
| 18 | interested theorist, there are.  So mine, I have a | 10:49:29 |
| 19 | theory about "the." I'm actually you're at the | 10:49:32 |
| 20 | table with one of the world's foremost experts on | 10:49:32 |
| 21 | the English word "the" which is the most common | 10:49:32 |
| 22 | word in English language.  And there's a ferocious | 10:49:32 |
| 23 | debate going back to Russell and Whitehead and | 10:49:42 |
| 24 | Frega (?) in the late 19th, early 20th century | 10:49:45 |
| 25 | about the meaning of "the."  And I have a stance | 10:49:46 |

1   about that which is still controversial.                    10:49:48

2        Q    Anything else in your work that is                10:49:50

3   controversial?                                              10:49:52

4        A    Oh, controversial.  I mean, I told you            10:49:54

5   my work on the question under discussion's very,            10:49:56

6   very influential.  There's a large -- if you go to          10:49:58

7   my web page, there's a large bibliography, you can          10:50:02

8   link from there that goes to about half of the              10:50:06

9   work that's been written about the question under           10:50:08

10  discussion.                                                 10:50:11

11       Q    Can you tell me just briefly what is              10:50:11

12  the debate about your theory of the question under          10:50:13

13  discussion?                                                 10:50:15

14       A    Whether I have the right theory of the            10:50:16

15  question under discussion.  I characterize it in a          10:50:19

16  certain, very precise formal way, which I could             10:50:22

17  give you a lecture about, if you wanted.                    10:50:25

18       Q    No thanks.                                        10:50:28

19       A    I don't think you want it, but, but is            10:50:28

20  that the right way to do it.                                10:50:30

21            So one of the students that I'm writing           10:50:32

22  letters for now has an alternative to one aspect            10:50:35

23  of my theory which I think improves on it but, of           10:50:37

24  course, in science, and I'm a scientists, we have           10:50:40

25  a hypothesis not because we think we're always              10:50:43

| | | |
|---|---|---|
| 1 | right, but because we think that's the best | 10:50:48 |
| 2 | explanation we have to give at this point. | 10:50:50 |
| 3 | If new data comes to bear, we revise | 10:50:52 |
| 4 | our hypothesis, so in that sense, all theory is | 10:50:54 |
| 5 | always, in science, up for revision. | 10:50:57 |
| 6 | The virtue of a good theory is its | 10:51:03 |
| 7 | clarity so that we can understand exactly what it | 10:51:05 |
| 8 | predicts. | 10:51:08 |
| 9 | Q    On page 5 of your CV, in a couple of | 10:51:09 |
| 10 | talks you've given on character assassination? | 10:51:17 |
| 11 | A    Mm-hmm. | 10:51:21 |
| 12 | Q    What are those? | 10:51:21 |
| 13 | A    It's a joke.  It's a linguistic joke. | 10:51:22 |
| 14 | I told you about the guy's name Caplan, | 10:51:25 |
| 15 | whose work on indexicality is the most influential | 10:51:28 |
| 16 | and famous in the field and he calls the meaning | 10:51:33 |
| 17 | of an indexical its character.  It's a technical | 10:51:37 |
| 18 | term, has a very specific meaning in that theory. | 10:51:40 |
| 19 | And so I called my talk -- I called my work | 10:51:43 |
| 20 | character assassination because I'm dissing his | 10:51:45 |
| 21 | theory of character. | 10:51:49 |
| 22 | Q    Got it.  So, that's helpful.  Thank | 10:51:50 |
| 23 | you.  It's funny as well. | 10:51:52 |
| 24 | A    (Laughter) | 10:51:56 |
| 25 | Q    You have a talk towards the bottom of | 10:51:56 |

1   page 5, "OSU Pragmatics Group Slurs" from very --          10:52:02

2        A    Yeah.                                            10:52:11

3        Q    Well, a year ago.                                10:52:12

4        A    Yeah.                                            10:52:12

5        Q    Very recently.  What's this group                10:52:14

6   about?                                                    10:52:16

7        A    The OSU Pragmatics Group is something I          10:52:16

8   started when I was there.  It's a working group            10:52:19

9   for non-credit for graduate students who are               10:52:22

10  interested in pragmatics, and it's very important          10:52:24

11  for their professional development.                        10:52:26

12       Q    And what's the slurs --                          10:52:28

13            -- (overspeaking) --                             10:52:29

14       A    So I was -- I was attending by Zoom and          10:52:29

15  their subject of that discussion is slurs, which           10:52:32

16  are offensive terms in natural language.  And              10:52:38

17  I have some things to say about the meaning of             10:52:42

18  slurs and how I think they come to bear and bear           10:52:45

19  on the truth condition of the utterance, that is           10:52:53

20  to say whether it's true or false.                         10:52:56

21       Q    And do slurs have universal meaning?             10:52:58

22       A    No, they are very particular to the              10:53:00

23  group that uses them, I would say.                         10:53:02

24       Q    And does the perspective of the                  10:53:05

25  listener or the interlocutor hearing the slur also         10:53:08

| | | |
|---|---|---|
| 1 | matter? | 10:53:11 |
| 2 | A    Well, yes, I said "the group."  So | 10:53:12 |
| 3 | if --  if we're in crowd in a certain ethnic group | 10:53:13 |
| 4 | sometimes a term that would be used by an outsider | 10:53:21 |
| 5 | as an offensive slur can be used as an in-crowd | 10:53:24 |
| 6 | group as almost a badge of pride, so it depends on | 10:53:28 |
| 7 | who you're talking to what the slur -- not just | 10:53:33 |
| 8 | what it means truth conditionally but the | 10:53:33 |
| 9 | implications and the emotional connotations, yes. | 10:53:33 |
| 10 | Q    And cultural differences can -- | 10:53:42 |
| 11 | -- (overspeaking) -- | 10:53:42 |
| 12 | A    And cultural differences come to bear, | 10:53:43 |
| 13 | that's correct. | 10:53:45 |
| 14 | Q    Let's look to your CV, page 2.  Have | 10:53:50 |
| 15 | you ever testified in a defamation case before? | 10:54:01 |
| 16 | You list a bunch of cases where you've | 10:54:07 |
| 17 | been engaged as a -- as an expert to do expert | 10:54:08 |
| 18 | work. | 10:54:11 |
| 19 | A    No. | 10:54:11 |
| 20 | Q    Have you ever testified in a defamation | 10:54:11 |
| 21 | case before? | 10:54:14 |
| 22 | A    I don't believe so, no, I have not. | 10:54:15 |
| 23 | Q    Is this case listed at the bottom of | 10:54:16 |
| 24 | your list of cases on page 2 or is that a | 10:54:19 |
| 25 | different case? | 10:54:22 |

1      A    This is this case.                          10:54:23

2      Q    So that's Hemmer DeFrank Wessels --         10:54:24

3      A    Yes.                                        10:54:27

4      Q    -- Attorneys at Law, Ft. Mitchell.         10:54:27

5      A    Yes.                                        10:54:28

6      Q    Retained as expert witness in a            10:54:28

7  defamation suit, preparing a report.                 10:54:28

8           Have you ever been retained by Hemmer       10:54:33

9  DeFrank Wessels before?                              10:54:35

10     A    No.                                         10:54:37

11     Q    Have you ever been asked to review          10:54:43

12 videos in connection with any expert testimony       10:54:45

13 before?                                              10:54:46

14     A    No.                                         10:54:48

15     Q    In how many matters have you provided       10:54:56

16 expert testimony?                                    10:54:58

17     A    You mean in the courtroom and               10:54:59

18 deposition or what do you mean by "provided expert   10:55:00

19 testimony"?                                          10:55:03

20     Q    Yeah, let me clarify that.  In how many     10:55:04

21 matters have you provided an expert opinion in an    10:55:06

22 report?                                              10:55:09

23     A    I would have to count.  I don't -- I        10:55:10

24 never -- I haven't kept track of the number.  Out    10:55:11

25 of the cases you see listed here probably 7 or 10.   10:55:15

1    I'm sorry, I don't know exactly the number.          10:55:19

2         Q    Does this list here that we see on         10:55:22

3    pages 1 and 2 contain a complete list of your        10:55:25

4    work -- legal work -- excuse me, expert work for     10:55:30

5    legal cases?                                         10:55:31

6         A    I suspect it does.  I don't remember.      10:55:32

7    Remember, this is a brief curriculum vitae so I      10:55:35

8    might have taken out something that didn't seem      10:55:37

9    very important.                                      10:55:41

10        Q    Have you ever been excluded as an          10:55:42

11   expert?                                              10:55:44

12        A    Excluded, meaning by a judge?              10:55:44

13        Q    Sure, let me rephrase that.  Has your      10:55:46

14   report ever been excluded in a case?                 10:55:48

15        A    Sorry, I'm just not sure the technical     10:55:51

16   sense.  May I try to clarify?                        10:55:53

17        Q    Let me try to clarify, and I could ask     10:55:55

18   the question a little better, so thank you.          10:55:59

19   Have you ever given a report or provided a report    10:56:01

20   as an expert in a case and your report has been      10:56:04

21   rejected by the court?                               10:56:08

22        A    May I put it a different way?  It          10:56:12

23   was -- was my testimony ever ruled, after the        10:56:14

24   fact, inadmissible?  Yes.                            10:56:16

25        Q    Okay.  When?                               10:56:18

1        A     In the second case here, you have the          10:56:20

2    Deters, Benzinger LaVelle, etcetera, in the case          10:56:22

3    pertaining to licensure of healthcare facilities.         10:56:27

4    I testified at a magistrate's hearing.  It was a          10:56:30

5    very interesting testimony.                               10:56:33

6            My attorney knew at the time that my --           10:56:34

7    because they had very strict legal tradition in           10:56:37

8    Kentucky of sticking to the plain meaning of the          10:56:46

9    terms in question, and that there was a                   10:56:49

10   possibility that my testimony would be deemed             10:56:51

11   inadmissible because I was testifying as a                10:56:53

12   linguistic expert.  But the judge -- the                  10:56:58

13   magistrate, rather, wanted to hear my testimony so        10:57:00

14   he did and it rang the bell.  Even though he              10:57:03

15   legally decided it wasn't admissible, I think it          10:57:08

16   had influence on the case's outcome.  I was very          10:57:11

17   proud of my testimony in that case.                       10:57:14

18       Q     In that case, the magistrate ruled your         10:57:16

19   testimony inadmissible though?                            10:57:18

20       A     They ruled that -- not because of what          10:57:20

21   I said, but because I was a linguistics expert            10:57:22

22   that the testimony was not admissible.                    10:57:27

23       Q     Any other cases that you issued a               10:57:38

24   report in your testimony where your report was            10:57:40

25   deemed inadmissible?                                      10:57:44

1      A    No.  Let me say this: If it was, I          10:57:45

2  don't know.  No one ever said, oh that was deemed     10:57:52

3  inadmissible.                                         10:57:54

4      Q    Fair enough.  You have a report listed       10:57:56

5  at -- or I'm sorry, not a report but it says          10:58:08

6  testified in court on the first listing on page 1     10:58:13

7  there.                                                10:58:16

8      A    Yes.                                         10:58:16

9      Q    With Dinsmore & Shohl.                       10:58:16

10      A    Yes.                                         10:58:16

11      Q    Trademark law and interpretation of an      10:58:16

12  advertising slogan.                                   10:58:16

13      A    Yes.                                         10:58:20

14      Q    What were your opinions in that case?       10:58:24

15      A    Let me see if I can remember the           10:58:26

16  details.  It was a fascinating case.  In Ohio we      10:58:28

17  have Nationwide Insurance which has this              10:58:33

18  well-known advertising slogan:  "Nationwide at        10:58:35

19  your side."  I think that's it.                       10:58:40

20      Q    I'm familiar with it.                       10:58:41

21      A    Yes, every everybody is.  And there was    10:58:42

22  a little bank in New England.  I can't remember       10:58:44

23  which one, Sovereign Bank and they had come up        10:58:47

24  with a new advertising slogan, "Sovereign Bank        10:58:50

25  always by your side" or something like that.  I       10:58:54

|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  | can't remember.  I'm sorry, you know, I'd have to      | 10:58:59 |
| 2  | look up the slogan now, but I testified on the         | 10:59:01 |
| 3  | part of Sovereign that the new slogan they wanted      | 10:59:04 |
| 4  | to use was not synonymous with Nationwide at your      | 10:59:10 |
| 5  | side."                                                 | 10:59:14 |
| 6  | Oh, no, "Nationwide on your side,"                     | 10:59:14 |
| 7  | That's it.  "Nationwide on your side" versus           | 10:59:17 |
| 8  | "Sovereign Bank always at your side."  And I           | 10:59:19 |
| 9  | testified that they are not synonymous, yeah.          | 10:59:22 |
| 10 | I had a really good punch line.  You want to hear      | 10:59:30 |
| 11 | my punch line?                                         | 10:59:33 |
| 12 | Q    Not really --                                     | 10:59:34 |
| 13 | A    Oh, too bad.                                       | 10:59:35 |
| 14 | Q    -- but it seems like you want to tell             | 10:59:35 |
| 15 | me.                                                    | 10:59:36 |
| 16 | A    That's okay.                                       | 10:59:36 |
| 17 | Q    What was it?                                       | 10:59:36 |
| 18 | A    Well, it's about truth conditions.  So            | 10:59:36 |
| 19 | the attorney for Nationwide was cross-examining me     | 10:59:39 |
| 20 | and he said, you know -- he was questioning my         | 10:59:45 |
| 21 | analysis and I just said to him that -- I agreed       | 10:59:49 |
| 22 | that, yeah, I thought he would have to agree that      | 10:59:52 |
| 23 | the point where he was standing was at the side of     | 10:59:55 |
| 24 | the attorney for Sovereign Bank.  He agreed that       | 10:59:58 |
| 25 | was true.                                              | 11:00:02 |

| | | |
|---|---|---|
| 1 | And I said you are certainly not on his | 11:00:03 |
| 2 | side, are you?  And he agreed that that was not | 11:00:05 |
| 3 | true. | 11:00:08 |
| 4 | So, I made the point that they were not | 11:00:08 |
| 5 | truth conditionally synonymous and in linguistic | 11:00:11 |
| 6 | terms, that means they're not synonymous. | 11:00:14 |
| 7 | Q    Okay, so let's -- | 11:00:18 |
| 8 | A    Sorry, may -- the reason I told that | 11:00:19 |
| 9 | you is that I think it has a -- | 11:00:20 |
| 10 | -- (overspeaking) -- | 11:00:21 |
| 11 | Q    That's okay.  That's fine. The next -- | 11:00:23 |
| 12 | you don't have to continue.  The next thing on | 11:00:24 |
| 13 | here is Deters and Benzinger. | 11:00:29 |
| 14 | A    That's the one we talked about -- | 11:00:35 |
| 15 | -- (overspeaking) -- | 11:00:36 |
| 16 | A    -- the Kentucky magistrate. | 11:00:36 |
| 17 | Q    Okay.  There's a matter on here about | 11:00:37 |
| 18 | midway down, Dritz, PLL interpretation of email | 11:00:56 |
| 19 | correspondence at issue in a criminal case. | 11:01:01 |
| 20 | A    Yes, that's correct. | 11:01:09 |
| 21 | Q    What were your opinions in that case? | 11:01:10 |
| 22 | A    I did not write an expert opinion.  I | 11:01:10 |
| 23 | gave them informal information about my | 11:01:10 |
| 24 | interpretation. | 11:01:13 |
| 25 | Q    Are any of these other cases ones in | 11:01:16 |

| | | |
|---|---|---|
| 1 | which you actually wrote a report? | 11:01:23 |
| 2 | A    Several of them are ones in which I | 11:01:26 |
| 3 | wrote a report, yeah. | 11:01:27 |
| 4 | Q    And you've indicated here if you wrote | 11:01:29 |
| 5 | a report or not? | 11:01:31 |
| 6 | A    Sorry, I didn't put that on the CV. | 11:01:33 |
| 7 | I'd have to look at my records to tell you which | 11:01:34 |
| 8 | ones I actually ended up writing formal reports | 11:01:37 |
| 9 | for. | 11:01:39 |
| 10 | Q    Okay, in some -- a few of these cases | 11:01:40 |
| 11 | it appears that the testimony you gave was about | 11:01:44 |
| 12 | interpretation of statutes or contracts; is that | 11:01:46 |
| 13 | correct? | 11:01:49 |
| 14 | A    Yes. | 11:01:49 |
| 15 | Q    In interpreting a statute or a | 11:01:55 |
| 16 | contract, have you done work where you're | 11:02:00 |
| 17 | examining solely the language of the contract to | 11:02:04 |
| 18 | interpret intent or have you looked to any other | 11:02:07 |
| 19 | resources, such as -- well, let me just stop right | 11:02:10 |
| 20 | there. | 11:02:13 |
| 21 | A    When I give my report, my expert | 11:02:19 |
| 22 | opinion as a linguist, I am not giving you my | 11:02:23 |
| 23 | expert opinion as someone with expertise in the | 11:02:26 |
| 24 | law.  The hardest thing about teaching a course on | 11:02:28 |
| 25 | language in the law is that I'm not an expert on | 11:02:31 |

1   the law.  So when I write an opinion or give an          11:02:33

2   opinion in testimony, I'm talking about the plain        11:02:36

3   meaning of whatever it is I am analyzing.                11:02:40

4        Q    Let me ask you this though.  If you --         11:02:44

5   in one of these cases, let's talk about the Sparks       11:02:44

6   case here just to be specific.                           11:02:47

7        A    Which one is this?                             11:02:48

8        Q    It's about midway through --                   11:02:50

9        A    Commercial contracts.                          11:02:51

10       Q    On the interpretation of a commercial          11:02:51

11   contract.                                               11:02:53

12       A    Yes.                                           11:02:54

13       Q    In that case did you interpret solely         11:02:54

14   the language of the contract?                           11:02:57

15       A    Yes.                                           11:02:58

16       Q    And did you consider any other               11:02:59

17   information, such as statutory history?                 11:03:09

18       A    No, I was not told to do so.  These are       11:03:12

19   cases where the plain language of the document was      11:03:15

20   at issue.                                               11:03:17

21       Q    Okay.  Let's go to the beginning of           11:03:18

22   your report here.  Back to the beginning.              11:03:36

23   Actually, if you go back to the very first page of      11:03:37

24   the caption to the "Plaintiff's Rule 26(a)(2)           11:03:49

25   Disclosures (Phase One)."                               11:03:50

1    A    Sorry, where are you?  Oh, yes, okay.      11:03:50
2  Yes.                                               11:03:54
3    Q    Got that?  Okay.  That indicates you're    11:04:03
4  going to testify at trial for Nicholas Sandmann;   11:04:06
5  is that correct?                                   11:04:10
6    A    Yes, I have agreed to do so.               11:04:10
7    Q    And do you understand what Phase I         11:04:12
8  means in this case?                                11:04:14
9    A    No.  I mean, I know what the English       11:04:15
10  means but I don't really know the legal           11:04:20
11  implications.                                      11:04:22
12    Q    Okay, your report is dated                11:04:23
13  November 10th, as we talked about before and is    11:04:24
14  attached to this.  When were you first contacted   11:04:26
15  about this matter?                                 11:04:31
16    A    I believe that was in September of '21.   11:04:33
17    Q    September of '21, okay.  And who were     11:04:42
18  you contacted by?                                  11:04:42
19    A    Todd McMurtry.                            11:04:43
20    Q    Was anyone else present?                  11:04:45
21    A    No, it was an email contact initially    11:04:46
22  and then phone.                                    11:04:48
23    Q    And what -- you spoke with Mr. McMurtry  11:04:50
24  by phone?                                          11:04:56
25    A    Initially, yes.                           11:04:57

1      Q    And what was said in that conversation?       11:04:58

2      A    He told me that there was a case              11:05:02

3   involving defamation.  He told me roughly what it     11:05:04

4   was about.                                            11:05:07

5           I remembered having seen the news             11:05:08

6   report of the initial -- the initial news reports     11:05:10

7   about the encounter between Mr. -- I didn't           11:05:14

8   remember the name, Sandmann or Phillips and he        11:05:17

9   asked me if I would be willing to give my expert      11:05:22

10  opinion about the meaning of two passages, and I      11:05:24

11  said I would but I reminded him that I only say        11:05:26

12  what I think it actually means.  I'm not              11:05:30

13  testifying to an end.                                 11:05:34

14     Q    And did you discuss the matter with           11:05:40

15  anyone else?                                          11:05:43

16     A    No, I was asked to retain -- to keep          11:05:44

17  this in confidence.                                   11:05:48

18     Q    When did you begin preparing your             11:05:53

19  report?                                               11:05:56

20     A    I'm sorry, I'd have to look at my             11:05:57

21  records but I think it was in September, to my        11:05:59

22  recollection.                                         11:06:01

23     Q    And --                                        11:06:03

24     A    Maybe it wasn't until October.  I'm           11:06:07

25  sorry, I think -- I'm not sure exactly when I         11:06:09

1    started doing the work.                                        11:06:12

2         Q    Did you do it over a long period of                 11:06:16

3    time in October -- or not a long period.  I                   11:06:19

4    shouldn't characterize it that way -- did you do              11:06:22

5    it over a month --                                            11:06:23

6              -- (overspeaking) --                                11:06:24

7         A    I think I -- no, I think I wrote the                 11:06:24

8    report.  I think what happened in September was               11:06:26

9    that I initially had access to the videos and the             11:06:28

10   passages that I was to look at and I gave -- I                 11:06:32

11   reviewed those and I gave Todd a preliminary                  11:06:37

12   assessment of whether I thought those passages                11:06:40

13   were true or not of what I saw in the videos.  And            11:06:44

14   then he came back later, probably in late October             11:06:46

15   and said we'd like you to write a report, and                 11:06:49

16   I believe it took me about seven or eight days to             11:06:52

17   write the report.                                             11:06:57

18        Q    Did you have any in-person meetings                 11:06:58

19   with anyone or just telephone calls --                        11:07:03

20             -- (overspeaking) --                                11:07:04

21        A    No.                                                 11:07:05

22        Q    -- with Mr. --                                      11:07:05

23        A    Telephone calls and video ...used Zoom.            11:07:07

24        Q    Can you look on your report at page --              11:07:13

25   continuing on from where we were before, page 5 --            11:07:20

1      A      The report.                                     11:07:23

2      Q      -- at the end of your legal work.               11:07:23

3      A      Oh, you're talking about my appendix?           11:07:31

4      Q      I know you took the clip off of it, so          11:07:34

5   it's a little out of order.  You might want to put        11:07:36

6   the clip back on.                                          11:07:38

7      A      There's separate numbers on the CV.  I          11:07:40

8   wasn't sure you were talking about the report or           11:07:42

9   the CV.                                                    11:07:44

10     Q      Yes, I'm sorry, I'm talking about the           11:07:44

11  report at this time.                                       11:07:46

12     A      Okay.  Page 5.                                   11:07:47

13     Q      Page 5.                                          11:07:48

14     A      Yes.                                             11:08:03

15     Q      Okay, "IV Bases for Opinions and                11:08:03

16  Materials Considered."                                     11:08:03

17            It says here, "I have been provided             11:08:06

18  with the following materials on which to base my           11:08:09

19  opinion" and then it goes on page 5, 6 and                 11:08:10

20  continues onto page 7; is that correct?                    11:08:15

21     A      Correct.                                         11:08:16

22     Q      Are the materials -- strike that.               11:08:21

23            Are all the materials that you reviewed         11:08:22

24  in connection with your report listed here on              11:08:23

25  Pages 5 to 7?                                              11:08:25

1          A     That's correct.                                11:08:27

2          Q     Okay, so those that are listed here on         11:08:27

3    pages 5 to 7 are the only materials you reviewed,           11:08:30

4    correct?                                                    11:08:32

5          A     That is correct.                                11:08:34

6          Q     On page --                                      11:08:34

7                -- (overspeaking) --                            11:08:35

8          A     May I say, in the original material,            11:08:35

9    set of materials I was given, there was some more           11:08:37

10   videos, but they were parts of the videos that             11:08:40

11   I have listed here so I didn't see any other               11:08:42

12   additional materials.                                       11:08:45

13               In other words, there were snippets of         11:08:46

14   some of these videos that were separate from them          11:08:50

15   for some reason in among the original materials I          11:08:50

16   looked at but they are all included in the videos          11:08:50

17   here on the report.                                         11:08:55

18         Q     So just to clarify, you have videos of         11:08:56

19   scene in front of the Lincoln Memorial on January          11:08:59

20   18th of 2019 --                                             11:09:02

21         A     Correct.                                        11:09:02

22         Q     -- and it lists video 1 through video          11:09:02

23   18.                                                         11:09:04

24         A     Correct.                                        11:09:06

25         Q     Correct?  And what you're talking about        11:09:07

1    is those are the 18 videos that you had?                    11:09:08

2         A    That's right.                                     11:09:11

3         Q    And that there may have been additional           11:09:12

4    videos, but they were just snippets of the same 18          11:09:13

5    videos, correct?                                            11:09:16

6         A    That's correct.                                   11:09:18

7         Q    And other than those videos and the               11:09:18

8    newspaper articles listed and the other materials           11:09:25

9    listed on pages 6 and 7, there were no other                11:09:28

10   materials that you reviewed?                                11:09:31

11        A    That's correct.                                   11:09:34

12        Q    On page 5 it states: "I have been                 11:09:34

13   provided with the following materials on which to           11:09:36

14   base my opinion," at the bottom there.  Do you see          11:09:40

15   that?                                                       11:09:44

16        A    Yeah.                                             11:09:44

17        Q    Who provided the materials to you?                11:09:45

18        A    Mr. McMurtry's office.  His secretary             11:09:47

19   sent them.                                                  11:09:49

20        Q    So under videos we just talked about,             11:09:57

21   the next category is newspaper articles reporting           11:10:00

22   on the incident of interest on page 6.  And is              11:10:05

23   this list here a complete list of all the news              11:10:09

24   articles you were provided and reviewed in                  11:10:13

25   connection with your report?                                11:10:15

| | | |
|---|---|---|
| 1 | A    That is correct. | 11:10:16 |
| 2 | Q    And did you review any of the TV news | 11:10:17 |
| 3 | broadcasts or video news segments that accompanied | 11:10:20 |
| 4 | the online news articles or did you just review | 11:10:23 |
| 5 | the online articles? | 11:10:25 |
| 6 | A    If you go to those links, if on the | 11:10:27 |
| 7 | link there was a video of the news reporter, I | 11:10:30 |
| 8 | looked at that or there was, you know -- and that | 11:10:32 |
| 9 | is to say, if embedded in the news article there | 11:10:35 |
| 10 | was a video, I watched it. | 11:10:38 |
| 11 | Q    Umm... | 11:10:42 |
| 12 | A    But that's all. | 11:10:44 |
| 13 | Q    So, for example, in the second entry | 11:10:44 |
| 14 | here on page 6 for ABC's on-line article, Chris | 11:10:51 |
| 15 | Francescani and Bill Hutchinson you reviewed the | 11:10:52 |
| 16 | online article and if there was a video segment | 11:11:02 |
| 17 | linked to that you would have reviewed that, as | 11:11:05 |
| 18 | well? | 11:11:07 |
| 19 | A    I would have watched it, yes. | 11:11:08 |
| 20 | Q    Do you recall watching it? | 11:11:10 |
| 21 | A    No, I do not. | 11:11:11 |
| 22 | Q    So for the next one, the CBS online | 11:11:12 |
| 23 | article it just lists the online article, Native | 11:11:15 |
| 24 | American veteran in viral video by Justin | 11:11:18 |
| 25 | Carissimo.  Did you review just that online | 11:11:18 |

1    article or a broadcast linked within that article?      11:11:27

2        A    I'm sorry, I'd have to look at the            11:11:33

3    links that I was sent and look exactly at what I        11:11:34

4    saw.                                                    11:11:37

5            As I recall, the only videos embedded          11:11:38

6    in these articles in general -- I don't remember        11:11:40

7    which was which, were either a news reporter            11:11:43

8    saying this is what happened and -- or a short          11:11:46

9    clip from one of the 18 videos that we have seen        11:11:51

10   here.                                                   11:11:54

11       Q    Okay, so sitting here today with              11:11:54

12   respect to CBS's online article that you have           11:11:56

13   listed do you recall whether or not you also            11:11:59

14   watched the video segment, went to that article?        11:12:02

15       A    I do not recall about specific                11:12:06

16   articles.  The reason I do not recall is that           11:12:09

17   after I had viewed all this material I decided to       11:12:11

18   base my report entirely on the videos 1 through         11:12:14

19   18, which is what I have done so I did not review       11:12:18

20   those subsequently, those newspaper articles.           11:12:23

21       Q    And would that be the same if I asked         11:12:30

22   you for the other newspaper articles --                 11:12:32

23       A    Yes, yes.                                      11:12:34

24            -- (overspeaking) .                            11:12:35

25       Q    Let me finish the question.  Okay,            11:12:36

| | | |
|---|---|---|
| 1 | thank you. As to the other news articles listed | 11:12:37 |
| 2 | here, you don't recall sitting here today whether | 11:12:41 |
| 3 | you reviewed anything but the online article; | 11:12:43 |
| 4 | you'd have to go back and... | 11:12:46 |
| 5 | A   I do recall that I did not seek out | 11:12:48 |
| 6 | additional information linked to or associated | 11:12:50 |
| 7 | with the articles. | 11:12:54 |
| 8 | If there was in the article a video | 11:12:54 |
| 9 | clip, I clicked on that and watched it, otherwise | 11:12:58 |
| 10 | I did not go further. | 11:13:02 |
| 11 | Q   Sitting here today you don't recall | 11:13:07 |
| 12 | which specific ones you would have clicked on | 11:13:09 |
| 13 | links within the articles, correct? | 11:13:11 |
| 14 | A   No, I do not. | 11:13:13 |
| 15 | Q   Under "other materials" on page 7, I | 11:13:16 |
| 16 | list four other materials; do you see that there? | 11:13:23 |
| 17 | A   Yes. | 11:13:29 |
| 18 | Q   Final investigative report.  Letter | 11:13:31 |
| 19 | from Nick Sandmann to Bob Rowe.  Transcription of | 11:13:33 |
| 20 | Nick Sandmann's deposition.  Statement of Nick | 11:13:38 |
| 21 | Sandmann.  Are these the only materials that you | 11:13:40 |
| 22 | reviewed in connection with your report? | 11:13:44 |
| 23 | A   That is correct. | 11:13:46 |
| 24 | Q   And on page 8 you list at the top of | 11:13:47 |
| 25 | page 8, you know, you consulted several of the | 11:13:56 |

| | | |
|---|---|---|
| 1 | most respected dictionaries. And you list three | 11:13:58 |
| 2 | dictionaries there: The Oxford English Dictionary | 11:14:01 |
| 3 | on Historical Principles, Oxford University Press, | 11:14:03 |
| 4 | the Merriam-Webster's Collegiate Dictionary (11th | 11:14:08 |
| 5 | Edition) and The American Heritage Dictionary of | 11:14:11 |
| 6 | the American Language." You consulted those three | 11:14:16 |
| 7 | dictionaries, correct? | 11:14:20 |
| 8 | A     That's correct. | 11:14:21 |
| 9 | Q     Did you consult any other dictionaries? | 11:14:22 |
| 10 | A     No, I did not. | 11:14:23 |
| 11 | Q     We have been going about an hour now; | 11:14:36 |
| 12 | is that right? Should we take like a five-minute | 11:14:39 |
| 13 | break? Is that okay? | 11:14:42 |
| 14 | MR. McMURTRY: Sure. | 11:14:44 |
| 15 | MS. SPEARS: Okay, thanks. | 11:14:46 |
| 16 | THE VIDEOGRAPHER: The going | 11:14:48 |
| 17 | off-the-record, the time is 11:14 a.m. | 11:14:48 |
| 18 | (Recess taken from 11:14 a.m. to 11:29 a.m.) | 11:14:51 |
| 19 | THE VIDEOGRAPHER: We are going back on | 11:29:36 |
| 20 | the record. The time is 11:29 a.m. | 11:29:37 |
| 21 | BY MS. SPEARS: | 11:29:41 |
| 22 | Q     Okay, we're back on the record. So in | 11:29:42 |
| 23 | your report -- going back to your report | 11:29:52 |
| 24 | (indiscernible) on page 1 of the actual report | 11:29:55 |
| 25 | (indiscernible) the page that's dated November | 11:29:55 |

| | | |
|---|---|---|
| 1 | 10th 2021. | 11:29:55 |
| 2 | A    Yes. | 11:29:55 |
| 3 | Q    Because there's several page ones. I | 11:29:55 |
| 4 | want to make sure I'm on (inaudible) you state | 11:29:55 |
| 5 | that you have been retained to answer the | 11:30:15 |
| 6 | following two questions pertaining to the above | 11:30:15 |
| 7 | cases basing my answers on the videos provided to | 11:30:15 |
| 8 | me (listed in section IV) below.  And then those | 11:30:15 |
| 9 | are -- just let me stop there for a second.  Those | 11:30:33 |
| 10 | are videos 1 through 18, correct? | 11:30:36 |
| 11 | A    Correct. | 11:30:39 |
| 12 | Q    And then you state later in the report, | 11:30:39 |
| 13 | that you've relied on videos provided to acquaint | 11:30:43 |
| 14 | you with as much details as possible of the | 11:30:48 |
| 15 | situation, correct? | 11:30:51 |
| 16 | A    Correct. | 11:30:52 |
| 17 | Q    How did you use the videos 1 to 18 in | 11:30:52 |
| 18 | reaching your decision?  What was your process? | 11:30:55 |
| 19 | A    I watched them many times and tried to | 11:30:58 |
| 20 | grab what was going on in each one and how they | 11:31:04 |
| 21 | correlated with each other, what was going on | 11:31:06 |
| 22 | generally in the situation and then, very | 11:31:09 |
| 23 | specifically, I watched repeatedly the segments of | 11:31:11 |
| 24 | the videos, especially the ones that I mentioned | 11:31:15 |
| 25 | in the report, where there was the lead-up to the | 11:31:18 |

1    interaction between Phillips and Sandmann and the        11:31:22

2    actual confrontation and the time at which it           11:31:26

3    broke off and what followed immediately after           11:31:35

4    that.                                                   11:31:35

5           So I watched those many, many times.             11:31:36

6    Stopped them, went back, tried to see at which          11:31:37

7    point which things happened and what evidence I         11:31:40

8    could have about -- could see in the videos about       11:31:41

9    the nature of the interaction.                          11:31:45

10       Q    Where did you watch the videos?                11:31:49

11       A    In my home office.                             11:31:50

12       Q    And what type of screen or device did          11:31:52

13   you watch the videos on?                                11:31:54

14       A    I have two large Dell monitors and I           11:31:55

15   put usually documents on one and videos on the          11:31:58

16   other.                                                  11:32:00

17       Q    And did you utilize any software to            11:32:01

18   watch them faster or slower or frame-by-frame?          11:32:05

19       A    No.                                            11:32:08

20       Q    How much time did you say you spent            11:32:09

21   watching the videos?  You say you spent a lot of        11:32:11

22   time, quantify it for me.                               11:32:15

23       A    My.  Well, I did it over the course of,        11:32:18

24   you know, first a couple of days when I gave my         11:32:21

25   initial and formal opinion and then over a week.        11:32:25

| 1 | I must have spent at least two or three | 11:32:28 |
| 2 | hours looking at those segments of the videos. | 11:32:32 |
| 3 | Q   So in total you'd say you spent what | 11:32:36 |
| 4 | two or three hours looking at the -- | 11:32:38 |
| 5 | -- (overspeaking) -- | 11:32:39 |
| 6 | A   The relevant segments. | 11:32:39 |
| 7 | Q   -- 18 videos? | 11:32:39 |
| 8 | -- (overspeaking) -- | 11:32:41 |
| 9 | A   The relevant segments.  Some of the | 11:32:41 |
| 10 | videos I just reviewed quickly. | 11:32:45 |
| 11 | They were much more overall characters | 11:32:48 |
| 12 | of what's going on in the situation at the time, | 11:32:49 |
| 13 | for example with the Black Hebrew Israelites and | 11:32:50 |
| 14 | things like that. | 11:32:54 |
| 15 | I subsequently didn't pay much | 11:32:54 |
| 16 | attention to the segments, except for ones that | 11:32:57 |
| 17 | pertained to the -- immediate lead-up to the | 11:32:59 |
| 18 | Phillips Sandmann confrontation. | 11:33:03 |
| 19 | Q   And so what was your goal then in | 11:33:05 |
| 20 | reviewing the videos? | 11:33:10 |
| 21 | A   My methodology is very simple: As I | 11:33:13 |
| 22 | told you, as a linguist I tried to get the truth | 11:33:17 |
| 23 | conditions. | 11:33:20 |
| 24 | Meaning is very rich and we talked | 11:33:21 |
| 25 | about slurs, for example, so there's many aspects | 11:33:23 |

1    of meaning that you can't characterize in terms of          11:33:25

2    true or false and straightforward.  There's               11:33:28

3    emotional responses and offence and things.  I            11:33:29

4    wasn't looking for that.                                   11:33:33

5                I was trying to look at getting at when        11:33:34

6    would one of these passages that I was asked to           11:33:36

7    weigh in on, what would the situation be like in          11:33:40

8    order for that to be true and then I needed to            11:33:45

9    look at the videos to see, is this a situation in         11:33:47

10   which, given those truth conditions as I                   11:33:49

11   understand them, given the plain language there,          11:33:51

12   is this a situation in which this passage is true.        11:33:55

13               So in order to do that I had to               11:33:58

14   acquaint myself as thoroughly as possible with the        11:34:01

15   events of that day as presented in the videos.            11:34:03

16   That's the only evidence that I had about what            11:34:05

17   actually occurred.                                         11:34:07

18        Q    Okay, and so you were reviewing the             11:34:10

19   videos to determine the facts of what happened?           11:34:13

20        A    Correct, insofar as they're represented         11:34:16

21   in the videos.                                             11:34:20

22        Q    And trying to reconstruct from the             11:34:20

23   videos what happened, correct?                            11:34:23

24        A    Right.                                           11:34:24

25        Q    And later in your opinion on page 8,           11:34:25

1   that last paragraph there on page 8, you explain          11:34:33
2   that, "Although (you) subsequently read                   11:34:37
3   statements, interviews and depositions by Mr.             11:34:37
4   Phillips and Mr. Sandmann pertaining to their             11:34:37
5   encounter (that you) endeavored to form (your)            11:34:37
6   opinion not on the basis of those subsequent              11:34:37
7   statements, but solely on the basis of the                11:34:37
8   evidence in the videos," is that right?                   11:34:37
9        A    Correct.                                        11:34:55
10       Q    And I think you said that before.               11:34:56
11  Why -- or when did you decide to base your report         11:34:58
12  solely on the videos 1 through 18?                        11:35:00
13       A    As soon as I had reviewed all the               11:35:03
14  materials in the initial informal reviews that I          11:35:05
15  did, I -- knowing what my expertise is, is my             11:35:08
16  expertise is solely is were these statements, as I        11:35:14
17  understand them, as a native speaker and a                11:35:18
18  linguist, were these statements true of the               11:35:23
19  situation?                                                11:35:24
20            The only evidence I have about what             11:35:25
21  actually occurred there is the videos.  All the           11:35:27
22  statements subsequent are people's opinions about         11:35:29
23  it or the way they represented it.  That has no           11:35:32
24  bearing on whether the statements were true.              11:35:35
25       Q    Okay, and so that's why -- well, strike         11:35:43

1    that.  So why was it important to form your              11:35:43

2    opinions solely on the basis of the videos then?         11:35:45

3         A    The video is the only direct evidence          11:35:53

4    we have of what actually -- or that I have,              11:35:54

5    anyway, of what occurred there.  I wasn't there          11:35:55

6    and anything anybody tells me, they'd be skewed by       11:35:58

7    their own -- you know, what's at stake for them.         11:36:03

8         Q    And you note that on page 8 here:              11:36:05

9    "Someone's memory or construal of an event may not       11:36:07

10   correspond to the facts about the situation in           11:36:07

11   which it occurred.  It is only the situation             11:36:07

12   itself that is relevant to the truth of a                11:36:07

13   statement purporting to describe it." What do you        11:36:07

14   mean by their construal of an event?  Do you mean        11:36:20

15   the way a person perceives an event or what do you       11:36:25

16   mean?                                                    11:36:27

17        A    "Perceives" is too crude.  I think             11:36:28

18   people interpret what's happening to them all the        11:36:31

19   time it and that that can lead them to distort or        11:36:33

20   misrepresent what they're actually seeing right in       11:36:37

21   front of them.  And so as we know, in the law,           11:36:40

22   testimony always has to be understood relative to        11:36:43

23   the state of the person testifying, so I'm much          11:36:45

24   more interested in what I could see with my own          11:36:50

25   eyes in the videos.                                      11:36:51

1     Q    So what do you mean by "construal"          11:36:53

2  then?                                               11:36:59

3     A    Construal's like, for example -- in the     11:36:59

4  statements, Mr. Phillips says that "the guy..."     11:37:03

5  Let me find one of the passages, that Sandmann      11:37:13

6  positioned himself in front of him.  Well, it's no  11:37:16

7  doubt true that Sandmann was in front of Phillips.  11:37:19

8         Did Sandmann position himself in front       11:37:23

9  of Phillips?  That's another matter.  That's        11:37:26

10  Phillips' construal of the interaction that took   11:37:29

11  place between them.  So I didn't want to consider  11:37:32

12  anybody else's interpretation of the situation     11:37:38

13  because they might have interests that lend them   11:37:40

14  to misunderstand what happened in front of them.   11:37:42

15     Q    So that's his interpretation of that       11:37:48

16  situation.                                         11:37:50

17     A    That's his -- it's his representation      11:37:50

18  of the situation.  I'm not a psychologist.  I'm    11:37:51

19  not trying to say why he represented it that way.  11:37:53

20     Q    What -- so, a person can perceive an       11:37:57

21  event in a certain way but their perception may be 11:38:03

22  mistaken, is that what you're saying?              11:38:07

23     A    It may be that their perception is         11:38:11

24  mistaken or they may interpret what they actually  11:38:12

25  see, in terms of intentions in particular in a way 11:38:15

1    that does not necessarily reflect what occurred.          11:38:18

2         Q    Okay, so you'd -- by design your                11:38:20

3    ultimate opinions are purposefully based only on          11:38:23

4    the videos and not based on what anyone who was           11:38:27

5    there said about what they remembered or construed        11:38:31

6    about the event, correct?                                 11:38:34

7         A    That's correct.                                 11:38:35

8         Q    And so in forming your opinions to              11:38:35

9    answer the two questions you were asked in this           11:38:37

10   case you did not rely on Mr. Sandmann's deposition        11:38:39

11   transcript or his other statements about the              11:38:44

12   incident; is that correct?                                11:38:45

13        A    That is correct.  In fact, I didn't             11:38:47

14   even finish reading the Sandmann deposition.  I           11:38:48

15   decided that it would be a waste of their time and        11:38:51

16   money for me to do that.                                  11:38:53

17        Q    I take it you did not interview                 11:38:55

18   Mr. Sandmann either?                                      11:38:56

19        A    I have never met him or talked with             11:38:57

20   him.                                                      11:38:59

21        Q    Why not?                                        11:39:00

22        A    I don't think that bears on my expert          11:39:02

23   witness testimony.  My expertise is about:  Were          11:39:04

24   these true in the situation as it actually               11:39:09

25   occurred?  The only evidence I have of what               11:39:12

| | | |
|---|---|---|
| 1 | actually occurred is the video. | 11:39:14 |
| 2 | Q    Okay, and in forming your opinions to | 11:39:16 |
| 3 | answer the two questions you were asked in this | 11:39:19 |
| 4 | case, you also did not interview Mr. Phillips or | 11:39:20 |
| 5 | rely on any of Mr. Phillips' other statements | 11:39:24 |
| 6 | about the incident for the same reasons then, | 11:39:27 |
| 7 | correct? | 11:39:28 |
| 8 | A    That's correct. | 11:39:29 |
| 9 | Q    And I take it you also did not discuss | 11:39:30 |
| 10 | the facts of the incident with any Covington | 11:39:35 |
| 11 | Catholic High School students or chaperones or any | 11:39:41 |
| 12 | of the bystanders or participants who were present | 11:39:44 |
| 13 | for the same reasons; is that correct? | 11:39:47 |
| 14 | A    So far as I know, I've never met any of | 11:39:47 |
| 15 | these people or spoken to them and for that reason | 11:39:50 |
| 16 | I would not want to. | 11:39:52 |
| 17 | Q    Okay, so if I understand you're | 11:39:53 |
| 18 | endeavoring to be as objective as possible, to | 11:39:54 |
| 19 | review the video evidence and tell the court | 11:39:57 |
| 20 | objectively what happened here, based solely on | 11:40:00 |
| 21 | your review of the videos; right? | 11:40:02 |
| 22 | A    That's what I endeavored to do. | 11:40:04 |
| 23 | Q    Let's look at page 13 of your report. | 11:40:14 |
| 24 | In page 13 of the report, in the last paragraph | 11:40:43 |
| 25 | you conclude, based on your review of the videos | 11:40:45 |

| | | |
|---|---|---|
| 1 | that -- if you look at that last paragraph there: | 11:40:49 |
| 2 | "Phillips' outward behavior was consistent with | 11:40:49 |
| 3 | his merely intending to confront Sandmann. Hence | 11:40:49 |
| 4 | Phillips' claim that Sandmann intended to block | 11:40:49 |
| 5 | Phillips' way seems to be a conjecture on his | 11:40:49 |
| 6 | part." | 11:40:49 |
| 7 | So Phillips' statement seems to you, to | 11:41:03 |
| 8 | be his conjecture that Sandmann intended to block | 11:41:05 |
| 9 | him, right? | 11:41:08 |
| 10 | A    That is his interpretation of the | 11:41:08 |
| 11 | situation.  That's the way he represents it. | 11:41:09 |
| 12 | Q    So it's his conjecture, as you say? | 11:41:12 |
| 13 | A    That's the best understanding I have of | 11:41:14 |
| 14 | it, yes. | 11:41:16 |
| 15 | Q    Did you consider that Phillips' | 11:41:17 |
| 16 | experience as a Native American may have | 11:41:18 |
| 17 | influenced how he perceived Mr. Sandmann's intent? | 11:41:21 |
| 18 | A    I have no doubt that that's true but | 11:41:25 |
| 19 | that does not fall within my expertise. | 11:41:27 |
| 20 | Q    Are you a Native American? | 11:41:30 |
| 21 | A    No, I'm not. | 11:41:32 |
| 22 | Q    You didn't grow up with Mr. Phillips' | 11:41:33 |
| 23 | life experiences, right? | 11:41:35 |
| 24 | A    Of course I did not. | 11:41:37 |
| 25 | Q    And you are not trying to suggest that | 11:41:38 |

| | | |
|---|---|---|
| 1 | you understand what his life experiences are as a | 11:41:39 |
| 2 | Native American or his experiences earlier in the | 11:41:45 |
| 3 | day in March, such that you know what he was | 11:41:47 |
| 4 | thinking during the encounter with Mr. Sandmann, | 11:41:52 |
| 5 | right? | 11:41:54 |
| 6 | MR. McMURTRY:  Objection.  Go ahead. | 11:41:55 |
| 7 | THE WITNESS:  I have no idea of what | 11:41:56 |
| 8 | those are, no.  I did not represent myself as | 11:41:56 |
| 9 | understanding that. | 11:42:01 |
| 10 | BY MS. SPEARS: | 11:42:01 |
| 11 | Q    And you wouldn't deny the legitimacy of | 11:42:02 |
| 12 | someone else's cultural experiences or | 11:42:05 |
| 13 | perceptions, right? | 11:42:08 |
| 14 | MR. McMURTRY:  Objection. | 11:42:09 |
| 15 | THE WITNESS:  I think that has no | 11:42:09 |
| 16 | bearing on my expert witness testimony. | 11:42:10 |
| 17 | BY MS. SPEARS: | 11:42:13 |
| 18 | Q    But you're not trying to substitute | 11:42:15 |
| 19 | your perception for Mr. Phillips' perception as a | 11:42:17 |
| 20 | Native American, right? | 11:42:20 |
| 21 | MR. McMURTRY:  Objection. | 11:42:22 |
| 22 | THE WITNESS:  Again, I think that has | 11:42:22 |
| 23 | no bearing on what I have done here.  I'm not | 11:42:23 |
| 24 | doing that. | 11:42:26 |
| 25 | BY MS. SPEARS: | 11:42:27 |

1    Q    People expressing their perceptions and       11:42:29
2  experiences, as we talked about before, typically    11:42:30
3  filter them through their own life experiences and   11:42:33
4  cultural references.  You'd agree with that,         11:42:37
5  right, we all do?                                    11:42:39
6    A    Most people do, yes.                          11:42:40
7    Q    Yes.  And you've done that before in          11:42:46
8  your life, right?                                    11:42:47
9         MR. McMURTRY:  Objection.  Go ahead.          11:42:49
10        THE WITNESS:  I presume I have, yes.          11:42:50
11 BY MS. SPEARS:                                       11:42:52
12   Q    And you've seen others do so, right?          11:42:52
13   A    I have seen that.                             11:42:54
14   Q    Isn't that also the case where someone        11:42:57
15 is trying to decipher another person's intent,       11:42:59
16 they reference their own life experiences and        11:43:03
17 cultural experiences?                                11:43:06
18   A    You are asking me for opinions that           11:43:07
19 I have as a private person and I have views about    11:43:09
20 these things but they have no bearing on what I've   11:43:12
21 done in this report.                                 11:43:15
22   Q    No, I'm asking in your capacity as an         11:43:16
23 expert here.  Isn't it the case when somebody is     11:43:18
24 speaking and trying to decipher someone else's       11:43:24
25 intent, they filter through their life experiences   11:43:26

| | | |
|---|---|---|
| 1 | when doing so -- | 11:43:30 |
| 2 | -- (overspeaking) -- | 11:43:31 |
| 3 | A    It may very well be that -- | 11:43:32 |
| 4 | -- (overspeaking) -- | 11:43:34 |
| 5 | Q    Sorry. | 11:43:34 |
| 6 | A    It may very well be that people do this | 11:43:34 |
| 7 | but it has no bearing on the truth of what occurs. | 11:43:35 |
| 8 | Q    But they may be expressing their | 11:43:41 |
| 9 | perception, based on their life experiences, their | 11:43:43 |
| 10 | cultural references, what they are perceiving in | 11:43:48 |
| 11 | the world at the time; is that fair? | 11:43:50 |
| 12 | A    I would not agree with what you said | 11:43:52 |
| 13 | unless you interpret perception not as perception | 11:43:54 |
| 14 | of the actual circumstances, but as construable | 11:43:57 |
| 15 | and that is not the same thing. | 11:44:01 |
| 16 | Q    Okay, what do you mean? | 11:44:04 |
| 17 | A    One can construe what is happening in | 11:44:06 |
| 18 | front of one's eyes, especially when it comes to | 11:44:08 |
| 19 | intent, without actually having heard evidence and | 11:44:11 |
| 20 | may be incorrect, one's construal. | 11:44:14 |
| 21 | That construal may be in part a | 11:44:17 |
| 22 | function of one's background and experience.  I | 11:44:19 |
| 23 | don't dispute that; we do that all the time. | 11:44:21 |
| 24 | That's how misunderstanding arises.  But that has | 11:44:26 |
| 25 | no bearing on the truth of what actually occurs | 11:44:28 |

1    and that only the truth of what I saw was what        11:44:29

2    bore on my report.                                    11:44:32

3         Q    Have you ever studied Native Americans      11:44:36

4    culture before?                                       11:44:38

5         A    Not as an expert.  I have no expertise      11:44:39

6    in it.  I've been interested, but that's a            11:44:41

7    distinct issue --                                     11:44:45

8         Q    What do you know Mr. Phillips'              11:44:47

9    background, anything?                                 11:44:48

10        A    Not as an expert.                           11:44:51

11        Q    Do you know how old Mr. Phillips is?        11:44:52

12        A    I believe it said in one of the             11:44:57

13   reports, but I don't remember.  He might have been    11:44:59

14   in his 60s or 70s.  Not reports, the articles.        11:45:01

15        Q    Do you know where he was born or what       11:45:03

16   tribe he's affiliated with?                           11:45:05

17        A    Again, I believe it said in one of the      11:45:08

18   articles but I don't remember that.                   11:45:09

19        Q    At the your conclusion of your report       11:45:11

20   at page 14, in one of the penultimate, sort of,       11:45:14

21   paragraphs there, you say that you endeavored to      11:45:16

22   be completely neutral about the apparent views of     11:45:19

23   the individuals involved, not speculating about       11:45:23

24   motives or intentions and paid attention solely to    11:45:26

25   the facts as evident in the videos; do you see        11:45:29

| | | |
|---|---|---|
| 1 | that there? | 11:45:33 |
| 2 | A    Yes, I do. | 11:45:34 |
| 3 | Q    And that's right?  You did that? | 11:45:35 |
| 4 | A    I did say that, yes. | 11:45:37 |
| 5 | Q    And that's what you did? | 11:45:38 |
| 6 | A    And that is what I did. | 11:45:40 |
| 7 | Q    When you refer to the individuals | 11:45:41 |
| 8 | involved, are you talking about Mr. Phillips and | 11:45:42 |
| 9 | Mr. Sandmann? | 11:45:43 |
| 10 | A    Those are the people I was primarily | 11:45:44 |
| 11 | talking about, yes. | 11:45:46 |
| 12 | Q    And you write that you tried to be | 11:45:48 |
| 13 | completely neutral about their apparent views.  So | 11:45:50 |
| 14 | obviously it appears to you that they -- Sandmann | 11:45:54 |
| 15 | and Phillips each have expressed views about what | 11:45:57 |
| 16 | happened, right? | 11:46:00 |
| 17 | A    Each what? | 11:46:00 |
| 18 | Q    Have expressed views about what | 11:46:02 |
| 19 | happened, correct? | 11:46:03 |
| 20 | A    Yes. | 11:46:03 |
| 21 | Q    And so with respect to Mr. Phillips' | 11:46:04 |
| 22 | expression that Sandmann intended to block | 11:46:07 |
| 23 | Phillips' way, you're not taking the position that | 11:46:10 |
| 24 | Mr. Phillips was lying, right? | 11:46:13 |
| 25 | A    No, I'm making no attributions to them | 11:46:15 |

1   about his intent or what he meant to say -- why he          11:46:18
2   meant -- said what he said.                                 11:46:20
3        Q    You are not disputing that that may be            11:46:22
4   Mr. Phillips' opinion, right?                               11:46:25
5        A    I am not disputing it.                            11:46:27
6        Q    And the same for Mr. Sandmann.  You are           11:46:28
7   not taking a position on his motives, right?                11:46:29
8        A    No.                                               11:46:32
9        Q    But it's your opinion that the view              11:46:32
10  Mr. Phillips expressed about Sandmann's intent was          11:46:34
11  mistaken?                                                   11:46:39
12       A    No, I am not talking about what he said           11:46:40
13  about his intent, except insofar as it said that            11:46:42
14  he -- that he attributed to Sandmann moving in              11:46:45
15  specific ways so as to block him.  I saw no                 11:46:49
16  evidence of that in the videos.                             11:46:52
17       Q    So --                                             11:46:57
18       A    I'm not bringing any psychological                11:46:57
19  analysis to bear on this.                                   11:47:00
20       Q    So, it's your opinion that the view               11:47:01
21  that Mr. Phillips expressed about Mr. Sandmann's            11:47:04
22  intent was not correct?                                     11:47:06
23       A    I think he misrepresented the                     11:47:08
24  situation.  For whatever reason, I do not know.             11:47:10
25       Q    How do -- let's talk a bit more about             11:47:19

| | |
|---|---|
| 1 | how people convey intent. | 11:47:22 |
| 2 |         In your experience, other than by | 11:47:26 |
| 3 | speaking or using words, how do people convey | 11:47:27 |
| 4 | their intent? | 11:47:30 |
| 5 |     A    I can only testify as a non-expert | 11:47:35 |
| 6 | about that.  Do you want me to say my personal | 11:47:37 |
| 7 | opinion?  It has no bearing on the report. | 11:47:40 |
| 8 |     Q    Because you don't have expertise in | 11:47:45 |
| 9 | answering that question. | 11:47:49 |
| 10 |     A    I am not here as a psychologist. | 11:47:51 |
| 11 | I have no expertise in that domain.  Yes. | 11:47:52 |
| 12 |     Q    So, you have no expertise in how people | 11:48:01 |
| 13 | convey intent? | 11:48:03 |
| 14 |     A    I do.  How they convey intent | 11:48:04 |
| 15 | linguistically.  Linguistic meaning is something | 11:48:08 |
| 16 | people who are native speakers of the language | 11:48:13 |
| 17 | intend to convey when they make an utterance, as | 11:48:13 |
| 18 | long as they are not delusionary or talking in | 11:48:15 |
| 19 | their sleep. | 11:48:17 |
| 20 |         I don't think that that has a bearing | 11:48:18 |
| 21 | on this case, so what Mr. Phillips said is | 11:48:19 |
| 22 | something he had a -- had a meaning that he | 11:48:21 |
| 23 | intended to convey.  And it is that meaning, | 11:48:24 |
| 24 | taking it -- him to be a native speaker of the | 11:48:27 |
| 25 | language which I was assessing and whether it is | 11:48:30 |

1    true with respect to the videos that I observed.          11:48:32

2    That is all.                                              11:48:35

3         Q    Okay, so you don't have any expertise.          11:48:36

4    You are not here portraying yourself as having            11:48:37

5    expertise about how people might convey intent            11:48:43

6    through movement or body language or facial               11:48:45

7    expressions, correct?                                     11:48:48

8         A    Correct.                                        11:48:50

9         Q    In addition to life experiences in              11:48:58

10   culture which we talked about can impact the way          11:49:00

11   people perceive things, can someone else's body           11:49:04

12   language and facial expressions influence how             11:49:09

13   someone, potentially perceives another person's           11:49:12

14   intent?                                                   11:49:14

15        A    I am told that that is the case.  Again         11:49:15

16   I have no expertise.                                      11:49:17

17        Q    Have you experienced that in your own           11:49:18

18   life?                                                     11:49:20

19        A    Of course I have.  Yes, of course.              11:49:20

20        Q    How about the setting or atmosphere of          11:49:22

21   the situation?  In other words, what's happening          11:49:23

22   around someone, what others around someone are            11:49:25

23   doing in that moment, can that affect perception?         11:49:28

24        A    Of course it does.                              11:49:30

25        Q    You agree, by the way, and it's also on         11:49:36

1    page 14 of your report if you want to reference          11:49:38

2    that, on the videos you see the other students           11:49:40

3    parted for Mr. Phillips as he approached and             11:49:43

4    Mr. Sandmann did not, right?                             11:49:45

5        A    I did not say that all the other               11:49:48

6    students did.  I said that some students moved           11:49:50

7    aside as he walked up, yes.                              11:49:52

8        Q    And some students let him go by, but           11:49:54

9    Mr. Sandmann stayed put, correct.                        11:49:57

10       A    It wasn't that he was the only person          11:49:59

11   remaining.  The way you put the question, I think        11:50:01

12   distorts the situation.                                  11:50:04

13       Q    Right.  But you just -- you have it            11:50:05

14   here in your report on 14.  "Some of the other           11:50:07

15   boys..."                                                 11:50:11

16       A    Some of them.                                  11:50:12

17       Q    "...moved away from Phillips as the           11:50:12

18   latter approached and let him go by, while               11:50:14

19   Sandmann stayed in one place," right?                    11:50:18

20       A    And that's what I was saying.  "Some of       11:50:19

21   the other boys," yes.  Thank you.                        11:50:20

22       Q    Absent somebody saying "this is my            11:50:24

23   intent," can one ever be sure what someone else's        11:50:26

24   intent is?                                               11:50:30

25       A    Again, I have no expertise but I doubt        11:50:32

| | | |
|---|---|---|
| 1 | it. | 11:50:34 |
| 2 | Q    And you are not considering whatever | 11:50:36 |
| 3 | Mr. Sandmann said his intent was, obviously | 11:50:38 |
| 4 | because you didn't talk to him or review his | 11:50:41 |
| 5 | deposition, correct? | 11:50:43 |
| 6 | MR. McMURTRY:  Objection, go ahead. | 11:50:45 |
| 7 | THE WITNESS:  That's correct.  I do not | 11:50:46 |
| 8 | have any idea what his intent was in that | 11:50:47 |
| 9 | circumstance.  That would be pure speculation as a | 11:50:50 |
| 10 | private person. | 11:50:53 |
| 11 | BY MS. SPEARS: | 11:50:53 |
| 12 | Q    Okay, what you're trying to infer | 11:50:56 |
| 13 | though is Sandmann and Phillips' intention solely | 11:50:57 |
| 14 | from watching the videos, right? | 11:51:00 |
| 15 | A    No -- | 11:51:01 |
| 16 | MR. McMURTRY:  Objection.  Go ahead. | 11:51:02 |
| 17 | THE WITNESS:  -- that is not what I'm | 11:51:02 |
| 18 | doing.  I am not inferring intentions.  I'm | 11:51:04 |
| 19 | looking at the meanings of the words that Phillips | 11:51:07 |
| 20 | said in his -- those two statements.  I know what | 11:51:09 |
| 21 | the meanings are, the expertise that bears on | 11:51:13 |
| 22 | that. | 11:51:15 |
| 23 | Then I look at the videos and I see, | 11:51:16 |
| 24 | given the truth conditions, what would have to be | 11:51:18 |
| 25 | the case for those two statements to be true. | 11:51:20 |

| | | |
|---|---|---|
| 1 | I'd look at what I see in the video and | 11:51:23 |
| 2 | I decide whether that seems to be true, given that | 11:51:25 |
| 3 | video evidence.  I have no -- I do not bring any | 11:51:29 |
| 4 | evidence of intent to bear here except for | 11:51:33 |
| 5 | linguistic intent.  Phillips uttered the | 11:51:37 |
| 6 | statement.  He was conscious.  He's a native | 11:51:40 |
| 7 | speaker of English.  He know what they mean.  I | 11:51:43 |
| 8 | take him to mean what he meant, so that's | 11:51:46 |
| 9 | intention.  Apart from that, I attribute no | 11:51:48 |
| 10 | intention no anyone in my report. | 11:51:50 |
| 11 | BY MS. SPEARS: | 11:51:52 |
| 12 | Q   By the way, in your report you | 11:51:53 |
| 13 | described the situation as a confrontation.  Why | 11:51:54 |
| 14 | do you use that word? | 11:51:57 |
| 15 | A   I think that is, in fact, what | 11:51:58 |
| 16 | happened.  It was a confrontation.  If you look up | 11:51:59 |
| 17 | the word "confrontation" in the dictionary, it's | 11:52:01 |
| 18 | two people standing face-to-face unmoving.  In | 11:52:04 |
| 19 | this case, very, very close range.  I would call | 11:52:07 |
| 20 | that a confrontation. | 11:52:10 |
| 21 | Q   Is a confrontation indicative that | 11:52:11 |
| 22 | people are on opposing sides? | 11:52:15 |
| 23 | A   I think it has that connotation, yes. | 11:52:18 |
| 24 | This was not a friendly interaction.  It wasn't, | 11:52:24 |
| 25 | you know -- yeah. | 11:52:27 |

| | | |
|---|---|---|
| 1 | Q    Why was it not friendly? | 11:52:28 |
| 2 | A    Oh, well, we can discuss that.  That | 11:52:31 |
| 3 | has to do with intentions and history and that's | 11:52:32 |
| 4 | not my expertise. | 11:52:34 |
| 5 | I'm just looking at what I saw in the | 11:52:36 |
| 6 | video.  Two people extremely close, face-to-face. | 11:52:37 |
| 7 | One person beating a drum in the other's face. | 11:52:42 |
| 8 | The other one's eyes blinking because the drum is | 11:52:46 |
| 9 | disturbing and -- | 11:52:49 |
| 10 | -- (overspeaking) -- | 11:52:51 |
| 11 | Q    Why wasn't it friendly? | 11:52:52 |
| 12 | MR. McMURTRY:  Can she finish her guess | 11:52:53 |
| 13 | -- answer? | 11:52:54 |
| 14 | MS. SPEARS:  Oh sure.  I thought she | 11:52:54 |
| 15 | was done. | 11:52:55 |
| 16 | THE WITNESS:  So, I'm simply saying | 11:52:56 |
| 17 | that it did not look like a comfortable | 11:52:57 |
| 18 | interaction and it was unusually close range. | 11:52:59 |
| 19 | Most people who don't know each other | 11:53:01 |
| 20 | and I took it these individuals did not know each | 11:53:03 |
| 21 | other, do not come so close to each other in that | 11:53:06 |
| 22 | way. | 11:53:09 |
| 23 | BY MS. SPEARS: | 11:53:09 |
| 24 | Q    Okay, anything else about the | 11:53:11 |
| 25 | atmosphere that was not friendly, you said a | 11:53:11 |

| 1  | second ago?                                        | 11:53:13 |
| 2  | A    I think --                                    | 11:53:14 |
| 3  | Q    The history of it, you said.                  | 11:53:15 |
| 4  | A    The history meaning the (inaudible) --        | 11:53:17 |
| 5  | that particular circumstance.                      | 11:53:17 |
| 6  | -- (overspeaking) --                               | 11:53:18 |
| 7  | Q    You said, we can talk about the history       | 11:53:18 |
| 8  | of it.                                             | 11:53:20 |
| 9  | A    Okay, I'm not sure exactly what I was         | 11:53:21 |
| 10 | alluding to.  But if you look at the situation     | 11:53:23 |
| 11 | where there are two, three groups of people in DC  | 11:53:25 |
| 12 | for different kinds of protests, and some of them  | 11:53:30 |
| 13 | are on different sides of various kinds of         | 11:53:33 |
| 14 | political issues and they all know that about each | 11:53:36 |
| 15 | other, as evident in their attire and their        | 11:53:38 |
| 16 | behavior and what they're saying, so I would say   | 11:53:41 |
| 17 | that that was not a friendly interaction because   | 11:53:44 |
| 18 | of that.  That is part of the context and they all | 11:53:46 |
| 19 | knew that.                                         | 11:53:49 |
| 20 | Q    They had cultural differences?                | 11:53:50 |
| 21 | A    I didn't say they were cultural.  There       | 11:53:53 |
| 22 | were very clear political differences in this      | 11:53:56 |
| 23 | case.                                              | 11:53:58 |
| 24 | Q    And that impacted the atmosphere in the       | 11:54:00 |
| 25 | sense of the participants involved, correct?       | 11:54:05 |

1        A    I would say so.                              11:54:08

2        Q    Some other places in your report you        11:54:15

3   use the word "encounter."  Any difference in the      11:54:17

4   word choices there?                                   11:54:21

5        A    That's just a -- I wasn't using that to     11:54:22

6   be -- make a particular point.  It's a slightly       11:54:24

7   more neutral term than confrontation.                 11:54:26

8             Encounter is more neutral and it's more     11:54:29

9   vague.  Two people can encounter each other           11:54:31

10  accidentally.  I don't think this was an              11:54:34

11  accidental encounter.  So the confrontation means     11:54:37

12  it's not friendly and it's not accidental.            11:54:41

13       Q    In terms of the clear political             11:54:44

14  differences you noted, how do you know                11:54:47

15  Mr. Phillips' political --                             11:54:50

16            -- (overspeaking) --                         11:54:53

17       A    I actually don't know his political         11:54:54

18  views, but I do know, like I said, that he was        11:54:58

19  there to protest for Native American rights.  And     11:54:59

20  I know that he -- as a -- I'm assuming as a person    11:55:03

21  who knows some -- has some background about           11:55:10

22  American politics at the time of this occasion,       11:55:13

23  that someone who was protesting for Native            11:55:15

24  American rights and also given other things that      11:55:19

25  other protestors with Phillips were saying to the     11:55:23

| | | |
|---|---|---|
| 1 | boys from Covington Catholic High about "Go back | 11:55:26 |
| 2 | to Europe" and stuff like that, that they -- there | 11:55:31 |
| 3 | was a lot of bad feeling at that time between | 11:55:35 |
| 4 | Native Americans and people on the far right | 11:55:38 |
| 5 | which, wearing a MAGA hat identifies oneself as | 11:55:40 |
| 6 | being.  There were -- so political differences | 11:55:46 |
| 7 | about what constituted being native but -- and | 11:55:48 |
| 8 | that these things were evident to all of the | 11:55:50 |
| 9 | participants in that interaction. | 11:55:57 |
| 10 | Q    And that is what you talked about in | 11:56:00 |
| 11 | terms of contributing to the atmosphere that | 11:56:01 |
| 12 | made it -- | 11:56:04 |
| 13 | A    Yes. | 11:56:04 |
| 14 | Q    -- unfriendly, correct? | 11:56:04 |
| 15 | A    That's correct.  I think so. | 11:56:05 |
| 16 | Q    Let's go back to your report at the | 11:56:13 |
| 17 | beginning on page 1 and 2 of the actual report. | 11:56:16 |
| 18 | A    Yes. | 11:56:20 |
| 19 | Q    Where the date, November 10, 2021 was | 11:56:20 |
| 20 | on page 1.  Are you there? | 11:56:23 |
| 21 | A    Yes. | 11:56:30 |
| 22 | Q    And you were asked to provide your | 11:56:30 |
| 23 | opinion on two questions, correct? | 11:56:32 |
| 24 | A    Correct. | 11:56:34 |
| 25 | Q    And who came up with those questions? | 11:56:34 |

1        A     Mr. McMurtry so far as I know.  He's          11:56:37

2    the one that posed them to me.                          11:56:40

3        Q     Okay, and when was that?                      11:56:41

4        A     That was probably in October.  It was         11:56:42

5    probably -- it was either late October or the           11:56:45

6    beginning of November.  I really only worked on          11:56:47

7    this report part-time for seven or eight or ten          11:56:50

8    days.  I can't remember exactly.  I have the             11:56:53

9    notes, if you need to know.                             11:56:56

10       Q     And that was in October?                      11:56:57

11       A     Either late October or early November.        11:56:58

12   It might have just all been in November.  I don't        11:57:00

13   remember exactly when I started working on the           11:57:02

14   formal report, but I have the notes.                     11:57:04

15       Q     Did you have the questions that -- when        11:57:06

16   did you have the questions?                              11:57:08

17       A     I believe -- first of all, I knew he          11:57:10

18   was interested in those passages in September when       11:57:12

19   we had the informal discussion about the case           11:57:14

20   because he informally asked me what I thought            11:57:17

21   these passages meant and whether they were true in      11:57:22

22   those videos.  But the formal questions that he         11:57:24

23   posed were posed -- you know, let's say it's            11:57:26

24   either the last of October or the beginning of          11:57:29

25   November.                                               11:57:31

1      Q    Okay.                                           11:57:32

2      A    But I knew he -- previously that he was         11:57:32

3  interested in those passages.                            11:57:35

4      Q    Okay, and how did you develop your              11:57:36

5  processes for how you would approach answering           11:57:38

6  those questions?                                         11:57:40

7      A    Pretty simple.  As I told you, I had            11:57:43

8  already informally reviewed the material.  I gave        11:57:45

9  more careful consideration.  I didn't have the           11:57:48

10  deposition when I did the first -- had the first        11:57:50

11  informal conversations with Mr. McMurtry, and so        11:57:53

12  then I was given the deposition and some of the         11:57:57

13  other report from the investigator and so forth         11:58:00

14  and the formal questions.  So I had these               11:58:04

15  materials.                                              11:58:11

16          I spent another day or so looking              11:58:12

17  through all the materials and then quickly decided      11:58:13

18  that I wanted to ignore everything except what was      11:58:15

19  in the videos, that that would be the most              11:58:20

20  appropriate methodology given that, as I told you,      11:58:21

21  my methodology is to determine the truth               11:58:25

22  conditional character of the passages.                  11:58:28

23          When would they be true, on the basis          11:58:31

24  of a linguistic analysis of the plain meaning and       11:58:34

25  then look at the evidence that we have about what       11:58:41

1  actually occurred, which I think the most -- which          11:58:41

2  I think the only high quality evidence we have of           11:58:45

3  what actually occurred was the videos because I             11:58:48

4  told you I want to disregard people's opinions              11:58:48

5  about them or reports on them.  So I decided the            11:58:51

6  best thing to do was just do my linguistic                  11:58:53

7  analysis, look at the videos and see whether I              11:58:56

8  thought these things were true in those                     11:58:59

9  circumstances as represented in the videos.                 11:59:00

10      Q    And you talk about reasonable reader in           11:59:11

11  your -- in question 1. Would a reasonable                   11:59:12

12  reader under -- and question 2 --                           11:59:15

13      A    Yes.                                               11:59:15

14      Q    You used the phrase "reasonable                    11:59:15

15  reader," right?                                             11:59:17

16          MR. McMURTRY:  Objection.  She said                 11:59:17

17  that I posed the questions.                                 11:59:18

18          THE WITNESS:  Yeah.                                 11:59:20

19          MS. SPEARS:  Fair enough.                           11:59:20

20          THE WITNESS:  Todd posed the question.              11:59:20

21  BY MS. SPEARS:                                              11:59:23

22      Q    Fair enough.  Let me rephrase that.               11:59:23

23          Mr. McMurtry in his question 1 says --             11:59:25

24  or uses the phrase "reasonable reader."                     11:59:29

25          Do you use that phrase and what does it            11:59:33

1    mean to you?                                          11:59:41

2         A    As an expert, I would be more inclined      11:59:42

3    to say a rational native speaker of the language      11:59:43

4    in question --                                        11:59:47

5         Q    This --                                     11:59:49

6         A    -- who read and understood the             11:59:49

7    passages, yes; that's what I'm looking at.            11:59:51

8         Q    Is that just a more highbrow way of         11:59:52

9    saying "reasonable reader"?                           11:59:55

10        A    It's more accurate, in some ways.  I        11:59:56

11   mean, if you were a reader of -- if you're a          11:59:59

12   French person who doesn't speak English very well     12:00:01

13   and you read this, I'm not sure if they're the        12:00:03

14   person we're aiming at.  We want plain meaning of     12:00:06

15   English, so we want a native speaker.  That's why     12:00:09

16   just any old reader isn't good enough.  That's why    12:00:11

17   I say a native speaker.  And I want rational          12:00:14

18   because irrationality can lead people to              12:00:17

19   misinterpret all kind of things so, yeah.             12:00:20

20        Q    So, it doesn't -- so reasonable reader      12:00:23

21   doesn't just mean an ordinary person reading the      12:00:25

22   statements?                                           12:00:27

23        A    Oh, it does -- ordinary people are          12:00:28

24   typically not insane, so they're rational and if      12:00:30

25   they're native speakers they fall within this         12:00:33

1    group so, yes, your ordinary native speaker who is          12:00:36
2    not out of their mind would be a reasonable reader          12:00:41
3    that we had in mind here.                                   12:00:42
4         Q    Does culture matter?                              12:00:46
5         A    No.                                               12:00:48
6         Q    Does context matter?                              12:00:48
7         A    In so far as you've got words like "I"            12:00:49
8    and "now" and "tense," yes, that matters.  Yes.            12:00:49
9         Q    And that's part of your study --                  12:00:56
10        A    Yes, that's correct.                              12:00:57
11        Q    -- in your background in pragmatics,              12:00:58
12   correct?                                                    12:01:00
13        A    Correct.                                          12:01:00
14        Q    See, I'm learning already.                        12:01:02
15        A    You are.                                          12:01:03
16        Q    Are there unreasonable readers?                   12:01:03
17        A    Umm... well --                                    12:01:07
18        Q    Would that be someone who is insane; is          12:01:10
19   that --                                                     12:01:13
20        A    Well, there's another matter here.  So,          12:01:14
21   understand the following statement to be false in          12:01:16
22   view of the videos.  A person might watch the              12:01:18
23   videos and have very strong prejudices.  For               12:01:22
24   example, be a far right-wing person and have an            12:01:27
25   interpretation of what Mr. Phillips does that             12:01:32

1    attributes him -- things to him or intentions that    12:01:34

2    he did not have, right?    12:01:36

3            So, I think the reasonable (sic) there    12:01:38

4    could be if you're going to set aside prejudice    12:01:40

5    and distortion of what you see, given what you can    12:01:43

6    see in the video and you're a native speaker and    12:01:48

7    you're rational, would you take this to be false?    12:01:51

8        Q    Go to page 5 of your report.  This is a    12:01:58

9    summary in the middle of the page under III,    12:02:09

10   "Summary of Opinions."    12:02:12

11       A    Yes.    12:02:15

12       Q    Is that right?    12:02:15

13       A    Correct.    12:02:16

14       Q    Are all of the opinions you intend to    12:02:17

15   offer in this case expressed in your written    12:02:19

16   report that we've marked here?    12:02:21

17       A    Yes.    12:02:22

18       Q    So you don't have any other opinions    12:02:24

19   that are not expressed in your written report    12:02:26

20   here?    12:02:28

21       A    I have not been asked as an expert to    12:02:29

22   give any additional opinions.  These are they.    12:02:31

23       Q    Let's go on that same page.  Again, I    12:02:37

24   want to ask you about this reasonable native    12:02:40

25   speaker and I think you just answered it, but I    12:02:44

| | | |
|---|---|---|
| 1 | want to make sure I'm clear.  So you say: | 12:02:47 |
| 2 | "A reasonable native speaker of English | 12:02:50 |
| 3 | reading (each) passage would take it to be false | 12:02:50 |
| 4 | in the circumstances captured in the videos of the | 12:02:50 |
| 5 | encounter which have been provided to me." | 12:02:50 |
| 6 | And we talked about a reasonable | 12:03:04 |
| 7 | reader. So is a reasonable reader a native speaker | 12:03:04 |
| 8 | of English or are you qualifying your opinion to | 12:03:06 |
| 9 | pertain to native English speakers? | 12:03:10 |
| 10 | A    I didn't understand your question. | 12:03:14 |
| 11 | Q    What are you -- by saying "Native | 12:03:15 |
| 12 | speaker of English," who are you excluding? | 12:03:17 |
| 13 | A    I'm excluding people who might have not | 12:03:19 |
| 14 | learned English perfectly.  So by saying "native | 12:03:23 |
| 15 | speaker" I'm talking about people who command the | 12:03:26 |
| 16 | English language. | 12:03:29 |
| 17 | Q    And what does -- "would take it to be | 12:03:33 |
| 18 | false" mean? | 12:03:36 |
| 19 | A    If they were to watch the video and | 12:03:39 |
| 20 | they were a native speaker and they only looked at | 12:03:41 |
| 21 | what actually occurred in the video, they would | 12:03:45 |
| 22 | say this was false. | 12:03:47 |
| 23 | Q    And what does: "In the circumstances | 12:03:50 |
| 24 | captured in the videos of the encounter" mean? | 12:03:53 |
| 25 | A    That means what the video showed | 12:03:55 |

| | | |
|---|---|---|
| 1 | occurred.  Videos do not show intent; they show | 12:03:56 |
| 2 | action, behavior, what actually occurs. | 12:04:01 |
| 3 | Q    And again, this is you -- well, strike | 12:04:05 |
| 4 | that.  Let's go to page 7 of your report. | 12:04:07 |
| 5 | Page 7 of your report, you say:  "In | 12:04:35 |
| 6 | determining truth conditions, the science of | 12:04:37 |
| 7 | linguistics is purely descriptive aiming to | 12:04:37 |
| 8 | determine the plain meaning of an expression that | 12:04:37 |
| 9 | is understood by ordinary speakers of the language | 12:04:37 |
| 10 | in which it is couched." | 12:04:37 |
| 11 | What you mean by "purely descriptive"? | 12:04:47 |
| 12 | A    Many times people think that either a | 12:04:53 |
| 13 | dictionary or grammar is prescriptive, telling you | 12:04:55 |
| 14 | how you should speak, what something should mean. | 12:04:59 |
| 15 | You shouldn't say "ain't."  You should say "whom" | 12:05:02 |
| 16 | instead of "who" in certain cases. | 12:05:05 |
| 17 | This is not what we do in linguistics. | 12:05:09 |
| 18 | We describe what native -- ordinary people, who | 12:05:10 |
| 19 | have never even necessarily had a grammar class | 12:05:14 |
| 20 | say and understand by what they say.  That's the | 12:05:17 |
| 21 | crucial point. | 12:05:21 |
| 22 | Q    Okay, and page 7 you also discuss what | 12:05:23 |
| 23 | you call truth conditions. | 12:05:27 |
| 24 | A    Correct. | 12:05:28 |
| 25 | Q    You describe truth conditions as, "What | 12:05:29 |

1    a situation would have to be like in order for the                12:05:32

2    sentence to truthfully describe that situation."                  12:05:35

3            What are truth conditions to you?                         12:05:40

4        A    Truth conditions is -- well, I can tell                  12:05:44

5    you again, informally, which I've done several                    12:05:45

6    times, truth conditions are specific conditions                   12:05:51

7    that would have to be satisfied in order for this                 12:05:52

8    to be true, okay?                                                 12:05:55

9        Q    Okay.                                                    12:05:58

10       A    I can characterize that.  Remember, I                    12:05:58

11   said I'm a formal semanticist.  I can characterize                12:06:01

12   that logically.  So it's often useful if you're                   12:06:02

13   teaching the computer English, you translate it                   12:06:06

14   into a logical language and then the computer goes                12:06:13

15   from -- the computer -- native computer languages                 12:06:14

16   are mathematical, logical languages and they can                  12:06:16

17   use the translation to go to the database to get                  12:06:19

18   information and then translate it back into                       12:06:20

19   English.  Or if you're translating between two                    12:06:22

20   languages you often translate and you get the                     12:06:24

21   truth conditions that's a logical statement.  It                  12:06:25

22   doesn't matter.  Truth conditions are truth                       12:06:28

23   conditions.  They are things -- the way things                    12:06:30

24   would have to be in order for this to be true.                    12:06:32

25       Q    Is there a set number of definitive                      12:06:41

| | | |
|---|---|---|
| 1 | truth conditions for any particular phrase? | 12:06:43 |
| 2 | A    No, actually that's a very -- that's a | 12:06:45 |
| 3 | very challenging question and that's why we refer | 12:06:47 |
| 4 | to multiple dictionaries, to look at multiple | 12:06:49 |
| 5 | things that a word might mean and connotations | 12:06:52 |
| 6 | that it might have, etcetera, to determine what, | 12:06:56 |
| 7 | you know, the range of possible meanings are.  And | 12:06:58 |
| 8 | then we look at the context, the syntax to | 12:07:02 |
| 9 | determine what the actual intended meaning was in | 12:07:04 |
| 10 | that case. | 12:07:06 |
| 11 | Q    And what is the plain meaning -- use | 12:07:10 |
| 12 | from a phrase, mean to you? | 12:07:12 |
| 13 | A    I use that because it's common in the | 12:07:16 |
| 14 | law and I think by "plain meaning" they mean what | 12:07:17 |
| 15 | an ordinary speaker who is a native speaker, who | 12:07:21 |
| 16 | has command of the English language, would take | 12:07:23 |
| 17 | the expression to mean. | 12:07:28 |
| 18 | Q    And how does an ordinary speaker | 12:07:29 |
| 19 | determine what plain meaning of a word or a | 12:07:31 |
| 20 | passage is? | 12:07:33 |
| 21 | A    Ahhh, there you'd have to take language | 12:07:34 |
| 22 | and the law, wouldn't you?  So, the -- people | 12:07:35 |
| 23 | think that they teach their children language, but | 12:07:38 |
| 24 | the fascinating thing is that they do not. | 12:07:40 |
| 25 | Children -- like a little deer is born | 12:07:44 |

| | |
|---|---|
| 1 | to walk, it gets up and walks almost as soon as | 12:07:45 |
| 2 | it's born. Little children have been learning the | 12:07:48 |
| 3 | language of their mothers in the womb. They've | 12:07:51 |
| 4 | learned the sound patterns, the prosody. And they | 12:07:54 |
| 5 | are learning the sound patterns of their native -- | 12:07:57 |
| 6 | their maternal -- not because it's their birth | 12:08:00 |
| 7 | mother, but the language that's spoken around them | 12:08:03 |
| 8 | all the time as they develop and mature till about | 12:08:05 |
| 9 | nine months to a year. | 12:08:07 |
| 10 | In two months they start speaking and | 12:08:09 |
| 11 | they make all kinds of errors that are things that | 12:08:11 |
| 12 | nobody around them would ever say. For example, | 12:08:13 |
| 13 | they'll over-generalize regular verb tense, past | 12:08:15 |
| 14 | tense. | 12:08:20 |
| 15 | So instead of saying "went" they'll say | 12:08:20 |
| 16 | "go'd." Anybody who has a child and listens hard | 12:08:20 |
| 17 | enough will see that at a certain point an | 12:08:24 |
| 18 | ordinary, average, normal child developing will | 12:08:24 |
| 19 | over-generalize the grammatical rules that they're | 12:08:24 |
| 20 | learning and the language that they're studying | 12:08:24 |
| 21 | around them. So children are born to absorb and | 12:08:24 |
| 22 | learn a language. It's a fascinating thing and | 12:08:24 |
| 23 | that's one of the things that modern linguistics | 12:08:40 |
| 24 | as a science studies. | 12:08:43 |
| 25 | Therefore, when we study the plain | 12:08:45 |

| | | |
|---|---|---|
| 1 | meaning, we study the meaning as ordinary speakers | 12:08:47 |
| 2 | learn it from each other and use it with each | 12:08:52 |
| 3 | other, not some idealized grammar, or some | 12:08:54 |
| 4 | idealized language. | 12:08:57 |
| 5 | Q    So by the time one is no longer a child | 12:08:59 |
| 6 | but a adult -- | 12:09:02 |
| 7 | A    Right. | 12:09:03 |
| 8 | Q    -- and fits into the category of | 12:09:03 |
| 9 | reasonable reader -- | 12:09:05 |
| 10 | A    Okay. | 12:09:06 |
| 11 | Q    That you've said before.  At that point | 12:09:07 |
| 12 | plain meaning of words is a matter of everyday | 12:09:10 |
| 13 | common experience, correct? | 12:09:12 |
| 14 | A    Correct.  You don't think about it. | 12:09:14 |
| 15 | Q    A matter of common-sense, so to speak? | 12:09:19 |
| 16 | A    Common-sense is not the way I would use | 12:09:22 |
| 17 | it, but it is a matter of linguistics competence, | 12:09:24 |
| 18 | and everyone, even people of relatively low | 12:09:28 |
| 19 | intelligence, as long as they are not -- they | 12:09:30 |
| 20 | don't have a defective mind, brain, have | 12:09:32 |
| 21 | linguistic competence. | 12:09:43 |
| 22 | Q    You've consulted respected dictionaries | 12:09:45 |
| 23 | of modern English, you say, and my question for | 12:09:46 |
| 24 | you, and we went through the three listed in your | 12:09:48 |
| 25 | report, do you recall that? | 12:09:53 |

| | | |
|---|---|---|
| 1 | A    My question what? | 12:09:54 |
| 2 | Q    I'm sorry.  That was a bad question. | 12:09:55 |
| 3 | You cite three dictionaries in your report, | 12:09:56 |
| 4 | correct? | 12:09:58 |
| 5 | A    Correct. | 12:09:59 |
| 6 | Q    And my question to you is: Did anyone | 12:09:59 |
| 7 | provide those dictionaries to you? | 12:10:03 |
| 8 | A    I keep them on my shelf. | 12:10:06 |
| 9 | Well, actually, the Oxford English | 12:10:09 |
| 10 | Dictionary I get on line -- I have it on my shelf, | 12:10:10 |
| 11 | but it's a lot easier and the print's a lot bigger | 12:10:12 |
| 12 | if I read it on line.  So, yes, that's why I | 12:10:14 |
| 13 | access the online version.  Because it's just | 12:10:17 |
| 14 | easier than taking the book off my shelf. | 12:10:19 |
| 15 | Q    And they are publicly available so it's | 12:10:21 |
| 16 | easy -- | 12:10:23 |
| 17 | -- (overspeaking) -- | 12:10:23 |
| 18 | A    Anybody can -- | 12:10:24 |
| 19 | Q    -- I've got to finish the question, | 12:10:25 |
| 20 | sorry.  I know it's -- as a linguist you might | 12:10:26 |
| 21 | appreciate it is common for people to talk over | 12:10:30 |
| 22 | each other, but in this world it is very | 12:10:33 |
| 23 | challenging for the Court Reporter when we do | 12:10:36 |
| 24 | that.  So I'm not trying to be rude but I have to | 12:10:38 |
| 25 | cut you off. | 12:10:41 |

| | | |
|---|---|---|
| 1 | So those dictionaries you consulted are | 12:10:42 |
| 2 | publicly available, correct? | 12:10:49 |
| 3 | A    Correct. | 12:10:50 |
| 4 | Q    And it's easy for anyone like myself or | 12:10:51 |
| 5 | counsel in this room or the judge in this case, to | 12:10:56 |
| 6 | obtain those dictionaries, correct? | 12:10:58 |
| 7 | A    Correct. | 12:10:59 |
| 8 | Q    You don't need a special library | 12:11:03 |
| 9 | linguist card to check 'em out. | 12:11:07 |
| 10 | A    No. | 12:11:10 |
| 11 | Q    And the average person, adult person, | 12:11:11 |
| 12 | is capable of understanding dictionary | 12:11:16 |
| 13 | definitions, correct? | 12:11:21 |
| 14 | A    I think so. | 12:11:22 |
| 15 | Q    You looked up certain words, you say, | 12:11:23 |
| 16 | and I quote "passages of interest."  How did you | 12:11:25 |
| 17 | determine which words to look up? | 12:11:28 |
| 18 | A    I looked up the ones that I thought | 12:11:35 |
| 19 | most bore on why these passages were possibly | 12:11:37 |
| 20 | contentious, like "block", and some of the others | 12:11:40 |
| 21 | that I looked up.  I thought that most -- I have | 12:11:43 |
| 22 | to look at the passage, most of the passage was | 12:11:45 |
| 23 | just very simple, you know, English, I was | 12:11:48 |
| 24 | thinking -- I mean, everybody knows what Phillips | 12:11:52 |
| 25 | says in these things -- so, I was thinking at that | 12:11:54 |

1   time, I started going that way and "that guy in          12:11:57

2   the hat," those not contentious, there's nothing         12:12:01

3   really to look up, "that guy in the hat"                 12:12:03

4   presumably because he's talking about the                12:12:04

5   interaction with Sandmann.  He's talking about           12:12:05

6   Sandmann.  And "impasse." Now, there, were they at       12:12:09

7   an impasse?  "Blocked my way," "wouldn't let me          12:12:14

8   retreat," those are the things that I thought            12:12:17

9   might be at issue about whether Phillips correctly       12:12:18

10  represented the situation, so those are the words        12:12:22

11  that I looked up to make sure that I had what I          12:12:25

12  take to be objective support for the construal          12:12:29

13  that I made of the meanings of these expressions.        12:12:39

14       Q    Okay, and we talked earlier about             12:12:41

15  lexicography being the description of plain              12:12:44

16  meanings of expressions as (indiscernible) native       12:12:50

17  speakers, that's how you define it, correct?            12:12:52

18       A    Yes.                                          12:12:58

19       Q    And you said a second ago that doesn't        12:12:58

20  prescribe --                                             12:13:01

21       A    Correct.                                      12:13:01

22       Q    -- what the meaning should be?                12:13:01

23       A    Yes.                                          12:13:02

24       Q    So then I take it it's fair to say that       12:13:08

25  there is not only one plain meaning of any               12:13:10

1    particular word to native speakers, correct?                12:13:12

2          A    I will hedge on that question.  May I            12:13:16

3    explain?                                                    12:13:19

4          Q    Sure.                                            12:13:19

5          A    Many expressions have multiple                  12:13:20

6    meanings, I have shown you some in the case in              12:13:23

7    hand.  But it is not Humpty Dumpty.  Individuals            12:13:24

8    don't get to decide what a word means.                      12:13:28

9              The word has a meaning in convention             12:13:31

10   with its use among the group of native speakers             12:13:36

11   and that's what a lexicographer tries to capture            12:13:39

12   by looking at not one, but many, many sources of            12:13:41

13   competent native speakers to decide the range of            12:13:44

14   meanings that are attested and attributed to                12:13:49

15   native speakers by other native speakers.  Okay?           12:13:55

16             So it's not that a given person gets to          12:13:58

17   decide what "block" means or "impasse"; it is               12:14:01

18   something that we as a community mean and that              12:14:03

19   this is objectively observed by lexicographers and          12:14:08

20   others who study the use of language and its                12:14:13

21   meaning.                                                    12:14:16

22         Q    And just looking at general dictionary           12:14:17

23   definitions, you need context to determine which            12:14:19

24   definition is most suitable, correct?                       12:14:21

25         A    Typically, correct.                              12:14:23

1        Q    And that's important, for example, you          12:14:25

2    know, with idioms you might say, "It's raining          12:14:28

3    cats and dog," it's not literally raining cats and      12:14:34

4    dogs, right?  That's just an example of something       12:14:38

5    where --                                                12:14:41

6            -- (overspeaking) --                            12:14:41

7        A    Of course.  Well, that's ...                   12:14:42

8        Q    You also state that you looked at --           12:14:43

9    well, strike that.  We talked earlier about             12:14:52

10   lexicography and compiling dictionary definitions        12:14:55

11   and that essentially means collecting different          12:14:57

12   possible definitions of a given word, correct?           12:15:01

13       A    Not definitions, uses.                          12:15:04

14       Q    Uses.  Now you state --                         12:15:06

15       A    May I say something about a definition?         12:15:15

16   A definition is a characterization of a meaning.         12:15:18

17   It is a paraphrase.  A good definition is an art         12:15:21

18   to defining.  And the defined term has to fit in         12:15:24

19   the same syntactic slot, as the term being              12:15:27

20   defined.  It's the verb -- you've given any type        12:15:31

21   of verb form as a definition.  It is not a              12:15:34

22   definition that says what it should be mean, it is      12:15:36

23   a characterization of one usage, one way people         12:15:39

24   use it, one meaning it has in current plain             12:15:41

25   language.                                               12:15:45

| | | |
|---|---|---|
| 1 | Q    Okay.  And now on page -- let's | 12:15:45 |
| 2 | continue on then.  Page 8 you talked about | 12:15:48 |
| 3 | syntactic structure and we talked about that at | 12:15:52 |
| 4 | the beginning of the morning, right? | 12:15:55 |
| 5 | A    Correct. | 12:15:57 |
| 6 | Q    And you say you also considered | 12:16:01 |
| 7 | syntactic structure? | 12:16:02 |
| 8 | A    Yes. | 12:16:03 |
| 9 | Q    How does syntactic structure matter to | 12:16:09 |
| 10 | truth conditions? | 12:16:13 |
| 11 | A    May I give you an example from one of | 12:16:14 |
| 12 | the passages? | 12:16:17 |
| 13 | Q    Sure. | 12:16:18 |
| 14 | A    In the first passage, the one in | 12:16:18 |
| 15 | question 1 at the bottom of page 1, Mr. Phillips | 12:16:19 |
| 16 | is heard as saying, "He" -- Sandmann -- "just | 12:16:21 |
| 17 | blocked my way and wouldn't allow me to retreat." | 12:16:26 |
| 18 | Now, as you pointed out "blocked" is ambiguous or | 12:16:27 |
| 19 | it has not -- well, you'd say it was ambiguous. | 12:16:33 |
| 20 | Anyway, it has some very -- two or three closely | 12:16:36 |
| 21 | related senses that one might -- that one might | 12:16:40 |
| 22 | take to relevant to a circumstance like this. | 12:16:44 |
| 23 | One of them is a more passive sense so | 12:16:45 |
| 24 | you can say an inanimate object blocked your way | 12:16:48 |
| 25 | like the construction, you know -- the crane | 12:16:52 |

| | | |
|---|---|---|
| 1 | blocked my way, right?  Or the crane, you know -- | 12:16:57 |
| 2 | was in the way, in effect, without the crane -- | 12:16:58 |
| 3 | without attributing any intention to the crane, | 12:17:00 |
| 4 | correct?  But in this particular passage there's | 12:17:04 |
| 5 | another active sense of block, which is moved to | 12:17:07 |
| 6 | block or intended to block my way, okay?  And I | 12:17:10 |
| 7 | thought that in this context it was more | 12:17:13 |
| 8 | probable -- likely, that Phillips intended or | 12:17:16 |
| 9 | would expect his audience to understand him as | 12:17:18 |
| 10 | meaning that Sandmann actively blocked his way. | 12:17:20 |
| 11 | If you look at the second conjunct, it | 12:17:24 |
| 12 | said "Wouldn't allow me to retreat," which does | 12:17:27 |
| 13 | attribute intention to refuse to let Phillips do | 12:17:31 |
| 14 | what he wanted to do.  So I took the first | 12:17:39 |
| 15 | conjunct, the sense of block to have the active | 12:17:41 |
| 16 | sense of intending to be in the way. | 12:17:44 |
| 17 | There is an example where syntax in | 12:17:47 |
| 18 | this particular case, if he said, "He was blocking | 12:17:50 |
| 19 | way," that is not as clear, when you have an | 12:17:54 |
| 20 | agentive "block my way," that seems more likely | 12:17:58 |
| 21 | that it would be agentive, and there is also | 12:18:03 |
| 22 | passive "block" where there is not even an agent. | 12:18:05 |
| 23 | So in this particular case, the fact that it was | 12:18:06 |
| 24 | transitive use of "block" and that it was | 12:18:09 |
| 25 | conjoined with another sentence where there was an | 12:18:12 |

1    attribution of intent to Mr. Phillips seemed to          12:18:15

2    disambiguate which sense of "block" Phillips would        12:18:20

3    have expected his native speaker interlocutor to          12:18:23

4    understand him to mean.                                   12:18:29

5        Q    Okay.  At page 8 at the bottom you              12:18:34

6    conclude that you used these resources and                12:18:37

7    techniques to determine the truth conditions of          12:18:46

8    the sentences which you took to be crucial in            12:18:53

9    these passages; is that right?                            12:18:55

10       A    Correct.                                        12:18:58

11       Q    And by "resources" you mean the                12:18:59

12   dictionaries, correct?                                    12:19:01

13       A    The dictionaries and my knowledge of           12:19:01

14   grammar.  I didn't refer to grammars here but if        12:19:06

15   you wanted me to I could, and my knowledge of how       12:19:09

16   context influences interpretation which is --            12:19:11

17   again, I could give you long bibliographies, but I      12:19:15

18   refrained from doing that.  They are in the              12:19:20

19   report.                                                  12:19:22

20       Q    And you also consulted the                     12:19:23

21   dictionaries, correct?                                    12:19:24

22       A    I did consult the dictionaries, yes.           12:19:24

23       Q    And then you say, continuing on page 8,        12:19:33

24   that you "considered the video evidence provided         12:19:36

25   to me to understand the situation in which the           12:19:37

| | | |
|---|---|---|
| 1 | confrontation occurred", correct? | 12:19:40 |
| 2 | A    Correct. | 12:19:45 |
| 3 | Q    And so, essentially, you reviewed the | 12:19:47 |
| 4 | videos and then determined whether, after having | 12:19:50 |
| 5 | reviewed the videos, the statements were false | 12:19:55 |
| 6 | based on what you observed in the videos, correct? | 12:19:57 |
| 7 | A    That's correct. | 12:19:58 |
| 8 | MS. SPEARS:  Can we go off on the | 12:19:59 |
| 9 | record but stay seated for a second.  I just want | 12:20:17 |
| 10 | to consult and decide on the lunch break timing | 12:20:18 |
| 11 | here for everyone.  Are you happy for me to do a | 12:20:18 |
| 12 | little bit more or we can break now? | 12:20:18 |
| 13 | THE VIDEOGRAPHER:  We're going off the | 12:20:23 |
| 14 | record, the time is 12:20 p.m. | 12:20:24 |
| 15 | (Recess taken from 12:20 p.m. to 1:20 p.m.) | 12:20:26 |
| 16 | THE VIDEOGRAPHER:  Going back on the | 01:27:31 |
| 17 | record, the time is 1:27 p.m. | 01:27:32 |
| 18 | BY MS. SPEARS: | 01:27:35 |
| 19 | Q    Okay, thank you.  Let's look at your | 01:27:36 |
| 20 | report -- I'm sorry, can you wait one second. | 01:27:42 |
| 21 | All right.  We're back on the record | 01:27:55 |
| 22 | after our lunch break. | 01:27:56 |
| 23 | Let's look at your report on page 9, | 01:27:57 |
| 24 | please. | 01:27:59 |
| 25 | Okay, page 9, section 5 you titled | 01:28:04 |

| | | |
|---|---|---|
| 1 | "Facts"? | 01:28:07 |
| 2 | A    Yes. | 01:28:10 |
| 3 | Q    And you write: "Here are the facts | 01:28:10 |
| 4 | about the January 18, 2019 incident as I'm aware | 01:28:11 |
| 5 | of them from materials provided to me principally | 01:28:15 |
| 6 | in the videos listed in section 4 above." | 01:28:17 |
| 7 | And my first question for you is, you | 01:28:21 |
| 8 | say "as I am aware of them."  Did you draft this | 01:28:26 |
| 9 | "Facts" section? | 01:28:29 |
| 10 | A    Yes. | 01:28:30 |
| 11 | Q    So no portions of it were provided to | 01:28:31 |
| 12 | you? | 01:28:33 |
| 13 | A    Nothing. | 01:28:34 |
| 14 | Q    And describe just very briefly your | 01:28:35 |
| 15 | process for drafting the "facts" section. | 01:28:37 |
| 16 | A    Well, I had already conducted an | 01:28:41 |
| 17 | analysis and so I decided to present it first in | 01:28:42 |
| 18 | terms of the facts as I observed them, then the | 01:28:45 |
| 19 | relevant law and the linguistic analysis and then | 01:28:50 |
| 20 | say, given the facts, whether the passages I was | 01:28:58 |
| 21 | asked to comment on were true.  That's it. | 01:29:01 |
| 22 | Q    And -- | 01:29:07 |
| 23 | A    So in reporting what I saw on the | 01:29:09 |
| 24 | videos, of course, I focused on the interaction | 01:29:10 |
| 25 | between Mr. Phillips and Mr. Sandmann particularly | 01:29:13 |

1    but other members of the group and the                01:29:17

2    circumstances immediately around them, as those       01:29:19

3    might bear on the truth of the passages.  I didn't     01:29:21

4    talk about birds flying overhead or something,         01:29:25

5    yeah.                                                  01:29:27

6        Q    Right.  And you did that by reviewing         01:29:28

7    the videos 1 to 18?                                    01:29:30

8        A    Yes.                                          01:29:32

9        Q    On page 9 here you say:                       01:29:32

10        "Three different groups interacted in             01:29:40

11    the event in question as well as various              01:29:41

12    bystanders who seemed to be unrelated to any of       01:29:43

13    these groups."                                        01:29:45

14            Which bystanders are you referring to?        01:29:47

15        A    I can't tell in all the videos who is a      01:29:50

16    bystander and who is a Covington boy and who is a     01:29:53

17    member of the Native American group.  Sometimes it    01:29:56

18    is evident from the way they behave or are            01:29:58

19    dressed, other times it is not.                       01:30:00

20            The reason I said "bystanders" is that        01:30:03

21    I was aware in reviewing the earlier tape, a very     01:30:04

22    long tape made by the videographer for the Black      01:30:07

23    Hebrew Israelites, that there were a number of --     01:30:12

24    just ordinary people, I presume many of them          01:30:14

25    possibly tourists, I don't know who they were, in     01:30:16

1   the area who were interacting at least with that          01:30:18

2   particular group, and might have been hanging             01:30:21

3   around as, you know, during the interaction               01:30:23

4   between Phillips and Sandmann.                             01:30:25

5           So I can't tell, especially far -- to             01:30:26

6   the left and back of Phillips, you know, down on          01:30:29

7   the flat part, I'm not really sure who was a              01:30:33

8   Covington boy and who was not.                             01:30:35

9       Q    Mm-hmm.  And you note in here that              01:30:38

10  there are also stray passersby of several races           01:30:41

11  and apparent ethnic backgrounds?                           01:30:45

12      A    That was again based on, partly on the          01:30:47

13  observation of the tape, the long tape with the           01:30:50

14  Black Hebrew Israelites.  They interacted with            01:30:53

15  many different kinds of people.                            01:30:55

16      Q    Why did you conclude that they seemed            01:30:56

17  to be unrelated to any of the three groups you            01:30:58

18  refer to:  The Covington students, the Native            01:31:00

19  Americans or the --                                        01:31:02

20           -- (overspeaking) --                             01:31:03

21      A    Well, for example, there was a group            01:31:03

22  that stood and exchanged heckling with the Black          01:31:05

23  Hebrew Israelites for quite some time and the             01:31:10

24  people in them, I think there was a man and some          01:31:15

25  women, again, I haven't reviewed those details           01:31:18

| | | |
|---|---|---|
| 1 | before this deposition, who were African American, | 01:31:21 |
| 2 | quite obviously, and they were not of a mind with | 01:31:24 |
| 3 | the views being promoted by the Black Hebrew | 01:31:28 |
| 4 | Israelites and there was a lot of exchange between | 01:31:33 |
| 5 | those passersby out there and the Black Hebrew | 01:31:37 |
| 6 | Israelites and the -- I'm just aware that there | 01:31:40 |
| 7 | were different kinds of people interacting with | 01:31:43 |
| 8 | them in that way so I presume some of the people | 01:31:46 |
| 9 | at the -- during the exchange between Phillips and | 01:31:48 |
| 10 | Sandmann might have been stray passersby. | 01:31:51 |
| 11 | Q    And that's an assumption that you | 01:31:55 |
| 12 | made -- | 01:31:57 |
| 13 | A    -- (overspeaking) -- | 01:31:58 |
| 14 | Q    You have to wait until I am done. | 01:31:58 |
| 15 | A    Sorry. | 01:32:00 |
| 16 | Q    That's an assumption you made based on | 01:32:00 |
| 17 | your personal review of the videos, correct? | 01:32:02 |
| 18 | A    Based on my review of the video, yes. | 01:32:04 |
| 19 | Q    Okay.  And you note: races and apparent | 01:32:06 |
| 20 | ethnic backgrounds.  How can you tell from the | 01:32:10 |
| 21 | video what someone's ethnic background is? | 01:32:12 |
| 22 | A    I said apparent ethnic backgrounds | 01:32:16 |
| 23 | because there were a number of people dressed in | 01:32:18 |
| 24 | such a way as to suggest that they identified with | 01:32:20 |
| 25 | the Native American that was protesting, so I | 01:32:23 |

1    assumed sort some of them might have been part    01:32:24

2    Native Americans.                                 01:32:28

3         Q    But you don't know.                     01:32:30

4         A    I don't know.                           01:32:31

5         Q    And then on page 9 in the first bullet  01:32:32

6    point you write that the Black Hebrew Israelites  01:32:34

7    were there to, quote, "preach a religious and     01:32:35

8    political message."  How did you determine their  01:32:38

9    purpose in being there?                           01:32:40

10        A    That was pretty obvious.  They had a     01:32:44

11   loudspeaker and a videographer.  They were making 01:32:48

12   a point.  Think wanted people to hear their views.01:32:51

13   A kind of soap box.                               01:32:54

14        Q    And you say in your report here that -- 01:32:55

15   you say, and I quote, "There may have been five or 01:32:56

16   six of them standing together, perhaps others      01:32:58

17   circulating in the crowd in front of the Lincoln   01:33:01

18   Memorial."  So you couldn't say for sure how many  01:33:03

19   Black Hebrew Israelites were there based on the    01:33:07

20   video; right?                                      01:33:08

21        A    Correct.                                 01:33:11

22        Q    And you say the Black Hebrew Israelites  01:33:12

23   used, quote, "incendiary language to insult or     01:33:13

24   degrade those that they engaged with," close       01:33:16

25   quote.  What incendiary language were you          01:33:19

| 1 | referring to? | 01:33:22 |
|---|---|---|
| 2 | A    I don't want to mention some of the | 01:33:22 |
| 3 | names that they called the African Americans they | 01:33:24 |
| 4 | interacted with -- I beg pardon.  You can look at | 01:33:25 |
| 5 | the videos if you want to see.  But they called | 01:33:28 |
| 6 | the boys from Covington "crackers" repeatedly, and | 01:33:30 |
| 7 | they also engaged in an insulting exchange with | 01:33:34 |
| 8 | the Native Americans, but I don't remember the | 01:33:36 |
| 9 | character of the exchange.  As I said, I only | 01:33:40 |
| 10 | watched that video once and it was back in the end | 01:33:42 |
| 11 | of October/beginning of November. | 01:33:44 |
| 12 | So I ignored that part in my subsequent | 01:33:46 |
| 13 | reviews because it didn't bear on the direct | 01:33:48 |
| 14 | exchange between Phillips and Sandmann. | 01:33:50 |
| 15 | Q    And how did you know that it was the | 01:33:53 |
| 16 | Black Hebrew Israelites' intent to insult or | 01:33:55 |
| 17 | degrade people? | 01:33:57 |
| 18 | A    They used insulting, degrading terms. | 01:33:59 |
| 19 | There were slurs, by the way. | 01:34:01 |
| 20 | Q    And how does that square with your | 01:34:03 |
| 21 | statement that they were there to preach a | 01:34:05 |
| 22 | religious and political message? | 01:34:07 |
| 23 | MR. McMURTRY:  Objection. | 01:34:09 |
| 24 | BY MS. SPEARS: | 01:34:10 |
| 25 | Q    Is that they were they doing both? | 01:34:10 |

| | | |
|---|---|---|
| 1 | A     Sure, why not?  Some people do. | 01:34:12 |
| 2 | Q     The second bullet of page 9 you say: "A | 01:34:13 |
| 3 | large group of people who, according to the | 01:34:18 |
| 4 | articles that I have read about the event cited in | 01:34:21 |
| 5 | Section 4 had come to DC for the Indigenous | 01:34:23 |
| 6 | Peoples March." | 01:34:26 |
| 7 | A     Yes. | 01:34:28 |
| 8 | Q     Which articles did you refer to | 01:34:28 |
| 9 | specifically for that? | 01:34:31 |
| 10 | A     I'm sorry, I'd have to review the | 01:34:32 |
| 11 | article to tell you. | 01:34:33 |
| 12 | Q     Sitting here today, you can't tell me? | 01:34:34 |
| 13 | A     I don't remember which piece of data I | 01:34:37 |
| 14 | got from which article, no. | 01:34:39 |
| 15 | Q     You say, quote, reading along here: | 01:34:40 |
| 16 | "Mr. Phillips was a member of this | 01:34:43 |
| 17 | group as it seems at least one of those who made | 01:34:45 |
| 18 | the videos of the interaction with the boys from | 01:34:48 |
| 19 | Covington Catholic school." | 01:34:52 |
| 20 | And I think you have brought with you | 01:34:53 |
| 21 | today a sheet that you said there were some typos | 01:34:55 |
| 22 | on.  Is this where there is a typo and it was | 01:34:58 |
| 23 | meant to be "as was, it seems"? | 01:35:01 |
| 24 | A     Yes, mm-hmm. | 01:35:04 |
| 25 | Q     So the sentence should read: | 01:35:05 |

| | | |
|---|---|---|
| 1 | "Mr. Phillips was a member of this | 01:35:06 |
| 2 | group as was it seems at least one of those who | 01:35:08 |
| 3 | made the videos of the interaction with the boys | 01:35:10 |
| 4 | from Covington Catholic school." | 01:35:13 |
| 5 | A     Correct. | 01:35:16 |
| 6 | Q     How did you determine that Mr. Phillips | 01:35:16 |
| 7 | was a member of this quote, unquote group. | 01:35:18 |
| 8 | A     I believe he identified as someone who | 01:35:19 |
| 9 | had been there with that group, or was identified | 01:35:22 |
| 10 | as such by one of the articles that I read, those | 01:35:25 |
| 11 | news articles that are cited here as one of my | 01:35:27 |
| 12 | sources. | 01:35:31 |
| 13 | Q     Okay, and you're saying here that | 01:35:32 |
| 14 | someone else "with the group" based on your | 01:35:37 |
| 15 | review, you believe made videos of the interaction | 01:35:40 |
| 16 | but you're not saying Mr. Phillips made a video of | 01:35:42 |
| 17 | the interaction -- | 01:35:45 |
| 18 | A     No.  No -- | 01:35:45 |
| 19 | Q     -- that was the typo that was -- | 01:35:46 |
| 20 | -- (overspeaking) -- | 01:35:47 |
| 21 | A     No, there's no typo.  Let me look at | 01:35:48 |
| 22 | the passage. | 01:35:49 |
| 23 | MR. McMURTRY:  Just be sure to let her | 01:35:51 |
| 24 | finish, so it's clear. | 01:35:52 |
| 25 | THE WITNESS:  I beg your pardon. | 01:35:53 |

1    BY MS. SPEARS:                                      01:35:54

2         Q    Sure.  You are not saying that           01:35:54

3    Mr. Phillips is making a video of the interaction?  01:35:55

4         A    No, no.                                   01:35:57

5         Q    In the next -- you say here:              01:35:58

6              "These people sang, danced and chanted    01:35:59

7    to drums, sometimes forming a large circle as they  01:36:01

8    did so."                                            01:36:04

9              How did you determine if they were        01:36:06

10   singing, dancing and chanting?                      01:36:08

11        A    In, again, the first video, I think,      01:36:10

12   the longest one which is from the -- made by the    01:36:13

13   videographer for the Black Hebrew Israelites,       01:36:16

14   there is -- are a couple of short pieces -- not --  01:36:17

15   you can't really tell exactly where they are but    01:36:21

16   they are in the vicinity of these Native American   01:36:25

17   peoples singing and dancing in a large circle and   01:36:27

18   chanting.                                           01:36:31

19        Q    And then you say:  "During the circle     01:36:31

20   dance there appeared to be at least as many people  01:36:34

21   participating as there were boys from Covington     01:36:37

22   though I cannot give a reliable estimate of their   01:36:40

23   number."                                            01:36:40

24             Why do you call it a circle dance?        01:36:40

25        A    They were in a circle dancing.            01:36:44

1      Q    Okay, are you aware that it's is                    01:36:46

2    actually called a round dance in Native --                  01:36:47

3      A    No, I'm not.                                         01:36:49

4           -- (overspeaking) --                                 01:36:49

5      Q    You've got to wait until I'm                         01:36:49

6    done talking. Are you aware that it is actually             01:36:49

7    called a round dance in Native American culture?            01:36:54

8      A    No, I'm not.                                         01:36:56

9      Q    Why can't you give a reliable estimate              01:36:57

10    of the number of participants in the Indigenous           01:37:00

11    Peoples March?                                             01:37:04

12      A    Two reasons.  First of all, I never                01:37:06

13    stopped the frame to count the number of people I         01:37:09

14    could see in the frame who were doing the dance.           01:37:12

15    I just didn't think that was really material here.         01:37:15

16           And secondly, because the videographer             01:37:21

17    only captured part of that scene, so I'm really           01:37:23

18    not aware of how many people might have been              01:37:25

19    standing outside the circle that were dancing.            01:37:27

20      Q    Okay.  And would that be the same                  01:37:29

21    reason why you weren't able to tell how many of           01:37:32

22    Black Hebrew Israelites there are?                        01:37:33

23      A    Those are part of the reasons and part            01:37:35

24    of the reason is that I did observe that a couple         01:37:36

25    of people with that group were moving around,            01:37:38

1    either doing videography or recording -- I don't          01:37:40

2    know what all they were doing.  So I wasn't sure          01:37:47

3    that the group was all in one place.          01:37:49

4         Q    And why did you think it was relevant          01:37:51

5    to compare the number of people in the circle          01:37:52

6    dance with the number of Covington students?          01:37:54

7         A    It isn't particularly.  I just thought          01:37:57

8    I'd mention that.          01:38:00

9         Q    Are you claiming that all of the people          01:38:01

10   in the circle dance later approached the students?          01:38:02

11   Is that the relevance?          01:38:05

12        A    No, it seemed to be a much smaller          01:38:06

13   group.          01:38:09

14        Q    Okay.  And then you say:  "A group of          01:38:11

15   boys, possibly 30 to 40 of them from Covington          01:38:13

16   ..."          01:38:15

17             Why do you say "possibly"?          01:38:16

18        A    Again, first of all, I never stopped to          01:38:17

19   count because I didn't think that was relevant to          01:38:19

20   the case; and secondly because I didn't know --          01:38:21

21   well, there are three reasons.  Secondly, I didn't          01:38:25

22   know which of the people that I saw in those          01:38:27

23   frames were with the group versus just passersby          01:38:30

24   who just happened to be dressed similar to the          01:38:34

25   boys.          01:38:36

1          And third, I knew from what I read in          01:38:36

2     the deposition by Sandmann, that they had been      01:38:38

3     told to gather there by a certain time, that they   01:38:41

4     were going to be taken to buses, but I didn't know  01:38:43

5     if all the boys were already there.  Some of them   01:38:46

6     might have been up in the Memorial or out looking   01:38:49

7     at the reflecting pool, so I didn't know how many   01:38:50

8     boys there were there.                              01:38:54

9          Q    And wouldn't the best way to get an       01:38:55

10    estimate be to count them in the videos?            01:38:57

11         A    Again, I didn't think that was material   01:39:00

12    or worth the time and money.                        01:39:01

13         Q    But it would be a good way to do it if    01:39:03

14    you wanted to go back and do it, right?             01:39:06

15         A    If you wanted to, that would be a         01:39:07

16    start, yes.                                         01:39:09

17         Q    Is it your assertion that if somebody     01:39:16

18    did count the numbers that it would be at 30 to 50  01:39:18

19    or could it be much larger than that?               01:39:21

20         A    I really don't know.  I was trying to     01:39:23

21    indicate that I had a vague idea of the group       01:39:25

22    sizes and I was only doing this to set the scene.   01:39:28

23         Q    You state that it was: quote, "Not        01:39:31

24    clear exactly where they" -- referring to the       01:39:34

25    Native Americans -- "were in the early parts of     01:39:38

1    the videos."                                          01:39:40

2              Why, again, is that unclear from the        01:39:41

3    videos?                                               01:39:42

4        A    Because they were -- the video in which      01:39:43

5    I saw the circle dance, which you call the round      01:39:44

6    dance, was taken, I believe, by the videographer     01:39:47

7    for the Black Hebrew Israelites.                      01:39:50

8              There was no -- he didn't pan from the      01:39:52

9    Black Hebrew Israelites across the scene to           01:39:56

10   wherever it was that the Native Americans -- the      01:39:58

11   indigenous people were dancing.  So all he did was    01:40:00

12   just -- I saw a shot of that group and part of --     01:40:03

13   I didn't even see the entire circle, I don't          01:40:08

14   think, as I recall.  And there was no context         01:40:10

15   given that would permit me to say where they were     01:40:13

16   vis-a-vis the Lincoln Memorial, the reflecting        01:40:17

17   pond and the rest of the landscape there.             01:40:20

18       Q    So continuing on page 9, the paragraph       01:40:27

19   that starts "The Hebrew Israelites..."                01:40:31

20       A    Yes.                                         01:40:37

21       Q    It is the third paragraph, if you will.      01:40:38

22   In the last sentence you say that:  "The boys were    01:40:39

23   about 30 to 40 feet from the Hebrew Israelites        01:40:43

24   facing them."                                         01:40:47

25             And then you state: "I cannot judge         01:40:47

1     distances from the videos, so this is a very rough        01:40:50

2     impression."                                              01:40:52

3             How did you reach that very rough                 01:40:54

4     impression, given that you can't judge distances          01:40:56

5     from the videos?                                          01:40:58

6         A    I just tried to think how big it was             01:40:59

7     and it seemed to be bigger, at least twice as long        01:41:02

8     as my living room, but it was hard to tell because        01:41:07

9     of the angle at which the film was made.  So I            01:41:09

10    just guessed.  And I'm not very good at distances.        01:41:12

11        Q    You don't have expertise in that area?           01:41:18

12        A    No, I do not.                                     01:41:20

13        Q    I take did you don't have specialized            01:41:21

14    training in analyzing distances on videos, then?          01:41:24

15        A    No, I do not.                                     01:41:27

16        Q    Do you have any training in                      01:41:35

17    videography?                                              01:41:36

18        A    I believe I said I do not.                       01:41:37

19        Q    So viewing the videos themselves then            01:41:43

20    is not based on special expertise you have; right?        01:41:45

21        A    That is correct.                                 01:41:47

22        Q    Let's look on page 9 again:  "At                 01:41:50

23    various points as filmed by the Black Hebrew              01:41:51

24    Israelites' cameraman..."                                 01:41:57

25            And you say: "I believe this is videoed           01:41:57

1    for Banyamyan video NS116." It's the sentence          01:42:01

2    right above the sentence at the end there; do you       01:42:13

3    see that?                                               01:42:15

4          A    Yes.                                         01:42:15

5          Q    Why did you state that you believed the      01:42:15

6    cameraman was in video 4, rather than stating so        01:42:18

7    affirmatively?                                          01:42:23

8          A    I said that because I had watched the        01:42:24

9    whole video and the person who took it seemed to        01:42:28

10   be focusing on the Black Hebrew Israelites and I        01:42:31

11   believe that he was there at their behest -- or         01:42:35

12   maybe he wasn't, he was somebody who was                01:42:39

13   interested in that.  So he was the person who           01:42:40

14   was -- videotaping their interaction with what was      01:42:43

15   going on in that situation.                             01:42:47

16         Q    Okay.  And are you referring then to         01:42:48

17   the person filming that video?                          01:42:51

18         A    Yes.                                         01:42:55

19         Q    And on page 9 you refer to "racist           01:42:56

20   slurs" again and racist and insulting language.         01:43:00

21   Again, what language are you referring to?              01:43:05

22         A    I would have to review the video             01:43:08

23   carefully to remember exactly which slurs were          01:43:10

24   used towards the African Americans at the time but      01:43:13

25   I believe the N word might have passed the lips of      01:43:15

1    some of these people and that's pretty racist and          01:43:18

2    incendiary.                                                01:43:21

3         Q    Any other words?                                 01:43:24

4         A    I don't remember.                                01:43:25

5         Q    Did you ever hear anyone on the video           01:43:26

6    say anything racist back to the Black Hebrew              01:43:28

7    Israelites?                                                01:43:31

8         A    You know, I don't remember that                 01:43:31

9    actually.  I don't think so but maybe somebody            01:43:33

10   did.  There was hostility going both ways.                01:43:35

11        Q    You don't contend that there's nothing          01:43:39

12   audible in any of the videos where somebody said          01:43:42

13   something racist back to them, back to the Black          01:43:45

14   Hebrew Israelites?                                         01:43:46

15        A    I'm not making that contention.  I              01:43:47

16   didn't -- (overspeaking) --                               01:43:49

17        Q    What about insulting?  Did you hear             01:43:53

18   anyone say anything insulting to the Black Hebrew         01:43:57

19   Israelites?                                                01:43:59

20        A    I don't remember.                               01:43:59

21        Q    Are you contending that there was              01:44:00

22   nothing audible in any of the videos that was said        01:44:01

23   that was insulting to the Black Hebrew Israelites?        01:44:04

24        A    No, I'm not.                                     01:44:06

25        Q    You just can't recall, sitting here             01:44:07

1     today?                                              01:44:09

2          A     I'm telling you it didn't strike me and  01:44:09

3     I don't remember it.  I didn't think it was         01:44:11

4     material to the case so I did not review it.        01:44:13

5          Q     Page 9, the last line continuing onto    01:44:20

6     page 10, it says: "Finally, one of the Covington    01:44:25

7     boys raced down the steps in front of the school    01:44:30

8     ... faced the boys, tore off his shirt and led      01:44:32

9     what seemed to be a sports cheer ... in which the   01:44:35

10    boys enthusiastically took up, making a lot of      01:44:40

11    noise, cheering, jumping up and down as if at a     01:44:43

12    pep rally."                                         01:44:47

13              Do you see that?                          01:44:51

14         A     Yes.                                      01:44:52

15         Q     You appear to make an analogy to a       01:44:53

16    school sporting event here.  Why?                   01:44:55

17         A     It was my impression that what that boy  01:44:57

18    did might have been an actual pep rally cheer.      01:45:00

19    The boys knew the cheer, the fellow who did it      01:45:04

20    behaved as if he were kind of a cheer leader, so    01:45:09

21    I had the impression that this was really           01:45:13

22    something that they recognized immediately from     01:45:14

23    sports rally.                                       01:45:17

24         Q     And that's based on your personal        01:45:17

25    experience at sports rallies.                       01:45:19

| | | |
|---|---|---|
| 1 | A    I grew up in the midwest.  I saw a lot | 01:45:21 |
| 2 | of them.  Yes. | 01:45:24 |
| 3 | Q    That's not based on your linguistic | 01:45:24 |
| 4 | expertise? | 01:45:27 |
| 5 | A    No, this is not based on my linguistic | 01:45:27 |
| 6 | expertise? | 01:45:32 |
| 7 | Q    Okay, don't cultural differences -- you | 01:45:32 |
| 8 | say you grew up in the midwest matter in how | 01:45:33 |
| 9 | people might view something like this? | 01:45:36 |
| 10 | A    Yes. | 01:45:38 |
| 11 | MR. McMURTRY:  Objection. | 01:45:39 |
| 12 | BY MS. SPEARS: | 01:45:39 |
| 13 | Q    Your answer is "yes"? | 01:45:39 |
| 14 | A    Yes, I said of course. | 01:45:41 |
| 15 | THE COURT REPORTER:  Was there an | 01:45:49 |
| 16 | objection there?  I believe there was. | 01:45:49 |
| 17 | MR. McMURTRY:  Yes. | 01:45:49 |
| 18 | THE COURT REPORTER:  Thank you. | 01:45:49 |
| 19 | BY MS. SPEARS: | 01:45:49 |
| 20 | Q    And again, same thing, a pep rally is | 01:45:50 |
| 21 | something you know about based on your own | 01:45:58 |
| 22 | personal experience? | 01:45:59 |
| 23 | A    Yes, I do not assume that others | 01:46:01 |
| 24 | viewing the scene would have recognized it as | 01:46:04 |
| 25 | such. | 01:46:06 |

1        Q    You use the word in the next sentence                    01:46:07

2   "rowdy" spectators; why did you use the word                       01:46:07

3   "rowdy"?                                                            01:46:11

4        A    Let me look at the sentence again.                       01:46:13

5             Yes, the boys were acting as if they                     01:46:13

6   were rowdy spectators in a sports encounter,                       01:46:15

7   because that's what it looked like to me.  And not                 01:46:18

8   just on my basis of growing up in the midwest but                  01:46:20

9   on any television sporting event when they focus                   01:46:23

10  on a crowd, whether it is in Europe or the United                  01:46:25

11  States.                                                            01:46:28

12       Q    You refer to this as an encounter                        01:46:29

13  between the boy's "team", you used the word, and                   01:46:33

14  the Black Hebrew Israelites?                                       01:46:37

15       A    I didn't say that's what it was.  I                      01:46:38

16  said they acted as if they were rowdy spectators                   01:46:41

17  and it was their team versus the Black Hebrew                      01:46:44

18  Israelites, yes.                                                   01:46:47

19       Q    Do you think the boys had an "us versus                  01:46:48

20  them" mentality in that sense, watching it?                        01:46:52

21       A    I believe -- I can't attribute motives,                  01:46:54

22  again, I told you that's not my expertise, but                     01:46:56

23  usually sporting events are about an "us versus                    01:46:58

24  them" event.                                                       01:47:02

25       Q    And does it seem, watching the videos,                   01:47:03

1    that that's sort of the mentality that they had in    01:47:05

2    that moment?    01:47:07

3        A    I had that impression, that it was like    01:47:08

4    they were acting like they were at a sports event,    01:47:09

5    yes.  This was their team and that was the other    01:47:12

6    guy's team.    01:47:14

7        Q    So an "us versus them" mentality?    01:47:15

8        A    You want to put words in my mouth, I    01:47:17

9    really don't want to accept them, no.    01:47:19

10        Q    That's -- but what you are saying is    01:47:22

11    that it seemed to you that's what was going on at    01:47:24

12    the time?    01:47:27

13        A    It seemed to me that they felt like    01:47:28

14    they were on one team.  They were acting as if --    01:47:29

15    I don't know what they thought.  They were acting    01:47:33

16    as if they were -- they were rooting for their    01:47:34

17    team, whatever that meant to them, and that they    01:47:36

18    were doing this in response to what the Black    01:47:39

19    Hebrew Israelites had been doing.    01:47:42

20        Q    And hence sort of a desire to root for    01:47:43

21    their team?    01:47:48

22        A    That's what people do at sporting    01:47:49

23    events, yes.    01:47:53

24        Q    And that's what it looked like to you    01:47:53

25    they were doing?    01:47:54

1        A    It looked to me like that, yes.                01:47:55

2        Q    And as you said a moment ago, others            01:47:57

3   witnessing the boys' conduct might not have viewed        01:47:59

4   that behavior as akin to a sporting event, right?         01:48:02

5        A    Yes.                                            01:48:05

6        Q    And they wouldn't be wrong if they              01:48:05

7   didn't; right?                                            01:48:08

8        A    I am -- yes, I am not attributing               01:48:09

9   any -- that the one way you view it as a sporting         01:48:11

10  event is the way you should view it or others             01:48:15

11  should view it that way.  I was just trying to            01:48:19

12  describe the -- the behavior of the boys.                 01:48:21

13       Q    To characterize it from what you saw?           01:48:23

14       A    Yes, yes.                                       01:48:26

15       Q    Could a person watching a large group           01:48:27

16  of boys responding to the Black Hebrew Israelites         01:48:29

17  by yelling loudly and jumping up and down and             01:48:32

18  grunting with clenched fists that are held up             01:48:36

19  toward them potentially perceive that as                  01:48:40

20  expressing hostility towards the Black Hebrew             01:48:43

21  Israelites?                                               01:48:45

22           MR. McMURTRY:  Objection, go ahead.              01:48:46

23           THE WITNESS:  I imagine they might,              01:48:47

24  yes.                                                      01:48:48

25  BY MS. SPEARS:                                            01:48:48

| | | |
|---|---|---|
| 1 | Q    Especially when it's a group of white | 01:48:48 |
| 2 | teenagers -- | 01:48:51 |
| 3 | MR. McMURTRY:  Objection to the -- | 01:48:53 |
| 4 | BY MS. SPEARS: | 01:48:54 |
| 5 | Q    -- responding to five or six -- | 01:48:54 |
| 6 | MR. McMURTRY:  Double objection. | 01:48:55 |
| 7 | Triple objection. | 01:48:58 |
| 8 | MS. SPEARS:  You have to wait until I | 01:48:59 |
| 9 | am done with the question. | 01:48:59 |
| 10 | MR. McMURTRY:  (Inaudible) triple | 01:48:59 |
| 11 | objection (overspeaking). | 01:48:59 |
| 12 | BY MS. SPEARS: | 01:49:00 |
| 13 | Q    Especially when there is a group of | 01:49:00 |
| 14 | large white teenagers responding to -- a large | 01:49:03 |
| 15 | group of white teenagers responding to five or six | 01:49:05 |
| 16 | black men? | 01:49:09 |
| 17 | MR. McMURTRY:  Triple objection, thank | 01:49:10 |
| 18 | you. | 01:49:11 |
| 19 | THE WITNESS:  As I said earlier in my | 01:49:12 |
| 20 | comments, I recognize this as an interaction | 01:49:14 |
| 21 | between three groups who had political interests | 01:49:16 |
| 22 | that might be viewed as at odds with each other. | 01:49:19 |
| 23 | So I think that it could be very possible in such | 01:49:22 |
| 24 | a circumstance that someone from one group might | 01:49:24 |
| 25 | interpret what other people were doing from | 01:49:27 |

1    another group in a way that the other group didn't          01:49:29
2    necessarily intend.                                         01:49:31
3    BY MS. SPEARS:                                              01:49:33
4         Q    In a way that would be hostile                   01:49:33
5    potentially?                                                01:49:36
6         A    I could appreciate that might be the             01:49:37
7    case in this case, yes.                                     01:49:39
8         Q    Do you think the students' behavior              01:49:42
9    might was appropriate?                                      01:49:45
10        A    That would be a matter for my personal           01:49:46
11   opinion and I didn't think that my expertise --            01:49:47
12   that I have anything to say that about that.               01:49:49
13        Q    You describe Phillips on the next -- on          01:49:53
14   page 10, the next page, as chanting loudly in a            01:49:55
15   language other than English; right?                        01:50:01
16        A    Yes.                                             01:50:03
17        Q    Do you know what led Phillips to chant           01:50:04
18   loudly in a language other than English, as you            01:50:06
19   say?                                                       01:50:09
20        A    I can only surmise.  He had been                 01:50:09
21   performing what I took to be a Native American             01:50:13
22   drum chant and typically those -- those chants are        01:50:15
23   in the language of the tribe to which this is             01:50:20
24   ceremonial behavior -- for which it is ceremonial         01:50:24
25   behavior.  So I assumed that the chant and the            01:50:30

1  language in which he spoke were the same.  That          01:50:33

2  may or may not be correct but it's typical.          01:50:35

3       Q    And --          01:50:41

4       A    In ceremonial circumstances.          01:50:41

5       Q    Is that based on your experience or          01:50:44

6  expertise as a linguist or just your personal          01:50:48

7  experience?          01:50:50

8       A    I would say that is my personal          01:50:52

9  experience watching people behave that way in          01:50:53

10 powwows.          01:50:58

11      Q    And you state he was chanting words in          01:50:59

12 the language of the tribe -- are you familiar with          01:51:01

13 the American Indian movement song?          01:51:03

14      A    No, no.          01:51:07

15      Q    Would it surprise you to know that this          01:51:08

16 is what Phillips was chanting?          01:51:10

17      A    No, it would not.  I did not know.          01:51:11

18      Q    Would it surprise you to know that the          01:51:13

19 song does not have any words?          01:51:14

20      A    Not necessarily, no.          01:51:16

21      Q    Wouldn't, as a linguist, you be able to          01:51:21

22 distinguish between the spoken word and sound?          01:51:23

23      A    Especially not in a chant, no.          01:51:26

24      Q    Why not?          01:51:28

25      A    Every language has different sound          01:51:29

1    patterns that they use.  A chant does have                      01:51:32

2    specific sounds that are regularly uttered in --               01:51:35

3    usually typically jointly with -- rhythmically                 01:51:40

4    with the music and I couldn't say whether they                 01:51:44

5    were saying, like, an English, "Yes, yes, yes," or             01:51:46

6    whether they were just saying, "Wah, wah, wah,"                01:51:49

7    okay?  But the -- because I don't know what                    01:51:52

8    language it would be and I wouldn't know whether               01:51:56

9    it was a word in that language.                                01:51:59

10        Q    Do you think it's possible that                      01:52:00

11   Mr. Phillips was praying?                                      01:52:02

12        A    Oh, yes, definitely.  I think it                     01:52:03

13   likely.                                                        01:52:05

14        Q    You state that Mr. Phillips was:                     01:52:11

15        "... leading a group of Native                            01:52:12

16   Americans towards the boys."                                   01:52:13

17        What do you mean by stating that                          01:52:16

18   Mr. Phillips was leading the group?                            01:52:19

19        A    The reason I seemed to think he was                  01:52:21

20   leading was that he was the one who was doing the              01:52:24

21   performance, which was the ceremonial chant,                   01:52:26

22   whatever its content, and beating the drum loudly              01:52:32

23   to draw attention and that the others were                     01:52:35

24   trailing behind him or photographing him.                      01:52:37

25        Q    You say -- well, how did you make that               01:52:41

| | | |
|---|---|---|
| 1 | determination? | 01:52:43 |
| 2 | A    I watched the videos. | 01:52:43 |
| 3 | Q    You say on page 10: | 01:52:45 |
| 4 | "It is not clear how many are in | 01:52:48 |
| 5 | Mr. Phillips' group at this point and how many are | 01:52:50 |
| 6 | mere onlookers following the show, but I might | 01:52:54 |
| 7 | guess there are 10 or 20 people in that encourage, | 01:52:57 |
| 8 | including a cameraman filming the situation." | 01:53:02 |
| 9 | I want to talk about a couple of things | 01:53:05 |
| 10 | you say in there.  What do you mean by | 01:53:05 |
| 11 | "Mr. Phillips' group," group of what? | 01:53:07 |
| 12 | A    I did not mean it was an organized | 01:53:08 |
| 13 | group.  I have no idea how it came to follow along | 01:53:10 |
| 14 | after him.  Some of the people who were there, | 01:53:13 |
| 15 | given their behavior once the confrontation began | 01:53:16 |
| 16 | were clearly members of the indigenous people's | 01:53:19 |
| 17 | group given the arguments that they had with the | 01:53:23 |
| 18 | boys and the things they were yelling at the | 01:53:27 |
| 19 | Covington boys. | 01:53:29 |
| 20 | Q    What do you mean by "indigenous | 01:53:29 |
| 21 | people's group"? | 01:53:31 |
| 22 | A    Well, they were dressed as if they had | 01:53:32 |
| 23 | come for the ceremonial dance and so forth. | 01:53:34 |
| 24 | Another one had another drum and was drumming | 01:53:36 |
| 25 | along with Phillips.  And one of them was a | 01:53:40 |

1   cameraman who was -- who, like the Black Hebrew      01:53:43

2   Israelites' videographer, focusing on them, one of   01:53:47

3   the camera people in this group of people was        01:53:51

4   focusing on Phillips and his group, so I assumed     01:53:56

5   he was with them.                                    01:53:58

6        Q    So that's based on your assumptions,       01:53:59

7   though, you don't know for sure.                     01:54:01

8        A    I could say -- yeah, I don't know for      01:54:03

9   sure.  I only know what I saw in the videos.         01:54:06

10       Q    And you are making an assumption about     01:54:08

11  who was with who?                                    01:54:10

12       A    Yes, I am -- on the bases of what I saw    01:54:11

13  and their behavior in the group.                     01:54:13

14       Q    But you don't know for sure?              01:54:15

15       A    I think I do know what I saw and I do     01:54:18

16  think those people were together.                    01:54:21

17       Q    And again, those are based on            01:54:25

18  assumptions you made about what they were wearing    01:54:26

19  and watching the videos, correct?                    01:54:29

20       A    On their -- an assumption about their     01:54:30

21  behavior.                                            01:54:34

22       Q    Mm-hmm.                                    01:54:35

23       A    And when they entered the scene.          01:54:35

24       Q    Why do you call it a "show"?  Why do      01:54:38

25  you use that word?                                   01:54:41

1      A    I just meant that Phillips did that to      01:54:42

2    draw attention, for whatever reason, he approached   01:54:44

3    from outside.  There was an interaction going on     01:54:47

4    between the boys and the Black Hebrew Israelites.     01:54:50

5    And he came from the side, beating a drum loudly      01:54:53

6    and chanting, in such a way as to draw attention.     01:54:57

7    That's a show.                                        01:54:59

8      Q    And you talk about an entourage, why          01:55:00

9    did you use the phrase "entourage"?                   01:55:04

10     A    I used it because I do believe from            01:55:08

11   what I saw in the video that many of those people     01:55:09

12   followed him to support him in what he was doing.     01:55:11

13     Q    At one point you say 10 to 20 people in       01:55:20

14   the entourage.  In what video did you see 10 to 20    01:55:22

15   people in the entourage --                            01:55:27

16     A    I didn't count, again, as in these            01:55:29

17   other cases, I did not count, so that number is       01:55:32

18   not intended to be accurate, but I did see a small    01:55:34

19   clot of people following Phillips from different      01:55:37

20   angles in the different videos and I assumed that     01:55:40

21   those were the people with him.                       01:55:44

22     Q    Okay.  And you referenced a cameraman,        01:55:45

23   why do you call a person a cameraman?                 01:55:47

24     A    Well, videographer.                            01:55:49

25     Q    And who was the cameraman or                  01:55:51

| | | |
|---|---|---|
| 1 | videographer? | 01:55:53 |
| 2 | A    I'd have to look at my records again to | 01:55:54 |
| 3 | tell you, which video it was. | 01:55:56 |
| 4 | Q    Okay.  Let's pull up what we've marked | 01:56:02 |
| 5 | as Exhibit 10, Video 10, which, for the record, is | 01:56:04 |
| 6 | the Video 10 that is stipulated in the case. | 01:56:07 |
| 7 | A    Not one of the ones I cite. | 01:56:13 |
| 8 | Q    It is one of the ones you cite.  It is | 01:56:18 |
| 9 | Video 10. | 01:56:20 |
| 10 | A    I am just looking for it.  Where do I | 01:56:35 |
| 11 | cite it?  Can you tell me? | 01:56:35 |
| 12 | I mean, I say I watched it but I don't | 01:56:35 |
| 13 | see in the report where I cite it. | 01:56:37 |
| 14 | Q    Okay, so let me ask you a question | 01:56:42 |
| 15 | about that. | 01:56:43 |
| 16 | We already went through in the | 01:56:44 |
| 17 | beginning of your report, you list the 10 videos | 01:56:45 |
| 18 | that were given to you.  That's on page -- | 01:56:49 |
| 19 | A    Sure. | 01:56:51 |
| 20 | MR. McMURTRY:  5 or 6, I think. | 01:56:53 |
| 21 | MS. SPEARS:  5. | 01:56:54 |
| 22 | THE WITNESS:  Of course I know I | 01:56:55 |
| 23 | watched that but when I state the facts I don't | 01:56:56 |
| 24 | believe I cited video 10 in the statement of | 01:56:59 |
| 25 | facts. | 01:57:02 |

1   BY MS. SPEARS:                                         01:57:02

2       Q    And what's the significance of that?         01:57:02

3       A    Not -- nothing -- I'm not denying that       01:57:04

4   I saw the video.  I'm saying that it was not the      01:57:06

5   one which provided the scenes that I felt were        01:57:08

6   most telling when I stated these things as facts.     01:57:12

7   I'm perfectly willing to concede that I               01:57:15

8   watched it.                                           01:57:17

9       Q    Okay, so for the record we just, to          01:57:18

10  correspond with the videos that are stipulated in     01:57:24

11  this case, marked exhibits to the deposition          01:57:26

12  accordingly.  So this is Video 10, Exhibit 10, and    01:57:29

13  why don't you start at the beginning and stop at      01:57:35

14  around the 10 second mark.                            01:57:41

15          MS. MEEK:  I am playing Video 10,             01:57:43

16  starting at the beginning.                            01:57:50

17              (Video 10 played.)                        01:57:51

18          MS. MEEK:  I just paused Video 10 at          01:58:05

19  10 seconds.                                           01:58:08

20  BY MS. SPEARS:                                        01:58:08

21      Q    Do you see in that video who you refer       01:58:08

22  to in your report as the cameraman?                   01:58:11

23      A    I'm not sure, no.                            01:58:13

24      Q    Let me go a second further and point        01:58:14

25  the cursor.                                           01:58:16

| | | |
|---|---|---|
| 1 | (Video 10 played.) | 01:58:17 |
| 2 | A    I wonder if it's the fellow who -- | 01:58:22 |
| 3 | okay, so you see the fellow in the white hat? | 01:58:23 |
| 4 | Yep, there.  Is it the fellow to his left?  No, | 01:58:25 |
| 5 | above.  Above and -- there, that guy, is that the | 01:58:28 |
| 6 | fellow? | 01:58:32 |
| 7 | Q    I'm asking you. | 01:58:35 |
| 8 | A    Well, I don't know in this video.  I | 01:58:36 |
| 9 | haven't studied it as carefully as some of the | 01:58:36 |
| 10 | others. | 01:58:36 |
| 11 | I'd have look further at the video to | 01:58:38 |
| 12 | decide whether I thought he had come in with that | 01:58:41 |
| 13 | group. | 01:58:43 |
| 14 | Q    And why did you call him a cameraman as | 01:58:44 |
| 15 | opposed to a person holding a camera; are you | 01:58:48 |
| 16 | giving him an official title? | 01:58:52 |
| 17 | A    I wasn't trying to implicate that he | 01:58:54 |
| 18 | was a professional or anything like that.  He was | 01:58:55 |
| 19 | just a person holding a camera taking a video. | 01:58:57 |
| 20 | Q    Okay.  So you weren't assuming it was | 01:59:00 |
| 21 | his job -- | 01:59:03 |
| 22 | A    No. | 01:59:03 |
| 23 | Q    -- to video the -- | 01:59:03 |
| 24 | A    No. | 01:59:05 |
| 25 | Q    -- event? | 01:59:05 |

| | | |
|---|---|---|
| 1 | A    No. | 01:59:06 |
| 2 | Q    Did you think the cameraman, as you | 01:59:08 |
| 3 | called him, was somebody Mr. Phillips brought with | 01:59:10 |
| 4 | him to film the video? | 01:59:13 |
| 5 | A    I don't know, no.  He might have been | 01:59:15 |
| 6 | just somebody who just trailed along with him. | 01:59:17 |
| 7 | Q    There were lots of people in the videos | 01:59:19 |
| 8 | holding cameras up, correct? | 01:59:21 |
| 9 | A    Correct. | 01:59:22 |
| 10 | Q    Students included? | 01:59:24 |
| 11 | A    Absolutely. | 01:59:25 |
| 12 | Q    Let's go back to -- you can take that | 01:59:34 |
| 13 | down.  Thank you. | 01:59:36 |
| 14 | Let's go back to page 10 of your | 01:59:37 |
| 15 | report.  You describe Mr. Phillips as walking up | 01:59:41 |
| 16 | to the boys and ignoring, is the word you used, | 01:59:43 |
| 17 | the BHI, the Black Hebrew Israelites. | 01:59:47 |
| 18 | Why did you say "ignoring"? | 01:59:51 |
| 19 | A    From what I could see when Mr. Phillips | 01:59:54 |
| 20 | came on the scene, he, from what I described as | 01:59:55 |
| 21 | the north of the steps, coming down, he passed | 01:59:59 |
| 22 | between the boys and the Black Hebrew Israelites | 02:00:05 |
| 23 | but his attention was focused on the boys, the | 02:00:09 |
| 24 | direction he moved and the direction of his gaze, | 02:00:12 |
| 25 | so it seemed to me that he -- that was his | 02:00:14 |

1    intention in moving there was to direct himself to        02:00:17

2    them.                                                      02:00:22

3          Q    Are you implying that he should have           02:00:28

4    paid attention to the Black Hebrew Israelites in          02:00:30

5    some way?                                                  02:00:33

6          A    No.                                             02:00:33

7          Q    No?                                             02:00:34

8          A    No.                                             02:00:34

9          Q    Do you know what Mr. Phillips was              02:00:35

10   trying to do?                                              02:00:36

11         A    No.  Not -- (overspeaking) --                   02:00:37

12         Q    Do you know whether he had a purpose in        02:00:41

13   the moment?                                                02:00:42

14         A    I suspect he did from his behavior but         02:00:43

15   I'm not in a position to analyze it.                       02:00:45

16         Q    You don't know what he was feeling in         02:00:47

17   the moment, for example?                                   02:00:48

18         A    No, of course I don't.                          02:00:49

19         Q    You don't believe it to would be              02:00:52

20   important to your opinions to know the answers to          02:00:54

21   those questions?                                           02:00:56

22         A    I have no expertise that would bear on        02:00:56

23   that.  I would be telling pure -- purely on the            02:00:58

24   basis of my surmise and I don't think I have the           02:01:00

25   expertise to back it up.                                   02:01:02

1        Q    You state you couldn't see from the          02:01:06

2   videos whether Mr. Phillips climbed any of the         02:01:08

3   steps and you assumed he was on the flat area,         02:01:11

4   correct?                                               02:01:13

5        A    He did climb them later, after Sandmann      02:01:14

6   left, you can see clearly in one of the videos and     02:01:16

7   I had it on the summary sheet that I brought           02:01:20

8   today, where Phillips climbs the steps to where        02:01:25

9   Sandmann had been and turns around to face the         02:01:29

10  crowd.  But I believe that's the only time he          02:01:32

11  climbed a step that I could see in the videos.         02:01:34

12       Q    When Mr. Phillips first approached the       02:01:43

13  students and stood in front of them, how far away      02:01:46

14  was Mr. Sandmann from him?                             02:01:50

15       A    Well, it is difficult to say.  I told        02:01:51

16  you I'm not good at distances.  I would say that       02:01:53

17  initially Mr. Phillips was walking in front of a       02:01:55

18  larger group of boys and not that close to him, so     02:01:57

19  I would say maybe he was 2 or 3 feet out from the      02:02:00

20  large group of boys and, in turn, Phillips --          02:02:04

21  Sandmann was up two or three steps.  So, I don't       02:02:06

22  know, maybe 5, 6, 7 feet.                              02:02:08

23            I mean, he also came from the north and      02:02:11

24  passed down along, so even when he was passing in      02:02:13

25  front of Phillips he must have been 5 or 6 feet in     02:02:16

1    front of him.  That's a guess, I don't know how        02:02:19

2    far he was.                                             02:02:21

3        Q    Okay.  Weren't there multiple rows of          02:02:22

4    students at first between Phillips and                  02:02:25

5    Mr. Sandmann?                                           02:02:27

6        A    Yes, yes, but some were on the ground          02:02:28

7    and some were on the steps.                             02:02:30

8        Q    And how did Mr. Phillips get to the            02:02:36

9    place where Mr. Sandmann was standing?                  02:02:37

10       A    From what I saw he walked along and he         02:02:40

11   actually walked into the group of boys who were on      02:02:43

12   the ground and some of them --                          02:02:45

13                -- (overspeaking) --                       02:02:46

14       Q    Sorry.                                         02:02:50

15       A    It's okay, he walked into that group of        02:02:51

16   boys.  He just began to walk past Sandmann and          02:02:52

17   then for some reason Sandmann caught his                02:02:55

18   attention.  He turned around and faced Sandmann --      02:02:59

19   face on, direct on, and walked up to him on the         02:03:04

20   steps.                                                  02:03:06

21       Q    That's your interpretation after              02:03:07

22   reviewing the videos?                                   02:03:10

23       A    I have it on the video there, yes.             02:03:13

24       Q    That's your interpretation?                    02:03:15

25       A    That's what I saw on the video.                02:03:16

1      Q    So you already testified and we saw in          02:03:18

2  your report that on the videos you say that there        02:03:20

3  were some other students who parted from                 02:03:22

4  Mr. Phillips as he approached; right?                    02:03:24

5      A    Yes, the ones who -- as he walked into          02:03:26

6  the crowd, it parted to let him by.                      02:03:28

7      Q    And so didn't Mr. Phillips get there by         02:03:31

8  moving forward through this space that other             02:03:33

9  students opened up to let him by, as you say?            02:03:36

10     A    I believe so, yes.  I said that.                02:03:39

11     Q    Let's discuss -- on page 10 you talk            02:03:46

12 about -- I want to talk a bit more about what you        02:03:49

13 were just talking about.                                 02:03:51

14          In Video 2 you mention on page 10 of            02:03:56

15 your report -- do you see that there in the              02:03:59

16 middle?                                                  02:04:01

17     A    "At the beginning of Video 2", yes.             02:04:01

18     Q    Yes.  So let's walk you through your            02:04:04

19 description of what's happening.  You write there:       02:04:15

20 "At the beginning of Video 2, Phillips walks from       02:04:17

21 the right along the front edge of the boys               02:04:21

22 drumming and chanting loudly."                           02:04:24

23          What do you mean by that?  From whose           02:04:24

24 right and what direction are you claiming he's           02:04:28

25 walking?                                                 02:04:29

| | | |
|---|---|---|
| 1 | A    As I said at the beginning of the | 02:04:30 |
| 2 | paragraph, it is shot from in front of the Hebrew | 02:04:31 |
| 3 | Israelites and facing the Lincoln Memorial. | 02:04:34 |
| 4 | As I said earlier -- I'm going to have | 02:04:36 |
| 5 | to get my directions right again, the Lincoln | 02:04:41 |
| 6 | Memorial, I think, faces ... I said in which | 02:04:44 |
| 7 | direction -- I looked it up, which direction the | 02:05:03 |
| 8 | Lincoln Memorial faces. | 02:05:05 |
| 9 | I think it faces east across the | 02:05:06 |
| 10 | reflecting pond.  Yes, I think it -- let's assume | 02:05:10 |
| 11 | that it faces east along the reflecting pond and | 02:05:12 |
| 12 | then -- so the steps of the Memorial would be then | 02:05:16 |
| 13 | north/south, on a north/south axis, if I'm correct | 02:05:18 |
| 14 | about that.  I'm trying to find the passage here | 02:05:21 |
| 15 | and I'm not finding it. | 02:05:23 |
| 16 | So when I say that the cameraman in | 02:05:25 |
| 17 | this particular video is -- and I mean by that, | 02:05:27 |
| 18 | whoever took the shot, I don't mean they're | 02:05:30 |
| 19 | professional, is looking with his back to the | 02:05:32 |
| 20 | Black Hebrew Israelites facing the Lincoln | 02:05:36 |
| 21 | Memorial, then he'd be facing west with the steps | 02:05:38 |
| 22 | to his right, would be the north, coming along the | 02:05:44 |
| 23 | north from the steps that -- along the steps. | 02:05:46 |
| 24 | So I saw Mr. Phillips and a group of | 02:05:49 |
| 25 | people following him come, I first heard them from | 02:05:52 |

1    behind, from the right, that would be to the north        02:05:57

2    of -- east, and then they come down in between the        02:05:59

3    two groups in front of the person taking this             02:06:03

4    video and go along the front of the boys.  So             02:06:06

5    that's going from north to south along the front          02:06:09

6    of the steps, from this cameraman's right to left,        02:06:13

7    the Covington boys are more or less directly ahead        02:06:17

8    and the -- Phillips walks into the crowd of boys          02:06:24

9    which pours down from the steps onto the flat             02:06:25

10   ground and as he does so, some of the boys who are        02:06:30

11   on the flat ground part to let him go.  I never          02:06:33

12   saw any place where any of them they blocked him.         02:06:36

13        Q    Let's go to Video 2.                            02:06:38

14             MR. McMURTRY:  Just so I'm clear, the           02:06:44

15   numbers are the same in the report and our                02:06:45

16   exhibits; right?                                          02:06:47

17             MS. SPEARS:  Correct.  Let's pull up            02:06:50

18   what we've marked as Video 2, Exhibit 2 and start         02:06:51

19   at the beginning and pause at -- one sec.                 02:06:55

20             MS. MEEK:  I'm starting Video 2,                02:07:10

21   Exhibit 2 at the beginning.                               02:07:12

22                  (Video 2 played.)                          02:07:13

23             MS. MEEK:  I just paused Video 2,               02:07:33

24   Exhibit 2, at 20 seconds.                                 02:07:35

25   BY MS. SPEARS:                                            02:07:37

1    Q    So where in the video do you see                02:07:37
2  Mr. Phillips walking from the right?                    02:07:38
3    A    I might have the wrong video.  I have            02:07:41
4  to look at the other videos and find the one I          02:07:58
5  saw.  I think it was Banyamyan maybe, I'm not           02:08:02
6  sure.                                                   02:08:03
7    Q    Because he's not walking from the                02:08:04
8  right, that's incorrect.                                02:08:06
9    A    No, no, that's not the correct video,           02:08:06
10  I've got the wrong video.                              02:08:07
11    Q    So that's incorrect in the report?             02:08:08
12    A    That is incorrect in the report.               02:08:10
13    Q    Let's -- can you jump back to the               02:08:11
14  beginning of this, play from beginning to pause        02:08:13
15  about the 8-second mark?                               02:08:15
16         MS. MEEK:  I'm starting Video 2 back            02:08:20
17  from the beginning.                                    02:08:21
18              (Video 2 played.)                          02:08:22
19         MS. MEEK:  I just paused Video 2 at             02:08:28
20  8 seconds.                                             02:08:34
21  BY MS. SPEARS:                                         02:08:35
22    Q    So for the first couple of seconds we          02:08:35
23  don't see Mr. Phillips, at all?                        02:08:37
24    A    No, we don't.  This is the wrong video.        02:08:38
25         MS. SPEARS:  Okay.  Then let's restart         02:08:41

| | | |
|---|---|---|
| 1 | it at the 8-second mark or where we are at right | 02:08:41 |
| 2 | now and play on until the 20-second mark. | 02:08:45 |
| 3 | MS. MEEK:  Restarting Video 2 at 8 | 02:08:48 |
| 4 | seconds. | 02:08:51 |
| 5 | (Video 2 played.) | 02:08:51 |
| 6 | MS. MEEK:  I just paused Video 2 at | 02:09:03 |
| 7 | 20 seconds. | 02:09:06 |
| 8 | BY MS. SPEARS: | 02:09:06 |
| 9 | Q    Okay, and at these seconds that we just | 02:09:06 |
| 10 | walked, Phillips just turns to his own right, | 02:09:08 |
| 11 | correct? | 02:09:10 |
| 12 | A    Yes, to his right. | 02:09:11 |
| 13 | Q    And towards the right side of the crowd | 02:09:13 |
| 14 | of boys, correct? | 02:09:15 |
| 15 | A    Correct. | 02:09:16 |
| 16 | Q    Do you know why? | 02:09:17 |
| 17 | A    I don't know where this -- the angle is | 02:09:18 |
| 18 | on this one so I can't tell you what he's doing. | 02:09:19 |
| 19 | I think he is just wading into the boys, but -- I | 02:09:21 |
| 20 | don't know why, but he's wading into the crowd of | 02:09:24 |
| 21 | boys. | 02:09:27 |
| 22 | MS. SPEARS:  Okay, and restart it at | 02:09:27 |
| 23 | where we just left off, the 20-second mark, and | 02:09:31 |
| 24 | pause at the 32-second mark. | 02:09:34 |
| 25 | MS. MEEK:  Restarting Video 2 at | 02:09:39 |

| | | |
|---|---|---|
| 1 | 20 seconds. | 02:09:41 |
| 2 | (Video 2 played.) | 02:09:42 |
| 3 | MS. MEEK:  I just paused Video 2 at 32 | 02:09:54 |
| 4 | seconds. | 02:09:56 |
| 5 | BY MS. SPEARS: | 02:09:56 |
| 6 | Q    Do you recognize some of the students | 02:09:56 |
| 7 | as doing what's known as the tomahawk chop? | 02:09:59 |
| 8 | A    Yes, I mentioned that in my report. | 02:10:02 |
| 9 | Q    Are you familiar with the tomahawk | 02:10:04 |
| 10 | chop? | 02:10:04 |
| 11 | A    I've seen it in sports games. | 02:10:05 |
| 12 | Q    Then in your report you say it's a | 02:10:06 |
| 13 | controversial gesture seen in Atlanta baseball | 02:10:09 |
| 14 | games and other sporting events.  Why is it | 02:10:12 |
| 15 | controversial? | 02:10:13 |
| 16 | A    I believe it's regarded as offensive by | 02:10:13 |
| 17 | many indigenous people, Native American people. | 02:10:15 |
| 18 | Q    Did you consider whether Mr. Phillips | 02:10:18 |
| 19 | could have viewed the tomahawk chop in this moment | 02:10:20 |
| 20 | as offensive or mocking him? | 02:10:23 |
| 21 | A    That was not part of my expertise in | 02:10:26 |
| 22 | writing the report.  I have no doubt that he would | 02:10:27 |
| 23 | have. | 02:10:29 |
| 24 | MS. SPEARS:  Can you restart it at the | 02:10:30 |
| 25 | 30-second mark and then pause just a little after | 02:10:37 |

| | | |
|---|---|---|
| 1 | the 41-second mark? | 02:10:39 |
| 2 | MS. MEEK:  I'm starting at 32 seconds, | 02:10:41 |
| 3 | Video 2. | 02:10:43 |
| 4 | (Video 2 played.) | 02:10:44 |
| 5 | THE WITNESS:  Can we stop. | 02:10:57 |
| 6 | The guy in the red hat is the cameraman | 02:10:57 |
| 7 | with Phillips.  That's what I was talking about. | 02:10:59 |
| 8 | BY MS. SPEARS: | 02:11:00 |
| 9 | Q    Where we just paused that? | 02:11:00 |
| 10 | A    No, just before that.  There, that's | 02:11:02 |
| 11 | the guy. | 02:11:03 |
| 12 | MS. MEEK:  For the record, the witness | 02:11:06 |
| 13 | just pointed to 39 seconds in Video 2. | 02:11:07 |
| 14 | THE WITNESS:  The guy in the red cap. | 02:11:11 |
| 15 | That's the guy with Phillips. | 02:11:12 |
| 16 | BY MS. SPEARS: | 02:11:15 |
| 17 | Q    Okay, let's talk about this for another | 02:11:15 |
| 18 | second.  So you are referring to my earlier | 02:11:15 |
| 19 | questions when I asked you who you were referring | 02:11:18 |
| 20 | to as the cameraman -- | 02:11:19 |
| 21 | -- (overspeaking) -- | 02:11:20 |
| 22 | A    That's right. | 02:11:20 |
| 23 | Q    You got to wait until I'm done.  Sorry. | 02:11:21 |
| 24 | You were referring to the earlier questions where | 02:11:24 |
| 25 | I asked you about the person you called the | 02:11:26 |

| | | |
|---|---|---|
| 1 | "cameraman" in your report; is that right? | 02:11:29 |
| 2 | A    Correct. | 02:11:32 |
| 3 | Q    And you are stating that the person you | 02:11:33 |
| 4 | are referencing is the person depicted the red cap | 02:11:36 |
| 5 | holding a camera at second 40? | 02:11:41 |
| 6 | MS. MEEK:  39. | 02:11:45 |
| 7 | BY MS. SPEARS: | 02:11:47 |
| 8 | Q    39 in Video 2? | 02:11:47 |
| 9 | A    That's now who I think -- in the other | 02:11:48 |
| 10 | video I couldn't identify him because I wasn't as | 02:11:49 |
| 11 | familiar with that video, but this is who I had | 02:11:52 |
| 12 | assumed was with Phillips. | 02:11:56 |
| 13 | Q    And I was just going to ask that.  You | 02:11:57 |
| 14 | are assuming he was with Phillips but you have no | 02:11:59 |
| 15 | idea whether he was with Phillips or not? | 02:12:02 |
| 16 | A    I could be wrong. | 02:12:04 |
| 17 | MS. SPEARS:  Okay.  So go back again in | 02:12:04 |
| 18 | this -- restart at 32 and pause again a little | 02:12:07 |
| 19 | after 41, please. | 02:12:15 |
| 20 | MS. MEEK:  Restarting video 2 at | 02:12:18 |
| 21 | 32 seconds. | 02:12:22 |
| 22 | (Video 2 played.) | 02:12:24 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:12:33 |
| 24 | 43 seconds. | 02:12:35 |
| 25 | BY MS. SPEARS: | 02:12:36 |

| | | |
|---|---|---|
| 1 | Q    You described Mr. Sandmann, who we can | 02:12:36 |
| 2 | see there, as laughing and grinning at his | 02:12:38 |
| 3 | companions, correct? | 02:12:41 |
| 4 | A    Correct. | 02:12:41 |
| 5 | Q    What's a grin? | 02:12:44 |
| 6 | A    What do you mean, what's the grin? | 02:12:45 |
| 7 | Q    What is a grin? | 02:12:46 |
| 8 | A    A grin is a smile of a certain sort. | 02:12:51 |
| 9 | That's all I can tell you.  He was laughing, | 02:12:53 |
| 10 | having fun with his buddies. | 02:12:53 |
| 11 | Q    So that's your characterization of | 02:12:56 |
| 12 | Mr. Sandmann's expression at the time? | 02:12:58 |
| 13 | A    Yes. | 02:13:01 |
| 14 | Q    Why do you use the word "companions"? | 02:13:01 |
| 15 | A    By companions -- it looks like another | 02:13:04 |
| 16 | boy from Covington, one of his schoolmates. | 02:13:04 |
| 17 | MS. SPEARS:  Okay, can you restart a | 02:13:06 |
| 18 | little before this.  Start a little before 41 and | 02:13:07 |
| 19 | pause a little after the 46 mark, please? | 02:13:11 |
| 20 | MS. MEEK:  Restarting Video 2 at | 02:13:16 |
| 21 | 39 seconds. | 02:13:19 |
| 22 | (Video 2 played.) | 02:13:20 |
| 23 | MS. MEEK:  I just paused Video 2 at | 02:13:32 |
| 24 | 47 seconds. | 02:13:33 |
| 25 | BY MS. SPEARS: | 02:13:37 |

| | | |
|---|---|---|
| 1 | Q    In your report in reference to Video 2, | 02:13:37 |
| 2 | you say that between 41 and 46 seconds, | 02:13:38 |
| 3 | Mr. Phillips was continuing south; what do you | 02:13:40 |
| 4 | mean by that?  Or is that incorrect? | 02:13:43 |
| 5 | A    Let's see what I say. | 02:13:46 |
| 6 | Q    Because you were referring to the wrong | 02:13:46 |
| 7 | video. | 02:13:48 |
| 8 | A    (Reading): | 02:13:49 |
| 9 | "21 seconds one sees Sandmann one or | 02:13:49 |
| 10 | two steps above Phillips in the crowd wearing his | 02:13:54 |
| 11 | hat laughing, grinning.  Phillips continued south, | 02:13:56 |
| 12 | nearly walks past Sandmann" -- I don't say how | 02:13:59 |
| 13 | long it took -- "who is on his right and slightly | 02:14:02 |
| 14 | above, still grinning.  Then Phillips pulls up and | 02:14:05 |
| 15 | turns right to face Sandmann." | 02:14:08 |
| 16 | Q    Stop there a second.  Where -- I want | 02:14:09 |
| 17 | to ask you about it.  You say he's continuing | 02:14:10 |
| 18 | south; what do you mean by that?  Continuing from | 02:14:13 |
| 19 | what? | 02:14:15 |
| 20 | A    For a while he had been walking from | 02:14:15 |
| 21 | the right to the left.  If you back up to 40, you | 02:14:17 |
| 22 | will see he had been walking from the right to the | 02:14:21 |
| 23 | left and then for some reason he turned and went | 02:14:24 |
| 24 | to face Sandmann. | 02:14:26 |
| 25 | Q    Okay, so is it your contention that | 02:14:27 |

1   before Phillips got to where Mr. Sandmann was          02:14:30

2   standing, he was not moving in the direction of        02:14:33

3   Lincoln Memorial?                                      02:14:36

4        A    No, that's not the direction -- yeah,        02:14:37

5   he was walking in front of the boys, not up the        02:14:39

6   steps.                                                 02:14:42

7        Q    Okay, so --                                  02:14:44

8        A    I never saw him go up toward the             02:14:45

9   Memorial in this, until the end of the videos.         02:14:46

10       Q    And that's --                                02:14:51

11       A    I saw him walking into the group of          02:14:51

12  boys along the front of the steps.                     02:14:53

13       Q    And so it's your position that he was        02:14:55

14  not walking towards the Memorial?                      02:14:56

15       A    I cannot comment on his intentions.  I       02:14:59

16  can only say I did not see him go toward the steps      02:15:00

17  to go up until after this encounter.                   02:15:03

18       Q    You didn't see him going in the              02:15:10

19  direction of the steps?                                02:15:11

20       A    No.  It looks to me like he's walking        02:15:12

21  in front of the steps into the crowd of boys,          02:15:14

22  until he turns and goes towards Sandmann.              02:15:16

23       Q    And that's part of what informs your         02:15:18

24  opinion that the blocking statement is false?          02:15:21

25       A    That's only part of it.                      02:15:25

| | | |
|---|---|---|
| 1 | Q    Let's go back to page 10 of your | 02:15:30 |
| 2 | report. | 02:15:31 |
| 3 | A    You could review the video if you want | 02:15:32 |
| 4 | to look one more time.  I don't see him going up | 02:15:33 |
| 5 | the steps. | 02:15:36 |
| 6 | Q    Well, hang on for a second.  In terms | 02:15:37 |
| 7 | of the direction he's facing, that's one thing. | 02:15:41 |
| 8 | And then actually physically going up the steps | 02:15:43 |
| 9 | that's another thing. | 02:15:45 |
| 10 | -- (overspeaking) -- | 02:15:46 |
| 11 | A    -- the direction -- | 02:15:46 |
| 12 | -- (overspeaking) -- | 02:15:47 |
| 13 | Q    Do you agree that he was facing -- | 02:15:47 |
| 14 | (overspeaking) -- | 02:15:48 |
| 15 | A    No, not until he turned to face | 02:15:49 |
| 16 | Sandmann, no. | 02:15:51 |
| 17 | Q    Let's go to page 10 in your report. | 02:15:54 |
| 18 | You say: | 02:15:57 |
| 19 | "Phillips nearly walks past Sandmann." | 02:16:01 |
| 20 | What does this mean? | 02:16:04 |
| 21 | A    The way I saw it in multiple videos, | 02:16:06 |
| 22 | including this one, he's walking from north to | 02:16:08 |
| 23 | south, roughly, along the front edge of the steps | 02:16:11 |
| 24 | into the crowd of boys, many of whom are on the | 02:16:14 |
| 25 | ground.  I didn't see him make a gesture to turn | 02:16:17 |

| | | |
|---|---|---|
| 1 | towards the west, toward the Memorial as if going | 02:16:20 |
| 2 | up the steps, until he turns around and faces | 02:16:23 |
| 3 | Sandmann. | 02:16:26 |
| 4 | So he was walking from north to south | 02:16:26 |
| 5 | and -- Sandmann is facing east, so he's walking | 02:16:29 |
| 6 | from north to south in front -- roughly, in front | 02:16:36 |
| 7 | of -- perpendicular to the line of Sandmann's | 02:16:39 |
| 8 | gaze.  He walks slightly past him and then he | 02:16:44 |
| 9 | turns and goes up to face Sandmann directly. | 02:16:47 |
| 10 | That's what I see in the video. | 02:16:50 |
| 11 | Q    That's your interpretation. | 02:16:51 |
| 12 | A    It is not my interpretation; it's what | 02:16:52 |
| 13 | I see in the videos. | 02:16:54 |
| 14 | Q    Based on your personal review of the | 02:16:55 |
| 15 | videos? | 02:16:57 |
| 16 | A    To use your language, it is what I see | 02:17:01 |
| 17 | in the videos. | 02:17:03 |
| 18 | Q    And you're saying -- when you say he | 02:17:06 |
| 19 | nearly walked past Sandmann, you are talking about | 02:17:12 |
| 20 | a moment when Phillips turns to his left, correct? | 02:17:14 |
| 21 | A    No, he turns to his right.  He was | 02:17:16 |
| 22 | walking from north to south past -- slightly past | 02:17:20 |
| 23 | Sandmann, then for some reason he turns back and | 02:17:24 |
| 24 | comes to face him which is turning to his -- | 02:17:26 |
| 25 | toward his right.  So he was walking -- he was | 02:17:30 |

1    walking along the steps, Sandmann is over here on          02:17:33

2    his right.  He slightly goes past him, he turns            02:17:35

3    around and comes back and faces Sandmann.  That's          02:17:38

4    what I see in the video.                                   02:17:40

5        Q    Did you watch this -- this is your                02:17:44

6    interpretation of Video 2?                                 02:17:46

7              MR. McMURTRY:  Objection.                        02:17:50

8              THE WITNESS:  This is what I see in              02:17:51

9    Video 2.                                                   02:17:52

10   BY MS. SPEARS:                                             02:17:52

11       Q    Did you watch this same moment in time           02:17:52

12   on any other video?                                        02:17:54

13       A    I watched all the videos for this                 02:17:55

14   moment in particular.                                      02:17:58

15       Q    Do you recall any other specific videos          02:17:59

16   where you see this?                                        02:18:01

17       A    I did not take notes on the numbers.             02:18:02

18             MS. SPEARS:  Let's restart at                    02:18:03

19   47 seconds and pause around 58 second.                     02:18:37

20             MS. MEEK:  Restarting Video 2 at                 02:18:43

21   47 seconds.                                                02:18:44

22             (Video 2 played).                                02:18:45

23             MS. MEEK:  I just paused Video 2 at              02:18:59

24   58 seconds.                                                02:19:01

25   BY MS. SPEARS:                                             02:19:04

1          Q    Okay, you describe Sandmann as grinning                    02:19:04

2    earlier.  Would you characterize this look he's                       02:19:06

3    giving right now as a smirk?                                          02:19:09

4               MR. McMURTRY:  Objection.  Go ahead.                       02:19:11

5               THE WITNESS:  A smirk attributes                           02:19:12

6    intention.  I cannot do that reliably.                                02:19:14

7    BY MS. SPEARS:                                                        02:19:18

8          Q    So it's a matter of interpretation?                        02:19:18

9          A    Correct.                                                   02:19:29

10         Q    In another of the videos you reference                     02:19:29

11   Video 14 here, Exhibit 14.                                            02:19:31

12         A    Yes.                                                       02:19:34

13         Q    Can you pull that up and just pause at                     02:19:35

14   the beginning, please?                                                02:19:39

15         A    Yep.                                                       02:19:40

16         Q    You note that -- strike that.  You note                    02:19:40

17   that Mr. Sandmann's hands are behind his back?                        02:20:21

18   Clasped behind his back.                                              02:20:22

19         A    Correct.                                                   02:20:26

20         Q    Why did you note this?  What's the                         02:20:26

21   significance to you?                                                  02:20:27

22         A    Again, that had significance to me from                    02:20:28

23   my upbringing, that especially if a young man was                     02:20:31

24   in church or in a respectful situation, they were                     02:20:34

25   expected to put their hands behind their back to                      02:20:36

1   indicate lack of aggression and respect.          02:20:39

2       Q    Do you know why he has his hands behind   02:20:43

3   his back?                                          02:20:45

4       A    No, I don't.                              02:20:45

5       Q    Let's go back to page 10 of your report   02:20:48

6   here in the last paragraph.  You cite Video 16.    02:20:50

7   Do you see that?                                   02:21:05

8       A    Yes.                                      02:21:06

9       Q    And -- just wait one second.  You talk    02:21:07

10  about a 3-foot corridor.  I want you pull up       02:21:18

11  Video 16 and start it at the 6-second mark and     02:21:23

12  pause it at the 11-second mark.                    02:21:26

13          MS. MEEK:  I am starting Video 16 at       02:21:41

14  6 seconds.                                         02:21:44

15               (Video 16 played.)                    02:21:45

16          MS. MEEK:  I just paused Video 16 at       02:21:53

17  11 seconds.                                        02:21:56

18  BY MS. SPEARS:                                     02:21:57

19      Q    Where do you see, as you state here, a    02:21:57

20  "3-foot corridor between Sandmann and a group of   02:21:59

21  the students to his left going up the stairs"?     02:22:04

22      A    Well, if you look at the fellow in the    02:22:07

23  red cap, who, by the way, was chanting with        02:22:08

24  Sandmann earlier, but I don't want to interrupt    02:22:11

25  your question, he's got a camera held high,        02:22:11

| | | |
|---|---|---|
| 1 | photographing Sandmann. | 02:22:15 |
| 2 | Right behind him, there's at least -- I | 02:22:17 |
| 3 | can't say exactly, of course, but quite a few | 02:22:19 |
| 4 | steps going up where there is nobody between | 02:22:21 |
| 5 | Sandmann and the group of boys to the north to | 02:22:25 |
| 6 | Sandmann's left for at least three feet until you | 02:22:28 |
| 7 | get quite a few steps higher. | 02:22:31 |
| 8 | Q    Okay, earlier in your report and we | 02:22:33 |
| 9 | talked about it, you said you can't judge | 02:22:35 |
| 10 | distances from the videos.  And you are a | 02:22:38 |
| 11 | horrible, I think you said, judge of distances. | 02:22:42 |
| 12 | So how did you come up with this | 02:22:44 |
| 13 | approximation? | 02:22:46 |
| 14 | A    Well, that one is easier because that | 02:22:46 |
| 15 | is wider than a yardstick, I can just tell, and I | 02:22:48 |
| 16 | use yardsticks all the time, and that's 3 feet. | 02:22:51 |
| 17 | Q    What do you use yardsticks for? | 02:22:55 |
| 18 | A    I have done a lot of work, | 02:22:58 |
| 19 | construction, on five houses now, so yardsticks | 02:22:59 |
| 20 | I'm good with, but 20 feet, I'm not. | 02:23:02 |
| 21 | Q    So it looks -- | 02:23:08 |
| 22 | A    It looks like 3, it might be 4.  I was | 02:23:09 |
| 23 | being conservative.  That might be 4 feet, but at | 02:23:12 |
| 24 | least 3 feet. | 02:23:14 |
| 25 | Q    And that's based on your personal | 02:23:15 |

1  approximation?                                          02:23:17

2       A    I could see putting a yardstick there         02:23:18

3  between Sandmann's left shoulder and the boys to        02:23:20

4  the right on the screen and there would still be        02:23:24

5  room.                                                   02:23:28

6       Q    But that's your approximation, you            02:23:30

7  don't know for sure; right?                             02:23:32

8       A    I'm pretty sure about that one.  I can        02:23:34

9  see it.                                                 02:23:35

10           MS. SPEARS:  Restart at the beginning,        02:23:36

11  and pause right at the beginning.                      02:23:44

12           MS. MEEK:  For the record, the                02:23:49

13  television is displaying Video 16 at zero seconds.     02:23:49

14  BY MS. SPEARS:                                         02:23:54

15       Q    Would you agree with me at the start of      02:23:54

16  this video there is no open corridor because there     02:23:55

17  is another student standing to Sandmann's -- on        02:23:57

18  Sandmann's left.  Can you see him there in the red     02:24:01

19  shirt and Notre Dame hat?                              02:24:04

20       A    I don't think he's immediately to            02:24:10

21  Sandmann's left and everyone that Phillips had         02:24:10

22  gone up to that point, as he move the boys moved       02:24:13

23  aside.  So I think there was plenty of room, at        02:24:13

24  least three or four steps above Sandmann, although     02:24:16

25  it is not easy to judge exactly how many steps.        02:24:19

1      Q    You don't see right here in this moment        02:24:20

2  a 3-foot open corridor, do you?                         02:24:23

3      A    Yeah, immediately to Sandmann's left, I        02:24:25

4  do.  There's a group of boys, this ranging group        02:24:27

5  of boys with a white cap, a red cap, a blue cap,        02:24:29

6  the brown hair, that group is at least 3 feet to        02:24:30

7  the -- away, more, away from Sandmann and you           02:24:36

8  could go up several steps before you hit Notre          02:24:39

9  Dame.                                                   02:24:42

10     Q    But what you are saying is that space          02:24:43

11 opens up because the other students, including         02:24:46

12 that student in the Notre Dame cap, moves to the       02:24:47

13 side, correct?                                          02:24:52

14     A    All I can say is that right now               02:24:53

15 Phillips could pass to his -- to the left of          02:24:54

16 Sandmann, up several of the steps.                    02:24:55

17     Q    Okay.                                         02:24:58

18     A    Sandmann was not precluding him from         02:24:59

19 moving up the steps.                                   02:25:01

20     Q    You are not disagreeing with me              02:25:05

21 though --                                              02:25:06

22          -- (overspeaking) --                         02:25:07

23     A    The boys higher-up -- (overspeaking) --      02:25:07

24     Q    Hold on a second.  You are not               02:25:09

25 disagreeing with me, though, that there's a           02:25:11

1    student in a Notre Dame hat to Sandmann's left          02:25:14

2    that is in the space that you pointed out moments       02:25:18

3    later, as the 3-foot corridor, correct?                 02:25:21

4        A    I think you are misconstruing what I'm         02:25:23

5    saying.  I think there is space for Phillips to         02:25:32

6    move to the left of Sandmann up the steps, now, in     02:25:34

7    this point in the video, clearly.                       02:25:38

8        Q    And no, the space opens up after the           02:25:42

9    student in the Notre Dame hat moves aside; is that     02:25:49

10   what you are saying?                                    02:25:54

11       A    The boy is not immediately -- the boy          02:25:55

12   in the Notre Dame hat is not immediately to            02:25:55

13   Phillips' left.  Sandmann could have moved up the      02:26:00

14   steps.                                                  02:26:02

15       Q    And what do you base that on?                  02:26:02

16       A    I can see.                                     02:26:05

17       Q    It's based on your perception of the           02:26:06

18   video.                                                  02:26:08

19       A    I think I see steps there between that         02:26:08

20   boy's legs and Sandmann, gray steps.  That means       02:26:12

21   that boy is higher up on the steps than Sandmann.      02:26:17

22            MR. McMURTRY:  Can we take a break at          02:26:20

23   some point, in the next five minutes or so.            02:26:24

24   BY MS. SPEARS:                                          02:26:26

25       Q    Sure.  Do you think that Phillips could        02:26:26

| | | |
|---|---|---|
| 1 | have felt surrounded in certain moments of the | 02:26:29 |
| 2 | encounter, like this one? | 02:26:31 |
| 3 | A    I think he waded into the middle of a | 02:26:33 |
| 4 | crowd of boys, so in a sense he was surrounded. | 02:26:35 |
| 5 | Q    If he felt surrounded, would he be | 02:26:39 |
| 6 | wrong? | 02:26:41 |
| 7 | A    No, he was surrounded by the boys.  He | 02:26:41 |
| 8 | walked into the middle of the crowd. | 02:26:43 |
| 9 | Q    And you believe that this part of | 02:26:46 |
| 10 | Video 16, which you cite in your report here, | 02:26:49 |
| 11 | supports your opinion that Phillips' statements | 02:26:51 |
| 12 | that Sandmann was blocking him or sort of stopping | 02:26:55 |
| 13 | him -- stopping his exit was incorrect? | 02:26:58 |
| 14 | A    There are two aspects to that | 02:27:01 |
| 15 | statement.  One of them is that he was not | 02:27:05 |
| 16 | passively blocking, meaning that his being there, | 02:27:07 |
| 17 | where he was on the steps did not prevent Phillips | 02:27:09 |
| 18 | from going further up the steps.  That is a fact | 02:27:13 |
| 19 | that you can see in this video, as well as in part | 02:27:15 |
| 20 | of Video 2, which we didn't discuss when we saw | 02:27:18 |
| 21 | it, as well as earlier in this video. | 02:27:20 |
| 22 | Second, I see no evidence at all that | 02:27:23 |
| 23 | Phillips has, in any way, moved to prevent -- | 02:27:25 |
| 24 | MR. McMURTRY:  Sandmann -- | 02:27:32 |
| 25 | (overspeaking) -- | 02:27:33 |

| 1 | THE WITNESS: Sorry, I'm getting my | 02:27:34 |

1   THE WITNESS:  Sorry, I'm getting my          02:27:34
2   names mixed up.                               02:27:35
3         Sandmann has not done anything to       02:27:37
4   prevent Phillips from moving up the steps.  That  02:27:39
5   is not to say he is not -- as an agent blocking   02:27:40
6   Phillips.                                     02:27:44
7         So neither is he passively blocking     02:27:47
8   him, there is room to his left, nor is he actively  02:27:50
9   blocking him in the sense of his intention    02:27:52
10  being -- putting himself in the way.  That's what  02:27:55
11  I'm saying.                                   02:27:57
12  BY MS. SPEARS:                                02:27:58
13      Q    But you don't know of Sandmann's     02:27:58
14  intent, you are not --                        02:28:02
15      A    It doesn't matter his intent.  He did  02:28:03
16  not move.                                     02:28:05
17      Q    Let me ask you this.  Video 16 and this  02:28:06
18  3-foot corridor you say you see, you say that  02:28:08
19  supports your opinion that Phillips' statements  02:28:12
20  that Sandmann was blocking him or sort of stopping  02:28:14
21  his exit is incorrect.  In other words, you are  02:28:16
22  relying on this corridor you see in the video as  02:28:19
23  part of your opinion, correct?                02:28:23
24      A    Part of the opinion.  That is not the  02:28:24
25  whole thing.  I want to emphasize that.       02:28:25

| 1 | MS. SPEARS:  That's fine.  You want to | 02:28:27 |
| 2 | take a break? | 02:28:28 |
| 3 | MR. McMURTRY:  Yes, I do.  Ten minutes? | 02:28:29 |
| 4 | MS. SPEARS:  Sure. | 02:28:31 |
| 5 | THE VIDEOGRAPHER:  We are going off the | 02:28:33 |
| 6 | record.  The time is 2:28 p.m. | 02:28:34 |
| 7 | (Recess taken from 2:28 p.m. to 3:01 p.m.) | 02:28:35 |
| 8 | THE VIDEOGRAPHER:  We're going back on | 03:01:03 |
| 9 | the record.  The time is 3:01 p.m. | 03:01:05 |
| 10 | BY MS. SPEARS: | 03:01:08 |
| 11 | Q    Okay.  Looking at your report we talked | 03:01:08 |
| 12 | about Video 2 which you also have cited. | 03:01:17 |
| 13 | A    Yes. | 03:01:20 |
| 14 | Q    And we talked a moment ago, before the | 03:01:20 |
| 15 | break, about your reference to what you perceive | 03:01:23 |
| 16 | as a 3-foot corridor, correct? | 03:01:27 |
| 17 | A    Yes. | 03:01:30 |
| 18 | Q    And I take it your position is that | 03:01:31 |
| 19 | Video 2 shows that same corridor that you believe | 03:01:34 |
| 20 | you see? | 03:01:40 |
| 21 | A    Yes. | 03:01:41 |
| 22 | Q    Okay.  So let's go -- (overspeaking) -- | 03:01:42 |
| 23 | A    So it's at 50 seconds (inaudible) -- | 03:02:03 |
| 24 | THE COURT REPORTER:  I am sorry, I | 03:02:04 |
| 25 | didn't hear that at all. | 03:02:04 |

1        THE WITNESS:  At 50 seconds in Video 2        03:02:04

2   you can see a passageway to Sandmann's left going   03:02:04

3   up the steps and as I saw it, that passage way      03:02:08

4   stays there until at least 1 minute 50 seconds      03:02:11

5   when some of the other boys come down closer         03:02:15

6   behind Sandmann.                                     03:02:17

7   BY MS. SPEARS:                                       03:02:18

8        Q    Okay.  So continuing on in your report    03:02:18

9   on page 11, you state, and it's in the middle       03:02:22

10  there, the first full paragraph:                    03:02:35

11        "After a couple of minutes of the             03:02:41

12  face-to-face confrontation one of Phillips'         03:02:43

13  companions (judging by his apparel and what he      03:02:46

14  says) starts to argue with another boy."            03:02:49

15        And you reference to Video 3.                  03:02:52

16        I'd like to pull that up, Video 3,            03:02:55

17  Exhibit 3.                                           03:02:58

18        Can you just jump to 147 and pause            03:02:59

19  there so we can see the image.                       03:03:01

20        A    According to me that already starts by   03:03:13

21  1:48 on Video 3, for what it's worth.               03:03:15

22        Q    That's fine.                              03:03:18

23        Q    So is this the "companion" you are       03:03:23

24  referring to?                                        03:03:26

25        A    Yes.                                      03:03:26

1        Q     What do you mean by "companion" here?          03:03:26

2        A     If you go back to the earlier videos           03:03:30

3    watching Sandmann walk onto the scene he is there        03:03:33

4    with the guy taking a video, he is there with this       03:03:35

5    fellow, and there's several women, there's a group       03:03:38

6    of people walking with Phillips up toward the            03:03:40

7    group of Covington boys and this is one of the           03:03:44

8    people among that group.                                 03:03:45

9        Q     And what about his apparel made you            03:03:46

10   describe him as a companion?                             03:03:48

11       A     I think that the hat he's wearing might        03:03:50

12   have a -- well, first of all, he has -- I think          03:03:51

13   that's braids which is a very common kind of hair        03:03:54

14   style for indigenous Native American men and I           03:03:59

15   think he might have a hat that has an image on it,       03:04:04

16   but I don't remember.                                    03:04:07

17       Q     Okay.                                          03:04:08

18       A     But his behavior was the principal             03:04:11

19   thing here.                                              03:04:14

20       Q     And --                                         03:04:15

21       A     He was telling the boys to go back to          03:04:19

22   Europe.                                                  03:04:21

23       Q     And why would you associate that              03:04:21

24   comment with Mr. Phillips?  Simply because               03:04:23

25   Mr. Phillips is Native American?                         03:04:25

1        A    No, I said he was one of the people                03:04:27

2    with Phillips quite clearly all throughout the            03:04:29

3    scene and he's arguing with these boys about who         03:04:32

4    has more right to be here in the country.                03:04:35

5        Q    Are you suggesting that he was speaking          03:04:37

6    for Mr. Phillips?                                          03:04:39

7        A    No.                                               03:04:40

8        Q    Are you suggesting that Mr. Phillips             03:04:41

9    approved what he was saying?                              03:04:43

10       A    Of course not.                                   03:04:45

11       Q    And you are not sure whether he was             03:04:46

12   even with Mr. Phillips; you are just making that         03:04:48

13   assumption based on -- (overspeaking) --                 03:04:51

14       A    I don't know whether Mr. Phillips knows         03:04:53

15   him.  I know he accompanied Mr. Phillips onto the        03:04:54

16   scene.                                                    03:04:57

17       Q    And you are making an assumption --             03:04:58

18   that's what you base your assumption on, that he         03:05:02

19   was with Mr. Phillips based on --                         03:05:03

20       A    He was in the group of people                   03:05:05

21   accompanying Mr. Phillips as they drummed and            03:05:06

22   chanted walking up to the Covington boys.                03:05:09

23       Q    What do you mean by "group"?                    03:05:13

24       A    There was a small group of people.  We         03:05:14

25   could go back to the last video we reviewed.  They      03:05:17

1  come on to the scene with Phillips.  Some of them         03:05:20

2  are drumming.  I think he might have been one of          03:05:21

3  the ones drumming, but I don't remember, I'd have         03:05:23

4  to look at the video again, and chanting, they            03:05:25

5  were all chanting, and they were walking with             03:05:27

6  Phillips in front of -- between the two groups,           03:05:30

7  the Black Hebrew Israelites and the Covington             03:05:32

8  boys, and he accompanied Phillips with that small         03:05:34

9  group of people walking together into the middle          03:05:37

10  of the group of Covington boys and then he follows        03:05:40

11  him up the steps and above Sandmann there and             03:05:43

12  turns and starts to argue with one of the other           03:05:47

13  Covington boys.                                           03:05:49

14      Q    And so your assumption that he's a               03:05:50

15  companion is because he's walking behind                  03:05:54

16  Mr. Phillips?                                             03:05:57

17          MR. McMURTRY:  Objection.  Go ahead.             03:05:58

18          THE WITNESS:  I mean by "companion"              03:05:59

19  he's one of the people who accompanied                    03:06:01

20  Mr. Phillips into this group.                             03:06:03

21  BY MS. SPEARS:                                            03:06:05

22      Q    You have no idea whether he knows                03:06:05

23  Mr. Phillips --                                           03:06:08

24      A    I said I do not know.                            03:06:09

25      Q    And your assumptions are based on                03:06:13

1   watching the videos, correct?                          03:06:15

2        A    All I know is from the videos, yes.           03:06:16

3        Q    And you are not claiming that                 03:06:30

4   Mr. Phillips knew all the people in the -- what        03:06:31

5   you call the group behind him, correct?                03:06:35

6        A    He very well may not have known them          03:06:38

7   all.  I don't know.                                    03:06:41

8        Q    He may not have known any of them; you        03:06:42

9   don't know.                                            03:06:44

10       A    I don't know.                                 03:06:45

11            MS. SPEARS:  Let's go in that video to        03:06:45

12   3:18 and pause at 3:33.                                03:07:03

13            MS. MEEK:  I'm starting Video 3 at            03:07:12

14   3:18.                                                  03:07:14

15                 (Video 3 played.)                        03:07:14

16            MS. MEEK:  I just paused Video 3 at           03:07:17

17   3 minutes and 33 seconds.                              03:07:34

18   BY MS. SPEARS:                                         03:07:36

19       Q    You described one of the companions as        03:07:36

20   yelling something like "We won."  What does "we        03:07:41

21   won" mean?                                             03:07:44

22       A    I don't know.  That's what he says.           03:07:44

23   The same guy in the red hat we were just               03:07:44

24   discussing, is a guy who then says, "We won,          03:07:47

25   Grandpa, we won," and he shakes his hands in the      03:07:48

| | | |
|---|---|---|
| 1 | air. | 03:07:51 |
| 2 | Q    Do you -- and you don't know what that | 03:07:52 |
| 3 | means? | 03:07:54 |
| 4 | A    I know what it means in English.  It | 03:07:54 |
| 5 | means we, inclusive, him and grandpa and whatever | 03:07:56 |
| 6 | else group he thought he was with, won some | 03:08:00 |
| 7 | confrontation, or whatever he meant, that was at | 03:08:02 |
| 8 | issue. | 03:08:05 |
| 9 | Q    That's your interpretation of what he | 03:08:06 |
| 10 | meant? | 03:08:07 |
| 11 | A    That's what English means, "we won." | 03:08:08 |
| 12 | Q    Do you know whether Mr. Phillips agreed | 03:08:10 |
| 13 | with that statement? | 03:08:12 |
| 14 | A    No, I don't. | 03:08:13 |
| 15 | Q    Is it possible different people were | 03:08:14 |
| 16 | thinking different things in that moment? | 03:08:16 |
| 17 | A    I have no idea what they were thinking. | 03:08:18 |
| 18 | Q    You state that the group was | 03:08:25 |
| 19 | "congratulating" Phillips, how do you determine | 03:08:27 |
| 20 | that they were congratulating Mr. Phillips? | 03:08:30 |
| 21 | A    Well, for one thing he said, "We won, | 03:08:33 |
| 22 | grandpa," and grandpa, as I understand it, in many | 03:08:35 |
| 23 | cultures is an honorific that you use for someone | 03:08:37 |
| 24 | that you respect and by making this gesture with | 03:08:41 |
| 25 | his arms in the air and saying, "We won" and doing | 03:08:44 |

| | | |
|---|---|---|
| 1 | the hoot, that's a celebratory gesture which he | 03:08:47 |
| 2 | was sharing with this man he respects, calling | 03:08:51 |
| 3 | "grandpa" which I think was Phillips. | 03:08:54 |
| 4 | Q    What are you -- what was he | 03:08:57 |
| 5 | congratulating him for? | 03:08:58 |
| 6 | A    I'm not going to put words in his | 03:09:00 |
| 7 | mouth. | 03:09:02 |
| 8 | Q    You don't know. | 03:09:04 |
| 9 | A    He thought there was an argument or a | 03:09:05 |
| 10 | fight being engaged in and he believed that the | 03:09:06 |
| 11 | group that he was with, which included him and | 03:09:09 |
| 12 | Phillips and the other person banging the drum, | 03:09:10 |
| 13 | had won that engagement. | 03:09:12 |
| 14 | Q    Do you know that's what he thought? | 03:09:13 |
| 15 | A    I know that's what he meant: "We won." | 03:09:15 |
| 16 | Q    You state that Phillips yelled | 03:09:23 |
| 17 | something to the crowd. | 03:09:24 |
| 18 | A    Right.  I didn't hear what he said. | 03:09:27 |
| 19 | MS. SPEARS:  Can you jump to 3:53 and | 03:09:33 |
| 20 | pause at 4:07. | 03:09:37 |
| 21 | MS. MEEK:  I'm restarting Video 3 at | 03:09:48 |
| 22 | 3:03. | 03:09:52 |
| 23 | (Video 3 played.) | 03:09:53 |
| 24 | MS. MEEK:  I just paused Video 3 at | 03:10:03 |
| 25 | 4:07. | 03:10:06 |

```
 1   BY MS. SPEARS:                                          03:10:07
 2        Q    I take it that you don't know what he         03:10:07
 3   was yelling there?                                      03:10:09
 4        A    No, I couldn't hear what he said.             03:10:10
 5        Q    And why do you reference that?                03:10:12
 6        A    It -- (overspeaking) --                       03:10:16
 7        Q    Was it -- (overspeaking) --                   03:10:17
 8        A    It seemed to me to be concluding              03:10:18
 9   remarks on Phillips' part but I don't know what he      03:10:21
10   said.  The reason I say it was conclusive was           03:10:25
11   after his friend had raised his arms in a               03:10:25
12   celebratory fashion, Phillips is doing this.  He's      03:10:28
13   also looking slightly up.  Among many Native            03:10:31
14   American peoples I've known, that can be a prayer       03:10:35
15   to a god or a thanks to the great spirit.  I don't      03:10:36
16   know if that's what Phillips was doing, but it          03:10:39
17   seemed to me that was some kind of grateful or          03:10:41
18   happy gesture on his part.                              03:10:44
19        Q    You don't know what was in Phillips'          03:10:46
20   mind at that moment or what he was thinking?            03:10:48
21        A    No, I do not.  I do not.                      03:10:50
22        Q    Let's look at section 11 in your report       03:10:55
23   entitled "Relevant law."                                03:10:58
24        A    Yes.                                          03:11:01
25        Q    You note that the firm that retained          03:11:02
```

1    you, on page 11, provided you with explanations of          03:11:04

2    falsehood under the law, followed by two                    03:11:06

3    paragraphs there.                                           03:11:09

4            Are those paragraphs verbatim what the              03:11:10

5    firm, Mr. McMurtry's firm provided you?                     03:11:13

6        A    Yes.                                               03:11:16

7        Q    And in the second paragraph you discuss           03:11:16

8    substantial truth.  What does that mean to you?            03:11:34

9        A    (Reading):                                         03:11:36

10           "The defense of truth overlooks minor               03:11:36

11   inaccuracies and concentrates upon substantial             03:11:45

12   truth."                                                     03:11:48

13           If somebody had said something like                 03:11:49

14   someone was 37 inches in front of me and in fact           03:11:49

15   we could measure and it turned out that they were          03:11:53

16   33 or 40 inches in front of them but everything            03:11:54

17   else they said was true, then that would be                03:12:00

18   substantially true.  That's my understanding.             03:12:02

19   That the main force of what was considered in              03:12:03

20   adjudging whether this was true or not was in              03:12:06

21   keeping with the facts.                                     03:12:10

22       Q    Did you consider whether the statements           03:12:12

23   at issue were substantially true?                          03:12:15

24       A    The statements at issue?  Yes.                     03:12:16

25       Q    Did you try to determine whether they             03:12:18

1   were literally true?                                         03:12:19

2        A    Literal has no meaning in linguistics.            03:12:21

3        Q    You reference pleadings here.  Do you             03:12:27

4   understand what pleadings mean in a lawsuit?                03:12:28

5        A    I probably don't understand what an              03:12:33

6   attorney would mean by pleadings.                           03:12:36

7        Q    Do you have any understanding of what            03:12:40

8   the summary judgment phase of a case is?                    03:12:41

9        A    No, I don't.  I mean, I've heard these           03:12:44

10  terms bantered around but I don't believe I know           03:12:49

11  what they mean in law.                                      03:12:52

12       Q    On page 12 of your report you said you           03:12:53

13  "kept these explanations in mind in forming my             03:12:55

14  opinion on the questions posed."                            03:12:58

15            What does that mean?                              03:13:04

16       A    Well, for example I told you that I              03:13:06

17  based my assessment of these passages on the truth         03:13:07

18  conditions, as I understood them as a linguist,            03:13:12

19  and on the facts in the video.                              03:13:14

20            So when I talk about the truth                    03:13:17

21  conditions, as I said to you earlier today, I am           03:13:19

22  interested in the plain meaning of the words as            03:13:22

23  they would mean to any native speaker of the               03:13:24

24  language and so when we talk about false having a          03:13:30

25  different effect on the mind of the reader from            03:13:33

1    that which the truth would have produced, I'm                03:13:35

2    talking -- that, to me, is talking about truth              03:13:37

3    conditions.  That's exactly what I am talking               03:13:40

4    about.                                                       03:13:42

5            So I think I was keeping that in mind               03:13:42

6    all along methodologically as well as in my                 03:13:44

7    conclusions, and when I talk about overlooking              03:13:47

8    minor inaccuracies and not concentrating on                 03:13:49

9    substantial truth, if there was some minor                  03:13:52

10   discrepancy between what Mr. Phillips said and              03:13:54

11   what is on the videos that didn't bear on the              03:13:56

12   substantial truth of the statements I would have           03:13:58

13   overlooked that or at least mentioned that as              03:14:01

14   minor but not substantive, but I didn't find              03:14:04

15   anything along those lines.                                 03:14:07

16       Q    Let's go to your report at page 12,               03:14:09

17   section 7, "Analysis and reasoning."                        03:14:13

18            With respect to question 1 you analyzed           03:14:32

19   whether the statement that's listed there was true         03:14:34

20   or false.                                                   03:14:36

21       A    Right.                                            03:14:36

22       Q    Correct?  And you said:                           03:14:37

23            "To answer this question" -- well,                03:14:39

24   strike that:                                                03:14:41

25            To answer this question was it                    03:14:42

1   important to you to determine the truth conditions          03:14:44

2   of the sentences?                                           03:14:46

3        A    Yes.                                              03:14:49

4        Q    And what did you determine to be the             03:14:50

5   truth conditions of the sentences?                          03:14:51

6        A    Well, let's look -- I mean, I could go            03:14:55

7   clause by clause, blah, blah, but let's assume              03:15:01

8   that Mr. Phillips was reporting accurately on what          03:15:04

9   he was thinking.  I have no way of knowing.                 03:15:08

10  I know what this means and it says that he was              03:15:10

11  concerned he'd never get out of there.  Yeah?               03:15:12

12           I'm not disputing that.                            03:15:15

13           Really, I think the question is about              03:15:16

14  the meaning of the last two sentences of the                03:15:19

15  passage:                                                    03:15:22

16           "I started going that way and that guy             03:15:23

17  in the hat stood in my way and we were at an                03:15:25

18  impasse.  He just blocked my way and wouldn't               03:15:27

19  allow me to retreat."                                       03:15:30

20           Let me start with the last sentence:               03:15:34

21           "He just blocked my way and wouldn't               03:15:35

22  allow me to retreat."                                       03:15:37

23           As I told you, I base this partly on my            03:15:39

24  careful consideration of dictionary definitions,            03:15:41

25  which gives me a more objective way of                      03:15:44

| | | |
|---|---|---|
| 1 | characterizing what I think the plain meaning of | 03:15:46 |
| 2 | the passage is. | 03:15:47 |
| 3 | And as I said, "wouldn't allow me to | 03:15:48 |
| 4 | retreat," if you look in the Oxford English | 03:15:52 |
| 5 | Dictionary, when you look at the negative of the | 03:15:54 |
| 6 | past tense "wouldn't," that typically means that | 03:15:56 |
| 7 | the person in question refused or declined to | 03:15:59 |
| 8 | permit the other person to do what was going on. | 03:16:02 |
| 9 | So, if it's true -- if it were true | 03:16:05 |
| 10 | that Sandmann wouldn't allow Phillips to retreat, | 03:16:10 |
| 11 | then there was some way in which Phillips -- I | 03:16:13 |
| 12 | mean Sandmann refused, but for that to be true it | 03:16:17 |
| 13 | would have to be the case that Sandmann refused or | 03:16:21 |
| 14 | declined to permit Phillips to retreat. | 03:16:23 |
| 15 | Now, there's three ways you could | 03:16:27 |
| 16 | understand "retreat" here. It could be retreat | 03:16:28 |
| 17 | the way he had come. I don't think that's what he | 03:16:32 |
| 18 | could have meant because the way he had come was | 03:16:34 |
| 19 | not in the line where Sandmann stood. | 03:16:36 |
| 20 | It couldn't mean retreat away from the | 03:16:41 |
| 21 | Lincoln Memorial because that's where there | 03:16:45 |
| 22 | were -- that -- so Sandmann was not in the way, so | 03:16:49 |
| 23 | he couldn't have done anything that seemed to be | 03:16:53 |
| 24 | offering the resistance to anybody going back away | 03:16:55 |
| 25 | from the Lincoln Memorial. | 03:16:59 |

1    So the retreat had to mean more retreat                03:17:02

2    from the situation, not retreat from the way he         03:17:04

3    had come but retreat from the situation, so the         03:17:07

4    only other thing I thought he could mean was that       03:17:09

5    he wanted to go up the steps.                           03:17:11

6    But I couldn't -- so, that's -- that                    03:17:14

7    that passage.  He would -- it would have to mean,       03:17:18

8    as I then say, Phillips' claims that he intended        03:17:20

9    to exit -- this is on page 13A, he intended to          03:17:24

10   exit the situation and finish his song -- I just        03:17:28

11   take that verbatim from what Phillips said, I have      03:17:30

12   no argument with that.  He intended to go to the        03:17:33

13   top of the stairs to get away from the group of         03:17:37

14   boys.  I take that -- yeah, he was going to finish      03:17:39

15   his song at the Lincoln Memorial and then he was        03:17:42

16   going to go up.                                         03:17:43

17   Then he says he started going up to the                 03:17:44

18   Memorial and found himself at an impasse with           03:17:46

19   Sandmann.  I think that's pretty clear where that       03:17:48

20   comes in, and that Sandmann intentionally blocked       03:17:50

21   his way and therefore refused to allow Phillips to      03:17:53

22   retreat, by which I meant -- I take it he means         03:17:57

23   retreat from the situation up the stairs away from      03:18:00

24   the group of boys.                                      03:18:02

25   Q    Okay.  So let's break this down.  So in            03:18:02

1   analyzing question 1 you refer to dictionary          03:18:06

2   definitions of "block," "will" and "impasse";          03:18:08

3   right?                                                 03:18:12

4        A    Yes.                                         03:18:13

5        Q    Do you think you have a better              03:18:13

6   understanding or knowledge of what those words         03:18:14

7   mean, black, will, impasse than other people do?       03:18:16

8        A    No.                                          03:18:19

9        Q    Do you -- why did you examine those         03:18:20

10  words, block, will, and impasse as opposed to          03:18:23

11  other words in the first statement?                    03:18:27

12       A    When I look at the statement the only       03:18:29

13  thing that I thought could be in question, I can't     03:18:30

14  question in any way what Mr. Phillips was              03:18:32

15  thinking.  I am not privy to that, so I was not        03:18:34

16  going to take that first passage -- that first         03:18:38

17  part of the passage into consideration -- I just       03:18:41

18  assume that's what he was thinking.  I have no         03:18:44

19  reason to think otherwise.  Then the last two         03:18:46

20  sentences are the things that we should have           03:18:48

21  evidence for or against in the videos.                 03:18:50

22            So I considered the videos with respect      03:18:53

23  to those sentences and what was at issue was not       03:18:54

24  "I started going that way," he does turn towards       03:18:57

25  the steps, I agreed about that.  "The guy in the       03:19:01

1  hat stood in my way."  Well, it happened that when      03:19:04

2  he turned he walked straight up to Sandmann, so         03:19:08

3  Sandmann was standing there in the way that he          03:19:11

4  says he was going to go.  "And we were at an            03:19:13

5  impasse."  Well, that's where the question comes        03:19:16

6  up.  What's an impasse and why does Sandmann stay       03:19:18

7  -- Sandmann never moved, so why does Sandmann           03:19:21

8  staying there, constitute being at an impasse?          03:19:25

9  That's the question.                                    03:19:27

10              -- (overspeaking) --                       03:19:28

11     Q    So you looked at --                            03:19:29

12     A    The second part -- if I may finish my          03:19:30

13  answer.                                                03:19:32

14     Q    Sure.                                          03:19:32

15     Q    The second part is, "He blocked my way        03:19:32

16  and wouldn't allow me to retreat."                     03:19:34

17          I said "wouldn't allow me to retreat"          03:19:36

18  attributes to Sandmann agency in refusing to allow     03:19:38

19  Phillips to retreat, and because of that, I took       03:19:43

20  "block" to mean not passively block, but actively      03:19:46

21  block.  I mentioned that and discussed that            03:19:51

22  earlier.                                               03:19:52

23          So those are the bases upon which --           03:19:53

24  those are the reasons I looked at impasse, at          03:19:55

25  block and I told you about wouldn't.  Yeah.  I         03:19:58

1    thought retreat was clear enough.                    03:20:04

2         Q    Couldn't someone without a Ph.D. in        03:20:06

3    linguistics look up the same words in the            03:20:09

4    dictionary?                                          03:20:11

5         A    Sure could.                                03:20:12

6         Q    Okay, and apply those definitions to       03:20:13

7    the facts as shown in the video?                     03:20:14

8         A    Sure could.                                03:20:16

9         Q    Are you offering an opinion on the         03:20:19

10   meaning of the word block that's different than      03:20:20

11   the dictionary definition of the word?               03:20:24

12        A    No, I'm not, that's the plain meaning.     03:20:25

13        Q    You know that the Oxford English           03:20:26

14   Dictionary definition of block and a full list of    03:20:29

15   the senses of block in that dictionary and then      03:20:33

16   you note comparable entries from Merriam Webster     03:20:35

17   and from American Heritage Dictionaries in the       03:20:39

18   appendix.  Why did you select the Oxford            03:20:42

19   definitions to include in the main part of your      03:20:44

20   report, as opposed to the other dictionaries.  Any   03:20:47

21   --                                                   03:20:49

22              -- (overspeaking) --                      03:20:52

23        A    I thought it was clearest.                 03:20:52

24        Q    You noted that the Merriam Webster and     03:20:54

25   American Heritage are comparable --                  03:20:56

| | | |
|---|---|---|
| 1 | A    Yes. | 03:20:58 |
| 2 | Q    -- right?  Does that mean it's fair to | 03:20:58 |
| 3 | say you also think they have valid definitions of | 03:21:00 |
| 4 | the word block in those two dictionaries? | 03:21:03 |
| 5 | A    Sure do. | 03:21:06 |
| 6 | Q    Do you believe that lay persons and | 03:21:08 |
| 7 | folks with without a Ph.D. in linguistics would | 03:21:11 |
| 8 | generally agree with the definitions you provided | 03:21:14 |
| 9 | for block and will, and impasse? | 03:21:19 |
| 10 | A    Well, what people tend to do -- first | 03:21:21 |
| 11 | of all, I don't think any native speaker could | 03:21:22 |
| 12 | doubt that the words have all the meanings that | 03:21:25 |
| 13 | are given in those dictionary entries. | 03:21:27 |
| 14 | I don't like the word "definition" | 03:21:30 |
| 15 | because it -- that suggests the lexicographer is | 03:21:31 |
| 16 | deciding what they mean, they are just discerning | 03:21:33 |
| 17 | what they mean, it's the plain meanings of the | 03:21:37 |
| 18 | words. | 03:21:39 |
| 19 | Q    Right, so -- but my point is anybody | 03:21:39 |
| 20 | could go to a dictionary and look up those usages, | 03:21:41 |
| 21 | correct? | 03:21:44 |
| 22 | A    Right, but I'm not just looking at the | 03:21:45 |
| 23 | dictionary.  People think that's what a linguist | 03:21:47 |
| 24 | does.  You've got it wrong.  You start with the | 03:21:49 |
| 25 | dictionary but I also look at the syntax and the | 03:21:52 |

| | | |
|---|---|---|
| 1 | context and all the things I'm doing here look at | 03:21:54 |
| 2 | all three factors. | 03:21:56 |
| 3 | Q    So if, hypothetically, one agrees with | 03:21:58 |
| 4 | the definition of block that you chose, is the one | 03:22:00 |
| 5 | that Phillips intended in his statement, what are | 03:22:03 |
| 6 | you offering beyond that as a linguist? | 03:22:06 |
| 7 | A    Well, first of all, I don't think | 03:22:09 |
| 8 | anybody else in this trial has said what I said, | 03:22:11 |
| 9 | so you tell me. | 03:22:13 |
| 10 | Secondly, I think that the -- the | 03:22:15 |
| 11 | understanding of what truth condition is -- this | 03:22:25 |
| 12 | is the thing people don't understand.  Everybody | 03:22:27 |
| 13 | uses language, like everything drives a car but | 03:22:30 |
| 14 | they don't know how it works, just like most | 03:22:32 |
| 15 | people don't know how a car works. | 03:22:35 |
| 16 | I spent 40 years learning a little bit | 03:22:37 |
| 17 | about how it works.  We don't completely | 03:22:40 |
| 18 | understand it yet.  It's very deep and very | 03:22:42 |
| 19 | complex.  So, by bringing to bear these different | 03:22:44 |
| 20 | factors it may seem perfectly natural and simple | 03:22:47 |
| 21 | when I give you the explanation because I thought | 03:22:50 |
| 22 | hard about how to try to explain it to a lay | 03:22:53 |
| 23 | person, but it isn't obvious to everybody where | 03:22:55 |
| 24 | the truth conditional meaning ends and other | 03:22:58 |
| 25 | factors come in because, as I said, at an earlier | 03:23:01 |

| | | |
|---|---|---|
| 1 | point in this deposition, meaning is much richer | 03:23:04 |
| 2 | than truth conditions, much richer. | 03:23:07 |
| 3 | I gave the example of slurs.  But I'm | 03:23:09 |
| 4 | saying the truth conditional content of an | 03:23:11 |
| 5 | utterance is where the rubber hits the road. | 03:23:13 |
| 6 | If the utterance is true, in virtue of | 03:23:15 |
| 7 | the plain meaning, then there's something -- you | 03:23:20 |
| 8 | can assess that by looking at the facts in the | 03:23:22 |
| 9 | situation.  If it's false you can point to a | 03:23:25 |
| 10 | particular fact and say, like in the other thing, | 03:23:27 |
| 11 | "he wouldn't allow me to retreat." | 03:23:30 |
| 12 | I said Sandmann's standing there, he | 03:23:33 |
| 13 | doesn't move.  He's got his hands behind his back. | 03:23:35 |
| 14 | Wait, so I'm saying I don't think so that's true | 03:23:38 |
| 15 | that he wouldn't allow him to retreat. | 03:23:40 |
| 16 | Q    Okay.  So as I understand it, there are | 03:23:43 |
| 17 | two parts to your analysis.  In the first part you | 03:23:45 |
| 18 | look at the passages -- | 03:23:47 |
| 19 | A    Yeah. | 03:23:49 |
| 20 | Q    -- to determine the meaning of the | 03:23:49 |
| 21 | usage of the words, right?  And then the second | 03:23:51 |
| 22 | part -- | 03:23:55 |
| 23 | A    Not just the words, the whole sentences | 03:23:56 |
| 24 | in which they pertain. | 03:23:58 |
| 25 | Q    The whole sentences. | 03:23:59 |

| | | |
|---|---|---|
| 1 | And then in the second part of your | 03:24:00 |
| 2 | analysis you review the videos to determine the | 03:24:02 |
| 3 | meaning -- whether the meaning of the two passages | 03:24:05 |
| 4 | seems to be true? | 03:24:08 |
| 5 | A    That it's consistent with the facts | 03:24:08 |
| 6 | that I observed in the videos, yes. | 03:24:09 |
| 7 | Q    And you are not more qualified than | 03:24:13 |
| 8 | anyone else to perform part 2 of the analysis, | 03:24:16 |
| 9 | right? | 03:24:19 |
| 10 | A    No, I'm not -- (overspeaking) . | 03:24:19 |
| 11 | Q    So once you've determined the meaning | 03:24:21 |
| 12 | of the passages, that's where your expertise ends | 03:24:23 |
| 13 | as a witness, right? | 03:24:26 |
| 14 | A    Well, I understand what truth | 03:24:29 |
| 15 | conditions are and I can see what's in front of my | 03:24:31 |
| 16 | eyes, so I'm as competent as anybody else to | 03:24:33 |
| 17 | assess whether, given the truth conditions, it is | 03:24:38 |
| 18 | true or false. | 03:24:40 |
| 19 | Q    But anyone could review the videos in | 03:24:41 |
| 20 | the same way you did and determine whether the | 03:24:43 |
| 21 | meaning you assigned to them seems to be true; | 03:24:46 |
| 22 | right? | 03:24:48 |
| 23 | A    I think so. | 03:24:48 |
| 24 | Q    Let's look at your report again and you | 03:24:54 |
| 25 | also lay out the definitions from the dictionaries | 03:25:04 |

1    you've consulted or the usages -- and the                03:25:09

2    dictionaries you've consulted for will and               03:25:17

3    impasse, and you list a number then in the               03:25:20

4    appendix, correct?                                       03:25:23

5        A    Yes.                                            03:25:23

6        Q    And those are valid possible                    03:25:24

7    definitions of will and impasse to a native              03:25:25

8    speaker, correct?                                        03:25:28

9        A    Yes.                                            03:25:31

10       Q    And on page 13, if you flip to the next         03:25:31

11   page there.                                              03:25:44

12       A    Yes.                                            03:25:45

13       Q    You state that: "Where there are two or         03:25:45

14   more agents the word 'impasse" is typically used         03:25:50

15   to imply a situation in which the agents are             03:25:50

16   unable to negotiate movement, real or figurative,        03:25:50

17   in this case about whether Phillips could proceed        03:25:50

18   up the stairs to make his exit."                         03:25:50

19            Do you see that?                                03:25:55

20       A    Yes.                                            03:26:00

21       Q    And your basis for stating how the word         03:26:00

22   impasse is typically use is the definitions that         03:26:02

23   you've consulted in the dictionaries, correct?           03:26:04

24       A    Yes.  The figurative use of impasse is          03:26:06

25   the one that most people use today.                      03:26:15

| | | |
|---|---|---|
| 1 | Q    And you've concluded on page 13 that | 03:26:16 |
| 2 | Phillips is using the figurative -- | 03:26:20 |
| 3 | A    Yes. | 03:26:22 |
| 4 | Q    -- use of the word impasse, correct? | 03:26:22 |
| 5 | A    Yes. | 03:26:25 |
| 6 | Q    And the definition, the Oxford English | 03:26:26 |
| 7 | Dictionary definition defines impasse in a | 03:26:29 |
| 8 | figurative way as "affix"; right? | 03:26:32 |
| 9 | A    Yes. | 03:26:35 |
| 10 | Q    So that's a valid possible definition | 03:26:36 |
| 11 | of impasse to a native speaker, correct? | 03:26:39 |
| 12 | A    Yes. | 03:26:42 |
| 13 | Q    And if we were look at the appendix on | 03:26:42 |
| 14 | page 18, the American Heritage definition 2 for | 03:26:45 |
| 15 | impasse is: a situation that is so difficult that | 03:26:50 |
| 16 | no progress can be made. | 03:26:56 |
| 17 | Do you see that? | 03:27:00 |
| 18 | A    Yep. | 03:27:00 |
| 19 | Q    Okay.  So that's a valid possible | 03:27:01 |
| 20 | definition of impasse to a native speaker, | 03:27:03 |
| 21 | correct? | 03:27:06 |
| 22 | A    Yes. | 03:27:06 |
| 23 | Q    And then Merriam Webster's definition, | 03:27:07 |
| 24 | one of them is, on the same page there: a | 03:27:11 |
| 25 | predicament affording no obvious escape, as a | 03:27:14 |

| | | |
|---|---|---|
| 1 | definition of impasse, and that's a valid possible | 03:27:17 |
| 2 | definition of impasse to a native speaker, | 03:27:20 |
| 3 | correct? | 03:27:22 |
| 4 | A    All are native speaker meanings of | 03:27:23 |
| 5 | impasse. | 03:27:25 |
| 6 | Q    Do you know whether Mr. Phillips felt | 03:27:26 |
| 7 | he was in a fix in that moment? | 03:27:28 |
| 8 | A    May I say something?  It is not about | 03:27:31 |
| 9 | Mr. Phillips.  He didn't say, "I was at an | 03:27:34 |
| 10 | impasse."  He said, "We were at an impasse."  And | 03:27:37 |
| 11 | that's an important factor.  Remember, I am not | 03:27:40 |
| 12 | just looking at the definition of impasse.  You | 03:27:42 |
| 13 | have to look at the fact that this is -- | 03:27:44 |
| 14 | Q    But my question is, do you know whether | 03:27:45 |
| 15 | -- | 03:27:45 |
| 16 | MR. McMURTRY:  Can she finish her | 03:27:46 |
| 17 | answer. | 03:27:46 |
| 18 | MS. SPEARS:  Sure. | 03:27:46 |
| 19 | THE WITNESS:  Your question is | 03:27:47 |
| 20 | misguided.  It is not about -- Mr. Phillips | 03:27:47 |
| 21 | doesn't say, "I was at an impasse," and that's | 03:27:50 |
| 22 | very important.  He said, "We were at an impasse," | 03:27:53 |
| 23 | and the only "we" there was him and Nick Sandmann. | 03:27:55 |
| 24 | So that has to mean that we, as two agents, were | 03:27:59 |
| 25 | at an impasse, and that is what -- I've said that | 03:28:02 |

1  when it denotes -- when the subject denotes two or          03:28:05

2  more agents it is typically used to imply a          03:28:09

3  situation which they are unable to negotiate          03:28:11

4  movement -- (overspeaking) --          03:28:14

5  BY MS. SPEARS:          03:28:15

6      Q    So --          03:28:15

7      A    Negotiate is the key.          03:28:16

8      Q    So let me rephrase my question.  Do you          03:28:17

9  know whether Mr. Phillips felt he was in a fix or          03:28:20

10  a predicament vis-a-vis his position --          03:28:24

11  (overspeaking) --          03:28:27

12      A    I'm not in a position to read his mind.          03:28:28

13      Q    -- with Mr. Sandmann.          03:28:30

14          And I think you would say the same with          03:28:32

15  Mr. Sandmann, you don't know whether he felt he          03:28:34

16  was in a predicament?          03:28:36

17      A    No, I cannot.          03:28:37

18      Q    You did not know what Mr. Phillips          03:28:39

19  perceived in those moments, correct?          03:28:43

20      A    No, I do not.  I only know what I see          03:28:45

21  in the video.          03:28:47

22      Q    Okay.  Let's talk a little bit further.          03:28:50

23  You state on page -- let's go back to 13.          03:28:52

24      A    Mm-hmm.          03:28:55

25      Q    You stated: "Sandmann did not move from          03:29:03

1   where he had been standing prior to Phillips'        03:29:05

2   approach."  What do you mean?                         03:29:07

3       A    I reviewed every single video and            03:29:10

4   looked where Nick Sandmann was standing and from     03:29:12

5   the time that Mr. Phillips was anywhere near the     03:29:15

6   front of the steps where Sandmann was standing, I    03:29:18

7   never saw Sandmann move a foot, left, right, up or   03:29:20

8   down.                                                 03:29:25

9       Q    And which videos did you review to          03:29:28

10  reach that conclusion?                                03:29:30

11      A    All of them.  All 18.  And in               03:29:30

12  particular, I didn't see him move an inch from       03:29:41

13  where he was standing from the time that             03:29:43

14  Sandmann -- that Phillips walked in front of him     03:29:46

15  and then turned and walked away.                      03:29:49

16      Q    Why do you say "in particular"?             03:29:55

17      A    Because that's where it bears on            03:29:56

18  whether they were at an impasse or whether           03:29:58

19  Sandmann blocked Phillips way by moving, as he       03:30:02

20  says in the second passage.                           03:30:06

21          I could also point out that from what        03:30:16

22  -- (overspeaking) --                                  03:30:20

23      Q    There's not a question pending.             03:30:21

24      A    Well, it bears on one of the questions      03:30:22

25  you've been asking me.  But you if you don't want    03:30:24

| | | |
|---|---|---|
| 1 | to hear it, fine. | 03:30:28 |
| 2 | MR. McMURTRY: That's okay. | 03:30:29 |
| 3 | BY MS. SPEARS: | 03:30:34 |
| 4 | Q Your -- one second. Okay. So, you | 03:30:34 |
| 5 | wanted to say something. Go ahead and say it. | 03:31:21 |
| 6 | A From Sandmann's perspective he could | 03:31:26 |
| 7 | have known that immediately to his left there were | 03:31:28 |
| 8 | no boys. There was no reason for him to think | 03:31:30 |
| 9 | that he was impeding Mr. Phillips' progress. | 03:31:33 |
| 10 | Phillips could very readily have walked one step | 03:31:37 |
| 11 | to the right and on up the stairs as long as | 03:31:40 |
| 12 | Sandmann knew. | 03:31:44 |
| 13 | Q Do you know what Sandmann knew? | 03:31:46 |
| 14 | A I know what peripheral vision is and | 03:31:47 |
| 15 | I know that if he had any idea in his peripheral | 03:31:49 |
| 16 | vision what was to his left he would have known | 03:31:52 |
| 17 | there was empty space. | 03:31:54 |
| 18 | Q And in the same moment your -- you are | 03:31:56 |
| 19 | saying that once Phillips stood in front of | 03:32:01 |
| 20 | Sandmann, he locked eyes with him, correct? | 03:32:04 |
| 21 | A That's what I see. | 03:32:06 |
| 22 | Q So Phillips was locked eyes on Sandmann | 03:32:08 |
| 23 | in that moment, correct? | 03:32:12 |
| 24 | A Yes. He seemed to pick him out. | 03:32:12 |
| 25 | Q So you don't know whether Phillips had | 03:32:24 |

| | | |
|---|---|---|
| 1 | peripheral vision to his right or left if he was | 03:32:27 |
| 2 | locking eyes on Sandmann; wouldn't that be true? | 03:32:31 |
| 3 | A   If I was standing where Phillips was | 03:32:34 |
| 4 | standing, looking at Sandmann I would be able to | 03:32:35 |
| 5 | see that there was space to Sandmann's left but | 03:32:38 |
| 6 | not to his right.  Yes. | 03:32:40 |
| 7 | Q   But you don't know what Mr. Phillips | 03:32:42 |
| 8 | could see, do you? | 03:32:43 |
| 9 | A   I do, as a human being, standing there, | 03:32:44 |
| 10 | I could put myself in his position, and I know if | 03:32:47 |
| 11 | he has good peripheral vision -- not even good | 03:32:50 |
| 12 | peripheral, it's not that far peripheral.  Looking | 03:32:52 |
| 13 | directly in Sandmann's eyes he could see no space | 03:32:53 |
| 14 | to Sandmann right, space to Sandmann's left.  I am | 03:32:56 |
| 15 | looking at you.  I can see all the way down to the | 03:33:00 |
| 16 | end of the table.  I'm looking at you, I can see | 03:33:02 |
| 17 | all the way over past the videographer. | 03:33:05 |
| 18 | Q   You are not an expert on visual -- | 03:33:06 |
| 19 | A   No, I'm a human -- (overspeaking) -- | 03:33:08 |
| 20 | Q   Hold on, you have to wait until I'm | 03:33:10 |
| 21 | done with that.  You are not an expert on visual | 03:33:12 |
| 22 | perception, correct? | 03:33:14 |
| 23 | A   No. | 03:33:14 |
| 24 | Q   And you are not an expert on peripheral | 03:33:15 |
| 25 | vision; right? | 03:33:17 |

| | |
|---|---|
| 1 | A    No. | 03:33:18 |
| 2 | Q    And you don't know what specifically | 03:33:18 |
| 3 | Mr. Phillips could see in that moment, do you? | 03:33:20 |
| 4 | A    I know what Mr. Phillips could see if | 03:33:23 |
| 5 | he were a normal human being standing where he was | 03:33:25 |
| 6 | standing in that video with normal vision. | 03:33:28 |
| 7 | Q    And that's based on your personal | 03:33:30 |
| 8 | experience; it is not your expertise in any kind | 03:33:33 |
| 9 | of visual perception, correct? | 03:33:35 |
| 10 | A    No, I think we all -- that's what we | 03:33:36 |
| 11 | look at when we look at a video.  We know what's | 03:33:37 |
| 12 | there.  That's what I think.  It is not expertise. | 03:33:41 |
| 13 | Q    You don't have any expert -- | 03:33:44 |
| 14 | -- (overspeaking) -- | 03:33:45 |
| 15 | A    I am not a perceptual psychologist, | 03:33:46 |
| 16 | I am not a videographer.  I completely agree with | 03:33:50 |
| 17 | you. | 03:33:54 |
| 18 | Q    You agree with me that you have no | 03:33:55 |
| 19 | expertise on visual perception or what somebody | 03:33:56 |
| 20 | else could see peripherally, correct? | 03:33:59 |
| 21 | A    No. | 03:34:01 |
| 22 | Q    As in yes, correct, you agree with me. | 03:34:04 |
| 23 | A    Oh, yes, I agree with you. | 03:34:07 |
| 24 | Q    So a little down in your report here | 03:34:10 |
| 25 | you then say: "There was no publicly evident | 03:34:16 |

1    indication that Phillips wanted to go up the          03:34:23

2    stairs."                                              03:34:25

3            Now, you testified -- well, strike            03:34:30

4    that.                                                 03:34:34

5            What's a publicly evident indication?         03:34:35

6       A    If his trajectory had suggested that he       03:34:38

7    was trying to get up the stairs, that would have      03:34:40

8    been a publicly evident intention.                    03:34:42

9       Q    Okay.  And if he had been walking in          03:34:48

10   the direction of the Lincoln Memorial could that      03:34:50

11   have been a publicly evident indication then?         03:34:54

12   Hypothetically, if he had been?                       03:34:56

13      A    Not -- it's more complicated than that.       03:34:59

14   Just facing in that direction doesn't constitute      03:35:02

15   walking there.                                        03:35:05

16      Q    But if he was facing in that direction        03:35:07

17   that could have been a publicly evident               03:35:09

18   indication?                                           03:35:11

19      A    No, that's not sufficient.                    03:35:12

20      Q    What do you base that on?                     03:35:14

21      A    How I understand people's intentions.         03:35:17

22   This is just normal human reading what each other     03:35:19

23   are doing.                                            03:35:22

24      Q    But that's not based on any specific          03:35:23

25   expertise you have.                                   03:35:25

1    A    I'm not an expertise.  I'm not an          03:35:26
2  expert on public and human behavior, no.          03:35:28
3    Q    You are not an expert on publicly          03:35:32
4  evident indications then, correct?                03:35:34
5    A    I guess not, except for the linguistic    03:35:35
6  ones.                                             03:35:40
7    Q    You agreed that other students, we        03:35:42
8  talked about before, were moving aside for        03:35:44
9  Mr. Phillips; right?                              03:35:45
10   A    Yes.                                       03:35:47
11   Q    And when they did, he walked into the     03:35:47
12 space they left open, correct?                    03:35:49
13   A    Yes.                                       03:35:51
14   Q    Couldn't that be a publicly evident       03:35:52
15 indication that he wanted to keep going?          03:35:54
16   A    If he were walking that way up the        03:35:55
17 steps, yes.                                       03:35:57
18   Q    You say that other students -- well,      03:35:59
19 strike that.                                      03:36:04
20        Why do you think other students moved     03:36:05
21 out Mr. Phillips' way?                            03:36:06
22   A    I'm not going to try to read their        03:36:09
23 minds.  Evidently they wanted to let him through. 03:36:12
24   Q    And other students moved to create a      03:36:19
25 corridor; right?                                  03:36:21

```
1        A     That's what I saw.                      03:36:23

2        Q     That's what you believe you've seen.    03:36:23

3        A     That's what I saw.                      03:36:25

4        Q     And they did that for the same reason,  03:36:26

5   correct?                                           03:36:28

6        A     As far as I could tell, yes.  Yep.      03:36:28

7        Q     But Mr. Sandmann stayed put, correct?   03:36:31

8        A     He stood still.                         03:36:33

9        Q     Let's pull up Video number 2.  We've    03:36:41

10  looked at that one before.  Can you play, please.  03:36:45

11             She's going to play Video 2, Exhibit 2  03:37:16

12  of this deposition.                                03:37:19

13             Why don't you play from minute 3:28 to  03:37:20

14  minute 3:32?                                       03:37:24

15             MS. MEEK:  Starting Video 2 at 3:28.    03:37:27

16                  (Video 2 played.)                  03:37:30

17             MS. MEEK:  I just paused Video 2 at     03:37:37

18  3:32.                                              03:37:39

19  BY MS. SPEARS:                                     03:37:41

20       Q     Did you just hear on the video a        03:37:41

21  student yelling, "you can't move him"?  We can     03:37:42

22  play it again for you.                             03:37:45

23       A     No, no, I didn't.  Let's hear it again. 03:37:45

24       Q     Okay, let's hear it again.  I should    03:37:46

25  have asked you that first before I played it.      03:37:47
```

| | | |
|---|---|---|
| 1 | Sorry.  Pardon me. | 03:37:49 |
| 2 | MS. MEEK:  Re-starting Video 2 at 3 | 03:37:49 |
| 3 | minutes and 28 seconds. | 03:37:49 |
| 4 | (Video 2 played.) | 03:37:49 |
| 5 | THE WITNESS:  I did that time. | 03:37:49 |
| 6 | BY MS. MEEK: | 03:37:49 |
| 7 | Q    Okay.  I take it you don't need | 03:37:49 |
| 8 | linguistics training to understand what "you can't | 03:37:49 |
| 9 | move him" means; right? | 03:37:49 |
| 10 | A    Don't need it. | 03:37:49 |
| 11 | Q    Let's play again from 1:18 to 1:22 and | 03:38:12 |
| 12 | this time I'd like you to tell me if you hear a | 03:38:12 |
| 13 | student yelling, "He ain't moving." | 03:38:12 |
| 14 | MS. MEEK:  Starting Video 2 at 1:18. | 03:38:12 |
| 15 | (Video 2 played.) | 03:38:12 |
| 16 | MS. MEEK:  Just paused at 1:22 in | 03:38:12 |
| 17 | Video 2. | 03:38:12 |
| 18 | THE WITNESS:  I'm not sure what he | 03:38:36 |
| 19 | said.  I could interpret that as "He ain't | 03:38:37 |
| 20 | moving," but I'm not sure, and I didn't hear it | 03:38:41 |
| 21 | previously. | 03:38:41 |
| 22 | BY MS. SPEARS: | 03:38:41 |
| 23 | Q    I'll play it once again.  Sometimes | 03:38:41 |
| 24 | it's easier once you've heard it once. | 03:38:41 |
| 25 | MS. MEEK:  Re-starting at 1:18 in | 03:38:54 |

1    Video 2.                                              03:38:55

2                (Video 2 played.)                         03:38:57

3            THE WITNESS:  I'm sorry.  I can't tell        03:39:04

4    what he said.  He ain't something, but I can't       03:39:06

5    tell what it was.                                     03:39:07

6    BY MS. SPEARS:                                        03:39:08

7        Q    Let's play video 2, Exhibit 2 from          03:39:08

8    1:22 to 1:29.                                         03:39:11

9            THE WITNESS:  Starting video 2 at 1:22.       03:39:16

10               (Video 2 played.)                         03:39:18

11           MS. MEEK:  Just paused video 2 at 1:29.       03:39:25

12   BY MS. SPEARS:                                        03:39:31

13       Q    Do you hear in there someone say "he's       03:39:31

14   an unmovable object"?                                 03:39:33

15       A    No, I didn't.                                03:39:35

16       Q    So we talked about you did hear someone      03:39:39

17   say, "You can't move him."  You might have heard      03:39:43

18   somebody say "He ain't moving."  My question is,      03:39:46

19   are statements in the moment, that's what the         03:39:48

20   students said, what they were perceiving was          03:39:51

21   happening at the time, based on outward behaviors;    03:39:54

22   is that fair to say?                                  03:39:58

23       A    I don't know.  I'm not joking.  I'm not      03:40:03

24   trying to evade your question.  That is to say, it    03:40:05

25   would reflect what they thought was important         03:40:07

1    there in the standoff, in the confrontation.  I          03:40:09

2    will say that.                                            03:40:12

3         Q    So it may be evidence of what they             03:40:14

4    thought was important, in terms of what they             03:40:16

5    were --                                                   03:40:18

6         A    The confrontation.                             03:40:20

7              -- (overspeaking) --                           03:40:20

8         Q    Seeing in the moment --                        03:40:20

9              -- (overspeaking) --                           03:40:21

10        A    What was in issue.  What was in issue.         03:40:21

11             -- (overspeaking) --                           03:40:23

12        Q    You have to wait until I'm done with my        03:40:25

13   question.                                                 03:40:27

14        A    All right.                                      03:40:29

15        Q    Sorry, just for the court reporter.  So        03:40:29

16   statements like those from students in the moment        03:40:30

17   may be evidence of what they were perceiving as          03:40:33

18   important to what was happening at the time?             03:40:36

19        A    Yes.                                            03:40:38

20        Q    And it -- it could be, you talk about          03:40:39

21   outward behaviors, it could be an indication of          03:40:43

22   what they believed the outward behaviors they were       03:40:45

23   seeing at the time were, right?                           03:40:48

24        A    Yes.  I'm conceding in my report that         03:40:50

25   Nick Sandmann was one student that did not move.         03:41:03

| | | |
|---|---|---|
| 1 | That's not an issue with me.  It is whether he | 03:41:06 |
| 2 | intentionally blocked Mr. Phillips' path or | 03:41:08 |
| 3 | refused to allow him to retreat and that's all I'm | 03:41:13 |
| 4 | talking about. | 03:41:16 |
| 5 | Q    Can you pull up Exhibit 17.  I'm sorry. | 03:41:19 |
| 6 | You're right, Exhibit 8, video 8. | 03:41:28 |
| 7 | Can you play it -- play it from 34 to | 03:42:08 |
| 8 | 37. | 03:42:11 |
| 9 | MS. MEEK:  Starting video 8, Exhibit 8 | 03:42:14 |
| 10 | at 34 seconds. | 03:42:16 |
| 11 | (Video 8 played.) | 03:42:17 |
| 12 | MS. MEEK:  Just paused video 8 at 37 | 03:42:22 |
| 13 | seconds. | 03:42:24 |
| 14 | BY MS. SPEARS: | 03:42:24 |
| 15 | Q    Do you hear a student say, "Surrounded | 03:42:24 |
| 16 | you" there? | 03:42:29 |
| 17 | A    No. | 03:42:30 |
| 18 | Q    I'll play it again. | 03:42:30 |
| 19 | MS. MEEK:  Restarting video 8 at 34 | 03:42:36 |
| 20 | seconds. | 03:42:38 |
| 21 | (Video 8 played.) | 03:42:38 |
| 22 | BY MS. SPEARS: | 03:42:42 |
| 23 | Q    Did you hear it that time? | 03:42:42 |
| 24 | A    No.  I'm serious.  I can't tell what | 03:42:44 |
| 25 | they're saying.  I hear people yelling.  I don't | 03:42:45 |

1    know -- and somebody says something started "su.."          03:42:48

2    but I don't know what else they said.                       03:42:54

3        Q    That's fine.  Let's go back to your                03:42:57

4    report here on page 14.  One second.                        03:42:59

5        A    I'd also like to make it evident that              03:43:16

6    in the video clip that you just pointed out to me,          03:43:17

7    the corridor that I'm interested in was already --          03:43:18

8    was available to Mr. Phillips at that point and it          03:43:20

9    went up considerably behind Mr. Sandmann.                   03:43:23

10           So, as far as I could tell, there was               03:43:25

11   no inter -- there was no blockage of Mr. Phillips'          03:43:28

12   path at that point, and it was behind Sandmann so           03:43:34

13   Phillips could have seen that.                              03:43:39

14       Q    Again, that's your interpretation of               03:43:41

15   the video that we just watched?                             03:43:43

16       A    Of what Sandmann -- of what Phillips               03:43:46

17   could have seen if he was looking at Sandmann's             03:43:48

18   face at that time.  Okay.                                   03:43:51

19       Q    Okay, let's go to page 14 of your                  03:43:59

20   report.  Give me one second.  Page 14 of the                03:44:02

21   report you provide your analysis of the second              03:44:49

22   passage, correct?                                           03:44:55

23       A    Yes.                                               03:44:57

24       Q    And then you offered two paragraphs                03:44:58

25   analyzing passage 2, correct?                               03:45:00

1      A     Yes.                                                03:45:02

2      Q     Okay, and looking at those two                     03:45:03

3  paragraphs, you did not analyze the dictionary                03:45:05

4  definitions of any of the words contained in                  03:45:07

5  passage 2, right?                                             03:45:09

6      A     No, I did not feel that was necessary.              03:45:10

7      Q     Okay.  All right.  You simply reviewed              03:45:12

8  the videos to determine whether the passage was               03:45:15

9  true or not?                                                  03:45:18

10      A     Given the truth conditions of the                 03:45:19

11  passage and plain English, yes.                              03:45:21

12      Q     Okay, and you state that in --                     03:45:24

13      A     I didn't think that any of the word               03:45:26

14  meanings would be at issue.  That's why I didn't             03:45:28

15  offer any definitions.                                        03:45:31

16      Q     So you just went on to the second                  03:45:33

17  part of your --                                              03:45:36

18      A     Well, I analyzed this in terms of --              03:45:36

19  for example, we have an intransitive verb:  He               03:45:38

20  slided to the left.  He slided to the right.  I              03:45:41

21  slided to the left.  He slided to the left.                 03:45:43

22  There's slide.  I know what that means.  You know            03:45:46

23  what that means.  I don't think I needed to give             03:45:47

24  you a dictionary definition.                                 03:45:47

25      Q     All right.  So, you just didn't look up            03:45:51

| | | |
|---|---|---|
| 1 | any of the words that are in there in the | 03:45:52 |
| 2 | dictionary, as you had with the others? | 03:45:53 |
| 3 | A    Not necessary. | 03:45:56 |
| 4 | Q    And so let's discuss, just a few points | 03:45:57 |
| 5 | here in your review.  You state: "I saw no | 03:46:00 |
| 6 | evidence that Sandmann moved as Phillips passed by | 03:46:06 |
| 7 | and then turned back to approach him." | 03:46:08 |
| 8 | What do you mean by that first | 03:46:12 |
| 9 | sentence?  Is that just what we've talked about | 03:46:13 |
| 10 | before that -- | 03:46:17 |
| 11 | A    Yes, that Sandmann -- as Phillips | 03:46:18 |
| 12 | passed by and turned and then approached him, I | 03:46:20 |
| 13 | saw no evidence that Sandmann moved his feet | 03:46:22 |
| 14 | at all to -- in order to slide to the left or to | 03:46:24 |
| 15 | the right or go up or go down.  I saw no evidence | 03:46:27 |
| 16 | that he moved in that way. | 03:46:31 |
| 17 | Q    Okay, and that's based on your | 03:46:32 |
| 18 | review -- | 03:46:35 |
| 19 | A    Review of all the videos -- | 03:46:36 |
| 20 | Q    You've got to wait until I'm done with | 03:46:37 |
| 21 | the question. | 03:46:39 |
| 22 | A    Sorry. | 03:46:39 |
| 23 | Q    That's based on your review of the | 03:46:40 |
| 24 | videos 1 to 18? | 03:46:42 |
| 25 | A    Correct. | 03:46:44 |

1      Q    And you say in relation to that, "So          03:46:44

2  far as I could see, Sandmann stood in one place        03:47:06

3  throughout the incident."                              03:47:09

4           You used the phrase "So as far as I          03:47:12

5  could see."  Why do you use that phrase?               03:47:14

6      A    All the evidence that I saw, as               03:47:19

7  presented in all the videos, that's so as far as I     03:47:20

8  could see.                                             03:47:22

9      Q    Because it's based on your personal           03:47:24

10  view, as far as you could tell?                       03:47:26

11      A    No, no, no, no.  I mean, I don't deny        03:47:27

12  that no one video had Nick Sandmann in the camera     03:47:30

13  100 percent of the time throughout the entire         03:47:35

14  incident.                                             03:47:37

15           Every single camera must have moved          03:47:38

16  somewhat to the left, somewhat to the right during    03:47:40

17  the incidents, except for the very short clips.       03:47:44

18           However, the composite of them shows         03:47:47

19  him in one place throughout.  That's what I'm         03:47:49

20  saying.                                               03:47:51

21      Q    So, when you say so far as you could         03:47:55

22  see, it's based on your personal review of the        03:47:56

23  videos, what you saw in the videos?                   03:47:58

24      A    My review of the videos.  What I saw.        03:48:00

25      Q    Okay, would your answer be the same         03:48:02

| | | | |
|---|---|---|---|
| 1 | | with respect to your use of the phrase "It seems | 03:48:13 |
| 2 | | to have been..." where we say -- | 03:48:15 |
| 3 | A | Where is this, please? | 03:48:17 |
| 4 | Q | "It seems to have been." | 03:48:18 |
| 5 | A | Where? | 03:48:20 |
| 6 | Q | In the same paragraph. | 03:48:22 |
| 7 | | MR. McMURTRY:  How many lines down? | 03:48:24 |
| 8 | | THE WITNESS:  Well, there's -- it's | 03:48:25 |
| 9 | | a long paragraph, so I'm trying to get where | 03:48:26 |
| 10 | | you're looking at. | 03:48:27 |
| 11 | | BY MS. SPEARS:  Sure.  The last sentence, "It | 03:48:29 |
| 12 | | seems to have been..." You're saying "It seems..." | 03:48:31 |
| 13 | A | No, I don't see it.  Sorry.  Stop. | 03:48:34 |
| 14 | Q | Oh, I'm sorry.  The second to the last | 03:48:36 |
| 15 | | sentence. | 03:48:37 |
| 16 | A | Okay.  Thank you.  "While Sandmann | 03:48:39 |
| 17 | | stayed in one place, it seems to have been | 03:48:41 |
| 18 | | Phillips who aligned himself with Sandmann..." | 03:48:41 |
| 19 | Q | And why do you use the phrase "seems | 03:48:48 |
| 20 | | have been"?  Again, that's because it's based on | 03:48:50 |
| 21 | | your -- | 03:48:51 |
| 22 | | -- (overspeaking) -- | 03:48:51 |
| 23 | A | Well, no -- | 03:48:51 |
| 24 | Q | -- personal review? | 03:48:51 |
| 25 | A | -- when I say "...it seems to have been | 03:48:53 |

1    Phillips who aligned himself." Again, I can't read          03:48:55

2    Phillips' mind.  I don't know why he went the               03:48:59

3    direction he went from the point of view of his             03:49:01

4    intentions.  Aligned is agentive verb.  In fact,            03:49:01

5    his movement aligned its -- was in such a way as            03:49:05

6    to align itself, so as to walk straight up to               03:49:08

7    Sandmann, okay?                                             03:49:11

8         Q    And --                                           03:49:14

9         A    He moved in such a way as to align               03:49:19

10   himself with Sandmann.                                      03:49:21

11        Q    And again, that's based on your --               03:49:24

12        A    No, that's what I saw in the videos.             03:49:26

13        Q    Wait.  You've got to wait until I'm              03:49:27

14   done my question.  That's based on your review of           03:49:29

15   the videos, correct?                                        03:49:34

16        A    Based on what I saw in the videos.               03:49:37

17        Q    All right.  Why don't we take a short            03:49:44

18   break.  Maybe like five, ten minutes and come               03:49:47

19   back?                                                       03:49:51

20            MR. McMURTRY:  Thank you.                         03:49:52

21            THE VIDEOGRAPHER:  Going off the                  03:49:53

22   record, the time is 3:50 p.m.                               03:49:53

23       (Recess taken from 3:50 p.m. to 4:05 p.m.)            03:49:56

24            THE VIDEOGRAPHER:  Going back on the              04:05:51

25   record, the time is 4:05 p.m.                               04:05:52

| | | |
|---|---|---|
| 1 | BY MS. SPEARS: | 04:05:55 |
| 2 | Q   All right.  Can you pull your report | 04:05:58 |
| 3 | out one last time, please, page 2 of the report | 04:06:08 |
| 4 | itself. | 04:06:16 |
| 5 | A   Yes. | 04:06:16 |
| 6 | Q   Where you indicate your compensation in | 04:06:18 |
| 7 | the case is $300 per hour -- | 04:06:19 |
| 8 | A   Yes. | 04:06:22 |
| 9 | Q   -- of work.  How many hours of work | 04:06:23 |
| 10 | have you completed? | 04:06:25 |
| 11 | A   Oh gosh, I don't know.  I think I | 04:06:28 |
| 12 | billed for 17 and I've worked for another six or | 04:06:31 |
| 13 | something.  I'm not sure.  That doesn't count | 04:06:36 |
| 14 | today. | 04:06:37 |
| 15 | Q   And we talked earlier about | 04:06:38 |
| 16 | Mr. McMurtry was the person who initially reached | 04:06:42 |
| 17 | out to you for this engagement, correct? | 04:06:45 |
| 18 | A   Yes. | 04:06:46 |
| 19 | Q   When did Mr. McMurtry first reach out | 04:06:48 |
| 20 | to you. | 04:06:50 |
| 21 | A   It was in September, this last year, | 04:06:51 |
| 22 | September '21.  I don't have the exact date here. | 04:06:53 |
| 23 | I can get it for you if you need to know. | 04:06:56 |
| 24 | Q   Was -- do you know if -- yeah, I'd like | 04:06:58 |
| 25 | to know the exact date. | 04:06:59 |

| | | |
|---|---|---|
| 1 | A    Okay, well you keep asking.  I'll | 04:07:01 |
| 2 | just -- | 04:07:02 |
| 3 | Q    We'll just pause for a second. | 04:07:03 |
| 4 | A    Well ... whatever.  The 21st of | 04:07:12 |
| 5 | September. | 04:07:31 |
| 6 | Q    The 21st? | 04:07:32 |
| 7 | A    Mm-hmm.  That day I worked about four | 04:07:33 |
| 8 | hours for them, just to do some very preliminary | 04:07:35 |
| 9 | review of those passages in the videos and I | 04:07:38 |
| 10 | worked for a total of four hours, and then I | 04:07:41 |
| 11 | started working again the 27th of October they | 04:07:44 |
| 12 | commissioned this report. | 04:07:47 |
| 13 | Q    Do you have an engagement letter in the | 04:07:53 |
| 14 | matter? | 04:07:56 |
| 15 | A    I believe I do. | 04:07:56 |
| 16 | Q    You came in this morning with some | 04:07:59 |
| 17 | notes which you have dated December 7th, 2021.  I | 04:08:01 |
| 18 | want to mark them for the record. | 04:08:07 |
| 19 | A    Yes, of course. | 04:08:08 |
| 20 | Q    So we're going to call this Exhibit B. | 04:08:09 |
| 21 | Her report was Exhibit A and this will | 04:08:21 |
| 22 | be Exhibit B, which I think is just easier to | 04:08:22 |
| 23 | distinguish, given the video exhibits. | 04:08:26 |
| 24 | (Exhibit B was marked for | |
| 25 | identification.) | |

1    BY MS. SPEARS:                                          04:08:28

2         Q     Just for the record, would you agree        04:08:28

3    with me this is a two pages --                          04:08:29

4         A     Yes, the first part is two pages.            04:08:32

5         Q     Yes, it's -- and it's titled at the top     04:08:37

6    "Craig Roberts, Sandmann deposition notes,             04:08:39

7    December 7, 2021," is that correct?                     04:08:46

8         A     Correct.                                     04:08:55

9         Q     I do not have any further questions.         04:08:56

10   Does anyone else?                                       04:08:59

11            MR. McMURTRY:  Thank you.  Anybody             04:09:00

12   online?                                                 04:09:00

13            MS. SPEARS:  Does anyone online have           04:09:02

14   any questions?  Okay, thank you for your time.          04:09:04

15            MR. McMURTRY:  Thank you.                      04:09:14

16            THE VIDEOGRAPHER:  This marks the end          04:09:15

17   of Craig Roberts.  We are going off the record at      04:09:16

18   4:09 p.m.                                               04:09:19

19   (Whereupon at 4:09 p.m. the deposition concluded.)

20

21

22

23

24

25

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC:

2              I, Lisa M. Barrett, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto

14    set my hand this 11th day of December, 2021

15

16   _____

17    Lisa M. Barrett, RPR, CRR, CRC, CSR

18    My commission expires:  06/23/2023

19

20

21

22

23

24

25
```

| A |
|---|

**a) (2**
64:24
**a) 2**
46:10
**abate**
5:22, 5:24,
10:20, 10:21,
10:25
**abc**
2:10, 4:10,
4:11, 9:9,
10:19, 11:4
**abc's**
71:14
**able**
18:11, 49:20,
130:21, 144:21,
206:4
**above**
75:6, 121:6,
135:2, 151:5,
165:10, 165:14,
173:24, 182:11
**absent**
93:22
**absolutely**
152:11
**absorb**
110:21
**academia**
38:5
**accent**
30:24, 31:21,
33:3, 33:12,
33:18, 33:19,
33:25
**accents**
33:22
**accept**
140:9
**accepted**
35:13
**access**
34:9, 34:13,
34:14, 42:1,
67:9, 112:13

**accidental**
98:11, 98:12
**accidentally**
98:10
**accompanied**
71:3, 181:15,
182:8, 182:19
**accompanying**
181:21
**according**
127:3, 179:20
**accordingly**
150:12
**accurate**
103:10, 148:18
**accurately**
190:8
**accused**
50:1
**acquaint**
75:13, 78:14
**across**
52:9, 133:9,
157:9
**acted**
139:16
**acting**
139:5, 140:4,
140:14, 140:15
**action**
48:1, 107:2
**active**
42:4, 118:5,
118:15
**actively**
118:10, 177:8,
194:20
**actual**
23:16, 24:7,
33:25, 74:24,
76:2, 87:14,
99:17, 109:9,
137:18
**actually**
25:9, 28:20,
30:25, 39:19,
42:9, 47:3,
52:19, 63:1,

63:8, 64:23,
66:12, 78:17,
79:21, 80:4,
80:20, 81:24,
82:24, 83:1,
87:19, 87:25,
98:17, 102:1,
102:3, 106:21,
107:2, 109:2,
112:9, 130:2,
130:6, 136:9,
155:11, 167:8
**addition**
20:13, 92:9
**additional**
69:12, 70:3,
73:6, 105:22
**address**
13:5, 13:11
**adjudging**
187:20
**admissible**
59:15, 59:22
**admitted**
15:19
**adult**
111:6, 113:11
**advance**
8:18
**advanced**
38:12
**advent**
23:4, 23:20
**advertising**
60:12, 60:18,
60:24
**advisor**
17:12
**affect**
92:23
**affiliate**
42:13, 43:3,
43:10
**affiliated**
88:16
**affirmatively**
135:7
**affix"**
201:8

**affording**
201:25
**african**
124:1, 126:3,
135:24
**after**
16:13, 35:2,
35:12, 58:23,
72:17, 76:3,
120:4, 120:22,
146:14, 154:5,
155:21, 161:25,
163:19, 164:19,
166:17, 175:8,
179:11, 186:11
**again**
13:25, 23:8,
29:19, 33:10,
85:22, 88:17,
92:15, 93:25,
105:23, 107:3,
108:5, 119:17,
123:12, 123:25,
129:11, 131:18,
132:11, 133:2,
134:22, 135:20,
135:21, 138:20,
139:4, 139:22,
147:17, 148:16,
149:2, 157:5,
163:17, 163:18,
170:22, 182:4,
199:24, 210:22,
210:23, 210:24,
211:11, 211:23,
214:18, 215:14,
219:20, 220:1,
220:11, 222:11
**against**
193:21
**agency**
194:18
**agent**
118:22, 177:5
**agentive**
118:20, 118:21,
220:4
**agents**
200:14, 200:15,

202:24, 203:2
**aggression**
171:1
**ago**
55:3, 97:1,
114:19, 141:2,
178:14
**agree**
61:22, 86:4,
87:12, 92:25,
167:13, 173:15,
196:8, 207:16,
207:18, 207:22,
207:23, 223:2
**agreed**
61:21, 61:24,
62:2, 65:6,
184:12, 193:25,
209:7
**agrees**
197:3
**ahead**
10:7, 10:8,
85:6, 86:9,
94:6, 94:16,
141:22, 158:7,
170:4, 182:17,
205:5
**ahhh**
109:21
**aiming**
103:14, 107:7
**aims**
25:16
**ain't**
107:15, 211:13,
211:19, 212:4,
212:18
**air**
184:1, 184:25
**akin**
141:4
**al**
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:21
**albany**
6:6

**align**
220:6, 220:9
**aligned**
219:18, 220:1,
220:4, 220:5
**all**
13:2, 21:16,
25:6, 25:17,
30:4, 32:11,
38:18, 39:7,
43:5, 43:11,
43:21, 52:7,
54:4, 68:23,
69:16, 70:23,
71:12, 72:17,
79:13, 79:21,
80:18, 86:5,
87:23, 92:2,
93:5, 97:14,
97:18, 99:8,
100:12, 100:17,
101:17, 103:19,
105:14, 110:8,
110:11, 120:21,
122:15, 130:12,
131:2, 131:3,
131:9, 131:18,
132:5, 133:11,
159:23, 164:9,
169:13, 172:16,
174:14, 176:22,
178:25, 180:12,
181:2, 182:5,
183:2, 183:4,
183:7, 189:6,
196:11, 196:12,
197:1, 197:2,
197:7, 202:4,
204:11, 206:15,
206:17, 207:10,
213:14, 214:3,
216:7, 216:25,
217:14, 217:19,
218:6, 218:7,
220:17, 221:2
**alligator**
20:19
**allow**
117:17, 118:12,

190:19, 190:22,
191:3, 191:10,
192:21, 194:16,
194:17, 194:18,
198:11, 198:15,
214:3
**alluding**
97:10
**almost**
56:6, 110:1
**along**
127:15, 146:13,
146:25, 152:6,
154:24, 155:10,
156:21, 157:11,
157:22, 157:23,
158:4, 158:5,
166:12, 167:23,
169:1, 189:6,
189:15
**already**
101:8, 104:14,
121:16, 132:5,
149:16, 156:1,
179:20, 215:7
**also**
6:18, 10:16,
11:3, 12:23,
16:1, 20:3,
26:6, 28:9,
29:11, 34:2,
36:24, 42:13,
55:25, 72:13,
83:4, 83:9,
86:14, 92:25,
98:24, 107:22,
116:8, 117:6,
118:21, 119:20,
123:10, 126:7,
154:23, 178:12,
186:13, 196:3,
196:25, 199:25,
204:21, 215:5
**alternative**
53:22
**alternatives**
31:1
**although**
79:2, 173:24

**always**
16:24, 49:23,
53:25, 54:5,
60:25, 61:8,
80:22
**ambiguous**
117:18, 117:19
**american**
71:24, 74:5,
74:6, 84:16,
84:20, 85:2,
85:20, 98:19,
98:22, 98:24,
122:17, 124:1,
124:25, 129:16,
130:7, 143:21,
144:13, 161:17,
180:14, 180:25,
186:14, 195:17,
195:25, 201:14
**americans**
88:3, 99:4,
123:19, 125:2,
126:3, 126:8,
132:25, 133:10,
135:24, 145:16
**americas**
10:2
**amherst**
15:9, 15:20,
17:5, 17:8,
39:20
**among**
31:16, 69:15,
115:10, 180:8,
186:13
**amsterdam**
36:6
**analogy**
137:15
**analyses**
38:1, 38:2
**analysis**
19:17, 27:11,
37:10, 45:23,
46:1, 48:5,
61:21, 90:19,
101:24, 102:7,

121:17, 121:19,
189:17, 198:17,
199:2, 199:8,
215:21
**analyze**
47:25, 153:15,
216:3
**analyzed**
189:18, 216:18
**analyzing**
64:3, 134:14,
193:1, 215:25
**angle**
134:9, 160:17
**angles**
148:20
**another**
8:6, 15:7,
15:10, 51:9,
51:17, 81:9,
86:15, 92:13,
101:16, 104:20,
118:5, 118:25,
143:1, 146:24,
162:17, 164:15,
167:9, 170:10,
173:17, 179:14,
221:12
**answer**
18:4, 31:11,
31:14, 75:5,
82:9, 83:3,
96:13, 138:13,
189:23, 189:25,
194:13, 202:17,
218:25
**answered**
105:25
**answering**
91:9, 101:5
**answers**
31:22, 43:23,
75:7, 153:20
**anthropology**
37:3
**anticipate**
8:4
**any**
8:8, 8:18,

12:16, 39:23,
40:6, 42:7,
43:4, 43:18,
45:8, 45:22,
45:25, 47:22,
48:4, 48:18,
52:14, 57:12,
59:23, 62:25,
63:18, 64:16,
67:18, 69:11,
71:2, 74:9,
76:17, 83:5,
83:10, 83:11,
83:14, 90:18,
92:3, 94:8,
95:3, 98:3,
103:16, 105:18,
105:22, 109:1,
114:25, 116:20,
118:3, 122:12,
123:17, 134:16,
136:3, 136:12,
136:22, 139:9,
141:9, 144:19,
154:2, 158:12,
169:12, 169:15,
176:23, 183:8,
188:7, 188:23,
193:14, 195:20,
196:11, 205:15,
207:8, 207:13,
208:24, 216:4,
216:13, 216:15,
217:1, 223:9,
223:14, 224:10
**anybody**
80:6, 81:12,
110:16, 112:18,
191:24, 196:19,
197:8, 199:16,
223:11
**anymore**
43:10
**anyone**
65:20, 66:15,
67:19, 82:4,
95:10, 112:6,
113:4, 136:5,

136:18, 199:8,
199:19, 223:10,
223:13
**anything**
25:4, 26:14,
27:4, 40:15,
43:16, 53:2,
73:3, 80:6,
88:9, 96:24,
136:6, 136:18,
143:12, 151:18,
177:3, 189:15,
191:23
**anyway**
80:5, 117:20
**anywhere**
204:5
**apart**
95:9
**apartment**
13:7
**apologize**
8:17
**apparel**
179:13, 180:9
**apparent**
88:22, 89:13,
123:11, 124:19,
124:22
**appear**
137:15
**appeared**
129:20
**appears**
63:11, 89:14
**appendix**
46:25, 47:3,
68:3, 195:18,
200:4, 201:13
**apple**
24:12
**apply**
195:6
**appreciate**
112:21, 143:6
**approach**
48:5, 101:5,
204:2, 217:7

**approached**
38:25, 93:3,
93:18, 131:10,
148:2, 154:12,
156:4, 217:12
**appropriate**
31:11, 31:22,
101:20, 143:9
**approved**
181:9
**approximation**
172:13, 173:1,
173:6
**area**
17:10, 39:23,
40:6, 123:1,
134:11, 154:3
**areas**
51:23
**argue**
179:14, 182:12
**arguing**
52:8, 181:3
**argument**
185:9, 192:12
**arguments**
146:17
**arises**
87:24
**arms**
184:25, 186:11
**around**
92:22, 110:7,
110:12, 110:21,
122:2, 123:3,
130:25, 150:14,
154:9, 155:18,
168:2, 169:3,
169:19, 188:10
**art**
116:17
**arthur**
16:4
**article**
45:13, 49:5,
49:6, 71:9,
71:14, 71:16,
71:23, 72:1,

72:12, 72:14,
73:3, 73:8,
127:11, 127:14
**articles**
49:7, 70:8,
70:21, 70:24,
71:4, 71:5,
72:6, 72:16,
72:20, 72:22,
73:1, 73:7,
73:13, 88:14,
88:18, 127:4,
127:8, 128:10,
128:11
**artificial**
50:7
**arts**
16:16
**aside**
93:7, 105:4,
173:23, 175:9,
209:8
**asked**
57:11, 66:9,
66:16, 72:21,
78:6, 82:9,
83:3, 99:22,
100:20, 105:21,
121:21, 162:19,
162:25, 210:25
**asking**
50:2, 86:18,
86:22, 151:7,
204:25, 222:1
**aspect**
53:22
**aspects**
29:1, 77:25,
176:14
**assassination**
54:10, 54:20
**assertion**
132:17
**assess**
34:1, 198:8,
199:17
**assessing**
38:21, 39:1,

91:25
**assessment**
67:12, 188:17
**assigned**
199:21
**assistant**
16:3, 49:3
**associate**
180:23
**associated**
73:6
**assume**
12:19, 48:13,
138:23, 157:10,
190:7, 193:18
**assumed**
125:1, 143:25,
147:4, 148:20,
154:3, 163:12
**assuming**
98:20, 151:20,
163:14
**assumption**
124:11, 124:16,
147:10, 147:20,
181:13, 181:17,
181:18, 182:14
**assumptions**
147:6, 147:18,
182:25
**atlanta**
161:13
**atmosphere**
92:20, 96:25,
97:24, 99:11
**attached**
65:14
**attempts**
21:22
**attend**
15:4
**attending**
8:3, 55:14
**attention**
77:16, 88:24,
145:23, 148:2,
148:6, 152:23,
153:4, 155:18

**attested**
115:14
**attire**
97:15
**attorney**
59:6, 61:19,
61:24, 188:6
**attorneys**
38:24, 57:4
**attribute**
95:9, 118:13,
139:21
**attributed**
90:14, 115:14
**attributes**
105:1, 170:5,
194:18
**attributing**
118:3, 141:8
**attribution**
119:1
**attributions**
89:25
**audible**
136:12, 136:22
**audience**
118:9
**audio**
13:16
**av**
6:19
**available**
34:10, 112:15,
113:2, 215:8
**avenue**
10:2
**average**
32:13, 110:18,
113:11
**avid**
44:5, 44:22
**aware**
8:7, 121:4,
121:8, 122:21,
124:6, 130:1,
130:6, 130:18
**away**
8:9, 93:17,

154:13, 174:7,
191:20, 191:24,
192:13, 192:23,
204:15
**axis**
157:13

## B

**back**
8:8, 17:15,
27:9, 34:23,
47:4, 47:17,
52:23, 64:22,
64:23, 67:14,
68:6, 73:4,
74:19, 74:22,
74:23, 76:6,
99:1, 99:16,
108:18, 120:16,
120:21, 123:6,
126:10, 132:14,
136:6, 136:13,
152:12, 152:14,
153:25, 157:19,
159:13, 159:16,
163:17, 165:21,
167:1, 168:23,
169:3, 170:17,
170:18, 170:25,
171:3, 171:5,
178:8, 180:2,
180:21, 181:25,
191:24, 198:13,
203:23, 215:3,
217:7, 220:19,
220:24
**background**
13:12, 44:16,
87:22, 88:9,
98:21, 104:11,
124:21
**backgrounds**
123:11, 124:20,
124:22
**bad**
61:13, 99:3,
112:2
**badge**
56:6

**banging**
185:12
**bank**
60:22, 60:23,
60:24, 61:8,
61:24
**bantered**
188:10
**banyamyan**
135:1, 159:5
**barbara**
17:12
**barnard**
42:11
**barrett**
1:42, 3:23,
11:12, 224:2,
224:17
**base**
68:18, 70:14,
72:18, 79:11,
175:15, 181:18,
190:23, 208:20
**baseball**
161:13
**based**
30:25, 82:3,
82:4, 83:20,
83:25, 87:9,
120:6, 123:12,
124:16, 124:18,
125:19, 128:14,
134:20, 137:24,
138:3, 138:5,
138:21, 144:5,
147:6, 147:17,
168:14, 172:25,
175:17, 181:13,
181:19, 182:25,
188:17, 207:7,
208:24, 212:21,
217:17, 217:23,
218:9, 218:22,
219:20, 220:11,
220:14, 220:16
**bases**
68:15, 147:12,
194:23

**basic**
38:18, 43:15
**basically**
43:14
**basing**
75:7
**basis**
79:6, 79:7,
80:2, 101:23,
139:8, 153:24,
200:21
**bear**
18:12, 26:24,
29:11, 34:19,
38:20, 54:3,
55:18, 56:12,
90:19, 95:4,
122:3, 126:13,
153:22, 189:11,
197:19
**bearing**
31:20, 38:2,
79:24, 85:16,
85:23, 86:20,
87:7, 87:25,
91:7, 91:20
**bears**
50:20, 82:22,
94:21, 204:17,
204:24
**beating**
96:7, 145:22,
148:5
**beautiful**
44:7
**because**
13:20, 23:20,
30:4, 36:24,
37:2, 37:13,
42:21, 44:13,
48:23, 50:22,
51:16, 53:25,
54:1, 54:20,
59:7, 59:11,
59:20, 59:21,
75:3, 81:13,
91:8, 94:4,
96:8, 97:17,

100:20, 102:3,
103:18, 109:13,
110:6, 112:13,
114:4, 124:23,
126:13, 130:16,
131:19, 131:20,
133:4, 134:8,
135:8, 139:7,
145:7, 148:10,
159:7, 163:10,
165:6, 172:14,
173:16, 174:11,
180:24, 182:15,
191:18, 191:21,
194:19, 196:15,
197:21, 197:25,
204:17, 218:9,
219:20
**been**
11:15, 12:5,
16:12, 16:24,
20:18, 23:2,
23:5, 24:7,
41:17, 50:1,
53:9, 56:17,
57:8, 57:11,
58:10, 58:14,
58:20, 68:17,
70:3, 70:12,
74:11, 75:5,
88:6, 88:13,
100:12, 105:21,
106:5, 110:2,
123:2, 124:10,
125:1, 125:15,
128:9, 130:18,
132:2, 132:6,
137:18, 140:19,
143:20, 152:5,
154:9, 154:25,
165:20, 165:22,
182:2, 204:1,
204:25, 208:8,
208:9, 208:11,
208:12, 208:17,
219:2, 219:4,
219:12, 219:17,
219:20, 219:25

**before**
3:22, 8:17,
12:5, 36:1,
50:2, 56:15,
56:21, 57:9,
57:13, 65:13,
67:25, 79:10,
86:2, 86:7,
88:4, 111:11,
124:1, 162:10,
164:18, 166:1,
174:8, 178:14,
209:8, 210:10,
210:25, 217:10,
224:2
**beg**
126:4, 128:25
**began**
146:15, 155:16
**begin**
66:18
**beginning**
64:21, 64:22,
99:17, 100:6,
100:24, 117:4,
126:11, 149:17,
150:13, 150:16,
156:17, 156:20,
157:1, 158:19,
158:21, 159:14,
159:17, 170:14,
173:10, 173:11
**begins**
8:20
**behalf**
4:3, 4:10,
4:18, 5:1, 5:10,
5:20, 6:1, 6:9,
10:23
**behave**
122:18, 144:9
**behaved**
137:20
**behavior**
84:2, 97:16,
107:2, 141:4,
141:12, 143:8,
143:24, 143:25,

146:15, 147:13,
147:21, 153:14,
180:18, 209:2
**behaviors**
212:21, 213:21,
213:22
**behest**
135:11
**behind**
145:24, 158:1,
170:17, 170:18,
170:25, 171:2,
172:2, 179:6,
182:15, 183:5,
198:13, 215:9,
215:12
**being**
16:20, 51:6,
99:6, 99:7,
114:15, 116:19,
124:3, 125:9,
172:23, 176:16,
177:10, 185:10,
194:8, 206:9,
207:5
**believe**
56:22, 65:16,
67:16, 88:12,
88:17, 100:17,
128:8, 128:15,
133:6, 134:18,
134:25, 135:11,
135:25, 138:16,
139:21, 148:10,
149:24, 153:19,
154:10, 156:10,
161:16, 176:9,
178:19, 188:10,
196:6, 210:2,
222:15
**believed**
135:5, 185:10,
213:22
**bell**
59:14
**below**
75:8
**benzinger**
59:2, 62:13

**besides**
26:15, 29:13
**best**
8:6, 54:1,
84:13, 102:6,
132:9
**better**
13:17, 13:23,
52:13, 58:18,
193:5
**between**
18:9, 25:14,
31:15, 41:18,
48:14, 50:23,
66:7, 76:1,
81:11, 99:3,
108:19, 121:25,
123:4, 124:4,
124:9, 126:14,
139:13, 142:21,
144:22, 148:4,
152:22, 155:4,
158:2, 165:2,
171:20, 172:4,
173:3, 175:19,
182:6, 189:10
**beyond**
33:5, 197:6
**bhi**
152:17
**bibliographies**
119:17
**bibliography**
53:7
**big**
134:6
**bigger**
112:11, 134:7
**bill**
29:16, 29:18,
29:20, 29:21,
29:24, 29:25,
30:1, 30:3,
30:4, 30:6,
30:24, 31:6,
31:10, 31:13,
31:14, 32:7,
33:12, 33:18,

71:15
**billed**
221:12
**bingham**
4:22
**bird**
5:24, 10:21
**birds**
122:4
**birth**
110:6
**bit**
12:8, 17:15,
50:10, 90:25,
120:12, 156:12,
197:16, 203:22
**black**
77:13, 122:22,
123:14, 123:22,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
134:23, 135:10,
136:6, 136:13,
136:18, 136:23,
139:14, 139:17,
140:18, 141:16,
141:20, 142:16,
147:1, 148:4,
152:17, 152:22,
153:4, 157:20,
182:7, 193:7
**blah**
190:7
**blinking**
96:8
**block**
84:4, 84:8,
89:22, 90:15,
113:20, 115:17,
118:5, 118:6,
118:15, 118:20,
118:22, 118:24,
119:2, 193:2,
193:10, 194:20,
194:21, 194:25,

195:10, 195:14,
195:15, 196:4,
196:9, 197:4
**blockage**
215:11
**blocked**
114:7, 117:17,
117:18, 117:24,
118:1, 118:10,
158:12, 190:18,
190:21, 192:20,
194:15, 204:19,
214:2
**blocking**
118:18, 166:24,
176:12, 176:16,
177:5, 177:7,
177:9, 177:20
**blue**
174:5
**bob**
73:19
**body**
92:6, 92:11
**boiling**
32:25
**book**
39:13, 112:14
**books**
25:12, 39:12,
48:9
**border**
14:8
**bore**
88:2, 113:19
**born**
13:13, 13:25,
88:15, 109:25,
110:2, 110:21
**both**
24:8, 31:20,
33:17, 40:12,
40:13, 126:25,
136:10
**bottom**
54:25, 56:23,
70:14, 117:15,
119:5

box
125:13
boy
122:16, 123:8,
137:17, 164:16,
175:11, 175:21,
179:14
boy's
139:13, 175:20
boys
93:15, 93:21,
99:1, 126:6,
127:18, 128:3,
129:21, 131:15,
131:25, 132:5,
132:8, 133:22,
137:7, 137:8,
137:10, 137:19,
139:5, 139:19,
141:3, 141:12,
141:16, 145:16,
146:18, 146:19,
148:4, 152:16,
152:22, 152:23,
154:18, 154:20,
155:11, 155:16,
156:21, 158:4,
158:7, 158:8,
158:10, 160:14,
160:19, 160:21,
166:5, 166:12,
166:21, 167:24,
172:5, 173:3,
173:22, 174:4,
174:5, 174:23,
176:4, 176:7,
179:5, 180:7,
180:21, 181:3,
181:22, 182:8,
182:10, 182:13,
192:14, 192:24,
205:8
braids
180:13
brain
111:20
break
12:16, 74:13,

120:10, 120:12,
120:22, 175:22,
178:2, 178:15,
192:25, 220:18
brief
47:5, 47:13,
58:7
briefly
53:11, 121:14
bring
18:11, 38:20,
95:3
bringing
90:18, 197:19
brings
36:20
broad
5:16
broadcast
72:1
broadcasts
71:3
broadly
40:7
broke
76:3
brooklyn
39:16, 39:17
brought
34:19, 127:20,
152:3, 154:7
brown
5:15, 10:15,
10:17, 174:6
buddies
164:10
bullet
125:5, 127:2
bunch
56:16
buses
132:4
bystander
122:16
bystanders
83:12, 122:12,
122:14, 122:20

**C**

c-r-a
11:21

c-r-a-i-g-e
11:22
call
22:2, 33:20,
50:21, 51:5,
95:19, 107:23,
129:24, 133:5,
147:24, 148:23,
151:14, 183:5,
222:20
called
38:6, 39:13,
54:19, 126:3,
126:5, 130:2,
130:7, 152:3,
162:25
calling
185:2
calls
54:16, 67:19,
67:23
came
16:13, 67:14,
99:25, 146:13,
148:5, 152:20,
154:23, 222:16
camera
147:3, 151:15,
151:19, 163:5,
171:25, 218:12,
218:15
cameraman
134:24, 135:6,
146:8, 147:1,
148:22, 148:23,
148:25, 150:22,
151:14, 152:2,
157:16, 162:6,
162:20, 163:1
cameraman's
158:6
cameras
152:8
can't
39:16, 60:22,
61:1, 78:1,
100:8, 122:15,
123:5, 127:12,

129:15, 130:9,
134:4, 136:25,
139:21, 160:18,
172:3, 172:9,
193:13, 210:21,
211:8, 212:3,
212:4, 212:17,
214:24, 220:1
cannot
129:22, 133:25,
166:15, 170:6,
203:17
cap
162:14, 163:4,
171:23, 174:5,
174:12
capable
113:12
capacity
86:22
caplan
52:8, 54:14
caption
2:1, 9:19,
64:24
capture
37:6, 115:11
captured
106:4, 106:24,
130:17
capturing
37:8
car
197:13, 197:15
card
113:9
careful
27:20, 101:9,
190:24
carefully
135:23, 151:9
carissimo
71:25
case
1:10, 1:20,
1:33, 2:7, 2:17,
2:29, 9:2, 9:3,
9:4, 9:6, 9:10,

9:13, 9:21,
18:11, 21:6,
23:15, 38:23,
46:16, 56:15,
56:21, 56:23,
56:25, 57:1,
58:14, 58:20,
59:1, 59:2,
59:17, 59:18,
60:14, 60:16,
62:19, 62:21,
64:6, 64:13,
65:8, 66:2,
82:10, 83:4,
86:14, 86:23,
91:21, 92:15,
94:25, 95:19,
97:23, 100:19,
105:15, 109:10,
113:5, 115:6,
118:18, 118:23,
131:20, 137:4,
143:7, 149:6,
150:11, 188:8,
191:13, 200:17,
221:7, 224:11
**case's**
59:16
**cases**
39:2, 40:8,
40:18, 46:18,
52:12, 56:16,
56:24, 57:25,
58:5, 59:23,
62:25, 63:10,
64:5, 64:19,
75:7, 107:16,
148:17
**category**
70:21, 111:8
**catholic**
83:11, 99:1,
127:19, 128:4
**cats**
116:3
**caught**
155:17
**cbs**
1:36, 4:18,

4:19, 5:1, 5:2,
9:6, 11:10,
71:22
**cbs's**
72:12
**celebratory**
185:1, 186:12
**center**
6:14, 35:5,
36:19, 43:1
**centuries**
23:3, 37:1
**century**
25:10, 52:24
**ceremonial**
143:24, 144:4,
145:21, 146:23
**certain**
19:19, 23:25,
30:16, 33:4,
41:13, 53:16,
56:3, 81:21,
107:16, 110:17,
113:15, 132:3,
164:8, 176:1
**certainly**
25:11, 62:1
**certificate**
224:1
**certify**
224:4
**challenging**
109:3, 112:23
**chamber**
6:14
**changed**
18:9, 51:15
**changes**
51:2, 51:6
**chant**
143:17, 143:22,
143:25, 144:23,
145:1, 145:21
**chanted**
129:6, 181:22
**chanting**
129:10, 129:18,
143:14, 144:11,

144:16, 148:6,
156:22, 171:23,
182:4, 182:5
**chants**
143:22
**chaperones**
83:11
**character**
54:10, 54:17,
54:20, 54:21,
101:22, 126:9
**characterization**
116:16, 116:23,
164:11
**characterize**
53:15, 67:4,
78:1, 108:10,
108:11, 141:13,
170:2
**characterizing**
191:1
**characters**
77:11
**check**
113:9
**cheer**
137:9, 137:18,
137:19, 137:20
**cheering**
137:11
**chicago**
5:7, 14:10
**child**
110:16, 110:18,
111:5
**children**
109:23, 109:25,
110:2, 110:21
**choices**
98:4
**chop**
161:7, 161:10,
161:19
**chose**
197:4
**chris**
71:14
**church**
170:24

**circle**
129:7, 129:17,
129:19, 129:24,
129:25, 130:19,
131:5, 131:10,
133:5, 133:13
**circulating**
125:17
**circumstance**
94:9, 97:5,
117:22, 142:24
**circumstances**
34:1, 87:14,
102:9, 106:4,
106:23, 122:2,
144:4
**cite**
112:3, 149:7,
149:8, 149:11,
149:13, 171:6,
176:10
**cited**
127:4, 128:11,
149:24, 178:12
**city**
13:4, 13:10
**civil**
40:11
**claim**
84:4
**claiming**
131:9, 156:24,
183:3
**claims**
192:8
**clarification**
13:24
**clarify**
57:20, 58:16,
58:17, 69:18
**clarity**
54:7
**clasped**
170:18
**class**
38:6, 40:5,
40:16, 41:14,
107:19

classical
21:10
classwork
15:18
clause
190:7
clear
97:22, 98:13,
106:1, 118:19,
128:24, 132:24,
146:4, 158:14,
192:19, 195:1
clearest
195:23
clearly
146:16, 154:6,
175:7, 181:2
clenched
141:18
clicked
73:9, 73:12
climb
154:5
climbed
154:2, 154:11
climbs
154:8
clip
68:4, 68:6,
72:9, 73:9,
215:6
clips
218:17
close
13:20, 95:19,
96:6, 96:18,
96:21, 125:24,
154:18
closely
117:20
closer
179:5
clot
148:19
co-counsel
10:21, 10:25
cogni-science
36:20

cognition
36:22, 42:19
cognitive
35:8, 36:19,
42:16, 42:17,
42:25
colleague
11:9
collect
21:16
collecting
21:12, 116:11
collections
21:19
collector
16:17
college
16:13, 39:17,
42:11
collegiate
74:4
columbus
5:17
come
26:20, 26:24,
55:18, 56:12,
60:23, 96:21,
127:5, 146:23,
151:12, 157:25,
158:2, 172:12,
179:5, 182:1,
191:17, 191:18,
192:3, 197:25,
220:18
comes
29:11, 44:4,
54:3, 87:18,
168:24, 169:3,
192:20, 194:5
comfortable
96:17
coming
152:21, 157:22
command
106:15, 109:16
commencing
8:1
comment
121:21, 166:15,

180:24
comments
142:20
commercial
64:9, 64:10
commission
224:18
commissioned
222:12
committees
41:25, 43:12
common
38:4, 52:21,
109:13, 111:13,
112:21, 180:13
common-sense
111:15, 111:16
commonly
23:22
community
42:5, 43:7,
115:18
companion
179:23, 180:1,
180:10, 182:15,
182:18
companions
164:3, 164:14,
164:15, 179:13,
183:19
company
1:23, 4:12,
6:10, 9:20,
10:10, 11:1,
21:9
comparable
195:16, 195:25
compare
131:5
compensation
221:6
competence
111:17, 111:21
competent
115:13, 199:16
competition
37:2
compile
25:13

compiling
116:10
complete
15:21, 58:3,
70:23
completed
221:10
completely
88:22, 89:13,
197:17, 207:16
complex
18:24, 20:12,
23:6, 26:12,
32:1, 32:3,
51:3, 51:19,
51:20, 197:19
complicated
17:25, 208:13
compose
20:12, 26:11
composed
27:7
composite
218:18
computational
37:11
computer
8:10, 25:24,
37:1, 39:6,
42:23, 50:9,
108:13, 108:14,
108:15
computers
25:23
concede
150:7
conceding
213:24
concentrates
187:11
concentrating
189:8
concerned
190:11
conclude
83:25, 119:6,
123:16
concluded
201:1, 223:19

concluding
186:8
conclusion
88:19, 204:10
conclusions
189:7
conclusive
186:10
condition
55:19, 197:11
conditional
101:22, 197:24,
198:4
conditionally
56:8, 62:5
conditions
33:21, 61:18,
77:23, 78:10,
94:24, 107:6,
107:23, 107:25,
108:3, 108:4,
108:6, 108:21,
108:22, 108:23,
109:1, 117:10,
119:7, 188:18,
188:21, 189:3,
190:1, 190:5,
198:2, 199:15,
199:17, 216:10
conduct
141:3
conducted
2:36, 3:2,
121:16
confidence
66:17
confront
84:3
confrontation
76:2, 77:18,
95:13, 95:16,
95:17, 95:20,
95:21, 98:7,
98:11, 120:1,
146:15, 179:12,
184:7, 213:1,
213:6
confused
31:8, 31:24

congratulating
184:19, 184:20,
185:5
conjecture
84:5, 84:8,
84:12
conjoined
118:25
conjunct
118:11, 118:15
connect
8:15
connecting
8:16
connection
57:12, 68:24,
70:25, 73:22
connotation
95:23
connotations
56:9, 109:5
conscious
95:6
consequence
37:22
conservative
172:23
consider
18:16, 64:16,
81:11, 84:15,
161:18, 187:22
considerably
215:9
consideration
31:2, 34:17,
38:3, 101:9,
190:24, 193:17
considered
68:16, 117:6,
119:24, 187:19,
193:22
considering
24:25, 94:2
consistent
84:2, 199:5
consists
21:11
constantly
44:5, 44:18

constitute
194:8, 208:14
constituted
99:7
construable
87:14
construal
80:9, 80:14,
81:1, 81:10,
87:20, 87:21,
114:12
construal's
81:3
construction
117:25, 172:19
construe
87:17
construed
82:5
consult
74:9, 119:22,
120:10
consulted
73:25, 74:6,
111:22, 113:1,
119:20, 200:1,
200:2, 200:23
contact
65:21
contacted
65:14, 65:18
contain
58:3
contained
216:4
contend
136:11
contending
136:21
content
44:6, 145:22,
198:4
contention
136:15, 165:25
contentious
39:2, 113:20,
114:2
context
20:21, 21:24,

26:16, 26:22,
27:8, 28:15,
28:17, 28:18,
28:21, 28:23,
29:1, 29:7,
29:11, 29:17,
30:8, 30:14,
33:1, 33:20,
34:2, 34:12,
34:18, 41:16,
41:19, 50:15,
50:17, 50:19,
50:20, 50:21,
50:22, 50:24,
51:2, 51:5,
51:11, 51:14,
51:15, 51:19,
97:18, 104:6,
109:8, 115:23,
118:7, 119:16,
133:14, 197:1
context-sensitive
26:25, 27:1,
29:10, 41:14
contextual
20:13, 31:5,
31:19, 51:21
continue
62:12, 117:2
continued
2:1, 4:27,
5:28, 165:11
continues
68:20
continuing
13:22, 67:25,
119:23, 133:18,
137:5, 165:3,
165:17, 165:18,
179:8
contract
63:16, 63:17,
64:11, 64:14
contracts
63:12, 64:9
contraposition
50:7
contributing
99:11

controversial
53:1, 53:3,
53:4, 161:13,
161:15
convention
115:9
conversation
66:1
conversations
8:12, 101:11
convey
17:24, 18:2,
19:20, 91:1,
91:3, 91:13,
91:14, 91:17,
91:23, 92:5
conveyed
17:3
copy
46:4, 46:10,
51:8
corporation
5:11
correctly
114:9
correlated
75:21
correlation
31:15
correspond
80:10, 150:10
correspondence
62:19
corridor
171:10, 171:20,
173:16, 174:2,
175:3, 177:18,
177:22, 178:16,
178:19, 209:25,
215:7
couched
107:10
could
17:3, 28:18,
28:22, 29:16,
33:15, 33:16,
33:25, 39:1,
49:13, 49:23,

51:4, 51:7,
53:16, 58:17,
76:8, 80:24,
105:4, 119:15,
119:17, 130:14,
132:19, 141:15,
142:23, 143:6,
147:8, 152:19,
154:11, 161:19,
163:16, 167:3,
173:2, 174:8,
174:15, 175:13,
175:25, 181:25,
187:15, 190:6,
191:15, 191:16,
191:18, 192:4,
193:13, 195:5,
195:8, 196:11,
196:20, 199:19,
200:17, 204:21,
205:6, 205:10,
206:8, 206:10,
206:13, 207:3,
207:4, 207:20,
208:10, 208:17,
210:6, 211:19,
213:20, 213:21,
215:10, 215:13,
215:17, 218:2,
218:5, 218:8,
218:10, 218:21
couldn't
125:18, 145:4,
154:1, 163:10,
186:4, 191:20,
191:23, 192:6,
195:2, 209:14
counsel
10:4, 113:5,
224:9
count
57:23, 130:13,
131:19, 132:10,
132:18, 148:16,
148:17, 221:13
country
181:4
couple
54:9, 76:24,

129:14, 130:24,
146:9, 159:22,
179:11
course
21:16, 28:24,
36:24, 38:11,
38:13, 38:15,
38:16, 38:17,
39:4, 39:9,
41:9, 41:11,
51:2, 51:22,
52:5, 52:17,
53:24, 63:24,
76:23, 84:24,
92:19, 92:24,
116:7, 121:24,
138:14, 149:22,
153:18, 172:3,
181:10, 222:19
courses
35:20, 35:23,
43:11
coursework
16:1
court
1:1, 11:11,
11:14, 12:12,
13:16, 13:23,
13:24, 14:2,
58:21, 60:6,
83:19, 112:23,
138:15, 138:18,
178:24, 213:15
courtroom
57:17
covington
1:3, 83:10,
99:1, 122:16,
123:8, 123:18,
126:6, 127:19,
128:4, 129:21,
131:6, 131:15,
137:6, 146:19,
158:7, 164:16,
180:7, 181:22,
182:7, 182:10,
182:13
crackers
126:6

craig
7:12, 11:24,
11:25, 223:6,
223:17
craige
2:35, 3:1, 7:3,
7:9, 8:21,
11:15, 11:20,
11:24, 26:20,
47:5
crane
117:25, 118:1,
118:2, 118:3
crc
224:17
create
209:24
creole
16:3, 48:9,
48:14, 48:16,
48:20, 49:14
criminal
40:11, 62:19
cross-examining
61:19
crowd
56:3, 125:17,
139:10, 154:10,
156:6, 158:8,
160:13, 160:20,
165:10, 166:21,
167:24, 176:4,
176:8, 185:17
crowd-sourcing
23:21, 24:5
crr
224:17
crucial
107:21, 119:8
crude
80:17
csr
224:17
cultural
56:10, 56:12,
85:12, 86:4,
86:17, 87:10,
97:20, 97:21,

138:7
**culture**
88:4, 92:10,
104:4, 130:7
**cultures**
184:23
**current**
42:7, 116:24
**currently**
13:3, 41:20
**curriculum**
58:7
**cursor**
150:25
**cut**
112:25
**cv**
27:18, 47:8,
47:10, 47:13,
47:15, 54:9,
56:14, 63:6,
68:7, 68:9
**cv--wob-cjs**
1:11, 1:21,
1:34, 9:2, 9:5,
9:7, 9:21
**cycle**
18:25

**D**

**dame**
173:19, 174:9,
174:12, 175:1,
175:9, 175:12
**dance**
129:20, 129:24,
130:2, 130:7,
130:14, 131:6,
131:10, 133:5,
133:6, 146:23
**danced**
129:6
**dancing**
129:10, 129:17,
129:25, 130:19,
133:11
**darren**
6:12, 10:6,

10:8, 10:9
**data**
19:14, 20:23,
21:2, 21:4,
22:9, 22:11,
22:15, 22:19,
22:20, 22:25,
24:25, 25:25,
27:5, 27:6,
27:10, 27:13,
27:14, 54:3,
127:13
**database**
108:17
**date**
9:15, 9:22,
99:19, 221:22,
221:25
**dated**
46:12, 65:12,
74:25, 222:17
**david**
6:18, 9:24
**davis**
4:14
**day**
45:2, 78:15,
85:3, 101:16,
222:7, 224:14
**days**
67:16, 76:24,
100:8
**dc**
4:16, 97:11,
127:5
**dear**
46:23
**debate**
28:20, 51:25,
52:15, 52:23,
53:12
**december**
2:37, 4:2,
7:14, 9:16,
9:23, 222:17,
223:7, 224:14
**decide**
79:11, 95:2,

115:8, 115:13,
115:17, 120:10,
151:12
**decided**
59:15, 72:17,
82:15, 101:17,
102:5, 121:17
**deciding**
196:16
**decipher**
86:15, 86:24
**decision**
75:18
**declined**
191:7, 191:14
**deem**
43:5
**deemed**
36:3, 59:10,
59:25, 60:2
**deep**
197:18
**deeper**
17:2
**deeply**
43:24
**deer**
109:25
**defamation**
40:15, 40:19,
56:15, 56:20,
57:7, 66:3
**defective**
111:20
**defendant**
1:13, 1:25,
5:10
**defendants**
1:37, 2:11,
2:23, 2:33,
4:10, 4:18, 5:1,
5:20, 6:1, 6:9,
11:10
**defense**
187:10
**define**
114:17
**defined**
28:20, 116:18,

116:20
**defines**
201:7
**defining**
116:18
**definitely**
145:12
**definition**
22:3, 115:24,
116:15, 116:16,
116:17, 116:21,
116:22, 195:11,
195:14, 196:14,
197:4, 201:6,
201:7, 201:10,
201:14, 201:20,
201:23, 202:1,
202:2, 202:12,
216:24
**definitions**
22:2, 113:13,
115:23, 116:10,
116:12, 116:13,
190:24, 193:2,
195:6, 195:19,
196:3, 196:8,
199:25, 200:7,
200:22, 216:4,
216:15
**definitive**
108:25
**defrank**
4:6, 57:2, 57:9
**degrade**
125:24, 126:17
**degrading**
126:18
**degree**
14:25, 15:1,
15:16
**dell**
76:14
**delusionary**
91:18
**demanding**
38:16
**denotes**
203:1

dentons
4:22, 5:5, 10:2
deny
85:11, 218:11
denying
150:3
department
35:14, 36:11,
40:22
depends
18:6, 20:20,
28:18, 49:22,
56:6
depicted
163:4
depos
6:19, 9:25
deposed
12:5
deposition
2:35, 3:1,
7:14, 8:21,
8:25, 10:1,
46:5, 46:9,
57:18, 73:20,
82:10, 82:14,
94:5, 101:10,
101:12, 124:1,
132:2, 150:11,
198:1, 210:12,
223:6, 223:19,
224:3
depositions
12:24, 79:3
describe
80:13, 107:18,
107:25, 108:2,
121:14, 141:12,
143:13, 152:15,
170:1, 180:10
described
22:6, 95:13,
152:20, 164:1,
183:19
description
7:7, 114:15,
156:19
descriptive
107:7, 107:11

design
82:2
desire
140:20
detailed
38:1
details
52:8, 60:16,
75:14, 123:25
determination
146:1
determine
48:1, 78:19,
101:21, 107:8,
109:6, 109:9,
109:19, 113:17,
115:23, 119:7,
125:8, 128:6,
129:9, 184:19,
187:25, 190:1,
190:4, 198:20,
199:2, 199:20,
216:8
determined
120:4, 199:11
determining
107:6
deters
59:2, 62:13
develop
22:1, 101:4,
110:8
developed
38:6
developing
41:17, 110:18
development
55:11
device
76:12
dictionaries
16:8, 16:18,
22:8, 22:12,
22:14, 23:12,
23:13, 25:2,
74:1, 74:2,
74:7, 74:9,
109:4, 111:22,

112:3, 112:7,
113:1, 113:6,
119:12, 119:13,
119:21, 119:22,
195:17, 195:20,
196:4, 199:25,
200:2, 200:23
dictionary
16:2, 16:3,
22:2, 22:3,
22:19, 48:10,
48:24, 49:1,
49:4, 49:6,
49:9, 49:14,
74:2, 74:4,
74:5, 95:17,
107:13, 112:10,
113:12, 115:22,
116:10, 190:24,
191:5, 193:1,
195:4, 195:11,
195:14, 195:15,
196:13, 196:20,
196:23, 196:25,
201:7, 216:3,
216:24, 217:2
dictionary's
24:15
difference
32:22, 98:3
differences
56:10, 56:12,
97:20, 97:22,
98:14, 99:6,
138:7
different
12:8, 12:10,
18:9, 18:21,
20:5, 20:18,
21:23, 25:14,
29:23, 30:5,
37:7, 51:18,
56:25, 58:22,
97:12, 97:13,
116:11, 122:10,
123:15, 124:7,
144:25, 148:19,
148:20, 184:15,

184:16, 188:25,
195:10, 197:19
difficult
32:10, 154:15,
201:15
dinsmore
60:9
direct
80:3, 126:13,
153:1, 155:19
direction
51:9, 51:10,
51:17, 152:24,
156:24, 157:7,
166:2, 166:4,
166:19, 167:7,
167:11, 208:10,
208:14, 208:16,
220:3, 224:8
directions
157:5
directly
158:7, 168:9,
206:13
disagreeing
174:20, 174:25
disambiguate
119:2
discerning
196:16
disclosure
46:12
disclosures
46:11, 64:25
discourse
26:23, 28:24,
29:5, 50:15,
50:17, 50:21,
50:22
discrepancy
189:10
discuss
48:4, 66:14,
83:9, 96:2,
107:22, 156:11,
176:20, 187:7,
217:4
discussed
194:21

discussing
183:24
discussion
20:20, 26:18,
26:20, 31:3,
31:17, 31:19,
33:16, 33:23,
53:10, 53:13,
53:15, 55:15,
100:19
discussion's
53:5
discussions
8:9
disney
4:11
displaying
173:13
dispute
87:23
disputing
90:3, 90:5,
190:12
disregard
102:4
dissing
54:20
distances
134:1, 134:4,
134:10, 134:14,
154:16, 172:10,
172:11
distinct
88:7
distinguish
49:20, 144:22,
222:23
distort
80:19
distortion
105:5
distorts
93:12
district
1:1, 1:2
disturbing
96:9
division
1:3

doctoral
35:4
document
7:12, 64:19
documents
76:15
dog
116:3
dogs
116:4
doing
37:9, 67:1,
85:24, 87:1,
92:23, 94:18,
119:18, 126:25,
130:14, 131:1,
131:2, 132:22,
140:18, 140:19,
140:25, 142:25,
145:20, 148:12,
160:18, 161:7,
184:25, 186:12,
186:16, 197:1,
208:23
domain
50:3, 50:12,
91:11
done
24:23, 63:16,
72:19, 85:23,
86:7, 86:21,
96:15, 108:5,
124:14, 130:6,
142:9, 162:23,
172:18, 177:3,
191:23, 206:21,
213:12, 217:20,
220:14
double
142:6
doubt
81:7, 84:18,
93:25, 161:22,
196:12
down
32:25, 48:8,
50:3, 50:10,
62:18, 123:6,

137:7, 137:11,
141:17, 152:13,
152:21, 154:24,
158:2, 158:9,
179:5, 192:25,
204:8, 206:15,
207:24, 217:15,
219:7
draft
121:8
drafting
121:15
draw
23:7, 23:16,
25:25, 43:8,
145:23, 148:2,
148:6
drawn
28:25
dressed
122:19, 124:23,
131:24, 146:22
dritz
62:18
drive
4:7, 5:6, 6:14
drives
197:13
drum
96:7, 96:8,
143:22, 145:22,
146:24, 148:5,
185:12
drummed
181:21
drumming
146:24, 156:22,
182:2, 182:3
drums
129:7
due
14:9, 52:6
duly
11:15
dumpty
115:7
during
85:4, 123:3,

124:9, 129:19,
218:16
dynamic
50:4, 50:15,
51:1, 51:5,
51:19

|E|
|---|

each
8:17, 17:24,
29:6, 75:20,
75:21, 89:15,
89:17, 96:19,
96:20, 96:21,
97:14, 98:9,
106:3, 111:2,
112:22, 142:22,
208:22
earlier
48:11, 51:24,
85:2, 114:14,
116:9, 122:21,
142:19, 157:4,
162:18, 162:24,
170:2, 171:24,
172:8, 176:21,
180:2, 188:21,
194:22, 197:25,
221:15
early
25:10, 52:24,
100:11, 132:25
easier
112:11, 112:14,
172:14, 211:24,
222:22
east
157:9, 157:11,
158:2, 168:5
eastern
1:2
easy
112:16, 113:4,
173:25
edge
156:21, 167:23
edition
74:5

education
15:17
edward
21:8
effect
118:2, 188:25
eight
67:16, 100:7
either
45:13, 72:7,
82:18, 100:5,
100:11, 100:24,
107:12, 131:1
elicit
26:4
eligible
41:25
ellipses
27:2, 29:13
ellipsis
20:15
else
25:4, 26:14,
27:4, 53:2,
65:20, 66:15,
96:24, 128:14,
184:6, 187:17,
197:8, 199:8,
199:16, 207:20,
215:2, 223:10
else's
81:12, 85:12,
86:24, 92:11,
93:23
em
113:9
email
62:18, 65:21
embedded
71:9, 72:5
emerita
41:21
emotional
56:9, 78:3
emphasis
30:5, 30:23,
31:16
emphasize
30:15, 177:25

empirical
19:19, 52:10
employed
224:10
employment
34:24, 43:15
empty
205:17
enabled
8:13
encode
26:21, 37:7
encounter
66:7, 79:5,
85:4, 98:3,
98:8, 98:9,
98:11, 106:5,
106:24, 139:6,
139:12, 166:17,
176:2
encourage
146:7
end
66:13, 68:2,
126:10, 135:2,
166:9, 206:16,
223:16
endeavored
79:5, 83:22,
88:21
endeavoring
83:18
ended
63:8
ends
197:24, 199:12
enforcement
38:14
engaged
56:17, 125:24,
126:7, 185:10
engagement
185:13, 221:17,
222:13
england
60:22
english
16:4, 18:13,

23:19, 24:1,
24:8, 24:11,
25:9, 26:6,
32:20, 32:22,
48:9, 48:14,
49:18, 52:21,
52:22, 65:9,
74:2, 95:7,
103:12, 103:15,
106:2, 106:8,
106:9, 106:12,
106:14, 106:16,
108:13, 108:19,
109:16, 111:23,
112:9, 113:23,
143:15, 143:18,
145:5, 184:4,
184:11, 191:4,
195:13, 201:6,
216:11
enormous
23:5
enough
13:20, 60:4,
102:19, 102:22,
103:16, 110:17,
195:1
entailments
26:9
entered
147:23
enthusiastically
137:10
entire
133:13, 218:13
entirely
72:18
entitled
7:12, 50:12,
186:23
entourage
148:8, 148:9,
148:14, 148:15
entries
195:16, 196:13
entry
71:13
errors
110:11

escape
201:25
especially
37:23, 75:24,
87:18, 123:5,
142:1, 142:13,
144:23, 170:23
esquire
4:4, 4:5, 4:13,
4:21, 5:4, 5:13,
5:14, 5:22, 6:4,
6:12
essays
21:14
essentially
22:7, 33:1,
47:1, 116:11,
120:3
establish
49:11
estimate
129:22, 130:9,
132:10
et
1:36, 2:10,
2:32, 9:1, 9:6,
9:9, 9:10, 9:13,
9:20
etcetera
20:7, 27:3,
37:25, 45:4,
59:2, 109:6
ethnic
56:3, 123:11,
124:20, 124:21,
124:22
europe
99:2, 139:10,
180:22
evade
212:24
even
41:7, 42:5,
43:9, 43:23,
59:14, 82:14,
107:19, 111:18,
118:22, 133:13,
154:24, 181:12,

206:11
**event**
80:9, 80:14,
80:15, 81:21,
82:6, 122:11,
127:4, 137:16,
139:9, 139:24,
140:4, 141:4,
141:10, 151:25
**events**
46:1, 48:1,
48:6, 78:15,
139:23, 140:23,
161:14
**ever**
56:15, 56:20,
57:8, 57:11,
58:10, 58:14,
58:19, 58:23,
60:2, 88:3,
93:23, 110:12,
136:5
**every**
37:25, 45:2,
60:21, 144:25,
204:3, 218:15
**everybody**
11:8, 60:21,
113:24, 197:12,
197:23
**everyday**
43:25, 111:12
**everyone**
8:3, 111:18,
120:11, 173:21
**everything**
17:20, 101:18,
187:16, 197:13
**evidence**
18:12, 21:24,
23:7, 27:6,
52:10, 76:7,
78:16, 79:8,
79:20, 80:3,
82:25, 83:19,
87:19, 90:16,
95:3, 95:4,
101:25, 102:2,

119:24, 176:22,
193:21, 213:3,
213:17, 217:6,
217:13, 217:15,
218:6
**evident**
88:25, 97:15,
99:8, 122:18,
207:25, 208:5,
208:8, 208:11,
208:17, 209:4,
209:14, 215:5
**evidently**
209:23
**exact**
221:22, 221:25
**exactly**
54:7, 58:1,
66:25, 72:3,
97:9, 100:8,
100:13, 129:15,
132:24, 135:23,
172:3, 173:25,
189:3
**examination**
7:3
**examine**
193:9
**examining**
63:17
**example**
19:24, 25:22,
29:12, 30:7,
30:8, 30:13,
37:11, 39:12,
43:9, 51:7,
52:4, 71:13,
77:13, 77:25,
81:3, 104:24,
110:12, 116:1,
116:4, 117:11,
118:17, 123:21,
153:17, 188:16,
198:3, 216:19
**examples**
51:4
**excellent**
25:8

**except**
77:16, 90:13,
95:4, 101:18,
209:5, 218:17
**exchange**
124:4, 124:9,
126:7, 126:9,
126:14
**exchanged**
123:22
**excluded**
58:10, 58:12,
58:14
**excluding**
106:12, 106:13
**excuse**
58:4
**exhibit**
7:7, 7:9, 7:12,
46:5, 46:6,
46:9, 46:11,
149:5, 150:12,
158:18, 158:21,
158:24, 170:11,
179:17, 210:11,
212:7, 214:5,
214:6, 214:9,
222:20, 222:21,
222:22, 222:24
**exhibits**
150:11, 158:16,
222:23
**exists**
14:15
**exit**
176:13, 177:21,
192:9, 192:10,
200:18
**expect**
118:9
**expected**
119:3, 170:25
**expensive**
16:21
**experience**
84:16, 87:22,
91:2, 111:13,
137:25, 138:22,

144:5, 144:7,
144:9, 207:8
**experienced**
92:17
**experiences**
84:23, 85:1,
85:2, 85:12,
86:2, 86:3,
86:16, 86:17,
86:25, 87:9,
92:9
**expert**
7:9, 18:16,
46:4, 56:17,
57:6, 57:12,
57:16, 57:18,
57:21, 58:4,
58:11, 58:20,
59:12, 59:21,
62:22, 63:21,
63:23, 63:25,
66:9, 82:22,
85:16, 86:23,
88:5, 88:10,
103:2, 105:21,
206:18, 206:21,
206:24, 207:13,
209:2, 209:3
**expertise**
18:4, 18:10,
19:10, 45:22,
45:25, 51:23,
63:23, 79:15,
79:16, 82:23,
84:19, 88:5,
91:8, 91:11,
91:12, 92:3,
92:5, 92:16,
93:25, 94:21,
96:4, 134:11,
134:20, 138:4,
138:6, 139:22,
143:11, 144:6,
153:22, 153:25,
161:21, 199:12,
207:8, 207:12,
207:19, 208:25,
209:1

| | | | |
|---|---|---|---|
| **experts** 52:20 | 155:19, 165:15, 165:24, 167:15, 168:9, 168:24, 215:18 | 198:8, 199:5 | **feeling** 99:3, 153:16 |
| **expires** 224:18 | | **faculty** 43:8 | **feet** 133:23, 154:19, |
| **explain** 32:10, 37:15, 44:4, 79:1, 115:3, 197:22 | **face-to-face** 95:18, 96:6, 179:12 | **fair** 60:4, 87:11, 102:19, 102:22, 114:24, 196:2, 212:22 | 154:22, 154:25, 172:6, 172:16, 172:20, 172:23, 172:24, 174:6, 217:13 |
| **explanation** 32:19, 54:2, 197:21 | **facebook** 45:15 **faced** 137:8, 155:18 | **fall** 84:19, 103:25 | **felicitous** 32:23 |
| **explanations** 187:1, 188:13 | **faces** 157:6, 157:8, 157:9, 157:11, | **false** 29:17, 30:2, 31:23, 33:22, | **felicity** 31:20 |
| **exploring** 26:4, 26:7 | 168:2, 169:3 | 33:25, 55:20, 78:2, 104:21, | **fellow** 137:19, 151:2, 151:3, 151:4, |
| **expressed** 89:15, 89:18, 90:10, 90:21, 105:15, 105:19 | **facial** 92:6, 92:12 **facilities** 59:3 | 105:7, 106:3, 106:18, 106:22, 120:5, 166:24, 188:24, 189:20, | 151:6, 171:22, 180:5 **fellowship** 35:2, 35:4 |
| **expressing** 86:1, 87:8, 141:20 | **facing** 133:24, 157:3, 157:20, 157:21, | 198:9, 199:18 **falsehood** 187:2 | **felt** 140:13, 150:5, 176:1, 176:5, |
| **expression** 38:22, 89:22, 107:8, 109:17, 164:12 | 167:7, 167:13, 168:5, 208:14, 208:16 | **familiar** 60:20, 144:12, 161:9, 163:11 | 202:6, 203:9, 203:15 **ferocious** |
| **expressions** 18:13, 26:25, 27:1, 29:10, | **fact** 34:5, 58:24, 82:13, 95:15, 118:23, 176:18, | **family** 12:2 **famous** | 52:22 **few** 63:10, 172:3, |
| 37:24, 41:14, 41:19, 92:7, 92:12, 114:13, | 187:14, 198:10, 202:13, 220:4 **factor** | 16:17, 52:6, 54:16 **far** | 172:7, 217:4 **field** 17:14, 17:18, |
| 114:16, 115:5 **extensive** | 31:5, 31:19, 202:11 **factors** | 83:14, 99:4, 100:1, 104:7, 104:24, 123:5, | 28:21, 51:25, 52:16, 54:16 **fields** |
| 43:22 **external** 34:6 | 20:1, 20:14, 26:22, 26:24, 197:2, 197:20, | 154:13, 155:2, 206:12, 210:6, 215:10, 218:2, | 36:21, 36:23, 38:14 **fight** |
| **extremely** 96:6 **eyes** | 197:25 **facts** 78:19, 80:10, | 218:4, 218:7, 218:10, 218:21 **fascinating** | 185:10 **figurative** 200:16, 200:24, |
| 80:25, 87:18, 96:8, 199:16, 205:20, 205:22, | 83:10, 88:25, 121:1, 121:3, 121:9, 121:15, | 60:16, 109:24, 110:22 **fashion** | 201:2, 201:8 **film** 134:9, 152:4 |
| 206:2, 206:13 | 121:18, 121:20, 149:23, 149:25, | 186:12 **faster** | **filmed** 134:23 |
| **F** | 150:6, 187:21, 188:19, 195:7, | 76:18 **feel** 216:6 | **filming** 135:17, 146:8 |
| **face** 96:7, 154:9, | | | |

**filter**
86:3, 86:25
**final**
73:18
**finally**
137:6
**financial**
224:11
**find**
23:12, 23:16,
23:19, 24:7,
25:18, 81:5,
157:14, 159:4,
189:14
**finding**
21:11, 157:15
**fine**
12:11, 13:1,
24:2, 62:11,
178:1, 179:22,
205:1, 215:3
**finish**
28:1, 30:12,
30:20, 72:25,
82:14, 96:12,
112:19, 128:24,
192:10, 192:14,
194:12, 202:16
**finished**
25:5
**firm**
186:25, 187:5
**first**
28:2, 35:7,
38:17, 48:8,
49:2, 49:7,
60:6, 64:23,
65:14, 76:24,
100:17, 101:10,
117:14, 118:14,
121:7, 121:17,
125:5, 129:11,
130:12, 131:18,
154:12, 155:4,
157:25, 159:22,
179:10, 180:12,
193:11, 193:16,
196:10, 197:7,

198:17, 210:25,
217:8, 221:19,
223:4
**fists**
141:18
**fit**
116:18
**fits**
111:8
**five**
13:10, 125:15,
142:5, 142:15,
172:19, 175:23,
220:18
**five-minute**
74:12
**fix**
202:7, 203:9
**flat**
123:7, 154:3,
158:9, 158:11
**flip**
200:10
**floor**
5:25, 6:6
**flying**
122:4
**focus**
38:11, 139:9
**focused**
39:25, 40:6,
52:2, 121:24,
152:23
**focuses**
40:20
**focusing**
135:10, 147:2,
147:4
**folks**
196:7
**follow**
146:13
**followed**
46:11, 76:3,
148:12, 187:2
**following**
15:21, 68:18,
70:13, 75:6,

104:21, 146:6,
148:19, 157:25
**follows**
11:16, 182:10
**foot**
204:7
**force**
187:19
**ford**
6:12, 10:6,
10:7, 10:9
**foregoing**
224:3, 224:4
**foreign**
49:17
**foremost**
52:20
**form**
22:14, 22:16,
44:8, 46:22,
79:5, 80:1,
116:21
**formal**
18:17, 19:13,
37:5, 53:16,
63:8, 76:25,
100:14, 100:22,
101:14, 108:11
**formally**
28:22
**forming**
82:8, 83:2,
129:7, 188:13
**forth**
101:13, 146:23
**forward**
156:8
**foul**
28:6
**found**
23:8, 192:18
**four**
73:16, 173:24,
222:7, 222:10
**frame**
130:13, 130:14
**frame-by-frame**
76:18

**frames**
131:23
**francescani**
71:15
**frega**
52:24
**french**
16:4, 48:10,
48:14, 48:16,
48:20, 48:22,
49:16, 103:12
**friend**
186:11
**friendly**
95:24, 96:1,
96:11, 96:25,
97:17, 98:12
**friends**
45:15
**front**
69:19, 80:21,
81:6, 81:7,
81:8, 81:14,
87:18, 125:17,
137:7, 154:13,
154:17, 154:25,
155:1, 156:21,
157:2, 158:3,
158:4, 158:5,
166:5, 166:12,
166:21, 167:23,
168:6, 182:6,
187:14, 187:16,
199:15, 204:6,
204:14, 205:19
**frost**
5:15, 10:15,
10:17
**ft**
4:8, 6:15, 57:4
**full**
21:18, 21:19,
179:10, 195:14
**fun**
164:10
**function**
20:1, 27:7,
33:17, 33:22,

87:22

**funny**
54:23

**further**
50:10, 73:10,
150:24, 151:11,
176:18, 203:22,
223:9

---

**G**

**games**
44:21, 161:11,
161:14

**gannett**
2:20, 5:20,
5:21, 6:1, 6:2,
9:20, 10:21,
10:22, 11:1

**gates**
21:8

**gather**
25:12, 132:3

**gave**
30:7, 62:23,
63:11, 67:10,
67:11, 76:24,
101:8, 198:3

**gaze**
152:24, 168:8

**general**
72:6, 115:22

**generally**
36:22, 75:22,
196:8

**generate**
25:17

**generative**
23:4, 25:15

**gesture**
161:13, 167:25,
184:24, 185:1,
186:18

**getting**
27:9, 78:5,
177:1

**give**
23:24, 29:12,
30:22, 38:18,

43:4, 51:4,
51:7, 51:8,
53:17, 54:2,
63:21, 64:1,
66:9, 105:22,
117:11, 119:17,
129:22, 130:9,
197:21, 215:20,
216:23

**given**
22:5, 33:10,
33:25, 36:2,
38:21, 44:16,
54:10, 58:19,
69:9, 78:10,
78:11, 94:24,
95:2, 98:24,
101:12, 101:20,
105:5, 115:16,
116:12, 116:20,
121:20, 133:15,
134:4, 146:15,
146:17, 149:18,
196:13, 199:17,
216:10, 222:23,
224:5

**gives**
190:25

**giving**
63:22, 151:16,
170:3

**glory**
43:5

**go**
10:7, 10:8,
13:21, 14:11,
23:14, 34:23,
43:11, 45:18,
46:3, 46:25,
53:6, 64:21,
64:23, 71:6,
73:4, 73:10,
85:6, 86:9,
93:8, 93:18,
94:6, 94:16,
99:1, 99:16,
105:8, 105:23,
107:4, 108:17,

120:8, 132:14,
141:22, 150:24,
152:12, 152:14,
158:4, 158:11,
158:13, 163:17,
166:8, 166:16,
166:17, 167:1,
167:17, 170:4,
171:5, 174:8,
178:22, 180:2,
180:21, 181:25,
182:17, 183:11,
189:16, 190:6,
192:5, 192:12,
192:16, 194:4,
196:20, 203:23,
205:5, 208:1,
215:3, 215:19,
217:15

**go'd**
110:16

**goal**
77:19

**god**
186:15

**goellner**
5:14, 10:16

**goes**
53:8, 68:19,
108:14, 166:22,
168:9, 169:2

**going**
11:23, 33:11,
38:13, 46:5,
49:14, 52:23,
65:4, 74:11,
74:16, 74:19,
74:23, 75:20,
75:21, 77:12,
105:4, 114:1,
120:13, 120:16,
132:4, 135:15,
136:10, 140:11,
148:3, 157:4,
158:5, 163:13,
166:18, 167:4,
167:8, 168:1,
171:21, 172:4,

176:18, 178:5,
178:8, 179:2,
185:6, 190:16,
191:8, 191:24,
192:14, 192:16,
192:17, 193:16,
193:24, 194:4,
209:15, 209:22,
210:11, 220:21,
220:24, 222:20,
223:17

**gone**
43:15, 43:23,
173:22

**good**
10:6, 10:14,
10:18, 11:7,
13:21, 54:6,
61:10, 103:16,
116:17, 132:13,
134:10, 154:16,
172:20, 206:11

**google**
26:19

**gosh**
221:11

**grab**
75:20

**graduate**
15:2, 15:4,
15:13, 15:17,
16:21, 35:2,
35:20, 35:23,
41:25, 43:12,
49:3, 55:9

**graduated**
15:3

**grammar**
18:2, 18:8,
23:4, 25:15,
25:16, 25:19,
107:13, 107:19,
111:3, 119:14

**grammarians**
23:15

**grammars**
17:21, 25:7,
25:8, 119:14

**grammatical**
25:17, 26:5,
36:3, 110:19
**grandfather**
14:16
**grandmother**
12:3, 12:4
**grandpa**
183:25, 184:5,
184:22, 185:3
**grandview**
4:7
**grateful**
186:17
**gray**
175:20
**graydon**
6:13
**great**
12:3, 12:4,
13:2, 14:4,
14:15, 186:15
**greenbaum**
4:22
**greenberg**
6:5, 10:24
**grew**
14:4, 138:1,
138:8
**grin**
164:5, 164:6,
164:7, 164:8
**grinning**
164:2, 165:11,
165:14, 170:1
**ground**
155:6, 155:12,
158:10, 158:11,
167:25
**group**
55:1, 55:5,
55:7, 55:8,
55:23, 56:2,
56:3, 56:6,
104:1, 115:10,
122:1, 122:17,
123:2, 123:21,
127:3, 127:17,

128:2, 128:7,
128:9, 128:14,
130:25, 131:3,
131:13, 131:14,
131:23, 132:21,
133:12, 141:15,
142:1, 142:13,
142:15, 142:24,
143:1, 145:15,
145:18, 146:5,
146:11, 146:13,
146:17, 146:21,
147:3, 147:4,
147:13, 151:13,
154:18, 154:20,
155:11, 155:15,
157:24, 166:11,
171:20, 172:5,
174:4, 174:6,
180:5, 180:7,
180:8, 181:20,
181:23, 181:24,
182:9, 182:10,
182:20, 183:5,
184:6, 184:18,
185:11, 192:13,
192:24
**groups**
97:11, 122:10,
122:13, 123:17,
142:21, 158:3,
182:6
**grow**
13:15, 84:22
**growing**
139:8
**grunting**
141:18
**grygiel**
6:4, 10:24
**guardian**
45:16
**guardians**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**guess**
96:12, 146:7,

155:1, 209:5
**guessed**
134:10
**guy**
81:4, 114:1,
114:3, 151:5,
162:6, 162:11,
162:14, 162:15,
180:4, 183:23,
183:24, 190:16,
193:25
**guy's**
54:14, 140:6

**H**

**hair**
174:6, 180:13
**haitian**
16:3, 48:9,
48:14, 48:16,
48:20, 48:22,
49:14
**half**
53:8
**hand**
115:7, 224:14
**hands**
170:17, 170:25,
171:2, 183:25,
198:13
**hang**
167:6
**hanging**
123:2
**happened**
67:8, 72:8,
76:7, 78:19,
78:23, 81:14,
83:20, 89:16,
89:19, 95:16,
131:24, 194:1
**happening**
80:18, 87:17,
92:21, 156:19,
212:21, 213:18
**happy**
120:11, 186:18
**hard**
110:16, 134:8,

197:22
**hardest**
63:24
**hat**
99:5, 114:2,
114:3, 151:3,
162:6, 165:11,
173:19, 175:1,
175:9, 175:12,
180:11, 180:15,
183:23, 190:17,
194:1
**haute**
13:14, 14:1,
14:7, 14:8,
14:12
**head**
6:13, 12:23
**healthcare**
59:3
**hear**
13:17, 14:1,
49:13, 59:13,
61:10, 125:12,
136:5, 136:17,
178:25, 185:18,
186:4, 205:1,
210:20, 210:23,
210:24, 211:12,
211:20, 212:13,
212:16, 214:15,
214:23, 214:25
**heard**
87:19, 117:16,
157:25, 188:9,
211:24, 212:17
**hearing**
55:25, 59:4
**hebrew**
77:13, 122:23,
123:14, 123:23,
124:3, 124:5,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:23, 135:10,

136:6, 136:14,
136:18, 136:23,
139:14, 139:17,
140:19, 141:16,
141:20, 147:1,
148:4, 152:17,
152:22, 153:4,
157:2, 157:20,
182:7
**heckling**
123:22
**hedge**
115:2
**held**
43:19, 141:18,
171:25
**hello**
13:17
**help**
8:13, 29:1
**helpful**
37:10, 54:22
**hemmer**
4:6, 57:2, 57:8
**hence**
28:24, 31:23,
84:3, 140:20
**here**
8:20, 8:24,
9:19, 11:5,
11:8, 12:8,
13:4, 13:9,
13:21, 16:14,
18:7, 26:6,
39:6, 39:11,
39:18, 41:15,
42:24, 43:24,
46:4, 47:20,
49:8, 57:25,
58:2, 59:1,
62:13, 62:17,
63:4, 64:6,
64:22, 68:17,
68:24, 69:2,
69:11, 69:17,
70:23, 71:14,
72:10, 72:11,
73:2, 73:11,

80:8, 83:20,
85:23, 86:23,
91:10, 92:4,
93:14, 95:4,
104:3, 104:20,
105:16, 105:20,
119:14, 120:11,
121:3, 122:9,
123:9, 125:14,
127:12, 127:15,
128:11, 128:13,
129:5, 130:15,
136:25, 137:16,
157:14, 169:1,
170:11, 171:6,
171:19, 174:1,
176:10, 180:1,
180:19, 181:4,
188:3, 191:16,
197:1, 207:24,
215:4, 217:5,
221:22
**hereby**
224:3
**hereunto**
224:13
**heritage**
74:5, 195:17,
195:25, 201:14
**hernandez**
6:18, 9:25
**high**
14:11, 14:13,
14:14, 14:17,
83:11, 99:1,
102:2, 171:25
**high-level**
37:13
**highbrow**
103:8
**higher**
172:7, 175:21
**higher-up**
174:23
**himself**
81:6, 81:8,
153:1, 177:10,
192:18, 219:18,

220:1, 220:10
**hired**
41:6, 41:7,
41:9
**historical**
18:8, 18:24,
74:3
**historically**
18:10
**history**
17:21, 34:24,
42:21, 43:16,
64:17, 96:3,
97:3, 97:4, 97:7
**hit**
174:8
**hits**
198:5
**hobby**
16:21
**hold**
30:12, 42:7,
174:24, 206:20
**holding**
151:15, 151:19,
152:8, 163:5
**home**
76:11
**honored**
42:3
**honorific**
184:23
**hoot**
185:1
**horrible**
172:11
**hostile**
143:4
**hostility**
136:1, 141:20
**hour**
74:11, 221:7
**hours**
77:2, 77:4,
221:9, 222:8,
222:10
**houses**
172:19

**however**
218:18
**huber**
4:5, 10:12
**huge**
21:19
**human**
25:23, 36:22,
42:19, 49:21,
49:23, 52:10,
206:9, 206:19,
207:5, 208:22,
209:2
**humpty**
115:7
**hungry**
20:17
**hutchinson**
71:15
**hypothesis**
53:25, 54:4
**hypothetically**
197:3, 208:12

---

**I**

**idea**
85:7, 94:8,
132:21, 146:13,
163:15, 182:22,
184:17, 205:15
**idealized**
111:3, 111:4
**identification**
46:7, 222:25
**identified**
124:24, 128:8,
128:9
**identifies**
99:5
**identify**
8:13, 8:16,
10:4, 163:10
**idioms**
116:2
**ignore**
101:18
**ignored**
126:12

ignoring
152:16, 152:18
iii
105:9
illinois
5:7, 14:9
image
179:19, 180:15
imagine
141:23
immediate
77:17
immediately
76:3, 122:2,
137:22, 173:20,
174:3, 175:11,
175:12, 205:7
impact
30:14, 33:2,
44:1, 92:10
impacted
97:24
impasse
114:6, 114:7,
190:18, 192:18,
193:7, 193:10,
194:5, 194:6,
194:8, 194:24,
196:9, 200:3,
200:7, 200:14,
200:22, 200:24,
201:4, 201:7,
201:11, 201:15,
201:20, 202:1,
202:2, 202:5,
202:10, 202:12,
202:21, 202:22,
202:25, 204:18
impasse"
115:17, 193:2
impeding
205:9
implicate
151:17
implications
56:9, 65:11
imply
200:15, 203:2

implying
153:3
important
29:7, 43:18,
55:10, 58:9,
80:1, 116:1,
153:20, 190:1,
202:11, 202:22,
212:25, 213:4,
213:18
impressed
44:8
impression
134:2, 134:4,
137:17, 137:21,
140:3
improves
53:23
in-crowd
56:5
in-person
2:36, 3:2,
67:18
in-utterances
32:24
inaccuracies
187:11, 189:8
inadequate
52:13
inadmissible
58:24, 59:11,
59:19, 59:25,
60:3
inanimate
117:24
inc
1:36, 2:10,
2:20, 4:10,
4:11, 4:18,
4:19, 5:1, 5:2,
5:20, 6:1, 9:6,
9:20, 10:22
incendiary
125:23, 125:25,
136:2
inch
204:12
inches
187:14, 187:16

incident
70:22, 82:12,
83:6, 83:10,
121:4, 218:3,
218:14
incidents
218:17
inclined
103:2
include
27:2, 41:15,
49:7, 195:19
included
69:16, 152:10,
185:11
includes
51:12
including
37:18, 146:8,
167:22, 174:11
inclusive
184:5
incorporated
9:10
incorrect
87:20, 159:8,
159:11, 159:12,
165:4, 176:13,
177:21
independent
37:9
indexi
41:13
indexical
54:17
indexicality
41:11, 41:12,
52:5, 52:6,
54:15
indexicals
41:13
indian
144:13
indiana
4:24, 13:14,
14:1, 14:7,
14:9, 14:19,
14:23, 15:7,

15:11, 15:23,
49:3
indianapolis
4:24
indicate
132:21, 171:1,
221:6
indicated
63:4
indicates
65:3
indication
208:1, 208:5,
208:11, 208:18,
209:15, 213:21
indications
209:4
indicative
95:21
indigenous
127:5, 130:10,
133:11, 146:16,
146:20, 161:17,
180:14
individuals
88:23, 89:7,
96:20, 115:7
infelicitous
44:12
infer
94:12
inferring
94:18
influence
59:16, 92:12
influenced
84:17
influences
26:16, 28:15,
119:16
influential
53:6, 54:15
informal
62:23, 79:14,
100:19, 101:11
informally
100:20, 101:8,
108:5

**information**
2:21, 5:21,
6:2, 10:22,
11:1, 19:15,
20:24, 25:12,
28:23, 28:25,
34:10, 34:13,
34:15, 35:6,
38:18, 38:20,
51:12, 51:22,
62:23, 64:17,
73:6, 108:18
**informs**
166:23
**initial**
27:10, 66:6,
76:25, 79:14
**initially**
65:21, 65:25,
67:9, 154:17,
221:16
**insane**
103:24, 104:18
**insofar**
78:20, 90:13
**instead**
16:16, 16:20,
107:16, 110:15
**institutions**
35:7
**insult**
125:23, 126:16
**insulting**
126:7, 126:18,
135:20, 136:17,
136:18, 136:23
**insurance**
60:17
**intelligence**
111:19
**intend**
28:6, 91:17,
105:14, 143:2
**intended**
84:4, 84:8,
89:22, 91:23,
109:9, 118:6,
118:8, 148:18,

192:8, 192:9,
192:12, 197:5
**intending**
84:3, 118:16
**intent**
63:18, 84:17,
86:15, 86:25,
87:19, 90:1,
90:10, 90:13,
90:22, 91:1,
91:4, 91:13,
91:14, 92:5,
92:14, 93:23,
93:24, 94:3,
94:8, 95:4,
95:5, 107:1,
119:1, 126:16,
177:14, 177:15
**intention**
94:13, 95:9,
95:10, 118:3,
118:13, 153:1,
170:6, 177:9,
208:8
**intentionally**
192:20, 214:2
**intentions**
81:25, 88:24,
94:18, 96:3,
105:1, 166:15,
208:21, 220:4
**inter**
215:11
**inter-disciplina-ry**
35:9
**interact**
26:11, 38:3
**interacted**
122:10, 123:14,
126:4
**interacting**
123:1, 124:7
**interaction**
34:20, 76:1,
76:9, 81:10,
95:24, 96:18,
97:17, 99:9,

114:5, 121:24,
123:3, 127:18,
128:3, 128:15,
128:17, 129:3,
135:14, 142:20,
148:3
**interactive**
4:11, 4:19, 5:2
**interdisciplinary**
42:18, 42:22
**interest**
38:4, 70:22,
113:16, 224:11
**interested**
16:9, 16:15,
16:16, 16:18,
16:22, 16:24,
17:23, 19:3,
37:17, 37:24,
38:13, 42:20,
52:18, 55:10,
80:24, 88:6,
100:18, 101:3,
135:13, 188:22,
215:7
**interesting**
32:12, 39:15,
45:17, 59:5
**interests**
81:13, 142:21
**interface**
25:24
**interjection**
12:12, 13:16
**interlocutor**
55:25, 119:3
**interlocutors**
28:23, 29:3,
29:5, 34:9,
34:11, 50:23
**interpret**
44:2, 63:18,
64:13, 80:18,
81:24, 87:13,
142:25, 211:19
**interpretation**
21:24, 26:16,
28:15, 50:15,

50:20, 50:25,
51:1, 51:3,
51:22, 60:11,
62:18, 62:24,
63:12, 64:10,
81:12, 81:15,
84:10, 104:25,
119:16, 155:21,
155:24, 168:11,
168:12, 169:6,
170:8, 184:9,
215:14
**interpreting**
34:17, 63:15
**interrupt**
171:24
**interruptions**
8:19
**interview**
82:17, 83:4
**interviews**
79:3
**intransitive**
216:19
**introduce**
31:6, 31:9,
31:13
**introduced**
29:16, 29:18,
29:20, 29:21,
29:23, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12
**investigative**
73:18
**investigator**
101:13
**invitation**
42:10
**invited**
42:25
**involved**
88:23, 89:8,
97:25
**involving**
66:3
**irrationality**
103:18

**israelites**
77:13, 122:23,
123:14, 123:23,
124:4, 124:6,
125:6, 125:19,
125:22, 126:16,
129:13, 130:22,
133:7, 133:9,
133:19, 133:23,
134:24, 135:10,
136:7, 136:14,
136:19, 136:23,
139:14, 139:18,
140:19, 141:16,
141:21, 147:2,
148:4, 152:17,
152:22, 153:4,
157:3, 157:20,
182:7

**issue**
40:19, 44:3,
62:19, 64:20,
88:7, 114:9,
184:8, 187:23,
187:24, 193:23,
213:10, 214:1,
216:14

**issued**
59:23

**issues**
13:22, 17:2,
17:20, 97:14

**itself**
19:21, 80:12,
220:6, 221:4

**iv**
68:15, 75:8

**J**

**january**
42:12, 69:19,
121:4

**jessica**
4:21

**jessie**
11:9

**job**
1:40, 151:21

**john**
20:4, 20:5,
20:19, 24:12,
29:15, 29:17,
29:20, 29:23,
30:1, 30:3,
31:7, 31:8,
31:9, 31:10,
31:12, 31:13,
32:9, 33:12,
39:16

**john's**
20:6

**johnson**
5:23, 10:21

**jointly**
145:3

**joke**
54:13

**joking**
212:23

**judge**
58:12, 59:12,
113:5, 133:25,
134:4, 172:9,
172:11, 173:25

**judges**
39:14

**judging**
179:13

**judgment**
188:8

**judgments**
23:24, 26:2,
26:9

**julie**
1:9, 1:19,
1:32, 2:6, 2:16,
2:28

**jump**
159:13, 179:18,
185:19

**jumping**
137:11, 141:17

**junior**
16:13

**justin**
71:24

**K**

**kaplan**
5:23, 10:20

**keep**
66:16, 112:8,
209:15, 222:1

**keeping**
187:21, 189:5

**kentucky**
1:2, 4:8, 5:26,
6:15, 59:8,
62:16

**kept**
57:24, 188:13

**kevin**
5:13, 10:14

**key**
203:7

**kind**
20:23, 25:24,
25:25, 26:2,
33:15, 44:19,
50:8, 50:24,
103:19, 125:13,
137:20, 180:13,
186:17, 207:8

**kinds**
19:14, 26:21,
26:23, 27:10,
27:13, 27:14,
40:8, 50:19,
97:12, 97:13,
110:11, 123:15,
124:7

**knew**
42:24, 59:6,
97:19, 100:17,
101:2, 132:1,
137:19, 183:4,
205:12, 205:13

**knowing**
79:15, 190:9

**knowledge**
18:8, 119:13,
119:15, 193:6

**known**
26:17, 161:7,

183:6, 183:8,
186:14, 205:7,
205:16

**knows**
98:21, 113:24,
181:14, 182:22

**krishnan**
4:13, 10:18,
10:19

**L**

**lack**
171:1

**landscape**
133:17

**language**
17:18, 18:8,
21:21, 23:7,
23:9, 23:10,
25:18, 25:22,
26:5, 29:10,
35:6, 35:11,
36:2, 36:4,
36:15, 36:22,
36:25, 37:9,
37:18, 37:19,
37:21, 38:7,
38:25, 39:14,
39:21, 40:1,
40:5, 42:20,
49:17, 49:22,
49:23, 50:5,
50:6, 50:9,
50:21, 50:25,
52:22, 55:16,
63:17, 63:25,
64:14, 64:19,
74:6, 78:11,
91:16, 91:25,
92:6, 92:12,
103:3, 106:16,
107:9, 108:14,
109:16, 109:21,
109:23, 110:3,
110:7, 110:20,
110:22, 111:4,
115:20, 116:25,
125:23, 125:25,

135:20, 135:21,
143:15, 143:18,
143:23, 144:1,
144:12, 144:25,
145:8, 145:9,
168:16, 188:24,
197:13
**languages**
17:21, 17:22,
18:10, 18:13,
37:7, 48:18,
49:20, 50:7,
50:8, 50:9,
52:10, 52:11,
108:15, 108:16,
108:20
**large**
17:18, 53:6,
53:7, 76:14,
127:3, 129:7,
129:17, 141:15,
142:14, 154:20
**larger**
132:19, 154:18
**larry**
39:13, 39:14
**last**
79:1, 83:24,
84:1, 100:24,
133:22, 137:5,
171:6, 181:25,
190:14, 190:20,
193:19, 219:11,
219:14, 221:3,
221:21
**late**
25:10, 52:24,
67:14, 100:5,
100:11
**later**
67:14, 75:12,
78:25, 131:10,
154:5, 175:3
**latter**
93:18
**laughing**
164:2, 164:9,
165:11

**laughter**
54:24
**laurin**
4:21
**lavelle**
59:2
**law**
38:7, 38:14,
38:23, 39:3,
39:21, 39:23,
40:6, 40:11,
40:16, 57:4,
60:11, 63:24,
63:25, 64:1,
80:21, 109:14,
109:22, 121:19,
186:23, 187:2,
188:11
**lawsuit**
188:4
**lay**
196:6, 197:22,
199:25
**lead**
80:19, 103:18
**lead-up**
75:25, 77:17
**leader**
137:20
**leading**
145:15, 145:18,
145:20
**leads**
51:20
**learn**
17:24, 110:22,
111:2
**learned**
106:14, 110:4
**learning**
104:14, 110:2,
110:5, 110:20,
197:16
**least**
22:22, 77:1,
123:1, 127:17,
128:2, 129:20,
134:7, 172:2,

172:6, 172:24,
173:24, 174:6,
179:4, 189:13
**lecture**
53:17
**led**
137:8, 143:17
**left**
19:23, 43:16,
43:19, 123:6,
151:4, 154:6,
158:6, 160:23,
165:21, 165:23,
168:20, 171:21,
172:6, 173:3,
173:18, 173:21,
174:3, 174:15,
175:1, 175:6,
175:13, 177:8,
179:2, 204:7,
205:7, 205:16,
206:1, 206:5,
206:14, 209:12,
216:20, 216:21,
217:14, 218:16
**legal**
58:4, 58:5,
59:7, 65:10,
68:2
**legally**
59:15
**legitimacy**
85:11
**legs**
175:20
**lend**
81:13
**less**
158:7
**let's**
17:15, 34:23,
46:3, 56:14,
62:7, 64:5,
64:21, 83:23,
90:25, 99:16,
100:23, 105:23,
107:4, 117:1,
120:19, 120:23,

134:22, 149:4,
152:12, 152:14,
156:11, 156:18,
157:10, 158:13,
158:17, 159:13,
159:25, 162:17,
165:5, 167:1,
167:17, 169:18,
171:5, 178:22,
183:11, 186:22,
189:16, 190:6,
190:7, 192:25,
199:24, 203:22,
203:23, 210:9,
210:23, 210:24,
211:11, 212:7,
215:3, 215:19,
217:4
**letter**
46:22, 73:18,
222:13
**letters**
43:13, 53:22
**lexicographer**
21:8, 21:22,
115:11, 196:15
**lexicographers**
22:7, 24:6,
115:19
**lexicographic**
21:11
**lexicography**
16:1, 16:6,
16:7, 16:10,
16:23, 21:6,
114:15, 116:10
**library**
113:8
**licensure**
59:3
**licit**
25:17, 34:19
**lie**
19:11
**life**
43:25, 84:23,
85:1, 86:3,
86:8, 86:16,

86:25, 87:9,
92:9, 92:18
**likely**
44:9, 44:10,
118:8, 118:20,
145:13
**lincoln**
69:19, 125:17,
133:16, 157:3,
157:5, 157:8,
157:20, 166:3,
191:21, 191:25,
192:15, 208:10
**line**
61:10, 61:11,
112:10, 112:12,
137:5, 168:7,
191:19
**lines**
189:15, 219:7
**linguist**
18:6, 19:5,
19:6, 19:12,
27:15, 27:24,
37:11, 43:22,
63:22, 77:22,
79:18, 112:20,
113:9, 144:6,
144:21, 188:18,
196:23, 197:6
**linguistic**
17:11, 17:24,
18:15, 23:23,
25:7, 39:1,
54:13, 59:12,
62:5, 91:15,
95:5, 101:24,
102:6, 111:21,
121:19, 138:3,
138:5, 209:5
**linguistically**
91:15
**linguistics**
15:12, 15:24,
16:16, 17:7,
17:10, 17:16,
17:17, 17:23,
18:20, 18:22,

18:23, 18:24,
18:25, 35:14,
36:17, 36:23,
37:2, 37:14,
38:2, 39:19,
40:22, 41:4,
52:15, 59:21,
107:7, 107:17,
110:23, 111:17,
188:2, 195:3,
196:7, 211:8
**linguists**
18:3, 19:15,
22:17, 23:2,
24:25, 27:10,
29:8, 38:3
**link**
53:8, 71:7
**linked**
71:17, 72:1,
73:6
**links**
71:6, 72:3,
73:13
**lips**
135:25
**lisa**
1:42, 3:22,
11:12, 224:2,
224:17
**list**
42:13, 47:20,
48:8, 56:16,
56:24, 58:2,
58:3, 70:23,
73:16, 73:24,
74:1, 149:17,
195:14, 200:3
**listed**
8:24, 24:11,
56:23, 57:25,
60:4, 68:24,
69:2, 69:11,
70:8, 70:9,
72:13, 73:1,
75:8, 111:24,
121:6, 189:19
**listener**
55:25

**listening**
34:16
**listens**
110:16
**listing**
60:6
**lists**
69:22, 71:23
**literal**
188:2
**literally**
116:3, 188:1
**literature**
21:13
**little**
12:8, 12:10,
17:15, 31:24,
50:10, 58:18,
60:22, 68:5,
109:25, 110:2,
120:12, 161:25,
163:18, 164:18,
164:19, 197:16,
203:22, 207:24
**live**
13:2, 13:4,
47:25, 48:6
**lived**
13:9, 13:10,
16:14
**living**
16:12, 44:17,
134:8
**llc**
1:12, 2:22,
2:32, 5:10,
5:15, 5:21, 6:2,
6:9, 9:2, 9:13,
10:11, 10:15,
10:17
**llp**
4:14, 4:22,
5:5, 5:24, 6:5,
6:13, 10:2
**local**
45:16
**locked**
205:20, 205:22

**locking**
206:2
**logic**
50:8
**logical**
37:6, 108:14,
108:16, 108:21
**logically**
108:12
**logicians**
37:23
**long**
13:9, 16:11,
34:8, 39:21,
41:7, 42:21,
67:2, 67:3,
91:18, 111:19,
119:17, 122:22,
123:13, 134:7,
165:13, 205:11,
219:9
**longer**
14:15, 111:5
**longest**
129:12
**look**
20:13, 28:19,
39:3, 39:5,
44:14, 45:3,
45:12, 46:21,
47:23, 56:14,
61:2, 63:7,
66:20, 67:10,
67:24, 72:2,
72:3, 78:5,
78:9, 83:23,
84:1, 94:23,
95:1, 95:16,
96:17, 97:10,
101:25, 102:7,
109:4, 109:8,
113:17, 113:22,
114:3, 118:11,
120:19, 120:23,
126:4, 128:21,
134:22, 139:4,
149:2, 151:11,
159:4, 167:4,

170:2, 171:22,
182:4, 186:22,
190:6, 191:4,
191:5, 193:12,
195:3, 196:20,
196:25, 197:1,
198:18, 199:24,
201:13, 202:13,
207:11, 216:25

**looked**
27:18, 38:23,
40:7, 40:18,
52:9, 63:18,
69:16, 71:8,
106:20, 113:15,
113:18, 113:21,
114:11, 116:8,
139:7, 140:24,
141:1, 157:7,
194:11, 194:24,
204:4, 210:10

**looking**
21:24, 44:6,
44:18, 77:2,
77:4, 78:4,
94:19, 96:5,
101:16, 103:7,
115:12, 115:22,
132:6, 149:10,
157:19, 178:11,
186:13, 196:22,
198:8, 202:12,
206:4, 206:12,
206:15, 206:16,
215:17, 216:2,
219:10

**looks**
20:17, 45:17,
164:15, 166:20,
172:21, 172:22

**loosely**
28:22

**lot**
27:16, 39:13,
50:18, 76:21,
99:3, 112:11,
124:4, 137:10,
138:1, 172:18

**lots**
152:7

**loudly**
141:17, 143:14,
143:18, 145:22,
148:5, 156:22

**loudspeaker**
125:11

**louisville**
5:26

**loves**
20:4, 20:5

**low**
111:18

**lunch**
120:10, 120:22

**lying**
89:24

## M

**made**
23:5, 34:3,
62:4, 99:12,
114:13, 122:22,
124:12, 124:16,
127:17, 128:3,
128:15, 128:16,
129:12, 134:9,
147:18, 180:9,
201:16

**maga**
99:5

**magistrate**
59:13, 59:18,
62:16

**magistrate's**
59:4

**main**
5:25, 22:20,
27:5, 187:19,
195:19

**major**
22:22

**make**
13:21, 16:8,
23:17, 26:9,
75:4, 91:17,
98:6, 106:1,

110:11, 114:11,
137:15, 145:25,
167:25, 200:18,
215:5

**makes**
52:11

**making**
16:2, 25:22,
89:25, 125:11,
129:3, 136:15,
137:10, 147:10,
181:12, 181:17,
184:24

**male**
20:19

**man**
123:24, 170:23,
185:2

**manual**
49:8

**many**
23:5, 29:9,
43:17, 51:19,
57:15, 57:20,
75:19, 76:5,
77:25, 107:12,
115:5, 115:12,
122:24, 123:15,
125:18, 129:20,
130:18, 130:21,
132:7, 146:4,
146:5, 148:11,
161:17, 167:24,
173:25, 184:22,
186:13, 219:7,
221:9

**march**
85:3, 127:6,
130:11

**mark**
46:3, 46:5,
150:14, 159:15,
160:1, 160:2,
160:23, 160:24,
161:25, 162:1,
164:19, 171:11,
171:12, 222:18

**marked**
46:6, 105:16,

149:4, 150:11,
158:18, 222:24

**market**
4:23

**marking**
46:9

**marks**
223:16

**mary**
20:4, 20:5

**maryland**
3:24

**mass**
17:8

**massachusetts**
15:9, 15:20,
17:5, 21:10,
39:20

**master's**
15:16, 15:21

**material**
69:8, 72:17,
101:8, 130:15,
132:11, 137:4

**materials**
68:16, 68:18,
68:22, 68:23,
69:3, 69:9,
69:12, 69:15,
70:8, 70:10,
70:13, 70:17,
73:15, 73:16,
73:21, 79:14,
101:15, 101:17,
121:5

**maternal**
110:6

**mathematical**
108:16

**matter**
8:22, 8:25,
9:5, 9:8, 9:12,
9:19, 15:17,
56:1, 62:17,
65:15, 66:14,
81:9, 104:4,
104:6, 104:20,
108:22, 111:12,

111:15, 111:17,
117:9, 138:8,
143:10, 170:8,
177:15, 222:14
**matters**
8:23, 57:15,
57:21, 104:8
**matthews**
6:19
**mature**
110:8
**maybe**
66:24, 135:12,
136:9, 154:19,
154:22, 159:5,
220:18
**mcmurtry**
4:4, 11:5,
24:24, 28:1,
28:4, 46:23,
65:19, 65:23,
74:14, 85:6,
85:14, 85:21,
86:9, 94:6,
94:16, 96:12,
100:1, 101:11,
102:16, 102:23,
126:23, 128:23,
138:11, 138:17,
141:22, 142:3,
142:6, 142:10,
142:17, 149:20,
158:14, 169:7,
170:4, 175:22,
176:24, 178:3,
182:17, 202:16,
205:2, 219:7,
220:20, 221:16,
221:19, 223:11,
223:15
**mcmurtry's**
70:18, 187:5
**mean**
22:21, 23:14,
24:3, 24:10,
26:7, 29:4,
32:24, 32:25,
33:8, 35:25,

41:23, 43:2,
50:18, 51:1,
53:4, 57:17,
57:18, 65:9,
80:14, 80:16,
81:1, 87:16,
95:7, 95:8,
103:1, 103:11,
103:21, 106:18,
106:24, 107:11,
107:14, 109:5,
109:12, 109:14,
109:17, 113:24,
115:18, 116:22,
119:4, 119:11,
145:17, 146:10,
146:12, 146:20,
149:12, 154:23,
156:23, 157:17,
157:18, 164:6,
165:4, 165:18,
167:20, 180:1,
181:23, 182:18,
183:21, 187:8,
188:4, 188:6,
188:9, 188:11,
188:15, 188:23,
190:6, 191:12,
191:20, 192:1,
192:4, 192:7,
193:7, 194:20,
196:2, 196:16,
196:17, 202:24,
204:2, 217:8,
218:11
**meaning**
16:24, 17:1,
17:3, 17:11,
17:24, 18:2,
18:12, 18:19,
19:2, 19:20,
19:25, 20:16,
20:25, 22:22,
24:13, 26:5,
26:12, 27:7,
29:2, 30:14,
34:19, 37:7,
37:8, 38:21,

39:2, 52:25,
54:16, 54:18,
55:17, 55:21,
58:12, 59:8,
64:3, 66:10,
77:24, 78:1,
91:15, 91:22,
91:23, 97:4,
101:24, 103:14,
107:8, 109:9,
109:11, 109:14,
109:19, 111:1,
111:12, 114:22,
114:25, 115:9,
115:21, 116:16,
116:24, 118:10,
176:16, 188:2,
188:22, 190:14,
191:1, 195:10,
195:12, 197:24,
198:1, 198:7,
198:20, 199:3,
199:11, 199:21
**meanings**
20:2, 20:8,
20:11, 20:12,
22:4, 26:8,
26:10, 27:21,
94:19, 94:21,
109:7, 114:13,
114:16, 115:6,
115:14, 196:12,
196:17, 202:4,
216:14
**means**
20:4, 20:17,
41:24, 56:8,
62:6, 65:8,
65:10, 66:12,
98:11, 106:25,
115:8, 115:17,
116:11, 175:20,
184:3, 184:4,
184:5, 184:11,
190:10, 191:6,
192:22, 211:9,
216:22, 216:23
**meant**
33:10, 90:1,

90:2, 95:8,
100:21, 127:23,
140:17, 148:1,
184:7, 184:10,
185:15, 191:18,
192:22
**measure**
187:15
**mechanical**
23:22, 26:3
**media**
1:12, 5:11,
6:9, 9:1, 10:11
**meek**
4:21, 11:9,
150:15, 150:18,
158:20, 158:23,
159:16, 159:19,
160:3, 160:6,
160:25, 161:3,
162:2, 162:12,
163:6, 163:20,
163:23, 164:20,
164:23, 169:20,
169:23, 171:13,
171:16, 173:12,
183:13, 183:16,
185:21, 185:24,
210:15, 210:17,
211:2, 211:6,
211:14, 211:16,
211:25, 212:11,
214:9, 214:12,
214:19
**meenakshi**
4:13, 10:18
**meetings**
67:18
**member**
42:5, 43:7,
122:17, 127:16,
128:1, 128:7
**members**
122:1, 146:16
**memorial**
69:19, 125:18,
132:6, 133:16,
157:3, 157:6,

157:8, 157:12,
157:21, 166:3,
166:9, 166:14,
168:1, 191:21,
191:25, 192:15,
192:18, 208:10
**memory**
80:9
**men**
142:16, 180:14
**mentality**
139:20, 140:1,
140:7
**mention**
20:24, 126:2,
131:8, 156:14
**mentioned**
36:1, 36:18,
48:10, 51:24,
75:24, 161:8,
189:13, 194:21
**mere**
146:6
**merely**
84:3
**merriam**
195:16, 195:24,
201:23
**merriam-webster**
21:9
**merriam-webster's**
74:4
**message**
125:8, 126:22
**met**
16:17, 29:25,
30:4, 82:19,
83:14
**methodologically**
189:6
**methodologies**
19:19
**methodology**
77:21, 101:20,
101:21
**mic**
8:11
**michael**
5:22, 6:4,

10:20, 10:24
**michigan**
36:7, 36:12
**middle**
105:9, 156:16,
176:3, 176:8,
179:9, 182:9
**midway**
50:11, 62:18,
64:8
**midwest**
138:1, 138:8,
139:8
**might**
16:15, 19:24,
22:23, 26:4,
26:6, 28:25,
38:20, 40:17,
45:15, 58:8,
68:5, 81:13,
88:13, 92:5,
100:12, 104:22,
106:13, 109:5,
109:6, 112:20,
114:9, 116:2,
117:21, 122:3,
123:2, 124:10,
125:1, 130:18,
132:6, 135:25,
137:18, 138:9,
141:3, 141:23,
142:22, 142:24,
143:6, 143:9,
146:6, 152:5,
159:3, 172:22,
172:23, 180:11,
180:15, 182:2,
212:17
**miles**
14:9
**mind**
104:2, 104:3,
111:20, 124:2,
186:20, 188:13,
188:25, 189:5,
203:12, 220:2
**minds**
209:23

**mine**
19:11, 52:18
**minor**
187:10, 189:8,
189:9, 189:14
**minute**
47:23, 179:4,
210:13, 210:14
**minutes**
175:23, 178:3,
179:11, 183:17,
211:3, 220:18
**misconstruing**
175:4
**misguided**
202:20
**misinterpret**
103:19
**misrepresent**
80:20
**misrepresented**
90:23
**mistaken**
81:22, 81:24,
90:11
**misunderstand**
81:14
**misunderstanding**
87:24
**misunderstood**
30:19
**mitchell**
4:8, 6:15, 57:4
**mixed**
177:2
**mm-hmm**
47:10, 54:11,
123:9, 127:24,
147:22, 203:24,
222:7
**mocking**
161:20
**modern**
17:22, 110:23,
111:23
**moment**
92:23, 140:2,
141:2, 153:13,

153:17, 161:19,
168:20, 169:11,
169:14, 174:1,
178:14, 184:16,
186:20, 202:7,
205:18, 205:23,
207:3, 212:19,
213:8, 213:16
**moments**
175:2, 176:1,
203:19
**money**
43:4, 82:16,
132:12
**monitors**
76:14
**month**
67:5
**months**
110:9, 110:10
**more**
9:18, 17:1,
17:23, 19:2,
20:12, 23:20,
26:12, 44:9,
44:10, 49:13,
51:19, 69:9,
77:11, 80:24,
90:25, 98:7,
98:8, 101:9,
103:2, 103:8,
103:10, 117:23,
118:7, 118:20,
120:12, 156:12,
158:7, 167:4,
174:7, 181:4,
190:25, 192:1,
199:7, 200:14,
203:2, 208:13
**morning**
10:6, 10:14,
10:18, 11:7,
117:4, 222:16
**most**
25:20, 26:17,
52:21, 54:15,
74:1, 86:6,
96:19, 101:19,

102:1, 113:19,
113:21, 113:22,
115:24, 150:6,
197:14, 200:25
**mostly**
45:3
**mother**
110:7
**mothers**
110:3
**motives**
88:24, 90:7,
139:21
**mouth**
140:8, 185:7
**move**
173:22, 175:6,
177:16, 198:13,
203:25, 204:7,
204:12, 210:21,
211:9, 212:17,
213:25
**moved**
42:23, 44:8,
93:6, 93:17,
118:5, 152:24,
173:22, 175:13,
176:23, 194:7,
209:20, 209:24,
217:6, 217:13,
217:16, 218:15,
220:9
**movement**
92:6, 144:13,
200:16, 203:4,
220:5
**moves**
174:12, 175:9
**moving**
90:14, 130:25,
153:1, 156:8,
166:2, 174:19,
177:4, 204:19,
209:8, 211:13,
211:20, 212:18
**much**
15:17, 48:24,
75:14, 76:20,

77:11, 77:15,
80:23, 131:12,
132:19, 198:1,
198:2
**multiple**
109:4, 115:5,
155:3, 167:21
**music**
145:4
**must**
77:1, 154:25,
218:15
**mute**
8:11
**myself**
78:14, 85:8,
113:4, 206:10

## N

**name**
11:18, 12:2,
18:16, 54:14,
66:8
**names**
31:8, 126:3,
177:2
**natalie**
5:4, 10:7
**nathalie**
11:8
**nathan**
11:3
**nationwide**
60:17, 60:18,
61:4, 61:6,
61:7, 61:19
**native**
21:21, 23:18,
23:23, 24:8,
24:9, 32:11,
38:19, 49:17,
71:23, 79:17,
84:16, 84:20,
85:2, 85:20,
88:3, 91:16,
91:24, 95:6,
98:19, 98:23,
99:4, 99:7,

103:3, 103:15,
103:17, 103:25,
104:1, 105:6,
105:24, 106:2,
106:7, 106:9,
106:11, 106:14,
106:20, 107:18,
108:15, 109:15,
110:5, 114:16,
115:1, 115:10,
115:13, 115:15,
119:3, 122:17,
123:18, 124:25,
125:2, 126:8,
129:16, 130:2,
130:7, 132:25,
133:10, 143:21,
145:15, 161:17,
180:14, 180:25,
186:13, 188:23,
196:11, 200:7,
201:11, 201:20,
202:2, 202:4
**natural**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 25:22,
50:4, 50:5,
50:6, 55:16,
197:20
**nature**
76:9
**nbcuniversal**
1:12, 6:9, 9:1
**ncbuniversal**
10:11
**near**
204:5
**nearly**
165:12, 167:19,
168:19
**necessarily**
82:1, 107:19,
143:2, 144:20
**necessary**
216:6, 217:3
**need**
12:16, 52:7,

100:9, 113:8,
115:23, 211:7,
211:10, 221:23
**needed**
78:8, 216:23
**negative**
191:5
**negotiate**
200:16, 203:3,
203:7
**neither**
177:7, 224:9
**network**
2:21, 5:21,
6:2, 10:22, 11:2
**neutral**
88:22, 89:13,
98:7, 98:8
**never**
57:24, 82:19,
83:14, 107:19,
130:12, 131:18,
158:11, 166:8,
190:11, 194:7,
204:7
**new**
1:23, 1:24,
6:7, 6:10, 6:11,
9:4, 10:3,
10:10, 13:4,
13:8, 16:12,
39:18, 45:7,
45:14, 54:3,
60:22, 60:24,
61:3
**news**
1:36, 2:10,
4:10, 4:11,
4:18, 5:1, 9:6,
9:9, 45:1, 45:2,
45:3, 45:10,
45:12, 66:5,
66:6, 70:23,
71:2, 71:3,
71:4, 71:7,
71:9, 72:7,
73:1, 128:11
**newspaper**
21:14, 45:16,

70:8, 70:21,
72:20, 72:22
**newspapers**
45:5
**next**
62:11, 62:12,
70:21, 71:22,
129:5, 139:1,
143:13, 143:14,
175:23, 200:10
**nicholas**
1:6, 1:16,
1:29, 2:3, 2:13,
2:25, 8:25, 9:1,
9:3, 9:5, 9:8,
9:9, 9:12, 9:20,
10:13, 11:6,
65:4
**nick**
73:19, 73:20,
202:23, 204:4,
213:25, 218:12
**nine**
110:9
**nobody**
110:12, 172:4
**nods**
12:23
**noise**
137:11
**non-credit**
55:9
**non-expert**
91:5
**normal**
110:18, 207:5,
207:6, 208:22
**north**
152:21, 154:23,
157:13, 157:22,
157:23, 158:1,
158:5, 167:22,
168:4, 168:6,
168:22, 172:5
**northern**
1:3
**northwest**
4:15

**notary**
3:23
**note**
80:8, 123:9,
124:19, 170:16,
170:20, 186:25,
195:16
**noted**
98:14, 195:24
**notes**
7:14, 39:5,
100:9, 100:14,
169:17, 222:17,
223:6
**nothing**
114:2, 121:13,
136:11, 136:22,
150:3
**notice**
3:22, 31:12
**notre**
173:19, 174:8,
174:12, 175:1,
175:9, 175:12
**novel**
41:18
**november**
46:12, 47:4,
47:15, 65:13,
74:25, 99:19,
100:6, 100:11,
100:12, 100:25,
126:11
**ns**
135:1
**nuclear**
19:9
**number**
8:20, 9:2, 9:4,
9:7, 9:10, 9:13,
9:21, 17:19,
25:1, 52:12,
57:24, 58:1,
108:25, 122:23,
124:23, 129:23,
130:10, 130:13,
131:5, 131:6,
148:17, 200:3,

210:9
**numbers**
68:7, 132:18,
158:15, 169:17
**nyu**
40:22, 43:10

## O

**oath**
11:14
**object**
20:7, 117:24,
212:14
**objection**
85:6, 85:14,
85:21, 86:9,
94:6, 94:16,
102:16, 126:23,
138:11, 138:16,
141:22, 142:3,
142:6, 142:7,
142:11, 142:17,
169:7, 170:4,
182:17
**objective**
83:18, 114:12,
190:25
**objectively**
83:20, 115:19
**objects**
30:6, 31:16
**observation**
123:13
**observe**
130:24
**observed**
92:1, 115:19,
120:6, 121:18,
199:6
**obtain**
20:10, 113:6
**obvious**
125:10, 197:23,
201:25
**obviously**
43:21, 49:17,
89:14, 94:3,
124:2

**occasion**
48:23, 98:22
**occur**
21:25
**occurred**
78:17, 79:21,
80:5, 80:11,
82:1, 82:25,
83:1, 102:1,
102:3, 106:21,
107:1, 120:1
**occurs**
87:7, 87:25,
107:2
**october**
66:24, 67:3,
67:14, 100:4,
100:5, 100:10,
100:11, 100:24,
126:11, 222:11
**odd**
31:14
**odds**
142:22
**off-the-record**
8:9, 74:17
**offence**
78:3
**offensive**
55:16, 56:5,
161:16, 161:20
**offer**
52:13, 105:15,
216:15
**offered**
215:24
**offering**
191:24, 195:9,
197:6
**office**
70:18, 76:11
**officer**
224:2
**official**
43:10, 151:16
**often**
44:25, 108:12,
108:20

oh
10:9, 32:10,
32:16, 47:8,
50:14, 53:4,
60:2, 61:6,
61:13, 65:1,
68:3, 96:2,
96:14, 103:23,
145:12, 207:23,
219:14, 221:11
ohio
5:17, 35:13,
35:16, 35:20,
60:16
old
21:7, 88:11,
103:16
on-line
71:14
once
126:10, 146:15,
199:11, 205:19,
211:23, 211:24
one's
87:18, 87:20,
87:22, 96:8
ones
62:25, 63:2,
63:8, 73:12,
75:3, 75:24,
77:16, 113:18,
149:7, 149:8,
156:5, 182:3,
209:6
oneself
99:5
online
45:3, 71:4,
71:5, 71:16,
71:22, 71:23,
71:25, 72:12,
73:3, 112:13,
223:12, 223:13
onlookers
146:6
only
25:17, 29:15,
29:17, 29:20,

29:24, 30:1,
30:3, 31:7,
31:10, 31:13,
32:9, 33:12,
34:18, 41:8,
66:11, 69:3,
72:5, 73:21,
78:16, 79:20,
80:3, 80:11,
82:3, 82:25,
88:1, 91:5,
93:10, 100:6,
102:2, 106:20,
114:25, 126:9,
130:17, 132:22,
143:20, 147:9,
154:10, 166:16,
166:25, 192:4,
193:12, 202:23,
203:20
open
173:16, 174:2,
209:12
opened
156:9
opens
174:11, 175:8
opinion
57:21, 62:22,
63:22, 63:23,
64:1, 64:2,
66:10, 68:19,
70:14, 76:25,
78:25, 79:6,
90:4, 90:9,
90:20, 91:7,
99:23, 106:8,
143:11, 166:24,
176:11, 177:19,
177:23, 177:24,
188:14, 195:9
opinions
60:14, 62:21,
68:15, 79:22,
80:2, 82:3,
82:8, 83:2,
86:18, 102:4,
105:10, 105:14,

105:18, 105:22,
153:20
opposed
151:15, 193:10,
195:20
opposing
95:22
order
68:5, 78:8,
78:13, 108:1,
108:7, 108:24,
217:14
ordinary
21:20, 22:4,
25:21, 103:21,
103:23, 104:1,
107:9, 107:18,
109:15, 109:18,
110:18, 111:1,
122:24
organize
21:23
organized
146:12
original
69:8, 69:15
osu
41:21, 55:1,
55:7
other
17:24, 19:9,
20:7, 22:19,
22:25, 23:10,
23:17, 29:6,
29:11, 30:1,
33:24, 42:7,
43:17, 43:18,
45:16, 48:18,
49:21, 59:23,
62:25, 63:18,
64:16, 69:11,
69:13, 70:7,
70:8, 70:9,
72:22, 73:1,
73:15, 73:16,
74:9, 75:21,
76:16, 82:11,
83:5, 91:2,

92:21, 93:2,
93:5, 93:14,
93:21, 96:8,
96:19, 96:21,
97:15, 98:2,
98:9, 98:24,
98:25, 101:13,
105:18, 111:2,
111:3, 112:22,
115:15, 122:1,
122:19, 136:3,
140:5, 142:22,
142:25, 143:1,
143:15, 143:18,
148:17, 156:3,
156:8, 159:4,
161:14, 163:9,
169:12, 169:15,
174:11, 177:21,
179:5, 182:12,
185:12, 191:8,
192:4, 193:7,
193:11, 195:20,
197:24, 198:10,
208:22, 209:7,
209:18, 209:20,
209:24
other's
96:7
others
45:8, 86:12,
92:22, 113:20,
115:20, 125:16,
138:23, 141:2,
141:10, 145:23,
151:10, 217:2
otherwise
12:18, 73:9,
193:19, 224:12
out
43:16, 43:19,
44:12, 57:24,
58:8, 68:5,
73:5, 104:2,
113:9, 117:18,
124:5, 132:6,
154:19, 175:2,
187:15, 190:11,

199:25, 204:21,
205:24, 209:21,
215:6, 221:3,
221:17, 221:19
**outcome**
59:16, 224:12
**outside**
130:19, 148:3
**outsider**
56:4
**outward**
84:2, 212:21,
213:21, 213:22
**over**
8:6, 47:21,
67:2, 67:5,
76:23, 76:25,
112:21, 169:1,
206:17
**over-generalize**
110:13, 110:19
**overall**
77:11
**overhead**
122:4
**overlap**
12:25
**overlooked**
189:13
**overlooking**
189:7
**overlooks**
187:10
**overspeaking**
9:17, 12:9,
12:12, 12:21,
18:5, 21:1,
22:24, 23:11,
24:18, 24:20,
27:22, 28:5,
30:9, 30:11,
31:25, 32:2,
32:5, 32:8,
32:15, 32:17,
35:10, 39:8,
39:10, 41:2,
41:4, 55:13,
56:11, 62:10,

62:15, 67:6,
67:20, 69:7,
72:24, 77:5,
77:8, 87:2,
87:4, 96:10,
97:6, 98:16,
112:17, 116:6,
123:20, 124:13,
128:20, 130:4,
136:16, 142:11,
153:11, 155:13,
162:21, 167:10,
167:12, 167:14,
174:22, 174:23,
176:25, 178:22,
181:13, 186:6,
186:7, 194:10,
195:22, 199:10,
203:4, 203:11,
204:22, 206:19,
207:14, 213:7,
213:9, 213:11,
219:22
**own**
80:7, 80:24,
86:3, 86:16,
92:17, 138:21,
160:10
**oxford**
74:2, 74:3,
112:9, 191:4,
195:13, 195:18,
201:6

**P**

**page**
7:3, 7:7,
46:21, 46:23,
46:25, 47:3,
47:6, 47:7,
47:12, 47:15,
47:21, 48:8,
50:2, 50:11,
53:7, 54:9,
55:1, 56:14,
56:24, 60:6,
64:23, 67:24,
67:25, 68:12,

68:13, 68:19,
68:20, 69:6,
70:12, 70:22,
71:14, 73:15,
73:24, 73:25,
74:24, 74:25,
75:3, 78:25,
79:1, 80:8,
83:23, 83:24,
88:20, 93:1,
99:17, 99:20,
105:8, 105:9,
105:23, 107:4,
107:5, 107:22,
117:1, 117:2,
117:15, 119:5,
119:23, 120:23,
120:25, 122:9,
125:5, 127:2,
133:18, 134:22,
135:19, 137:5,
137:6, 143:14,
146:3, 149:18,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5,
179:9, 187:1,
188:12, 189:16,
192:9, 200:10,
200:11, 201:1,
201:14, 201:24,
203:23, 215:4,
215:19, 215:20,
221:3
**pages**
1:41, 58:3,
68:25, 69:3,
70:9, 223:3,
223:4
**paid**
88:24, 153:4
**pan**
133:8
**paragraph**
79:1, 83:24,
84:1, 133:18,
133:21, 157:2,
171:6, 179:10,

187:7, 219:6,
219:9
**paragraphs**
88:21, 187:3,
187:4, 215:24,
216:3
**paraphrase**
116:17
**pardon**
126:4, 128:25,
211:1
**parents**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26
**part**
14:23, 15:13,
15:23, 34:15,
42:25, 61:3,
84:6, 87:21,
97:18, 104:9,
123:7, 125:1,
126:12, 130:17,
130:23, 133:12,
158:11, 161:21,
166:23, 166:25,
176:9, 176:19,
177:23, 177:24,
186:9, 186:18,
193:17, 194:12,
194:15, 195:19,
198:17, 198:22,
199:1, 199:8,
216:17, 223:4
**part-time**
100:7
**parted**
93:3, 156:3,
156:6
**partee**
17:12
**participants**
83:12, 97:25,
99:9, 130:10
**participating**
129:21
**particle**
19:8

particular
17:22, 18:11,
18:14, 20:14,
23:3, 23:25,
36:23, 37:4,
41:17, 42:20,
45:5, 45:10,
55:22, 81:25,
97:5, 98:6,
109:1, 115:1,
118:4, 118:18,
118:23, 123:2,
157:17, 169:14,
198:10, 204:12,
204:16
particularly
40:17, 121:25,
131:7
parties
224:10
partly
123:12, 190:23
parts
22:22, 27:8,
69:10, 132:25,
198:17
party
29:23
pass
49:15, 174:15
passage
78:12, 106:3,
109:20, 113:22,
117:14, 118:4,
128:22, 157:14,
179:3, 190:15,
191:2, 192:7,
193:16, 193:17,
204:20, 215:22,
215:25, 216:5,
216:8, 216:11
passages
21:25, 66:10,
67:10, 67:12,
78:6, 81:5,
100:18, 100:21,
101:3, 101:22,
103:7, 113:16,

113:19, 117:12,
119:9, 121:20,
122:3, 188:17,
198:18, 199:3,
199:12, 222:9
passageway
179:2
passed
135:25, 152:21,
154:24, 217:6,
217:12
passersby
123:10, 124:5,
124:10, 131:23
passing
154:24
passive
117:23, 118:22
passively
176:16, 177:7,
194:20
past
110:13, 155:16,
165:12, 167:19,
168:8, 168:19,
168:22, 169:2,
191:6, 206:17
path
214:2, 215:12
patterns
18:1, 19:1,
110:4, 110:5,
145:1
pause
158:19, 159:14,
160:24, 161:25,
163:18, 164:19,
169:19, 170:13,
171:12, 173:11,
179:18, 183:12,
185:20, 222:3
paused
150:18, 158:23,
159:19, 160:6,
161:3, 162:9,
163:23, 164:23,
169:23, 171:16,
183:16, 185:24,

210:17, 211:16,
212:11, 214:12
pay
16:20, 77:15
pending
204:23
penske
5:11
penultimate
88:20
people's
79:22, 102:4,
146:16, 146:21,
208:21
peoples
127:6, 129:17,
130:11, 186:14
pep
137:12, 137:18,
138:20
perceive
81:20, 92:11,
141:19, 178:15
perceived
84:17, 203:19
perceives
80:15, 80:17,
92:13
perceiving
87:10, 212:20,
213:17
percent
218:13
perception
81:21, 81:23,
85:19, 87:9,
87:13, 92:23,
175:17, 206:22,
207:9, 207:19
perceptions
85:13, 86:1
perceptual
207:15
perfectly
106:14, 150:7,
197:20
perform
199:8

performance
145:21
performing
143:21
perhaps
125:16
period
67:2, 67:3
peripheral
205:14, 205:15,
206:1, 206:11,
206:12, 206:24
peripherally
207:20
permit
133:15, 191:8,
191:14
perpendicular
168:7
person
29:24, 32:13,
34:16, 80:15,
80:23, 81:20,
86:19, 93:10,
94:10, 96:7,
98:20, 103:12,
103:14, 103:21,
104:22, 104:24,
113:11, 115:16,
135:9, 135:13,
135:17, 141:15,
148:23, 151:15,
151:19, 158:3,
162:25, 163:3,
163:4, 185:12,
191:7, 191:8,
197:23, 221:16
person's
86:15, 92:13
personal
91:6, 124:17,
137:24, 138:22,
143:10, 144:6,
144:8, 168:14,
172:25, 207:7,
218:9, 218:22,
219:24
persons
196:6

| | | | |
|---|---|---|---|
| **perspective**<br>55:24, 205:6<br>**pertain**<br>106:9, 198:24<br>**pertained**<br>77:17<br>**pertaining**<br>59:3, 75:6,<br>79:4<br>**ph**<br>2:35, 3:1, 7:3,<br>7:10, 11:15,<br>15:9, 39:18,<br>195:2, 196:7<br>**phase**<br>46:11, 64:25,<br>65:7, 188:8<br>**philosopher**<br>52:7<br>**philosophers**<br>37:17, 37:20,<br>42:23<br>**philosophical**<br>17:2<br>**philosophy**<br>36:9, 36:13,<br>36:14, 36:15,<br>36:16, 36:24,<br>36:25, 37:14<br>**phone**<br>8:16, 19:21,<br>65:22, 65:24<br>**phonology**<br>18:25<br>**photographing**<br>145:24, 172:1<br>**phrase**<br>102:14, 102:24,<br>102:25, 109:1,<br>109:12, 148:9,<br>218:4, 218:5,<br>219:1, 219:19<br>**physically**<br>167:8<br>**physicist**<br>19:8<br>**physics**<br>19:8, 19:9 | **pick**<br>19:23, 205:24<br>**piece**<br>127:13<br>**pieces**<br>129:14<br>**place**<br>10:1, 16:20,<br>44:12, 50:23,<br>81:11, 93:19,<br>131:3, 155:9,<br>158:12, 218:2,<br>218:19, 219:17<br>**placement**<br>31:21<br>**places**<br>39:17, 98:2<br>**plain**<br>18:12, 23:9,<br>38:21, 59:8,<br>64:2, 64:19,<br>78:11, 101:24,<br>103:14, 107:8,<br>109:11, 109:14,<br>109:19, 110:25,<br>111:12, 114:15,<br>114:25, 116:24,<br>188:22, 191:1,<br>195:12, 196:17,<br>198:7, 216:11<br>**plaintiff**<br>1:10, 1:20,<br>1:33, 2:7, 2:17,<br>2:29, 4:3,<br>10:13, 11:6<br>**plaintiff's**<br>46:10<br>**plaintiff's**<br>64:24<br>**planet**<br>6:19, 9:25<br>**play**<br>159:14, 160:2,<br>210:10, 210:11,<br>210:13, 210:22,<br>211:11, 211:23,<br>212:7, 214:7,<br>214:18 | **played**<br>150:17, 151:1,<br>158:22, 159:18,<br>160:5, 161:2,<br>162:4, 163:22,<br>164:22, 169:22,<br>171:15, 183:15,<br>185:23, 210:16,<br>210:25, 211:4,<br>211:15, 212:2,<br>212:10, 214:11,<br>214:21<br>**playing**<br>150:15<br>**pleadings**<br>188:3, 188:4,<br>188:6<br>**please**<br>8:5, 8:7, 8:11,<br>8:12, 8:16,<br>10:4, 11:12,<br>11:18, 12:16,<br>12:18, 120:24,<br>163:19, 164:19,<br>170:14, 210:10,<br>219:3, 221:3<br>**plenty**<br>173:23<br>**pll**<br>62:18<br>**plla**<br>4:6<br>**poetry**<br>44:7<br>**point**<br>30:23, 51:16,<br>51:17, 54:2,<br>61:23, 62:4,<br>76:7, 98:6,<br>107:21, 110:17,<br>111:11, 125:6,<br>125:12, 146:5,<br>148:13, 150:24,<br>173:22, 175:7,<br>175:23, 196:19,<br>198:1, 198:9,<br>204:21, 215:8,<br>215:12, 220:3 | **pointed**<br>117:18, 162:13,<br>175:2, 215:6<br>**pointing**<br>51:8, 51:9,<br>51:10, 51:11,<br>51:12, 51:13,<br>51:17, 51:18<br>**points**<br>134:23, 217:4<br>**political**<br>97:14, 97:22,<br>98:13, 98:15,<br>98:17, 99:6,<br>125:8, 126:22,<br>142:21<br>**politics**<br>98:22<br>**pond**<br>133:17, 157:10,<br>157:11<br>**pool**<br>132:7<br>**portions**<br>121:11<br>**portraying**<br>92:4<br>**posed**<br>100:2, 100:23,<br>102:17, 102:20,<br>188:14<br>**position**<br>35:13, 42:3,<br>42:4, 81:8,<br>89:23, 90:7,<br>153:15, 166:13,<br>178:18, 203:10,<br>203:12, 206:10<br>**positioned**<br>81:6<br>**positions**<br>42:8, 42:9,<br>43:18, 43:20<br>**possibility**<br>51:21, 59:10<br>**possible**<br>21:23, 75:14,<br>78:14, 83:18, |

109:7, 116:12,
142:23, 145:10,
184:15, 200:6,
201:10, 201:19,
202:1
**possibly**
113:19, 122:25,
131:15, 131:17
**post**
35:4, 45:7,
45:14, 45:15
**post-doc**
36:19
**postdoctoral**
35:2
**potentially**
28:25, 92:13,
141:19, 143:5
**pours**
158:9
**powwows**
144:10
**pragmatics**
28:10, 28:11,
28:13, 28:14,
35:24, 55:1,
55:7, 55:10,
104:11
**prayer**
186:14
**praying**
145:11
**preach**
125:7, 126:21
**precise**
53:16
**precluding**
174:18
**predicament**
201:25, 203:10,
203:16
**predictions**
52:12
**predicts**
54:8
**prejudice**
105:4
**prejudices**
104:23

**preliminary**
67:11, 222:8
**preparing**
57:7, 66:18
**prescribe**
114:20
**prescriptive**
107:13
**present**
6:18, 65:20,
83:12, 121:17
**presented**
78:15, 218:7
**press**
74:3
**presumably**
114:4
**presume**
86:10, 122:24,
124:8
**pretty**
40:7, 48:22,
101:7, 125:10,
136:1, 173:8,
192:19
**prevent**
176:17, 176:23,
177:4
**previously**
101:2, 211:21
**pride**
56:6
**primarily**
19:10, 20:2,
89:10
**primary**
26:14, 27:14
**principal**
180:18
**principally**
121:5
**principle**
43:20
**principles**
74:3
**print's**
112:11
**prior**
16:12, 204:1

**prism**
44:17
**private**
86:19, 94:10
**privy**
193:15
**probable**
118:8
**probably**
44:9, 57:25,
67:14, 100:4,
100:5, 188:5
**problems**
32:11
**procedure**
21:11, 49:6
**procedures**
49:8
**proceed**
200:17
**proceeding**
8:3, 8:8
**process**
43:24, 75:18,
121:15
**processes**
101:5
**produced**
189:1
**professional**
55:11, 151:18,
157:19
**professor**
16:4, 21:8,
36:5, 39:15,
40:22, 41:21
**professors**
41:5
**programs**
21:15, 21:16,
45:10
**progress**
23:5, 201:16,
205:9
**project**
49:4
**promoted**
124:3

**prong**
23:1
**prongs**
22:22
**pronoun**
20:14
**pronounced**
11:24
**pronouns**
27:2, 29:13
**prosody**
110:4
**protest**
98:19
**protesting**
98:23, 124:25
**protestors**
98:25
**protests**
97:12
**proud**
59:17
**provide**
99:22, 112:7,
215:21
**provided**
57:15, 57:18,
57:21, 58:19,
68:17, 70:13,
70:17, 70:24,
75:7, 75:13,
106:5, 119:24,
121:5, 121:11,
150:5, 187:1,
187:5, 196:8
**provides**
48:13
**psychological**
90:18
**psychologist**
81:18, 91:10,
207:15
**psychologists**
42:22
**psychology**
37:1
**public**
3:23, 14:17,

209:2, 224:1
**publication**
50:11
**publications**
47:20, 47:22,
48:4
**publicly**
112:15, 113:2,
207:25, 208:5,
208:8, 208:11,
208:17, 209:3,
209:14
**published**
49:7
**publisher**
11:2
**pull**
149:4, 158:17,
170:13, 171:10,
179:16, 210:9,
214:5, 221:2
**pulls**
165:14
**punch**
61:10, 61:11
**pure**
94:9, 153:23
**purely**
107:7, 107:11,
153:23
**purport**
18:7
**purporting**
80:13
**purpose**
125:9, 153:12
**purposefully**
82:3
**purposes**
8:8
**pursuant**
3:22
**put**
22:11, 30:5,
31:4, 31:16,
33:18, 58:22,
63:6, 68:5,
76:15, 93:9,

93:11, 140:8,
170:25, 185:6,
206:10, 210:7
**puts**
20:11
**putting**
22:7, 36:3,
173:2, 177:10

**Q**

**qualified**
199:7
**qualifying**
106:8
**quality**
102:2
**quantification**
50:4
**quantify**
76:22
**question**
20:20, 20:23,
26:18, 26:19,
27:10, 28:2,
30:13, 31:2,
31:5, 31:11,
31:15, 31:17,
31:22, 32:1,
32:4, 33:15,
33:23, 40:3,
40:4, 40:9,
49:24, 53:5,
53:9, 53:12,
53:15, 58:18,
59:9, 72:25,
91:9, 93:11,
102:11, 102:12,
102:20, 102:23,
103:4, 106:10,
109:3, 111:23,
112:1, 112:2,
112:6, 112:19,
115:2, 117:15,
121:7, 122:11,
142:9, 149:14,
171:25, 189:18,
189:23, 189:25,
190:13, 191:7,

193:1, 193:13,
193:14, 194:5,
194:9, 202:14,
202:19, 203:8,
204:23, 212:18,
212:24, 213:13,
217:21, 220:14
**question's**
31:18
**questioning**
61:20
**questions**
12:18, 18:3,
50:2, 75:6,
82:9, 83:3,
99:23, 99:25,
100:15, 100:16,
100:22, 101:6,
101:14, 102:17,
153:21, 162:19,
162:24, 188:14,
204:24, 223:9,
223:14
**quickly**
77:10, 101:17
**quite**
25:5, 123:23,
124:2, 172:3,
172:7, 181:2
**quote**
113:16, 125:7,
125:15, 125:23,
125:25, 127:15,
128:7, 132:23

**R**

**raced**
137:7
**races**
123:10, 124:19
**racist**
135:19, 135:20,
136:1, 136:6,
136:13
**radio**
21:15
**raining**
116:2, 116:3

**raised**
186:11
**rallies**
137:25
**rally**
137:12, 137:18,
137:23, 138:20
**rang**
59:14
**range**
17:20, 95:19,
96:18, 109:7,
115:13
**ranging**
174:4
**rather**
59:13, 135:6
**rational**
103:3, 103:17,
103:24, 105:7
**rd**
13:7
**re-starting**
211:2, 211:25
**reach**
134:3, 204:10,
221:19
**reached**
221:16
**reaching**
75:18
**read**
8:23, 11:14,
25:21, 44:1,
44:5, 44:6,
44:25, 45:2,
45:3, 45:17,
79:2, 103:6,
103:13, 112:12,
127:4, 127:25,
128:10, 132:1,
203:12, 209:22,
220:1
**reader**
44:5, 44:23,
102:10, 102:12,
102:15, 102:24,
103:9, 103:11,

103:16, 103:20,
104:2, 106:7,
111:9, 188:25
**readers**
104:16
**readily**
205:10
**reading**
43:25, 44:4,
44:7, 44:15,
82:14, 103:21,
106:3, 127:15,
165:8, 187:9,
208:22, 224:8
**real**
200:16
**realized**
16:25
**really**
15:16, 20:16,
43:6, 44:19,
61:10, 61:12,
65:10, 100:6,
114:3, 123:7,
129:15, 130:15,
130:17, 132:20,
137:21, 140:9,
190:13
**reason**
34:10, 62:8,
69:15, 72:16,
83:15, 90:24,
122:20, 130:21,
130:24, 145:19,
148:2, 155:17,
165:23, 168:23,
186:10, 193:19,
205:8, 210:4
**reasonable**
102:10, 102:11,
102:14, 102:24,
103:9, 103:20,
104:2, 105:3,
105:24, 106:2,
106:6, 106:7,
111:9
**reasoning**
189:17

**reasons**
83:6, 83:13,
130:12, 130:23,
131:21, 194:24
**recall**
39:11, 71:20,
72:5, 72:13,
72:15, 72:16,
73:2, 73:5,
73:11, 111:25,
133:14, 136:25,
169:15
**received**
42:10
**recent**
23:20, 24:5
**recently**
55:5
**recess**
74:18, 120:15,
178:7, 220:23
**recognize**
46:13, 142:20,
161:6
**recognized**
137:22, 138:24
**recollection**
66:22
**reconstruct**
78:22
**reconstructing**
46:1
**record**
11:19, 12:19,
23:13, 74:20,
74:22, 120:9,
120:14, 120:17,
120:21, 149:5,
150:9, 162:12,
173:12, 178:6,
178:9, 220:22,
220:25, 222:18,
223:2, 223:17,
224:5
**recorded**
25:7
**recording**
8:7, 131:1

**records**
63:7, 66:21,
149:2
**recursive**
25:16
**red**
162:6, 162:14,
163:4, 171:23,
173:18, 174:5,
183:23
**reduced**
224:7
**reduction**
33:5
**refer**
19:4, 19:5,
89:7, 109:3,
119:14, 123:18,
127:8, 135:19,
139:12, 150:21,
193:1
**reference**
86:16, 93:1,
165:1, 170:10,
178:15, 179:15,
186:5, 188:3
**referenced**
148:22
**references**
86:4, 87:10
**referencing**
52:3, 163:4
**referring**
122:14, 126:1,
132:24, 135:16,
135:21, 162:18,
162:19, 162:24,
165:6, 179:24
**reflect**
82:1, 212:25
**reflecting**
132:7, 133:16,
157:10, 157:11
**reflection**
22:3, 31:1
**reflects**
31:2, 33:15,
33:19, 33:23,

37:19
**refrained**
119:18
**refuse**
118:13
**refused**
191:7, 191:12,
191:13, 192:21,
214:3
**refusing**
194:18
**regarded**
161:16
**regular**
110:13
**regularly**
45:11, 145:2
**rejected**
58:21
**relate**
36:16, 37:14
**related**
38:14, 51:25,
117:21, 224:10
**relates**
37:22
**relation**
218:1
**relationship**
41:18
**relationships**
18:9, 25:13
**relative**
80:22
**relatively**
24:5, 111:18
**relevance**
131:11
**relevant**
50:25, 77:6,
77:9, 80:12,
117:22, 121:19,
131:4, 131:19,
186:23
**reliable**
129:22, 130:9
**reliably**
170:6

relied
75:13
religious
125:7, 126:22
rely
19:16, 20:16,
20:24, 27:11,
82:10, 83:5
relying
177:22
remaining
93:11
remarks
186:9
remember
8:5, 8:11,
36:18, 39:16,
58:6, 58:7,
60:15, 60:22,
61:1, 66:8,
72:6, 88:13,
88:18, 100:8,
100:13, 108:10,
126:8, 127:13,
135:23, 136:4,
136:8, 136:20,
137:3, 180:16,
182:3, 202:11
remembered
66:5, 82:5
reminded
66:11
remote
8:2
remotely
8:3
repeatedly
75:23, 126:6
rephrase
58:13, 102:22,
203:8
reported
1:42
reporter
8:13, 11:11,
11:12, 11:14,
12:12, 13:16,
13:24, 14:2,

71:7, 72:7,
112:23, 138:15,
138:18, 178:24,
213:15
reporter-notary
224:1
reporting
13:23, 21:14,
70:21, 121:23,
190:8
reports
63:8, 66:6,
88:13, 88:14,
102:5
represent
10:5, 10:17,
85:8
representation
81:17
represented
78:20, 79:23,
81:19, 102:9,
114:10
representing
9:25, 10:10,
10:19, 11:4,
11:9
represents
84:11
requested
224:9
research
16:2, 23:23,
42:2, 42:5,
42:11, 43:22
resistance
191:24
resolve
29:1
resolving
26:24
resource
43:7
resources
25:3, 42:1,
63:19, 119:6,
119:11
respect
42:4, 72:12,

89:21, 92:1,
171:1, 184:24,
189:18, 193:22,
219:1
respected
43:6, 74:1,
111:22
respectful
170:24
respects
185:2
responding
141:16, 142:5,
142:14, 142:15
response
140:18
responses
78:3
rest
133:17
restart
159:25, 160:22,
161:24, 163:18,
164:17, 169:18,
173:10
restarting
160:3, 160:25,
163:20, 164:20,
169:20, 185:21,
214:19
results
25:6
resume
35:22
retain
66:16
retained
57:6, 57:8,
75:5, 186:25
retire
41:5
retired
35:17, 40:25,
41:24, 42:6
retreat
114:8, 117:17,
118:12, 190:19,
190:22, 191:4,

191:10, 191:14,
191:16, 191:20,
192:1, 192:2,
192:3, 192:22,
192:23, 194:16,
194:17, 194:19,
195:1, 198:11,
198:15, 214:3
review
48:5, 48:6,
57:11, 71:2,
71:4, 71:25,
72:19, 83:19,
83:21, 83:25,
94:4, 124:17,
124:18, 127:10,
128:15, 135:22,
137:4, 167:3,
168:14, 199:2,
199:19, 204:9,
217:5, 217:18,
217:19, 217:23,
218:22, 218:24,
219:24, 220:14,
222:9
reviewed
67:11, 68:23,
69:3, 70:10,
70:24, 71:15,
71:17, 73:3,
73:22, 77:10,
79:13, 101:8,
120:3, 120:5,
123:25, 181:25,
204:3, 216:7
reviewing
77:20, 78:18,
122:6, 122:21,
155:22
reviews
79:14, 126:13
revise
54:3
revision
54:5
rhythmically
145:3
rich
77:24

**richer**
198:1, 198:2
**right-wing**
104:24
**rights**
98:19, 98:24
**ritchey**
6:13
**road**
198:5
**roberts**
2:35, 3:1, 7:3,
7:10, 7:13,
8:21, 11:15,
11:20, 26:20,
47:5, 223:6,
223:17
**rolling**
2:32, 5:10,
9:13, 10:17
**room**
19:23, 113:5,
134:8, 173:5,
173:23, 177:8
**rooms**
21:19
**root**
140:20
**rooting**
140:16
**rough**
134:1, 134:3
**roughly**
66:3, 167:23,
168:6
**round**
130:2, 130:7,
133:5
**rowdy**
139:2, 139:3,
139:6, 139:16
**rowe**
73:19
**rows**
155:3
**rpr**
224:17
**rubber**
198:5

**rude**
112:24
**rule**
64:24
**ruled**
58:23, 59:18,
59:20
**rules**
12:7, 12:14,
25:16, 110:19
**run**
8:4
**russell**
52:23
**rutgers**
42:14, 42:24
**ryan**
5:14, 10:16

**S**

**s**
4:1, 5:28, 52:8
**said**
13:18, 18:24,
20:4, 22:21,
26:3, 27:2,
29:9, 30:24,
34:5, 34:10,
34:17, 37:5,
40:25, 42:19,
44:22, 50:18,
51:16, 56:2,
59:21, 60:2,
61:20, 61:21,
62:1, 66:1,
66:11, 67:15,
79:10, 82:5,
87:12, 88:12,
88:17, 90:2,
90:12, 90:13,
91:21, 93:6,
94:3, 94:20,
96:25, 97:3,
97:7, 98:18,
102:16, 108:11,
111:11, 114:19,
118:12, 118:18,
122:20, 124:22,

126:9, 127:21,
134:18, 135:8,
136:12, 136:22,
138:14, 139:16,
141:2, 142:19,
156:10, 157:1,
157:4, 157:6,
172:9, 172:11,
181:1, 182:24,
184:21, 185:18,
186:4, 186:10,
187:13, 187:17,
188:12, 188:21,
189:10, 189:22,
191:3, 192:11,
194:17, 197:8,
197:25, 198:12,
202:10, 202:22,
202:25, 211:19,
212:4, 212:20,
215:2, 224:6
**same**
33:17, 33:25,
39:19, 47:12,
50:13, 50:14,
70:4, 72:21,
83:6, 83:13,
87:15, 90:6,
105:23, 116:19,
130:20, 138:20,
144:1, 158:15,
169:11, 178:19,
183:23, 195:3,
199:20, 201:24,
203:14, 205:18,
210:4, 218:25,
219:6
**sandmann's**
73:20, 82:10,
84:17, 90:10,
90:21, 164:12,
168:7, 170:17,
172:6, 173:3,
173:17, 173:18,
173:21, 174:3,
175:1, 177:13,
179:2, 198:12,
205:6, 206:5,

206:13, 206:14,
215:17
**sang**
129:6
**satellite**
2:21, 5:21,
6:2, 10:22, 11:1
**satisfied**
108:7
**saw**
67:13, 72:4,
88:1, 90:15,
96:5, 121:23,
131:22, 133:5,
133:12, 138:1,
141:13, 147:9,
147:12, 147:15,
148:11, 150:4,
155:10, 155:25,
156:1, 157:24,
158:12, 159:5,
166:8, 166:11,
167:21, 176:20,
179:3, 204:7,
210:1, 210:3,
217:5, 217:13,
217:15, 218:6,
218:23, 218:24,
220:12, 220:16
**saying**
13:1, 19:7,
31:10, 33:1,
43:6, 72:8,
81:22, 93:20,
93:22, 96:16,
97:16, 98:25,
103:9, 106:11,
106:14, 110:15,
117:16, 128:13,
128:16, 129:2,
140:10, 145:5,
145:6, 150:4,
168:18, 174:10,
175:5, 175:10,
177:11, 181:9,
184:25, 198:4,
198:14, 205:19,
214:25, 218:20,

219:12
**says**
35:22, 42:4,
47:4, 48:9,
60:5, 68:17,
81:4, 102:23,
113:25, 116:22,
137:6, 179:14,
183:22, 183:24,
190:10, 192:17,
194:2, 204:20,
215:1
**scene**
69:19, 130:17,
132:22, 133:9,
138:24, 147:23,
152:20, 180:3,
181:3, 181:16,
182:1
**scenes**
150:5
**scholar**
42:11
**school**
14:11, 14:13,
14:14, 14:17,
15:4, 16:21,
39:19, 83:11,
127:19, 128:4,
137:7, 137:16
**schoolmates**
164:16
**science**
35:8, 36:19,
37:1, 42:16,
42:17, 42:25,
53:24, 54:5,
107:6, 110:24
**scientific**
17:17
**scientists**
19:18, 42:23,
53:24
**scrabble**
44:20
**screen**
76:12, 173:4
**seated**
120:9

**sec**
158:19
**second**
20:22, 23:1,
24:19, 25:24,
25:25, 37:13,
50:3, 59:1,
71:13, 75:9,
97:1, 114:19,
118:11, 120:9,
120:20, 127:2,
150:14, 150:24,
160:2, 160:23,
160:24, 161:25,
162:1, 162:18,
163:5, 165:16,
167:6, 169:19,
171:9, 171:12,
174:24, 176:22,
187:7, 194:12,
194:15, 198:21,
199:1, 204:20,
205:4, 215:4,
215:20, 215:21,
216:16, 219:14,
222:3
**secondly**
130:16, 131:20,
131:21, 197:10
**seconds**
150:19, 158:24,
159:20, 159:22,
160:4, 160:7,
160:9, 161:1,
161:4, 162:2,
162:13, 163:21,
163:24, 164:21,
164:24, 165:2,
165:9, 169:19,
169:21, 169:24,
171:14, 171:17,
173:13, 178:23,
179:1, 179:4,
183:17, 211:3,
214:10, 214:13,
214:20
**secretary**
70:18

**section**
75:8, 120:25,
121:6, 121:9,
121:15, 127:5,
186:22, 189:17
**see**
31:18, 46:23,
47:18, 50:10,
50:11, 57:25,
58:2, 60:15,
69:11, 70:14,
73:16, 76:6,
76:8, 78:9,
80:24, 81:25,
88:25, 93:2,
94:23, 95:1,
102:7, 104:14,
105:5, 105:6,
110:17, 126:5,
130:14, 133:13,
135:3, 137:13,
148:14, 148:18,
149:13, 150:21,
151:3, 152:19,
154:1, 154:6,
154:11, 156:15,
159:1, 159:23,
164:2, 165:5,
165:22, 166:16,
166:18, 167:4,
167:25, 168:10,
168:13, 168:16,
169:4, 169:8,
169:16, 171:7,
171:19, 173:2,
173:9, 173:18,
174:1, 175:16,
175:19, 176:19,
176:22, 177:18,
177:22, 178:20,
179:2, 179:19,
199:15, 200:19,
201:17, 203:20,
204:12, 205:21,
206:5, 206:8,
206:13, 206:15,
206:16, 207:3,
207:4, 207:20,

218:2, 218:5,
218:8, 218:22,
219:13
**seeing**
80:20, 213:8,
213:23
**seek**
73:5
**seem**
58:8, 139:25,
197:20
**seemed**
44:12, 119:1,
122:12, 123:16,
131:12, 134:7,
135:9, 137:9,
140:11, 140:13,
145:19, 152:25,
186:8, 186:17,
191:23, 205:24
**seems**
61:14, 84:5,
84:7, 95:2,
118:20, 127:17,
127:23, 128:2,
199:4, 199:21,
219:1, 219:4,
219:12, 219:17,
219:19, 219:25
**seen**
66:5, 72:9,
86:12, 86:13,
161:11, 161:13,
210:2, 215:13,
215:17
**sees**
165:9
**segment**
71:16, 72:14
**segments**
71:3, 75:23,
77:2, 77:6,
77:9, 77:16
**select**
195:18
**selection**
50:3, 50:12
**seller**
16:18

semantic
26:2
semanticist
19:13, 37:5,
108:11
semantics
17:11, 18:17,
18:18, 18:19,
18:21, 19:1,
19:6, 19:11,
19:12, 19:16,
24:21, 35:24,
50:4
semester
41:8
seminar
36:14
seminars
35:23, 43:11
sense
54:4, 58:16,
97:25, 117:23,
118:5, 118:15,
118:16, 119:2,
139:20, 176:4,
177:9
senses
117:21, 195:15
sensible
23:18
sensitive
29:1, 41:16
sensors
22:1
sent
70:19, 72:3
sentence
19:25, 20:15,
22:23, 26:5,
26:8, 26:13,
32:18, 33:3,
33:4, 51:3,
51:6, 108:2,
118:25, 127:25,
133:22, 135:1,
135:2, 139:1,
139:4, 190:20,
217:9, 219:11,

219:15
sentences
21:23, 25:18,
33:18, 119:8,
190:2, 190:5,
190:14, 193:20,
193:23, 198:23,
198:25
separate
68:7, 69:14
september
65:16, 65:17,
66:21, 67:8,
100:18, 221:21,
221:22, 222:5
serious
214:24
serve
41:25
set
25:16, 69:9,
105:4, 108:25,
132:22, 224:14
setting
92:20
seven
67:16, 100:7
several
20:1, 29:22,
29:23, 30:4,
36:21, 47:20,
63:2, 73:25,
75:3, 108:5,
123:10, 174:8,
174:16, 180:5
shakes
183:25
share
28:24, 34:15
shared
34:18
sharing
185:2
sheet
127:21, 154:7
shelf
112:8, 112:10,
112:14

shirt
137:8, 173:19
shoeboxes
21:18, 21:19
shohl
60:9
shook
5:13, 10:14,
10:15
short
72:8, 129:14,
218:17, 220:17
shorthand
224:1
shot
133:12, 157:2,
157:18
should
8:9, 34:21,
46:18, 74:12,
107:14, 107:15,
114:22, 116:22,
127:25, 141:10,
141:11, 153:3,
193:20, 210:24
shoulder
173:3
shouldn't
67:4, 107:15
show
107:1, 146:6,
147:24, 148:7
showed
106:25
shown
115:6, 195:7
shows
178:19, 218:18
shy
13:22
sic
105:3
side
13:23, 60:19,
60:25, 61:5,
61:6, 61:7,
61:8, 61:23,
62:2, 148:5,

160:13, 174:13
sides
95:22, 97:13
siegel
11:3
signature-p1kal
224:15
significance
150:2, 170:21,
170:22
signing
224:8
similar
131:24
simple
51:7, 77:21,
101:7, 113:23,
197:20
simply
96:16, 180:24,
216:7
since
23:3, 48:24
singing
129:10, 129:17
single
51:3, 204:3,
218:15
sitting
39:11, 72:11,
73:2, 73:11,
127:12, 136:25
situation
34:3, 75:15,
75:22, 77:12,
78:7, 78:9,
78:12, 79:19,
80:10, 80:11,
81:12, 81:16,
81:18, 82:24,
84:11, 90:24,
92:21, 93:12,
95:13, 97:10,
108:1, 108:2,
114:10, 119:25,
135:15, 146:8,
170:24, 192:2,
192:3, 192:10,

192:23, 198:9,
200:15, 201:15,
203:3

**six**
125:16, 142:5,
142:15, 221:12

**sizes**
132:22

**skewed**
80:6

**sleep**
91:19

**slide**
216:22, 217:14

**slided**
216:20, 216:21

**slightly**
98:6, 165:13,
168:8, 168:22,
169:2, 186:13

**slogan**
60:12, 60:18,
60:24, 61:2,
61:3

**slot**
116:19

**slower**
76:18

**slowly**
8:5

**slur**
55:25, 56:5,
56:7

**slurs**
55:1, 55:12,
55:15, 55:18,
55:21, 77:25,
126:19, 135:20,
135:23, 198:3

**small**
148:18, 181:24,
182:8

**smaller**
131:12

**smile**
164:8

**smirk**
170:3, 170:5

**smoothly**
8:4

**snippets**
69:13, 70:4

**soap**
125:13

**sociology**
37:2

**socrates**
6:19

**software**
76:17

**solan**
39:13, 39:14

**solely**
63:17, 64:13,
79:7, 79:12,
79:16, 80:2,
83:20, 88:24,
94:13

**some**
16:12, 22:2,
38:18, 38:21,
38:23, 45:16,
52:1, 55:17,
63:10, 69:9,
69:14, 69:15,
77:9, 93:6,
93:8, 93:14,
93:16, 93:20,
97:12, 98:2,
98:21, 101:12,
103:10, 111:3,
113:20, 115:6,
117:20, 123:23,
123:24, 124:8,
125:1, 126:2,
127:1, 127:21,
132:5, 136:1,
146:14, 151:9,
153:5, 155:6,
155:7, 155:12,
155:17, 156:3,
158:10, 161:6,
165:23, 168:23,
175:23, 179:5,
182:1, 184:6,
186:17, 189:9,

191:11, 222:8,
222:16

**somebody**
30:15, 86:23,
93:22, 132:17,
135:12, 136:9,
136:12, 152:3,
152:6, 187:13,
207:19, 212:18,
215:1

**someone**
16:17, 63:23,
85:12, 86:14,
86:24, 92:11,
92:13, 92:22,
93:23, 98:23,
104:18, 128:8,
128:14, 142:24,
184:23, 187:14,
195:2, 212:13,
212:16

**someone's**
80:9, 124:21

**something**
20:5, 20:18,
33:24, 43:25,
44:9, 45:15,
55:7, 58:8,
60:25, 91:15,
91:22, 107:14,
115:18, 116:4,
116:15, 122:4,
136:13, 137:22,
138:9, 138:21,
183:20, 185:17,
187:13, 198:7,
202:8, 205:5,
212:4, 215:1,
221:13

**sometimes**
23:6, 37:3,
51:4, 56:4,
122:17, 129:7,
211:23

**somewhat**
218:16

**song**
144:13, 144:19,

192:10, 192:15

**soon**
79:13, 110:1

**sophisticated**
25:7

**sorry**
9:18, 10:7,
19:22, 28:3,
28:7, 31:7,
40:2, 40:10,
47:6, 49:25,
50:14, 58:1,
58:15, 60:5,
61:1, 62:8,
63:6, 65:1,
66:20, 66:25,
68:10, 72:2,
87:5, 112:2,
112:20, 120:20,
124:15, 127:10,
155:14, 162:23,
177:1, 178:24,
211:1, 212:3,
213:15, 214:5,
217:22, 219:13,
219:14

**sort**
25:20, 38:24,
44:1, 46:22,
88:20, 125:1,
140:1, 140:20,
164:8, 176:12,
177:20

**sound**
13:23, 18:1,
19:1, 24:2,
110:4, 110:5,
144:22, 144:25

**sounds**
19:21, 23:19,
24:1, 26:4,
49:21, 145:2

**sources**
21:13, 115:12,
128:12

**south**
5:6, 14:9,
157:13, 158:5,

165:3, 165:11,
165:18, 167:23,
168:4, 168:6,
168:22
**sovereign**
60:23, 60:24,
61:3, 61:8,
61:24
**space**
156:8, 174:10,
175:2, 175:5,
175:8, 205:17,
206:5, 206:13,
206:14, 209:12
**sparks**
64:5
**speak**
8:5, 48:16,
48:18, 48:20,
49:16, 103:12,
107:14, 111:15
**speaker**
49:18, 79:17,
91:24, 95:7,
103:3, 103:15,
103:17, 104:1,
105:6, 105:25,
106:2, 106:7,
106:12, 106:15,
106:20, 109:15,
109:18, 119:3,
188:23, 196:11,
200:8, 201:11,
201:20, 202:2,
202:4
**speakers**
21:21, 23:9,
23:18, 23:24,
24:9, 32:11,
38:19, 91:16,
103:25, 106:9,
107:9, 111:1,
114:17, 115:1,
115:10, 115:13,
115:15
**speaking**
8:14, 8:17,
29:6, 48:11,

50:24, 86:24,
91:3, 110:10,
181:5
**spears**
5:4, 7:4, 8:23,
9:18, 10:8,
11:7, 11:8,
11:17, 12:13,
13:19, 14:3,
28:8, 46:8,
74:15, 74:21,
85:10, 85:17,
85:25, 86:11,
94:11, 95:11,
96:14, 96:23,
102:19, 102:21,
120:8, 120:18,
126:24, 129:1,
138:12, 138:19,
141:25, 142:4,
142:8, 142:12,
143:3, 149:21,
150:1, 150:20,
158:17, 158:25,
159:21, 159:25,
160:8, 160:22,
161:5, 161:24,
162:8, 162:16,
163:7, 163:17,
163:25, 164:17,
164:25, 169:10,
169:18, 169:25,
170:7, 171:18,
173:10, 173:14,
175:24, 177:12,
178:1, 178:4,
178:10, 179:7,
182:21, 183:11,
183:18, 185:19,
186:1, 202:18,
203:5, 205:3,
210:19, 211:22,
212:6, 212:12,
214:14, 214:22,
219:11, 221:1,
223:1, 223:13
**special**
18:4, 18:7,

45:22, 45:25,
113:8, 134:20
**specialities**
52:2
**specialize**
19:15, 28:11
**specialized**
134:13
**specific**
39:23, 40:6,
54:18, 64:6,
72:15, 73:12,
90:15, 108:6,
145:2, 169:15,
208:24
**specifically**
50:24, 75:23,
127:9, 207:2
**spectators**
139:2, 139:6,
139:16
**speculating**
88:23
**speculation**
94:9
**spelled**
11:21
**spent**
76:20, 76:21,
77:1, 77:3,
101:16, 197:16
**spirit**
186:15
**spoil**
44:19
**spoke**
65:23, 144:1
**spoken**
24:8, 30:14,
51:6, 83:15,
110:7, 144:22
**sporting**
137:16, 139:9,
139:23, 140:22,
141:4, 141:9,
161:14
**sports**
137:9, 137:23,

137:25, 139:6,
140:4, 161:11
**springfield**
21:10
**square**
126:20
**st**
222:4, 222:6
**stairs**
171:21, 192:13,
192:23, 200:18,
205:11, 208:2,
208:7
**stake**
80:7
**stance**
52:25
**standard**
38:24
**standing**
61:23, 95:18,
125:16, 130:19,
155:9, 166:2,
173:17, 194:3,
198:12, 204:1,
204:4, 204:6,
204:13, 206:3,
206:4, 206:9,
207:5, 207:6
**standoff**
213:1
**stanford**
35:6, 36:20
**start**
110:10, 132:16,
150:13, 158:18,
164:18, 171:11,
173:15, 190:20,
196:24
**started**
55:8, 67:1,
100:13, 114:1,
190:16, 192:17,
193:24, 215:1,
222:11
**starting**
25:9, 25:11,
42:11, 47:21,

150:16, 158:20,
159:16, 162:2,
171:13, 183:13,
210:15, 211:14,
212:9, 214:9
**starts**
46:22, 133:19,
179:14, 179:20,
182:12
**state**
3:23, 6:6,
10:5, 11:18,
15:23, 35:13,
35:16, 35:20,
75:4, 75:12,
80:23, 116:8,
116:14, 132:23,
133:25, 135:5,
144:11, 145:14,
149:23, 154:1,
171:19, 179:9,
184:18, 185:16,
200:13, 203:23,
216:12, 217:5
**stated**
150:6, 203:25
**statement**
73:20, 80:13,
84:7, 95:6,
104:21, 108:21,
126:21, 149:24,
166:24, 176:15,
184:13, 189:19,
193:11, 193:12,
197:5
**statements**
34:3, 48:2,
79:3, 79:7,
79:16, 79:18,
79:22, 79:24,
81:4, 82:11,
83:5, 94:20,
94:25, 103:22,
120:5, 176:11,
177:19, 187:22,
187:24, 189:12,
212:19, 213:16
**states**
1:1, 70:12,

139:11
**stating**
12:15, 135:6,
145:17, 163:3,
200:21
**status**
41:3
**statute**
63:15
**statutes**
63:12
**statutory**
64:17
**stay**
120:9, 194:6
**stayed**
93:9, 93:19,
210:7, 219:17
**staying**
194:8
**stays**
179:4
**stenographically**
224:6
**step**
154:11, 205:10
**steps**
137:7, 152:21,
154:3, 154:8,
154:21, 155:7,
155:20, 157:12,
157:21, 157:23,
158:6, 158:9,
165:10, 166:6,
166:12, 166:16,
166:19, 166:21,
167:5, 167:8,
167:23, 168:2,
169:1, 172:4,
172:7, 173:24,
173:25, 174:8,
174:16, 174:19,
175:6, 175:14,
175:19, 175:20,
175:21, 176:17,
176:18, 177:4,
179:3, 182:11,
192:5, 193:25,

204:6, 209:17
**sticking**
59:8
**still**
17:9, 17:13,
41:25, 42:4,
43:10, 53:1,
165:14, 173:4,
210:8
**stipulated**
149:6, 150:10
**stipulation**
11:14
**stone**
2:32, 5:10,
9:13, 10:17
**stood**
123:22, 154:13,
190:17, 191:19,
194:1, 205:19,
210:8, 218:2
**stop**
20:22, 37:12,
44:10, 63:19,
75:9, 150:13,
162:5, 165:16,
219:13
**stopped**
76:6, 130:13,
131:18
**stopping**
176:12, 176:13,
177:20
**story**
16:11, 45:17
**straight**
194:2, 220:6
**straightforward**
78:2
**stray**
123:10, 124:10
**streaming**
45:13, 45:18
**street**
4:15, 4:23,
5:16, 5:25, 6:6,
13:7
**strict**
59:7

**strike**
41:20, 68:22,
79:25, 107:3,
116:9, 137:2,
170:16, 189:24,
208:3, 209:19
**strong**
104:23
**structure**
20:3, 20:9,
20:25, 23:2,
23:14, 23:25,
24:1, 24:16,
25:3, 26:11,
32:18, 51:20,
117:3, 117:7,
117:9
**structures**
23:6, 24:10,
25:2, 25:14
**student**
173:17, 174:12,
175:1, 175:9,
210:21, 211:13,
213:25, 214:15
**students**
38:13, 38:16,
43:8, 43:12,
53:21, 55:9,
83:11, 93:2,
93:6, 93:8,
123:18, 131:6,
131:10, 143:8,
152:10, 154:13,
155:4, 156:3,
156:9, 161:6,
171:21, 174:11,
209:7, 209:18,
209:20, 209:24,
212:20, 213:16
**studied**
15:7, 15:10,
15:12, 16:1,
17:7, 21:7,
36:25, 37:21,
37:23, 88:3,
151:9
**studies**
19:12, 110:24

study
14:22, 15:11,
16:7, 16:25,
17:10, 17:11,
17:17, 17:20,
18:1, 18:15,
18:19, 19:1,
19:2, 19:3,
19:8, 19:20,
20:15, 21:7,
21:22, 23:5,
25:6, 26:15,
26:21, 28:14,
35:5, 35:8,
35:9, 36:2,
36:21, 37:5,
42:18, 104:9,
110:25, 111:1,
115:20
studying
21:12, 23:2,
24:7, 24:9,
26:6, 110:20
stuff
99:2
style
180:14
su
215:1
subfield
18:23
subfields
19:10
subject
17:25, 20:6,
52:15, 55:15,
203:1
subscribe
45:6, 45:9
subsequent
79:6, 79:22,
126:12
subsequently
72:20, 77:15,
79:2
substantial
187:8, 187:11,
189:9, 189:12

substantially
187:18, 187:23
substantive
189:14
substitute
85:18
sue
29:16, 29:18,
29:20, 29:21,
29:25, 30:1,
30:3, 30:6,
30:24, 31:6,
31:7, 31:9,
31:10, 31:14,
32:9, 33:12,
33:19
sufficient
208:19
suggest
84:25, 124:24
suggested
208:6
suggesting
181:5, 181:8
suggests
196:15
suit
57:7
suitable
115:24
suite
4:7, 4:16,
4:23, 5:6, 6:14
summary
105:9, 105:10,
154:7, 188:8
support
114:12, 148:12
supports
176:11, 177:19
suppose
29:22
sure
11:23, 13:6,
13:21, 29:14,
33:9, 40:4,
40:9, 47:2,
52:17, 58:13,

58:15, 66:25,
68:8, 74:14,
75:4, 93:23,
96:14, 97:9,
103:13, 106:1,
114:11, 115:4,
117:13, 123:7,
125:18, 127:1,
128:23, 129:2,
131:2, 147:7,
147:9, 147:14,
149:19, 150:23,
159:6, 173:7,
173:8, 175:25,
178:4, 181:11,
194:14, 195:5,
195:8, 196:5,
202:18, 211:18,
211:20, 219:11,
221:13
surmise
143:20, 153:24
surprise
144:15, 144:18
surrounded
176:1, 176:4,
176:5, 176:7,
214:15
suspect
58:6, 153:14
swear
11:12
sworn
11:16
synonymous
61:4, 61:9,
62:5, 62:6
syntactic
20:3, 20:9,
20:25, 23:1,
23:14, 24:1,
24:15, 25:2,
25:3, 25:14,
26:11, 51:20,
116:19, 117:3,
117:7, 117:9
syntacticians
23:15, 24:6,

25:8
syntax
18:1, 20:11,
23:2, 24:17,
25:6, 35:24,
35:25, 109:8,
118:17, 196:25
systematic
17:1

**T**

table
52:20, 206:16
tactic
23:6
take
22:4, 24:10,
27:16, 34:16,
38:3, 47:23,
49:16, 74:12,
82:17, 83:9,
95:8, 105:7,
106:3, 106:17,
109:16, 109:21,
114:12, 114:24,
117:22, 134:13,
152:12, 169:17,
175:22, 178:2,
178:18, 186:2,
192:11, 192:14,
192:22, 193:16,
211:7, 220:17
taken
58:8, 74:18,
120:15, 132:4,
133:6, 178:7,
220:23, 224:3,
224:6
takes
50:23
taking
10:1, 15:25,
89:23, 90:7,
91:24, 112:14,
151:19, 158:3,
180:4
talk
8:6, 25:3,

25:13, 28:9,
38:17, 54:19,
54:25, 64:5,
90:25, 94:4,
97:7, 102:10,
112:21, 122:4,
146:9, 148:8,
156:11, 156:12,
162:17, 171:9,
188:20, 188:24,
189:7, 203:22,
213:20
**talked**
22:9, 25:1,
27:12, 62:14,
65:13, 70:20,
77:24, 82:19,
86:2, 92:10,
99:10, 106:6,
114:14, 116:9,
117:2, 117:3,
172:9, 178:11,
178:14, 209:8,
212:16, 217:9,
221:15
**talking**
20:18, 34:23,
47:6, 47:9,
50:19, 56:7,
64:2, 68:3,
68:8, 68:10,
69:25, 89:8,
89:11, 90:12,
91:18, 106:15,
114:4, 114:5,
130:6, 156:13,
162:7, 168:19,
189:2, 189:3,
214:4
**talks**
54:10
**tape**
122:21, 122:22,
123:13
**taught**
35:19, 35:22,
36:14, 38:6,
39:21, 41:11

**teach**
36:13, 40:15,
41:9, 41:10,
109:23
**teaching**
42:6, 42:8,
42:9, 43:15,
52:5, 63:24,
108:13
**team**
139:13, 139:17,
140:5, 140:6,
140:14, 140:17,
140:21
**technical**
28:20, 51:25,
54:17, 58:15
**technical-related**
8:18
**technician**
6:19, 8:2
**techniques**
119:7
**ted**
1:8, 1:18,
1:31, 2:5, 2:15,
2:27
**teenagers**
142:2, 142:14,
142:15
**telephone**
19:22, 67:19,
67:23
**television**
21:15, 139:9,
173:13
**tell**
13:25, 17:15,
19:2, 49:23,
53:11, 61:14,
63:7, 83:19,
108:4, 122:15,
123:5, 124:20,
127:11, 127:12,
129:15, 130:21,
134:8, 149:3,
149:11, 160:18,
164:9, 172:15,

197:9, 210:6,
211:12, 212:3,
212:5, 214:24,
215:10, 218:10
**telling**
107:13, 137:2,
150:6, 153:23,
180:21
**tells**
33:20, 80:6
**ten**
100:7, 178:3,
220:18
**tend**
196:10
**tense**
104:8, 110:13,
110:14, 191:6
**term**
21:12, 22:5,
41:7, 54:18,
56:4, 98:7,
116:18, 116:19
**terms**
17:18, 17:19,
27:4, 55:16,
59:9, 62:6,
78:1, 81:25,
98:13, 99:11,
121:18, 126:18,
167:6, 188:10,
213:4, 216:18
**terre**
13:14, 14:1,
14:7, 14:8,
14:11
**testified**
11:16, 56:15,
56:20, 59:4,
60:6, 61:2,
61:9, 156:1,
208:3
**testify**
65:4, 91:5
**testifying**
59:11, 66:13,
80:23
**testimony**
57:12, 57:16,

57:19, 58:23,
59:5, 59:10,
59:13, 59:17,
59:19, 59:22,
59:24, 63:11,
64:2, 80:22,
82:23, 85:16,
224:5, 224:6
**texts**
23:8
**th**
25:10, 46:12,
52:24, 65:13,
69:20, 74:4,
75:1, 222:11,
224:14
**thank**
8:2, 8:19,
12:14, 12:15,
24:24, 27:4,
28:9, 54:22,
58:18, 73:1,
93:21, 120:19,
138:18, 142:17,
152:13, 219:16,
220:20, 223:11,
223:14, 223:15
**thanks**
53:18, 74:15,
186:15
**theater**
15:1
**themself**
10:4
**themselves**
34:6, 134:19
**theories**
52:14
**theorist**
52:18
**theory**
28:19, 28:21,
30:25, 41:18,
52:6, 52:11,
52:13, 52:19,
53:12, 53:14,
53:23, 54:4,
54:6, 54:18,

54:21
**thereafter**
224:7
**therefore**
110:25, 192:21
**they'd**
80:6
**thing**
24:19, 25:20,
32:12, 62:12,
63:24, 87:15,
102:6, 109:24,
110:22, 138:20,
167:7, 167:9,
177:25, 180:19,
184:21, 192:4,
193:13, 197:12,
198:10
**things**
26:17, 27:2,
27:5, 36:21,
37:18, 42:18,
43:17, 44:2,
44:16, 45:3,
49:24, 55:17,
76:7, 77:14,
78:3, 86:20,
92:11, 98:24,
99:8, 102:8,
103:19, 105:1,
108:23, 109:5,
110:11, 110:23,
113:25, 114:8,
146:9, 146:18,
150:6, 184:16,
193:20, 197:1
**thinking**
85:4, 113:24,
113:25, 184:16,
184:17, 186:20,
190:9, 193:15,
193:18
**third**
26:2, 51:10,
51:18, 132:1,
133:21
**thoroughly**
78:14

**thought**
16:15, 37:18,
37:19, 37:22,
43:24, 61:22,
67:12, 96:14,
100:20, 102:8,
113:18, 113:21,
114:8, 118:7,
131:7, 140:15,
151:12, 184:6,
185:9, 185:14,
192:4, 193:13,
195:1, 195:23,
197:21, 212:25,
213:4
**three**
13:11, 22:22,
74:1, 74:6,
77:1, 77:4,
97:11, 111:24,
112:3, 117:20,
122:10, 123:17,
131:21, 142:21,
154:21, 172:6,
173:24, 191:15,
197:2
**through**
1:7, 1:17,
1:30, 2:4, 2:14,
2:26, 43:15,
43:23, 44:17,
46:1, 64:8,
69:22, 72:18,
75:10, 79:12,
86:3, 86:25,
92:6, 101:17,
111:24, 149:16,
156:8, 156:18,
209:23
**throughout**
181:2, 218:3,
218:13, 218:19
**till**
110:8
**time**
8:17, 9:23,
12:16, 15:12,
15:25, 16:13,

17:8, 17:12,
39:22, 43:11,
49:13, 59:6,
67:3, 68:11,
74:17, 74:20,
76:2, 76:20,
76:22, 77:12,
80:19, 82:15,
87:11, 87:23,
98:22, 99:3,
110:8, 111:5,
114:1, 120:14,
120:17, 123:23,
132:3, 132:12,
135:24, 140:12,
154:10, 164:12,
167:4, 169:11,
172:16, 178:6,
178:9, 204:5,
204:13, 211:5,
211:12, 212:21,
213:18, 213:23,
214:23, 215:18,
218:13, 220:22,
220:25, 221:3,
223:14
**timeframe**
49:11
**times**
1:23, 1:24,
6:10, 6:11, 9:4,
10:10, 45:7,
45:14, 75:19,
76:5, 107:12,
108:6, 122:19
**timing**
120:10
**title**
151:16
**titled**
120:25, 223:5
**today**
9:24, 10:16,
10:23, 11:2,
21:15, 72:11,
73:2, 73:11,
127:12, 127:21,
137:1, 154:8,

188:21, 200:25,
221:14
**today's**
9:15, 9:22
**todd**
4:4, 5:15,
10:15, 10:17,
11:5, 65:19,
67:11, 102:20
**together**
20:11, 22:8,
22:11, 36:3,
36:20, 125:16,
147:16, 182:9
**told**
16:19, 52:4,
53:4, 54:14,
62:8, 64:18,
66:2, 66:3,
77:22, 92:15,
101:7, 101:20,
102:4, 132:3,
139:22, 154:15,
188:16, 190:23,
194:25
**tomahawk**
161:7, 161:9,
161:19
**tomorrow**
41:16
**took**
15:18, 16:12,
67:16, 68:4,
81:10, 96:20,
118:14, 119:8,
135:9, 137:10,
143:21, 157:18,
165:13, 194:19
**tool**
24:6, 25:25
**tools**
23:21, 25:23,
37:6, 39:1
**top**
17:9, 17:13,
73:24, 192:13,
223:5
**tore**
137:8

| | | | |
|---|---|---|---|
| **total** | **traurig** | 78:10, 80:12, | 217:7, 217:12 |
| 77:3, 222:10 | 6:5, 10:25 | 87:7, 87:25, | **turning** |
| **touched** | **treat** | 88:1, 94:24, | 168:24 |
| 17:1 | 20:16 | 101:21, 107:6, | **turns** |
| **tourists** | **tremaine** | 107:23, 107:25, | 154:9, 160:10, |
| 122:25 | 4:14 | 108:3, 108:4, | 165:15, 166:22, |
| **toward** | **trial** | 108:6, 108:21, | 168:2, 168:9, |
| 141:19, 166:8, | 65:4, 197:8 | 108:22, 109:1, | 168:20, 168:21, |
| 166:16, 168:1, | **tribe** | 117:10, 119:7, | 168:23, 169:2, |
| 168:25, 180:6 | 88:16, 143:23, | 122:3, 187:8, | 182:12 |
| **towards** | 144:12 | 187:10, 187:12, | **tv** |
| 15:15, 54:25, | **tried** | 188:17, 188:20, | 45:20, 71:2 |
| 135:24, 141:20, | 38:17, 38:25, | 189:1, 189:2, | **twice** |
| 145:16, 160:13, | 75:19, 76:6, | 189:9, 189:12, | 134:7 |
| 166:14, 166:22, | 77:22, 89:12, | 190:1, 190:5, | **two** |
| 168:1, 193:24 | 134:6 | 197:11, 197:24, | 25:2, 29:19, |
| **track** | **tries** | 198:2, 198:4, | 32:23, 35:5, |
| 57:24 | 115:11 | 199:14, 199:17, | 40:18, 66:10, |
| **trademark** | **triple** | 216:10 | 75:6, 76:14, |
| 60:11 | 142:7, 142:10, | **truthfully** | 77:1, 77:4, |
| **tradition** | 142:17 | 108:2 | 82:9, 83:3, |
| 59:7 | **true** | **try** | 94:20, 94:25, |
| **trailed** | 29:16, 29:25, | 33:10, 58:16, | 95:18, 96:6, |
| 152:6 | 31:23, 33:16, | 58:17, 187:25, | 97:11, 98:9, |
| **trailing** | 33:21, 33:24, | 197:22, 209:22 | 99:23, 108:19, |
| 145:24 | 34:1, 55:20, | **trying** | 110:10, 117:20, |
| **training** | 61:25, 62:3, | 12:25, 37:15, | 130:12, 154:21, |
| 15:14, 15:24, | 67:13, 78:2, | 40:4, 40:10, | 158:3, 165:10, |
| 43:22, 44:1, | 78:8, 78:12, | 78:5, 78:22, | 176:14, 182:6, |
| 44:14, 134:14, | 79:18, 79:24, | 81:19, 84:25, | 187:2, 190:14, |
| 134:16, 211:8 | 81:7, 82:24, | 85:18, 86:15, | 193:19, 196:4, |
| **trajectory** | 84:18, 92:1, | 86:24, 94:12, | 198:17, 199:3, |
| 208:6 | 94:25, 95:2, | 112:24, 132:20, | 200:13, 202:24, |
| **transcript** | 100:21, 101:23, | 141:11, 151:17, | 203:1, 215:24, |
| 82:11, 224:4 | 102:8, 108:8, | 153:10, 157:14, | 216:2, 223:3, |
| **transcription** | 108:24, 121:21, | 208:7, 212:24, | 223:4 |
| 73:19 | 187:17, 187:18, | 219:9 | **type** |
| **transitive** | 187:20, 187:23, | **tuesday** | 18:15, 21:2, |
| 118:24 | 188:1, 189:19, | 2:37, 4:2 | 32:14, 76:12, |
| **translate** | 191:9, 191:12, | **turk** | 116:20 |
| 108:13, 108:18, | 198:6, 198:14, | 23:22, 26:3 | **types** |
| 108:20 | 199:4, 199:18, | **turn** | 18:3, 27:12 |
| **translating** | 199:21, 206:2, | 154:20, 167:25, | **typewriting** |
| 108:19 | 216:9, 224:4 | 193:24 | 224:7 |
| **translation** | **truth** | **turned** | **typical** |
| 108:17 | 33:21, 55:19, | 155:18, 165:23, | 144:2 |
| **translations** | 56:8, 61:18, | 167:15, 187:15, | **typically** |
| 48:13 | 62:5, 77:22, | 194:2, 204:15, | 86:2, 103:24, |

115:25, 143:22,
145:3, 191:6,
200:14, 200:22,
203:2
**typo**
127:22, 128:19,
128:21
**typos**
127:21

**U**

**ultimate**
82:3
**umm**
45:2, 71:11,
104:17
**unable**
8:15, 200:16,
203:3
**unclear**
133:2
**under**
16:4, 20:20,
21:21, 26:18,
26:19, 31:1,
31:2, 31:17,
31:18, 33:16,
33:23, 48:9,
53:5, 53:9,
53:12, 53:15,
70:20, 73:15,
102:12, 105:9,
187:2, 224:7
**undergraduate**
14:24, 14:25,
15:3, 35:19,
35:23, 38:12,
49:2
**underlying**
25:13
**understand**
12:7, 12:17,
13:1, 32:13,
32:19, 33:14,
40:2, 54:7,
65:7, 78:11,
79:17, 83:17,
85:1, 104:21,

106:10, 107:20,
118:9, 119:4,
119:25, 184:22,
188:4, 188:5,
191:16, 197:12,
197:18, 198:16,
199:14, 208:21,
211:8
**understanding**
25:23, 84:13,
85:9, 113:12,
187:18, 188:7,
193:6, 197:11
**understood**
12:20, 12:22,
34:22, 38:19,
80:22, 103:6,
107:9, 188:18
**undertake**
19:16, 27:11
**unfriendly**
99:14
**ungrammatical**
44:13
**united**
1:1, 139:10
**universal**
55:21
**universities**
17:9
**university**
14:19, 14:23,
15:8, 15:11,
15:19, 17:4,
35:6, 35:14,
35:16, 36:6,
39:20, 42:1,
49:3, 74:3
**unless**
44:3, 87:13
**unmovable**
212:14
**unmoving**
95:18
**unquote**
128:7
**unreasonable**
104:16

**unrelated**
122:12, 123:17
**until**
24:23, 66:24,
124:14, 130:5,
142:8, 160:2,
162:23, 166:9,
166:17, 166:22,
167:15, 168:2,
172:6, 179:4,
206:20, 213:12,
217:20, 220:13
**unusually**
96:18
**upbringing**
170:23
**updating**
51:21
**usa**
10:23, 11:2
**usage**
23:16, 116:23,
198:21
**usages**
21:11, 21:17,
21:20, 23:8,
24:7, 196:20,
200:1
**use**
19:19, 21:15,
22:10, 22:11,
22:17, 23:21,
24:4, 25:1,
26:3, 27:21,
28:16, 37:6,
48:23, 61:4,
75:17, 95:14,
98:3, 102:25,
108:17, 109:11,
109:13, 111:2,
111:16, 115:10,
115:20, 116:24,
118:24, 139:1,
139:2, 145:1,
147:25, 148:9,
164:14, 168:16,
172:16, 172:17,
184:23, 200:22,

200:24, 200:25,
201:4, 218:5,
219:1, 219:19
**useful**
37:8, 39:1,
108:12
**uses**
23:16, 55:23,
102:24, 116:13,
116:14, 197:13
**using**
91:3, 98:5,
201:2
**usually**
76:15, 139:23,
145:3
**utilize**
76:17
**utter**
19:25, 20:3,
22:23
**utterance**
20:10, 20:21,
26:22, 26:25,
32:23, 33:11,
33:13, 34:12,
55:19, 91:17,
198:5, 198:6
**utterances**
29:19, 30:23,
31:22
**uttered**
95:5, 145:2

**V**

**vague**
98:9, 132:21
**valid**
196:3, 200:6,
201:10, 201:19,
202:1
**variety**
18:13, 19:9,
21:13, 37:18,
40:8, 42:18,
52:9
**various**
20:13, 49:24,

| | | | |
|---|---|---|---|
| 97:13, 122:11, 134:23 | **videotape** 8:21 | **wah** 145:6 | 91:6, 93:1, 102:4, 103:14, 103:15, 103:17, |
| **veracity** 48:1 | **videotaping** 135:14 | **wait** 24:22, 120:20, 124:14, 130:5, | 105:24, 106:1, 120:9, 126:2, 126:5, 140:8, |
| **verb** 110:13, 116:20, 116:21, 216:19, 220:4 | **view** 90:9, 90:20, 104:22, 138:9, 141:9, 141:10, 141:11, 218:10, | 142:8, 162:23, 171:9, 198:14, 206:20, 213:12, 217:20, 220:13 | 140:9, 146:9, 156:12, 165:16, 167:3, 171:10, 171:24, 177:25, |
| **verbatim** 187:4, 192:11 | 220:3 | **walk** 110:1, 155:16, | 178:1, 204:25, 222:18 |
| **version** 112:13 | **viewed** 72:17, 141:3, 142:22, 161:19 | 156:18, 180:3, 220:6 | **wanted** 17:14, 18:1, 49:10, 53:17, |
| **versus** 9:1, 9:3, 9:6, 9:9, 9:13, 9:20, 20:19, 29:20, | **viewing** 134:19, 138:24 **views** | **walked** 93:7, 155:10, 155:11, 155:15, 155:19, 156:5, | 59:13, 61:3, 101:18, 118:14, 119:15, 125:12, 132:14, 132:15, |
| 30:6, 30:24, 61:7, 131:23, 139:17, 139:19, | 86:19, 88:22, 89:13, 89:15, 89:18, 98:18, 124:3, 125:12 | 160:10, 168:19, 176:8, 194:2, 204:14, 204:15, | 192:5, 205:5, 208:1, 209:15, 209:23 |
| 139:23, 140:7 | **viral** | 205:10, 209:11 | **washington** |
| **veteran** 71:24 | 71:24 **virtually** | **walking** 152:15, 154:17, | 4:16, 45:7, 45:14 |
| **via** 8:16 | 2:36, 3:2 **virtue** | 156:25, 159:2, 159:7, 165:20, | **waste** 82:15 |
| **viacomcbs** 4:19, 5:2 | 30:15, 54:6, 198:6 | 165:22, 166:5, 166:11, 166:14, | **watch** 44:25, 45:11, |
| **vicinity** 129:16 | **vis-a-vis** 133:16, 203:10 | 166:20, 167:22, 168:4, 168:5, | 45:12, 45:19, 45:20, 76:10, |
| **video-recorded** 8:24 | **vision** 205:14, 205:16, | 168:22, 168:25, 169:1, 180:6, | 76:13, 76:18, 104:22, 106:19, |
| **videoed** 134:25 | 206:1, 206:11, 206:25, 207:6 | 181:22, 182:5, 182:9, 182:15, | 169:5, 169:11 |
| **videographer** 6:18, 8:20, | **visiting** 36:5, 40:21 | 208:9, 208:15, 209:16 | **watched** 71:10, 71:19, |
| 9:15, 9:22, 9:24, 11:11, | **visual** 51:14, 206:18, | **walks** 110:1, 156:20, | 72:14, 73:9, 75:19, 75:23, |
| 74:16, 74:19, 120:13, 120:16, | 206:21, 207:9, 207:19 | 158:8, 165:12, 167:19, 168:8 | 76:5, 126:10, 135:8, 146:2, |
| 122:22, 125:11, 129:13, 130:16, | **vitae** 58:7 | **walt** 4:11 | 149:12, 149:23, 150:8, 169:13, |
| 133:6, 147:2, 148:24, 149:1, | | **want** 13:5, 13:20, | 215:15 |
| 178:5, 178:8, 206:17, 207:16, | **W** | 35:1, 37:13, 46:3, 53:19, | **watching** 71:20, 76:21, |
| 220:21, 220:24, 223:16 | **wacker** 5:6 **waded** | 61:10, 61:14, 68:5, 75:4, | 94:14, 139:20, 139:25, 141:15, |
| **videography** 131:1, 134:17 | 176:3 **wading** 160:19, 160:20 | 81:11, 83:16, | 144:9, 147:19, |

180:3, 183:1

**ways**
19:20, 20:15,
26:10, 26:15,
26:21, 29:11,
36:2, 37:6,
38:24, 51:20,
90:15, 103:10,
136:10, 191:15

**we'll**
222:3

**we're**
13:21, 47:12,
53:25, 56:3,
74:22, 103:14,
120:13, 120:21,
178:8, 222:20

**we've**
105:16, 149:4,
158:18, 210:9,
217:9

**wearing**
99:5, 147:18,
165:10, 180:11

**web**
21:16, 23:21,
23:23, 53:7

**webster**
195:16, 195:24

**webster's**
201:23

**week**
76:25

**weigh**
78:7

**weird**
49:24, 50:2

**well-known**
60:18

**went**
14:16, 14:19,
15:8, 15:20,
16:21, 17:4,
19:22, 35:17,
39:20, 72:14,
76:6, 110:15,
111:24, 149:16,
165:23, 215:9,

216:16, 220:2,
220:3

**weren't**
130:21, 151:20,
155:3

**wessels**
4:6, 57:2, 57:9

**west**
4:23, 5:16,
5:25, 13:7,
157:21, 168:1

**western**
14:8

**whatever**
64:3, 90:24,
94:2, 140:17,
145:22, 148:2,
184:5, 184:7,
222:4

**whereof**
224:13

**whereupon**
223:19

**wherever**
133:10

**whether**
23:24, 32:4,
32:7, 33:18,
53:14, 55:20,
67:12, 72:13,
73:2, 79:24,
91:25, 95:2,
100:21, 102:7,
114:9, 120:4,
121:20, 139:10,
145:4, 145:6,
145:8, 151:12,
153:12, 154:2,
161:18, 163:15,
181:11, 181:14,
182:22, 184:12,
187:20, 187:22,
187:25, 189:19,
199:3, 199:17,
199:20, 200:17,
202:6, 202:14,
203:9, 203:15,
204:18, 205:25,

214:1, 216:8

**white**
142:1, 142:14,
142:15, 151:3,
174:5

**whitehead**
52:23

**whoever**
157:18

**whole**
33:11, 135:9,
177:25, 198:23,
198:25

**wide**
21:13, 52:9

**wider**
172:15

**wiley**
14:13, 14:15

**willing**
66:9, 150:7

**within**
19:11, 28:21,
72:1, 73:13,
84:19, 103:25

**without**
33:12, 87:19,
118:2, 118:3,
195:2, 196:7

**witness**
11:13, 28:3,
28:6, 57:6,
82:23, 85:7,
85:15, 85:16,
85:22, 86:10,
94:7, 94:17,
96:16, 102:18,
102:20, 128:25,
141:23, 142:19,
149:22, 162:5,
162:12, 162:14,
169:8, 170:5,
177:1, 179:1,
182:18, 199:13,
202:19, 211:5,
211:18, 212:3,
212:9, 219:8,
224:13

**witnessing**
141:3

**womb**
110:3

**women**
123:25, 180:5

**won**
183:20, 183:21,
183:24, 183:25,
184:6, 184:11,
184:21, 184:25,
185:13, 185:15

**wonder**
151:2

**word**
23:25, 30:16,
33:2, 33:4,
37:24, 37:25,
44:21, 52:21,
52:22, 95:14,
95:17, 98:3,
98:4, 109:5,
109:19, 115:1,
115:8, 115:9,
116:12, 135:25,
139:1, 139:2,
139:13, 144:22,
145:9, 147:25,
152:16, 164:14,
195:10, 195:11,
196:4, 196:16,
200:14, 200:21,
201:4, 216:13

**words**
20:2, 20:8,
20:11, 20:25,
23:10, 26:10,
27:21, 31:16,
33:17, 33:19,
34:6, 36:3,
38:1, 69:13,
91:3, 92:21,
94:19, 104:7,
111:12, 113:15,
113:17, 114:10,
136:3, 140:8,
144:11, 144:19,
177:21, 185:6,

188:22, 193:6, 193:10, 193:11, 195:3, 196:12, 196:18, 198:21, 198:23, 216:4, 217:1

**work**
12:23, 16:19, 17:14, 21:4, 26:17, 30:25, 35:3, 44:9, 44:11, 53:2, 53:5, 53:9, 54:15, 54:19, 56:18, 58:4, 63:16, 67:1, 68:2, 172:18, 221:9

**worked**
16:2, 21:9, 49:1, 100:6, 221:12, 222:7, 222:10

**working**
15:15, 42:21, 55:8, 100:13, 222:11

**works**
52:1, 197:14, 197:15, 197:17

**world**
17:10, 50:19, 87:11, 112:22

**world's**
52:20

**worth**
132:12, 179:21

**wouldn't**
18:7, 85:11, 109:22, 114:7, 117:17, 118:12, 132:9, 141:6, 144:21, 145:8, 190:18, 190:21, 191:3, 191:6, 191:10, 194:16, 194:17, 194:25, 198:11, 198:15,

206:2

**wrap**
35:1

**wright**
4:14

**write**
27:16, 27:20, 62:22, 64:1, 67:15, 67:17, 89:12, 121:3, 125:6, 156:19

**writing**
38:15, 39:25, 43:13, 53:21, 63:8, 161:22

**written**
24:8, 27:16, 53:9, 105:15, 105:19

**wrong**
52:11, 141:6, 159:3, 159:10, 159:24, 163:16, 165:6, 176:6, 196:24

**wrote**
46:15, 49:5, 63:1, 63:3, 63:4, 67:7

**Y**

**yardstick**
172:15, 173:2

**yardsticks**
172:16, 172:17, 172:19

**yeah**
12:10, 19:24, 22:11, 24:22, 27:8, 28:4, 29:15, 32:16, 34:25, 40:12, 40:14, 41:8, 44:15, 44:24, 45:4, 47:14, 47:24, 51:2, 55:2, 55:4, 57:20, 61:9,

61:22, 63:3, 70:16, 95:25, 102:18, 103:19, 122:5, 147:8, 166:4, 174:3, 190:11, 192:14, 194:25, 198:19, 221:24

**year**
15:7, 15:10, 15:21, 15:22, 16:13, 41:8, 55:3, 110:9, 221:21

**years**
13:10, 35:5, 35:15, 37:20, 197:16

**yelled**
185:16

**yelling**
141:17, 146:18, 183:20, 186:3, 210:21, 211:13, 214:25

**yep**
151:4, 170:15, 201:18, 210:6

**yesterday**
41:15

**yield**
33:24

**york**
1:23, 1:24, 6:7, 6:10, 6:11, 9:4, 10:3, 10:10, 13:4, 13:8, 16:12, 39:18, 45:7, 45:14

**young**
170:23

**yourself**
8:17, 18:16, 19:4, 19:5, 92:4

**Z**

**zero**
173:13

**zoom**
55:14, 67:23

**$**

**$300**
221:7

**.**

**.1188**
4:9
**.1222**
5:18
**.1400**
6:8
**.3071**
6:16
**.4499**
4:17
**.8000**
5:8
**.8280**
5:27
**.8900**
4:25

**0**

**00023**
1:21, 9:5
**00024**
1:34, 9:7
**00025**
2:8, 9:11
**00026**
2:18, 9:21
**00027**
2:30, 9:14
**00056**
1:11, 9:2
**01**
9:23, 178:7, 178:9
**03**
185:22
**05**
220:23, 220:25
**06**
224:18
**07**
185:20, 185:25

**09**
223:18, 223:19

---
**1**

**1**
120:15, 120:17,
179:21, 211:11,
211:14, 211:16,
211:25, 212:8,
212:9, 212:11
**10**
4:23, 5:16,
9:23, 46:12,
57:25, 65:13,
75:1, 99:19,
137:6, 143:14,
146:3, 146:7,
148:13, 148:14,
149:5, 149:6,
149:9, 149:17,
149:24, 150:12,
150:14, 150:15,
150:17, 150:18,
150:19, 151:1,
152:14, 156:11,
156:14, 167:1,
167:17, 171:5
**100**
218:13
**10027**
13:8
**11**
74:4, 74:17,
74:18, 74:20,
171:12, 171:17,
179:9, 186:22,
187:1, 224:14
**116**
135:1
**12**
7:4, 120:14,
120:15, 188:12,
189:16
**12207**
6:7
**1221**
10:2
**123**
13:7

**13**
83:23, 83:24,
192:9, 200:10,
201:1, 203:23
**1301**
4:15
**14**
74:17, 74:18,
88:20, 93:1,
93:14, 170:11,
215:4, 215:19,
215:20
**147**
179:18
**16**
47:6, 171:6,
171:11, 171:13,
171:15, 171:16,
173:13, 176:10,
177:17
**17**
214:5, 221:12
**18**
69:20, 69:23,
70:1, 70:4,
72:9, 72:19,
75:10, 75:17,
77:7, 79:12,
121:4, 122:7,
183:12, 183:14,
201:14, 204:11,
211:11, 211:14,
211:25, 217:24
**19**
1:11, 9:2,
25:10, 52:24
**1950**
23:4, 25:11
**1978**
15:3
**1979**
15:22
**1981**
48:25
**1988**
35:17

---
**2**

**2**
156:17, 178:6,

178:7
**20**
1:21, 1:34,
2:8, 2:18, 2:30,
9:5, 9:7, 9:11,
9:14, 9:21,
13:7, 25:10,
52:24, 120:14,
120:15, 146:7,
148:13, 148:14,
158:24, 160:2,
160:7, 160:23,
161:1, 172:20,
224:18
**200**
14:9, 37:20
**20005**
4:16
**2005**
38:9
**2016**
35:18, 38:9,
40:21
**2019**
40:21, 69:20,
121:4
**202.973**
4:17
**2021**
2:37, 4:2,
7:15, 9:23,
46:13, 47:4,
47:15, 75:1,
99:19, 222:17,
223:7, 224:14
**2022**
42:12
**2023**
224:18
**21**
65:16, 65:17,
165:9, 221:22,
222:4, 222:6
**22**
211:11, 211:16,
212:8, 212:9
**223**
7:12

**224**
1:41
**23**
224:18
**233**
5:6
**2400**
6:14
**250**
4:7
**26**
46:10, 64:24
**27**
120:17, 222:11
**2700**
4:23
**28**
178:6, 178:7,
210:13, 210:15,
211:3
**29**
74:18, 74:20,
212:8, 212:11
**2:-cv--wob-cj**
9:11
**2:-cv--wob-cjs**
2:8, 2:18,
2:30, 9:14

---
**3**

**3**
178:7, 178:9,
183:12, 183:14,
185:19, 185:22,
210:13, 210:14,
210:15, 210:18,
220:22, 220:23
**3-foot**
171:10, 171:20,
174:2, 175:3,
177:18, 178:16
**30**
2:37, 131:15,
132:18, 133:23,
161:25
**300**
6:14
**312.876**
5:8

**317.635**
4:25
**32**
160:24, 161:3,
162:2, 163:18,
163:21, 210:14,
210:18
**33**
183:12, 183:17,
187:16
**34**
214:7, 214:10,
214:19
**37**
187:14, 214:8,
214:12
**39**
162:13, 163:6,
163:8, 164:21

---
**4**
---
**4**
185:20, 185:25,
220:23, 220:25,
223:18, 223:19
**40**
131:15, 133:23,
163:5, 165:21,
187:16, 197:16
**40202**
5:26
**41**
162:1, 163:19,
164:18, 165:2
**41017**
4:8, 6:15
**416134**
1:40
**43**
163:24
**43215**
5:17
**46**
164:19, 165:2
**46204**
4:24
**47**
7:9, 164:24,

169:19, 169:21
**48**
179:21
**4th**
5:25

---
**5**
---
**50**
132:18, 178:23,
179:1, 179:4,
220:22, 220:23
**500**
4:7, 4:16
**501**
13:7
**502.540**
5:27
**518.689**
6:8
**53**
185:19
**54**
6:6
**58**
169:19, 169:24
**59**
8:1
**5900**
5:6

---
**6**
---
**6-second**
171:11
**60**
88:14
**60606**
5:7
**615.565**
5:18
**6th**
6:6

---
**7**
---
**7**
68:20
**70**
88:14
**710**
5:25

**78**
49:1
**7th**
9:16, 9:23,
222:17

---
**8**
---
**8-second**
159:15, 160:1
**80**
15:23, 49:2,
52:8
**859.344**
4:9
**859.578**
6:16

---
**9**
---
**9**
2:37, 8:1