UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN**, by and through his parents and natural guardians, **TED SANDMANN and JULIE SANDMANN,**<br><br>Plaintiff,<br><br>v.<br><br>**THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES**<br><br>Defendant. | Civil Action No. 2:20-cv-00023-WOB-CJS<br><br>Judge William O. Bertelsman<br>Magistrate Judge Candace Smith<br><br>**NOTICE OF FILING DEPOSITION TRANSCRIPT OF NICHOLAS SANDMANN** |

Pursuant to the Court's Order dated May 19, 2022 (Doc. 73), Defendant The New York Times Company d/b/a The New York Times hereby submits the transcript of the deposition of Plaintiff Nicholas Sandmann conducted on September 13 and 14, 2021. Plaintiff has withdrawn all confidential designations to portions of the deposition previously asserted under the Stipulated Protective Order entered by the Court on June 21, 2021. (Doc. 55) Accordingly, the entire deposition transcript is submitted for public filing.

Respectfully submitted,

s/ Darren W. Ford
J. Stephen Smith (KBA #86612)
Darren W. Ford (KBA #95373)
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-3070
Fax: (859) 578-3071
ssmith@graydon.com
dford@graydon.com

&

John C. Greiner (*Pro Hac Vice*)
GRAYDON HEAD & RITCHEY LLP
312 Walnut St.
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
Fax: (513) 333-4316
jgreiner@graydon.com

ATTORNEYS FOR DEFENDANT
THE NEW YORK TIMES COMPANY

11796245.1