

## CONTAINS CONFIDENTIAL INFORMATION

# Transcript of Nicholas Sandmann

**Date:** September 13-14, 2021

**Case:** Sandmann, et al. -v- NBCUniversal Media, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

1 (1 to 4)

---

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF KENTUCKY
                 NORTHERN DIVISION AT COVINGTON
 3
       CONTAINS CONFIDENTIAL INFORMATION - FULL VERSION
 4
   ------------------------------X
 5
   NICHOLAS SANDMANN, by and       :
 6   Through his parents and natural
     Guardians, TED SANDMANN and    :
 7   JULIE SANDMANN,
                 Plaintiff,   : Case No.
 8            V                 19-CV-00056-WOB-CJS
                                 :
 9   NBCUNIVERSAL MEDIA, LLC,
                 Defendant.    :
10
   ------------------------------X
11
   NICHOLAS SANDMANN, by and       :
     Through his parents and natural
12   Guardians, TED SANDMANN and    :
     JULIE SANDMANN,
13                Plaintiff,   : Case No.
              V                 20-CV-00023-WOB-CJS
14                              :
     THE NEW YORK TIMES COMPANY
15   D/B/A THE NEW YORK TIMES,      :
                 Defendant.    :
16
   ------------------------------X
17
   NICHOLAS SANDMANN, by and       :
18   Through his parents and natural
     Guardians, TED SANDMANN and    :
19   JULIE SANDMANN,
                 Plaintiff,   : Case No.
20            V                 20-CV-00024-WOB-CJS
                                 :
21   CBS NEWS, INC., et al.,
                 Defendants.   :
22
   ------------------------------X
23   Job Nos.:  396015 and 396018
24   Pages 1 - 466
25   Reported by:  Dianna C. Kilgalen
```

**Page 2**

```
 1   ------------------------------X
 2   NICHOLAS SANDMANN, by and       :
     Through his parents and natural
 3   Guardians, TED SANDMANN and    :
     JULIE SANDMANN,
 4                Plaintiff,   : Case No.
              V                 2:20-CV-00025-WOB-CJS
 5                              :
     ABC NEWS, INC., et al.,
 6                Defendants.   :
 7   ------------------------------X
 8   NICHOLAS SANDMANN, by and       :
     Through his parents and natural
 9   Guardians, TED SANDMANN and    :
     JULIE SANDMANN,
10                Plaintiff,   : Case No.
                               2:20-CV-00026-WOB-CJS
11                              :
     GANNETT CO.,INC. AND GANNETT
12   SATELLITE INFORMATION NETWORK, :
     LLC,
13                              :
                 Defendants.
14                              :
15   ------------------------------X
16   NICHOLAS SANDMANN, by and       :
     Through his parents and natural
17   Guardians, TED SANDMANN and    :
     JULIE SANDMANN,
18                Plaintiff,   : Case No.
              V                 2:20-CV-00027-WOB-CJS
19   ROLLING STONE, LLC, et al.,     :
                 Defendants.
20
   ------------------------------X
21
22
23
24
25
```

**Page 3**

```
 1   Deposition of NICHOLAS SANDMANN
 2          Conducted Virtually
 3      Monday September 13, 2021
 4            9:16 a.m.
 5               and
 6      Tuesday, September 14, 2021
 7            9:16 a.m.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1          Deposition of NICHOLAS SANDMANN,
 2   conducted virtually.
 3
 4
 5
 6
 7
 8
 9          Pursuant to Notice, before Dianna C.
10   Kilgalen, Notary Public for the State of
11   Maryland.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

2 (5 to 8)

**5**

```
1          A P P E A R A N C E S
2  Monday, September 13, 2021:
3  ON BEHALF OF THE PLAINTIFF:
4          TODD V. McMURTRY, ESQUIRE
5          WILL HUBER, ESQUIRE
6          HEMMER DEFRANK WESSELS, PLLA
7          250 Grandview Drive, Suite 500
8          Ft. Mitchell, Kentucky 41017
9          859.344.1188
10 ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC
11 NEWS INTERACTIVE, INC. AND THE WALT DISNEY
12 COMPANY:
13         NATHAN SIEGEL, ESQUIRE
14         MEENAKSHI KRISHNAN, ESQUIRE
15         DAVIS WRIGHT TREMAINE, LLP
16         1301 K Street, Northwest, Suite 500
17         Washington, DC 20005
18         202.973.4499
19 ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
20 VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
21         JESSICA LAURIN MEEK, ESQUIRE
22         DENTONS BINGHAM GREENBAUM, LLP
23         10 West Market Street, Suite 2700
24         Indianapolis, Indiana 46204
25         317.635.8900
```

**6**

```
1      A P P E A R A N C E S  C O N T I N U E D
2  Monday, September 13, 2021:
3  ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
4  VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
5          NATALIE J. SPEARS, ESQUIRE
6          DENTONS US, LLP
7          233 South Wacker Drive
8          Suite 5900
9          Chicago, Illinois 60606
10         312.876.8000
11 ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND
12 PENSKE MEDIA CORPORATION:
13         KEVIN T. SHOOK, ESQUIRE
14         FROST BROWN TODD, LLC
15         10 West Broad Street
16         Columbus, Ohio 43215
17         615.565.1222
18 ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND
19 GANNETT SATELLITE INFORMATION NETWORK, LLC:
20         MICHAEL P. ABATE, ESQUIRE
21         KAPLAN JOHNSON ABATE & BIRD, LLP
22         710 West Main Street
23         4th Floor
24         Louisville, Kentucky 40202
25         502.540.8280
```

**7**

```
1      A P P E A R A N C E S  C O N T I N U E D
2  Monday, September 13, 2021:
3  ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND
4  GANNETT SATELLITE INFORMATION NETWORK, LLC:
5          MICHAEL J. GRYGIEL, ESQUIRE
6          GREENBERG TRAURIG, LLP
7          54 State Street
8          6th Floor
9          Albany, New York 12207
10         518.689.1400
11 ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,
12 LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW
13 YORK TIMES:
14         DARREN W. FORD, ESQUIRE
15         GRAYDON HEAD & RITCHEY, LLP
16         2400 Chamber Center Drive, Suite 300
17         Ft. Mitchell, Kentucky 41017
18         859.578.3071
19
20
21
22
23
24
25
```

**8**

```
1  Also present:
2      John Parkman, Videographer
3      Ted Sandmann
4      Justine Beyda
5      Marie Jones
6      Matthew Schafer
7      Daniel Kummer
8      Austin Costello, Planet Depos AV Technician
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

3 (9 to 12)

9

```
1          A P P E A R A N C E S
2   Tuesday, September 14, 2021:
3   ON BEHALF OF THE PLAINTIFF:
4          TODD V. McMURTRY, ESQUIRE
5          WILL HUBER, ESQUIRE
6          HEMMER DEFRANK WESSELS, PLLA
7          250 Grandview Drive, Suite 500
8          Ft. Mitchell, Kentucky 41017
9          859.344.1188
10  ON BEHALF OF THE DEFENDANTS ABC NEWS, INC., ABC
11  NEWS INTERACTIVE, INC. AND THE WALT DISNEY
12  COMPANY:
13         NATHAN SIEGEL, ESQUIRE
14         MEENAKSHI KRISHNAN, ESQUIRE
15         DAVIS WRIGHT TREMAINE, LLP
16         1301 K Street, Northwest, Suite 500
17         Washington, DC 20005
18         202.973.4499
19           - and -
20         ROBERT B. CRAIG, ESQUIRE
21         TAFT STETTINIUS & HOLLISTER, LLP
22         50 East River Center Boulevard
23         Suite 850
24         Covington, Kentucky 41011-1683
25         859.547.4300
```

11

```
1        A P P E A R A N C E S   C O N T I N U E D
2   Tuesday, September 14, 2021:
3   ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND
4   GANNETT SATELLITE INFORMATION NETWORK, LLC:
5          MICHAEL P. ABATE, ESQUIRE
6          KAPLAN JOHNSON ABATE & BIRD, LLP
7          710 West Main Street
8          4th Floor
9          Louisville, Kentucky 40202
10         502.540.8280
11  ON BEHALF OF THE DEFENDANTS GANNETT CO., INC. AND
12  GANNETT SATELLITE INFORMATION NETWORK, LLC:
13         MICHAEL J. GRYGIEL, ESQUIRE
14         GREENBERG TRAURIG, LLP
15         54 State Street, 6th Floor
16         Albany, New York 12207
17         518.689.1400
18  ON BEHALF OF THE DEFENDANTS NBCUNIVERSAL MEDIA,
19  LLC AND THE NEW YORK TIMES COMPANY D/B/A THE NEW
20  YORK TIMES:
21         DARREN W. FORD, ESQUIRE
22         GRAYDON HEAD & RITCHEY, LLP
23         2400 Chamber Center Drive, Suite 300
24         Ft. Mitchell, Kentucky 41017
25         859.578.3071
```

10

```
1        A P P E A R A N C E S   C O N T I N U E D
2   Tuesday, September 14, 2021:
3   ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
4   VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
5          JESSICA LAURIN MEEK, ESQUIRE
6          DENTONS BINGHAM GREENBAUM, LLP
7          10 West Market Street, Suite 2700
8          Indianapolis, Indiana 46204
9          317.635.8900
10  ON BEHALF OF THE DEFENDANTS CBS NEWS, INC.,
11  VIACOMCBS, INC., AND CBS INTERACTIVE, INC.:
12         NATALIE J. SPEARS, ESQUIRE
13         DENTONS US, LLP
14         233 South Wacker Drive
15         Suite 5900
16         Chicago, Illinois 60606
17         312.876.8000
18  ON BEHALF OF THE DEFENDANT ROLLING STONE, LLC AND
19  PENSKE MEDIA CORPORATION:
20         KEVIN T. SHOOK, ESQUIRE
21         FROST BROWN TODD, LLC
22         10 West Broad Street
23         Columbus, Ohio 43215
24         615.565.1222
25
```

12

```
1   Also present:
2      John Parkman, Videographer
3      Ted Sandmann
4      Justine Beyda
5      Marie Jones
6      Matthew Schafer
7      Daniel Kummer
8      Sara Loiler, Planet Depos AV Technician
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

13

1       C O N T E N T S
2   EXAMINATION OF NICHOLAS SANDMANN          PAGE
3   By MR. SIEGEL:                         16, 252
4
5
6              E X H I B I T S
7       (Previously marked and submitted.)
8
9
10  Confidential portions:
11  Page 183, Line 12 to Page 187, Line 15
12  Page 195, Line 11 to Page 199, Line 17
13  Page 306, Line 2 to Page 307, Line 5
14  Page 308, Line 25 to Page 309, Line 13
15  Page 427, Line 19 to Page 463, Line 16
16
17
18
19
20
21
22
23
24
25

14

1       THE VIDEOGRAPHER:  This begins the
2   video-recorded deposition of Nicholas Sandmann in
3   the matter of Nicholas Sandmann, et al. versus
4   NBCUniversal Media, LLC, Case Number
5   19-CV-00056-WOB-CJS, and Nicholas Sandmann versus
6   The New York Times Company, dba The New York
7   Times, Case Number 20-CV-00023-WOB-CJS, and
8   Nicholas Sandmann, et al. versus CBS News,
9   Incorporated, et al., Case Number
10  20-CV-00024-WOB-CJS, and Nicholas Sandmann, et
11  al. versus ABC News, Incorporated, et al., Case
12  Number 2:20-CV-00025-WOB-CJS, and Nicholas
13  Sandmann, et al. versus Gannett Company,
14  Incorporated, et al., Case Number
15  2:20-CV-00026-WOB-CJS, and Nicholas Sandmann, et
16  al. versus Rolling Stone, LLC, et al., Case
17  Number 2:20-CV-00027-WOB-CJS, each case filed in
18  the United States District Court Eastern District
19  of Kentucky Northern Division at Covington.
20      Today's date is Monday September 13th,
21  2021.  The time on the video monitor is now
22  9:16 a.m. eastern daylight time.
23      The videographer today is John Parkman
24  representing Planet Depos.  This video deposition
25  is taking place remotely via Zoom video

15

1   conference.
2       Would counsel please voice identify
3   themselves and state whom they represent?
4       MR. SIEGEL:  This is Nathan Siegel.
5   Sorry.
6       MR. McMURTRY:  Go ahead.
7       MR. SIEGEL:  Nathan Siegel.  I represent
8   ABC News.
9       MR. McMURTRY:  Todd McMurtry
10  representing Nicholas Sandmann.
11      MS. MEEK:  Jessica Meek representing
12  CBS.
13      MR. FORD:  Darren Ford representing
14  NCBUniversal, LLC and The New York Times Company.
15      MS. KRISHNAN:  Meenu Krishnan
16  representing ABC.
17      MR. ABATE:  This is Michael Abate on
18  behalf of Gannett Company.
19      MR. GRYGIEL:  And also Michael Grygiel,
20  Greenberg Traurig, representing Gannett Company
21  and Gannett Satellite Information Network.
22      MS. SPEARS:  Natalie Spears representing
23  CBS News, Inc., Viacom, CBS, Inc. and CBS
24  Interactive, Inc.
25      MR. SHOOK:  Kevin Shook representing

16

1   Rolling Stone.
2       MR. HUBER:  Will Huber representing Nick
3   Sandmann.
4       MR. SIEGEL:  I think that is everybody.
5       THE VIDEOGRAPHER:  All right.  The court
6   reporter today is Dianna Kilgalen also
7   representing Planet Depos.
8       Will the reporter please swear in the
9   witness?
10          P R O C E E D I N G S
11      NICHOLAS SANDMANN, having been duly
12  sworn, testified as follows:
13      MR. SIEGEL:  Are we ready to begin?
14      MR. McMURTRY:  We are ready.
15   EXAMINATION BY COUNSEL FOR THE DEFENDANTS
16  ABC NEWS, INC., ABC NEWS INTERACTIVE, INC. AND
17          THE WALT DISNEY COMPANY
18  BY MR. SIEGEL:
19  Q.  Okay.  Good morning.  Nick, is it okay
20  if I call you Nick?
21  A.  Yes.
22  Q.  Okay.  Have you ever had a deposition
23  taken before?
24  A.  No, I have not.
25  Q.  Okay.  So I'm sure you have been told, I

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

5 (17 to 20)

17

1 will ask you a series of questions. It's
2 possible other lawyers may question you after or
3 not.
4       If any of my questions are unclear, just
5 let me know, and I will try to rephrase them to
6 make them more clear.
7       It is important to try to give -- I can
8 see you are already -- and it's normal to be
9 shaking your head yes, no. Try to give audible
10 answers because there is a court reporter who is
11 making a record of this and she takes down words,
12 you know, not gestures. So if you can try to do
13 that, we would appreciate it.
14      If you need to take a break at any
15 point, just let us know. Okay?
16 **A.   Okay.**
17   Q.   Why don't you say just for the record,
18 what is your full name?
19 **A.   My full name is Nicholas Joseph**
20 **Sandmann.**
21   Q.   And how old are you?
22 **A.   I'm 19 years old.**
23   Q.   And what's your birth date?
24 **A.   July 24th.**
25   Q.   And who are your parents?

18

1 **A.   My parents are Ted and Julie Sandmann.**
2   Q.   Do you have any siblings?
3 **A.   I have two younger brothers.**
4   Q.   And what are their names?
5 **A.   Nathan and Nolan Sandmann.**
6   Q.   How old are they?
7 **A.   Nate is now 16. And Nolan is 11.**
8   Q.   Okay. And where are you currently
9 attending school?
10 **A.   I go to Transylvania University.**
11   Q.   And what year are you in?
12 **A.   I'm a sophomore.**
13   Q.   And where did you go to high school?
14 **A.   Covington Catholic.**
15   Q.   And before I continue, have you declared
16 a major yet?
17 **A.   I have not officially.**
18   Q.   Unofficially, do you have -- this isn't
19 going to bind you in anything.
20      Unofficially, do you have a sense of
21 what you may want to major in?
22 **A.   Yes.**
23   Q.   And what is that?
24 **A.   PPE, which is politics, philosophy and**
25 **economics.**

19

1   Q.   Okay. And what -- what grade does
2 Covington Catholic start in?
3 **A.   Freshman year.**
4   Q.   So the ninth grade?
5 **A.   Ninth grade, yes.**
6   Q.   And so before you went to Covington,
7 where did you go to middle school?
8 **A.   I went to St. --**
9       THE REPORTER: I'm sorry. This is the
10 reporter. I'm getting feedback. I didn't
11 understand his answer.
12      MR. SIEGEL: Somebody may have a line on
13 or something. Which answer did -- was it the
14 name of the middle school?
15      THE REPORTER: Middle school.
16 **A.   I went to St. Pius for grade school.**
17 **BY MR. SIEGEL:**
18   Q.   Did that take you all the way through
19 eighth grade?
20 **A.   Yes.**
21   Q.   I take it that is a private school?
22 **A.   Yes.**
23   Q.   Okay. Have you ever been employed?
24 **A.   I have.**
25   Q.   Where have you worked?

20

1 **A.   I have worked in my counsel's law firm**
2 **and I have worked at a golf course this past**
3 **summer and I have also worked for the then Senate**
4 **Majority Leader Mitch McConnell.**
5   Q.   Okay. Let's do those one at a time. So
6 what did you do in your counsel's office?
7 **A.   I mostly spend time organizing**
8 **spreadsheets and cataloging information off**
9 **Twitter as well as doing some research.**
10   Q.   Excuse me. When did you do that?
11 **A.   I did that the summer going into my**
12 **senior year of high school.**
13   Q.   What did you do for Senator McConnell?
14 **A.   I spent most of my time driving around**
15 **the state speaking to potential voters. And then**
16 **I also spent time talking to college students on**
17 **Zoom.**
18   Q.   And when did you do that?
19 **A.   I did it during the -- his most recent**
20 **campaign, leading up to November 3rd.**
21   Q.   And how long did you do that for?
22 **A.   I think I did it for about two and a**
23 **half to three months. I can't recall exactly.**
24   Q.   And was that a -- was that paid
25 employment?

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

21

1    A.   It was paid.
2    Q.   And what did you do at the golf course?
3    A.   I cleaned golf carts and helped guests
4 out with whatever they needed.
5    Q.   Is that like a summer job for --
6    A.   Yes.
7    Q.   When?  Which summer?
8    A.   This most recent summer.
9    Q.   Okay.  What are your parents'
10 occupations?
11    A.   My dad is a salesman and my mom handles
12 relationships.  She's a relationship manager.
13    Q.   Is that a therapist or --
14    A.   No.  She works in the financial --
15    Q.   Oh, okay, that kind of relationship.
16    A.   Yes.
17    Q.   Okay.  Just at the present, what are
18 your career aspirations?
19    A.   I would like to become a lawyer, and I
20 don't know after that.
21    Q.   There may never be an after, we can all
22 tell you.
23         Why would you like to become a lawyer?
24    A.   I took -- or I did mock trial in high
25 school, and I realized about sophomore year

22

1 that -- excuse me -- that that was something that
2 I actually liked doing.
3    Q.   Is there anything particular that sort
4 of draws you to it?
5    A.   I like standing up in front of a
6 courtroom and being able to argue for someone and
7 kind of putting facts together.
8    Q.   Okay.  At the end of the deposition, I
9 think I'm going to ask you off the record whether
10 this experience makes you more or less likely.
11 You don't have to answer.  It will be off the
12 record.  But I'm curious anyway, if you still
13 want to do that.
14         What role does faith play in your life?
15    A.   I would say a rather large role.  I kind
16 of look at faith as it's not the answers to
17 questions I have.  At least that's -- I know the
18 answer is there, and I might not understand what
19 it is.  So I would say a pretty large role.  It
20 definitely shapes my growing up, going through a
21 Catholic grade school and high school.
22    Q.   And do you -- do you consider yourself a
23 conservative politically?
24    A.   I would say yes.
25    Q.   And what does that mean to you?

23

1    A.   To me, a conservative believes in small
2 government and a small and limited government
3 that's able to protect the rights of its
4 citizens.
5    Q.   Up -- up to the time of the incident
6 that brings us all here today, have you taken any
7 classes about Native American history?
8    A.   Yes.  Currently, I was taking advanced
9 placement U.S. history which covered Native
10 Americans.
11    Q.   So as -- were you a junior at the time?
12    A.   Yes.
13    Q.   So you were in AP U.S. history as a
14 junior?
15    A.   Yes.
16    Q.   Did it have any particular focus on
17 Native Americans as the curriculum?
18    A.   It -- whatever the curriculum was.  I
19 mean, they were definitely covered.
20    Q.   Okay.  Have you ever taken any -- well,
21 up to the point of this incident, had you taken
22 any classes on Native American culture?
23    A.   I had never taken a class specifically
24 focused on Native American culture.
25    Q.   Since then, have you taken any classes

24

1 that specifically focused on Native Americans in
2 any way?
3    A.   No.
4    Q.   Have you just on your own done any
5 reading or studying about Native Americans
6 specifically?
7    A.   I would say yes.  The reason I took AP
8 U.S. history and then AP modern European history
9 the next year, is I like studying history and
10 stuff.  So I like reading around and knew a ton
11 of topics, including Native Americans.
12    Q.   So what -- do you recall anything in
13 particular that you have read relating
14 specifically to Native Americans?
15    A.   Not particularly.
16    Q.   Okay.  So just have you read any books
17 that were specifically about Native American
18 history or culture?
19    A.   The only book relating to the Native
20 Americans that I can recall, I actually read back
21 in the seventh grade.  I read the Last of the
22 Mohicans.
23    Q.   And I may have asked this, so I do
24 apologize.  But since this incident, have you
25 taken any classes on -- specific to Native

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

25

1  Americans?
2  A.  No.
3  Q.  At the time of this incident, who did
4  you consider your five best friends?
5  A.  I would say -- do you want me to
6  identify them by first and last names?
7      MR. SIEGEL:  Yes, yes.
8  A.  I would say Will Fike (phonetically
9  spelled), Will Fries, Steven Schaeper, Henry
10 Bennett and Avery Logan.
11 Q.  Okay.  And are you still friendly with
12 all of them?
13 A.  Yes.
14 Q.  Did you -- did you like going to
15 Covington Catholic?
16 A.  I did.
17 Q.  Why?  What did you like about it?
18 A.  I kind of felt that I thrived more at an
19 all-male school because it allowed me just to
20 kind of just focus on schoolwork.  And everyone
21 in my class was someone that I could easily talk
22 to.  And I just felt really connected there.
23 Q.  Do you know about how many students the
24 school has?
25 A.  I would say around 600, give or take.

---

26

1  Q.  Now, I have heard that Covington
2  students are sometimes referred to as the Colonel
3  Crazies?
4  A.  That's correct.
5  Q.  Do you know where that comes from?
6  A.  I think we were nationally recognized at
7  one point for our student cheering section.
8  Q.  Do you know -- do you have any idea
9  whether that -- where that nickname in particular
10 comes from?
11 A.  I do not.
12 Q.  Okay.  So what -- what is praising using
13 that nickname about Covington students?
14 A.  I would say that, unlike most high
15 schools, Cov Cath is pretty organized in like
16 their cheering section and able to get loud very
17 effectively.  But also when we score a touchdown
18 in football or something, everyone would just go
19 completely wild and celebrate.
20     We usually had a lot more attendance
21 than other high schools.
22 Q.  Did you -- did you attend sports games?
23 A.  Yes.
24 Q.  So football games, basketball games?
25 A.  Yes.

---

27

1  Q.  Are you a sports fan?
2  A.  I am.
3  Q.  So who do you root for?
4  A.  If we are talking football, then
5  Cincinnati.
6  Q.  The Bengals?
7  A.  Yes.  And then I like UK as well.
8  Q.  Do you have a baseball team?
9  A.  I like the Reds, but --
10 Q.  The Reds?
11 A.  They are here and there, so.
12 Q.  Fair enough.  I'm an Orioles fan, so
13 they are just there.
14     Would it be fair to say that part of the
15 purpose of the cheers that you guys do is to make
16 Covington a tougher place for your opponents to
17 play, your sports opponents?
18 A.  I would say so.
19 Q.  One cheer that you guys do is called the
20 sumo cheer?
21 A.  Yes.
22 Q.  When is that done?
23 A.  Honestly, usually there's four senior
24 students that are directing the order of the
25 chants, and I was never involved in that.  So I

---

28

1  have no idea when which ones come.  They kind of
2  just read them up to me and then you follow.
3  Q.  So they kind of call them out?
4  A.  Yes.
5  Q.  And is that cheer usually led by someone
6  who takes off their shirt?
7  A.  Yes.
8  Q.  Like -- how is -- like how does the
9  shirtless guy get designated?  Like is -- is that
10 like a thing or --
11 A.  It's kind of just like someone with --
12 someone gets picked out of the crowd by the kids
13 around them, and then he goes down and does it.
14 Q.  Is it usually somebody -- is it somebody
15 different every time, or is it like a person each
16 class year or --
17 A.  There was like a group of people that
18 would always do it.  It wasn't the same person
19 every game.  But there was a certain group of
20 kids that usually got picked.
21 Q.  And why is it called the sumo cheer?
22 A.  I think because they kind of act like
23 sumo wrestlers.
24 Q.  Are there -- are there any words that
25 are being articulated during that cheer?

---

---

29

1    A.  I don't think so.  I think it's just
2  yelling.
3    Q.  Okay.  And at the end of the cheer, does
4  the leader usually turn around, face the field or
5  the court or whatever it would be?
6    A.  Yes.
7    Q.  And why is that?  Do you know?
8    A.  I think to kind of like show off our
9  strength towards the other team.
10    Q.  Okay.  And I saw, actually you just did,
11  sometimes kids like at the end, you clench your
12  fists?
13    A.  Yes.
14    Q.  And why?  For the same reason?
15    A.  Just to like flex your muscles, I guess.
16    Q.  Okay.  Do you remember that a few days,
17  I think it was, after this incident, there was a
18  video circulating on social media showing cheers
19  of -- I think kind of a collage of different
20  cheers from Covington in the past?
21    A.  I think I recall it.
22    Q.  Okay.  So I'm going to play a couple of
23  excerpts from it briefly.  You can tell me if
24  it's the one you recognize.  I will play the
25  first ten seconds to see if --

---

30

1        (Thereupon, a video recording of Exhibit
2    1 was played.)
3        MR. SIEGEL:  Will you call out, Jessica,
4    for the record where you started and stopped?
5        MS. MEEK:  I started at zero seconds and
6    ended at 10 seconds.
7  BY MR. SIEGEL:
8    Q.  Okay.  And that is Exhibit 1.  So have
9  you seen that one before?
10    A.  I think so.
11        MR. SIEGEL:  Okay.  Let's jump to 45
12  seconds.
13        (Thereupon, a video recording of Exhibit
14    1 was played.)
15        MS. MEEK:  For the record, I stopped at
16  1 minute and 6 seconds in Exhibit 1.
17        MR. McMURTRY:  Just a quick question.
18  Who put the writing on the video?
19        MR. SIEGEL:  That is actually the
20  next -- literally the next frame of the video.
21        MR. McMURTRY:  Yeah.  The one said
22  "sumo," and I was wondering who added the --
23        MR. SIEGEL:  No one added it.
24        MR. McMURTRY:  That was in there?
25        MR. SIEGEL:  That was in there, yeah.

---

31

1  BY MR. SIEGEL:
2    Q.  So was that a sumo cheer at a Covington
3  basketball game?
4    A.  Yes.
5    Q.  Would you say that is typical of what it
6  looks like at a basketball game?
7    A.  Yes.
8    Q.  The students were also -- it sounded
9  like there was like banging on the floor or the
10  benches.  Is that common?
11    A.  I think it's the sound that it makes
12  when you are jumping and --
13    Q.  Putting your shoes down.  Okay.
14        MR. SIEGEL:  We can take that down.
15  BY MR. SIEGEL:
16    Q.  When you were -- when you were attending
17  high school, were you ever told anything about
18  what to do if someone who is not a Covington
19  student enters your cheering section at a game?
20    A.  I think that we were told to grab one of
21  the administrators or teachers.  And it had
22  happened several times.  And they would usually
23  come up and ask them to leave.
24    Q.  And before the teachers or -- before an
25  adult, you know, got there to ask them to leave,

---

32

1  were you told anything about what you should do?
2    A.  No.
3    Q.  Okay.  Were you ever told to like avoid
4  contact, you know, any physical contact with
5  someone who was an outsider coming into your
6  section?
7    A.  Yes.  I mean, the general rule was, and
8  our principal used to always tell us, that at all
9  times, even at sports games or at church or
10  wherever you are, that you might not be at Cov
11  Cath but you are still representing Cov Cath.  So
12  I think that would apply.
13    Q.  Okay.  Have you ever heard of something
14  called a haka dance?
15    A.  I think.
16    Q.  Do you -- what do you know -- what do
17  you know about that?
18    A.  My general impression is that it's a
19  tribal dance from -- I think from around New
20  Zealand or in that oceanic area.
21    Q.  Have you ever seen that done?
22    A.  I think once or twice.
23    Q.  Once or twice.  Do you think there are
24  any similarities to the sumo cheer?
25    A.  I wouldn't say -- I don't know who

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

33

1  created the sumo and what they were going for.
2  So it's . . .
3      Q.  I don't mean that. I don't mean
4  intentional similarities, but I'm just asking the
5  way it looks.
6      A.  I can't completely recall what the haka
7  is. So maybe.
8      Q.  Okay. Another cheer that you guys did
9  is called Victory is our Battle Cry. Is that
10 right, or Victory?
11     A.  Yes.
12     Q.  And when is that done?
13     A.  If I can remember, I think we did that
14 at halftime usually. But it definitely could
15 have been done just throughout the game.
16     Q.  And how does that go?
17     A.  The soph -- or the senior leaders call
18 out, they spell out victory and say that's our
19 battle cry. And then the freshmen stand up and
20 say victory, that's the freshman battle cry. The
21 leaders then repeat. Then the sophomores go --
22 they spell it out, and they go that's the
23 sophomore battle cry. They do it for the
24 juniors, the seniors. And then they do it one
25 last time. We all stand up, spell it out and go

---

34

1  that is the Colonel battle cry.
2      Q.  And is there something that's called the
3  Braveheart March?
4      A.  Yes.
5      Q.  What is that?
6      A.  This occurs during the game against
7  Beechwood. If it's at Beechwood, we will all get
8  dropped off somewhere and march to Beechwood.
9  And if it's at Cov Cath, we usually march down
10 from the Notre Dame parking lot. And you wear --
11 be it skirts or whatever, and you try to look
12 like the cast of Braveheart.
13     Q.  And do you have any understanding, like,
14 well, why has that become a tradition?
15     A.  I have no idea why.
16     Q.  What does it symbolize to you or
17 signify?
18     A.  I know that Beechwood is a very big
19 rivalry. And usually at once, on the day of the
20 game, they would play the speech that Mel Gibson
21 gives about we will never -- they may take our
22 lives, they will never take our freedom, or
23 whatever. I think it's a way to get people
24 really excited about playing Beechwood.
25     Q.  Okay. So now we will move on to the

---

35

1  trip to the Lincoln Memorial in 2019. What was
2  the purpose of that trip?
3      A.  So I had not gone on the trip. And to
4  the best of my knowledge, it was a trip that was
5  taken every year, which was kind of advertised as
6  like a spiritual journey in defense of the unborn
7  but also halfway kind of a field trip.
8      Q.  And how do you -- how did students sign
9  up for it?
10     A.  If I can remember, they -- we just
11 signed a piece -- we got a piece of paper, and we
12 signed it and our parents signed it and just
13 turned it in.
14     Q.  So does everybody who -- anyone who
15 wants to go have the opportunity to go?
16     A.  Yes. I think there's a fee attached to
17 it. But if you wanted to pay for it and go, you
18 could.
19     Q.  I think you mentioned it was the first
20 time that you had gone on the trip?
21     A.  Yes.
22     Q.  Was there any reason you didn't go as a
23 freshman or sophomore?
24     A.  No. I just had never decided that, you
25 know, I should probably do it. But this year, I

---

36

1  really wanted to go. I had heard things about,
2  you know, all the things they saw in DC and how
3  cool of an experience it was.
4      Q.  In the 2019 trip, do you know about how
5  many students went?
6      A.  I would say over a hundred, but I don't
7  know.
8      Q.  Okay. And do you -- did you -- do you
9  go -- and you mentioned Notre Dame, right? Is
10 Notre Dame a girls school?
11     A.  An all-girls school.
12     Q.  An all-girls school.
13        Do you go in coordination with any of
14 the other Catholic schools in the area?
15     A.  It's mostly coordinated. All of the
16 diocese schools are supposed to meet up for mass
17 led by the Bishop in DC, and then they all go out
18 and march.
19     Q.  Okay. Do you remember about how many
20 busses there were, just for Covington students?
21     A.  I think there were three.
22     Q.  Okay. Do you guys mix it up on the
23 busses in terms of the different schools going,
24 or is it all your school?
25     A.  Our school was the only one on our

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

37

1  busses.
2  Q.  Okay.  So let's just try to walk
3  through.
4      Up to the time that you arrived at the
5  Lincoln Memorial that Saturday afternoon,
6  right -- Friday afternoon, January 18th that you
7  were there and you got to the Lincoln Memorial,
8  just sort of walk us through what happened.  What
9  time did you leave?  And just kind describe the
10 trip up to that point.
11 A.  I think we left Cov Cath at like 7 or 8.
12 I know it was later at night.  And we started
13 driving.  And at some point, we stopped or
14 whatever at a rest stop.  I can't remember how
15 many times.  But I know eventually around 3 or
16 3:30 in the morning, like our bus broke down.
17 And I remember like the bus driver calling,
18 trying to get AAA or someone to come out and
19 repair it.
20     And I was just sitting on the bus,
21 trying to catch some sleep.  And we were kind of
22 stranded there for a couple hours, which made us
23 end up being late to get to the mass at the
24 diocese.  And all the other schools had made it,
25 and we missed the mass.

38

1      So we probably got into DC around 9:30
2  or 10 o'clock, somewhere early in the morning.
3  And we parked outside the church just as all the
4  kids from the other schools were coming out.
5  Q.  Did you sleep at all on the bus?
6  A.  No, I did not sleep well at all.
7  Q.  Okay.  So you all arrived in DC that
8  morning.
9      What happens at that point?  You get off
10 the busses.  What happens?
11 A.  We get off the bus.  We go inside this
12 building.  And they kind of talk to us and
13 whatever about what -- some -- like reiterating
14 some of the expectations that they had told us
15 before.  And then after that, we were kind of
16 just free to do whatever we wanted to.
17 Q.  What expectations had they told you?
18 A.  There was like the previous expectations
19 about what to do if someone approaches you.  But
20 they also mentioned the story that a couple years
21 ago some kids had ended up in like Baltimore or
22 something because they got screwed around on the
23 public transit or whatever and ended up in the
24 complete wrong area.  And some kids ended up
25 going to Arlington.  So it was kind of like, you

39

1  know, if you are going to like go out,
2  budget your time correctly to get back.
3      So it was mostly that.  And they told us
4  we are meeting back at the Lincoln at 5.
5  Q.  And what was the expectation about --
6  that was articulated about what to do if somebody
7  approaches you?
8  A.  It was that you don't say anything, you
9  walk away, you are always representing Cov Cath.
10 Q.  So you get off the busses.  When was the
11 march itself?
12 A.  I don't recall what time the actual
13 march started.  I know we got into the area where
14 people like speak from the stage.  And I think we
15 heard a couple people.  But all the main speakers
16 had already finished and packed up.
17 Q.  Because you guys got there late?
18 A.  Yes.
19 Q.  All right.  So just tell us what you
20 did.
21     You got off the bus.  You mentioned that
22 you had that meeting and those things were --
23 were reiterated to you.  And then what -- what
24 did you do next?
25 A.  Well, I was with my group of friends.

40

1  And we decided that since we had already kind of
2  missed the speeches or whatever, which is a big
3  part of it, we decided that we would kind of go
4  around DC and see some of the things we wanted to
5  see and then join the march after we had done
6  some sightseeing.
7      We headed to the Washington Monument.
8  And then we went -- we kind of just walked around
9  the National Mall area for a little bit.  And
10 then we eventually got up to the White House.
11 Q.  Who were -- who were the group of
12 friends that you were with?
13 A.  I can remember I was with Will Fries,
14 Will Fike, Henry Bennett.  And I can't remember
15 exactly who else was there.  I think -- I'm
16 almost positive Jerry Gallagher was there as
17 well.  And some people stayed with us but then
18 kind of peeled off and went their own way.
19 Q.  So and you had a girlfriend at the time?
20 A.  I did.
21 Q.  Did you meet up with her at any point?
22 A.  I saw her at the church when she had
23 gotten out.  And then later in the day, I tried
24 to meet up with her, but I didn't see her.
25 Q.  Okay.  So you did some sightseeing.  You

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

11 (41 to 44)

41

1 said you went to the monument. You went to the
2 White House.
3    A.   Uh-huh.
4    Q.   What did you do after you went to the
5 White House?
6    A.   We went over to the White House gift
7 shop and we bought Make America Great Again hats.
8    Q.   Okay. And why did you do that?
9    A.   Personally, I was looking for a
10 souvenir. I was -- I was deciding between the
11 hat or these White House golf balls that I wanted
12 to get. But at the time, I decided, I'm probably
13 pretty bad at golf and I will lose these and I
14 really don't just want to look at them, so I will
15 buy the hat because I can wear that.
16    Q.   Did your golf game get better over the
17 summer?
18    A.   It has gotten better.
19    Q.   So other than you weren't confident
20 about your ability to retain the -- keep the golf
21 balls, is there any other reason you bought --
22 why did you consider that a souvenir of your trip
23 that you wanted to bring back with you?
24    A.   I think specifically because it came
25 from the White House gift shop. Like I had never

42

1 had the urge to go into any store in northern
2 Kentucky and buy a MAGA hat. But the fact that
3 it came from the gift shop or whatever seemed to
4 me like that was souvenir worthy.
5    Q.   Did the slogan Make America Great Again
6 speak to you in any way?
7    A.   I mean, I would agree with the
8 statement.
9    Q.   Okay. And what would you -- what would
10 you agree about it? What -- what do you agree
11 with?
12    A.   I think -- well, first and foremost, was
13 President Trump's prolife stance, which is in
14 line with my belief and was kind of the most
15 driving factor in me getting it. And I mean,
16 besides that, just as I mentioned earlier, my
17 more conservative views about limiting the
18 government and protecting rights.
19    Q.   Okay. So the slogan is Make America
20 Great Again, right?
21    A.   Uh-huh.
22    Q.   Does that -- so, in your opinion, I'm
23 just asking you for your views, not what
24 President Trump may mean or anything else,
25 when -- when was America great that it needs to

43

1 be made great again?
2    A.   I would say that America was the most
3 great I would say even during -- during World War
4 II. Probably would be a prime example when the
5 country was unified and, you know, you didn't --
6 everyone kind of loved their neighbor and
7 everyone pitched in together with the war effort
8 and things like that.
9        That -- that to me is what America kind
10 of represents. It's when you look at the person
11 next to you who you may not agree with but you
12 still work together.
13    Q.   And you mentioned before that you
14 thought the -- the statement is in keeping with
15 your conservative values that you articulated.
16        Do you think that there was a time when
17 America functioned in a way that was more
18 consistent with those values than it does now?
19    A.   I mean, I would say that I don't know if
20 I could pick out a time that America ever fully
21 was perfect in a way that kind of Make America
22 Great Again mirrors.
23        I don't know if I could point to a
24 specific point in the country's history when
25 everything was fine and that's the model of what

44

1 I would like now because there have been bad
2 parts about, you know, the country all the time.
3 So . . .
4    Q.   Okay. Fair enough. But to say Make
5 America Great Again, is there a time when you
6 feel like it was better?
7        MR. McMURTRY: Objection. You can go
8 ahead. I think you have answered that question,
9 but --
10 BY MR. SIEGEL:
11    Q.   In that it was more consistent with the
12 conservative values that you articulated? Sorry
13 about that.
14        MR. McMURTRY: Objection. Go ahead.
15    A.   I'm not sure I can point to a specific
16 time of -- I mean, just my example of -- I'm not
17 sure.
18    Q.   Is there a time that you can point to
19 when you feel that America started to decline?
20    A.   I would say during the Jimmy Carter
21 Administration.
22    Q.   And how so in your opinion?
23    A.   To me, he was a very weak president,
24 whatever, that failed in a lot of areas,
25 especially his handling of the hostage crisis and

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

12 (45 to 48)

45

1  things on global levels.
2  Q.  Okay.  And did that decline continue
3  after Jimmy Carter in your view?
4  A.  I would say it was kind of revived with
5  Reagan, obviously.  But, I mean, you don't
6  have -- after that, you had Clinton or whatever,
7  and things haven't been the same.
8  Q.  Ever since the --
9  A.  Yeah.
10  Q.  So going back to the trip, just if I
11  recall the timeline we were at.  You went to the
12  White House.  I think you said you then went to
13  the rally or whatever was left of the march?
14  A.  Correct.
15  Q.  And what did you do there?
16  A.  We marched along the kind of finishing
17  stretch of the rally.  And that took us to kind
18  of like behind the Capitol building, in terms of
19  not the side facing the rest of the mall and the
20  Washington Monument.  And there was kind of like
21  where everyone gathered.  And that's kind of
22  where I lost my friends.  Because I was going to
23  try and find my girlfriend at that point.  And
24  was just a huge crowd.  I kind of lost them.
25  Q.  So -- and about -- do you recall about

46

1  what time in the day this was?
2  A.  I would say this was somewhere around --
3  anywhere from 4 to 4:30.
4  Q.  Okay.  So you lost your friends.  You
5  couldn't find your girlfriend.  So what did you
6  do next?
7  A.  So at that point, I went to kind of text
8  them and see if there was a spot we could meet
9  up.  And at the time, I had -- my phone was an
10  iPhone 6, or whatever, that -- and I had a
11  battery problem where it would be on 40 or 50
12  percent and it would just die without warning.
13      And so when I went to text them, I
14  turned it on and it instantly died.  And I
15  didn't -- at that point, I hadn't checked the
16  time.  So I thought it was closer to 5, or maybe
17  5.
18      So I had a map with me, I think.  I
19  pulled it out and I found out where the Lincoln
20  Memorial was.  And then I literally ran.  I
21  sprinted from the Capitol to the memorial because
22  I thought that it could have been 5 before I got
23  there and that I was going to get left in DC.
24  Q.  That is a pretty good workout.
25  A.  Yeah.

47

1  Q.  So when you get -- when you get to the
2  Lincoln Memorial, did you at any time see that
3  there was a -- some kind of rally or gathering of
4  indigenous peoples?
5  A.  Yes.
6  Q.  So what did you see?
7  A.  So when I got to the memorial, I went to
8  the bathroom.  And I went up and I looked at
9  Lincoln, and then I came down.  And the first
10  thing I noticed was Black Hebrew Israelites were
11  kind of set up with posters or whatever and
12  stuff.
13      And then I think after a while, I
14  started to notice that there was another like
15  organized group there, which was the Native
16  Americans who were congregating for --
17  Q.  And -- and what were they doing?  What
18  did you see?
19  A.  I saw them -- they were all holding
20  hands in like a large circle and dancing around.
21      I wasn't paying too much attention to
22  them because there was a group way more
23  aggressive kind of in front of us that took up
24  most of my focus.
25  Q.  Okay.  Was this your first time at

48

1  the -- was this your first time in DC?
2  A.  Yes.
3  Q.  And you said that you had -- you had
4  been told to meet up at 5 o'clock at the Lincoln
5  Memorial?
6  A.  Uh-huh.
7  Q.  Were you told any particular area around
8  the memorial to meet up at?
9  A.  No.  It was just kind of like on the
10  steps in front of it.
11  Q.  Okay.  And do you recall, was there a
12  time that the busses were supposed to leave?
13  A.  At 5, or around 5.
14  Q.  Okay.  So what was your understanding of
15  what you were supposed to do once you got there?
16  A.  My understanding was that we were all
17  going to meet there, wait, and then the
18  chaperones or whatever were going to do
19  attendance, count everyone, and then we were
20  going to walk to them, get on and leave.
21  Q.  And do you recall about how long before
22  the encounter with Nathan Phillips that you
23  arrived at the Lincoln Memorial?
24  A.  I would say that I arrived at the
25  Lincoln Memorial at like 4:20 or 4:30, like

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

13 (49 to 52)

**49**

1  somewhere way before what I thought the actual
2  time was. I didn't have my phone, really, to
3  gauge what time it was.
4      Q.   Okay. Did you ever -- again, prior to
5  this incident, did you interact at all with any
6  of the Native Americans?
7      A.   No.
8      Q.   Did you see any other Covington students
9  interacting with any of the Native Americans?
10     A.   No, I did not.
11     Q.   Now, you have mentioned before that you
12  saw the African American men who were set up
13  there.
14          Did you later come to know that they
15  called themselves the Black Hebrew Israelites?
16     A.   Yes. I think -- I'm not sure if I knew
17  at the time. They could have had something on
18  one of their signs.
19          MR. SIEGEL: Okay.
20     A.   I don't think I did, though.
21     Q.   And what did you see and hear?
22     A.   I saw and heard them berate a bunch of
23  my classmates.
24          Obviously, there was more than me
25  that -- I was not the only one that had Donald

**50**

1  Trump campaign attire on. And so they said
2  negative things about the president that I really
3  can't repeat. And they said things about one of
4  the freshmen who was on the trip who was an
5  African American and called him, you know, a
6  bunch of things I also won't repeat. And they
7  just kind of, you know, said a bunch of things
8  that, you know, were not nice.
9      Q.   And some of those things were directed
10  at the group of students. Is that fair?
11     A.   I would say most of them were, yeah.
12     Q.   Most of them were. Okay. Including
13  when you were a part of that group?
14     A.   Yes.
15     Q.   And what was your reaction to what they
16  were saying?
17     A.   I -- I was kind of uneasy or whatever.
18  And that was because I had seen protestors
19  earlier throughout the day, especially around the
20  White House. But mainly, they were all just
21  saying whatever they felt like or however they
22  felt, and I would have assumed that to kind of
23  get their attention you needed to do something to
24  them. But we were kind of just standing there.
25  And then they locked onto us without us doing

**51**

1  anything before that. So it bothered me a little
2  bit that they were kind of targeting us for no
3  reason.
4      Q.   Had you ever seen anything like this
5  before?
6      A.   No. No.
7      Q.   Okay. Do you know or did you know
8  another Covington student named Robert McGrane,
9  is the name?
10     A.   I don't think so.
11          MR. SIEGEL: This is Exhibit 2, which is
12  an audio recording that was produced by GCI, the
13  investigative firm that did the investigation.
14  Number 218. Is that right, Jessica?
15          MS. MEEK: Yes, that is right.
16          MR. SIEGEL: Okay. I'm just going to
17  play an excerpt of Mr. McGrane's recorded
18  interview.
19          MS. MEEK: For the record, I'm starting
20  Exhibit 2 at 5 minutes and 54 seconds.
21          (Thereupon, an audio recording of
22  Exhibit 2 was played.)
23          MS. MEEK: I just stopped -- I just
24  stopped Exhibit 2 at 6 minutes and 30 seconds.
25  BY MR. SIEGEL:

**52**

1      Q.   He called it a culture shock. Do you --
2  did you feel that way?
3      A.   I would agree. I would best describe DC
4  as kind of a war zone compared to what I was
5  compared to -- or what I'm used to seeing. Just
6  because there was almost a protest around every
7  corner, and it was -- it couldn't -- it wouldn't
8  have even been related to the March For Life.
9  Everyone was just protesting something.
10     Q.   Did the -- the African American men stay
11  in the same place the whole time you were there?
12     A.   For the most part, except when Nathan
13  Phillips moved in. Then they kind of shifted
14  closer.
15     Q.   Okay. Did you hear any of them
16  insulting any of the -- any Native Americans?
17     A.   Not at the time. I know they did now.
18     Q.   And you know that from seeing videos of
19  the event?
20     A.   Yes.
21     Q.   Okay. So I take it at the time also you
22  didn't -- you didn't see how the Native Americans
23  responded to them?
24     A.   No.
25     Q.   Okay. Did you see them insulting any

53

1  African Americans?
2  **A.  I saw them insult the one a part of our**
3  **group. I didn't see -- I don't ever recall**
4  **seeing them insult another African American**
5  **outside of our group.**
6  Q.  Okay.  Did you see them insulting people
7  other than in your group?
8  **A.  Yes.**
9  Q.  From what you recall, what do you
10  remember about that?
11  **A.  I remember that there was one guy who**
12  **was on one of -- kind of like a motorized**
13  **skateboard. I don't know what it is.  And he had**
14  **like a ski helmet and goggles on.  He had like a**
15  **boom box or something.  And he kept riding around**
16  **them and playing music.**
17  Q.  Okay.  Did they make any negative
18  remarks about other peoples or groups or police?
19  **A.  I would assume that they did.  I just**
20  **can't -- I don't think I witnessed any of it.**
21  Q.  What about just, for example, those who
22  were gay?
23  **A.  I know that when they were insulting us,**
24  **they made -- they insulted gays.**
25      MR. SIEGEL:  Let's go to Exhibit 3,

54

1  which I will state for the record is video 4 on
2  the stipulation, and I will just identify videos
3  that way because I think it will be easier for
4  the record.  That's the -- I think what your
5  Complaint calls the Banyamyan video.  And I will
6  show some excerpts from that.
7      MS. MEEK:  I'm starting at Exhibit 3,
8  which is video 4, at 11 minutes and 19 seconds.
9      (Thereupon, a video recording from
10  Exhibit 3 was played.)
11  BY MR. SIEGEL:
12  Q.  So do you see there was a group of
13  students off to the side?  Did those -- do those
14  include some Covington students?
15  **A.  Yes.**
16  Q.  Okay.  And do you know where the girls
17  were from?
18  **A.  I do not. I would assume Notre Dame.**
19  Q.  But did you see any of that at the time?
20  **A.  I don't think I did.**
21  Q.  Okay.  You heard one of the Black Hebrew
22  Israelites who was talking, saying: Don't stand
23  there and mock us?
24  **A.  Yeah.**
25  Q.  Do you think they were mocking them?

55

1      MR. McMURTRY:  Objection.  During the
2  video clip?
3      MR. SIEGEL:  Yes.
4      MR. McMURTRY:  Okay.  Go ahead and
5  answer.
6      MR. SIEGEL:  Yes.  I will rephrase that
7  for the record.  Sorry.
8  BY MR. SIEGEL:
9  Q.  On the video, did you hear one of the
10  Black Hebrew Israelites say:  Don't stand there
11  and mock us?
12  **A.  I heard it.**
13  Q.  Okay.  Do you think the students were
14  mocking them?
15  **A.  I don't think so.  I mean, because at**
16  **the time that the video turns, the kids had their**
17  **backs to the -- to the Black Hebrew Israelites,**
18  **and I can't even hear any of the kids saying**
19  **anything.**
20  Q.  Okay.  And they are walking away, right?
21  **A.  Correct.**
22  Q.  Okay.  Would it be fair to say that is
23  your interpretation of what you are seeing from
24  the video as to whether or not they seem to you
25  to be mocking them?

56

1  **A.  I would say yes.**
2  Q.  Okay.  Can you identify any of those
3  students?
4  **A.  I cannot.**
5      MR. SIEGEL:  Let's jump to 38 minutes.
6      MS. MEEK:  For the record, a moment ago
7  I stopped Exhibit 3 at 12 minutes and 8 seconds.
8  Now I'm restarting at 38 minutes.
9      (Thereupon, a video recording of Exhibit
10  3 was played.)
11  BY MR. SIEGEL:
12  Q.  The person in the blue coat, do you
13  recognize who that person is?
14  **A.  I mean, I have a guess who he is, but**
15  **not really from that clip.**
16  Q.  What is your best guess?
17  **A.  I think that is Billy Smith, but I have**
18  **no idea.**
19  Q.  Okay.  And do you recognize any of the
20  other students standing I guess to his left as
21  Covington students?
22  **A.  I think the one on his -- from this**
23  **point of view, from our right, the next one is**
24  Luke Keninso (phonetically spelled), but I
25  don't -- I can't recognize him for sure.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

15 (57 to 60)

---

57

1    Q.   Okay.  Did you see any of this at the
2  time?
3    A.   I can't say for sure.  There were
4  several times when some of the students were
5  standing somewhat close.  I can't say if I saw
6  this one for sure and not another one.
7        MR. SIEGEL:  Okay.  Keep going.
8        MS. MEEK:  For the record, a moment ago
9  I paused at 38 minutes and 25 seconds.  And now
10 I'm continuing on from that point in Exhibit 3.
11       (Thereupon, a video recording from
12 Exhibit 3 was played.)
13       MS. MEEK:  I just paused at 38 minutes
14 and 33 seconds.
15 BY MR. SIEGEL:
16   Q.   Do you know what the water bottle says?
17   A.   I can't remember.  It said something --
18 I think it might have said Voss or something, or
19 maybe it had -- like someone had removed the logo
20 and put something on it.  I don't remember what
21 the logo was.
22   Q.   And do you think that the way he sort of
23 picked up the water bottle and smiles, is he
24 mocking the Black Hebrew Israelites?
25       MR. McMURTRY:  Objection.  Go ahead.

---

58

1    A.   No.  I don't see any reason why he would
2  be or what kind of -- the smile and the water
3  bottle mock, at least in my view of it.
4        MR. SIEGEL:  Okay.  Play a few more
5  seconds.
6        (Thereupon, a video recording of Exhibit
7  3 was played.)
8        MS. MEEK:  I just paused at 38 minutes
9  and 36 seconds in Exhibit 3.
10 BY MR. SIEGEL:
11   Q.   Do you think that looks like a -- do you
12 see him smiling?
13   A.   Yeah, I see him smiling.
14   Q.   Does that look like a smirk to you?
15       MR. McMURTRY:  Objection.
16   A.   No.  At this point, he hasn't even said
17 anything.  And the guy on this thing just called
18 him -- and whatever you want to call it, insulted
19 him.
20 BY MR. SIEGEL:
21   Q.   Okay.  Do you think someone else looking
22 at this video could disagree with you about
23 whether he is smirking at them?
24       MR. McMURTRY:  Objection.  Go ahead.
25   A.   If they wanted to, I guess they could,

---

59

1  right.
2  BY MR. SIEGEL:
3    Q.   Would you -- would you say that's an
4  honest opinion that they could have, to look at
5  that and say I think that -- what's his name
6  again?
7    A.   Charlie.
8    Q.   -- I think Charlie is smirking at him?
9    A.   I would -- I would -- I don't -- I
10 wouldn't accuse them of being dishonest, but I
11 would certainly tell them that that's not the
12 right opinion.
13       MR. McMURTRY:  We are at an hour.  I'm
14 going to want to stop at some point.
15       MR. SIEGEL:  We can do that now.
16       MR. McMURTRY:  Whatever is convenient.
17 Okay.
18       MR. SIEGEL:  Sure.  Yes.
19       THE VIDEOGRAPHER:  We are going off the
20 record.  The time is 10:15 a.m.
21       (Thereupon, there was a recess taken at
22 10:15 a.m.)
23       (Thereupon, the proceedings were resumed
24 at 10:26 a.m.)
25       THE VIDEOGRAPHER:  We are back on the

---

60

1  record.  The time is 10:26 a.m.
2  BY MR. SIEGEL:
3    Q.   Nick, one of the words that you hear the
4  Black Hebrew Israelites man saying was -- on
5  approach to the students was cracker or crackers?
6    A.   Yeah.
7    Q.   Did you hear that?
8    A.   I did.
9    Q.   Is that something you also heard them
10 say when you were there?
11   A.   Yes.
12   Q.   What did -- did you know what that was
13 at the time?
14   A.   I just knew it was an epithet used to
15 describe white people.
16       MR. SIEGEL:  Okay.  Let's go to -- on
17 Exhibit 3, 43 minutes and 56 seconds.
18       (Thereupon, a video recording of Exhibit
19 3 was played.)
20       MS. MEEK:  I just paused Exhibit 3 at 44
21 minutes and 39 seconds.
22 BY MR. SIEGEL:
23   Q.   Okay.  So, again, the boys who are
24 standing to the right of the screen as we are
25 looking at it, are those Covington students?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

61

1    A.   Yes.
2    Q.   And do you know who the student is
3  holding the water bottle?
4    **A.   I would assume that is Charlie still.**
5    Q.   Still Charlie?  And it looks like that
6  water bottle was blue?
7    **A.   Correct.**
8    Q.   Do you know what it says?
9    **A.   I do not.**
10   Q.   Does it say Trump on it?
11   **A.   I think that is my leading guess as to**
12  **what it said.  I honestly, though, can't**
13  **remember.**
14        MR. SIEGEL:  Okay.  Can we just pull up
15  Exhibit 4 for a second?
16        MS. MEEK:  The paper copy or up there?
17        MR. SIEGEL:  We could put it up there,
18  actually, the front, the photo.
19  BY MR. SIEGEL:
20   Q.   Nick, I will represent to you this is
21  just a photo I pulled off the Internet.  It's not
22  a photo of the event.  But do you think that that
23  is what that water bottle looked like?
24        MR. McMURTRY:  Objection.  Go ahead.
25   **A.   I would say it's very possible.  And I**

62

1  **would assume that's probably what it is.**
2  **BY MR. SIEGEL:**
3    Q.   Okay.  So let's go back.
4        What do you think Billy was trying to
5  communicate?
6        Stop and pause.  And I will rephrase the
7  question when she gets the frame up so you can
8  view it.
9        What do you think Billy was trying to
10  communicate to the Black Hebrew Israelites by
11  holding the Trump water bottle up?
12        MR. McMURTRY:  Objection.  Go
13  ahead if --
14        MR. SIEGEL:  I will rephrase it.
15  BY MR. SIEGEL:
16   Q.   What do you think Billy was trying to
17  communicate to the Black Hebrew Israelites by
18  holding that water bottle up?
19        MR. McMURTRY:  Objection.  Go ahead.
20   **A.   I think Charlie was already being mocked**
21  **for wearing the Make America Great Again hat.  So**
22  **he was also saying, hey, I have a water bottle,**
23  **too, you know.  I don't know.  He was showing**
24  **them that he had a water bottle, too.  I don't**
25  **know what he was trying to do with it.**

63

1  **BY MR. SIEGEL:**
2    Q.   So you understand that he was being
3  mocked, or you are attesting that he was being
4  mocked by the Black Hebrew Israelites, right?  Do
5  you think he was mocking them --
6    **A.   No.**
7    Q.   -- by doing that?
8    **A.   No, not at all.**
9    Q.   He was taunting them by doing that?
10   **A.   I don't think so.**
11   Q.   Why?
12   **A.   Well, I think it's pretty clear to me**
13  **that they had already -- the Black Hebrew**
14  **Israelites, you can clearly hear them already**
15  **label Charlie many insults and epithets.  I**
16  **don't -- I don't know how he would -- could be**
17  **mocking them when they are going after him.**
18   Q.   Well, is it possible that he was kind of
19  responding in kind?
20        MR. McMURTRY:  Objection.
21   **A.   I don't think so, because his reaction**
22  **is on a way more toned-down level than what he is**
23  **being presented with.**
24  **BY MR. SIEGEL:**
25   Q.   Do you think somebody seeing this and

64

1  seeing Charlie holding up a Trump water bottle to
2  the Black Hebrew Israelites, that he was mocking
3  them by doing that?
4        MR. McMURTRY:  Objection.  Go ahead.
5    **A.   I guess they could.  To me, a water**
6  **bottle doesn't seem that provocative.  So if**
7  **someone wanted to -- wanted to look at it that**
8  **way, they could.**
9        MR. SIEGEL:  Okay.  Let's go to 49
10  minutes and 29 seconds.
11        Did you say when you stopped that,
12  Jessica, just for the record, before?
13        MS. MEEK:  I stopped at 49 minutes and
14  39 seconds before.
15        (Thereupon, a video recording of Exhibit
16  3 was played.)
17        MR. SIEGEL:  Okay.
18        MS. MEEK:  Did you say jumping to 49
19  minutes and 29 seconds now?
20        MR. SIEGEL:  Yes.  It was 44:39 before,
21  right?
22        MS. MEEK:  Yes.
23        MR. SIEGEL:  Okay.  Actually, one last
24  question when we get there.
25  BY MR. SIEGEL:

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

---

**65**

1    Q.   The -- that part with Billy Morrison,
2  did you see that at the time?
3    **A.   I might -- I may have.  I can't recall**
4  **fully.  I think so.**
5       MR. SIEGEL:  Okay.
6       MS. MEEK:  I'm starting Exhibit 3 at 49
7  minutes and 29 seconds.
8       (Thereupon, a video recording of Exhibit
9  3 was played.)
10      MS. MEEK:  I just paused Exhibit 3 at 49
11 minutes and 49 seconds.
12 BY MR. SIEGEL:
13   Q.   Okay.  So you heard the Black Hebrew
14 Israelites man saying -- calling someone an Uncle
15 Tom and Super Sambo.  Who did understand that to
16 be directed at?
17   **A.   I mean, I can't really tell who.**
18   Q.   Did you understand it to be directed at
19 one or more persons who were African American?
20   **A.   I really can't say.  I have no idea who**
21 **they are talking to, at least from this video.**
22   Q.   Do you know what the phrase Uncle Tom
23 means?
24   **A.   I do.**
25   Q.   What's your understanding of it?

---

**66**

1    **A.   It's based on the book Uncle Tom's**
2  **Cabin, which basically -- or my understanding is**
3  **African Americans view it as another African**
4  **American selling out or whatever to rich white**
5  **slave owners, however, you know, how the book**
6  **goes.**
7    Q.   Okay.  And so when an African
8  American -- what do you understand that term to
9  mean when it's used today by an African American?
10   **A.   I would say my understanding is that an**
11 **African American labels another African American**
12 **an Uncle Tom, that means that they are not**
13 **authentically African American or not of the same**
14 **standard.  It's a designation that ends up**
15 **meaning that you are lesser in some way.**
16   Q.   And he spoke the words Super Sambo.  Do
17 you have any understanding of what Sambo means?
18   **A.   I do not.**
19   Q.   So based on what he was saying, does it
20 appear to you that he was yelling at some person
21 or persons who were African American?
22   **A.   I think that's possible.  But there's**
23 **also this skateboarder guy in the middle of the**
24 **video who I -- if I recall correctly, was not**
25 **African American.**

---

**67**

1    Q.   Okay.  Now, I know, and we are not going
2  to watch it all because we would be here for a
3  week, but you have reviewed this whole video, I
4  take it, the Banyamyan video?
5    **A.   I don't think I have watched every**
6  **single minute of it, no.**
7    Q.   Okay.  Have you watched a fair amount of
8  it?
9    **A.   I can't say.**
10   Q.   Okay.  Well, you mentioned before that,
11 once you reviewed the video, you saw that the
12 Black Hebrew Israelites had yelled insults at
13 Native Americans at different points?
14   **A.   Correct.**
15   Q.   Okay.  Did you see either from the video
16 or at the time them making any negative
17 references to Jews?
18   **A.   Yes.**
19   Q.   How about to Catholics?
20   **A.   Yes.**
21   Q.   Okay.  And does it appear to you also to
22 some other African Americans?
23   **A.   Yes.**
24   Q.   Would it be fair to say that they were
25 equal opportunity haters?

---

**68**

1    **A.   I would agree.**
2       MR. SIEGEL:  All right.  Now, let's --
3  let's keep playing.
4       (Thereupon, a video recording from
5  Exhibit 3 was played.)
6       MS. MEEK:  I just paused Exhibit 3 at 50
7  minutes and 2 seconds.
8       MR. SIEGEL:  Can you repeat that?
9       MS. MEEK:  Yes.  50 minutes and 3
10 seconds.
11 BY MR. SIEGEL:
12   Q.   Okay.  So first you heard him use the
13 word pepper boys.  Do you have any understanding
14 of what that meant?
15   **A.   I do not.**
16   Q.   Do you have an understanding today of
17 what it is?
18   **A.   No.**
19   Q.   Okay.  Given the context, do you have an
20 educated guess about what it is?
21   **A.   I mean, I will assume it's pretty**
22 **derogatory, but I don't even know if I could**
23 **guess what it means.**
24   Q.   Okay.  So let's just go back.  I'm just
25 going to ask you, Nick, that those are some

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

18 (69 to 72)

69

1  Covington students, correct?
2  **A.   Correct.**
3  Q.   So starting to sort of where we see the
4  boys, I'm just going to ask if you can identify
5  any of those people.  We're just going to sort of
6  go through it frame by frame to --
7  **A.   Okay.**
8  Q.   We are now at 50 minutes and 2 seconds.
9  **A.   On the -- on the left, looking at the**
10 **video on the left side, where the mouse is**
11 **closest to, that looks like Patrick Kennedy.**
12 Q.   So just so it's clear, he's -- it looks
13 like he is wearing a MAGA hat and he is wearing a
14 sweatshirt that sort of has a red stripe going
15 down the middle?
16 **A.   Yes.**
17    MR. SIEGEL:  Okay.
18 **A.   Behind him, also wearing a MAGA hat,**
19 **looks like Cammeron Martin.**
20 **In front of him with the animal hat and**
21 **the March For Life shirt looks like Peter Rice.**
22 **And to the right of Peter in the brown**
23 **beanie looks like Liam Gray.**
24 **And I -- those are the only ones I could**
25 **put names to.**

70

1  Q.   Okay.  We are just going to move it to
2  the right.
3  **A.   Okay.  To the right of Liam Gray with**
4  **the MAGA hat, or what looks like one on**
5  **backwards, is -- his last name is Summe.  His**
6  **first name I'm blanking on right now.**
7  Q.   Is Sunny -- say that --
8  **A.   Summe.**
9  Q.   Can you spell it?
10 **A.   S-U-M-M-E.**
11    MR. SIEGEL:  Okay.
12 **A.   And his older brother, too.  I don't**
13 **know his name, his older brother's name.  I think**
14 **it's his name.**
15 Q.   Okay.  And the fellow in the blue
16 sweatshirt, sort of pointing to his hat, I think?
17 **A.   I think that is Charlie Regan**
18 **(phonetically spelled), my best friend.  I do not**
19 **know who that person is.**
20 Q.   You are talking about the person -- it
21 looks like a blue and white ski hat?
22 **A.   Yes.**
23 Q.   Okay.  Going to the right.
24    MR. SIEGEL:  Can you frame it, Jessie?
25    MS. MEEK:  I think that might be the

71

1  end.
2     MR. SIEGEL:  Oh, you think -- well,
3  let's just go through it real quick.  Go a little
4  bit -- yeah, keep going.
5  BY MR. SIEGEL:
6  Q.   So the fellow on the bicycle, do you
7  recognize who that is?
8  **A.   I can -- I do not know.**
9  Q.   You don't know if he's from Covington?
10 **A.   No, I can't --**
11    MR. SIEGEL:  Okay.  Let's go ahead.  Go
12 back to 50 minutes and 2 seconds and play a
13 little bit more.
14    (Thereupon, a video recording of Exhibit
15 3 was played.)
16    MS. MEEK:  I just -- I just paused
17 Exhibit 3 at 50 minutes and 14 seconds.
18 BY MR. SIEGEL:
19 Q.   So did you see any of this when you were
20 there?
21 **A.   I think I did.**
22 Q.   Okay.  Did you hear someone in the
23 background that says build that wall?
24 **A.   Yes.**
25 Q.   And then the Black Hebrew Israelite man

72

1  who was speaking sort of talking about it?
2  **A.   I -- from my hearing, it seemed as if**
3  **one of the Black Hebrew Israelite men was saying**
4  **build that wall in kind of a mocking form.  I**
5  **don't -- I don't think that was one of us that**
6  **said it.**
7  Q.   Okay.  Can you tell for sure who said
8  it?
9  **A.   Perhaps, if you replay it, I think I**
10 **would be able to hear if that was a student or**
11 **not, but --**
12    MR. SIEGEL:  Okay.  Go ahead.
13    MS. MEEK:  Going back to 50 minutes and
14 2 seconds.
15    (Thereupon, a video recording of Exhibit
16 3 was played.)
17 **A.   It sounds to me like I can hear one of**
18 **the Hebrew Israelites saying build that wall,**
19 **question mark, why don't you build the damn wall,**
20 **question mark, is a snippet I catch from that at**
21 **least.**
22    MR. SIEGEL:  Okay.  Let's go back again.
23 I will tell you when to stop it.  Okay?
24    MS. MEEK:  Okay.  Going back to 50
25 minutes and 2 seconds on Exhibit 3.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

19 (73 to 76)

---

73

1  BY MR. SIEGEL:
2  Q.   So you hear somebody who says it, right?
3  A.   Right.
4  Q.   And then he continues to talk.
5       So when it's said that first time, could
6  you tell who said it?
7  A.   There, I can't tell who said it.
8       MR. SIEGEL: Okay. Let's continue to
9  play it through.
10      (Thereupon, a video recording from
11 Exhibit 3 was played.)
12 BY MR. SIEGEL:
13 Q.   So, after this sort of point, the
14 students all walk away, right?
15 A.   Right.
16 Q.   If you did see this at the time, do you
17 remember where you were standing at this point?
18 Because I don't see you in the group. Although,
19 that doesn't mean you weren't there.
20 A.   I -- so from where they are facing
21 outward, I would have been behind them and to the
22 right on the steps. I wasn't in that group,
23 looking at them and their posters. So . . .
24 Q.   Okay. Okay. So now we will jump to a
25 point where I think you do start to be visible.

---

74

1       MS. MEEK: For the record, a moment ago
2  I stopped Exhibit 3 at 50 minutes and 53 seconds.
3  Now I'm going to 53 minutes and 29 seconds.
4       (Thereupon, a video recording of Exhibit
5  3 was played.)
6  BY MR. SIEGEL:
7  Q.   Okay. So we have stopped at 53 minutes
8  and 34 seconds.
9       Is -- that you in the kind of middle
10 of the screen?
11 A.   Off to the left.
12 Q.   Slightly off to the left?
13 A.   Yeah, with the white shoes. I think
14 that's me.
15      MR. SIEGEL: Okay. Let's jump to 58:29.
16      (Thereupon, a video recording of Exhibit
17 3 was played.)
18      MS. MEEK: I just paused Exhibit 3 at 59
19 minutes and 9 seconds.
20 BY MR. SIEGEL:
21 Q.   Okay. Did you hear that at the time?
22 A.   I would have heard them yelling. I
23 don't know if I heard it word for word.
24 Q.   Okay. Do you agree with anything he
25 said there about Bill Clinton?

---

75

1  A.   No.
2  Q.   No?
3  A.   No.
4  Q.   Or democrats?
5  A.   No.
6  Q.   What do you disagree with him about?
7       MR. McMURTRY: I'm sorry. I lost track.
8  You said do you agree with anything he said, and
9  then you said what do you disagree with him
10 about.
11      MR. SIEGEL: No, no, no.
12      MR. McMURTRY: He hasn't said that he
13 did disagree with anything. So I just lost
14 track.
15      MR. SIEGEL: All right. Well, let's do
16 it again.
17      MR. McMURTRY: Okay.
18      MR. SIEGEL: Because my last question
19 was confusing.
20 BY MR. SIEGEL:
21 Q.   You heard him say something about Bill
22 Clinton, right?
23 A.   Right. I guess the people claim that he
24 was the first black president, is how they said.
25 Q.   Yeah, but that's not what I'm asking you

---

76

1  about.
2       Let's go ahead and listen to it again.
3  Okay?
4  A.   Okay.
5  Q.   And I want you to -- particularly the
6  point about -- when he talks about blacks and
7  Hispanics being locked up.
8  A.   Okay.
9       MS. MEEK: I'm starting at 58 minutes
10 and 29 seconds in Exhibit 3.
11      (Thereupon, a video recording from
12 Exhibit 3 was played.)
13      MR. McMURTRY: Okay. I have a question
14 before you ask your question. I just want to
15 make sure we are all dealing with the same
16 terminology.
17      So he said that there were more blacks
18 and Hispanics locked up during the Clinton
19 administration?
20      MR. SIEGEL: Uh-huh.
21      MR. McMURTRY: Is that what -- okay.
22      MR. SIEGEL: Yeah.
23      MR. McMURTRY: I could barely hear it.
24 So if we agree that is what we heard, go
25 ahead.

---

---

Page 77

1  BY MR. SIEGEL:
2  Q.   Yeah.  And -- so did you -- I will ask
3  you again.  Did you -- did you agree with
4  anything that he said in reference to Bill
5  Clinton?
6  **A.   I -- honestly, it's not my place to**
7  **agree or disagree.  I don't know the statistics,**
8  **data.  So he could be right.  He could be wrong.**
9  Q.   Okay.  What do you understand him to be
10 criticizing --
11 **A.   I think he's --**
12 Q.   -- democrats for?
13 **A.   He's criticizing democrats and other**
14 **African Americans for liking Bill Clinton.**
15 **Because according to him, he's locked up more**
16 **Hispanics and African American citizens than any**
17 **other president.**
18 Q.   Okay.  And is that a criticism you -- of
19 Bill Clinton that you agree with?
20     MR. McMURTRY:  Objection.  Go ahead.
21 **A.   Again, I don't know whether he did or he**
22 **didn't.  So I don't know.**
23 BY MR. SIEGEL:
24 Q.   Okay.  Would it be fair to say that the
25 Black Hebrew Israelite man, he didn't limit his

---

Page 78

1  invective to republicans?
2  **A.   Correct.  I would say he mainly focused**
3  **on republicans.  But as the case here, not only**
4  **republicans.**
5      MR. SIEGEL:  Okay.  Let's go to the
6  next, 51 minutes and 21 seconds.
7      (Thereupon, a video recording from
8  Exhibit 3 was played.)
9      MR. SIEGEL:  I think you may just --
10 yeah, go forward a little bit.  Maybe the other
11 way.  Go back a little bit.
12 BY MR. SIEGEL:
13 Q.   Okay.  So that -- pointing out the white
14 sneakers, that is a good reference point.  You
15 see where the cursor is pointing.  Is that you
16 standing on the stairs?
17 **A.   I'm pretty sure that's me.**
18     MR. SIEGEL:  Okay.  Let's go to 1 minute
19 and 7 seconds -- I'm sorry -- 1 hour and 7
20 minutes and 44 seconds.
21     MS. MEEK:  For the record, we just
22 paused at 1 minute and 23 seconds, where
23 Mr. Sandmann pointed out where he was standing.
24     (Thereupon, a video recording from
25 Exhibit 3 was played.)

---

Page 79

1      MS. MEEK:  We just paused 1 hour, 7
2  minutes and 57 seconds in Exhibit 3.
3  BY MR. SIEGEL:
4  Q.   Okay.  So you heard in this he is
5  calling to the group and calling them incest
6  babies?
7  **A.   Correct.**
8  Q.   Trailer park babies?
9  **A.   Correct.**
10 Q.   And without playing the whole video,
11 would it be fair to say that you already heard at
12 different points he called you crackers, pool
13 shooters, right?
14 **A.   Right.**
15 Q.   Okay.  How did the things that they were
16 saying make you feel?
17 **A.   I mean, I was upset by it.  It -- I was**
18 **kind of -- I mean, I was just -- I was upset,**
19 **confused and a little worried at why they were**
20 **spending so much time and energy insulting us.**
21 **It didn't make a whole lot of sense.**
22     **As you can see, we are kind of -- there**
23 **was like 20 feet of space now in between us and**
24 **them, and they are still focused on yelling at**
25 **us.**

---

Page 80

1  Q.   What were you a little worried about?
2  **A.   Well, it didn't seem particularly**
3  **friendly.  And talking about how Washington was a**
4  **culture shock, I had never seen a group of adults**
5  **get so angry at kids or whatever, which kind of**
6  **felt not -- not okay to me.  And that, you know,**
7  **this is something I hadn't experienced before.**
8  Q.   Okay.  I will show you later, but you
9  said to Savannah Guthrie that you felt
10 threatened.  How so?  Is that -- is that right?
11 **A.   Yes.  I felt threatened for the reason I**
12 **was describing, in that I had never seen adults**
13 **so angry at a group of kids, especially since I**
14 **hadn't -- really hadn't done anything to them.**
15 Q.   And I think you said in your statement
16 that they were taunting.  Did you feel like they
17 were taunting you?
18 **A.   I think so.**
19 Q.   What do you -- what do you mean?  How
20 so?
21 **A.   Well, my impression of them was that --**
22 **and when I found out that they had been harassing**
23 **other groups as well, that they were taunting the**
24 **Native Americans, us, anyone that would come up**
25 **to them, to try and get a reaction or something.**

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

21 (81 to 84)

---

**81**

1 Because they kind of thrive off controversy, and
2 they would be saying things that most people
3 don't agree with.
4　　Q.　I mean, they said a lot of things about
5 Trump, right?
6　　A.　Right.
7　　Q.　Fair to say, negative things about
8 Trump, right?
9　　A.　Right.
10　　Q.　And you mentioned before you thought
11 they were mocking Billy Bart when they talking
12 about Trump.  Did you feel like they were mocking
13 the group when they talked about that?
14　　A.　I don't know if -- when they were
15 talking about Trump, I don't -- I -- yes, they
16 would have been mocking us for wearing his stuff,
17 and they claimed that we were supporting it,
18 blah, blah, blah, epithets.
19　　Q.　Did you think that any of the things
20 that the Black Hebrew Israelites were saying were
21 racist?
22　　A.　Yes.
23　　Q.　How so?
24　　A.　They called white people crackers.  They
25 called the African American student with us Uncle

**82**

1 Tom and a sellout for being around us.  They told
2 the African American student that we were -- like
3 us as white people were going to harvest his
4 organs and blah, blah, blah, which seemed really
5 racist to me.
6　　Q.　Why did you think that calling him an
7 Uncle Tom was racist?
8　　A.　Calling the student with us an Uncle
9 Tom?
10　　Q.　Yes. Yes.
11　　A.　Because, as we talked about earlier, my
12 understanding was it was a derogatory term.  And
13 to me, what I understood was that the Hebrew
14 Israelites were basically calling him less of an
15 African American than they were.
16　　　　MR. SIEGEL:  Okay.  Let's go to 1
17 minute, 7 minutes and 57 seconds.
18　　　　Wait a second.  So we are going to play
19 this through and then I'm going to go back and
20 ask you a couple specific questions.  But I want
21 you to watch it through, and then we will go back
22 a little bit.  Okay?
23　　　　THE WITNESS:  Okay.
24　　　　(Thereupon, a video recording of Exhibit
25 3 was played.)

**83**

1　　　　MS. MEEK:  I just paused Exhibit 3 at 1
2 hour, 8 minutes and 19 seconds.
3　　　　MR. SIEGEL:  Okay.  Let's go back to
4 1:08:05.
5　　　　(Thereupon, a video recording of Exhibit
6 3 was played.)
7 BY MR. SIEGEL:
8　　Q.　So here he says:  When was it great?
9 You hear something from the crowd, and he says:
10 Exactly.
11　　A.　Uh-huh.
12　　Q.　Could you tell what was being said from
13 the crowd?
14　　A.　No.
15　　Q.　Does it sound like to you that someone
16 used the word lynchings?
17　　A.　No, not at all.
18　　　　MR. SIEGEL:  Listen to it again.
19　　　　(Thereupon, a video recording from
20 Exhibit 3 was played.)
21 BY MR. SIEGEL:
22　　Q.　Okay.  Can you tell what's being said?
23　　A.　That's what it sounds like to me, but I
24 don't -- I can't say if these students right
25 there on the end that are dressed mostly in all

**84**

1 black or whatever, not like the students on the
2 left side are Cov Cath students.
3　　　　MR. SIEGEL:  Okay.  Let's play it one
4 more time.
5　　　　(Thereupon, a video recording from
6 Exhibit 3 was played.)
7 BY MR. SIEGEL:
8　　Q.　So after he says that, where you say
9 sounds like it may be lynching, do you hear
10 people laughing?
11　　A.　Yes.
12　　Q.　Can you tell whether the Cov Cath --
13 some of the people laughing were Cov Cath
14 students?
15　　A.　I cannot.
16　　Q.　Do you think it's possible?
17　　A.　It could be.  I mean, I -- these
18 students I know are Cov Cath.  I see students I
19 don't know, and I hear laughing.  But I mean from
20 this angle, I can't -- I can't tell anything.
21　　Q.　Okay.  Was it appropriate to laugh at
22 that moment in your opinion?
23　　　　MR. McMURTRY:  Objection.  Go ahead.
24　　A.　I don't agree with it.  I wouldn't have
25 laughed.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

22 (85 to 88)

85

BY MR. SIEGEL:

1 BY MR. SIEGEL:
2   Q.   Why?
3       MR. McMURTRY:  Objection.  Go ahead.
4   A.   **Because I think that it's not**
5 **appropriate to tell an African American that**
6 **lynchings were great, even as a joke, and then**
7 **laugh about it.**
8       MR. SIEGEL:  Okay.  Let's restart it
9 at right where you are.
10      (Thereupon, a video recording from
11 Exhibit 3 was played.)
12 BY MR. SIEGEL:
13  Q.   You hear somebody that says, right,
14 since you had us in slavery, you bastards, right?
15  A.   **Yes.**
16  Q.   And somebody -- you hear somebody
17 saying, that's right?
18  A.   **Right.**
19  Q.   Do you know who that was?
20  A.   **No.  And from this angle, there's even**
21 **more people on this right side that I don't know**
22 **and, frankly, don't look like they are a part of**
23 **our group.**
24  Q.   Okay.  Would it be fair to say that
25 someone could perceive that exchange as

86

1 responding to the insults of the B -- BHI with
2 racial insult?
3   A.   **Yeah.**
4   Q.   Okay.  Can you say for sure whether you
5 heard every single thing that every student said
6 throughout the whole incident?
7       MR. McMURTRY:  Objection.
8   A.   **I would assume that there had to be**
9 **things I missed.**
10 BY MR. SIEGEL:
11  Q.   Okay.  And can you say for sure whether
12 every single thing every student said from
13 anywhere in the crowd can be heard on any video?
14  A.   **That is more of a difficult question**
15 **because there were a lot of camera angles**
16 **dispensed throughout the crowd.  But I would**
17 **certainly say it's possible that there could have**
18 **been things said that weren't picked up on a**
19 **camera.**
20  Q.   Okay.  Did you hear any student say to
21 any of the Black Hebrew Israelites:  Can you even
22 read?
23  A.   **No.**
24  Q.   Can you say for certain whether someone
25 said that or not?

87

1   A.   **I mean --**
2       MR. McMURTRY:  Within his hearing or
3 maybe somebody that he couldn't hear might have
4 said it.
5       MR. SIEGEL:  Right, that's what I mean.
6 BY MR. SIEGEL:
7   Q.   I understand you didn't hear it.  And
8 I'm not asking you for certain whether you heard
9 it or not.  But I'm just saying -- okay.  You
10 can't say for certain whether anyone in the crowd
11 said that?
12  A.   **Right.  I can't say whether that did or**
13 **didn't happen.**
14  Q.   Okay.  Do you think if someone did say
15 that, that would have been an appropriate thing
16 to say?
17  A.   **No, I do not.**
18  Q.   Okay.  And why is that?
19  A.   **Because based off the history of African**
20 **Americans in this country, at one point they**
21 **weren't allowed to learn how to read.  So to ask**
22 **them that would be pretty insensitive.**
23  Q.   Did you ever -- strike that.  I will
24 rephrase.
25      How did the group come to do what you

88

1 call the school spirit cheers?
2   A.   **I -- much like the exhibit before, I saw**
3 **a couple students go over to the chaperones and**
4 **the teachers and ask them if we could do**
5 **something to kind of drown out the hateful**
6 **remarks that were, you know, being yelled at us.**
7       MR. SIEGEL:  Okay.
8   A.   **And in -- and in addition to that, I**
9 **found out that the year before, they always do**
10 **their school spirit chants with the congressman**
11 **for our district on the steps.  So I think it was**
12 **somewhat of a tradition but also useful.**
13  Q.   Now, when that was done with the
14 congressman, right, Congressman Matthews?
15  A.   **Yes.**
16  Q.   Was that done on the steps of the
17 memorial or the steps of the Capitol?
18  A.   **I'm not sure.**
19  Q.   Okay.  You said you saw it -- was it the
20 last exhibit where you saw the kids go over to
21 the chaperone?
22  A.   **No.  No.  I -- I witnessed that myself.**
23      MR. SIEGEL:  Oh, okay.
24  A.   **And in a previous exhibit, a student**
25 **testified or whatever the same thing that I**

89

1  witnessed that we wanted to drown them out.
2  Q.   Oh, okay.  So I just want to be clear
3  here.  You didn't mean one of the things -- one
4  of the video clips we just saw?
5  A.   No.
6  Q.   That is not what you were referring to?
7  A.   No.
8  Q.   Did you talk to any of the chaperones
9  about that?
10  A.   I personally did not ask about the
11  spirit chants.
12  Q.   So how did you come to -- how did it --
13  strike that.
14       How did you come to learn that that's
15  what was going to happen?
16  A.   Because after the seniors who had gotten
17  permission, I think they went down in front of
18  everyone, just kind of yelled at everyone, like
19  this is what -- you know, get in formation or
20  whatever they said, and kind of notified everyone
21  that we were going to do that.
22  Q.   Do you know who any of the students who
23  asked for permission were?
24  A.   No.
25  Q.   Okay.  Do you know Mr. Kleier?  Was he

90

1  one of the teachers or chaperones?
2  A.   Yes.
3  Q.   Was he one of the people who gave
4  permission, to your knowledge?
5  A.   I don't think -- he -- I think he
6  might -- there is a chance that he might have
7  been one of the ones they asked, but he wasn't
8  the main person that they asked.
9  Q.   Who was the main person?
10  A.   Matthew Hansman.
11  Q.   Matthew Hansman.  Okay.  So who is
12  Matthew Hansman?
13  A.   He was a teacher or is a teacher at Cov
14  Cath.
15  Q.   And what does he teach?
16  A.   Science, I think, chemistry.
17  Q.   And who is Mr. Kleier, I think his name
18  is?
19  A.   He's a religion teacher at Cov Cath.
20  Q.   In the statement that you issued a
21  couple days later, you said part of the purpose
22  of the cheers was, quote, to counter the hateful
23  things that were being shouted at our group,
24  right?
25  A.   Right.

91

1  Q.   Okay.  Or you said that you wanted to
2  drown out their hateful --
3  A.   Correct.
4  Q.   Why did you want to drown them out?
5  A.   Well, certainly I think I could speak
6  for a lot of other kids that had never seen this
7  either.  And when you're in an environment that
8  you're unfamiliar with and you keep getting
9  berated, you know, things become really uneasy,
10  and you don't know what to do and you don't feel,
11  you know, as safe as you are in your community,
12  where none of this had happened.  So we chose to
13  do something that was familiar to us and we
14  thought would get them to stop yelling insults at
15  us.
16  Q.   Okay.  Now, you already testified that
17  you saw, at least once before and maybe more than
18  that, that when the Black Hebrew Israelites had
19  sort of lodged insults or epithets at a group of
20  students, they walked away, right?
21  A.   Right.
22  Q.   And after they walked away, typically
23  the Black Hebrew Israelites would turn their
24  attention to something -- to somewhere else for a
25  while, right?

92

1       MR. McMURTRY:  Objection.  Go ahead.
2  A.   Right.
3  BY MR. SIEGEL:
4  Q.   So why not just move to somewhere else?
5  A.   Well, at that point we had already moved
6  away from where we initially were.  There is
7  now -- from like closer to where they were when
8  they had their posters up.
9       And there is now 20, 30 or some kids
10  maybe, and 40 feet in between us.  I mean, we
11  thought we had, I guess, enough distance between
12  us and them to where they would leave us alone.
13       Now, why we didn't move somewhere else,
14  I would assume it's because that is where we were
15  supposed to be to leave, and I don't -- I also
16  think it wasn't up to like the kids on the trip
17  whether or not we could go somewhere else.
18  Q.   Well, I think you said before, there
19  wasn't like a particular point in the memorial
20  area that you were instructed to be at, right?
21  A.   Right.  Correct.  We were, at the
22  closest point, in the -- on the memorial itself
23  to where the busses were going to be.
24  Q.   So my question is, why didn't you just
25  move fully away from the Black Hebrew Israelites

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

93

1  so you are out of earshot, they are out of
2  earshot.
3          MR. McMURTRY:  Are you talking about all
4  of the students or Nick himself?
5          MR. SIEGEL:  That is a good question.
6  That's fair.  That's fair.
7  BY MR. SIEGEL:
8  Q.  So let's stick to Nick yourself.
9  A.  Personally, I -- I wasn't going to go
10 stand over somewhere by myself.  I mean, my --
11 still, my biggest concern at that point was kind
12 of making sure I got back home.  And so, I mean,
13 my thought was, I've got my teachers here, or
14 whatever, and I'm just going to stand by them and
15 wait for the bus to come.
16 Q.  Okay.  Do you have any understanding why
17 kids or others in the group didn't say, hey,
18 let's just move out of the way?
19 A.  I have no idea.  The group as a whole,
20 which obviously I had no part in kind of picking
21 where we moved, but I don't know why there wasn't
22 a decision made to move somewhere else.
23 Q.  Do you feel like the group succeeded in
24 drowning out the comments of the BHI?
25 A.  I think so, up until the point of Nathan

94

1  Phillips coming over.  I would say that they were
2  a little puzzled.  They didn't expect school
3  spirit chants to be the response that they would
4  get.  I think they are used -- usually used to
5  dealing with people that are mad at them for what
6  they are saying or aggressive, and we were kind
7  of doing our own thing.
8  Q.  And I'm just going to use the term BHI
9  from now on for --
10 A.  Okay.
11 Q.  Would it be fair to say that trying to
12 counter a group of people by drowning them out is
13 not a friendly gesture towards them?
14 A.  I think so.  But at that point, I don't
15 think there was a chance of us being friends with
16 them after what they had said about us.
17 Q.  Okay.  Could that be perceived as a
18 hostile gesture?
19 A.  If -- if you want to say that doing high
20 school spirit chants is hostile, then that is
21 your prerogative, I guess, anyone who would say
22 that.
23 Q.  Did you assume that everybody around the
24 Lincoln Memorial knew that those were high school
25 spirit chants?

95

1  A.  I think they were pretty obvious.  At
2  one point, we said, we've got spirit; yes, we do;
3  we've got spirit, how about you?
4  Q.  Okay.  And do you assume that everybody
5  at the Lincoln Memorial would know that the sumo
6  cheer was a high school spirit chant?
7  A.  I mean, to me, we had done other ones,
8  and it seemed commonly associated with sporting
9  events.  At least in my own estimation, I thought
10 it was kind of clear that we were -- we weren't
11 being very aggressive.
12 Q.  Do you assume that everybody at the
13 Lincoln Memorial area that day had been to sports
14 games and heard those cheers?
15 A.  I mean, the spirit one is basic, and I
16 would assume most people go to -- I mean, sports
17 are almost like -- how do you avoid them, you
18 know?  Like, high school games are very common.
19     I mean, looking back on it now, I guess
20 some people might not be familiar with some of
21 the cheers we did.  But I thought one or two of
22 them would be common or recognizable.
23 Q.  Now, that is true in your life
24 experience.  Do you think it's true in anyone's
25 life experience?

96

1          MR. McMURTRY:  To see sports?
2  BY MR. SIEGEL:
3  Q.  To -- to -- to recognize those cheers as
4  high school spirit cheers.
5          MR. McMURTRY:  Okay.  I don't --
6  BY MR. SIEGEL:
7  Q.  To recognize what you guys were doing as
8  high school spirit cheers.
9  A.  I -- I still believe that a bunch of
10 high school students doing these organized
11 recitations of things would come across pretty
12 obvious as something rehearsed that is a part of
13 the school.
14 Q.  Okay.  And so if somebody says -- were
15 to say, I had no idea that that's what those
16 were, would you say they were lying?
17         MR. McMURTRY:  Objection.  Go ahead.
18 A.  I wouldn't accuse them of lying, but I
19 would accuse them of taking something out of
20 context, if you were to take a rehearsed action
21 and call that some -- some war cry aggressive
22 kind of chant.
23 BY MR. SIEGEL:
24 Q.  Okay.  If someone were to perceive it as
25 you just described it, would they not be entitled

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

25 (97 to 100)

---

97

1 to their opinion?
2    A.   Yes, they are entitled.  Everyone is
3 entitled to their opinion.  I think it's
4 extremely hyperbolic, though.
5    Q.   I'm just curious, Nick.  What percentage
6 of Americans do you think have attended a high
7 school football event?
8    A.   I have no idea.
9    Q.   You have no idea?
10    A.   I have no idea.  I would assume that
11 most -- almost everyone has been to high school.
12 And if they have not been to one, are at least
13 aware that they exist.
14    Q.   Okay.  And they would -- and do you
15 believe that almost every American would identify
16 what you guys did at the Lincoln Memorial as a
17 high school spirit cheer?
18    A.   Oh, I don't know how they would perceive
19 it.  But, I mean, to me, it seems pretty obvious
20 that what we were doing was something that we
21 didn't just randomly come up with.  Because we
22 did several of them.  And we were all on the same
23 page when we did them.  So to me, when you have a
24 bunch of kids doing something the exact same way
25 and it's not something on a small scale, there

---

98

1 are, you know, over a hundred of us and we are
2 all able to do it the same way, to me it looks
3 like, oh, that high school obviously practices
4 and does something like that, you know, more than
5 just once a year at the March For Life.
6        MR. SIEGEL:  Let's look at the -- I'm
7 going to show you a clip from the Savannah
8 Guthrie interview that you did.
9        MS. MEEK:  This is Exhibit 5.  I'm
10 starting at 8 minutes and 29 seconds.
11        (Thereupon, a video recording from
12 Exhibit 5 was played.)
13        MS. MEEK:  I just stopped Exhibit 5 at 9
14 minutes and 32 seconds.
15 BY MR. SIEGEL:
16    Q.   What were you worried might happen?
17    A.   The fact that they seemed very
18 aggressive.  And I mean, I had never really ever
19 witnessed a fight in my life, but this seemed
20 like an environment where one potentially could
21 break out.
22    Q.   Okay.  When you say a fight, do you mean
23 some kind of physical altercation?
24    A.   Correct.
25    Q.   Okay.  And if -- if you were worried

---

99

1 about that, would you agree that someone else
2 watching this could also worry that the situation
3 could escalate into a physical altercation
4 between BHI and the students?
5    A.   Yes.
6    Q.   Why did you think you would be
7 outmatched when there were four or five of them
8 and dozens of you?
9        MR. McMURTRY:  Objection.  I think there
10 were more than four or five.  But for however
11 many there were.
12 BY MR. SIEGEL:
13    Q.   Were there?
14    A.   I think they did have one guy that was
15 kind of back and forth with the camera.  I would
16 total it at about six.
17    Q.   Okay.  Well, we will call it six.
18    A.   Okay.
19    Q.   It is what it is.  But let's just call
20 it six.
21        So there were six of them, dozens of
22 you.  Why did you think that you would be
23 outmatched?
24    A.   Because at this point, I was 16 and like
25 135 or 140 pounds.  And these guys kind of --

---

100

1 they -- I mean, they looked strong to me, at
2 least in my view of them.  And I just -- I don't
3 know.  I kind of took my feeling as, you know,
4 the feeling for how it would probably be for the
5 rest of us if -- if these guys were -- were not
6 happy and decided to start something.
7        I think even the most physically fit
8 kids in our group or whatever, and those were 18
9 and 19 years old -- I don't know how old these
10 guys were.  But they definitely developed and
11 matured, you know, because they have 20 years on
12 us probably.
13    Q.   Okay.  It would be fair to say that
14 you -- there were some adult-size teenagers among
15 your group, right?
16    A.   I would say so, yes.
17    Q.   Do you know were there any football
18 players there?
19    A.   I don't know.
20    Q.   Okay.  In terms of numbers, would it be
21 fair to say that you far outmatched them?
22    A.   Correct.
23    Q.   Now, here, essentially, I think you said
24 there were over -- you believe over a hundred in
25 your group.

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

26 (101 to 104)

---

101

1     So here you had a group of over a
2 hundred white teenagers shouting and
3 gesticulating at five African American men,
4 right?
5          MR. McMURTRY:  Six.
6          MR. SIEGEL:  Six.
7    A.  Can you -- can you repeat that?
8          MR. McMURTRY:  With weapons.  I mean, go
9 ahead, yeah.
10   A.  Can you repeat that?
11 BY MR. SIEGEL:
12   Q.  Sure.  So you had a group of over a
13 hundred white teenagers yelling and gesticulating
14 at six African American men?
15   A.  Who had started this entire road that we
16 were on --
17          MR. McMURTRY:  Right.
18   A.  -- at that point.  And were continuing
19 to respond as we did things that -- we weren't
20 even necessarily chanting at them.  I would
21 disagree with that premise that we were shouting
22 at them.
23   Q.  Were you shouting in their direction?
24   A.  I mean, we were shouting for everyone,
25 yes.

102

1    Q.  And when you did things like the
2 clenched fist, were you looking at them?
3    A.  Yes, I mean --
4    Q.  So do you think someone watching over a
5 hundred white teenagers sort of shouting in the
6 direction of the African American men, clenching
7 their fists or otherwise gesticulating in the
8 direction of the six African American men, and as
9 you say, the six African men were shouting
10 insults at the teenagers, do you think somebody
11 watching that could have perceived that to be a
12 dangerous situation that might escalate into
13 violence?
14   A.  Yes, I did.
15          MR. McMURTRY:  We are at an hour.
16          MR. SIEGEL:  One more question.
17          MR. McMURTRY:  You break when you want
18 to break.  I'm just telling you --
19          MR. SIEGEL:  This would be a good
20 breaking point.
21 BY MR. SIEGEL:
22   Q.  Do you think a person of color might
23 have been more likely to perceive the situation
24 that way?
25   A.  I can't speak to that.  I don't know.

103

1          MR. SIEGEL:  Let's take a break.
2          THE VIDEOGRAPHER:  We are going off the
3 record.  The time is 11:25 a.m.
4          (Thereupon, there was a recess taken at
5 11:25 a.m.)
6          (Thereupon, the proceedings were resumed
7 at 11:38 a.m.)
8          THE VIDEOGRAPHER:  We are back on the
9 record.  The time is 11:38 a.m.
10 BY MR. SIEGEL:
11   Q.  Nick, in the Complaint that you filed
12 against ABC, paragraph 166 alleges, and I will --
13 this is a quote, that many people consider the
14 phrase Making America Great Again and
15 particularly wearing a MAGA hat to be the
16 equivalent of a racist statement.
17          Do you agree that many people consider
18 that to be the case?
19   A.  Yes.
20   Q.  Okay.  Do you think that someone with
21 that perspective on the MAGA slogan could have
22 perceived the group of white teenagers to be
23 expressing aggression towards the African
24 American men?
25   A.  If their previous view is that MAGA hats

104

1 are racist, then, yes, that seems logical.
2    Q.  Okay.  Let's go to the next exhibit
3 which -- oh, and just for the record, I will
4 state that's the same identical allegation that
5 is in paragraph -- is in paragraph 166 of your
6 Complaint against CBS, paragraph 210 against NBC,
7 paragraph 155 against New York Times, paragraph
8 165 against Rolling Stone and paragraph 182
9 against Gannett.  Okay.
10          Let's go to Exhibit 7, which for the
11 record is video 5 of the video stipulation that
12 the parties entered into.
13          MR. McMURTRY:  Are you going by the
14 exhibits in order?  Because we -- I think we just
15 did 4.  We are skipping to 5 now.
16          MR. SIEGEL:  Thanks for pointing that
17 out.  And please do that again.  Because I'm bad
18 at that.
19          Yeah.  We are skipping Exhibit 6.
20          MR. McMURTRY:  Okay.
21          MR. SIEGEL:  I mean, Exhibit 6 was the
22 Complaint.
23          MR. McMURTRY:  Okay.
24          MR. SIEGEL:  I didn't think we really
25 needed to -- I have that if we needed it, but --

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

27 (105 to 108)

105

1  so we will just skip Exhibit 6 and go to Exhibit
2  7, which is video 5 of the video stipulation the
3  parties entered into.  And we will just start at
4  the beginning.
5       (Thereupon, a video recording of Exhibit
6  7 was played.)
7  BY MR. SIEGEL:
8    Q.   Now, when you go, we've got spirit, how
9  about you, right, you guys are pointing out?
10 Would you agree you are pointing at the BHI?
11   A.   Yes.
12   Q.   And at the end of that cheer, do you do
13 a thumbs down, woo?
14   A.   Yeah, we boo.
15   Q.   Boo?
16   A.   Boo.
17   Q.   Okay.  So going thumbs down, and you go
18 boo?
19   A.   Yes.
20   Q.   So can that reasonably be perceived that
21 you were booing the BHI?
22   A.   Yes.
23   Q.   Okay.  And couldn't that be perceived as
24 a hostile gesture towards them?
25   A.   I don't know.

106

1    Q.   Okay.  Now, and I will just state for
2  the record, this is going to happen a couple of
3  times, right?
4       As I'm sure you know, there were often
5  multiple videos that captured the same part of
6  the day.  So sometimes I'm going to show you the
7  same thing from a couple different perspectives,
8  and this would be an example of one of them.
9       So we will go back to Exhibit 3, which
10 is video 4 of the stipulation.  It's the
11 Banyamyan video.  And we will start at 1 hour and
12 9 minutes and 13 seconds.
13      (Thereupon, a video recording of Exhibit
14 3 was played.)
15      MS. MEEK:  For the record, I went
16 forward a bit to 1:09:15.
17      MR. SIEGEL:  Let's go just a little bit
18 more.  All right.  Stop.
19 BY MR. SIEGEL:
20   Q.   Nick, do you see that there is a student
21 who looks like he is wearing blue who takes a
22 water bottle from another student and rolls it
23 out?
24   A.   No, I can't see that.
25      MR. SIEGEL:  All right.  Let's watch it

107

1  again.
2       (Thereupon, a video recording from
3  Exhibit 3 was played.)
4       MR. SIEGEL:  Jessie, why don't you point
5  to what we want Nick to be looking at.  Right
6  there.
7       THE WITNESS:  Okay.
8       MR. SIEGEL:  Okay.  And let's play that
9  one more time in realtime.
10      Again, if you could point Nick, before
11 you start, to where he should be focused.  Like
12 right there.
13      THE WITNESS:  I've got it.
14 BY MR. SIEGEL:
15   Q.   See it?
16   A.   Yeah.
17   Q.   You saw it the last time?
18   A.   Yeah.
19   Q.   Okay.  You saw there is a student who
20 takes a water bottle from someone and rolls it
21 out?
22   A.   Yes.
23   Q.   Do you know who was that?
24   A.   I can't see.
25   Q.   You can't see who it was?  Okay.  You

108

1  may be able to see it later on in another video.
2       Did you notice that at the time?
3    A.   No.
4    Q.   Okay.  We will show you some more of
5  that.
6       What do you think was the point of that?
7       MR. McMURTRY:  Objection.  Go ahead.
8    A.   I have no idea.
9       MR. SIEGEL:  Okay.  Let's -- let's watch
10 a little more.
11      (Thereupon, a video recording of Exhibit
12 3 was played.)
13      MR. SIEGEL:  Yeah.  Go ahead to --
14 BY MR. SIEGEL:
15   Q.   Okay.  Can you tell who that was?
16   A.   I think that's Charlie, but I don't
17 know.
18   Q.   You think that is Charlie again?
19      MR. SIEGEL:  Okay.  Let's go another 7
20 seconds.
21      MS. MEEK:  And where we just paused is
22 Exhibit 3 at 1:09:26.  So now I'm continuing on.
23      (Thereupon, a video recording of Exhibit
24 3 was played.)
25      MS. MEEK:  I just paused at 1:09:33.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

28 (109 to 112)

---

**109**

1 BY MR. SIEGEL:
2 Q. Okay. Having seen that whole thing --
3 now, you're -- you're standing right there,
4 right?
5 **A. Yes.**
6 Q. So do you think you did see that at the
7 time?
8 **A. Yeah. I saw him run back. I was -- I**
9 **thought you meant in reference to if he rolled it**
10 **out initially.**
11 **I'm kind of blocked off. I wouldn't**
12 **have seen, you know, 90 degrees to my right. I**
13 **wasn't paying attention.**
14 Q. So when you saw this at the time, did
15 you have any impressions of what was happening?
16 **A. No. To me, it looks like Charlie is**
17 **just trying to be funny and throw something out**
18 **there that he then immediately goes, gets and**
19 **comes back.**
20 Q. And do you think that is funny?
21 **A. I mean, personally, no. But students**
22 **there laughed.**
23 Q. Okay. You saw that -- he was the same
24 student before who held up that Trump water
25 bottle?

---

**110**

1 **A. Correct.**
2 Q. Okay. Do you think that there was some
3 significance to the fact that he chose that water
4 bottle to roll out?
5 MR. McMURTRY: Objection.
6 **A. I -- I don't know if he had -- with the**
7 **water bottle, I don't know.**
8 BY MR. SIEGEL:
9 Q. Okay. That wasn't the spirit cheer,
10 right?
11 **A. No. That was just Charlie.**
12 Q. Okay. Do you -- do you think that that
13 was intended as a positive gesture towards the
14 BHI?
15 MR. McMURTRY: Objection. Go ahead.
16 **A. No. I -- I don't know what Charlie was**
17 **doing.**
18 MR. SIEGEL: Okay.
19 **A. Sorry. I would assume just make some**
20 **kids laugh.**
21 MR. SIEGEL: Okay. Let's go to
22 Exhibit -- back to Exhibit 7, video 5. And we
23 will look at some of that from a different angle.
24 Start at 50 seconds.
25 (Thereupon, a video recording of Exhibit

---

**111**

1 7 was played.)
2 BY MR. SIEGEL:
3 Q. Did you hear somebody shout Trump water?
4 **A. I didn't hear it in all the yelling.**
5 Q. Do you hear it on the video?
6 **A. No. That's what I'm saying. I --**
7 MR. SIEGEL: Let's play it again.
8 MS. MEEK: I'm playing from 50 seconds
9 to 1 minute and 2 seconds.
10 (Thereupon, a video recording of Exhibit
11 7 was played.)
12 BY MR. SIEGEL:
13 Q. Okay. Did you hear it that time?
14 **A. Yes.**
15 Q. Okay. That wasn't a school spirit
16 cheer, right?
17 **A. No.**
18 Q. Did you notice that at the time? Did
19 you hear that at the time?
20 **A. I -- I think I saw Charlie run out. But**
21 **I'm pretty sure in this frame I start to move. I**
22 **wasn't -- I didn't really pay attention to it.**
23 Q. So did you say that?
24 **A. No.**
25 Q. Okay. And remember the picture of the

---

**112**

1 water bottle we showed you before? Would you
2 agree that that was the same water bottle that
3 Charlie had been showing before?
4 **A. Yes.**
5 Q. Would yelling out Trump water in that
6 moment -- what do you think of that?
7 **A. To me, what I make of that is that it's**
8 **an all-boys' school humor and that he threw the**
9 **water bottle out there so he could look funny**
10 **having to go out and like pick it up right in**
11 **front of them. And that is how I look at it as.**
12 Q. Okay. And I asked you specifically,
13 though, about yelling out Trump water when he is
14 doing that, what do you think of that?
15 **A. I think the other student called out**
16 **Trump water because he saw Charlie throw out the**
17 **Trump water.**
18 Q. Is that something you would have been
19 comfortable saying in that context?
20 **A. Yeah. I mean, I don't -- I don't see**
21 **anything particularly wrong with saying the name**
22 **of a water bottle.**
23 Q. Do you think that the student was trying
24 to communicate anything to the BHI by saying that
25 in that context?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

29 (113 to 116)

113

1    A.  No.
2    Q.  Do you think he was taunting the BHI by
3  saying that?
4        MR. McMURTRY:  Objection.
5    A.  No.
6  BY MR. SIEGEL:
7    Q.  I mean, that's your interpretation of
8  it, right?
9    A.  Right, I don't --
10   Q.  You don't know, right?
11   A.  I don't -- I don't know, but I don't
12  think he was.
13   Q.  Okay.  Is it fair to say that someone
14  else watching the same thing could disagree with
15  you?
16   A.  They could.
17   Q.  And I take it that they could honestly
18  disagree with you?
19   A.  I suppose, yeah.
20       MR. SIEGEL:  All right.  Let's go back
21  to 50 seconds.
22       (Thereupon, a video recording of Exhibit
23  7 was played.)
24       MS. MEEK:  I just stopped Exhibit 7 at
25  one minute and 7 seconds.

114

1  BY MR. SIEGEL:
2    Q.  He said:  You all outnumber us and you
3  all keeping you all's distance, right?  There is
4  a reason for that.  You don't see the angels
5  around us.  You couldn't touch us if you wanted
6  to.
7        Did you hear that at the time?
8    A.  I -- yeah.
9    Q.  Okay.  How do you interpret what he's
10  saying?  What do you understand him to mean?
11   A.  To me, it sounds pretty provocative,
12  like they are asking for a fight.
13   Q.  Okay.  Does it seem to suggest that he
14  might think that you guys wanted to touch them?
15   A.  No.  Because we hadn't mentioned
16  anything about fighting them.  And then he goes
17  to say:  You couldn't touch us if you wanted to.
18   Q.  Okay.  You said that you thought that
19  that was provocative?
20   A.  Yes.
21   Q.  So was this a part of what made you
22  concerned that there -- this might escalate into
23  some kind of physical confrontation?
24   A.  Yes.  Sorry.
25       MR. SIEGEL:  That's okay.  Okay.  Let's

115

1  start at -- restart at wherever we stopped.
2        (Thereupon, a video recording of Exhibit
3  7 was played.)
4  BY MR. SIEGEL:
5    Q.  Do you hear people --
6        MS. MEEK:  I just paused Exhibit 7 at 1
7  minute and 15 seconds.
8  BY MR. SIEGEL:
9    Q.  Do you hear some people saying Trump,
10  Trump?
11       Did you say that?
12   A.  No.
13   Q.  So did you join in to that?  Did you
14  hear that at the time?
15   A.  Yes.
16   Q.  Why didn't you join in?
17   A.  Well, not everyone was chanting it, and
18  I didn't really feel the need to.
19   Q.  Is that something you would have been
20  comfortable saying to BHI?
21   A.  I don't -- I don't think I would have
22  been comfortable with it.
23   Q.  Why?
24   A.  Just because they obviously did not like
25  Trump, and there wasn't really any need to get

116

1  them more angry.
2    Q.  So do you think that could have been
3  perceived as taunting the BHI by saying Trump,
4  Trump?
5    A.  It could be.
6    Q.  Okay.  Did you think that's what they
7  were doing?
8    A.  Did I think the students were trying to
9  taunt them?
10       MR. SIEGEL:  Yes, by yelling Trump,
11  Trump.
12   A.  I don't -- at the time I wasn't really
13  thinking about it.  Now, no.
14   Q.  And why?  Why is that your opinion?
15   A.  I think that, if anything, they were
16  just trying to represent something that they
17  support, the same way that the Black Hebrew
18  Israelites were, you know, naming very many
19  things that they believe in.
20   Q.  Okay.  So you think yelling out -- do
21  you think yelling out Trump, Trump in this
22  context was no different than if that was yelled
23  out at the March For Life rally?
24   A.  I mean, I don't -- I don't see why it
25  would be any different.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

30 (117 to 120)

---

117

1        MR. SIEGEL:  All right.  Let's start it
2  at 1:15.
3        (Thereupon, a video recording of Exhibit
4  7 was played.)
5  BY MR. SIEGEL:
6    Q.   So, Nick, it looks like you are sort of
7  talking to a couple of other students there?
8    **A.   I think I was smiling and looking back**
9  **and forth.  I don't know if I was talking to**
10  **anyone.**
11   Q.   Okay.  Do you know who the fellow to --
12  it would have been your left as you were standing
13  there, to your right as you are looking at the
14  video.
15   **A.   Very close to me, with the backpack?**
16        MR. SIEGEL:  Yes.
17   **A.   That is Jake Kleier.  With the blue Cov**
18  **Cath beanie on?**
19   Q.   Okay.  So that is a teacher?
20   **A.   Yes.**
21   Q.   I think you said the fellow on the other
22  side, his last name is Summe?
23   **A.   Summe.**
24   Q.   Summe?
25   **A.   Yeah.**

---

118

1        MR. SIEGEL:  Okay.  Let's restart at
2  1:24.
3        (Thereupon, a video recording of Exhibit
4  7 was played.)
5  BY MR. SIEGEL:
6    Q.   Okay.  So that's the sumo cheer, right?
7    **A.   Right.**
8    Q.   Is it fair to say that as you guys are
9  doing it, you are getting louder?
10   **A.   Yes.**
11        MR. SIEGEL:  Okay.
12        MS. MEEK:  We just paused at 1:40.  I
13  will restart at 1:40.
14        (Thereupon, a video recording of Exhibit
15  7 was played.)
16        MS. MEEK:  Just paused at 1 minute and
17  54 seconds.
18  BY MR. SIEGEL:
19   Q.   So, again, when the cheer ends, you are
20  all looking in the direction of the BHI, right,
21  shouting with your fists clenched?
22   **A.   Right.**
23   Q.   Including you?  It looks like you have
24  your fists clenched there?
25   **A.   Right.**

---

119

1    Q.   Did you intend to express hostility to
2  the BHI by doing that?
3    **A.   No.**
4    Q.   Do you assume that everyone at the
5  Lincoln Memorial knew that that was a high school
6  cheer?
7        MR. McMURTRY:  Objection.  Go ahead.
8    **A.   Maybe not this one.  But the earlier**
9  **spirit one, I stand by that one being very easily**
10  **readable.**
11  **BY MR. SIEGEL:**
12   Q.   Okay.  And that's the we've got spirit
13  one in particular?
14   **A.   Yes.**
15   Q.   Okay.  And these cheers were meant for
16  sporting events, right, not for Washington, DC?
17   **A.   Yes.**
18   Q.   All right.  So for a person who is not
19  familiar with Covington Catholic, do you think
20  the cheers could be interpreted differently in
21  this context than at a sporting event where
22  Covington is playing?
23   **A.   Yes.**
24   Q.   And would you agree that a person
25  watching over 100 white teenage boys responding

---

120

1  to BHI by yelling loudly, jumping up and down
2  with clenched fists held toward them could be an
3  expression of hostility towards the BHI?
4    **A.   I agree that you could look at it that**
5  **way.**
6    Q.   Okay.  And as an expression of
7  aggression?
8    **A.   If -- if you choose to see it that way,**
9  **then sure.**
10   Q.   Okay.  Do you think that students taking
11  their shirt off like that, yelling, jumping up
12  and down and fronting with clenched fists on the
13  steps of the Lincoln Memorial in this context was
14  appropriate conduct?
15   **A.   Yes.**
16   Q.   Why?
17   **A.   Because this is -- and, well, this is**
18  **hundreds of times more appropriate than what was**
19  **said at us, especially given our age.  This is --**
20  **this is -- I mean, there were adults here that**
21  **were not acting like adults should.  So this to**
22  **me looks more than appropriate, given what was --**
23  **what situation we were in.**
24   Q.   Fair to say that that's a matter of
25  opinion?

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

31 (121 to 124)

---

121

1   A.   Of course.  Everyone can decide whether
2   that was appropriate or not.
3   Q.   In hindsight, do you think the
4   chaperones exercised poor judgment in allowing
5   these cheers to happen?
6   A.   I think the better option would have
7   been to find somewhere else to go.
8   Q.   Okay.  And why is that?
9   A.   Because then we wouldn't have had to
10  have dealt with them and we could have just stood
11  by ourselves and gone home.
12  Q.   Who led the sumo cheer?
13  A.   I think his name is Jake Mulaku
14  (phonetically spelled).
15  Q.   Is there any particular reason why -- it
16  looked like the students were like pointing at
17  him to sort of come lead it.  Is there any
18  particular reason why him?
19  A.   None other than the fact that I'm pretty
20  sure he was a freshman, which, like I say,
21  freshmen step up and lead things because it helps
22  integrate them more into the school.
23  Q.   Okay.  Was it like somebody's idea to
24  point to him?
25  A.   It could have been some of his friends

---

122

1   that wanted him to do it.  I don't know.
2         MR. SIEGEL:  Okay.  Let's go back to
3   Exhibit 7, to video 5, and start it at 2 minutes
4   and 30 seconds.
5         (Thereupon, a video recording of Exhibit
6   7 was played.)
7   BY MR. SIEGEL:
8   Q.   Could you tell what's being shouted
9   there by the students?
10  A.   No, I can't.
11        MR. SIEGEL:  Okay.  Let's just listen to
12  it one more time.  And if you can't, you can't.
13        THE WITNESS:  Yes.
14        MS. MEEK:  This frame was from 2:30 to
15  2:37.
16        (Thereupon, a video recording from
17  Exhibit 7 was played.)
18  A.   I can hear hey, hey and ho, ho, but I
19  can't say -- or I can't hear what else they are
20  saying.
21  BY MR. SIEGEL:
22  Q.   Okay.  Did you notice that there was a
23  kid who's like holding a stick up?
24  A.   Yeah.
25  Q.   Do you have any understanding why?

---

123

1   A.   No.
2   Q.   Do you think that could be perceived as
3   a hostile gesture?
4   A.   It could be.
5   Q.   Can you even tell us what they are
6   shouting here?  Is it -- is it here like a more
7   organized cheer?
8   A.   I can't tell what it is.
9         MR. SIEGEL:  Okay.  Let's keep going.
10        (Thereupon, a video recording from
11  Exhibit 7 was played.)
12  BY MR. SIEGEL:
13  Q.   Do you see the two guys sort of on the
14  right side raising their fists and going, Donald
15  Trump, Donald Trump?
16        Do you know, are those Covington
17  students?
18  A.   Again, I don't -- I think these might
19  have been the kids who said -- the ones shaking
20  right there.  I don't -- I -- to me, I don't
21  think they are a part of Cov Cath because
22  they're -- not wearing clothes that we are and
23  they are more off to the side.
24        MR. SIEGEL:  Okay.
25  A.   I don't recognize them.

---

124

1         MR. McMURTRY:  Lunch is here when you
2   are ready -- and when you are -- when you have
3   reached a point.
4         MR. SIEGEL:  Maybe ten more minutes,
5   maybe.  It will be kind of a good segue point.
6   BY MR. SIEGEL:
7   Q.   Did you notice them at the time doing
8   that?
9   A.   No.
10  Q.   What do you think of it, seeing it now?
11        MR. McMURTRY:  Objection.  Go ahead.
12  A.   I mean, I don't agree with it.  I
13  haven't agreed with a single thing they have done
14  that I have seen, and -- I mean, if it were up to
15  me, they wouldn't be behaving like that.
16  BY MR. SIEGEL:
17  Q.   Okay.  Why don't you agree with their
18  going, Donald Trump, Donald Trump, though?
19        MR. McMURTRY:  Objection.  Go ahead.
20  A.   Well, I don't think shaking their fists
21  does anyone any good.
22  BY MR. SIEGEL:
23  Q.   Okay.  Because it seems aggressive?
24  A.   Well, to me, it seems like these kids --
25  and the one of them looks like he has a smile on

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

32 (125 to 128)

125

1   his face, like they want the Hebrew Israelites to
2   talk to them next.  Maybe they think it's funny.
3   I don't know.
4       Q.   Okay.  Do you think that they were
5   responding to the behavior of the Covington
6   students?
7           MR. McMURTRY:  Objection.
8       A.   I mean, it's possible.
9           MR. SIEGEL:  All right.  Let's keep
10  going.
11          MS. MEEK:  We were just discussing 2
12  minutes and 44 seconds in Exhibit 7.  And now I'm
13  continuing on.
14          (Thereupon, a video recording from
15  Exhibit 7 was played.)
16  BY MR. SIEGEL:
17      Q.   Did you know why the students are
18  shouting there?
19      A.   Because some more kids returned from out
20  in DC.  They were seniors.
21      Q.   Okay.  And what's the connection --
22  what's the shouting?  What's that responding to?
23      A.   I think they were just happy or whatever
24  more of the kids were coming back.
25          MR. SIEGEL:  Okay.  So let's keep

126

1   playing.
2           MS. MEEK:  We just stopped at 2 minutes
3   and 57 seconds.  And now we are continuing on.
4           (Thereupon, a video recording from
5   Exhibit 7 was played.)
6   BY MR. SIEGEL:
7       Q.   Okay.  So you mentioned before that
8   there were other students who were coming at this
9   point, right?
10      A.   Yes.
11      Q.   And there are certainly more students
12  now than there were before?
13      A.   Right.
14      Q.   And does it look to you like the group
15  is getting closer to the BHI as it fills in, some
16  of the group?
17      A.   Yeah.  Some are closer.
18      Q.   Okay.  You said before that it -- you
19  think it would have been better -- never mind.
20  You already answered that.
21          MR. SIEGEL:  Thank you.
22          MR. SIEGEL:  Let's go to Exhibit -- back
23  to Exhibit 3, which is video 4 of the Banyamyan
24  video.
25          MS. MEEK:  And we just stopped at 3:20

127

1   in Exhibit 7.  Did you say 1:10:32?
2           MR. SIEGEL:  No -- yes.  1:10:32.  1
3   hour, 10 minutes, 32 seconds.
4           (Thereupon, a video recording of Exhibit
5   7 was played.)
6   BY MR. SIEGEL:
7       Q.   What's your reaction to what he says
8   there?
9           MR. McMURTRY:  Objection.  Go ahead.
10      A.   I mean, I think it's pretty obvious,
11  even admitted from them, that we weren't trying
12  to fight them.  He said we weren't going to do a
13  thing.  And that -- like, even after the sumo
14  chant, which may be perceived as hostile, we all
15  just turned around and kept talking amongst
16  ourselves.
17  BY MR. SIEGEL:
18      Q.   Okay.  When he said you -- when he said
19  we are surrounded, does that indicate to you that
20  he might have felt that you guys were expressing
21  aggression or hostility?
22      A.   He might have, but --
23          MR. McMURTRY:  Objection.  Go ahead.  Go
24  ahead.
25      A.   He might have, but that is factually

128

1   untrue.  I mean, we were in one area.  We did not
2   surround them.
3           MR. SIEGEL:  Okay.  Let's -- let's
4   restart it there.
5           MS. MEEK:  Restarting at 1 hour, 10
6   minutes and 45 seconds.
7           (Thereupon, a video recording of Exhibit
8   3 was played.)
9   BY MR. SIEGEL:
10      Q.   So does that indicate to you that at
11  least the person talking felt that they were
12  outmatched by you?
13          MR. McMURTRY:  Objection.  Go ahead.
14      A.   I guess, but that is not matched by the
15  smiles on the rest of their faces.  They look
16  like they are getting exactly what they want.
17          MR. McMURTRY:  We are going to start
18  lunch in two minutes.
19          MR. SIEGEL:  I mean, I will ask for five
20  minutes.
21          MR. McMURTRY:  I know.  But we are at
22  ten.  I'm just trying to -- go ahead.
23          MR. SIEGEL:  No worries.  All right.
24  Let's keep going.
25          MS. MEEK:  Starting from 1:11:18.

---

129

1      (Thereupon, a video recording of Exhibit
2  3 was played.)
3  BY MR. SIEGEL:
4      Q.   When he says, I'm turning up the Esau,
5  Esau, this caveman thing, I'm turning up, what do
6  you understand him to be saying?
7          MR. McMURTRY:  Objection.  Go ahead.
8      A.   I'm not -- I'm not really sure.
9      Q.   Do you have an understanding what the
10 reference to Esau means?
11     A.   Not really.
12     Q.   Did you study the Old Testament?
13     A.   Oh, I did.  But they -- they mean --
14 they use an alternate.
15         I mean, their history is not real
16 history, so I don't know what they are talking
17 about.
18     Q.   Do you know who Esau in the Old
19 Testament is?
20     A.   Yes.  But, I mean, I don't know what
21 they are talking about.
22         They -- they claim the current Jews in
23 Israel are not the real Israelites.  So, I mean,
24 whatever version of history they have is not an
25 accurate one.

---

130

1      Q.   Who is Esau?
2          MR. McMURTRY:  Objection.  I don't -- I
3  don't understand what the quiz is, why it matters
4  speculating at what this guy's saying.  I mean,
5  it's okay to try to trip him up, but to try to
6  trip him up --
7          MR. SIEGEL:  I'm not trying to trip him
8  up.
9          MR. McMURTRY:  The Old Testament
10 history, I mean --
11         MR. SIEGEL:  If you don't know, that is
12 fine.
13         THE WITNESS:  I remember that Esau was
14 connected to Israel.
15 BY MR. SIEGEL:
16     Q.   Okay.  So you don't remember the story
17 of Esau and Jacob and all that?
18     A.   Not -- not a hundred percent, not --
19     Q.   It's not a quiz.  I was just asking if
20 you know.
21         So did you think that you looked like
22 you were behaving like cavemen.
23     A.   No.
24     Q.   Why?
25     A.   Because -- I don't know.  We look like

---

131

1  high school kids.
2      Q.   Okay.  Would you say anyone who
3  disagrees with you about that was wrong?
4      A.   No.
5          MR. SIEGEL:  Let's go ten more seconds
6  of this.
7          MS. MEEK:  Starting at 1:11:47.
8          (Thereupon, a video recording of Exhibit
9  3 was played.)
10 BY MR. SIEGEL:
11     Q.   Okay.  So you said before you felt
12 threatened.  Did you take that as a threat?
13     A.   Yes.
14         MR. SIEGEL:  Okay.  Lunchtime.
15         MR. McMURTRY:  Lunchtime.  Thank you.
16         THE VIDEOGRAPHER:  We are going off the
17 record.  The time is 12:16 p.m.
18         (Thereupon, there was a recess taken at
19 12:16 p.m.)
20         (Thereupon, the proceedings were resumed
21 at 12:54 p.m.)
22         THE VIDEOGRAPHER:  We're back on the
23 record.  The time is 12:55 p.m.
24         MR. SIEGEL:  Okay.  So we are now going
25 to go back to Exhibit 7, which is video 5 of the

---

132

1  stip.  Start that at 3 minutes and 20 seconds.
2  And I'm just going to ask you to explain what is
3  happening, what the students are doing.
4          THE WITNESS:  Okay.
5          (Thereupon, a video recording of Exhibit
6  5 was played.)
7  BY MR. SIEGEL:
8      Q.   So what -- what's happening?
9      A.   Everyone is getting ready to do the
10 victory chant that we discussed at the start of
11 the deposition.
12         MR. SIEGEL:  Okay.  And where did we
13 pause?
14         MS. MEEK:  3:50.
15 BY MR. SIEGEL:
16     Q.   So are the four guys who were standing
17 up, are they like the leaders?
18     A.   I would assume.
19     Q.   Okay.  And everybody else sits down at
20 that part of the --
21     A.   Yes.
22     Q.   -- for the stunt?
23         Okay.  So before the person who you now
24 know is Nathan Phillips started approaching the
25 group, had you noticed him?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

34 (133 to 136)

133

1     A.   I hadn't noticed him specifically.  As I
2   said earlier, I noticed the group of Native
3   Americans.  That was about it.
4     Q.   Okay.  And when did you first notice
5   that he was approaching or seemed to be
6   approaching the group?
7     A.   I probably noticed he -- him coming over
8   when he was near the Black Israelites -- Hebrew
9   Israelites and passing.  That is when I kind of
10  first became aware there was Native Americans in
11  between us and the Hebrew Israelites.
12    Q.   Okay.  And I take it you don't know what
13  he saw or heard prior to the time he approached
14  you?
15    A.   Correct.
16       MR. SIEGEL:  Let's keep -- let's restart
17  it at 3:50.
18       (Thereupon, a video recording of Exhibit
19  7 was played.)
20       MR. SIEGEL:  Okay.
21       MS. MEEK:  I just stopped at 4 minutes
22  and 18 seconds.
23  BY MR. SIEGEL:
24    Q.   So what the students are doing there as
25  Mr. Phillips and some others were approaching, is

134

1   that the -- the whole Victory is Our Battle Cry
2   cheer?
3     A.   Yes.
4     Q.   And people jumping up, is that part of
5   that?
6     A.   Yes.
7     Q.   Okay.  I think you described before what
8   is said during that cheer?
9     A.   Uh-huh.
10    Q.   Can you hear if that is what is being
11  said here?
12    A.   Yes, yes.
13    Q.   Do you assume that others watching this
14  would have any idea what you are saying?
15    A.   Probably not.  We say the letters very
16  quickly.
17       MR. SIEGEL:  Okay.  Let's restart at
18  4:24.
19       MS. MEEK:  I think we are starting at
20  4:18, not 4:24.
21       MR. SIEGEL:  Yes.  I think we can just
22  go.  Because I think Nick just answered what I
23  was going to ask him anyway at 4:18.
24       (Thereupon, a video recording of Exhibit
25  7 was played.)

135

1        MS. MEEK:  We just stopped at 4:55,
2   still on Exhibit 7.
3   BY MR. SIEGEL:
4     Q.   Okay.  So did you see that -- remind me
5   of his name again, the last name, the fellow in
6   the red sweatshirt?
7     A.   Summe.
8     Q.   Summe shouts:  Don't touch him, don't
9   touch him?
10    A.   Yes.
11    Q.   Any idea why he said that?
12    A.   He said the guy in the green
13  sweatshirt -- or gray/green hooded, that is John
14  Monterey.  And when John went to turn to film
15  with his camera, Nathan Phillips hit up against
16  him and kind of, you know, came in physical
17  contact with him.
18    Q.   Okay.  Who do you understand him to be
19  saying don't -- who is don't touch him directed
20  at?
21    A.   At Phillips for running in to John.
22    Q.   Okay.  And how do you know that?
23    A.   Well, you are asking me what it -- what
24  does that -- what do I -- what does that look
25  like is happening.

136

1        MR. SIEGEL:  Okay.
2     A.   That is my opinion.
3     Q.   Did John tell you that?
4     A.   No.
5     Q.   I'm sorry.  Did Summe tell you that,
6   that that is what he was doing?
7     A.   No.  I'm saying this is what it looks
8   like from -- from here.  I don't -- I can't say
9   that for a fact.
10       MR. SIEGEL:  Okay.  Let's just play the
11  last ten seconds again maybe.
12       (Thereupon, a video recording of Exhibit
13  7 was played.)
14  BY MR. SIEGEL:
15    Q.   Okay.  Is it possible that he is
16  directing that at John Lawrie?  He said to John
17  Lawrie, don't touch Nathan Phillips?
18    A.   Yeah, that could be possible.
19    Q.   Okay.  Where do you see Nathan Phillips
20  coming -- John Lawrie is like turning around,
21  right, kind of --
22    A.   Right.
23    Q.   -- as he's -- as he's --
24    A.   Right.
25    Q.   Where do you see Nathan Phillips coming

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

137

1  into contact with him?
2   **A.   I could have been wrong, but it almost**
3  **appeared in the video like when John was turning**
4  **that Phillips had kind of -- maybe not**
5  **intentionally but maybe bumped into him a little**
6  **bit. I don't know, though. I -- I was on --**
7  **like three or four rows of people back.**
8   Q.   Okay.  Would it be -- watching this,
9  would it be reasonable to infer that somebody
10  might have been concerned that at least one of
11  the students was getting too close to Phillips?
12   **A.   I don't think that's reasonable.**
13   Q.   Really?  You don't think that is
14  reasonable?  Why not?
15   **A.   No, because Nathan Phillips' feet --**
16  **five minutes before this frame, Nathan Phillips**
17  **was 40, 50 feet away.  So to say that we were too**
18  **close --**
19   Q.   No, at this particular moment that one
20  of the students was -- was getting too close to
21  Phillips or might be touching him?
22   **A.   I -- I still think that's unreasonable.**
23  **Because the students don't -- these students in**
24  **between Phillips and the rest of the group don't**
25  **have anywhere to move because of how crowded it**

---

138

1  is.
2   Q.   Okay.  But John Lawrie was moving,
3  right?  He was kind of turning from side to side?
4   **A.   I mean, he was rotating.  He wasn't**
5  **physically stepping anywhere.**
6   Q.   And do you think it's reasonable to
7  infer that Summe might have been concerned that
8  in the course of doing that, John Lawrie might
9  bump into him and that is what he was responding
10  to?
11   **A.   No. I think that is unreasonable.**
12   Q.   So you don't think somebody watching
13  this could have that honest opinion, that that's
14  what --
15       MR. McMURTRY:  I think he answered that.
16  But go ahead.
17   **A.   No. I think that for Nathan Phillips to**
18  **come from where he was and then to get close and**
19  **then not give John any room to move and then to**
20  **say that the students weren't giving Phillips his**
21  **personal space to me is a dishonest, unreasonable**
22  **opinion.**
23  **BY MR. SIEGEL:**
24   Q.   Okay.  That is not what I'm asking you.
25  I'm asking you could someone watching this

---

139

1  honestly infer that that is what Summe -- Summe
2  was saying to John Lawrie, hey, don't touch him?
3       MR. McMURTRY:  Objection.  Go ahead and
4  answer.
5   **A.   Someone could infer that that is who**
6  **Summe was talking to.  Yeah, I agree with that.**
7  **BY MR. SIEGEL:**
8   Q.   Okay.  Someone could infer that the
9  reason he said that was that he was concerned
10  that John Lawrie might be bumping into Phillips?
11   **A.   Yes.**
12       MR. SIEGEL:  Okay.  Let's keep going.
13       MS. MEEK:  Starting at 4:55.
14       (Thereupon, a video recording of Exhibit
15  7 was played.)
16       MR. SIEGEL:  Where did we stop, Jessie,
17  for the record?
18       MS. MEEK:  5:22.
19  BY MR. SIEGEL:
20   Q.   Do you see the -- the student with his
21  hands up?
22   **A.   Yes.**
23   Q.   It looks like he is wearing maybe a
24  black sweatshirt.  Do you know who that is?
25   **A.   No.  And to be honest, I don't know if**

---

140

1  **he was a part of our group or not.  I mean, he**
2  **might -- he might be, but I have no idea who he**
3  **is.**
4   Q.   Okay.  So you don't know whether he was
5  a Covington student at the time?
6   **A.   No.  Like, what I mean by that is I had**
7  **never seen him before in my life.  It's possible**
8  **I missed him in the hallways or whatever or just**
9  **didn't recognize him.  But, I mean, to my**
10  **knowledge, that was the first and only time I**
11  **have seen him.**
12   Q.   Okay.  Do you see how he was sort of,
13  kind of bowing up and down, like moving his hands
14  up and down?
15   **A.   Yes.**
16   Q.   Did that seem appropriate to you?
17   **A.   Well --**
18       MR. McMURTRY:  Objection.  If I may, are
19  you saying did he see that happening at the time
20  or are you asking him to evaluate the video
21  today?  Because I don't know --
22       MR. SIEGEL:  Fair question.
23       MR. McMURTRY:  -- what the answer is.
24  BY MR. SIEGEL:
25   Q.   Did you notice that at the time?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

141

1    A.   No.
2    Q.   Okay.  Having seen it on the video, do
3  you think that that was appropriate?
4    A.   You know, to be honest, I -- I really
5  don't know.  Because under -- at this present
6  frame of the video, most of the people, including
7  myself, were confused on Phillips' intentions.
8  And I think many of the front line kids thought
9  at first that he was here to help us, which is
10  why they danced along to his music.
11      And, I mean, I don't know what that
12  kid's doing.  He could be -- as seen, in a way,
13  he could be trying to mock him.  I -- I really
14  don't know.
15    Q.   Okay.  Did you at the time have any idea
16  why Phillips was playing the drum?
17    A.   No.
18    Q.   Okay.  Did you have any idea what
19  playing a drum, as he was doing, signifies in
20  Native American culture?
21    A.   Well, I -- I should back up that while I
22  haven't taken a class specifically on Native
23  Americans, like I said, I have had classes where
24  that's been incorporated.  And one of them was
25  music back from grade school.  And what I am

142

1  aware of is that playing the drum can mean more
2  than one thing.
3      So to be honest with you, I'm not
4  skilled enough to know what chants or what rhythm
5  means what.  But, I mean, I knew he was playing
6  it.  I didn't know what it signified.
7    Q.   What is the more than one thing that you
8  understand playing a drum in Native American
9  culture signifies?
10    A.   You can -- it's played for a variety of
11  religious reasons or whatever to match with
12  ancestors and -- you know, as he's -- I guess as
13  Mr. Phillips claims, these drums were war drums.
14  They play them for multiple reasons.
15    Q.   Okay.  Since this incident, have you
16  ever sort of gone back and done any more reading
17  about that?
18    A.   No.
19    Q.   Do you know anything about how elderly
20  persons are viewed in Native American culture?
21    A.   At the time, I knew that elders are very
22  respected and kind of the head of -- in a Native
23  American community.
24    Q.   And have you done any more reading or
25  learning about that?

---

143

1    A.   No.
2    Q.   Okay.  Could you hear what Mr. Phillips
3  was expressing verbally?
4    A.   I could not understand what he was
5  saying.  I didn't know if he was just making
6  noise or it was another language or --
7    Q.   Okay.  So did you have -- at the time,
8  right, did you have any understanding at all of
9  what he was trying to -- may have been trying to
10  communicate?
11    A.   No.
12    Q.   Did you know whether it was a song or a
13  prayer or words he was articulating?  Did you
14  have any idea?
15    A.   I did not.
16      MR. SIEGEL:  Okay.  Now we are going to
17  look at roughly the same theme from the
18  perspective of Exhibit 3, video 4, the Banyamyan
19  video.
20      MS. MEEK:  We are going start at 1 hour,
21  12 minutes, 15 seconds in Exhibit 3.
22      (Thereupon, a video recording of Exhibit
23  3 was played.)
24  BY MR. SIEGEL:
25    Q.   Okay.  I take it from our last

144

1  exchange -- what do you understand him to be
2  saying, the part where -- here comes --
3    A.   Yeah, dad.
4      MR. SIEGEL:  Right.
5    A.   I don't know.
6    Q.   Yeah.  I take it you have no
7  understanding about what he might have meant by
8  that, what that references?
9    A.   No.
10      MR. SIEGEL:  Let's keep going.
11      MS. MEEK:  Starting from 1:12:25.
12      (Thereupon, a video recording of Exhibit
13  3 was played.)
14  BY MR. SIEGEL:
15    Q.   So the speaker says:  Dad not playing,
16  he came to the rescue.
17      What do understand him to mean by that?
18      MR. McMURTRY:  Objection.  Go ahead.
19    A.   I'm not sure who he means that he's
20  rescuing.  I guess maybe he's referring to the
21  black -- he himself, that he is being rescued by
22  him.  But it really doesn't make sense to me,
23  because an hour ago these Black Hebrew Israelites
24  hated them.  And now he loves them because he is
25  going to save them.  I don't really understand

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

37 (145 to 148)

145

1  the dynamic that is happening between the Black
2  Hebrew Israelites and the Native Americans.
3  BY MR. SIEGEL:
4     Q.   Okay. It doesn't make sense to you
5  because the BHI had been insulting them, too?
6     A.   Yeah. Like an hour ago they were
7  calling them Uncle Tomahawks. So I have no idea.
8     Q.   Okay. Do you have any reason to think
9  that the BHI person -- do you think that Phillips
10 was coming to their rescue, as he called it?
11       MR. McMURTRY: Objection.
12    A.   No. I mean, to me, it looks like I
13 guess that Nathan Phillips is coming to their
14 rescue. Again, I don't know why he would say
15 that.
16       MR. SIEGEL: Okay. Let's keep going.
17       MS. MEEK: Starting at 1:13:02.
18       (Thereupon, a video recording of Exhibit
19 3 was played.)
20 BY MR. SIEGEL:
21    Q.   Okay. Do you see from that angle
22 somebody saying again: Don't touch him? Does
23 that change anything about the answer you gave
24 before?
25    A.   No.

146

1        MR. SIEGEL: All right. Keep going.
2        MS. MEEK: Starting at 1:13:16.
3        (Thereupon, a video recording of Exhibit
4  3 was played.)
5  BY MR. SIEGEL:
6     Q.   Now you hear the speaker says: You all
7  better not touch him.
8        What do you think that he meant by that?
9     A.   I mean, I think that even though he says
10 that, that doesn't confirm that Summe meant it in
11 the same way he does.
12       Obviously, I believe the Black Hebrew
13 Israelites and the student are looking at the
14 situation from two different perspectives.
15    Q.   Okay. Fair enough. Does it indicate to
16 you that the BHI speaker perceived that that is
17 what Summe was saying?
18    A.   No, because I can't say for certain that
19 this guy heard Summe say what he did.
20    Q.   Does it sound to you like he says it
21 almost immediately after Summe says it, right?
22    A.   Okay. Well, then, I guess I must have
23 missed that in the video.
24       Yeah. I mean, it looks like he could be
25 trying to capitalize on what Summe said and be

147

1  like -- like basically frame it in to let the
2  students know that we shouldn't touch him, which
3  I don't think is representative of what actually
4  happened.
5     Q.   At that point, two different people have
6  shouted out, don't touch the -- don't touch him?
7     A.   Yes.
8     Q.   Couldn't that give somebody a reason to
9  be concerned that the students might be trying to
10 do something physical to Phillips?
11    A.   No.
12    Q.   No? Why not?
13    A.   Because he keeps moving closer and
14 closer, especially as the video progresses and he
15 starts to walk through people.
16       So people yelling out don't touch him --
17 I mean, what he's doing, he's doing to himself by
18 coming closer and closer to people like me who
19 were behind other kids and then ended up next to
20 him. So it's me yelling out don't touch him does
21 not accurately depict that we were going to do
22 anything hostile.
23    Q.   Well, I'm not asking you that, whether
24 it did or it didn't accurately depict that,
25 right? But I'm asking you -- here, right, a

148

1  couple people, one, two, and one member of the
2  BHI shouting out don't touch him. Would it give
3  somebody there reason to be concerned that some
4  of the students might be trying to touch him and
5  that is what was causing people to yell that out?
6     A.   I would say no.
7     Q.   Why is that?
8     A.   Because there is -- there is no -- there
9  is no visual example that students were trying to
10 touch him.
11       And I think if you heard that and you
12 looked -- I mean, nobody was trying to touch him.
13 It would be pretty easy to, from where he was, if
14 students did want to, but everyone kind of backed
15 off.
16    Q.   Do you know whether Phillips was
17 concerned about his safety?
18    A.   Now? I mean, he claims that he was.
19    Q.   Do you have any -- do you have any
20 belief?
21    A.   I think people concerned about their
22 safety usually don't go into crowds.
23    Q.   I'm saying that once he approached the
24 crowd, right?
25    A.   Right.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

38 (149 to 152)

149

1    Q.   He was at that point.  Do you think that
2  he became concerned about his safety?
3        MR. McMURTRY:  Objection.  Go ahead.
4    **A.   Well, knowing now, after the fact, he**
5  **does claim that he was concerned about his**
6  **safety.**
7    Q.   (Inaudible).
8        MR. McMURTRY:  Objection.  I think he
9  answered the question.  But go ahead.
10   **A.   I mean, to me --**
11       THE REPORTER:  I'm sorry.  Mr. Siegel,
12 this is the reporter.  I did not hear your
13 question.
14 BY MR. SIEGEL:
15   Q.   My question is:  Do you think he was not
16 concerned about his safety?
17       MR. McMURTRY:  Objection.
18   **A.   My logic is that people usually**
19 **concerned about their safety do not walk into**
20 **crowds, especially crowds they are scared of.  If**
21 **he was worried about his safety, he could have**
22 **walked right back out the way he came in.**
23       **As evidenced by this video angle, there**
24 **are no students behind him.  He could have gone**
25 **back to where all of his other Native American**

150

1  **gatherers were with him when they held the rally.**
2        **I mean, that does not make sense.**
3    Q.   Is that the only possible response he
4  could have had if he ever became concerned about
5  his safety?
6    **A.   I mean, he got -- he got --**
7        MR. McMURTRY:  Objection.  Go ahead.
8  BY MR. SIEGEL:
9    Q.   The point is that if someone is
10 concerned about their safety, right, they would
11 try to get out of there?
12   **A.   Yes.  That is a normal human response.**
13       MR. SIEGEL:  Okay.  Let's keep going.
14       MS. MEEK:  Starting at 1:13:22.
15       (Thereupon, a video recording of Exhibit
16 3 was played.)
17       MS. MEEK:  Just paused at 1:13:45.
18 BY MR. SIEGEL:
19   Q.   Okay.  Can you tell what the students
20 are chanting there?
21   **A.   I think they are just yelling along with**
22 **the repetition of the drum.**
23   Q.   Okay.  Were you yelling anything?
24   **A.   I might have -- I don't -- I don't think**
25 **I did, but I honestly can't recall.**

151

1        MR. SIEGEL:  Okay.  Let's -- where did
2  we stop?
3        MS. MEEK:  1:13:45.
4        MR. SIEGEL:  All right.  Let's keep
5  going.
6        (Thereupon, a video recording of Exhibit
7  3 was played.)
8        MR. SIEGEL:  We stopped at 1:14:07.
9  BY MR. SIEGEL:
10   Q.   So the BHI speaker says:  Dad, calm
11 them -- calm all these students down.  Right?
12 When you hear him say dad, are they referring to
13 Phillips?
14   **A.   Okay.  Yes.**
15   Q.   Do you understand that?
16       So he says, Phillips, calm the students
17 down.  Do you agree with that?
18   **A.   No.**
19   Q.   Why?
20   **A.   Because we weren't riled up in the first**
21 **place.**
22   Q.   Compared to, for example, when you were
23 doing the sumo cheer, do you think you were more
24 riled up then than at this moment?
25   **A.   I mean, there is a difference.  If you**

152

1  **are talking about were we less excited now than**
2  **we were then, yeah.  Were we less angry, angrier**
3  **in this moment than what we were before?  The**
4  **answer is we never were.  So there was nothing to**
5  **calm down.**
6    Q.   Okay.  Well, are you saying that
7  somebody looking at this couldn't think that you
8  were calmer at that point than you were when you
9  were doing the sumo cheer?
10   **A.   They could.**
11       MR. McMURTRY:  Objection.  Go ahead.
12       MR. SIEGEL:  Keep going.
13       MS. MEEK:  Starting at 1:14:07.
14       (Thereupon, a video recording of Exhibit
15 3 was played.)
16       MS. MEEK:  Pausing at 1:14:15.
17 BY MR. SIEGEL:
18   Q.   Okay.  Do you hear the students going,
19 whoa, whoa?
20   **A.   Can you replay it?**
21       MR. SIEGEL:  Sure.
22       (Thereupon, a video recording of Exhibit
23 3 was played.)
24 BY MR. SIEGEL:
25   Q.   Do you hear them going whoa, whoa?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

39 (153 to 156)

153

1    A.   It sounds like a college football game.
2    Q.   Okay.  And what do you mean by that?
3    A.   That's the kind of -- I don't know what
4 you would call it -- chant that happens at most
5 college football games, the whoa, whoa, whoa,
6 whoa, whoa.
7    Q.   Do you understand that --
8       MR. McMURTRY:  He was singing.
9 BY MR. SIEGEL:
10   Q.   Do you understand that to be the -- like
11 the chant that is done often with the tomahawk
12 chop, whoa?
13   A.   Yes.  I saw it last week at Florida
14 State University when they played Notre Dame.
15   Q.   Did you join in to do this?
16   A.   No.
17   Q.   Why?
18   A.   I didn't -- I didn't hold my arm up.  I
19 didn't see any point.
20   Q.   Do you think that was an appropriate
21 thing for the students to be doing in that
22 moment?
23   A.   To me, it's not really my place to
24 interpret whether it's appropriate or not.  And I
25 think a small group of high school kids, if that

154

1 needs to be addressed, should not be the starting
2 point.
3    Q.   Do you have an understanding that some
4 people perceive that to be disrespectful to
5 Native Americans, that cheer?
6    A.   I have heard that.
7    Q.   What do you think about that?
8    A.   Well, to be honest, it might just be
9 from some lack of knowledge on my end.  I -- I
10 don't really know the origin of it or why it is
11 considered disrespectful and why some consider it
12 not disrespectful.
13      So I -- I am an uninformed person and
14 really not one to give an informed opinion on
15 this.
16   Q.   Do you think there is a difference
17 between doing that cheer in the context of the
18 Florida State football game, Florida State, and
19 doing that cheer directly when confronted with a
20 Native American?
21      MR. McMURTRY:  Objection.
22   A.   Well, that just depends, and it depends
23 on the way you look at it.
24      And the students certainly thought at
25 first that Phillips was on their side, and I --

155

1 you make the argument that the Florida State fans
2 do it because they are in support of the war
3 chief Native American that runs out on his horse
4 right before the game starts.  And here they were
5 doing it because Nathan Phillips was here to help
6 us.
7      I mean, you know, in both ways, you
8 could argue that people are doing it to support
9 it or support Native Americans, I guess.  But, I
10 mean, like I said, I don't -- I don't know too
11 much about this, and I'm just not a person to
12 give a good opinion on this.
13 BY MR. SIEGEL:
14   Q.   Okay.  So given that, would it be fair
15 to say that others could perceive that as
16 disrespectful to Mr. Phillips?
17   A.   Yes.
18      MR. SIEGEL:  All right.  Let's keep
19 playing.
20      MS. MEEK:  Starting at 1:14:15.
21      (Thereupon, a video recording of Exhibit
22 3 was played.)
23 BY MR. SIEGEL:
24   Q.   So the BHI guy says that the students
25 were engaging in serious mockery.  Do you agree

156

1 with that?
2    A.   No.
3    Q.   Okay.  And why is that?
4    A.   Because we weren't doing anything to
5 mock them and none of the students were trying to
6 mock him.  And I mean, he kind of ends in the
7 hats -- or the Make America Great Again gear
8 contributing to that, which I don't agree with
9 either.
10   Q.   So do you think he was -- was that a lie
11 that he was saying?
12   A.   No, I don't think it was a lie.  I -- I
13 think he was pushing his position, which wasn't
14 honest.  But I mean, it's not a question of --
15 I'm really not sure how to answer that question.
16   Q.   Well, do you have any reason to think --
17 do you have any reason -- any reason to believe
18 he did not perceive this behavior as mocking
19 Mr. Phillips?
20   A.   No.  I mean, I don't have any reason to
21 say that he -- he was -- I don't have any reason
22 to say that he didn't see what he was telling
23 himself he was seeing.  I mean --
24   Q.   And would you give the same answer if
25 just others who were witnessing this perceived

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

157

1  that the students' behavior was mocking
2  Mr. Phillips?  Would you give the same answer?
3      **A.  I mean, I think that is a given that**
4  **certain people perceived what they saw.  I**
5  **don't -- I don't dispute that.**
6      Q.   Okay.  And it's people who were there, I
7  mean, physically there?
8      **A.   Right.**
9      Q.   And it's a given that some people there
10  perceived the students' behavior as mocking
11  Mr. Phillips?
12      **A.   Yes.  I think that was people that were**
13  **either a part of the Hebrew Israelites or a part**
14  **of Nathan Phillips' group.**
15      Q.   And no one else perceived that?
16      **A.   No.  I mean, I'm not aware.  I -- I**
17  **don't think people went around and took a straw**
18  **poll of who saw it one way or another.**
19      Q.   Okay.  I will ask you, as for any of the
20  Native Americans -- any person who was a Native
21  American who was there, would you agree that some
22  of them perceived the students' behavior as
23  mocking Mr. Phillips?
24      MR. McMURTRY:  Objection.
25      **A.   I would agree.**

158

1  BY MR. SIEGEL:
2      Q.   Do you think that they were dishonest in
3  perceiving that?
4      **A.   I don't think they were dishonest.  I**
5  **think they just came to the wrong conclusion.**
6      Q.   You disagree with their perception?
7      **A.   Yes.**
8      MR. SIEGEL:  Okay.  Let's go on to the
9  next.  This is an excerpt of your NBC interview.
10      MS. MEEK:  This is Exhibit 5, starting
11  at 13:06.
12      (Thereupon, a video recording of Exhibit
13  5 was played.)
14  BY MR. SIEGEL:
15      Q.   I think you mentioned this before.  So
16  you knew that some of the other students were
17  parting?
18      **A.   That's correct.**
19      Q.   They were moving out of Phillips' way?
20      **A.   Yes.**
21      Q.   To allow a path for him?
22      Okay.  And you saw that Phillips was
23  starting to walk through your group?
24      **A.   Yes.**
25      Q.   All right.  He was going forward, right?

159

1      **A.   Right.**
2      MR. SIEGEL:  Okay.  This is -- I will
3  say for the record this is Exhibit 9, video 10,
4  which is actually a video that your counsel
5  produced this from, and at 1:28.
6      MS. MEEK:  Starting at the beginning of
7  Exhibit 9.
8      (Thereupon, a video recording of Exhibit
9  9 was played.)
10  BY MR. SIEGEL:
11      Q.   So first I will ask you, do you know who
12  took this video?
13      **A.   Not off the top of my head.**
14      MR. SIEGEL:  Okay.
15      **A.   I don't --**
16      Q.   Do you happen to know how it came into
17  you or your counsel's possession?
18      If you know -- in general, Nick, if I
19  ask you a question like that, if -- if you know
20  something that he told you, then, you know, don't
21  tell me that.
22      Do you have any independent knowledge of
23  where this video came from?
24      **A.   I would say with all the things we**
25  **produced, it's not easy for me to look -- look at**

160

1  **one angle and compartmentalize where that came**
2  **from and draw it out.**
3      **I would know if I looked through things**
4  **that I had, how we obtained it.  But off the top**
5  **of my head, I don't know.**
6      Q.   So right where we paused, which is at 5
7  seconds --
8      MR. SIEGEL:  Is that right?
9      MS. MEEK:  Yes.
10  BY MR. SIEGEL:
11      Q.   So there are now students who were on at
12  least three sides of Phillips, right?
13      **A.   Give or take on his side.  But yes, for**
14  **the most part.**
15      MR. SIEGEL:  Okay.  Let's keep going a
16  bit.
17      (Thereupon, a video recording of Exhibit
18  9 was played.)
19  BY MR. SIEGEL:
20      Q.   Are you able -- there we go.
21      So can you point the cursor to -- I
22  think that is you, Nick, where Jessie is pointing
23  the cursor?
24      **A.   Yes.**
25      MR. SIEGEL:  Okay.

161

1      MS. MEEK:  We are at 12 seconds.
2  BY MR. SIEGEL:
3      Q.   Right.  And so at that point, there are
4  several rows of students between you and where
5  Mr. Phillips is, right?
6      **A.   Correct.**
7      MR. SIEGEL:  Okay.  Let's restart.
8      (Thereupon, a video recording of Exhibit
9  3 was played.)
10     MR. SIEGEL:  Okay.  So where did you
11 stop?
12     MS. MEEK:  26 seconds.
13 BY MR. SIEGEL:
14     Q.   So is it fair to say this is what you
15 were describing to Ms. Guthrie, the students are
16 parting from Mr. Phillips as he is moving
17 forward?
18     **A.   Right.  It gets to be the solid.  Now**
19 **you've got this kind of ring in the middle as he**
20 **walks through.**
21     Q.   Okay.  And in this video, the direction
22 he's moving in is towards the Lincoln Memorial,
23 right?
24     **A.   Right.**
25     MR. SIEGEL:  And why don't we watch it

162

1  just until the end, and then we will come back to
2  26.
3      MS. MEEK:  From the beginning?  Nathan,
4  did you say from the beginning?
5      MR. SIEGEL:  No.  No.  No.  Just I think
6  there is like literally one more second, just so
7  we watch it all the way through in realtime.
8      (Thereupon, a video recording from
9  Exhibit 3 was played.)
10 BY MR. SIEGEL:
11     Q.   It looks like this cuts off like maybe
12 shortly before he gets -- approaches where you
13 are?
14     **A.   Correct.**
15     MR. SIEGEL:  Okay.  So now go back to
16 26.
17     (Thereupon, a video recording from
18 Exhibit 3 was played.)
19 BY MR. SIEGEL:
20     Q.   Okay.  So that is like a second or a
21 half second, you know, before the video cuts off,
22 where after he started walking through the group.
23     So would you agree that at this point
24 there are a bunch of people that are behind
25 Mr. Phillips?

163

1      **A.   People that aren't students.**
2      Q.   Well, do you know who they are?
3      **A.   Some of them were -- are random people.**
4  **I've never seen.  Some of them, it looks like**
5  **they are part of the indigenous people's rally**
6  **that was what Nathan Phillips was a part of.  And**
7  **I mean, that's all I can say.**
8      **But all of them are adults, or -- and**
9  **you can tell by what they look like or whatever,**
10 **and they are -- they are not students.**
11     Q.   What about --
12     MR. SIEGEL:  Jessica, look -- look --
13 put the -- why don't you point at Mr. Phillips.
14 Right.
15 BY MR. SIEGEL:
16     Q.   Now, look -- do you see the back row
17 behind him?
18     **A.   Correct.**
19     Q.   Do you know who those people are?
20     **A.   So there's that guy and the -- it looks**
21 **like he goes from orange to green to white, like**
22 **that beanie with the phone camera covering his**
23 **face.**
24     Q.   No.  I mean even behind him.
25     **A.   Even behind him?**

164

1      Q.   Do you see there is a --
2      MR. SIEGEL:  Jessica, if you could --
3  the row -- there is a row of people behind him,
4  sort of encircling.
5      MS. MEEK:  Here?
6      MR. SIEGEL:  Him, yes.
7  BY MR. SIEGEL:
8      Q.   Behind him, behind that fellow with --
9  the African American fellow with the three
10 beanies, as you say.  Behind him.  Do you see
11 there is a row of people?
12     **A.   That aren't even looking in this**
13 **direction?  Like you can see the side profile on**
14 **the video?**
15     Q.   But they are physically behind
16 Mr. Phillips, right?
17     **A.   I mean, they are behind him, but they're**
18 **not even paying attention to what's going on.**
19     Q.   How do you know?  You don't know that
20 any of them are paying attention?
21     **A.   Well, they're not even looking in the**
22 **direction of it all.**
23     Q.   All of them are not?
24     **A.   No, the -- those two people that we just**
25 **pointed at are --**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

165

1    Q.   I'm talking about all of the people that
2  are behind where the fellow with the African
3  American -- the African American fellow with, you
4  say, the green beanie.  You could tell that none
5  of them are paying attention to what is
6  happening?
7    A.   I'm -- I'm confused on who you are
8  asking is paying attention and who is not.
9    Q.   Okay.  Maybe I -- let me -- I'm going to
10 move the --
11      Do you see there is kind of a line of
12 people?  Do you see where I'm moving the cursor?
13   A.   I see that.
14   Q.   Do you know who those people are?
15   A.   I do not.  They don't -- they appear to
16 not even be boys.  So they wouldn't go to my
17 school.
18   Q.   But whether they went to your school or
19 not, would you agree that they are physically
20 behind Mr. Phillips, right?
21   A.   They are behind them -- him.
22      I would note that who is even closer to
23 Mr. Phillips is this ring of people with phones
24 out --
25      MR. SIEGEL:  Right.

166

1    A.   -- that do not go to my school and could
2  be associated with Mr. Phillips.
3    Q.   Do you know whether --
4    A.   I do not, no.
5    Q.   Do you know whether Nathan Phillips knew
6  who all of those people who you are referring to
7  were?
8    A.   No, I don't know.
9    Q.   And would you agree that physically,
10 regardless of who you think they were or weren't,
11 that there -- at this point, there are a number
12 of people behind Mr. Phillips?
13   A.   Yes.  I -- I would -- I would add,
14 though, that there is -- they are more spaced out
15 behind him than they are behind me.
16   Q.   Okay.  So the only difference is they
17 are a little bit more spaced out?
18   A.   Yes.  There is room over there.  It's
19 packed in on this side of the picture.
20   Q.   Okay.  Well, do you see any room
21 actually right behind where Mr. Phillips is?  Do
22 you see, it looks like, three or four people
23 holding cameras up?
24   A.   To me, it looks like those group of
25 students you referenced are about five to ten

167

1  feet from this group of camera people.
2    Q.   Okay.
3    A.   That I referenced, that there is space
4  here.
5       Meanwhile, over here, everyone is
6  shoulder to shoulder packed in.
7    Q.   Okay.  Fair enough.  They are not as
8  packed in, right?
9    A.   Right.
10   Q.   But there certainly are a fair number of
11 people who are physically behind him, right?
12   A.   Right.
13   Q.   And you have no idea whether Nathan
14 Phillips knows who they are?
15   A.   Right.  I don't know.
16      MR. SIEGEL:  Let's hand Nick and his
17 counsel Exhibit 10.
18 BY MR. SIEGEL:
19   Q.   So Nick, you are aware, of course, that
20 your counsel produced a bunch of texts.  Are
21 these texts from your phone?
22   A.   Yes.
23   Q.   Okay.  So these are texts that you sent
24 or received?
25   A.   Correct.

168

1    Q.   Okay.  You mentioned, I think -- does he
2  go by Steve Schaeper or Dave Schaeper?
3    A.   Steve.
4    Q.   And who is he?
5    A.   He was one of my best friends, or he is.
6    Q.   So let's go to the page that is marked
7  309, NS 309.
8    A.   Okay.
9    Q.   Okay.  And if you go to the second text
10 down, which is marked 498 on the side.
11   A.   Yes.
12   Q.   Do you see that it's Steve Schaeper to
13 you?
14   A.   Yes.
15   Q.   And the time stamp on that is January
16 19th at 8:29 p.m., right?
17   A.   Right.
18   Q.   So this is on the 19th, the day after
19 this incident?
20   A.   Correct.
21   Q.   Could you just read into the record what
22 Steve text to you?
23   A.   Steven texted:  Can I ask what made you
24 stand in front of the Indian guy?
25   Q.   Okay.  And then read your responses,

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

43 (169 to 172)

169

1  which look like they are in the next two texts,
2  499 and 500.
3  **A.  I said:  Yeah.**
4  **And then I followed up with the whole**
5  **thing with the black people calling us things and**
6  **the guy moving through the crowd trying to**
7  **intimidate us.**
8  Q.  And then go on to the first one, 501 on
9  page 310.
10 **A.  It just made me want to stand up for the**
11 **school.**
12 Q.  So you perceived that Mr. Phillips
13 moving through the crowd is trying to intimidate
14 us?
15 **A.  I perceived that when he came to me and**
16 **his drum directly came into contact with my**
17 **shoulder and the drum stick that he was using to**
18 **beat it was a couple centimeters from my face.**
19 Q.  But here you texted to Steve that the
20 guy moving through the crowd was trying to
21 intimidate.
22 **A.  Yes.**
23 Q.  Why did you perceive that him moving
24 through the crowd was trying to intimidate us?
25 By us, you mean the group of students --

170

1  **A.  Yes.**
2  Q.  -- collectively?
3  So why did you perceive that his moving
4  through the crowd, which you just saw, right, was
5  trying to intimidate you collectively?
6  **A.  Because when you look at pictures of the**
7  **Lincoln Memorial, there was hundreds of feet of**
8  **space to get there that did not involve walking**
9  **through a group of students that had been there**
10 **for some time.**
11 Q.  So in the -- in the video that we just
12 saw, do you remember when I asked you about the
13 people behind him, is it your contention that
14 there was hundreds of feet of space there for him
15 to go to the Lincoln Memorial?
16 **A.  It's my contention that there was space**
17 **before he even came over to us.**
18 Q.  Okay.  And do you have any idea whether
19 Mr. Phillips intended to go to the Lincoln
20 Memorial before he came over to you?
21 **A.  I don't before, but now he said that's**
22 **where he was trying to go.**
23 Q.  Where did he say that?
24 **A.  He's admitted that in public interviews,**
25 **that he was trying to get to the Lincoln Memorial**

171

1  **to finish his prayer.**
2  Q.  Right.  Before, where did he say that he
3  was trying to do that before he ever started
4  approaching you?
5  **A.  I never said I knew that before.  I'm**
6  **saying that now I know that.**
7  Q.  No, I'm asking you where --
8  MR. McMURTRY:  I think -- I think the
9  question is getting pretty confused here.
10 BY MR. SIEGEL:
11 Q.  You are contending that Mr. Phillips
12 said that it was his original intention from the
13 very beginning to go to the Lincoln Memorial,
14 that that is what he was trying to do.  Is that
15 what your -- is that your testimony?
16 **A.  Right.**
17 Q.  And what are you referring to?
18 **A.  I'm referring to his public interviews**
19 **after the fact that stated that he said that**
20 **he -- when he was in -- in the middle of our**
21 **group that he was trying to get to the Lincoln**
22 **Memorial to finish his prayer.**
23 **Which if his prayer is this drum beat**
24 **and some chant, it started before he made his way**
25 **into our group.**

172

1  Q.  Oh, so that -- is that you interpreting
2  what he said as meaning that he intended to do
3  that from the very beginning?
4  **A.  I'm -- I mean, you've asked me --**
5  Q.  Can you point to a specific interview
6  where Nathan Phillips said that before he
7  approached the students, his intention was to go
8  to the Lincoln Memorial?
9  **A.  No.**
10 MR. SIEGEL:  Okay.  So I will -- read
11 back his answer, when I asked him before about
12 why you perceived Mr. Phillips moving through the
13 crowd as trying to intimidate you collectively.
14 Could you just read that back?  I don't want to
15 ask him again.
16 THE WITNESS:  Which --
17 MR. SIEGEL:  No, no, not you, Nick.  The
18 court reporter is going to read it back.
19 (Thereupon, the proceedings on Page 169,
20 Line 1 to Page 169, Line 13 were read back by the
21 reporter.)
22 BY MR. SIEGEL:
23 Q.  Okay.  So now -- and then we had a
24 question about the interviews, right?
25 But -- but at that moment, right,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

44 (173 to 176)

173

1  obviously before Mr. Phillips gave any interviews
2  or anything like that, right?
3     A.  Right.
4     Q.  At that moment, why did you perceive
5  Mr. Phillips walking through the students as they
6  were parting as trying to intimidate you
7  collectively?
8     A.  Because if he wanted to get to where he
9  was going, he could have just not walked through
10  our group in the first place; or if he wanted to
11  get, you know, behind us instead of walking
12  through us, he could have gone out to where there
13  was only this small amount of people, like I
14  mentioned, that were not students and gone
15  around.
16    Q.  Okay.
17    A.  The -- the need to keep making us move
18  for him and then eventually stopping at me and
19  getting in my face convinced me that he was there
20  to intimidate us, not to move through.
21    Q.  And what did you think he was trying to
22  intimidate you to do?
23    A.  I don't know if he was trying to get me
24  to do anything.
25    Q.  Well, you said us, you.  I mean, in

174

1  these texts you say he was trying to intimidate
2  us, right, like the students collectively?
3     A.  Right.
4     Q.  So what did you think he was trying to
5  intimidate the group?  How was he trying to
6  intimidate the group?  What does that mean?
7        MR. McMURTRY:  Objection.  I think he's
8  answered it.  But go ahead.  We will try again.
9     A.  I mean, generally, and any other school
10  field trip I had been a part of from that point
11  in the Catholic school system down to first
12  grade, people that were not -- were not approved
13  or whatever, nobody got that close to students,
14  which is my point, that the closer he got and
15  when he got that close to me, I figured that,
16  based on all my experience, in which this is not
17  supposed to happen and does not happen, that he
18  was trying to intimidate us and something was
19  going wrong here.
20  BY MR. SIEGEL:
21    Q.  And what did you think he was trying
22  to -- did you think he was trying to intimidate
23  you to do something?
24    A.  I -- I don't know.
25    Q.  Okay.  And how did you think that

175

1  standing in front of Mr. Phillips was standing up
2  for the school?
3     A.  Because we -- the students of the school
4  had stood there long enough and taken all kinds
5  of insults from the Hebrew Israelites, then had
6  had the Native American -- or Mr. Phillips, the
7  Native American, walk through us or whatever.
8  And by the time he got in my face, when he could
9  have kept -- he could have even kept going
10  through the students if he wanted to, I figured
11  was it time for someone to plant their foot and
12  stand there where I had been and just face up.
13  And to me, that was standing up for the school,
14  because I wasn't going to move.
15    Q.  And what message was being communicated
16  by standing up for the school?  What does that
17  mean?
18    A.  Well, it means that we can come to
19  Washington, DC and protest something that we
20  believe to be deeply wrong and not be harassed on
21  our way out.
22    Q.  Okay.  It's your -- your interpretation
23  of what you observed, right, at that moment, was
24  that Mr. Phillips was trying to intimidate you,
25  right?

176

1     A.  Right.
2     Q.  Do you know for a fact whether that is
3  true?
4     A.  No.
5     Q.  Possibly, you just perceived it?
6     A.  I mean, I guess.
7     Q.  Your text also said:  The whole thing
8  with the black people calling us things.
9        How did the black people calling us
10  things relate to your deciding to stand in front
11  of Mr. Phillips?
12    A.  Well, as I mentioned --
13       MR. McMURTRY:  Objection.  Just go ahead
14  and answer it.
15    A.  As I mentioned, we -- we had already
16  taken many insults from them.  And at one point,
17  I just felt like enough is enough, we don't need
18  to respond to them anymore with chants:
19  Someone's just got to stand here, be still and
20  put their foot down.
21       MR. SIEGEL:  Okay.  Let's hand Nick
22  Exhibit 11.  And you can go ahead and hand him
23  12, too, while we are at it.
24       MS. MEEK:  Okay.
25  BY MR. SIEGEL:

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

45 (177 to 180)

---

177

1    Q.   Nick, I'm confident you are more versed
2  in social media than I am.  This appears to be
3  some kind of DM message?
4    A.   Yes.
5    Q.   What is it --
6    MR. McMURTRY:  Can we just go ahead -- I
7  haven't finished reading it yet.
8    MR. SIEGEL:  Oh, yeah, yeah.  Sure, of
9  course.  I apologize.
10   MR. McMURTRY:  Go ahead and read it.
11 And when you are done reading it, let me know.
12   THE WITNESS:  I read it.
13   MR. McMURTRY:  Okay.  Go ahead.
14 BY MR. SIEGEL:
15   Q.   So just explain for the record for those
16 less literate in social media what this is.
17   A.   This is a direct message conversation
18 between me and Kyle Kashuv on the Twitter app.
19   Q.   Okay.  And the time stamp on that
20 appears to be January 19th, 2019, at 5:59 a.m.?
21   A.   Correct.
22   Q.   Were you still on the bus home at that
23 point, or do you remember where you sent that
24 from?
25   A.   I believe I was still on the bus.

---

178

1    Q.   Okay.  And I think that at least from
2  the communications that you have produced that
3  this seems to be your first one to anyone
4  describing what happened?
5    A.   Right.
6    Q.   Okay.  And who is Kyle Kashuv?
7    A.   Kyle Kashuv is kind of a conservative
8  influencer and younger personality that is
9  popular with demographics that I would assume are
10 mostly people around my age.
11   Q.   Okay.  And why were you a big fan at the
12 time?
13   A.   I -- he -- I liked him a lot for being
14 able to speak a message that I, for the most
15 part, agreed with, as such, at basically my age.
16   Q.   Okay.  And what is TPUSA?
17   A.   TPUSA stands for Turning Point USA,
18 which is an organization run by Charlie Kirk.
19   Q.   And what is it?
20   A.   They run -- and I'm -- I'm not sure how
21 accurate this is.  But they run chapters on
22 college campuses all across the country, and they
23 are a student -- a conservative student activist
24 organization that I guess kind of is there to
25 combat liberal ideas on college campuses and

---

179

1  spread more conservative ideas.
2    Q.   Okay.  And why are you a big fan of
3  TPUSA?
4    A.   I think -- I think that I was impressed
5  with them because they were able to do what no
6  one else was really doing, which was reaching out
7  to people my age or whatever and taking a more
8  active role.
9        It's not like they were some news
10 company that just believes what they believe and
11 writes about it.  Like they actually come to
12 campuses and are more on the ground.
13   Q.   Okay.  And so let's go to Exhibit 12
14 now.
15       It looks like Exhibit 12 was sent a
16 couple minutes later.  The one to Charlie Kirk
17 was sent a couple minutes later than the one to
18 Kyle Kashuv?
19   A.   Yes.
20   Q.   And it looks to me like it's the same --
21 the text is the same other than, obviously, one
22 is to Charlie and one is to Kyle?
23   A.   Yes.  I think I just copied, pasted them
24 and changed the names.
25   MR. SIEGEL:  Okay.

---

180

1    MR. McMURTRY:  The question -- I'm sorry
2  to interrupt you.  I lost -- these exhibits
3  aren't marked.  What is this --
4    MR. SIEGEL:  That was 10.
5    MR. McMURTRY:  10.
6    MR. SIEGEL:  10 is attached.  11 is Kyle
7  Kashuv.  And 12 is Charlie Kirk.
8    MR. McMURTRY:  Thank you.
9  BY MR. SIEGEL:
10   Q.   So let's use the Charlie Kirk one
11 because the print is a lot bigger.
12       The second sentence -- or the third
13 sentence, I guess, Nick, says:  As the march
14 ended, we were waiting for our busses at the
15 Lincoln Memorial and members of the Indigenous
16 People's March approached me (I was wearing a
17 MAGA hat).  A man plays drum in my face.  But
18 unlike others at my school, I didn't step out of
19 the way because he was trying to intimidate us.
20       Right?
21   A.   Right.
22   Q.   So again, you were -- you were aware
23 that others -- other students were stepping out
24 of Phillips' way?
25   A.   Right.

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

181

1    Q.   But you didn't because you thought he
2  was trying to intimidate you collectively?
3    **A.   Yes, me and other students at the**
4  **school.**
5        MR. SIEGEL:  Okay.  Let's go to Exhibit
6  13.
7        MR. McMURTRY:  Do you want him to read
8  the whole thing or are you going to ask him
9  about --
10       MR. SIEGEL:  No.  I'm going to ask him
11 about a few -- as with many of these texts, they
12 are not even continuous, so...
13 BY MR. SIEGEL:
14   Q.   So, Nick, again, I will just ask you to
15 confirm this exhibit, which is Bates numbered NS
16 326 through 335.  These are texts that you
17 exchanged from your phone?
18   **A.   Yes.**
19   Q.   It looks like many of these were
20 exchanged with Mara Schutt?
21   **A.   Schutt.**
22   Q.   Schutt?  Who is she?
23   **A.   She is a friend that went to Notre Dame.**
24   Q.   Okay.  Okay.  So let's go to 327.  And
25 do you see the text marked 547 at the bottom of

182

1  the page from Mara?
2    **A.   Yes.**
3    Q.   She texts:  That was so brave to stand
4  there while he walked up into your face and
5  banged the drum.
6        Right?
7        MR. McMURTRY:  We didn't mark this as a
8  confidential document.  So -- although that's
9  exactly what we are supposed to do with regard to
10 handling this in the deposition, it's in the
11 protective order.
12       MR. SIEGEL:  Yeah.
13       MR. McMURTRY:  I think we just need to
14 make it --
15       MR. SIEGEL:  Yeah.  No.  It's fine.
16 Whatever we are required to do, we will abide by
17 it.
18       MR. McMURTRY:  I think we just have
19 to -- we have to mark this portion of the
20 deposition dealing with the confidential
21 materials as confidential and then file this
22 exhibit under seal, if it's filed, is what I
23 think it says here on paragraph 8, on page 9.
24       So proceed.  We will just -- if you go
25 to file the deposition, we just need to --

183

1        MR. SIEGEL:  Okay.  I don't remember
2  exactly what the provisions are.
3        MR. McMURTRY:  It's a lot.
4        MR. SIEGEL:  But whatever it is,
5  we'll --
6        MR. McMURTRY:  Right.  So I just think
7  at this section the court reporter needs to mark
8  as confidential and we should be good.
9        (The following portion from Page 183,
10 Line 12 to Page 187, Line 15 was designated
11 Confidential and is bound separately.)
12       MR. SIEGEL:  Okay.  So I'm going to
13 restart.  I will restart.
14 BY MR. SIEGEL:
15   Q.   Let's go back to 327, Nick.
16   **A.   Okay.**
17   Q.   547.  So Mara texted you, said:  That
18 was so brave just to stand there while he walked
19 up into your face and banged the drum.
20       Okay.  Going to 328, text 548, you
21 respond:  He was trying to intimidate me and the
22 rest of the school and that just wasn't going to
23 happen.
24       So once you and Mr. Phillips were face
25 to face and he was drumming, did you also in --

184

1  I'm sorry -- did you also interpret his drumming
2  as trying to intimidate?
3    **A.   Yes.**
4    Q.   Why?
5    **A.   Because at one point, his drum came up**
6  **against my shoulder, arm area; and the rest of**
7  **the time, his drum stick was close enough to hit**
8  **my face, if he messed up at all.  And I felt that**
9  **him invading my personal space was representative**
10 **of him trying to intimidate me.**
11   Q.   Okay.  When people feel that their
12 personal space is invaded, right, they often kind
13 of back away a little bit, right?
14   **A.   Right.**
15   Q.   Why didn't you do that?
16   **A.   It's worth mentioning that where I was**
17 **located in this crowd of people was on a chunk of**
18 **ice on one of these stairs.  I wasn't on flat**
19 **ground.  And so with all the kids around me, I**
20 **didn't really feel that I could move without**
21 **slipping and falling.**
22   Q.   Okay.  And we will get to some video of
23 where you were.
24   **A.   Okay.**
25   Q.   It would be fair to say that the reason

185

1 you decided to stand there was not because of the
2 ice, it was because of your perception of what
3 Mr. Phillips was doing to try to intimidate you?
4     **A.   I think it was a combination.  Because**
5 **the longer it went on, the more I felt like**
6 **getting out of there.  But at first, I didn't**
7 **want to.  And then when I did, I realized I**
8 **didn't have the option to.**
9     Q.   Okay.  And we will see some video, and
10 you can tell us at what point later on you felt
11 like you wanted to get out.
12     **A.   Okay.**
13     Q.   Now, Mara responds to you:  Also thought
14 you should know that this guy goes around the
15 country doing this and that he has done the same
16 situations with another high school.  At 49.
17     **A.   Uh-huh.**
18     Q.   And then your next response on 551 is:
19 I heard that.  Apparently, he also tried to do it
20 to Covington Latin earlier, too.  I hope the
21 truth hits them.
22         What -- what were you talking about?
23     **A.   I was told, which I'm not sure at this**
24 **point if it turned out being true, but it was**
25 **unconfirmed that earlier that Nathan Phillips had**

186

1 **gone up to other students from other schools**
2 **and -- I -- I don't know exactly what he did, but**
3 **that he approached other students, and Covington**
4 **Latin is a school in northern Kentucky.**
5     Q.   And when did you hear that he had
6 approached them?
7     **A.   I can't recall.  I think that -- it was**
8 **probably that another student mentioned it to me**
9 **after it happened or on the bus.**
10     Q.   Which student?
11     **A.   I can't recall.  I -- I just know that I**
12 **heard that.**
13     Q.   And -- and where -- did the student tell
14 you when this supposedly happened that Nathan
15 Phillips approached Covington Latin?
16     **A.   No.**
17     Q.   Do you understand that he was -- the
18 student was telling you that it happened the same
19 day, supposedly?
20     **A.   It was my impression that it had**
21 **happened on the same day.  But with so many**
22 **question marks, is why I basically never did**
23 **anything with it, because I had no idea if it had**
24 **actually happened.**
25     Q.   So to this day, do you have any

187

1 information that that's true?
2     **A.   My -- my counsel may, but I do not.**
3 **I -- I -- to my knowledge, I don't -- I don't**
4 **think -- I don't know if it happened.**
5     Q.   Okay.  Did you ever have any other
6 communication with Mara Schutt about supposedly
7 whether this had happened with some other high
8 schools?
9     **A.   I don't think so.  But I cannot recall**
10 **my text messages from two and a half --**
11     Q.   Okay.  No.  Fair.  And when I use
12 communication in this context, I mean anything.
13 It could be text message.  It could be face to
14 face.  It could be a phone call.  It could be --
15     **A.   I -- I honestly cannot recall.**
16         (This concludes the Confidential
17 portion.)
18         MR. SIEGEL:  Okay.  Let's go to page
19 335.
20         MR. McMURTRY:  Just note this does not
21 have a confidential stamp on it, so...
22         MR. SIEGEL:  We will certainly agree
23 that, you know -- well, and you are saying it
24 should?
25         MR. McMURTRY:  No.

188

1         MR. SIEGEL:  Okay.
2         MR. McMURTRY:  I'm saying, just to be
3 clear, we are out of that territory now.
4         MR. SIEGEL:  Okay.  Fair enough.
5 BY MR. SIEGEL:
6     Q.   Okay.  So if you look at text 573 on
7 335 -- and again, this is the text exchange you
8 were having with her on -- it looks like the
9 night of January 19th?
10     **A.   Yes.**
11     Q.   Okay.  So on 573, Ms. Schutt texts:  Me
12 too because you did nothing wrong and this guy
13 does this for a living to ruin -- that's young --
14     **A.   Yeah.**
15     Q.   -- kids' lives.  I think roles were
16 reversed and you were acting like the adult and
17 he was the kid.
18         You respond:  I agree.  He was trying to
19 intimidate young kids.
20         So why did you think Phillips was acting
21 like a kid and you the adult?
22     **A.   Because I think it's childish as a elder**
23 **to get in the face of a stranger that also**
24 **happens to be a child at 16 and get in their face**
25 **for several minutes.  I think that's childish.**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

48 (189 to 192)

189

1    Q.   Okay.  But you don't think that deciding
2 to stand your ground in that situation was?
3    **A.   No.  I think that's very mature.**
4    Q.   When -- could anyone disagree with you
5 about that?
6    **A.   They could.  I don't think they are**
7 **right.**
8    Q.   You just -- you would disagree with
9 them, right?  You wouldn't agree with their
10 opinion?
11   **A.   Right.**
12   Q.   Okay.  Did you think that by not
13 parting, along with the other students who were
14 doing that, that you were acting like the adult?
15       MR. McMURTRY:  Objection.  Go ahead.
16   **A.   No.  I think I was acting like the adult**
17 **for staying calm in a situation that was very**
18 **high pressure.**
19 **BY MR. SIEGEL:**
20   Q.   Do you know what Mara Schutt was
21 referring to when she texted:  Phillips ruins
22 young people's lives for a living?
23   **A.   I do not.**
24       MR. SIEGEL:  Okay.
25   **A.   Now I think it's in reference to**

190

1 **something that he was involved in, in Detroit**
2 **with -- I mean, I don't even know that story**
3 **fully.  I just know that this -- this isn't the**
4 **first time his name necessarily appeared.**
5    Q.   Okay.  Do you know anything more about
6 what you were referring to, the incident in
7 Detroit?
8    **A.   No.  And I don't -- I know nothing about**
9 **it, whether Phillips was in the right or wrong,**
10 **any of it.**
11       MR. SIEGEL:  Okay.
12   **A.   I just know it exists.**
13       MR. SIEGEL:  I will ask about maybe a
14 couple more exhibits, and then we will take
15 another break, Todd.
16       MR. McMURTRY:  Yes.
17       MR. SIEGEL:  Does that work?
18       MR. McMURTRY:  Yes.
19       MR. SIEGEL:  Okay.  Let's show Exhibit
20 14.
21       Now, this is -- this is confidential,
22 too, certainly.  And Todd, I will say for the
23 record, it's only going to come up a couple of
24 times, but what we elected to do here is, rather
25 than put the whole document in the record, a high

191

1 percent of it is irrelevant to this phase, just
2 putting in, you know, the particular page that I
3 want to ask some questions about.
4        If he wants to look at the document, I
5 have it.  But I don't think there also wasn't any
6 reason -- in the event this ever does become a
7 public record, then we didn't need the whole
8 report.  Is that fair?
9        MR. McMURTRY:  Yes.
10       MR. SIEGEL:  Okay.
11       MR. McMURTRY:  Just to be clear, now, at
12 this point, we are marking the deposition as
13 being confidential and the exhibit, as part of
14 the deposition, also being confidential.
15       MR. SIEGEL:  Okay.
16 BY MR. SIEGEL:
17   Q.   So, Nick, if I could direct you to --
18 this is just one page of NS 16, right?
19   **A.   Uh-huh.**
20   Q.   Look at the -- I guess it's the fourth
21 paragraph down.  Just -- just read that to
22 yourself for a moment, the one that starts "I
23 felt."
24       MR. McMURTRY:  If I may just jump in
25 here, if we are just going to talk about these

192

1 facts, there is no need to mark it as
2 confidential, his recollection.
3        MR. SIEGEL:  Okay.
4        MR. McMURTRY:  I think the whole report,
5 obviously, was confidential, and I would like to
6 treat the portions of the report as confidential.
7 But to the extent you are asking him questions
8 about what he thought or felt or said --
9        MR. SIEGEL:  Sure.
10       MR. McMURTRY:  -- that's fine.  Okay.
11       MR. SIEGEL:  I will isolate this as much
12 as possible.
13       MR. McMURTRY:  Okay.
14       THE WITNESS:  Okay.  I read it.
15 BY MR. SIEGEL:
16   Q.   So you have read it?
17       So the examiner quotes you as saying:  I
18 felt Phillips was creepy and weird and I didn't
19 know his intentions.
20       Did you say that to the -- whichever
21 examiner was recording this report?
22   **A.   I believe I did.**
23   Q.   Okay.  Why did you think he was creepy
24 and weird?
25   **A.   Because, as I said before, in my**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

49 (193 to 196)

---

**193**

1  experience, adults don't get that close to kids,
2  **especially for that long.**
3  Q.  Okay.  Do you believe respecting your
4  elders is a value that you hold?
5  **A.  Yes.  It's part of how I was raised.**
6  Q.  If a teenager sees an older person
7  walking in his or her direction and other people
8  are parting for that person as he moves forward,
9  is it a respectful thing to do to move out of the
10  way as well?
11  **A.  I would agree.  But it's not my**
12  **responsibility to slip on the steps and**
13  **potentially break an arm or something to make**
14  **sure he can get through.**
15  Q.  Well, there were lots of other kids on
16  the steps, right?
17  **A.  But not all the kids were on ice.**
18  Q.  And other kids moved away, right?
19  **A.  Right.**
20  Q.  And I think you said before, that
21  originally, you were -- you were making a
22  decision, right, that you didn't want to move
23  because you felt he was trying to intimidate you?
24  **A.  Correct.**
25  Q.  Right?  So do you -- even if a teenager

---

**194**

1  thinks that an older person might be trying to
2  intimidate them, you see that that person is
3  walking forward and other people are parting for
4  him, isn't the respectful thing to do to move out
5  of his way as well?
6  **A.  Not if he's trying to intimidate me.**
7  Q.  You don't think that even if the older
8  person -- even if you think the older person is
9  trying to intimidate you, you don't think the
10  respectful thing to do is to just move out of the
11  way?
12  **A.  I can't see why I would.  If -- if they**
13  **want to intimidate me, which I would assume then**
14  **means they exhibit a dislike of me, I can't find**
15  **any compelling reason as to why I would equally**
16  **return the respect to clear a place for them to**
17  **move.**
18  Q.  Do you think people could disagree with
19  you about that?
20  **A.  They could.**
21  Q.  Do you have any idea what in the Native
22  American culture would be considered the
23  respectful thing to do in that situation?
24  **A.  I would assume the respectful thing is**
25  **probably to just move out of the way regardless.**

---

**195**

1  Q.  But you disagree with that?
2  **A.  Well, it's not how I was raised.**
3  MR. SIEGEL:  Let's go to Exhibit 15.
4  After this one, we will take a break.
5  MR. McMURTRY:  Okay.  Just for the
6  record, 15 is also marked as confidential.
7  MR. SIEGEL:  Yes.
8  (The following portion from Page 195,
9  Line 11 to Page 199, Line 17 was designated
10  Confidential and is bound separately.)
11  BY MR. SIEGEL:
12  Q.  Nick, can you explain what medium of
13  communication is Exhibit 15?
14  **A.  This is direct messaging on Instagram.**
15  Q.  Okay.  And it looks like you are
16  directly messaging with Will Fries, I take it?
17  **A.  Correct.**
18  Q.  And someone named Josh Merkle?
19  **A.  Correct.**
20  Q.  Who is Josh Merkle?
21  **A.  Josh is a cousin of Will.**
22  Q.  Okay.  Was Josh there?
23  **A.  No.**
24  Q.  Are you friendly with Josh independently
25  or --

---

**196**

1  **A.  I really only know him through Will.**
2  Q.  Okay.  Let's turn to page 2,047.
3  So if you look sort of in the middle of
4  the page where Josh messages:  Why was your
5  school there?  LOL.
6  Which is laugh out loud, right?  Do you
7  see that?
8  **A.  Yes.**
9  Q.  Okay.  So Josh texts:  Why was your
10  school there?  LOL.
11  You message:  March For Life.
12  **A.  Uh-huh.**
13  Q.  Right?  He messages:  Ah, promoting
14  prolife, I see.
15  You respond:  Among other things, yes.
16  **A.  Yes.**
17  Q.  He messages:  What other things?
18  You respond:  I also promoted not being
19  intimidated by leftists.
20  **A.  Yes.**
21  Q.  So when you are saying not being
22  intimidated there, are you referring to the same
23  perception you've testified to before, that
24  Mr. Phillips was trying to intimidate the group?
25  **A.  Correct.  Or I should also add -- excuse**

---

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

50 (197 to 200)

197

1  me. I should also add this was not meant to be
2  taken seriously. This was more of a joke that,
3  oh, I was there to promote not being intimidated.
4       I obviously didn't plan on ever meeting
5  Nathan Phillips that day, and I made this remark
6  more as a joke at my own expense.
7  Q.  Okay. Well, but you -- the statement
8  was, right, not what you were intending to, but
9  it was: I also promoted not being intimidated.
10      I think that's what ended up happening,
11 right?
12 A.  Right.
13 Q.  Okay. Do you disagree with that
14 statement or did you feel you also promoted not
15 being intimidated by leftists?
16 A.  I mean, if I had any control over it,
17 the nar -- the covers that would have come out
18 for the March For Life would have been about the
19 March For Life and not about what happened.
20      Obviously, I don't. So the joke here
21 kind of was that, well, among other things, yeah,
22 I supported the March For Life but,
23 unfortunately, this is what everyone's talking
24 about right now and I didn't mean for it to
25 happen.

198

1  Q.  Okay. But given that it did happen,
2  right?
3  A.  Right.
4  Q.  How did what happened promote not being
5  intimidated by leftists?
6  A.  Because there -- a lot of the
7  commentators and people who are weighing in on
8  what happened to me made kind of the slogan of
9  stand your ground, whatever.
10      So even whether this was my goal or not
11 or whether I wanted it to happen or not, I became
12 kind of this poster for not being intimidated and
13 standing your ground.
14 Q.  Were the leftists who you are saying you
15 are humorously referring to, right -- but did the
16 leftists mean Mr. Phillips?
17 A.  No. I would -- I would attribute that
18 comment more to the members of Congress and other
19 people on the political left that decided that
20 they should weigh in on what happened. Because I
21 would say there is a whole lot more than me --
22 there is a whole lot more standing that I did
23 than me just physically standing there.
24 Q.  Okay. Now, those -- the other
25 students -- other students, right, parted for

199

1  Phillips, correct, and you didn't?
2  A.  Hut-uhn.
3  Q.  Couldn't Phillips have perceived that
4  you intended to stop his path forward?
5       MR. McMURTRY:  Objection.
6  A.  He could have. I think he would have
7  figured out really quickly, if he tried to move
8  anywhere else, that I wasn't going to follow
9  them.
10 BY MR. SIEGEL:
11 Q.  So you think you could have -- you think
12 he could have figured that out, and we will talk
13 about that, but would you acknowledge that he
14 could have perceived that it was your intention
15 to stop his path forward?
16 A.  Right.
17      MR. SIEGEL:  Okay. Let's break.
18      (This concludes the Confidential
19 portion.)
20      THE VIDEOGRAPHER:  We are going off the
21 record. The time is 2:22 p.m.
22      (Thereupon, there was a recess taken at
23 2:22 p.m.)
24      THE VIDEOGRAPHER:  We are back on the
25 record. The time is 2:41 p.m.

200

1       (Thereupon, the proceedings were resumed
2  at 2:41 p.m.)
3  BY MR. SIEGEL:
4  Q.  Nick, in one of the clips from the
5  Guthrie interview that we played for you earlier,
6  you said: He also had a -- referring to
7  Phillips: He also had a companion that also had
8  a drum and a cameraman with him.
9       Do you remember that?
10 A.  Yes.
11 Q.  Okay. Was that one of the reasons you
12 felt that Phillips was trying to intimidate the
13 group, you saw he had a cameraman with him?
14 A.  Yes. That seemed odd.
15 Q.  Okay. And -- and why did you say that
16 he had a cameraman with him?
17 A.  I saw someone following him as he walked
18 towards the students that was filming him.
19 Q.  Okay. And by saying he, meaning
20 Phillips had a cameraman with him, was it your
21 perception that that was like somebody that
22 Phillips had brought with him?
23 A.  Yes. Now, I -- that was my perception
24 from standing there.
25 Q.  Okay. And if you recall, just off the

---

201

1  top of your head, whom you were referring to?
2  **A.   Not off the top of my head.  I can**
3  **describe to you what his -- one of his companions**
4  **looked like that had the second drum, but I -- I**
5  **can't remember off the top of my head what the**
6  **cameraman looked like.**
7  Q.   Okay.  So we are going to show you some
8  video, and I'm going to ask if you can point out
9  who it was that you were referring to.  Okay?
10 **A.   Okay.**
11 Q.   Before we do, just the person with the
12 drum, what do you remember he looked like?
13 **A.   He has a -- almost like a baseball hat**
14 **kind of thing on that is completely white and**
15 **this sort of handlebar mustache.  And he is**
16 **holding a smaller drum.  The drum he has is**
17 **smaller than Phillips'.**
18 Q.   Okay.  And I will ask you to point him
19 out, too.
20 **A.   Okay.**
21 Q.   This is Exhibit 9, which is video 10.
22 Again, the one produced by your counsel.
23      So is that the cameraman you are
24 referring to?  There is a fellow who is holding
25 up a camera there with the --

202

1  **A.   Yes, that the cursor is on --**
2       MR. SIEGEL:  Yeah.
3  **A.   -- with the red hat.  That is him.**
4  Q.   It looks like a -- it looks like a Reds
5  hat?
6  **A.   It does.  It does.**
7  Q.   I'm going to refer to him as the man
8  with the Reds hat.  Okay?
9  **A.   Okay.**
10 Q.   And I think it's pretty -- the fellow
11 with the white hat sort of behind him to the
12 right, is that the -- that's the drummer?
13 **A.   I --**
14      MR. SIEGEL:  Let's -- you know what,
15 let's -- let's move it forward about nine
16 seconds, where I think -- we'll play it for about
17 nine seconds.
18      (Thereupon, a video recording of Exhibit
19 9 was played.)
20 BY MR. SIEGEL:
21 Q.   Okay.  So you can see a little clearer
22 here.  He has a mustache, wearing glasses, right?
23 **A.   Right.**
24 Q.   Okay.  So sitting here today, do you
25 think Mr. Phillips had anything to do with

203

1  videotaping this incident?
2       MR. McMURTRY:  Objection.  Go ahead.
3  **A.   I can't -- I can't guess as to if he**
4  **arranged to be videotaped before he walked over**
5  **or if that was just a decision made by whoever**
6  **did it.  I -- I don't know.**
7  Q.   Okay.  And you referred to the gentleman
8  with the drum as a companion of Phillips.  What
9  did you mean by that?
10 **A.   I meant like he was definitely a part of**
11 **the group that walked over that was led by Nathan**
12 **Phillips.**
13 Q.   Okay.  And did you -- did you -- by
14 companion, did you mean they were friends or
15 they -- perceived that they were friends in some
16 way?
17 **A.   I meant that they -- kind of like a -- I**
18 **know it's a short distance.  But like a traveling**
19 **companion somewhat.  They both traveled from**
20 **their area to ours together.**
21      **From what I perceived, it seemed like**
22 **they -- they knew each other or at least were a**
23 **part of the same group in some sense.**
24 Q.   Okay.  Traveling, you mean like
25 traveling to DC?

204

1  **A.   Traveling from where they were at the**
2  **memorial to where we were.  It's a -- I mean,**
3  **it's a short distance.  So that analogy, but --**
4  Q.   And that was your perception, I
5  take it, based on what you saw?
6  **A.   Yes.**
7       MR. SIEGEL:  Okay.  Let's go to Exhibit
8  16, video 2 of the video.
9       (Thereupon, a video recording of Exhibit
10 16 was played.)
11      MR. SIEGEL:  I guess if you could just
12 point to -- we're at -- point the cursor at Nick.
13 BY MR. SIEGEL:
14 Q.   That is you, right, or that is your face
15 where she's pointing?
16 **A.   Right.**
17 Q.   So I think you may have given us his
18 name before.
19      But right now, there are about three or
20 four at least rows of students in front of you,
21 right?
22 **A.   Right.**
23 Q.   And do you see that sort of in front of
24 you, to your right, there is a student wearing
25 a -- it looks like a gray and white ski hat?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

52 (205 to 208)

---

205

1   A.   Yes.
2   Q.   Turned to his side?  Do you know who
3   that is?
4   **A.   Not off -- not from this picture, no.**
5   Q.   Okay.  Is he a Covington student, to
6   your knowledge?
7   **A.   I don't know.**
8   Q.   Okay.  And at -- at the front -- so it's
9   at the front, at the very right side of the
10  frame, there is a fellow in an L.L. Bean shirt.
11  Do you know who he is?
12  **A.   Yes.**
13  Q.   Who is that?
14  **A.   Cammeron Martin.**
15  Q.   That's Cammeron Martin?
16  **A.   Yes.**
17  Q.   Okay.  So right now, you are -- and you
18  see the student we talked about before in the
19  black sweatshirt who was moving up his hands --
20  hands up and down, and you say you have no idea
21  who he is?
22  **A.   Correct.**
23  Q.   So right now, you are -- if you look at
24  the -- where the L.L. Bean guy is, you look like
25  you are a little bit to his left behind there?

---

206

1   **A.   Yes.**
2   Q.   Okay.  And the student who was doing the
3   up and hands down motion is standing to your
4   right, correct?
5   **A.   Correct.**
6   MR. SIEGEL:  Let's go about 10 more
7   seconds.
8   (Thereupon, a video recording of Exhibit
9   16 was played.)
10  MR. SIEGEL:  Go back just a little bit.
11  BY MR. SIEGEL:
12  Q.   So in those 10 seconds, Nick, it looks
13  like you moved to your right a little bit?
14  **A.   I'm not sure if I moved or the people**
15  **around me did.  I'm pretty -- I'm almost positive**
16  **that I did not move and the people around me**
17  **shifted and that's why it looks like I'm in a**
18  **different spot.**
19  MR. SIEGEL:  Okay.  So let's go -- let's
20  go back to 7 seconds.
21  (Thereupon, a video recording of Exhibit
22  16 was played.)
23  MR. SIEGEL:  And we are going to go
24  through this frame by frame.  Okay?  Stop.
25  BY MR. SIEGEL:

---

207

1   Q.   You -- you looked down, right?
2   **A.   Right.**
3   Q.   And you mentioned before that that's
4   where it could be slippery in parts.  So you
5   looked down, right?
6   **A.   Right.**
7   MR. SIEGEL:  Okay.  Keep going.
8   BY MR. SIEGEL:
9   Q.   Didn't you just move a little to your
10  right?
11  MR. McMURTRY:  Objection.
12  **A.   I -- I honestly can't tell with the way**
13  **it's rotating.**
14  **I guess the perspective makes me seem as**
15  **if I'm moving; or if I moved, I can't tell.**
16  Q.   You can't tell.  But it's possible that
17  you did move a little to your right at that
18  point?
19  MR. McMURTRY:  Objection.  Go ahead.
20  **A.   I mean, it could be.  It depends.**
21  Q.   Okay.  You would agree at this point you
22  were actually on the opposite side of the fellow
23  with the black sweatshirt than you were when we
24  looked at that about two seconds earlier?
25  MR. McMURTRY:  Objection.  Go ahead.

---

208

1   BY MR. SIEGEL:
2   Q.   Right.
3   **A.   Yeah, we're -- we're on -- we don't line**
4   **up the same way anymore.  But I -- I don't know**
5   **if that is because he moved or I moved or it's**
6   **just a different angle of the camera or what it**
7   **is.**
8   MR. SIEGEL:  Okay.  Let's go -- you can
9   just play it normal, normal speed from here.
10  (Thereupon, a video recording of Exhibit
11  16 was played.)
12  BY MR. SIEGEL:
13  Q.   All right.  I'm going to play this
14  again, because it -- do you see the -- in the
15  frame right now, there is a -- someone wearing a
16  brown hoodie?
17  **A.   Yeah.**
18  Q.   There is someone wearing a green hoodie?
19  **A.   Yes.**
20  Q.   And there is a student in between them?
21  **A.   Yes.**
22  Q.   Do you know who the student in between
23  them is?
24  **A.   Yes.**
25  Q.   Who is that?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

53 (209 to 212)

---

209

1    A.   That is Sam Paley.
2    Q.   Okay. So we're just going to go back to
3    10 seconds. And I'm going to ask you to see, can
4    you make out what Sam Paley is saying.
5    A.   Okay.
6         (Thereupon, a video recording of Exhibit
7    16 was played.)
8    A.   He said -- I think he said, hey, Law.
9    And Law -- because that is John Lawrie. That is
10   his nickname.
11        MR. SIEGEL: Okay. Okay. Let's
12   restart.
13        MS. MEEK: We are restarting at 13,
14   Exhibit 16.
15        (Thereupon, a video recording of Exhibit
16   16 was played.)
17        MR. SIEGEL: Where did we stop?
18        MS. MEEK: Paused at 30. I think we
19   need to go a bit further to be --
20   BY MR. SIEGEL:
21   Q.   Some of the students at this point are
22   doing what is referred to as the tomahawk chop?
23   A.   Yes.
24   Q.   Were you doing it?
25   A.   No.

---

210

1    Q.   Why weren't you doing it?
2    A.   I don't know.
3         MR. McMURTRY: I think he answered that
4    before. But go ahead. You can answer again.
5    A.   As I said, I did not feel a need to or
6    any reason to.
7    BY MR. SIEGEL:
8    Q.   Did you consider doing a tomahawk chop
9    there to be disrespectful to Mr. Phillips?
10   A.   As I said before, I am completely
11   uneducated on the origins of the tomahawk chop,
12   why it may or may not be seen as disrespectful;
13   and, therefore, I really don't have any informed
14   opinion on it whatsoever.
15   Q.   Okay. And -- and is that still true
16   today?
17   A.   That is true today. I -- I, yes,
18   understand why some people consider it
19   disrespectful. But other times, Indians will --
20   Native Americans will run out to people doing the
21   tomahawk chop. I don't understand it.
22   Q.   And at the time of this incident did you
23   have any understanding that some people consider
24   it disrespectful to Native Americans to do the
25   tomahawk chop?

---

211

1    A.   I think I knew at that point in time
2    that to some Native Americans it was
3    disrespectful and that to others it -- that it --
4    other Indians -- or Native Americans are fine
5    with it.
6         At that point, I knew it was
7    controversial.
8    Q.   Did you -- do you have an understanding
9    that some Native Americans feel like it makes fun
10   of their culture?
11   A.   As I said, I -- I really don't know why
12   they find it disrespectful. I guess it makes fun
13   of them somewhat.
14   Q.   So earlier you said that you felt
15   insulted and, you know, mocked by the BHIs.
16        Is it your contention that you felt that
17   you were mocked by the BHIs but Mr. Phillips
18   couldn't have felt that he was being mocked by
19   the students at that point?
20   A.   I never claimed that he felt like we
21   weren't mocking him. I mean, he's entitled to
22   feel however he wants to. What I'm saying is
23   that I -- from my perception, it didn't seem like
24   anyone ever was mocking him.
25        MR. SIEGEL: Let's go back to 24 seconds

---

212

1    and go frame by frame. No. Go back to 24 and
2    then start frame by frame.
3         MS. MEEK: Yeah, I did.
4         MR. SIEGEL: Is that what you did?
5    Okay.
6    BY MR. SIEGEL:
7    Q.   Aren't you doing the tomahawk chop
8    there?
9    A.   No. I think I had raised my hand up to
10   point at something. I don't know what I'm -- I
11   don't -- I'm not -- I have my hands like right
12   here.
13        I think there is a difference between
14   this and this, is what I'm getting at.
15   Q.   So it's your testimony that you weren't
16   in any way even sort of slightly trying to join
17   in with the tomahawk chop?
18   A.   No. I think -- I think when you listen
19   to the video with the audio, and maybe it's from
20   a different angle, you can hear me with my hand
21   up kind of like shrugging and asking what is
22   going on right now.
23   Q.   Okay. Well, if you hear that at any
24   point in any of the videos, just point it out.
25   A.   Okay.

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

213

1        MR. SIEGEL:  Okay.  So let's keep going
2  in realtime.
3        (Thereupon, a video recording of Exhibit
4  16 was played.)
5  BY MR. SIEGEL:
6    Q.  So at this point, there are still at
7  least two or three rows of students between you
8  and wherever the camera is?
9    A.  Yes.
10       MR. SIEGEL:  Okay.  Let's keep going.
11       MS. MEEK:  I just paused at 32, and I'm
12  continuing from that point.
13       MR. SIEGEL:  Now, this is at 37, right?
14       MS. MEEK:  Yes.
15  BY MR. SIEGEL:
16    Q.  Now, at this point, there are a bunch of
17  students to Mr. Phillips' right and to the right
18  of some of the other individuals, the one with
19  the drum and the one with the camera, right?
20    A.  Right.
21    Q.  Couldn't someone perceive that there
22  were students who were swarming around him at
23  this point?
24       MR. McMURTRY:  Objection.  Go ahead.
25    A.  I mean, to me, not really.

214

1        If you look at a couple of the students
2  there, they don't really look like they are
3  swarming.  They are looking off at something
4  else.  They are not even -- they are at best half
5  interested in what's going on right now.  You can
6  see them all looking in a different direction.
7        MR. SIEGEL:  Okay.  Let's go back and --
8  to 32 seconds again.
9        (Thereupon, a video recording of Exhibit
10  16 was played.)
11       MR. SIEGEL:  You can stop.
12  BY MR. SIEGEL:
13    Q.  So, it could -- I mean, it's just a
14  matter of opinion, right?  Somebody could
15  perceive that there are students now who have
16  sort of swarmed around Phillips on both sides,
17  right?
18    A.  Yeah.  I mean, someone could look at it
19  that way if they wanted to.
20       MR. SIEGEL:  Okay.  Now let's go back to
21  32 seconds.
22       MS. MEEK:  And for the record, a moment
23  ago, I just stopped at 44 seconds.  Now I'm going
24  back to 32 seconds.
25       (Thereupon, a video recording of Exhibit

215

1  16 was played.)
2        MR. SIEGEL:  Okay.  Just go back and
3  start again.
4  BY MR. SIEGEL:
5    Q.  Okay.  So this is at 32 seconds.  Where
6  I showed you this before, there are at this point
7  still several of the students, right, between you
8  and where the camera is, right?
9    A.  Yes.
10       MR. SIEGEL:  Okay.  So let's go about 12
11  more seconds.
12       (Thereupon, a video recording of Exhibit
13  16 was played.)
14       MR. SIEGEL:  Okay.  So where is it now,
15  Jessica?
16       MS. MEEK:  44 seconds.
17  BY MR. SIEGEL:
18    Q.  So in those 12 seconds, those several
19  rows of students who were in front of you before
20  have parted for Mr. Mr. Phillips, right?
21    A.  Right.
22    Q.  Okay.  And there are students behind you
23  who are parting as well, right?
24       MR. McMURTRY:  Objection.  I'm not --
25  part, you mean -- it looks to me like they are

216

1  moving away.
2        MR. SIEGEL:  Moving to the side.
3        MR. McMURTRY:  Well, no, I don't even
4  see that.  But go ahead.  Ask him the questions.
5  He can --
6  BY MR. SIEGEL:
7    Q.  Okay.  Are there students behind you who
8  are moving to the side?
9    A.  I mean, it looks like some of the
10  students behind me are moving.
11       MR. SIEGEL:  Right.
12    A.  I don't -- I don't necessarily know -- I
13  don't know if I would say they are moving aside.
14       MR. SIEGEL:  Okay.  Let's watch the next
15  few seconds.
16       (Thereupon, a video recording of Exhibit
17  16 was played.)
18  BY MR. SIEGEL:
19    Q.  Okay.  Now, most of the students behind
20  you have moved to the side, right?
21    A.  I mean, most.  There are still, it looks
22  like, three rows deep behind me.
23    Q.  It's more -- there are some students at
24  the top of the stairs, right?
25    A.  Right.  And I can count the blue

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

55 (217 to 220)

---

**217**

1  sweatshirt, the black, and then the head popping
2  out behind him who were all one after another.
3    Q.  Okay.  Fair enough.  So it would be
4  three rows of students had moved behind you to
5  the side?
6      MR. McMURTRY:  Objection.
7    A.  At least three rows of students are
8  still behind me at this point.
9  BY MR. SIEGEL:
10   Q.  Directly behind you?  No, no, no.  I
11 understand that.  But the three rows -- the
12 several rows of students who were most
13 immediately behind you are not --
14   A.  Are not there --
15   Q.  They have all moved to the side,
16 correct?
17   A.  Correct.
18     MR. McMURTRY:  Objection.
19 BY MR. SIEGEL:
20   Q.  So were you aware at the time that
21 students behind you were moving to the side?
22     MR. McMURTRY:  Objection.  Go ahead.
23   A.  I don't really think I was.  Most of my
24 attention was taken up by Nathan Phillips.
25   Q.  Okay.  But certainly Mr. Phillips could

---

**218**

1  have perceived that people behind you were moving
2  to the side?
3    A.  I mean, yes, he could have.  He
4  definitely saw that there's -- I don't know how
5  many feet of -- excuse me -- I don't know how
6  many feet of space in between me and the kid with
7  the white hat holding on to a sweatshirt, but we
8  are clearly not shoulder to shoulder.
9      So it even looks to me as if he just
10 went around to my right, he had even more room to
11 keep walking if that is what he wanted to do.
12   Q.  Okay.  And so we've seen, you know, in
13 front of you, there were several students, or a
14 lot of students, who moved to the side, right?
15   A.  Right.
16   Q.  Now, behind you, there were students who
17 moved to the side, right?
18   A.  Right.
19   Q.  So, I mean, physically, you could have
20 done the same thing, right?  You could have
21 done -- you could have moved aside as the other
22 students did?
23   A.  I could have moved and risked falling
24 down the steps and, you know, potentially in my
25 fall bumping right into Mr. Phillips and not

---

**219**

1  knowing what that would have led to.
2    Q.  So it's your testimony, Nick, that you
3  were the only student there, with several rows in
4  front of you and behind you, who somehow were at
5  risk to move to the side?
6    A.  That is not what I said.
7      My testimony is that I was on ice and --
8  and at the current moment, I judged that there
9  was a chance I could have fallen.
10   Q.  Did you see before the video where you
11 looked down?
12   A.  Yes.
13   Q.  Do you remember before?
14   A.  Yes.
15   Q.  Were you looking down to -- to put
16 yourself in a place that was secure?
17   A.  I -- I don't -- I don't know what I
18 was -- I think -- I don't -- I don't remember
19 what I was looking at when I looked down.
20     I mean, I probably just glanced down for
21 a second.
22     I mean, my shoes -- I could have been
23 looking at my shoes which were covered in mud
24 from when I ran back from the Capitol.  Because
25 all the dirt streets were -- were mud from the

---

**220**

1  snow, and I had gotten mud all over my white
2  shoes.
3    Q.  Okay.  There -- the other students
4  weren't physically preventing you at that point
5  from moving?
6    A.  I mean, they parted.  I still had
7  students to my left that are just out of frame
8  that you can't see.
9      I could -- I mean, I could have tried to
10 make my way a little more over towards the kid in
11 the white hat.
12     MR. SIEGEL:  Right.
13   A.  But someone directly behind me, that's
14 almost covered up by me.  And I mean, at that
15 point, I really wasn't looking to see how the
16 crowd had adjusted itself.
17   Q.  Okay.  You later, in a couple of
18 statements, said, I think, you wished that you
19 had walked away?
20   A.  Yes.
21   Q.  So it is right you could have walked
22 away?
23     MR. McMURTRY:  Objection.
24 BY MR. SIEGEL:
25   Q.  At least at this point?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

56 (221 to 224)

221

1      MR. McMURTRY:  Objection.
2      A.   I mean, there was never a point where I
3   was unable to walk -- to walk away.  It was just,
4   in my head, a cost/benefit of what -- if I move
5   now, there is a chance I fall and hit people,
6   especially the person that is in my face, and I
7   don't know how that's going to play out.
8      Q.   Okay.  But at the point that you first
9   made your decision to stay there, you were, as
10  you said in all of the texts, right, feeling that
11  Mr. Phillips was trying to intimidate you and the
12  group and you didn't want that to happen?
13     A.   Right.
14     MR. SIEGEL:  Okay.  Let's go to -- let's
15  keep going a little bit.
16     MS. MEEK:  We are at 52 seconds, which
17  is where we was paused before.  Continuing on.
18     (Thereupon, a video recording of Exhibit
19  16 was played.)
20  BY MR. SIEGEL:
21     Q.   Okay.  Now you see there are a couple of
22  students who have now -- who were sort of right
23  behind you, and they have moved over some, right?
24     A.   Right.
25     MR. SIEGEL:  Okay.  Keep going.

222

1      MS. MEEK:  Paused at 56.  Now continuing
2   on.
3      (Thereupon, a video recording of Exhibit
4   16 was played.)
5      MS. MEEK:  Paused at 1:05.
6   BY MR. SIEGEL:
7      Q.   Okay.  So, again, at this point, there
8   is still space to your side, to your left and
9   behind you, right?
10     A.   To my --
11     Q.   To your left.  To your left as you are
12  standing there?
13     A.   Yes.  There is space behind me and right
14  and my left.
15     MR. SIEGEL:  Okay.  Let's keep going.
16     (Thereupon, a video recording of Exhibit
17  16 was played.)
18  BY MR. SIEGEL:
19     Q.   Okay.  So you see the fellow in the
20  black hoodie crosses over, right?
21     A.   Yes.
22     Q.   From one side to the other?
23     A.   Uh-huh.
24     Q.   Okay.  Were you -- were you aware of
25  that at the time?

223

1      A.   No.  I was not paying attention to
2   behind me.
3      MR. SIEGEL:  Okay.  Let's go.
4      MS. MEEK:  We just paused at 32.  I'm
5   restarting from that point.
6      MR. SIEGEL:  Just stop a second.  So
7   again, where are we at, 1:34?
8      MS. MEEK:  Yes.
9   BY MR. SIEGEL:
10     Q.   Again, the fellow in the black hoodie
11  has crossed all the way over from one side to the
12  other, right?
13     A.   Right.
14     Q.   And again, there is space for you on
15  your left side and behind you still at this
16  point, right?
17     A.   Right.  And at this point, his companion
18  that I described is right next to him, because
19  seeing him a couple frames ago.
20          And if it's me, Phillips and him, he's
21  got a clear shot up and around me if he wants to
22  go there.
23     Q.   Okay.  And do you -- why does the fact
24  that his companion who is next to him on the
25  right side mean he has a free shot?

224

1      A.   Because he has a -- by free shot, I mean
2   he has a free lane to move.
3          Like, as we said earlier, when he got
4   into the group, I at that point didn't know that
5   he wanted to go to the Lincoln.  So in my mind,
6   if -- if I don't know what he wants to do and
7   where he wants to go, I -- and with the ice
8   coming into play, it really didn't seem like
9   there was much of a reason to move because I
10  didn't know where he was trying to go.  And if he
11  wanted to go there, he could have made that clear
12  to me.  I would have moved -- there is a chance I
13  could have moved, but --
14     Q.   And how would he have made that clear to
15  you in your mind; to say:  Excuse me.  May I
16  pass?
17     A.   Yeah.  I mean, you do that in public all
18  the time.
19     Q.   I just want to go back to -- so now you
20  say your companion -- the person you called his
21  companion is on the right side, right?
22     A.   Right.
23     Q.   His companion is actually physically to
24  his right?
25     A.   Yes.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

57 (225 to 228)

---

225

1    Q.   Which is also to your left now?
2    A.   Uh-huh.
3    Q.   How does that free up a path for
4  Phillips?  Doesn't that make him more pinned in?
5    A.   Well, if they -- if they are going to
6  the same area, or they are a part of the same
7  group, it's now easier for them to go somewhere
8  because his companion can go up first and then
9  Phillips can follow him.
10   Q.   Even, in fact, assuming that the person
11 you called his companion did exactly what
12 Phillips wanted him to do, wanted to do?
13   A.   Well, yeah.  I mean, I don't know
14 anything about them.  But I know that there is --
15 there is space right there if either of them want
16 to go there.
17        And I didn't know what their intentions
18 were.  So I stayed right where I was.
19   Q.   Okay.  And you still don't know what was
20 the intent or the intentions of the person you
21 call his companion, right?
22   A.   I don't know his intentions.
23        MR. SIEGEL:  Okay.  Let's keep going.
24        MS. MEEK:  Starting from 1:34.
25        (Thereupon, a video recording of Exhibit

---

226

1  16 was played.)
2        MR. SIEGEL:  Okay.
3        MS. MEEK:  Paused at 1:55.
4  BY MR. SIEGEL:
5    Q.   So at this point, there are students
6  sort of behind you and on the side there that are
7  filling that space back in, right?
8    A.   Yeah.  They are trying to move
9  somewhere.
10   Q.   Okay.  Were you -- again, were you --
11 were you aware of that at the time?  Were you
12 aware there were more kids now directly behind
13 you?
14   A.   No.  I was -- almost all of my attention
15 was placed on Phillips.
16   Q.   Did you -- you know, as this went along,
17 did you become aware of that at some point, that
18 there were a bunch of kids kind of right behind
19 you?
20   A.   In the back of my head, I knew there
21 were people somewhat all around me.  And I -- I
22 guess I somewhat knew that people were moving.
23 But I never actually bothered to think about
24 where they were going and what they were doing.
25 I just knew it was packed and at some point some

---

227

1  people moved.
2        MR. SIEGEL:  Okay.  Let's go to Exhibit
3  17, which is video 8 of the stip.
4        MR. McMURTRY:  Exhibit 17?
5        MR. SIEGEL:  Yeah, Exhibit 17, video 8
6  of the stip.
7        (Thereupon, a video recording of Exhibit
8  17 was played.)
9  BY MR. SIEGEL:
10   Q.   Okay.  Zero seconds.  So, again, Nick, I
11 will ask you the same question.  Do you see where
12 your hand is up?
13        MR. McMURTRY:  Where the cursor is?
14        MR. SIEGEL:  Yeah, where the cursor is.
15   A.   I can't even be sure that that is my
16 hand, to be honest with you.  I don't -- I don't
17 think it is my hand.
18   Q.   You think that's not your hand?
19   A.   No.  I do see a hand in the crowd,
20 but --
21        MR. McMURTRY:  I'm sorry.  I was just
22 thinking out loud.  I apologize.
23        MR. SIEGEL:  All right.  Human nature.
24        Okay.  So let's go ahead and just play
25 that in realtime.

---

228

1        (Thereupon, a video recording of Exhibit
2  17 was played.)
3        MS. MEEK:  Paused at 9 seconds.
4        MR. SIEGEL:  Can we make out Nick?
5  BY MR. SIEGEL:
6    Q.   That's you, where the cursor is
7  pointing?
8    A.   Yes.
9    Q.   Okay.  So at this point, it looks like
10 you were standing somewhat to Mr. Phillips' left?
11   A.   Correct.
12   Q.   Okay.  And again, at this point, there
13 are students between you and Phillips?
14   A.   Correct.
15   Q.   And there are students -- quite a few
16 students behind you, right, in the rows right
17 behind you?
18   A.   Right.
19        MR. SIEGEL:  Okay.  Let's restart.
20        MS. MEEK:  Restarting at 9 seconds.
21        (Thereupon, a video recording of Exhibit
22 17 was played.)
23 BY MR. SIEGEL:
24   Q.   Okay.  Again, some students in front of
25 you have parted, right, moved out of the way,

---

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

229

1 between where you and Phillips are, right?
2  **A.   Right.**
3     Q.   Okay.  And there are still some students
4 standing behind you?
5  **A.   Right.**
6        MR. SIEGEL:  Okay.  Where are we now?
7 Are we at 15?
8        MS. MEEK:  Yes, this is 15.
9        MR. SIEGEL:  Okay.  Look at yourself and
10 play a couple more seconds.
11        (Thereupon, a video recording of Exhibit
12 17 was played.)
13 BY MR. SIEGEL:
14    Q.   Do you see you look down?
15  **A.   Not really.**
16    Q.   Okay.  Let's go back and look at that
17 again.
18        (Thereupon, a video recording of Exhibit
19 17 was played.)
20 BY MR. SIEGEL:
21    Q.   Do you see that looking down?
22  **A.   Yeah.  I'm looking down that way.**
23        MR. SIEGEL:  Okay.
24        MS. MEEK:  We are at 16 seconds.
25        MR. SIEGEL:  Now, just frame -- go frame

---

230

1 by frame a little bit more.
2        (Thereupon, a video recording of Exhibit
3 17 was played.)
4        MR. SIEGEL:  Okay.  Stop.
5 BY MR. SIEGEL:
6    Q.   So it looks like the camera is blocked
7 by the white hat, right?
8  **A.   Right.**
9    Q.   But it looks like at this point there is
10 nobody between you and Mr. Phillips?
11  **A.   Correct.**
12    Q.   Okay.  And it looks like at this point
13 you and Phillips are kind of facing each other?
14  **A.   Right.**
15        MR. SIEGEL:  Okay.  All right.  Let's go
16 a few more seconds.
17        MS. MEEK:  Starting at 16.
18        (Thereupon, a video recording of Exhibit
19 17 was played.)
20 BY MR. SIEGEL:
21    Q.   Do you see now Phillips has turned to
22 his left -- I mean, to his left a little bit,
23 right?
24  **A.   Right.**
25    Q.   And he's looking -- he's not looking at

---

231

1 you now, right?
2  **A.   Correct.**
3    Q.   He is looking -- you are sort of looking
4 at him, but he's not looking at you, right?
5  **A.   Right.**
6    Q.   He's looking up towards his left?
7  **A.   Right.**
8        MR. SIEGEL:  Where are we now, at 20
9 seconds?
10        MS. MEEK:  Yes.
11 BY MR. SIEGEL:
12    Q.   And so right now, the -- the student who
13 is standing right in front of Phillips is
14 Cammeron, right?
15  **A.   Correct.**
16        MR. SIEGEL:  Okay.  So let's go -- just
17 another second frame by frame.
18        (Thereupon, a video recording of Exhibit
19 17 was played.)
20        MR. SIEGEL:  Now stop.  Where are we
21 now?
22        MS. MEEK:  21 seconds.
23 BY MR. SIEGEL:
24    Q.   Now, Cammeron has just moved over,
25 right?

---

232

1  **A.   Right.**
2    Q.   Moved over to his right?
3  **A.   Right.**
4    Q.   So he is no longer standing in front of
5 Phillips, right?
6  **A.   Right.**
7    Q.   And so do you know why Mr. Phillips
8 turned to his left after first facing you and
9 looked towards his left?
10  **A.   No.**
11    Q.   Is it possible that he was trying to see
12 if Cammeron and you would move out of his way?
13        MR. McMURTRY:  Objection.
14  **A.   That's possible.  But if you rewind the**
15 **video a couple of seconds, you will see that**
16 **there was a lot less students to go through if he**
17 **had gone to my right, which the other angle shows**
18 **when his companion gets up next to him.**
19    Q.   At this -- right now, you are saying
20 there is lots of room on the right?
21  **A.   No.  I'm saying if you rewind it a**
22 **couple seconds ago, you will see a lot less**
23 **students, and they are a lot more spread out to**
24 **my right.**
25        MR. SIEGEL:  Let's go back a couple --

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

59 (233 to 236)

233

1    MR. McMURTRY:  To his right.
2    BY MR. SIEGEL:
3    Q.  You are saying to your --
4    A.  No.  To -- to my left.  My right now on
5    the video.
6    MR. McMURTRY:  We are at five hours now.
7    You can go over, but --
8    MR. SIEGEL:  Are we?
9    MR. McMURTRY:  Yes.
10   MR. SIEGEL:  Okay.  Let's go back over
11   those two frames.
12   MS. MEEK:  Starting at 19 seconds.
13   (Thereupon, a video recording of Exhibit
14   17 was played.)
15   MR. SIEGEL:  Okay.  So keep going.
16   THE WITNESS:  Right there.
17   BY MR. SIEGEL:
18   Q.  Okay.  So -- so your testimony is that,
19   if I understand what you are saying, is that if
20   Mr. Phillips at that point wanted to try to
21   find -- find a path, he could have made a better
22   decision by looking to your right?
23   A.  Right.  He could have gone around that
24   kid with what I think is a Notre Dame Irish
25   beanie on and gotten all the way up to the kid

234

1    with both the sweatshirt and the red hat.
2    Q.  And it's your testimony he should have
3    walked right through those snow piles?
4    A.  Why?  I mean, what -- why wouldn't he be
5    able to?  Is there a chance that he would have
6    fallen maybe?
7    Q.  Your testimony is that a 65-year-old man
8    should have just walked right through the snow
9    piles.  Do you see there are like three snow
10   piles on the three steps?
11   A.  Oh, I mean --
12   Q.  Is it visible here?
13   MR. McMURTRY:  You don't need to argue
14   it out with him.  Just -- just answer the
15   question.  Is there a question?
16   A.  My --
17   MR. McMURTRY:  Wait a second.  Let's see
18   if there's a question.
19   BY MR. SIEGEL:
20   Q.  I just want to say, your testimony is
21   that a roughly 65-year-old man could have walked
22   up through those three snow piles to your right?
23   MR. McMURTRY:  First off, objection.
24   You have already suggested that Nick should have
25   walked up that way as if he did something wrong.

235

1    If you can answer --
2    MR. SIEGEL:  No, I didn't say that.  But
3    go ahead.
4    MR. McMURTRY:  Well, it is the same
5    frame.  No, it is the same frame.  Right in
6    there, where you said everybody was moving and
7    there was space for him to move, that is where he
8    would -- you were suggesting that Nick move.  Now
9    you are calling into question Nick's judgment by
10   suggesting his suggestion that Phillips do --
11   MR. SIEGEL:  No, what I'm asking is why
12   is it his testimony that he somehow was
13   encumbered but a 65-year-old man, roughly
14   65-year-old man, in his view --
15   MR. McMURTRY:  And you argued the
16   opposite point.  But now you are arguing his
17   side.  You are just arguing both sides.  That's
18   all I'm saying.
19   But go ahead and answer the question.
20   A.  My -- my testimony is that if I -- if I
21   would have been able to move out of the way, then
22   he should have been able to go up.
23   I mean, that's two sides of the same
24   coin.  If -- if it's dangerous for me to move,
25   it's dangerous for him.

236

1    If it wasn't for him, then it wouldn't
2    have been for me either.
3    It seems like Mr. Phillips and I both
4    made the same judgment right here that we both
5    prefer not to move on the snow and ice.  That is
6    my point.
7    Q.  And your contention is you made a
8    different judgment than all the other students
9    who were standing on those same steps and moved
10   to the side?
11   A.  Yes, the same way that Phillips did.
12   Q.  Well, how do you know what judgment
13   Phillips made?
14   A.  Because I -- I saw what judgment he made
15   because I was two feet in front of him and I saw
16   where he moved.
17   Q.  You don't know what was in his mind?
18   A.  Oh, I'm not -- I'm not claiming I knew
19   what was in his mind.  I'm saying I saw the
20   result of his thinking in his actions.
21   Q.  Right.  So let's go back to the
22   question.  Right?
23   A.  Okay.
24   Q.  So we have established that initially
25   you and Phillips came face to face?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

60 (237 to 240)

---

237

1   A.   Right.
2   Q.   And Phillips turns to his left?
3   A.   Right.
4   Q.   He is looking at Cammeron?
5   A.   Right.
6   Q.   Right?  And Cammeron moves --
7   A.   Right.
8   Q.   -- to the right?  And then Phillips
9   turns back towards you, right?
10  A.   Right.
11  Q.   So isn't it possible that Mr. Phillips
12  at that point was trying to see if you all would
13  create a path to his left --
14       MR. McMURTRY:  Objection.
15  BY MR. SIEGEL:
16  Q.   -- so he could move that way?
17  A.   Correct.  But I don't think there is a
18  difference.  Because the way this is being shaped
19  is that if I moved, he would have had a safer
20  path.  When in reality, the conditions on my
21  left, where we can see that it's clear and where
22  I actually was, were the same; and mine, if not,
23  might have been a little worse.
24  Q.   Well, again, that is not my question.
25       My question is, it's possible that

---

238

1   Phillips was, when he turned to his left and
2   looked at Cammeron and Cammeron moved out of the
3   way, looked back and looked at you, that Phillips
4   was trying to see if you guys would both move to
5   create a path for him to go towards what would
6   now be where you are standing?
7        MR. McMURTRY:  Objection.
8   BY MR. SIEGEL:
9   Q.   Slightly to your right.  Isn't that
10  possible?
11       MR. McMURTRY:  Objection.  Go ahead.
12  A.   It's possible he was thinking that.
13  Again, he never made that clear.
14  BY MR. SIEGEL:
15  Q.   He never made that clear, meaning he
16  didn't articulate it --
17  A.   Correct.
18  Q.   -- to you at the -- at the moment?
19  A.   Correct.
20       MR. SIEGEL:  Okay.  Okay.  Let's just go
21  a little bit more.
22       MS. MEEK:  We were just discussing a
23  frame at 20 seconds.  I will continue the video
24  from that point.
25       MR. McMURTRY:  We are at five hours and

---

239

1   six minutes.
2        MR. SIEGEL:  Okay.
3        MR. McMURTRY:  I'm not stopping you.
4   I'm just telling you.
5        (Thereupon, a video recording of Exhibit
6   17 was played.)
7        MS. MEEK:  I just paused at 32 seconds.
8   BY MR. SIEGEL:
9   Q.   Okay.  So again, at this point in the
10  video there are students behind you who have
11  parted as well, right, or moved, moved to the
12  side?
13  A.   Right.
14       MR. SIEGEL:  Okay.  All right.  Let's
15  quickly -- we will do part of one more video and
16  then we will stop.  Okay?  I think that would be
17  sort of a logical breaking point.
18       MR. McMURTRY:  That's fine.
19       MR. SIEGEL:  Obviously, for the record,
20  it will be less time tomorrow.
21       MR. McMURTRY:  Video -- which is the
22  video?
23       MR. SIEGEL:  I'm sorry.  Exhibit 18,
24  which is video 17 of the stip.  Sorry.  1 minute,
25  55 seconds.

---

240

1        (Thereupon, a video recording of Exhibit
2   18 was played.)
3        MR. SIEGEL:  Let's go 10 more seconds.
4        (Thereupon, a video recording of Exhibit
5   18 was played.)
6   BY MR. SIEGEL:
7   Q.   It looks like you were sort of cupping
8   your mouth, maybe yelling something there.  Do
9   you want to look at it again?
10       MR. SIEGEL:  Just do a quick --
11       MS. MEEK:  This is at 2 minutes and 25
12  seconds.
13       (Thereupon, a video recording of Exhibit
14  18 was played.)
15  A.   Yes.
16  BY MR. SIEGEL:
17  Q.   What were you -- do you know what you
18  were yelling?
19  A.   I do not.
20  Q.   Okay.  So, again, at this point, there
21  are several rows of students between you and the
22  camera, right?
23  A.   Correct.
24       MR. SIEGEL:  Okay.  Let's restart.
25       MS. MEEK:  Restarting at 2 minutes and

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

241

1  25 seconds.
2      (Thereupon, a video recording of Exhibit
3  18 was played.)
4      MR. SIEGEL: We can keep going.
5      (Thereupon, a video recording of Exhibit
6  18 was played.)
7      MR. SIEGEL: Okay. So now we are at --
8  where are we at now, Jessie?
9      MS. MEEK: 2 minutes and 45 seconds.
10 BY MR. SIEGEL:
11  Q.  Okay. So, again, there are still two or
12 three rows of students between you and the
13 camera?
14  A.  Yes.
15     MR. SIEGEL: Okay. Keep going.
16     (Thereupon, a video recording of Exhibit
17 18 was played.)
18 BY MR. SIEGEL:
19  Q.  So --
20     MS. MEEK: We just paused at 3 minutes
21 and 7 seconds.
22 BY MR. SIEGEL:
23  Q.  Okay. So now you're -- you're -- from
24 this angle, you're -- the fellow who you don't
25 know is to your right, right, behind you in the

242

1  black hoodie?
2      Who is the fellow in the Notre Dame hat
3  right behind you, a little to your left?
4  A.  I think I was able to identify him on
5  the stills. It's kind of hard to right here.
6  But I would assume -- I would guess, based off
7  this picture, that it's Chase Donahue.
8  Q.  Chase Donahue? Okay.
9  A.  I could be wrong.
10  Q.  Is he somebody you knew?
11  A.  He was in my grade, yeah.
12     MR. SIEGEL: Okay. Let's go ahead.
13     (Thereupon, a video recording of Exhibit
14 18 was played.)
15 BY MR. SIEGEL:
16  Q.  Okay. From that angle, Nick, didn't you
17 just move over to your right a little?
18  A.  Can you rewind it?
19     MR. SIEGEL: Sure.
20     MR. McMURTRY: Can you go frame by frame
21 backwards?
22     MS. MEEK: Not on a VLC player. I'm
23 starting at 3:07.
24     MR. McMURTRY: Do it frame by frame,
25 please.

243

1      I mean, I can't -- you say this stuff.
2  I can't see it. I'm just trying to know whether
3  I need to object or not.
4      You are saying he moved forward. Can
5  you identify where he moved --
6      MR. SIEGEL: No. My question was, you
7  moved to your right?
8      (Thereupon, a video recording of Exhibit
9  18 was played.)
10     MS. MEEK: We just did frame by frame
11 from 3:07 to 3:12.
12 BY MR. SIEGEL:
13  Q.  So from that vantage point, Nick, is
14 when you moved some to your right?
15  A.  I answered so as I may have. It's
16 somewhat hard to tell with the video. Whoever
17 recorded this, it's kind of shaky. I could have.
18 It's -- it's -- I can't put a definite answer on
19 it.
20  Q.  Okay. And at this point, it looks like
21 there are still maybe one or two rows of students
22 between you and the camera?
23  A.  Correct.
24     MR. SIEGEL: Okay. Let's keep going
25 realtime.

244

1      MS. MEEK: Starting at 3 minutes and 12
2  seconds.
3      (Thereupon, a video recording of Exhibit
4  18 was played.)
5      MS. MEEK: Paused at 3 minutes and 32
6  seconds.
7  BY MR. SIEGEL:
8  Q.  Okay. So at this point, Nick, am I
9  correct that the student to your left as you are
10 looking from the stairs is Beau?
11  A.  Yes.
12  Q.  Okay. And do you see on your right,
13 there is a student in a -- like a gray hoodie and
14 a blue or black ski hat?
15  A.  Yes.
16  Q.  Do you know who that is?
17  A.  Yes.
18  Q.  Who's that?
19  A.  That's Joe Kiely.
20  Q.  Joe Kiely. Okay. So Joe Kiely is on
21 your right and Beau's on your left. I will try
22 to remember those names.
23     And the guy -- the guy -- there is a guy
24 who you don't know, right, a row behind, between
25 you and Beau?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

62 (245 to 248)

245

1   A.   Correct.
2   Q.   You are a little bit to his right.  Beau
3 is a little bit to his left.  Right?
4   A.   Yes.
5      MR. SIEGEL:  Okay.  Let's go.
6      MS. MEEK:  Continuing on from 3:32.
7      (Thereupon, a video recording of Exhibit
8 18 was played.)
9      MS. MEEK:  Paused at 3:37.
10 BY MR. SIEGEL:
11   Q.   Okay.  So now Beau's -- Beau's sort of
12 moving over to the side, right?  He is moving
13 over to your left.  And the other guy, the blue
14 ski hat --
15   A.   Joe.
16   Q.   -- Joe is moving over to your right?
17   A.   Right.
18   Q.   Okay.  And let's go -- okay.  And you
19 are still standing in front of the fellow with
20 the black sweatshirt sort of to his right, right?
21   A.   Right.
22      MR. SIEGEL:  Okay.  Let's play it.
23      MS. MEEK:  Playing from 3 minutes and 37
24 seconds.
25      (Thereupon, a video recording of Exhibit

246

1 18 was played.)
2      MS. MEEK:  Paused at 3 minutes and 42
3 seconds.
4 BY MR. SIEGEL:
5   Q.   Okay.  Nick, do we see you look down
6 again?
7   A.   Yeah.
8   Q.   And did you move a little bit over to
9 your left?
10   A.   My left?
11   Q.   Your left as you were standing there?
12   A.   Can you replay it?
13      MR. SIEGEL:  Sure.
14      MS. MEEK:  Going back to 3:37.  We will
15 pause at 3:42.
16 BY MR. SIEGEL:
17   Q.   Just to get it into the record, so now
18 you are to the right of the fellow in the black
19 sweatshirt who you don't know, right?
20   A.   Right.
21      MR. SIEGEL:  Go ahead and play it.
22      (Thereupon, a video recording of Exhibit
23 18 was played.)
24 BY MR. SIEGEL:
25   Q.   It seems like you just moved over a

247

1 little to your left?
2   A.   I think the guy behind me moved.  I
3 think I kind of -- if I moved over, it may have
4 been two inches, an inch.  I think I was just
5 kind of resetting my footing on the step.
6      MR. McMURTRY:  We do need to wrap it up.
7 BY MR. SIEGEL:
8   Q.   Okay.  So -- so you may have been
9 repositioning yourself a little bit, just
10 resetting your footing?
11   A.   Yeah, resetting my footing.  If I moved,
12 it was very minimal to where it was not -- was
13 not noticeable, for the most part, besides when
14 you slow down the frame.
15   Q.   Well, you say it's not noticeable for
16 the most part.  Can you say that it's absolutely
17 not noticeable to somebody who was watching this
18 at the time?
19   A.   No.  I'm -- I'm just saying that the
20 movement in which I did was minimal.  It's not
21 like I slid over a foot or two.  I moved six
22 inches at the most.
23      MR. SIEGEL:  Okay.  And at this point,
24 you're -- let's go six more seconds, and then we
25 will --

248

1      MS. MEEK:  Starting at 3:42.
2      MR. SIEGEL:  Yes.
3      (Thereupon, a video recording of Exhibit
4 18 was played.)
5 BY MR. SIEGEL:
6   Q.   So at this point, you are right in front
7 of Nathan Phillips, right?
8   A.   Right.
9      MR. SIEGEL:  Okay.  Let's call it a day
10 and come back tomorrow.
11      MR. McMURTRY:  See you in the morning.
12      MR. SIEGEL:  For my prep purposes, how
13 long did we go today?
14      THE VIDEOGRAPHER:  Counsel, would you
15 like to go off the record and I can tell you the
16 full amount?
17      MR. SIEGEL:  Sure.
18      THE VIDEOGRAPHER:  We are going off the
19 record.  The time is 3:39 p.m.
20      (Off the record at 3:39 p.m.)
21 Tuesday, September 14, 2021 Continuation of the
22 deposition of Nicholas Sandmann
23      THE VIDEOGRAPHER:  This begins day two,
24 continuing the deposition of Nicholas Sandmann in
25 the matter of Nicholas Sandmann, et al. versus

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

63 (249 to 252)

249

1  NBCUniversal Media, LLC, Case Number
2  19-CV-00056-WOB-CJS, and Nicholas Sandmann, et
3  al. versus The New York Times Company dba The New
4  York Times, Case Number 20-CV-00023-WOB-CJS, and
5  Nicholas Sandmann, et al. versus CBS News,
6  Incorporated, et al., Case Number
7  20-CV-00024-WOB-CJS, and Nicholas Sandmann, et
8  al. versus ABC News, Incorporated, et al., Case
9  Number 2:20-CV-00025-WOB-CJS, and Nicholas
10 Sandmann, et al. versus Gannett Company,
11 Incorporated, et al., Case Number
12 2:20-CV-00026-WOB-CJS, and Nicholas Sandmann, et
13 al. versus Rolling Stone, LLC, et al., Case
14 Number 2:20-CV-00027-WOB-CJS, all cases filed in
15 the United States District Court Eastern District
16 of Kentucky Northern Division at Covington.
17      Today's date is Tuesday, September 14th,
18 2021.  The time on the video monitor is now
19 9:16 a.m. eastern daylight time.
20      The videographer today is John Parkman
21 representing Planet Depos.
22      This video deposition is taking place
23 remotely via Zoom video conference.
24      Would counsel please voice-identify
25 themselves and state whom they represent?

250

1      MR. McMURTRY:  Todd McMurtry here
2  representing the Plaintiff, Nicholas Sandmann.
3      MR. SIEGEL:  Nathan Siegel, Davis,
4  Wright, Tremaine, representing ABC.
5      MR. FORD:  Darren Ford representing
6  NBCUniversal, LLC, and The New York Times
7  Company.
8      MR. SHOOK:  Kevin Shook representing
9  Rolling Stone.
10      MS. KRISHNAN:  Meenu Krishnan
11 representing ABC.
12      MR. ABATE:  Michael Abate representing
13 Gannett Satellite Information.
14      MR. GRYGIEL:  Michael Grygiel, Greenberg
15 Traurig, also representing Gannett and Gannett
16 Satellite.
17      MS. SPEARS:  Natalie Spears representing
18 CBS Defendants.
19      MR. CRAIG:  Bob Craig for Defendant ABC.
20      MR. GOELLNER:  Ryan Goellner for
21 Defendants Rolling Stone and Penske Media.
22      MR. HUBER:  Will Huber for Plaintiff
23 Nick Sandmann.
24      THE VIDEOGRAPHER:  The court reporter
25 today is Dianna Kilgalen also representing Planet

251

1  Depos.
2      Will the reporter please swear in the
3  witness?
4      MR. SIEGEL:  Before you do, before we go
5  on the record, can you hear me okay?  I ask only
6  because yesterday, there was a microphone in
7  front of me, but I don't think I have one yet
8  today, so.
9      THE REPORTER:  I can hear you fine,
10 Mr. Siegel.
11      MR. SIEGEL:  Okay.  But we can start.
12 Go ahead.  You can swear the witness in.  Wait.
13 Yeah.
14      MR. McMURTRY:  We don't need to.
15      MR. SIEGEL:  We waive -- he's already
16 sworn.
17      THE REPORTER:  Okay.
18      MR. SIEGEL:  We all agree to that.
19 Okay?
20      THE REPORTER:  Okay.
21      MR. SIEGEL:  And everything is fine with
22 the video?
23      THE VIDEOGRAPHER:  Yes, sir.  You may
24 proceed.
25      MR. SIEGEL:  Okay.  Great.

252

1           P R O C E E D I N G S
2      NICHOLAS SANDMAN, having been previously
3  duly sworn, was recalled and testified as
4  follows:
5   EXAMINATION BY COUNSEL FOR THE DEFENDANTS ABC
6  NEWS, INC., ABC NEWS INTERACTIVE, INC., AND THE
7            WALT DISNEY COMPANY
8  BY MR. SIEGEL:
9   Q.  Good morning, Nick.  We are going to
10 continue with some of the video we were showing.
11 And I will ask if you can just try to pay
12 attention on this to what you can hear from the
13 crowd.  Okay?  Thanks.
14      So we are going to start at Exhibit 18,
15 which is video 17 on the stip.
16      MS. MEEK:  It is video 19.
17      MR. SIEGEL:  I'm sorry.  Why don't you
18 call it out?  You will --
19      MS. MEEK:  We are starting on Exhibit 18
20 at 4 minutes and 38 seconds.
21      MR. SIEGEL:  She has it as video 17.  I
22 just want to make sure there is no --
23      MS. MEEK:  Maybe it was adjusted later.
24      MR. SIEGEL:  Yeah.  It's video 17.
25      MS. MEEK:  This one is video 2.

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

253

1    MR. SIEGEL:  Right.  Exhibit 18, video
2  2 -- video 17.  Okay.  We will go with that.  I
3  will double check it just to make sure of it.
4        (Thereupon, a video recording of Exhibit
5  18 was played.)
6  BY MR. SIEGEL:
7    Q.   Do you -- do you hear a couple of kids
8  saying:  You can't move him?
9    A.   No.  You can replay it.
10       MR. SIEGEL:  Yeah.  Let's replay it.
11       MS. MEEK:  Starting again at 4:38.
12       (Thereupon, a video recording of Exhibit
13  18 was played.)
14  BY MR. SIEGEL:
15    Q.   Did you hear that?
16    A.   Yes.
17    Q.   Okay.  Did you hear that at the time?
18    A.   I'm not sure if I did.  And from this, I
19  can't really tell who said it.
20    Q.   Okay.  And what do you understand it to
21  mean?
22       MR. McMURTRY:  Objection.  Go ahead.
23    A.   I understand that based off whoever --
24  whoever said it, whether it was a student from
25  Cov Cath, a third party or someone associated

254

1  with Mr. Phillips, that Mr. Phillips would be
2  unable to move me.
3  BY MR. SIEGEL:
4    Q.   Okay.  Do you -- whoever said it, right,
5  do you think it would be fair to say that that
6  could be interpreted as taunting Mr. Phillips?
7       MR. McMURTRY:  Objection.
8    A.   No.
9  BY MR. SIEGEL:
10    Q.   And why not?
11    A.   Because I -- whoever said it was, I
12  think -- or I think was noticing how close
13  Mr. Phillips was to me and simply stating the
14  obvious, that Mr. Phillips could not move me.
15    Q.   Okay.  So, what, they were in your --
16  so --
17       MR. McMURTRY:  He answered the question.
18       MR. SIEGEL:  No.  That's fair.
19  BY MR. SIEGEL:
20    Q.   And so, your -- in your opinion, they
21  weren't in any way -- well, I will rephrase it.
22       Do you think that was disrespectful to
23  Mr. Phillips, whoever said it?
24       MR. McMURTRY:  Objection.
25    A.   No, because I don't think Mr. Phillips

255

1  has a right to move me.
2  BY MR. SIEGEL:
3    Q.   Okay.  Would it be fair to say that
4  people -- someone could reasonably disagree with
5  you about whether that was disrespectful to him
6  in that moment?
7       MR. McMURTRY:  Objection.
8    A.   I disagree with that.
9       MR. SIEGEL:  Yeah, I understand you
10  would disagree with it.
11    A.   No, I don't think it's reasonable to
12  think that.
13    Q.   Okay.  So you -- you think that your
14  opinion is the only reasonable opinion?
15       MR. McMURTRY:  Objection.
16    A.   I didn't say that.  I think it's just
17  unreasonable to think that it would be respectful
18  to be able to move me out of the way.
19  BY MR. SIEGEL:
20    Q.   Well, what the person said was:  You
21  can't move him, right?
22    A.   Right.
23    Q.   So what -- so why do you think it would
24  be disrespectful to think that Mr. Phillips could
25  move you out of the way?

256

1    A.   Because Mr. Phillips and I have never
2  known each other for our entire lives, and for
3  him to physically move me out of the way would
4  involve him in some way using some kind of force
5  to alter where I was.  And to me, that's very
6  disrespectful to put your hands on someone you
7  don't know.
8    Q.   Okay.  What about, do you think it would
9  be disrespectful for Mr. Phillips to -- strike
10  that.
11       Okay.  Let's keep going.
12       MS. MEEK:  Starting at 4:43.
13       MR. SIEGEL:  Listen here, because it's
14  literally like two or three seconds.  Okay?  We
15  will replay it, if we need to.
16       (Thereupon, a video recording of Exhibit
17  18 was played.)
18  BY MR. SIEGEL:
19    Q.   Did you hear somebody say:  Get him?
20    A.   It kind of cut off.
21       MR. SIEGEL:  It actually was
22  literally -- listen to it again.
23       (Thereupon, a video recording of Exhibit
24  18 was played.)
25    A.   Yes, I hear that.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

65 (257 to 260)

257

BY MR. SIEGEL:
1
2    Q.   Okay.  Did you hear that at the time?
3    A.   It's possible.
4    Q.   Do you know who said either one of
5  those?
6    A.   No.
7    Q.   Okay.  What do you understand it to
8  mean?
9        MR. McMURTRY:  Objection.  Go ahead.
10   A.   To be honest, I don't really know what
11  they mean by that.  I -- I don't -- I don't
12  really know.
13  BY MR. SIEGEL:
14   Q.   Okay.  Could that be interpreted as
15  disrespectful to Phillips?
16       MR. McMURTRY:  Objection.
17  BY MR. SIEGEL:
18   Q.   In your opinion.
19   A.   That could be interpreted.
20   Q.   Okay.  Now, at this point -- let's
21  just --
22       MR. SIEGEL:  For the record, the time
23  code?
24       MS. MEEK:  4 minutes and 46 seconds.
25  BY MR. SIEGEL:

258

1    Q.   Okay.  So at this point, there is
2  still -- this is a little bit of an angle, but
3  there are still several rows of space behind you,
4  right, where there -- where there are not any
5  kids?
6    A.   Correct.
7        MR. McMURTRY:  Objection.  Go ahead.
8    A.   Correct.
9        MR. SIEGEL:  Okay.  Let's keep playing
10  it.
11       (Thereupon, a video recording of Exhibit
12  18 was played.)
13       MS. MEEK:  I just paused at 5 minutes.
14  BY MR. SIEGEL:
15   Q.   Okay.  So in that roughly 15 seconds we
16  saw, right, the students have all kind of filled
17  back in, right?
18   A.   Right.
19   Q.   And so you have several kids that are
20  right behind you at that point and closer on your
21  side, et cetera, right?
22   A.   Correct.
23   Q.   Okay.  And you testified before that the
24  longer it went on, the more I felt like getting
25  out of there; at first I didn't want to; then

259

1  when I did, I realized I didn't have the option.
2  Was this about the point where you were sort of
3  thinking I wish I could get out of here?
4    A.   Yes.  After a couple minutes, when I
5  realized that he wasn't going to move around me
6  or go anywhere else, it started to make me feel
7  uncomfortable.  Because in my opinion, it was
8  very awkward, and I -- I just felt as if the
9  longer he stayed there, the more weird the
10  encounter was, which made me want to leave more.
11       MR. SIEGEL:  Okay.  Let's go to -- can
12  you hand, Nick and Todd, Exhibit 19, which is --
13  the Bates numbers are NS 105 and 106.
14       Nick, you have the same initials as me,
15  and this completely confounds me throughout this
16  case.  I keep thinking I'm looking at my name.
17  BY MR. SIEGEL:
18   Q.   So this is -- this appears to be --
19  well, you tell us what this is.
20   A.   This is an e-mail I sent the time day
21  after the encounter to my principal.
22   Q.   Okay.  And I take it you -- you wrote
23  this, right?
24   A.   Correct.
25   Q.   Okay.  I'm going to try to go -- do you

260

1  see the sentence that's maybe about a third of
2  the way down where it says:  We did the normal
3  spirit cheers?
4        I'm actually going to start on the next
5  one, which says:  At this point, I was in the
6  middle surrounded.
7    A.   Okay.
8        MR. McMURTRY:  Where are we?
9    A.   I see it, at this point.
10  BY MR. SIEGEL:
11   Q.   So you say:  At this point, I was in the
12  middle surrounded by all other 250-ish students.
13       So do you -- when you said 250-ish in
14  the e-mail, do you believe that is about accurate
15  in terms of the number of students who were
16  there?  And Covington students, is what I mean.
17   A.   To be honest, at this point -- and even
18  now I don't know the actual total number of
19  students there.  And at the time of writing this
20  e-mail, I was under a lot of duress and just
21  writing off the top of my head.  So I would not
22  take this 250 number literally.
23   Q.   Okay.  Fair enough.
24       So a couple of sentences later, you say:
25  Our students moved out of his way.  It was as if

---

**261**

1 he was trying to make a path through our section,
2 which was obviously unsafe.
3 So it appeared to you that Phillips was
4 trying to make a path through the students?
5 **A. Yes, based off their reaction.**
6 Q. Okay. Did you think all the other
7 students were doing something that was unsafe?
8 **A. No. I -- I meant, obviously, unsafe,**
9 **and then as in unsafe that Nathan Phillips was**
10 **walking through our section.**
11 Q. No, I understand that. I'm sorry. I --
12 I -- that was a confusing question.
13 Did you think that by making a path for
14 Mr. Phillips, right, so that he continued to walk
15 forward, the other students were allowing him to
16 do something that was unsafe? Is that clear?
17 **A. Yes. I --**
18 MR. McMURTRY: Objection to the form of
19 the question. Go ahead. Sorry.
20 **A. I meant this as what Nathan Phillips was**
21 **doing was unsafe for us as students.**
22 BY MR. SIEGEL:
23 Q. Okay. And why did you think it was
24 unsafe?
25 **A. As I testified earlier, this is based**

**262**

1 **off of my understanding of how field trips**
2 **operate ever since I had been in first grade,**
3 **which was that we don't -- we don't let, you**
4 **know, strangers who are not affiliated or cleared**
5 **with the school to walk through that closely to**
6 **us.**
7 **I mean, our school even has whole**
8 **programs set up to like basically background**
9 **checking, clear volunteers. So this was out of**
10 **the ordinary to me.**
11 Q. Okay. Did you feel like you had better
12 judgment about what was safe at that moment than
13 Mr. Phillips?
14 MR. McMURTRY: Objection. Go ahead.
15 **A. I wasn't really -- I wasn't really**
16 **thinking as to -- in the moment as to what --**
17 **whether Mr. Phillips was or was not thinking**
18 **about what was safe. I was only reacting off of**
19 **what I was thinking.**
20 BY MR. SIEGEL:
21 Q. Okay. You then say -- you also write to
22 Principal Roe: As he approached me, he realized
23 I was not moving and locked eye contact with me.
24 Right?
25 **A. Right.**

**263**

1 Q. So your perception was that Phillips
2 realized you were not moving, and then he locked
3 eye contact with you?
4 **A. Correct.**
5 MR. McMURTRY: Objection. Go ahead.
6 BY MR. SIEGEL:
7 Q. Did you feel like the two of you were at
8 an impasse?
9 MR. McMURTRY: Objection. Go ahead.
10 **A. In some form of it, yes.**
11 BY MR. SIEGEL:
12 Q. Okay. Isn't it possible he locked eye
13 contact with you because he realized you were the
14 only student who wasn't moving and he perceived
15 that you were intentionally blocking him?
16 MR. McMURTRY: Objection.
17 **A. I don't think that's possible.**
18 BY MR. SIEGEL:
19 Q. Why?
20 MR. McMURTRY: Objection.
21 **A. Because when he first looked at me, he**
22 **was still next to Joe and the other student on my**
23 **right, left on the video. And so there is no way**
24 **for me to block him when I'm five or six feet**
25 **away from him. He waited to come up to me and**

**264**

1 **then claim that I blocked him.**
2 Q. So when do you maintain he first --
3 he -- let's go back a second.
4 The other students are parting, right?
5 At what point do you maintain that
6 Phillips locked eye contact with you?
7 **A. At some -- at some point before -- a**
8 **couple of seconds before he approached me. He**
9 **looked at me and then walked towards me.**
10 Q. So he was -- wasn't he walking -- he was
11 walking through the students, right?
12 **A. Right.**
13 Q. And he was walking forward, right?
14 **A. Right.**
15 Q. So he was walking towards you, right?
16 **A. Right.**
17 Q. And then stopped in front of you?
18 **A. No. Because as we saw yesterday, he**
19 **went a little bit to the left, and then he came**
20 **back.**
21 Q. Well, Correct. So he first stopped in
22 front of you?
23 MR. McMURTRY: Objection.
24 BY MR. SIEGEL:
25 Q. And then he went a little to the left.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

67 (265 to 268)

265

1  Then he looked back to you, right?
2      MR. McMURTRY: Objection.
3      **A.  Right.**
4  **BY MR. SIEGEL:**
5      Q.   We saw that on the video, right?
6      **Right.**
7      Q.   So he -- it's the point where you say --
8  you are saying he locked eye contact with you
9  when he kind of first came to you, before he
10 moved to the -- before he looked to the left and
11 then looked back?
12     **A.  Well, I think -- I -- when I describe**
13 **when he locked eye contact with me, that was when**
14 **he came back after he had gone off to the left.**
15     Q.   Got it. Okay.
16         Okay. So we saw this on the video,
17 right, when he first approached you, approached
18 where you were, right?
19     **A.  Uh-huh.**
20     Q.   And then he looked to the left?
21     **A.  Right.**
22     Q.   He looks at Cammeron? Is that Cammeron?
23     **A.  I think Cammeron and Joe.**
24     Q.   So Cammeron. And then Cammeron moves
25 over?

266

1      **A.  Uh-huh.**
2          MR. McMURTRY: You need to answer yes.
3  BY MR. SIEGEL:
4      Q.   Right? Yes? Looks back at you, right?
5  And you don't move.
6          So why do you contend it's not possible
7  that he locked eye -- that he at that point
8  locked eye contact with you because he realized
9  you were the only student who wasn't moving?
10         MR. McMURTRY: Objection. I don't
11 understand the question.
12         MR. SIEGEL: Fair enough.
13     **A.  I don't understand it either.**
14 **BY MR. SIEGEL:**
15     Q.   So why do you contend at that point
16 he -- Joe had just moved, right?
17     **A.  Right.**
18     Q.   Other students had moved as he
19 approached where you were, right?
20         So why do you contend that it's
21 impossible that he locked eye contact with you
22 because he realized that you were the only
23 student who wasn't moving and so his perception
24 was that you were trying to block him?
25         MR. McMURTRY: Objection.

267

1      **A.   That is a question that can't be --**
2  **that's compounded in a way that doesn't allow me**
3  **to answer it correctly.  I contend that he locked**
4  **eyes with me because I wasn't moving, but I did**
5  **not block him.**
6  **BY MR. SIEGEL:**
7      Q.   Well, I -- I understand that that's what
8  you contend. Okay?
9      **A.  Yes.**
10     Q.   But my question is, okay, so he locks
11 eye contact with you because you weren't moving?
12     **A.  Right.**
13     Q.   Right?
14         MR. McMURTRY: Objection. I don't think
15 he testified that he locked eye contact with him.
16         MR. SIEGEL: That is exactly what he
17 just testified to.
18         MR. McMURTRY: Well, let's read it back
19 so I can be educated.
20         MR. SIEGEL: Okay.
21         MR. McMURTRY: If he -- he may have
22 answered one of your leading questions
23 incorrectly, but I mean --
24         MR. SIEGEL: I think you are really
25 crossing over the line here now, Todd.

268

1          MR. McMURTRY: I don't think --
2          MR. SIEGEL: I'm fine if you want --
3          MR. McMURTRY: Let's read it back so I
4  can see if that's what he said.
5          THE REPORTER: Exactly what do you want
6  me to read back, Counsel?
7          MR. SIEGEL: Maybe go one or two
8  questions back.
9          MR. McMURTRY: Sure. I guess we are off
10 the record.
11         MR. SIEGEL: Yes.
12         MR. McMURTRY: Your -- your contention
13 question is, is that --
14         THE REPORTER: We are not off the
15 record.
16         MR. McMURTRY: Okay. Well, go -- get
17 your question.
18         THE REPORTER: Do you want me to read it
19 back?
20         MR. McMURTRY: Yes.
21         THE REPORTER: One second.
22         MR. SIEGEL: I think it's somewhere in
23 the course of where Nick said something about a
24 compound question.
25         (Thereupon, the proceedings from Page

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

269

1  266, Line 21 to Page 267, Line 8 were read back
2  by the reporter.)
3      MR. SIEGEL: Okay?
4      MR. McMURTRY: Okay.
5      MR. SIEGEL: That's fine.
6  BY MR. SIEGEL:
7      Q.  So I understand you contend that --
8  so -- okay.  And I will rephrase the question.
9      So he locked eye contact with you
10 because you were the only student who wasn't
11 moving, right?
12 **A.  Yes.**
13     Q.  So couldn't he have perceived that you
14 were intentionally blocking him?
15     MR. McMURTRY: Objection.  Go ahead.
16 **A.  I mean, he could perceive whatever he**
17 **wants to.  That doesn't mean it's actually**
18 **truthful.**
19     MR. SIEGEL: Okay.  Let's go.
20     Q.  Do you see the sentence that has the
21 word "elder" in it?
22 **A.  Yes.**
23     Q.  I'm aware what happened to Elder; and as
24 I saw the cameras, I was determined to not have
25 that happen to our school.

270

1  **A.  Right.**
2      Q.  Can you explain what that means, what
3  you meant by that?
4  **A.  I used to remember more about it.  But**
5  **all I can basically remember is that Elder, which**
6  **is a high school in Cincinnati, it's in the**
7  **Catholic school system, played a basketball game**
8  **against another Catholic school, and they chanted**
9  **racial slurs at one of the basketball players,**
10 **the student section did.**
11     Q.  Okay.  And what about that -- what was
12 it about the event with Elder that you thought
13 related to what was happening at the memorial?
14 **A.  The fact that, as I was looking at**
15 **Nathan Phillips, I started to look more and more**
16 **at the background, and there were four, five**
17 **cameras that I could see, and that made me**
18 **uncomfortable.  And that's what -- that was what**
19 **I initially thought of.  Because we had had that**
20 **assembly just recently before we went on the trip**
21 **to DC.**
22     **So I -- I, for some reason, thought that**
23 **cameras could mean that, you know, something**
24 **viral happens and the school will look bad for**
25 **it, not necessarily the content of what they did**

271

1  **compared to what was happening there, but just,**
2  **you know, a news headline, which I didn't want.**
3      Q.  Okay.  You then say:  I am sure he
4  wanted to intimidate me or get a reaction as he
5  moved into my personal space and hit the drum
6  harder than he had before.
7      What reaction did you think Phillips
8  wanted to get out of you?
9  **A.  I would say something other than me --**
10 **something -- I think Nathan Phillips wanted a**
11 **reaction out of me that he could legitimately**
12 **claim was disrespectful.**
13     Q.  And why do you think that?
14 **A.  Because when he came -- when he walked**
15 **over, there was -- he already had people from the**
16 **indigenous people's rally filming before he had**
17 **even gotten -- gotten into the middle of the**
18 **group.  And in my opinion, you usually don't film**
19 **things unless you are expecting something to**
20 **happen.**
21     Q.  And what is the basis of your statement
22 that Nathan Phillips had people filming?
23 **A.  Based off what I noticed and then**
24 **footage afterwards where one of the men that was**
25 **filming and -- or one of the men that was a part**

272

1  **of the group with Nathan Phillips walks up to**
2  **Mr. Phillips and says:  We got him, Grandpa.  We**
3  **won.  We won.**
4      Q.  Okay.  And what did you understand that
5  man -- what do you understand that to mean?
6  **A.  To me, it means --**
7      Q.  Just for the record, we will show it
8  later, but I think that is the guy in the Reds
9  cap, right?
10 **A.  Right.**
11     Q.  So when the guy in the Reds cap -- when
12 the man in the Reds cap said that, what did you
13 understand that to mean?
14 **A.  To me that means that they got their**
15 **captured moment on camera and they planned to**
16 **post it, which turned out to be exactly what they**
17 **did.**
18     **Nathan Phillips was already behind a**
19 **camera at the Lincoln Memorial some like 45**
20 **minutes to an hour later, before I even knew what**
21 **was happening.**
22     Q.  Do you have any facts to support -- do
23 you know if the man in the Reds hat ever posted
24 anything on social media?
25 **A.  Personally, I am not sure.**

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

69 (273 to 276)

---

273

1    Q.   Do you believe he did?
2    A.   Well, I think that the other guy, the
3 guy in the white hat with the -- I'm not sure.
4 I -- I'm pretty -- I can't remember at this point
5 who had the camera, but I'm --
6    Q.   Well, we went over that earlier, right?
7    A.   Yes.
8    Q.   We were talking about a man in the Reds
9 hat?
10   A.   Yeah. I -- I think the video exists. I
11 don't know if it exists on social media. I think
12 it does, but --
13   Q.   Okay.
14   A.   -- I'm not -- I'm not entirely sure.
15   Q.   So other than that, do you have any
16 facts to support the contention that Nathan
17 Phillips had any involvement in asking,
18 suggesting, planning that anyone film this event?
19   A.   Yes. Because --
20   Q.   What is the basis of that?
21   A.   Because of what was said afterwards.
22        To me, when they come up to him
23 afterwards and say, we got him, we won, that
24 demonstrates a clear, for lack of a better word,
25 conspiracy between them to capture something.

---

274

1    Q.   Okay. And that's entirely based on the
2 assumption, right, that what you understood the
3 man in the Reds hat to mean when he said, we got
4 him, is that we got him on camera, right, we got
5 him on the camera?
6    A.   Right. And to be honest, they didn't
7 even have to capture me on their camera because
8 there was someone from the Black Hebrew
9 Israelites filming as well. There were other
10 random people filming.
11        The fact that it got on so many digital
12 cameras is enough to where they didn't need to
13 record it.
14        And even one of the people from the
15 Indigenous People's March did post it on social
16 media, the Titano (phonetically spelled) video.
17   Q.   Do you know if Nathan Phillips had
18 anything to do with Hyas Titano filming this
19 event?
20   A.   Not a -- no, not -- not completely.
21   Q.   But even a little bit?
22        MR. McMURTRY: Objection.
23 BY MR. SIEGEL:
24   Q.   What do you mean by -- fair enough.
25        What do you mean by not completely?

---

275

1    A.   I mean, I can't -- I can't a hundred
2 percent say for sure that an hour before this
3 that -- or five minutes before this, when they
4 saw something happening, that they spoke to each
5 other and said, hey, I'm going to go and you film
6 it. I -- I can't prove that.
7    Q.   Okay. In the next sentence, you say:
8 The only response I gave him was to be a bigger
9 person and stand there without responding.
10        And when you said -- when you wrote, the
11 only response I gave him to be -- was to be a
12 bigger person, did you mean to be a bigger person
13 than Mr. Phillips was being?
14   A.   Right.
15   Q.   Okay. Let's go to --
16        MR. McMURTRY: Are we done with 19?
17        MR. SIEGEL: We are done with 19. Let's
18 go to 20. And 20, for the record, is NS 102 to
19 104.
20 BY MR. SIEGEL:
21   Q.   Do you want to tell us what this is,
22 Nick?
23   A.   This was my first public statement
24 released to the world, I guess.
25   Q.   Okay. Go to the second page, which is

---

276

1 NS 103. And turn your attention to the second
2 paragraph, the one that says: I never felt.
3 Right?
4        So the statement says: I never felt
5 like I was blocking the Native American
6 protester. He did not make any attempt to go
7 around me. It was clear to me that he was
8 singling me out for a confrontation; although,
9 I'm not sure why.
10        Okay. Now, when -- you were standing in
11 front of him, right?
12   A.   Right.
13   Q.   Phillips -- Phillips couldn't have gone
14 forward without running into you, right?
15        MR. McMURTRY: Objection. Go ahead.
16 BY MR. SIEGEL:
17   Q.   I mean, if he just continued to move
18 forward, he would have physically knocked into
19 you?
20   A.   He would hit me, yes.
21   Q.   Right. So -- and you thought he should
22 have tried to go around you, right? And I think
23 you testified about that.
24        So if he needed to try to go around you
25 to move forward, how were you not blocking him?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

70 (277 to 280)

277

1    MR. McMURTRY: Objection.
2    A.   Because blocking requires some sort of
3  active attempt to cut someone off.
4    MR. SIEGEL: Right.
5    A.   And I did not -- I was -- I was standing
6  there.  He had the option to go around me
7  whatever way he would choose, or he could have
8  gone back out the way that he entered the group
9  and taken, you know, use of the hundreds of feet
10 of space that the memorial offers to get wherever
11 he was trying to get.
12   Q.   And you testified -- we testified before
13 on one of the other videos that was taken from
14 the top, right?
15   A.   Right.
16   Q.   That there were certainly people behind
17 him at that moment, right?
18   A.   Right.  But not near as many as there
19 were behind me.
20   Q.   Okay.  What does blocking mean to you?
21   MR. McMURTRY: Objection.  Go ahead.
22   A.   Blocking to me means that you actively
23 try to cut someone off from further continuing in
24 the way that they are trying to go.
25 BY MR. SIEGEL:

278

1    Q.   Okay.  So you were -- you were standing
2  there, right?
3    A.   Right.
4    Q.   And you were standing there
5  deliberately.  So -- so if he couldn't continue
6  to go in the way that he had been going and he
7  needed to go around you, how is that not blocking
8  him?
9    MR. McMURTRY: Objection to the form.
10   A.   Because at that point, he wasn't trying
11 to go anywhere else.
12   I mean, like you -- like you said, I
13 didn't know at that point that he wanted to go to
14 the Lincoln Memorial.  And when he's standing in
15 front of me with his drum, he's making no effort
16 or any kind of signal to me that he is trying to
17 move somewhere else.  Like, he is planted in
18 front of me.
19 BY MR. SIEGEL:
20   Q.   Okay.  You say that you didn't feel like
21 you were blocking --
22   A.   Right.
23   Q.   -- Mr. Phillips, right?
24   And why was that the way that you felt?
25   A.   Well, as I said --

279

1    Q.   Is that what you just said?
2    A.   Yes.  He wasn't trying to go anywhere.
3    Q.   But that -- your perception is that he
4  wasn't trying to go anywhere, right, that he --
5  your perception was that he never had any
6  intention of going anywhere?
7    A.   No.  The reality of it is, is that for
8  those minutes --
9    MR. SIEGEL: Right.
10   A.   -- when he stood there, his feet were
11 planted, and he did not take even the slightest
12 step in any direction.
13   Q.   Okay.  And again, I think we went over
14 this before, but I will -- I will say it again.
15   Isn't it -- it's possible that the
16 reason he did that is because he perceived by
17 that point that you didn't want to let him go?
18   MR. McMURTRY: Objection.
19   A.   Well, as I said before, he can perceive
20 whatever he wants to.
21 BY MR. SIEGEL:
22   Q.   Okay.  And, in fact, couldn't this be
23 the fact that given that you -- you perceived
24 that it was unsafe for him to be sort of moving
25 in the first place, he could have perceived

280

1  unsafe at that point to try to, like, maneuver
2  around you?
3    MR. McMURTRY: Objection.
4    A.   Again, he can perceive what he wants to.
5  BY MR. SIEGEL:
6    Q.   Okay.  In your opinion, what would it
7  have looked like if you had blocked him, if you
8  were blocking him?
9    A.   In my opinion, for me to block him, he
10 would have had to have taken a step or a half
11 step in another direction, other than standing
12 there, even forward, and it would have required
13 me to meet him in the corresponding way, wherever
14 he went, to, you know, basically not let him go
15 anywhere.
16   Q.   Okay.  And that's your understanding or
17 definition of blocking in this context?
18   A.   Yes.
19   Q.   All right.  Let's play a clip from your
20 interview with Ms. Guthrie.
21   Actually, you know what, I think -- I
22 think we can skip that.  Let's go to Exhibit 21.
23 I will represent this is the only other page from
24 the Shelton report.
25   MR. McMURTRY: Yeah.  Let me just look

281

1  at it.
2      MR. SIEGEL:  Do you want to take a look
3  at it?  We can go off the record to let him --
4  let him read this.
5      THE VIDEOGRAPHER:  We are going off the
6  record.  The time is 9:56 a.m.
7      (Thereupon, there was a recess taken at
8  9:56 a.m.)
9      (Thereupon, the proceedings were resumed
10 at 9:57 a.m.)
11     THE VIDEOGRAPHER:  We are back on the
12 record.  The time is 9:57 a.m.
13     MR. McMURTRY:  Yeah.  Because this
14 discusses his psychological condition, I would
15 like to have it remain confidential and mark this
16 portion of the deposition confidential, unless --
17 if the questions are simply about facts, I don't
18 mind that.  But there is some, you know -- some
19 statement in there about depression and so forth.
20 So I prefer that that --
21     MR. SIEGEL:  That is fine.  I'm not
22 going to ask him about that.
23     MR. McMURTRY:  Okay.  Well, I will just
24 worry about the exhibit, and your questions are
25 fine.  If there is an objection to a question --

282

1      MR. SIEGEL:  The other thing I will
2  represent we would be willing to do is after the
3  fact, I'm happy to redact any of the -- for
4  purposes of putting the exhibit in the record, we
5  would be happy to redact any of those paragraphs
6  that --
7      MR. McMURTRY:  That's fine.
8      MR. SIEGEL:  -- relate to those matters.
9      MR. McMURTRY:  That's fine.
10     MR. SIEGEL:  Okay.
11     MR. McMURTRY:  So for now, you are not
12 going to ask him about his mental health?
13     MR. SIEGEL:  No, no, no, no, no.
14     MR. McMURTRY:  Just about the facts?
15     MR. SIEGEL:  Correct.
16     MR. McMURTRY:  Go ahead.  We do not need
17 to mark this portion of the deposition
18 confidential.
19     MR. SIEGEL:  Okay.  So consistent with
20 that, the only paragraph I'm going to ask you is
21 the one that begins:  He had a good recall.
22     MR. McMURTRY:  That's fine.  Go ahead.
23 BY MR. SIEGEL:
24  Q.  Okay.  And -- and really, my only
25 question about this, Nick, is not even

283

1  specifically about any of the words, but you --
2  you -- I think you testified before that
3  Mr. Phillips, that he didn't request you to move,
4  right, or ask you to move, okay, verbally?  In
5  other words, he didn't -- he didn't say anything
6  to you.
7  A.  Correct.
8  Q.  Is that right?
9      Okay.  Now, the -- the people that
10 were -- and I think we saw in the video, it was
11 Exhibit 18, right, particularly, there is a point
12 of maybe a minute, a minute and a half into the
13 encounter, where all the students are sort of
14 kind of filling back in and they are kind of
15 around you on all sides at that point, right?
16 A.  Right.
17 Q.  Now, those folks were -- many of them
18 were your friends, right?  Some of them were your
19 friends?
20 A.  Some of them.
21 Q.  And they were certainly your fellow
22 students, right?
23 A.  Right.
24 Q.  So you didn't -- did you ever ask any of
25 those students if they would move so that you

284

1  could move away a little?
2  A.  No.
3  Q.  Do you have any reason to believe that
4  if you had asked one or two of them to do that,
5  that they would not have let you go?
6  A.  No.
7  Q.  Okay.  So you said you felt like you
8  were being, at least at one point, at some point
9  in the encounter, right, blocked by the crowd?
10 A.  Right.
11 Q.  So why do you contend that you felt like
12 you were being blocked but Mr. Phillips couldn't
13 have felt the same way?
14     MR. McMURTRY:  Objection.
15 A.  I don't -- I don't think I specifically
16 ever labeled the crowd as blocking me, but I
17 think that I -- I've -- I've always used that I
18 was just surrounded on all sides and there was no
19 room to -- to move in any direction.
20 BY MR. SIEGEL:
21 Q.  So maybe we will cut through it.
22     So is your testimony that you did not
23 say, as he was being blocked by the crowd, to I
24 guess it's Doctor Graves-Alcorn?
25 A.  I'm not being quoted on that.  And I --

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

72 (285 to 288)

285

1  and what I remember from this trip is that they
2  took notes and typed up what -- what they
3  understood and, you know, put it in their own
4  words.  I don't recall if I ever used the word
5  blocked to Doctor Graves-Alcorn.
6      Q.   Okay.  And so is -- is what Doctor
7  Graves-Alcorn wrote, just in that sentence, an
8  inaccurate statement as to what you said to her?
9          MR. McMURTRY:  Objection.  Go ahead.
10     A.   I think --
11         MR. SIEGEL:  Who was -- is there -- just
12  what is your objection?
13         MR. McMURTRY:  I'm not sure who is being
14  blocked?  What are we talking about?  Maybe I
15  missed it.  But the objection is --
16         MR. SIEGEL:  Well, I think --
17         MR. McMURTRY:  -- that he was being --
18         MR. SIEGEL:  -- it's his recall they
19  couldn't move because he was being blocked by the
20  crowd.  He means Nick, right, in that sense?
21         MR. McMURTRY:  And I'm not -- so the
22  question would be, Nick, did you feel as if you
23  were blocked by the crowd?  Nick would answer.
24  And then the follow-up question is what -- did
25  you state this to the physician?  And he can

286

1  answer.  And he said no.
2          MR. SIEGEL:  Yeah.  I think he already
3  sort of answered the first part of it.
4  BY MR. SIEGEL:
5      Q.   So I'm asking did you -- let's break it
6  down.
7          Did you tell Doctor Graves-Alcorn that
8  you were being blocked by the crowd?
9      A.   I cannot recall what specific words I
10  used.  I relayed to the doctors that, especially
11  when the students filled back in, is that I had
12  Nathan Phillips in front of me and I had students
13  all around me and I was at the center of it and I
14  couldn't -- I couldn't have moved to the side for
15  Nathan Phillips at that point, really, even if I
16  wanted to.  I was stuck in the middle.
17     Q.   Okay.  And then the other part, you
18  could have asked one or two of the students --
19     A.   Right.
20     Q.   -- would you give me some space, right?
21     A.   At the time I didn't really consider
22  that.
23     Q.   Okay.  And so my last question is, did
24  you tell Doctor Graves-Alcorn that you were being
25  blocked by the crowd?

287

1      A.   I don't recall ever specifically using
2  that word.
3      Q.   Okay.  And so do you believe that that
4  is an inaccurate characterization of what you
5  told her?
6      A.   I think my -- my description was then
7  followed down to a word that was the wrong word
8  choice.
9          MR. SIEGEL:  Okay.  Let's go to Exhibit
10  22.  What's the time?
11         MR. McMURTRY:  It's 5 after 10.
12         MR. SIEGEL:  I'm going to go through --
13  I'm going to suggest we go through -- I think I
14  have got about two or three more exhibits on this
15  thing, but I think it will be pretty quick.  And
16  then we will take a break.
17         MR. McMURTRY:  Fine.  Yes.
18  BY MR. SIEGEL:
19     Q.   So, Nick, this is a screenshot taken of
20  a tweet that you posted?
21     A.   Correct.
22     Q.   Is that correct?  And the tweet links to
23  a video?
24     A.   Right.
25         MR. SIEGEL:  So let's go to Exhibit 23.

288

1  We are going to play the video that I will
2  represent the tweet links to.  Obviously, on
3  paper, I can't.
4          MR. McMURTRY:  This is one of the better
5  videos, I agree.  Is it Tom Petty?  It's one of
6  my favorites.
7          THE WITNESS:  I love Tom Petty.
8          (Thereupon, a video recording of Exhibit
9  23 was played.)
10         MS. MEEK:  I'm starting from the
11  beginning of Exhibit 23.
12  BY MR. SIEGEL:
13     Q.   That's the video you linked to, right?
14     A.   Yes.
15     Q.   And why did you say you liked that video
16  or you liked it better than the one you were
17  responding to?
18     A.   I think it because I like the song attached
19  to it better.  But in all honesty, this is part
20  of a larger trend of things that I post where I'm
21  very cynical about what happened, just to keep my
22  spirits relatively high.
23     Q.   Did you feel like the song expressed
24  something that spoke to you?
25     A.   Yes, as I testified earlier about how I

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

---

289

1  wanted to stand up for the school.
2  Q.  Okay.  So it's the stand -- you feel
3  like you stood your ground?
4  A.  Yes.
5  Q.  I will just represent the screenshot of
6  this tweet was taken in early August, I think,
7  you know --
8  A.  Uh-huh.
9  Q.  -- maybe six weeks ago?
10  And it appears that the tweet was no
11  longer on your Twitter feed after that point.  Is
12  that right?  Do you know if that's right?
13  A.  I'm unaware of ever deleting this.
14  Q.  Okay.  And have you deleted any tweets
15  from your Twitter feed?
16  A.  I've deleted tweets from back before
17  this ever happened that I look at now.  I know I
18  wasn't the smartest kid at 14 or 15, and I would
19  rather -- I would rather look a lot more
20  professional.
21  Q.  You don't want -- you don't want them to
22  show up on a job search five years from now?
23  A.  Well, not necessarily that.  I just
24  would rather have a more accurate reflection --
25  MR. SIEGEL:  I got it.

---

290

1  A.  -- of who I am now on my social media.
2  Q.  Okay.  Do you -- the last time I checked
3  your Twitter feed, it looked to me like that all
4  the tweets before I think around November 19,
5  2019, weren't there anymore.  Is that -- is that
6  correct?
7  A.  I -- I have no idea.  I have not en
8  masse deleted tweets from that point.
9  Q.  Okay.  So you haven't done anything
10  with it?
11  A.  Correct.
12  Q.  Okay.  Okay.  Let's do Exhibit 24, and
13  then we will take a break.
14  So Exhibit 24 consists of Bates numbers
15  NS 662 through NS 671.  Again, Nick these are --
16  these are texts that you exchanged?
17  A.  Yes.
18  Q.  Okay.  So if you could look at the first
19  page, which is 662, and it looks like -- the text
20  is just sent from a telephone number, but it
21  says: Nick, it's Isaac -- Boldery?
22  A.  Boldery.
23  Q.  Did you know him?
24  A.  I knew of him.  He went to Cov Cath.
25  And he was maybe two grades above me.  I'm not

---

291

1  sure.  But he was older and had graduated by that
2  point.
3  Q.  He says: Pretty sure you know me.  I
4  graduated CCH last year.  I'm texting you to get
5  permission from your parents to print a shirt
6  that has your face on it.  Right?
7  And then you respond in 1530:  I can ask
8  them.  Do you have a picture of what it would
9  look like?
10  And in 1531, he texts an image, right?
11  A.  Yes.
12  Q.  And it looks like the image has a
13  picture of your face with a red hat?
14  A.  Yes.
15  Q.  Okay.  And it says Stand Your Ground?
16  A.  Yes.
17  Q.  Okay.  And then 1532, 1533, you guys
18  text a couple other things back and forth.
19  Then on 1534, you says -- you say:
20  Okay.  Thank you.  I will ask my parents when I
21  can.
22  A.  Right.
23  Q.  Okay.  Now we are going to move ahead to
24  page 667.  And if you look at 1548, Isaac, the
25  phone number that is associated with Isaac, texts

---

292

1  you back: Hey, any news on approval for the
2  shirts?  I know you have been busy, so I just
3  wanted to give you some time.
4  And in 1549, you respond: Yeah.  I have
5  been told we need to ask the lawyers on their
6  opinion.  I wish I could just give you the
7  go-ahead.
8  A.  Correct.
9  Q.  Why did you wish that you could just
10  give Isaac the go-ahead?
11  A.  Well, in all honesty, my feelings on
12  Isaac changed over time.
13  At first -- at first, I wanted -- the
14  date on this, I still was not -- not projected in
15  a very positive light, and so I figured anyone
16  that could show some way to support me or
17  whatever was a good thing.
18  And then I later -- so that is why I
19  said I wish I could just go ahead and give you
20  the support.  But I then kind of felt like he was
21  more leeching off the idea of making some money
22  on selling T-shirts with my face on it than
23  actually caring.
24  Q.  Okay.  So you came -- you became
25  uncomfortable with what you felt were his

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

74 (293 to 296)

293

1 motives. Is that fair say?
2    **A. Right. Right.**
3       MR. SIEGEL: Okay.
4    **A. And I talked to my -- I think I had**
5 **another conversation with my parents or whatever,**
6 **and we felt more uneasy about it. And I ended up**
7 **never giving him permission to do it.**
8    Q. Right. So we can jump ahead then on
9 671. On 1562, you text: Unfortunately, I don't
10 think it's a good idea. Other people printed
11 them, but they didn't ask us. I -- is that I
12 don't know?
13    **A. Yes.**
14    Q. -- if stuff will happen to them.
15      And is that -- is what you just
16 testified to, is that what you had in mind when
17 you responded with that --
18    **A. Yes.**
19    Q. -- later?
20      Okay. So if -- if -- would it be fair
21 to say that if you had felt that his motive was
22 purely to express support for you, you would have
23 been comfortable with the idea of him printing
24 these Stand Your Ground shirts, at least at that
25 point?

294

1    **A. Maybe. I'm not sure. I -- I -- I don't**
2 **know if I still would have let him do it.**
3 **Because, I don't know, at the time we had more**
4 **important things to worry about than starting a**
5 **shirt campaign.**
6      MR. SIEGEL: Okay. Okay. Let's break,
7 take a break.
8      MR. McMURTRY: Okay.
9      THE VIDEOGRAPHER: We are going off the
10 record. The time is 10:17 a.m.
11      (Thereupon, there was a recess taken at
12 10:17 a.m.)
13      (Thereupon, the proceedings were resumed
14 at 10:33 a.m.)
15      THE VIDEOGRAPHER: We are back on the
16 record. The time is 10:33 a.m.
17 BY MR. SIEGEL:
18    Q. Okay. Nick, I'm showing you Exhibit 25,
19 which is Bates number NS 720. And I want you to
20 look at particularly number 74 -- 1714, the one
21 in the middle, where it looks like you are
22 texting Mara Schutt.
23    **A. Uh-huh.**
24    Q. And you said: I smiled at him to let
25 him know he wasn't going to intimidate me, right?

295

1 And I take it the him in this is Mr. Phillips.
2    **A. Correct.**
3    Q. How did you think smiling at
4 Mr. Phillips would communicate the message to him
5 that he wasn't going to intimidate you?
6    **A. To me, usually when I think of someone**
7 **smiling, it projects a more friendly -- friendly**
8 **image or whatever. And I -- I assumed that**
9 **partly if I gave him a smile, that he might**
10 **realize that I was just standing there and he**
11 **could back away from me.**
12    Q. Okay. And how is that let him --
13 letting him know that he wasn't going to
14 intimidate you?
15      MR. McMURTRY: Objection. Go ahead.
16    **A. I mean, I don't know if it was effective**
17 **or it was the right -- right body language choice**
18 **to -- to use. But that's what I was hoping it**
19 **would accomplish.**
20 **BY MR. SIEGEL:**
21    Q. Okay. And I think you in your -- you
22 testified before and you wrote in your e-mail to
23 Principal Roe that you thought that your actions,
24 right, to stand there and smile was being a
25 bigger person than Mr. Phillips was being. Is

296

1 that fair?
2    **A. Correct.**
3    Q. So do you think a smile that reflects a
4 belief that you are being a bigger person is not
5 a smirk?
6    **A. No, I don't think that.**
7    Q. What's a smirk to you?
8    **A. I don't really know, to be honest with**
9 **you. I -- I -- I would say -- I would say my**
10 **best guess or definition of a smirk is a facial**
11 **expression that is -- has the appearance of a**
12 **smile but is not authentic and meant to kind of**
13 **just blow people off. I -- I mean, I really**
14 **don't have any way of defining it.**
15    Q. Okay. And I can show you the exhibit
16 again, but maybe to save the -- to save us, in
17 the Shelton interview, you are actually quoted,
18 and you said other people I guess think my smile
19 looks like a smirk.
20    **A. Yes.**
21    Q. Is that right? Is it fair to say
22 whether your smile looks like a smirk is a matter
23 of opinion?
24    **A. Oh, I would agree.**
25    Q. Okay. We showed you a video a little

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

75 (297 to 300)

297

1 bit earlier where you heard somebody say you
2 can't move him, right, and then you heard
3 somebody say get him.
4   **A.   Right.**
5   Q.   And I think you testified to that.
6       So -- and other than the words get him,
7 which I think you said you thought could be
8 disrespectful, did you ever hear any students say
9 anything to Mr. Phillips that you thought was
10 inappropriate?
11   **A.   I don't recall specifically --**
12 **specifically paying attention to what most of the**
13 **students were saying.  I was -- I was positioned**
14 **so close to the drum that that was mostly what I**
15 **heard and also where all of my attention was.  So**
16 **even if there was something audible that I may**
17 **have or probably heard, I -- I think I probably**
18 **tuned it out.**
19   Q.   Okay.  And that's fair.  So just -- so I
20 take it that your -- the answer is that you
21 personally didn't hear anything that you said to
22 Mr. Phillips that you thought was inappropriate?
23   **A.   Correct.**
24   Q.   Okay.  And partly that's because you
25 didn't hear much at all because that is not what

298

1 you were focused on?
2   **A.   Right.**
3   Q.   Okay.  And I will just ask you the
4 question to be complete.  Would your answer be
5 the same for anyone else who may have been behind
6 Mr. Phillips?  In other words, did you hear
7 anything directed to anyone that you thought was
8 inappropriate during that encounter?
9   **A.   I -- I did not.**
10   MR. SIEGEL:  Okay.
11   **A.   And that doesn't mean there weren't**
12 **things said.  And if I heard them now, I would --**
13 **I would have an opinion on it.**
14   Q.   Did you ever later come to learn about
15 anything that had been said?
16   **A.   Currently, not that I can recall.**
17   MR. SIEGEL:  Okay.
18   **A.   I have -- I have not watched these**
19 **videos in a long time.  I try not to.**
20   Q.   Okay.  But did anyone ever
21 communicate -- any other students there
22 communicate with you about something that was
23 said during that encounter that you thought was
24 inappropriate?
25   **A.   No.  No one -- none of the other**

299

1   **students came up to me and told me things that**
2   **they had said or that they had heard.**
3   Q.   Okay.  And the last question so it's
4 clear, in any other way, through e-mails or texts
5 or social media or anything like that, did you --
6 have you come to learn about anything?  And I'm
7 not talking about anything we saw here today.  So
8 prior to today, have you come to learn
9 about any -- did you come to learn about anything
10 that was said during that encounter that you
11 thought was inappropriate?
12   **A.   At this point, I can't recall any -- any**
13 **information I may have received or things that I**
14 **could have witnessed prior to the -- or now, in**
15 **the future of when the event was, at this point**
16 **in time that would have been said.**
17   MR. SIEGEL:  Okay.  All right.  Let's go
18 to Exhibit 16, which is video 2 on the
19 stipulation.
20   MS. MEEK:  I'm starting Exhibit 16 at 55
21 seconds.
22       (Thereupon, a video recording of Exhibit
23 16 was played.)
24   MS. MEEK:  I just paused at 1 minute and
25 3 seconds.

300

1 BY MR. SIEGEL:
2   Q.   Now I'm going to ask you -- let's back 8
3 seconds -- let's go back to where you started and
4 ask you to watch it again and focus on Will
5 Fries.
6   **A.   Okay.**
7   MR. McMURTRY:  I can ask which one is
8 Will Fries?
9   MR. SIEGEL:  Good point.
10 BY MR. SIEGEL:
11   Q.   Can you -- let's just for the record,
12 can you point --
13   MR. McMURTRY:  Okay.  I see him.  Back
14 there in the glasses and the red hat?
15   MR. SIEGEL:  Right.  For the record, to
16 be accurate, at 1 minute and 3 seconds, he's the
17 fellow who kind of -- you see his hand.
18   MR. McMURTRY:  His arms are up and you
19 can't see the hands?
20   MR. SIEGEL:  Okay.  All right.  Let's go
21 back.
22       (Thereupon, a video recording of Exhibit
23 16 was played.)
24 BY MR. SIEGEL:
25   Q.   Okay.  What did you hear Will say?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

76 (301 to 304)

---

301

1    A.   I can make out parts of it.  I think I
2  know what he said.
3    Q.   What do you think he said?
4    A.   I will -- I don't want to repeat.
5    Q.   I'm going to ask you to repeat for the
6  record.
7    A.   What I believe was said was grab his
8  dick and twist it.
9    Q.   Okay.  And he made a twisting motion
10  with his hand?
11   A.   I believe so.
12       MR. SIEGEL:  Okay.  And let's look at
13  the next exhibit, which is Exhibit 17, video 8.
14       MS. MEEK:  I'm starting Exhibit 17 at 35
15  seconds.
16       (Thereupon, a video recording of Exhibit
17  17 was played.)
18  BY MR. SIEGEL:
19   Q.   Okay.  Do you hear Will saying that too,
20  same thing, grab his dick and twist it?
21   A.   Yes.
22       MR. SIEGEL:  Let's just play a few more
23  seconds.
24       MS. MEEK:  Starting at 39 seconds.
25       (Thereupon, a video recording of Exhibit

---

302

1  17 was played.)
2       MR. SIEGEL:  All right.  And let's play
3  it again.  And I want you to look the couple of
4  students who are to -- sort of to Will Fries'
5  right.
6       MS. MEEK:  I will restart at 35
7  seconds through --
8       MR. SIEGEL:  No.  You can just do 39, go
9  to 39.
10       (Thereupon, a video recording of Exhibit
11  17 was played.)
12  BY MR. SIEGEL:
13   Q.   Do you see at least one other student
14  after Will kind of make a twisting motion?
15   A.   Yes.
16   Q.   Who is that?
17   A.   Well, can you cursor point out which --
18  which one it was?
19       MR. SIEGEL:  Yeah.  It's the fellow in
20  the -- that one.
21   A.   Okay.  I believe that to be Henry.
22   Q.   Henry Bennett, right?
23   A.   Yes.
24   Q.   And is the fellow next to him named
25  Cahill, last name Cahill?

---

303

1    A.   I believe so.
2    Q.   Okay.  So did you hear them say that at
3  the time?
4    A.   I don't think I did.  And judging by my
5  facial reaction, it really doesn't change when I
6  heard that.  So I -- I don't believe I ever did.
7    Q.   When did you first become aware that he
8  had said that?
9    A.   I think he might have mentioned it to
10  me.  And a week -- I don't know, a week or so
11  after that, he -- he had said that at one point.
12  But it didn't really stay in the front of my mind
13  because I didn't do it and it really wasn't my
14  priority.
15   Q.   What do you think of it?
16   A.   I mean, I think it was not the smartest
17  thing to say.  It was probably inappropriate.
18       I know -- I know why he said it.  It's
19  based off a viral Internet video that I guess he
20  was quoting.  Because he thought others didn't --
21  maybe would find it funny.
22   Q.   What is the viral Internet video that he
23  was quoting?
24   A.   The -- what he is quoting is a video
25  where there are sports fans at -- and in a fight,

---

304

1  and one of the fans stands up and says that line.
2  And I -- I don't know.  Someone reacts to it.
3  And that's -- that's what the video is.
4    Q.   Okay.  So in the video, is the fan who
5  says that line saying that to one of the
6  wrestlers, wrestler one, grab the other
7  guy's penis and twist it?
8    A.   Yeah, I believe so.  I believe he's
9  yelling it at the ring.  I don't know.
10   Q.   He's yelling it at the ring?
11   A.   Yeah.
12   Q.   Okay.  So in this situation, when you
13  and Phillips are face to face and Fries is
14  yelling it out, whose penis do you understand
15  Fries is referring to?
16       MR. McMURTRY:  Objection.  I'm just
17  curious, today or -- I think he said before he
18  didn't hear it then.
19       MR. SIEGEL:  He didn't hear it then.
20  BY MR. SIEGEL:
21   Q.   But when you came to learn about it.
22       MR. McMURTRY:  Okay.  I'm sorry.
23   A.   I have no idea.  I don't know.
24  BY MR. SIEGEL:
25   Q.   Okay.  Do you think that was an

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

77 (305 to 308)

---

305

1 appropriate thing to say to an elderly Native
2 American man?
3      MR. McMURTRY: Objection. Go ahead.
4   **A.   Again, I don't know even if he directed**
5 **it at Nathan Phillips. But I can say that he is**
6 **a 17-year-old-kid and it was probably just a**
7 **poorly timed joke.**
8   Q.   Do you think that could be perceived as
9 disrespectful?
10  **A.   Of course.**
11  Q.   Okay. And could it be perceived as
12 mocking Mr. Phillips?
13  **A.   Yes, if you -- if you speculate or**
14 **surmise that Will was saying it at Mr. Phillips,**
15 **if you take that jump, then yeah.**
16  Q.   Well, whether he was saying it to you or
17 to Mr. Phillips, fair to say that it would be --
18 it could be perceived as mocking Mr. Phillips?
19  **A.   Yes.**
20      MR. SIEGEL: Okay. Let's go to Exhibit
21 26.
22      MR. McMURTRY: This is 25 here?
23      MR. SIEGEL: Yes. And 25 is NS 780.
24      (The following portion from Page 306,
25 Line 2 to Page 307, Line 5 was designated

---

306

1 Confidential and is bound separately.)
2 BY MR. SIEGEL:
3   Q.   And the first text, Nick, comes from
4 Henry B. Is that Henry Bennett?
5   **A.   Yes.**
6   Q.   And it looks like he's texting you,
7 Steve Schaeper, Will Fries, Jared Gallagher, Will
8 Clark and Nick Sandmann. I already said you.
9      The text is: Can we all appreciate
10 Cahill and I screaming, grab his dick and twist
11 it?
12      And this is texted around 6 in the
13 evening on January 19th.
14  **A.   Right.**
15  Q.   So was this the first point that you
16 learned anything about that?
17  **A.   Probably.**
18      MR. SIEGEL: Okay.
19  **A.   Actually, if I may add, I think at this**
20 **point my phone was still dead from earlier in the**
21 **day, so I don't think I would have seen it yet.**
22  Q.   Okay. And at some point when you --
23 when your phone came back on, did you go back and
24 read old texts?
25  **A.   I did. I would have -- I assume I would**

---

307

1   have read this, but I -- I -- I can't say for
2   **sure.**
3   Q.   And the last name here is Cahill. Is
4   that Chris Cahill?
5   **A.   Yes.**
6      (This concludes the Confidential
7   portion.)
8      MR. SIEGEL: Okay. Let's look at
9   Exhibit 27.
10      MR. McMURTRY: Just real quick on 26.
11  It was marked confidential. Because we don't
12  want to see this -- you know, these kids
13  subjected to anything like Will was subjected to.
14      So to the extent that we have mentioned
15  their names and all that, I would ask that the
16  record and the document be treated as
17  confidential just referring to that.
18      MR. SIEGEL: Okay. Let's go to Exhibit
19  27.
20      MR. McMURTRY: Exhibit 27 is also marked
21  as confidential.
22      (The following portion from Page 308,
23  Line 25 through Page 309, Line 13 was designated
24  Confidential and is bound separately.)
25  BY MR. SIEGEL:

---

308

1   Q.   And Exhibit 27 is Bates stamped by your
2   counsel NS 717.
3      And the first text at the top at 1705 is
4   from Will Clark texting you and those four other
5   students.
6   **A.   Yes.**
7   Q.   And he texts: They showed the same clip
8   like four times of you screaming in the
9   background grab his dick and twist it. I was
10  dying, dude.
11      Do you know when Will Clark said they
12  showed the same clip like four times, do you have
13  any idea what he was referring to?
14  **A.   I have no idea.**
15  Q.   Okay. When Will Clark texted: I was
16  dying, dude, what -- how did you understand that?
17  **A.   Again, I don't know if I was paying**
18  **attention to the text at this point, but I would**
19  **assume that means that he was dying of laughter.**
20  **He thought that it was funny.**
21  Q.   Okay. Did you think it was funny?
22      MR. McMURTRY: Objection. Go ahead.
23  **A.   In the present or in the past?**
24  BY MR. SIEGEL:
25  **Q.   Well, that is a fair question.**

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

78 (309 to 312)

309

1       Did -- did this -- did any of these
2   texts ever cause you to go back and look at any
3   of the video to see if you could tell what they
4   were talking about?
5       **A.   I have never gone back to look at the**
6   **video to see if I could hear that.**
7       MR. SIEGEL:  Okay.
8       **A.   As I testified earlier, I try to watch**
9   **these videos as little as possible.**
10   Q.   Okay.  Looking at it today, do you -- do
11  you think it was funny?
12      **A.   As I've testified earlier, I don't think**
13  **it was appropriate.  So no.**
14      (This concludes the Confidential
15  portion.)
16      MR. SIEGEL:  Okay.  Let's go to Exhibit
17  17, which is video 8.
18      MS. MEEK:  I'm starting Exhibit 17 at 34
19  seconds.
20      (Thereupon, a video recording of Exhibit
21  17 was played.)
22      MR. SIEGEL:  Okay.  Let's just listen to
23  it one more time.  And again, I'm going to ask
24  you to focus on what is coming out of the crowd.
25      THE WITNESS:  Okay.

310

1   BY MR. SIEGEL:
2    Q.   Did you hear someone say surrounded you?
3       **A.   No.**
4       MR. SIEGEL:  Go through it one more
5   time.
6       (Thereupon, a video recording of Exhibit
7   17 was played.)
8       **A.   I -- I can't -- I do not personally,**
9   **because when -- when that sound starts coming,**
10  **it's the same time as Will starts to say what he**
11  **said, which we have already covered.**
12      MR. SIEGEL:  Right.
13      **A.   And I -- I really can't tell, to be**
14  **honest with you.**
15      MR. SIEGEL:  Okay.  Let's then -- okay.
16  Let's restart it.
17      MS. MEEK:  Restarting at 37 seconds.
18      (Thereupon, a video recording of Exhibit
19  17 was played.)
20      MR. SIEGEL:  Okay.  Now let's go back
21  about five seconds and play it again.
22      MS. MEEK:  Going back to 43 seconds.
23      (Thereupon, a video recording of Exhibit
24  17 was played.)
25  BY MR. SIEGEL:

311

1    Q.   So I think somebody says give them the
2   old, and then I'm not sure what else was said.
3   Did you hear that?
4       **A.   I heard the start of something, but I**
5   **can't hear the ending either.**
6       MR. SIEGEL:  Okay.  Let's go to Exhibit
7   16, which is video 2.
8       MS. MEEK:  Starting Exhibit 16 at 1:18.
9       (Thereupon, a video recording of Exhibit
10  16 was played.)
11      MS. MEEK:  I just paused at 1:20.
12      MR. SIEGEL:  Okay.  Play it again.
13      (Thereupon, a video recording of Exhibit
14  16 was played.)
15  BY MR. SIEGEL:
16   Q.   Did you hear someone shout he ain't
17  moving?
18      **A.   Yeah.**
19   Q.   Did you hear that at the time?
20      **A.   Again, I probably tuned it out --**
21      MR. SIEGEL:  Okay.
22      **A.   -- or wasn't paying attention.**
23   Q.   What do you understand it to mean
24  hearing it now?
25      **A.   I would guess that they are either**

312

1   **referring to me or Mr. Phillips as one of us**
2   **wasn't moving, and as an observation, I guess.**
3    Q.   Okay.  And I take it you don't know who
4   said that?
5       **A.   Correct.**
6       MR. SIEGEL:  Okay.  Let's restart.
7       MS. MEEK:  Restarting at 1:22.
8       (Thereupon, a video recording of Exhibit
9   16 was played.)
10      MS. MEEK:  Paused at 1:29.
11  BY MR. SIEGEL:
12   Q.   Did you hear someone say movable object
13  or unmovable object?
14      **A.   Yes.**
15      MR. McMURTRY:  I can't hear any of this
16  stuff.  You guys are good.
17  BY MR. SIEGEL:
18   Q.   Do you understand it to be referring to
19  you, that you are the unmovable object?
20      **A.   No.  It could have been either of us at**
21  **this point.  We are both standing there.**
22      MR. SIEGEL:  Okay.  Let's keep going.
23  And I want you to focus on Will Fries again.
24      MS. MEEK:  Starting at 1:29.
25      (Thereupon, a video recording of Exhibit

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

313

1  16 was played.)
2       MS. MEEK:  Pausing at 1:39.
3       MR. SIEGEL:  Go back a few seconds.  We
4  might have cut that off a bit too early.
5       MS. MEEK:  Okay.  Restarting at 1:29
6  through --
7       MR. SIEGEL:  Play another like ten
8  seconds.
9       MS. MEEK:  Okay.
10      (Thereupon, a video recording of Exhibit
11  16 was played.)
12  BY MR. SIEGEL:
13  Q.   Do you see it looked like Will was
14  shouting something?
15  **A.   Yes. Yes.**
16  Q.   Can you tell what he's saying?
17  **A.   There he was inaudible.  I couldn't even
18  hear his voice.**
19      MR. SIEGEL:  If that gives you any more
20  comfort, Todd --
21      MR. McMURTRY:  I was feeling like there
22  is something wrong.
23      MR. SIEGEL:  I couldn't hear it either.
24      MR. McMURTRY:  He keeps answering, and
25  I'm --

314

1       MR. SIEGEL:  On that one.  All right.
2  Let's keep going.  And again, I ask you to sort
3  of focus on Will.
4       THE WITNESS:  Okay.
5       MS. MEEK:  All right.  I'm going to go
6  back to 1:39.
7       MR. SIEGEL:  I think you can actually
8  start where you are.
9       MS. MEEK:  Okay.  Now we are at 1:42.
10      (Thereupon, a video recording of Exhibit
11  16 was played.)
12  BY MR. SIEGEL:
13  Q.   So did you see Will -- you saw Will
14  shouting something?
15  **A.   Yes.**
16  Q.   Did he say beat that drum?
17  **A.   Could you replay it?**
18      MR. SIEGEL:  Absolutely.
19  **A.   I heard beat that drum.  I didn't hear
20  it necessarily from him.**
21      (Thereupon, a video recording of Exhibit
22  16 was played.)
23  **A.   Yes.**
24  **BY MR. SIEGEL:**
25  Q.   Okay.  What do you think of that

315

1  comment?
2  **A.   I don't really know what to make of it.**
3  Q.   Do you think that was -- there was only
4  one person playing the drum there, right?
5  **A.   Correct.  Well, two, technically.**
6  Q.   So when you hear him saying beat that
7  drum, he is referring to Mr. Phillips beating the
8  drum?
9  **A.   I would assume.**
10  Q.   Okay.  Do you think that that was
11  respectful to shout at, at Mr. Phillips?
12  **A.   Probably not.**
13  Q.   Okay.  Do you think that could be
14  perceived as mocking him?
15  **A.   You could perceive it that way, yes.**
16  Q.   Okay.  Do you?
17  **A.   I -- the way I look at it is it's
18  probably not the smartest thing to do.**
19      MR. SIEGEL:  Okay.  Let's keep going.
20      MS. MEEK:  Restarting at 1:52.
21      (Thereupon, a video recording of Exhibit
22  16 was played.)
23  BY MR. SIEGEL:
24  Q.   So you are seeing some of the students
25  going what, what, what, what, what?

316

1  **A.   Yes.**
2  Q.   Do you have any understanding of what
3  that is in that context?
4  **A.   We would do what, what, what.  It was
5  another one of our school spirit chants that we
6  did when we couldn't hear the opposing team's
7  cheering section.  So we basically called them
8  out for being quiet.
9       But I think here, they are doing it
10  because they -- you can see Mr. Phillips raise
11  the drum almost -- I think part of it starts to
12  go past my head.  And I think they are doing that
13  because they are confused as to what's going on.**
14      MR. SIEGEL:  Okay.  Let's keep going.
15      MS. MEEK:  I paused before at 2:12.  And
16  now I'm continuing from that point.
17      (Thereupon, a video recording of Exhibit
18  16 was played.)
19      MS. MEEK:  Paused at 2:34.
20  BY MR. SIEGEL:
21  Q.   Okay.  So you hear somebody says what's
22  going on or I don't know what's going on?
23  **A.   Correct.**
24  Q.   And the woman wearing that green hat --
25  **A.   Yes.**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

317

1   Q.   -- says you guys are acting like a mob,
2   that's what is going on, fucking mob mentality?
3   **A.   Yeah.**
4   Q.   Do you agree with her?
5   **A.   Of course not.**
6   Q.   Okay.  And why is that?
7   **A.   Because we weren't.  We are a group of**
8   **students and -- whose personal space is being**
9   **invaded by adults while we have an entire camera**
10  **crew set up to capture it.**
11  Q.   Do you have any -- do you believe that
12  that's how she perceived the students' behavior
13  at that time?
14      MR. McMURTRY:  Objection.
15  **A.   No.  I think that right here she's**
16  **already starting to craft the story that is**
17  **eventually going to be taken to social media and**
18  **public interviews before I will even know what's**
19  **happening.**
20  **BY MR. SIEGEL:**
21  Q.   And what's your basis for saying that?
22  **A.   Because Nathan Phillips was on**
23  **television before I even knew what was happening.**
24  Q.   And do you know who that woman is?
25  **A.   No.**

318

1   Q.   So what is the -- your basis for saying
2   that or claiming that she had anything to do with
3   crafting a story at that moment?
4   **A.   Because you are asking me what I thought**
5   **she was doing, and I'm -- I'm telling you from**
6   **this point, I -- that's what I believe she's**
7   **doing.**
8   Q.   Okay.  That's your perception of it,
9   right?
10  **A.   Yes.**
11  Q.   Okay.  Just one last time, to make the
12  record clear, you don't have any other facts
13  about her, do you, to substantiate that
14  perception?
15  **A.   Right.  I don't -- I have no idea who**
16  **she is.**
17      MR. SIEGEL:  Okay.  Let's keep going.
18      MS. MEEK:  I'm playing Exhibit 16
19  starting at 3 minutes and 15 seconds.
20      (Thereupon, a video recording of Exhibit
21  16 was played.)
22      MS. MEEK:  I just paused at 3 minutes
23  and 20 seconds.
24  BY MR. SIEGEL:
25  Q.   Who is the student with his hand on your

319

1   shoulders?
2   **A.   I believe that's Charlie, but I could be**
3   **wrong.  Because earlier he had a red hat on, and**
4   **now it looks like a white hat.  So it looks like**
5   **Charlie, but I don't know.**
6       MR. SIEGEL:  Do you want to play it a
7   few more -- I will tell you, we are going to play
8   it forward anyway.  So if you are able to see his
9   face more clearly and, you know, answer on that
10  basis, let's just -- let me know.
11      (Thereupon, a video recording of Exhibit
12  16 was played.)
13      MS. MEEK:  Paused at 3:22.
14  **A.   That's Charlie.**
15  **BY MR. SIEGEL:**
16  Q.   That's Charlie?  Okay.
17      MS. MEEK:  I'm continuing on from that
18  point.
19      (Thereupon, a video recording of Exhibit
20  16 was played.)
21      MS. MEEK:  Paused at 3:32.
22  BY MR. SIEGEL:
23  Q.   Okay.  Here again, somebody said you
24  can't move him?
25  **A.   Yeah.**

320

1       MR. SIEGEL:  Okay.  Let's just play it
2   one more time.  Maybe go one more second past.
3       MS. MEEK:  Okay.  Going back to 3:20.
4       MR. SIEGEL:  No, no, no, I'm sorry.
5   Yeah.  Just -- you can go maybe five seconds
6   before and then go one second past so he can
7   focus just on that.
8       MS. MEEK:  Playing from 3:27.
9       (Thereupon, a video recording of Exhibit
10  16 was played.)
11  BY MR. SIEGEL:
12  Q.   So would it be fair to say that whoever
13  said that is kind of in a sing-song voice, like
14  you can't move him?
15  **A.   Yeah.  It was Beau.**
16  Q.   That was Beau?
17  **A.   Yeah.**
18  Q.   Okay.  And do you think that could be
19  interpreted as mocking Mr. Phillips?
20  **A.   No.**
21  Q.   Why not?
22  **A.   Because, I mean, that's a very neutral,**
23  **truthful statement.**
24  **    Technically, he is not allowed to move**
25  **me or put his hands on me, if you are looking at**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

81 (321 to 324)

321

1   this legally. So I don't -- I don't see that as
2   how you could take that as disrespectful to
3   Mr. Phillips.
4       Q.   Does the tone of voice that he says it
5   in, you can't move him, does that affect your
6   answer at all?
7       A.   No. That was the way in which we
8   recited our school spirit chants.
9       Q.   Okay. So your interpretation of it is
10  Beau was reciting it here as if it were a cheer?
11      A.   Yes.
12          MR. SIEGEL: Okay. Just go back. Play
13  that one more time.
14  BY MR. SIEGEL:
15      Q.   And can you point out to me where you
16  see that it is Beau who is saying this?
17      A.   Okay. It might be helpful to do it
18  frame by frame so I can --
19          MS. MEEK: Sure. I will do that from
20  3:27.
21          THE WITNESS: Okay.
22          (Thereupon, a video recording of Exhibit
23  16 was played.)
24          THE WITNESS: You will see him when the
25  camera shows back over to the left.

322

1           (Thereupon, a video recording of Exhibit
2   16 was played.)
3           THE WITNESS: You can see his hand right
4   there.
5           MR. SIEGEL: Right.
6           THE WITNESS: And then he will go up to
7   cup his mouth in a couple of seconds.
8           MR. SIEGEL: Okay.
9           MS. MEEK: This frame by frame is not
10  working great. There we go.
11          (Thereupon, a video recording of Exhibit
12  16 was played.)
13          MR. SIEGEL: Keep going.
14          THE WITNESS: Again, he says it right
15  there.
16          MS. MEEK: For the record, was that
17  3:33?
18          MR. SIEGEL: So can you just go -- go
19  back about five seconds again and play it through
20  him cupping his mouth?
21          MS. MEEK: Sure.
22          MR. SIEGEL: A little before, because
23  he's already doing it then. Okay.
24          MS. MEEK: Starting from 3:28.
25          (Thereupon, a video recording of Exhibit

323

1   16 was played.)
2   BY MR. SIEGEL:
3       Q.   Beau cups his mouth after that.
4       A.   Okay. My mistake then.
5       Q.   Okay. So I take it you don't know who
6   says that?
7       A.   Yeah. Then, I don't know.
8       Q.   Have you ever talked to Beau about this
9   incident after it happened?
10      A.   I never had the chance to speak to Beau,
11  and then he transferred out of Cov Cath.
12      Q.   Did you know him?
13      A.   I did not. He was a freshman. I was a
14  junior.
15          MR. SIEGEL: Okay. So let's go back to
16  3:32 and then play it normally.
17          (Thereupon, a video recording of Exhibit
18  16 was played.)
19          MS. MEEK: Paused at 3:36.
20          MR. SIEGEL: Now, it looks -- play that
21  again. And I'm going to ask you to focus on what
22  the kid in the -- it looks like that black
23  sweatshirt that I think -- okay.
24          (Thereupon, a video recording of Exhibit
25  16 was played.)

324

1   BY MR. SIEGEL:
2       Q.   Do you hear someone saying this is how
3   we won this war?
4       A.   No.
5           MR. SIEGEL: Try it again.
6       A.   I -- with my best try, I cannot
7   understand.
8           (Thereupon, a video recording of Exhibit
9   16 was played.)
10      A.   No.
11  BY MR. SIEGEL:
12      Q.   You can't --
13      A.   I hear this is how, and then the rest is
14  speculation at best. I don't -- I can't tell.
15          MR. SIEGEL: Okay. Let's -- okay.
16  Let's keep going.
17          MS. MEEK: Restarting at 3:36.
18          (Thereupon, a video recording of Exhibit
19  16 was played.)
20          MS. MEEK: Paused at 3:43.
21          MR. SIEGEL: And I'll just -- then we
22  can -- why don't we just play it so it's clear on
23  the record. The video is about to stop. Go back
24  to 3:43.
25  BY MR. SIEGEL:

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

82 (325 to 328)

---

325

1    Q.   Okay.  So at this point, which is right
2  before the video cuts off, Nick, would you agree
3  that by this point, there are students on all
4  side of Phillips, right, including behind him?
5    **A.   I mean, behind him to me does not seem**
6  **very accurate.  The people immediately behind him**
7  **are people from the Indigenous People's March,**
8  **and you've got students five or six feet past**
9  **that.**
10       MR. SIEGEL:  Right.
11   **A.   So, I mean, technically, yes, they are**
12 **behind him, but not immediately --**
13   Q.   I understand that.  But in -- and I'm
14 not asking you who was standing like literally
15 right immediately behind him.  But in the
16 direction behind him, right, to his rear, there
17 are now students standing there, right?
18   **A.   Correct.**
19   Q.   Okay.  So in -- and Nick, you may have
20 recognized.  I mean, this is what is called the
21 Titano video, and the -- in this video, you and
22 Phillips came face to face around 50 seconds, and
23 the video ends at 3:44.  So that is roughly three
24 minutes later, right, you are still standing
25 there?

---

326

1       So for those three minutes, you didn't
2  move from your spot, right?
3    **A.   Right.**
4        MR. SIEGEL:  Okay.  Let's go to Exhibit
5  28.
6        MR. McMURTRY:  Tell me again what video
7  that is.
8        MR. SIEGEL:  I'm sorry.  Video 9.  And
9  it's just the first five or six seconds.  And
10 again, listen to the crowd.
11       THE WITNESS:  Okay.
12       (Thereupon, a video recording of Exhibit
13 28 was played.)
14 BY MR. SIEGEL:
15   Q.   Did you hear somebody shouting something
16 out?
17   **A.   I mean, I heard people shouting.  I**
18 **didn't hear anything.**
19       MR. SIEGEL:  Let's -- let's just play it
20 one more time.
21       (Thereupon, a video recording of Exhibit
22 28 was played.)
23 BY MR. SIEGEL:
24   Q.   So right there, around four or five
25 seconds, does it sounds like someone may be

---

327

1  shouting build that wall?
2    **A.   No.  I can't hear that.**
3        MR. SIEGEL:  Let's listen to it again.
4        (Thereupon, a video recording of Exhibit
5  28 was played.)
6  BY MR. SIEGEL:
7    Q.   Can you say for certain that that's not
8  what is being said?
9    **A.   Of course not.  But I don't think you**
10 **could say for certain someone did say that.**
11   Q.   Okay.  I know you have already said that
12 you generally weren't able to hear much or you
13 weren't focusing on what the crowd -- what was
14 audible coming from the crowd.
15   **A.   Right.**
16   Q.   But did you ever hear anyone say build
17 that wall?
18   **A.   Not from --**
19   Q.   During the -- during the encounter?
20   **A.   Not from what I remember, no.**
21   Q.   Okay.  Did anyone ever tell you that
22 they said that?
23   **A.   No one has told me that they said build**
24 **that wall.**
25   Q.   Okay.  Has anyone ever told you that

---

328

1  they heard that?
2    **A.   No one's told me that they've heard it**
3  **either.**
4        MR. SIEGEL:  Okay.  Let's go to Exhibit
5  29.
6        MS. MEEK:  This is video 3 in the
7  stipulation, and I'm playing Exhibit 29 from the
8  beginning.
9        (Thereupon, a video recording of Exhibit
10 29 was played.)
11 BY MR. SIEGEL:
12   Q.   So what are the students shouting there?
13   **A.   Cov Cath is the best.**
14       MR. SIEGEL:  Okay.
15   **A.   Which is a school spirit thing.**
16   Q.   Okay.  Do you assume that everyone else
17 there knows what or knew what Cov Cath is?
18       MR. McMURTRY:  Objection.
19   **A.   I mean, I don't think it would be pretty**
20 **hard to figure out.  A lot of kids have**
21 **sweatshirts that say in pretty big letters**
22 **Covington Catholic on it.**
23 BY MR. SIEGEL:
24   Q.   Okay.  So you assume that anyone in that
25 Lincoln Memorial area would know that this was

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

83 (329 to 332)

329

1  some kind of school cheer?
2      MR. McMURTRY: Objection.
3      A.  I think even without -- again, as I had
4  said yesterday, Cov Cath to me sounds like a high
5  school name.  Anything Catholic, I would think
6  school at the very least.  And I think it's
7  pretty -- pretty common to abbreviate it, the
8  first four letters.  So to me, it does not seem
9  too hard to figure out.
10 BY MR. SIEGEL:
11     Q.  Okay.  Let's jump to 1 minute and 15
12 seconds.
13         And while we are doing that, do you know
14 who took this video?
15     A.  No.
16         MR. SIEGEL:  Okay.
17         MS. MEEK:  Starting at 1:15.
18         (Thereupon, a video recording of Exhibit
19 28 was played.)
20         MR. SIEGEL:  Actually, let's go back
21 because I want to sort of focus Nick's attention
22 so he will know what to be looking for.
23 BY MR. SIEGEL:
24     Q.  So I'm going to ask you to try to focus
25 on the communication between the man in the Reds

330

1  hat and Will Fries.  Okay?
2      A.  Okay.
3         (Thereupon, a video recording of Exhibit
4  28 was played.)
5         MS. MEEK:  Paused at 1:43.
6  BY MR. SIEGEL:
7      Q.  Okay.  Towards the end of that you hear
8  the man in the Reds hat say --
9         MR. McMURTRY:  Excuse me.
10 BY MR. SIEGEL:
11     Q.  Do you hear the man in the Reds hat say,
12 if you want to make America great, of course, you
13 white people go back to Europe where you came
14 from?
15     A.  I didn't hear all of that.  I did hear
16 him telling Will to go back to Europe, and that
17 this was -- the Reds hat -- red hat guy say this
18 is our land.
19     Q.  Okay.  So from this video, do you see
20 that -- you can tell that they are communicating
21 in some way, right, before the man in the Reds
22 hat says that?
23         MR. McMURTRY:  Who is communicating?
24 BY MR. SIEGEL:
25     Q.  Well, the man in the Reds hat is

331

1  communicating to somebody, right?
2      A.  Right.
3      Q.  So do you know how that communication
4  got started?
5      A.  I -- I do not know.  I know that
6  eventually, unlike other one-line things that
7  were being said by everybody in the crowd, that
8  ended up catching my attention because I could
9  hear a back-and-forth going on.
10     Q.  Okay.  Did you ever talk to Will about
11 how that conversation with the man in the Reds
12 hat got started?
13     A.  I have talked to him about it, but I --
14 I can't accurately remember how it started.  I --
15 I'm pretty -- I'm pretty sure I know how it
16 started, but I don't want to definitely say it
17 happened one way and then that not be true.
18     Q.  Okay.  Well, so let's break that down.
19 Okay?
20         So you said at the point that -- in that
21 moment, when he said -- what was it that caught
22 your ear?
23     A.  I don't -- I can't remember what exactly
24 he said that caught my ear.  I think I just heard
25 both of them in an argument, and that caught my

332

1  attention.  Because up until that point, none of
2  the other students were interacting with anyone
3  outside of Cov Cath, at least to my knowledge.
4      Q.  Okay.  So how do you -- you say you
5  don't know for sure, but how do you think it got
6  started?
7      A.  From -- from what I remember, which
8  could not be -- may not be accurate, the person
9  we are calling the man in the Reds hat turned
10 around to Will and said F you, F you, you stole
11 our land, which prompted Will to respond to him.
12     Q.  And -- and what's the basis of your
13 saying that?  In other words, where is that
14 information coming from?
15     A.  This is information that I think -- this
16 is what I think Will Fries told me.
17         MR. SIEGEL:  Okay.
18     A.  I will say again, I don't know -- I
19 don't even know if he told me that, like in
20 that -- that's what I think I remember him
21 telling me.
22     Q.  Do you recall anything else Will telling
23 you about not just this moment but anything about
24 the guy in the Reds hat?
25     A.  I remember him kind of describing more

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

84 (333 to 336)

---

333

1  of the conversation he had with the man in the
2  red hat. But, I mean, anything else he would
3  have described to me, I don't remember.
4      Q.   Okay. Is there anything else that Will
5  told you about this that you recall?
6      A.   Not besides some of the things that were
7  said in the conversation.
8      Q.   Okay. Well, I will tell you what,
9  maybe -- what do you remember that he told you
10 about what was said in the conversation other
11 than what you've already testified to?
12     A.   I -- I remember Will telling -- Will
13 telling me that he told the man in the red hat
14 that -- he said something along the lines of like
15 we are kids or we are from Kentucky, we didn't
16 steal anything. And then I know at one point
17 Will tells the man in the red hat, well, let's
18 just go back to Africa where all life started.
19 And I think at one point, he tries to talk to him
20 about the land bridge theory or whatever, that
21 that's where Native Americans even got to North
22 America in the first place. But that's about all
23 I recall.
24     MR. SIEGEL: Okay. And a lot of that is
25 captured on the video. So let's go ahead and

---

334

1  play it through to the next pause point.
2      MS. MEEK: Restarting from 1:43.
3      (Thereupon, a video recording of Exhibit
4  28 was played.)
5      MS. MEEK: Paused at 2:05.
6  BY MR. SIEGEL:
7      Q.   Okay. So what's your reaction to that
8  conversation so far?
9      MR. McMURTRY: Objection. Go ahead.
10     A.   I mean, Will, and I think he knows this
11 now, was just better off not -- not bothering to
12 interact with this guy.
13     I don't -- my reaction is I don't really
14 see any point in having this conversation. I
15 don't think either of them are going to come out
16 of it feeling better about themselves or feeling
17 more knowledgeable.
18     Q.   You heard the man in the Reds hat use
19 the F word in that last -- do you think that is
20 what Will was describing to you?
21     A.   Yeah, I heard the man in the red hat say
22 get the fuck out of my face, which I think in
23 some way made Will want to argue more and prove
24 his point.
25     MR. SIEGEL: Okay. Let's -- maybe let's

---

335

1  go back -- let's go back to 1:43 and listen to
2  that again.
3      (Thereupon, a video recording of Exhibit
4  28 was played.)
5  BY MR. SIEGEL:
6      Q.   Okay. So that is what you are talking
7  about.
8      Is that -- you testified earlier about
9  Will describing to you that the guy had used the
10 F word. Is that what you think Will was
11 describing to you?
12     A.   Yeah. Well, in this clip, he said it
13 twice so far, and I would imagine that he
14 probably said it other times which aren't in this
15 section we're watching.
16     Q.   Okay. Now, I'm going to play that
17 again. But this time I want you to look at not
18 Will but the man you described as the -- the
19 other man with the drum who has the white hat.
20     A.   Okay.
21     MR. SIEGEL: Okay.
22     Q.   So he's --
23     A.   He's got the checkered --
24     MR. SIEGEL: Yeah, the checkered hat.
25     THE WITNESS: Okay.

---

336

1      (Thereupon, a video recording of Exhibit
2  28 was played.)
3  BY MR. SIEGEL:
4      Q.   Did you see what Will is saying when
5  he's saying there appears to be some -- some
6  communication between the man in the white hat
7  and the man in the red hat?
8      A.   Yes.
9      Q.   Did you hear any of that?
10     A.   No.
11     Q.   Okay. So did you have any idea what
12 they were saying to each other?
13     A.   No.
14     MR. SIEGEL: Okay. Let's keep going.
15     MS. MEEK: Restarting at 2:05.
16     (Thereupon, a video recording of Exhibit
17 28 was played.)
18     MS. MEEK: Paused at 2:20.
19 BY MR. SIEGEL:
20     Q.   Okay. And you -- it looks like you
21 motioned to Will, right?
22     A.   Right.
23     Q.   And is that -- what were you trying to
24 communicate to him?
25     A.   To stop talking.

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

85 (337 to 340)

337

1    Q.   Okay.  Let's go back to Exhibit 20,
2  which is your -- the first public statement that
3  you issued.
4        Just give me a minute here.  Yeah.  Go
5  to the second page, which is NS 103, the first
6  paragraph.
7    A.   Uh-huh.
8    Q.   Read it to yourself for a second.
9        MR. McMURTRY:  I'm sorry.  Can you
10 reorient me as to what you just said?  I was --
11       MR. SIEGEL:  Yes.  It's NS 103.
12       MR. McMURTRY:  First paragraph?
13       MR. SIEGEL:  First paragraph.
14 BY MR. SIEGEL:
15   Q.   Okay.  And Nick, I take it this
16 paragraph refers to that interaction that we just
17 watched?
18   A.   Correct.
19   Q.   Okay.  You refer to the man in the red
20 hat as a member of the protestor's entourage.
21       What did you mean by a member of the
22 protestor's entourage?
23   A.   In the same way I referred to the guy
24 with the white and checkered hat as a companion
25 of Mr. Phillips.  They followed him over to our

338

1  group.
2    Q.   Okay.  Did you think that everyone who
3  followed him was a companion of his?
4    A.   I mean, yes.  I made that assumption
5  because they were over there conducting their own
6  indigenous people's rally.  I assumed some of
7  them knew each other.  And it appears afterwards
8  like they did.  And so when they followed him
9  over there, I assumed that they were all a part
10 of the same group.
11   Q.   Okay.  But that was an assumption,
12 right?
13   A.   Right.
14   Q.   Okay.  Do you think that what the man in
15 the Reds hat said to Will reflects anything about
16 Nathan Phillips?
17   A.   In some ways.
18   Q.   How so?
19   A.   I think that in the way Nathan Phillips
20 walked up to me and then we had our encounter for
21 how many minutes, when the guy with the red hat,
22 as we are calling him, found out that he could
23 engage Will in an argument, that it kind of
24 reflects that both of them were trying to make
25 points.

339

1    Q.   Okay.  Do you -- and why does the fact
2  that -- why do you attribute what you perceive to
3  be the intentions of the man in the Reds hat to
4  Nathan Phillips?
5    A.   No.  I'm not saying that they both had
6  the same intentions.  I'm just saying that there
7  is a common link between both of them, that I
8  believe that Nathan Phillips was -- I believe
9  that Nathan Phillips stayed in front of me
10 intentionally; and that once that argument began
11 between Will and the man with the red hat on,
12 that the guy in the red hat kept responding to
13 Will because he was trying to make a point as
14 well, which I think is clearly expressed when he
15 tells Will that we stole their land and that he
16 needs to go back to Europe.
17   Q.   And do you think that Nathan Phillips
18 wanted him to make that point?
19   A.   I have no idea.
20   Q.   Do you think when Will Fries yelled out
21 grab his dick and twist it that that said
22 something about your intentions when you were
23 standing there?
24   A.   I don't -- I -- I don't think so.
25   Q.   So why do you see a common link between

340

1  the man in the Reds hat and Nathan Phillips but
2  not between you and Will Fries?
3    A.   As I said -- as I said earlier, I'm not
4  saying that they both had -- that that -- I'm not
5  saying that Nathan Phillips' motive was the same
6  motive.  I'm just saying they both appeared to be
7  doing similar things.
8        I think it would be incorrect to make
9  that same conclusion about Will and I because
10 Will and I were behaving in two different ways.
11       Will was vocal and interacting with him.
12 I stood there and did or said nothing.
13   Q.   Well, did Nathan Phillips ever say
14 anything disparaging to you?
15   A.   No.  But --
16   Q.   Or to any other -- through that
17 encounter, did he ever say anything disparaging
18 to you?
19   A.   He didn't say anything disparaging to
20 me.  But when he was close to me, I mean, his
21 spit was getting on my face.  I was smelling his
22 breath.  It wasn't a pleasant experience.
23       I think that his words -- he doesn't
24 have to speak to -- for it to be obvious that
25 he's trying to do something.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

86 (341 to 344)

---

341

1    Q.   Okay.  So you perceived that he was
2  trying to do something even though he wasn't
3  articulating in words?
4    A.   Correct.
5    Q.   Okay.  I want to show you -- let's call
6  up -- again, this is one of the videos that your
7  counsel produced.  It's Exhibit 9.
8         MR. McMURTRY:  What number video?
9         MR. SIEGEL:  It's not marked here, but
10  we -- I know we called it out before.
11        MS. MEEK:  NS 128.
12        MR. SIEGEL:  It's NS 128.  But we did
13  label it as one of the videos.
14        MR. McMURTRY:  Okay.
15        MS. MEEK:  Video 10.
16        MR. SIEGEL:  Okay.
17  BY MR. SIEGEL:
18    Q.   So I'm going to ask you, who -- just
19  watching this, looking at this screenshot, right?
20    A.   Yes.
21    Q.   Who do you contend is part of Phillips'
22  entourage?
23    A.   I would say --
24    Q.   Why don't you -- yeah, let -- let Jessie
25  follow with the cursor.

---

342

1    A.   Okay.  So Nathan Phillips, right?
2         MR. SIEGEL:  Right.
3    A.   The man in the red hat that we see to
4  his left.  Just above him, the guy with the white
5  hat.
6         MR. SIEGEL:  Uh-huh.
7    A.   You can't see it from this screenshot,
8  but there is a man with a snappack that's holding
9  a professional camera.  And he has a black shirt
10  on that says Indigenous People's March.
11    Q.   I think I know -- I believe that is him.
12  The fellow with the beard?
13    A.   Yes.
14    Q.   Okay.
15    A.   And then there -- there is one more
16  person who I can't see from the screenshot but is
17  wearing -- I'm unsure if he has the same
18  Indigenous People's March black shirt on, but I
19  remember her having dream catcher earrings and
20  her attire seemed to suggest that she -- she had
21  come from the Indigenous People's March as well.
22    Q.   Okay.  So just stop it there.
23         There is a woman who had very short
24  hair.  Is that -- do you think that is who you
25  are talking about?

---

343

1    A.   I -- I think so.
2    Q.   Okay.  We probably will see her at one
3  point down the road.  So we will just point her
4  out.  But I think I know who you are talking
5  about.
6         Okay.  So I think those were five
7  people.  Anyone else that you contend was in
8  Nathan Phillips' entourage?
9    A.   I mean, there were other people that I
10  think probably came from over there, but I
11  wouldn't say that they were specific -- it would
12  be too much of a leap at that point to say for
13  sure.
14    Q.   Do you assume that Nathan Phillips knew
15  all five of those people?
16    A.   I would say they were familiar with each
17  other based on the fact that they call him
18  Grandpa or -- and Elder Nathan at some points
19  after this thing.
20         I -- to me, Nathan Phillips seems like
21  somewhat of a leader in organizing their rally.
22  So I would say they know each other.
23    Q.   Okay.  And when you say he -- Nathan
24  Phillips seems to be a leader organizing their
25  rally, are you referring to the indigenous

---

344

1  people's rally that happened earlier?
2    A.   Yes.
3    Q.   Okay.  And -- okay.  Okay.  You used the
4  word conspiracy before I think or conspired.
5    A.   Yes.
6    Q.   Do you believe that all five of those
7  people conspired with Nathan Phillips in some
8  way?
9    A.   I don't know.
10    Q.   Okay.  Do you believe that all five of
11  them had some prior communication with Nathan
12  Phillips about this encounter before it happened?
13    A.   I don't know.
14    Q.   Okay.  And in -- again, I think I can
15  just read it to you.
16         In the Complaint you filed in ABC's
17  case, in paragraph 43, you -- you said he
18  intentionally walked up to the crowd of Cov Cath
19  students; and in paragraph 44, immediately behind
20  and around Phillips were several of his own
21  companions, right?
22    A.   Right.
23    Q.   So this is the point where he is walking
24  up to you guys.
25         Is it the same people you are referring

---

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

87 (345 to 348)

345

1 to as his companions?
2 **A. Yes.**
3      MR. SIEGEL: Okay. And I will just note
4 for the record the same allegations are in
5 paragraphs 43 and 44 of your Complaint against
6 CBS, 73 and 74 for NBC, 42 and 43 for The New
7 York Times, 42 and 43 for Rolling Stone and 29
8 and 30 for Gannett.
9      Okay. Let's go back to Exhibit 29,
10 which is video 3.
11      MS. MEEK: Starting at 2:20.
12      (Thereupon, a video recording of Exhibit
13 29 was played.)
14      MS. MEEK: Paused at 2:37.
15 BY MR. SIEGEL:
16 Q.  Okay. So the man in the Reds hat is
17 continuing to talk to Will, right?
18 **A. Yes.**
19 Q.  And did you -- at this point, did you
20 hear what they were saying?
21 **A. No.**
22 Q.  If you can recall?
23 **A. No. And in this frame, I'm exiting.**
24      MR. SIEGEL: Okay. So that's -- yeah,
25 that's -- let's go back to -- to the beginning

346

1 again and get that point where you are exiting.
2      (Thereupon, a video recording of Exhibit
3 29 was played.)
4 BY MR. SIEGEL:
5 Q.  Okay. So we see you walking off, right,
6 towards the -- maybe the last five seconds of
7 that, of that frame.
8      So -- so recognizing that you didn't
9 hear it at the time, the man in the Reds hat
10 says: We were here already. We were here
11 already. We had a demonstration here and now you
12 come here and F-ing do this. You're being white.
13      Do you have any understanding what he
14 was talking about?
15 **A.  I think he was saying that they had**
16 **scheduled their indigenous people's rally before**
17 **we started showing up for our busses.**
18 Q.  Okay. And why did you move away at that
19 point?
20 **A.  My teacher -- one of my teachers came up**
21 **to me, Ms. Hagedorn, and told us that the busses**
22 **were here and it was time to leave, and so I**
23 **exited.**
24 Q.  Okay. And we have counted -- it looks
25 like the total amount of time that you were

347

1 standing in front of Nathan Phillips was about
2 six minutes.
3 **A. Okay.**
4 Q.  Does that seem correct?
5 **A. That seems accurate.**
6 Q.  Okay. And so for that six minutes, you
7 didn't move from your spot, right?
8 **A. Right.**
9 Q.  And then you exited when Ms. Hagedorn
10 came?
11 **A. Correct.**
12      MR. SIEGEL: Okay. Okay. Let's play
13 the next 17 seconds, I guess.
14      MS. MEEK: Starting at 2:37.
15      (Thereupon, a video recording of Exhibit
16 29 was played.)
17 BY MR. SIEGEL:
18 Q.  So you hear the man in the reads cap say
19 I got him man, I got him man, we are not alone?
20 **A. Yes.**
21 Q.  Do you have any understanding of what he
22 meant by that?
23 **A.  Not -- not really. At that point, maybe**
24 **he got Will, he beat him in the argument they**
25 **were having or whatever. I'm not sure.**

348

1 Q.  Okay. Okay. Let's keep going. And
2 again, I will ask you to just sort of focus on
3 whatever communication you might be able to hear
4 from the man in the Reds hat. Okay?
5 **A. Okay.**
6      MS. MEEK: Restarting at 2:54.
7      (Thereupon, a video recording of Exhibit
8 29 was played.)
9      MS. MEEK: Paused at 3:07.
10 BY MR. SIEGEL:
11 Q.  Okay. So do you see it looks like the
12 man in the red hat is talking to the man in the
13 white hat?
14 **A. Yes.**
15 Q.  Can you hear anything the man in the
16 white hat is saying?
17 **A.  I heard him say close your eyes at one**
18 **point, but I could not really make out most of**
19 **what he was saying.**
20      MR. SIEGEL: Okay. Let's just listen to
21 that one more time.
22      (Thereupon, a video recording of Exhibit
23 29 was played.)
24 BY MR. SIEGEL:
25 Q.  The reason I ask, I thought I heard the

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

88 (349 to 352)

349

1 man in the Reds hat say close your eyes.
2   A.   I think he's saying close your eyes and
3 you will see our people.
4       MR. SIEGEL: Right.
5   A.   And then I thought at the end I heard
6 him repeat twice, we F-ing won, we F-ing won. I
7 heard -- that's what I can hear.
8   Q.   The man in the Reds hat saying that?
9   A.   Yes.
10   Q.   Yes, he says -- I think he says he won,
11 he F-ing won, right?
12   A.   I heard we, not he, like him --
13       MR. SIEGEL: Okay. Let's just go back
14 and hear that one more time, maybe the last
15 like -- the last seven seconds of it.
16       (Thereupon, a video recording of Exhibit
17 29 was played.)
18 BY MR. SIEGEL:
19   Q.   What does that sound like?
20   A.   It could be he -- I think -- it sounds
21 to me like he's -- he's talking about
22 Mr. Phillips.
23   Q.   Right. And he says he won, he F-ing
24 won.
25   A.   Right.

350

1   Q.   And what do you understand him to mean
2 by that, if anything?
3   A.   He won the apparent standoff taking
4 place.
5   Q.   Okay. And do you have any understanding
6 of what -- withdraw that.
7       What do you think the man in the Reds
8 hat was saying Nathan Phillips had won?
9   A.   I don't know about all of -- Will, I
10 guess, or something.
11       I don't -- I don't know what there was
12 to win. I never looked at it as there was going
13 to be a winner and a loser out of this.
14       As soon as I had the opportunity to
15 leave and get on my bus, that's what I did.
16       MR. SIEGEL: Okay. Let's keep going. I
17 think you are going to hear what you were
18 referring to before.
19       MS. MEEK: Starting at 3:07.
20       (Thereupon, a video recording of Exhibit
21 29 was played.)
22 BY MR. SIEGEL:
23   Q.   So there he goes -- you heard him say we
24 won Grandpa, we F-ing won Grandpa?
25   A.   Right.

351

1   Q.   Okay. And do you have any understanding
2 of what he meant by that?
3       I'm going to rephrase that. What do you
4 think he meant by that?
5   A.   I think that -- by this point, I think
6 that when he refers to him as Grandpa, I gather
7 from that that these two know each other. And by
8 the he got them, we won, or whatever, that they
9 have me on camera or whatever and that they won
10 or whatever because they are going to share this
11 and, you know, edit it down and try to say what
12 happened.
13   Q.   Okay. And do you have any -- well, do
14 you have any specific facts supporting that
15 belief that that's what the man in the red had
16 was referring to?
17   A.   No.
18       MR. SIEGEL: Okay. Keep going.
19       MS. MEEK: Restarting at 3:24.
20       (Thereupon, a video recording of Exhibit
21 29 was played.)
22       MS. MEEK: Paused at 3:33.
23 BY MR. SIEGEL:
24   Q.   Do you understand why Nathan Phillips is
25 hitting the drum in a circle like that?

352

1   A.   No.
2   Q.   Okay. No, do you have any belief about
3 why he's doing that?
4   A.   My best guess is that he's celebrating,
5 but I don't know.
6   Q.   And celebrating what?
7   A.   Like they said, that they won.
8   Q.   Okay. And what do you think that Nathan
9 Phillips -- if he was celebrating, what victory
10 is it that he thought he was celebrating in your
11 view?
12   A.   Over me, maybe. But I -- whatever they
13 are taking winning to mean, I would assume that
14 he's celebrating that he won, however they view
15 winning.
16   Q.   Okay. Now, maybe go to a frame where
17 it's a little clearer. You're -- it looks like
18 you're off to the side now, talking to a couple
19 of friends?
20   A.   I'm talking to -- I'm there with Will,
21 and I'm talking to Jake Kleier.
22   Q.   Yeah, Jake Kleier, who I admit, I keep
23 thinking looks like a high school student. There
24 you go.
25   A.   Yeah.

353

1    Q.   So -- first of all, at that point were
2  you listening to any of the things that were
3  being said by the man in the red hat or --
4    **A.   No. I only -- I mean, at one point**
5  **after this, I'm going to look over at them. But**
6  **I -- I was just so confused at that point, I**
7  **really wasn't bothering to listen to any of the**
8  **things they were saying.**
9    Q.   Okay. Do you remember what you were
10 discussing with Mr. Kleier and Will?
11   **A.   My best guess is I probably asked Jake**
12 **Kleier what just happened. I mean, I didn't**
13 **really understand what was going on at that**
14 **point, so that's probably what I asked him.**
15   Q.   Okay. But that's a -- that's a guess.
16 You don't have a specific memory of --
17   **A.   I don't have -- I can't really exactly.**
18   Q.   Okay. Did any of your fellow
19 students -- before the busses came, did anyone
20 talk to you about what had happened that day?
21   **A.   Yes.**
22   Q.   Who?
23   **A.   I don't remember specifics. I had**
24 **students coming -- there wasn't a ton, maybe like**
25 **five or so. But there were students from the**

354

1  **younger grades, who I didn't necessarily know,**
2  **asking me what it -- what was that all about.**
3  **And I -- I generally told everyone I didn't know.**
4  **I don't really know what happened.**
5    Q.   Okay. And once you left the steps of
6  the memorial, do you remember about how long it
7  was before the busses left?
8    **A.   I think like a couple of minutes, less**
9  **than ten, and we got on them.**
10   MR. SIEGEL: Okay. What time is it?
11   MR. McMURTRY: 11:58. So we started
12 about 10:35. So about an hour and 25 minutes so
13 far.
14   MR. SIEGEL: Why don't I -- I've got one
15 more exhibit that will sort of close out this
16 portion, and maybe we'll just break for -- do you
17 want to do an early lunch?
18   MR. McMURTRY: Sure.
19   MS. MEEK: One thing, Nathan, I think
20 this may be the woman -- let's see. We are in
21 exhibit --
22   THE WITNESS: That I named earlier.
23   MR. SIEGEL: What is that?
24   MS. MEEK: Yeah. Exhibit -- okay. we
25 are in Exhibit 30 now.

355

1    THE WITNESS:  The woman that I named
2  earlier with the --
3    MR. McMURTRY:  Short entourage hair.
4    THE WITNESS:  Yes.
5  BY MR. SIEGEL:
6    Q.   Oh, yes, very good point. So that's the
7  one that Jessie -- is talking to you. She is
8  wearing, it looks like, a black skirt with sort
9  of white stars or something on it?
10   **A.   Yep.**
11   Q.   And carrying a backpack?
12   **A.   Correct.**
13   MR. SIEGEL:  Okay.
14   MS. MEEK:  We are on Exhibit 30 at 3:33.
15 BY MR. SIEGEL:
16   Q.   And I guess just while we are here, is
17 there anyone else you see that you think was --
18 that you were referring to as member of Phillips'
19 entourage other than the ones you testified
20 before?
21   **A.   No, no one else.**
22   MR. SIEGEL:  Okay. Let's go to the next
23 exhibit, which is Exhibit 30, video 11.
24   MS. MEEK:  This is actually -- a
25 correction for the record. That was Exhibit 29

356

1  at 3:33 we were just discussing.
2  BY MR. SIEGEL:
3    Q.   And I will stop a couple times, Nick,
4  just to ask you to identify people. But
5  basically, this is another video of the
6  interactions involving the man in the Reds cap
7  that is just taken from a different angle. So
8  other than the couple of times I will stop it to
9  ask you who the people are, I just want to watch
10 it -- for you to watch it and see if you see
11 any -- see or hear anything more than in the
12 other video that would affect any of your
13 answers. Okay?
14   **A.   Okay.**
15   MS. MEEK:  Starting Exhibit 30 at 30
16 seconds.
17   (Thereupon, a video recording of Exhibit
18 30 was played.)
19   MS. MEEK:  Paused at 56 seconds.
20 BY MR. SIEGEL:
21   Q.   Okay. Was it 56 or 35 we were going to
22 pose -- we were going to pause here?
23   MS. MEEK:  I have from 30 to 56. Go
24 earlier?
25   MR. SIEGEL:  This is Exhibit 30, right?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

90 (357 to 360)

357

1      MS. MEEK:  Yes.
2      MR. SIEGEL:  Yeah.  Try 35 quickly.
3      MS. MEEK:  35 seconds?
4      MR. SIEGEL:  Yeah.  Yes.  That's it.
5  BY MR. SIEGEL:
6    Q.   Do you see the fellow in the brown hat,
7  like brown kind of beanie hat?
8    A.   Yes.
9    Q.   You can actually see his phone kind of
10  facing forward.  Do you know who that is?
11   A.   No.
12     MR. SIEGEL:  Okay.
13   A.   And just to be clear, the person I was
14  referring to earlier is the person to the -- the
15  person in the beanie is left --
16     MR. SIEGEL:  Right.
17   A.   -- with the backwards hat.
18     MR. SIEGEL:  Right.  And why don't you
19  just put the cursor on that, Jessie, so it's
20  clear for the record, on him, the fellow with the
21  beard and the backwards hat.
22     THE WITNESS:  No -- yes.
23  BY MR. SIEGEL:
24   Q.   As -- as a member of Phillips'
25  entourage?

358

1    A.   Yes.
2      MR. SIEGEL:  Okay.  Okay.  You can jump
3  forward to 56 now and then pause at 1:02.
4  BY MR. SIEGEL:
5    Q.   Do you recognize whether the person in
6  the brown hat is a Cov Cath student?  Do you
7  know?
8    A.   I would say for sure that it's not.
9  Well, I don't know who that is, in all honesty.
10     MR. SIEGEL:  Okay.  Okay.
11     (Thereupon, a video recording of Exhibit
12  30 was played.)
13  BY MR. SIEGEL:
14   Q.   Okay.  Is that Ms. Hagedorn at 1:02?
15   A.   Correct.
16     MR. SIEGEL:  Okay.  Keep going.
17     (Thereupon, a video recording of Exhibit
18  30 was played.)
19  BY MR. SIEGEL:
20   Q.   Do you know who that is?
21   A.   Yes.
22   Q.   Who is that?
23   A.   I think, if I'm right, his name is Trey
24  Lowery (phonetically spelled.)
25   Q.   Okay.  And did you hear anything more

359

1  about what the man in the red hat said with
2  anyone that changes anything that you have
3  testified about before?
4    A.   No.  I -- I generally heard the same
5  things I heard from the other angle.
6    Q.   Okay.  Were you -- could you make out
7  anything about what the man in the white hat was
8  communicating?
9    A.   Not really.
10     MR. SIEGEL:  Okay.  All right.  Let's
11  take a -- let's take a lunch break.
12     THE VIDEOGRAPHER:  We are going off the
13  record.  The time is 12:06 p.m.
14     (Thereupon, there was a recess taken at
15  12:06 p.m.)
16     (Thereupon, the proceedings were resumed
17  at 12:50 p.m.)
18     THE VIDEOGRAPHER:  We are back on the
19  record.  The time is 12:50 p.m.
20  BY MR. SIEGEL:
21   Q.   Okay.  Nick, you delivered a speech that
22  was broadcast as part of the Republican National
23  Convention, right?
24   A.   That is correct.
25   Q.   And how did you come to do that?

360

1    A.   I was contacted through Turning Point
2  USA and was notified that there was interest from
3  the Trump campaign to have me speak.  And they
4  inquired about whether or not I would be
5  interested in doing that.
6    Q.   And do you remember who at Turning Point
7  contacted you?
8    A.   Yes.  His name is Alex Lorusso.
9      MR. SIEGEL:  Okay.
10   A.   He more commonly goes on the Internet by
11  just ALX.
12   Q.   Okay.  And you will excuse my ignorance.
13  But is he -- is he one of the commentators
14  essentially of TP?
15   A.   Yes.  Yes.  He's -- he's -- I think his
16  official title is he is a TPUSA ambassador.
17   Q.   Okay.  So after he contacted you, what
18  happened?  How did you actually come to agree and
19  then record that speech?
20   A.   If I remember it correctly, after
21  speaking to Alex, I then spoke to Charlie, who
22  runs Turning Point, and then --
23   Q.   Charlie Kirk?
24   A.   Charlie Kirk, yes.
25     And then he connected me with members of

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

91 (361 to 364)

---

361

1 the Trump campaign, who spoke to me first of --
2 the first discussion we had was organizing how
3 was I going to get to DC, what was the schedule
4 going to look like, where was I actually going to
5 film my speech or whatever. And we just worked
6 out all the logistics or whatever.
7         And then from then on, I moved to
8 actually writing my speech. And after that, I
9 flew to DC.
10   Q.   Okay. And were you standing in front of
11 the Lincoln Memorial when you gave it or was that
12 a backdrop?
13   A.   That was actually at the Lincoln
14 Memorial.
15   Q.   It was actually at Lincoln -- and who
16 were the people in the Trump campaign that you
17 communicated with?
18   A.   I can remember a couple of names. I
19 won't be able to remember all of them.
20         I think there were about four or five.
21 I think one of them was Cliff Sims. And another
22 one who was kind of the point person on keeping
23 my schedule and making sure I got where I needed
24 to be, his name was David Mariash. And he kind
25 of organized my flights and things like that.

---

362

1         Another one that was -- that I can
2 remember, which is -- the last name I can, was
3 Jaylin Johnson. And he wasn't necessarily
4 connected to the actual speech itself. But when
5 I was in DC, he helped organize for me to tour
6 the Trump campaign office and like the war room,
7 the headquarters, typically.
8   Q.   And what was the process of coming up
9 with the substance of the speech?
10   A.   So the -- we had a couple -- he gave me
11 the general themes for what they wanted the
12 convention to center around. And he offered me
13 two different approaches.
14         I could -- I could write the speech, how
15 I kind of wanted it to look, and then get input
16 from the speech writer on adjustments, or I could
17 tell the speech writer some of the things I
18 wanted and let him write it.
19         I took the initiative and wrote the
20 entire speech myself. And then from there, we
21 made some adjustments.
22   Q.   And do you recall the name of the speech
23 writer? Was it -- was it John Pastovich, or
24 something like that?
25   A.   Yes, John Pastovich.

---

363

1   Q.   Okay. And so what was his role?
2   A.   He played a role in helping me write the
3 speech.
4         Most of the original speech that I had
5 written ended up staying in there by the finished
6 product.
7   Q.   Okay. And are there any -- do you have
8 any of the drafts of the speech that you wrote?
9   A.   I think I do.
10         MR. SIEGEL:  Okay.  I think we had asked
11 for those to be produced, Todd, only because they
12 do describe the events at --
13         MR. McMURTRY:  Yeah, that is fine.  I
14 never thought of that.  It didn't strike me as
15 anything relevant.  But if you want us to get
16 those to you -- I don't think we've produced
17 them.
18         MR. SIEGEL:  Right.
19         THE WITNESS:  I don't know if it's
20 relevant to add that I think I do have several
21 different draft copies.  But on some of them, I
22 might have wrote it and then just wrote the new
23 draft over that.
24         MR. SIEGEL:  Over it, I understand.
25         THE WITNESS:  And edited it, but --

---

364

1         MR. SIEGEL:  Okay.
2         THE WITNESS:  Yeah.
3 BY MR. SIEGEL:
4   Q.   Okay.  And why did you agree to speak?
5   A.   Well, I think, first and foremost, when
6 the President asks for something, you know, it's
7 kind of an honor and you do it.
8         So I was told that the President
9 personally wanted me to speak, and I was -- I was
10 very honored by that.  So that was probably my
11 leading motivation.
12   Q.   Okay.  So let's -- I'm going to put the
13 speech up.  I'm just going to play about the
14 first ten seconds for you to confirm that this is
15 your speech.
16         THE WITNESS:  Okay.
17         MR. SIEGEL:  This is Exhibit 31.
18         (Thereupon, a video recording of Exhibit
19 31 was played.)
20 BY MR. SIEGEL:
21   Q.   Yeah.  That's the speech you gave?
22   A.   That is my speech.
23   Q.   Okay.  So let's go to 58 seconds.
24         MR. McMURTRY:  Recognize the suit?
25   A.   I actually needed one.  I have had this

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

92 (365 to 368)

365

1  one so long.
2      MS. MEEK:  Starting at 58 seconds.
3      (Thereupon, a video recording of Exhibit
4  31 was played.)
5  BY MR. SIEGEL:
6      Q.   Okay.  So you refer to Nathan Phillips
7  as a professional protestor?
8      A.   Correct.
9      Q.   Why did you call him that?
10     A.   As I mentioned in earlier testimony,
11 Nathan Phillips had gotten to headlines in
12 Detroit.  And then after the -- after the
13 standstill at the Lincoln Memorial, he then
14 appeared at another protest in another state.  I
15 can't remember where.  I want to say California.
16 But it was clear to me that he was able to
17 appear, appear on videos in DC, Detroit and
18 somewhere else, and he seemed like a professional
19 protestor.
20     Q.   So what does the term professional
21 protestor mean?  Did you think that he -- does
22 that mean that he makes money off of it, doing
23 that?
24     A.   I can't -- I can't say for sure.  But I
25 would equate that phrase to he's definitely an

366

1  activist and appears at -- appears at rallies for
2  many different causes.
3      Q.   Okay.  How does that make him a
4  professional protestor?  What does the word
5  professional mean as you used it?
6      A.   He's very good at what he does.  As I
7  said before, he -- he has a habit of getting on
8  video or appearing in the headlines.
9      Q.   Okay.  And you said you referred to
10 others with him as professional protestors in
11 your speech.
12     A.   Yes.
13     Q.   And why did you say that?
14     A.   As I testified earlier, because I
15 believe, when they approached me, they had --
16 that there was -- it was somehow arranged for the
17 camera to be filming before he approached me.
18     Q.   Okay.  And that's what you were
19 referring to when you were saying others were
20 professional protestors?
21     A.   Yes.
22     MR. SIEGEL:  Okay.  Let's go to 1:47.
23     (Thereupon, a video recording of Exhibit
24 31 was played.)
25 BY MR. SIEGEL:

367

1      Q.   Okay.  You call him -- and I take it
2  there you are referring to the man in the Reds
3  hat?
4      A.   Yes.
5      Q.   Why did you call him one of Mr. Phillips'
6  fellow agitators?
7      A.   Because I believe that that's -- that is
8  a term that describes their behavior when they
9  entered our group.
10     Q.   Okay.  And just explain what you mean by
11 agitator?
12     A.   I mean, it's pretty agitative behavior
13 when you invade the personal space of someone 59
14 years younger than you and make them smell your
15 breath and have their spit on their face.
16     In the case of the man in the Reds hat,
17 start arguing, trying to debate someone.  However
18 the age gap is between them, that difference, it
19 seems to me they were trying to agitate us.
20     MR. SIEGEL:  Okay.  And just go back and
21 play that one more time.  And listen carefully
22 again.
23     We are at 1:47 again?
24     MS. MEEK:  Yes.
25     (Thereupon, a video recording of Exhibit

368

1  31 was played.)
2  BY MR. SIEGEL:
3      Q.   When did the man in the Reds cap ever
4  say it's all right here on the video?
5      A.   In one of the -- in one of the video
6  angles.  I'm pretty sure that he -- he said that
7  line.
8      Q.   We showed you two videos of the man --
9  angles of the man in the Reds cap.  Did you ever
10 hear him say it's all right here on video?
11     A.   Correct.  But those two angles don't --
12 don't cover the entire situation at the memorial.
13     Q.   Okay.  So what is the source of your
14 statement that the man in the Reds cap said,
15 quote, it's all right here on video?
16     A.   At one point in one of the videos, he
17 says it's all right here on video to -- I can't
18 remember who at this point.  But that is captured
19 on camera.
20     Q.   And can you describe the video that you
21 say it's captured on?
22     A.   Well, as I said earlier, when you were
23 showing me these videos, I can't recall which one
24 is which video.  I mean, they are all videos to
25 me.  But I can't remember who is the author of

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

93 (369 to 372)

---

369

1  which one. I just know on one of the videos that
2  it is -- it takes place.
3     Q.   So there are like, I don't know, like
4  whatever the number is, 18 or 19 videos that --
5  that, you know, the parties here have stipulated
6  to. Is it on one of those videos?
7     A.   I believe so.
8     Q.   But it's -- you contend it's on one of
9  those videos but not on the ones I've shown you?
10    A.   Correct.
11       MR. SIEGEL: All right.
12    A.   Or at least -- not -- maybe it is on one
13 of the videos you have shown me and we just
14 haven't played that part.
15    Q.   We played the part where he said we won
16 Grandpa, right?
17    A.   Correct. I'm saying that of the videos
18 you have shown me, we haven't looked at all of
19 them from start to finish. I mean, we have
20 jumped around on some of them.
21       MR. SIEGEL: Okay. So I will put a
22 pause on it for now. Okay. We may come back to
23 that.
24       THE WITNESS: Okay.
25    Q.   But other than -- other than what you

---

370

1  have just said, can you be any more specific
2  about which video you say that is contained in?
3     A.   No, I really can't.
4        MR. SIEGEL: Okay. Let's go to Exhibit
5  32.
6        And this, Nick, is all -- what I'm
7  showing you now is some of the video after you
8  left the stairs.
9        THE WITNESS: Okay.
10       (Thereupon, a video recording of Exhibit
11 32 was played.)
12 BY MR. SIEGEL:
13    Q.   Is one of the guys you're -- I know that
14 is Will. There is Mr. Kleier, right? Who are
15 the other guys you are talking to?
16    A.   The one in between me and Will, behind
17 me, his name is Jacks.
18       The other ones, I can -- I can't tell.
19 I'm looking at their backs here.
20    Q.   The one that has C-R-I-M something on
21 it -- Crimson, maybe?
22    A.   Yeah. I can't tell.
23    Q.   And Jack Clark is -- I'm sorry. I
24 probably have the wrong name.
25       Jack. Who is the other guy you just

---

371

1  said?
2     A.   His name is Jacks, like --
3     Q.   And which one is that?
4     A.   In between Will and I.
5     Q.   Behind you?
6     A.   Right there.
7     Q.   Okay. And do you know who the guy with
8  the red, white and blue ski hat is?
9     A.   No. I mean, I can't tell.
10       MR. SIEGEL: Okay. Okay. Let's keep
11 going.
12       (Thereupon, a video recording of Exhibit
13 32 was played.)
14       MS. MEEK: I just paused at 30 seconds.
15 BY MR. SIEGEL:
16    Q.   Okay. So when you were -- at the time,
17 did you hear Nathan Phillips shouting any of
18 that?
19    A.   It's possible. I don't really remember
20 paying attention to it.
21    Q.   Okay. Well, either then or watching it
22 now, do you have a view of why Mr. Phillips was
23 shouting relatives?
24    A.   I just assume it's because he's
25 referring to the people he's with. But I don't

---

372

1  know.
2     Q.   Okay. You are assuming it's referring
3  to people -- Native Americans and any of the
4  other people who were the --
5     A.   Yes.
6     Q.   Okay. And he said let's make America
7  great, let's do that.
8        Do you have any view of what he meant by
9  that?
10    A.   No.
11       MR. SIEGEL: Okay. Keep going.
12       (Thereupon, a video recording of Exhibit
13 32 was played.)
14       MS. MEEK: I paused at 56 seconds.
15 BY MR. SIEGEL:
16    Q.   The fellow who we see in the Owensboro
17 sweatshirt, is that -- do you know what school he
18 is from?
19    A.   I would assume Owensboro Catholic.
20    Q.   Okay. So to your knowledge was he not a
21 Covington student?
22    A.   Yes.
23    Q.   Okay. Do you know who he is?
24    A.   No idea.
25    Q.   Okay. Do you have any reaction to what

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

94 (373 to 376)

---

373

1 he said?
2  **A.  Not really.**
3      MR. SIEGEL:  Go ahead.  Let's go to
4 Exhibit 3 again, which is video 4.  And this is
5 the Banyamyan video, some of the footage after
6 the incident was over.
7      MS. MEEK:  Starting at 1 hour, 18
8 minutes and 18 seconds.
9      (Thereupon, a video recording of Exhibit
10 3 was played.)
11      MS. MEEK:  Paused at 1 hour -- 1 hour,
12 18 minutes and 26 seconds.
13      MR. SIEGEL:  Let's go back one more
14 time.  See if you --
15 BY MR. SIEGEL:
16  Q.   Do you hear one of the BHI guys saying I
17 don't see one black person?
18  **A.  I would assume they probably said that.**
19 **I will listen for it.**
20      MR. SIEGEL:  Okay.  Let's go back and
21 listen for that.
22      (Thereupon, a video recording of Exhibit
23 3 was played.)
24 BY MR. SIEGEL:
25  Q.   Right.  It's not the guy who is

---

374

1 shouting, right?
2  **A.  Yes.**
3  Q.   Someone else says it.
4      Do you recall, did you witness any of
5 that?
6  **A.  I don't think I did.**
7  Q.   Okay.  And now it appears that the
8 kids -- the students are all turning around to
9 try to find the African American student?
10  **A.  No.**
11  Q.   You don't think that's what they are
12 doing?
13  **A.  I think that is one heck of a guess.**
14  Q.   All right.  Well, tell us -- do you
15 know -- go ahead.  Tell us.
16  **A.  I don't -- I don't understand why they**
17 **would have to stand there and look at the Black**
18 **Hebrew Israelites who -- who are shouting that at**
19 **them.**
20  Q.   So he just -- the guy who said I don't
21 see one black person, right?
22  **A.  Right.**
23      MR. SIEGEL:  That's what he shouted.
24 Okay.  So let's keep going.
25      (Thereupon, a video recording of Exhibit

---

375

1 3 was played.)
2      MS. MEEK:  Paused at 1:18:44.
3 BY MR. SIEGEL:
4  Q.   So you hear the -- one of the BHI men
5 says you've got two N words in the crowd?
6  **A.  Yes.**
7  Q.   And someone holds up his hands and says
8 we've got two?
9  **A.  Yes.**
10  Q.   Who is that, the guy who held up his
11 hand?
12  **A.  I don't know.  He was a grade above me.**
13 **I don't know his name.**
14  Q.   What do you think of that response?
15  **A.  Well, I mean, if you want my opinion**
16 **here, he's obviously being baited into this where**
17 **the guy's using words which are -- are frowned**
18 **upon.  And I don't -- I don't think he realizes**
19 **that when he is correcting the guy and he says we**
20 **actually have two, that when you look at this on**
21 **camera, you would assume that he's saying -- or**
22 **that people could take that as we have two, and**
23 **then the identification that the BHI used, I**
24 **think that it's a senior in high school that**
25 **doesn't realize what he's being baited in to**

---

376

1 **saying.**
2  Q.   Well, whether you think he was being
3 baited or not, you understand that he's saying
4 we've got two, we've got two African Americans?
5      MR. McMURTRY:  I don't think that's what
6 he testified to.  But go ahead.
7 BY MR. SIEGEL:
8  Q.   Okay.  Well, when he says we've got two,
9 what do you understand --
10  **A.  Well --**
11  Q.   Two what?
12      MR. McMURTRY:  You know, I don't know
13 what we are trying to prove here.  I think Nick
14 said he wasn't aware of any of this happening.
15      MR. SIEGEL:  I get that.  I understand
16 that.
17      MR. McMURTRY:  I don't know if there is
18 a question.  If you would either read back the
19 question or ask it again.
20      MR. SIEGEL:  Okay.
21 BY MR. SIEGEL:
22  Q.   So when the guy holds up his hand and
23 says we've got two, what do you understand the
24 two to be?
25  **A.  I would say probably that there was more**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

95 (377 to 380)

377

1 than one African American with us.
2    Q.   Okay.  And -- and your only view of that
3 was that the -- that the student was being baited
4 to say that?
5        MR. McMURTRY:  Objection.  That's not
6 what he said.  He didn't say that was his only
7 view.
8    A.   Yeah.  I think that he was --
9        MR. McMURTRY:  I'm sorry.  We are not
10 going to go down this road of debating this word
11 to try to recancel Nick or recancel --
12       MR. SIEGEL:  I'm not going to --
13       MR. McMURTRY:  I mean, it's too risky
14 for you to be asking these questions.
15       And what this kid said, we don't know.
16 What the video says exactly is open for
17 interpretation.  I think that you're -- you're
18 asking too much.
19       And if you want to continue these
20 questions, you know, I would rather take it up
21 with the judge, because I don't think they have
22 anything to do with Phase 1.
23       MR. SIEGEL:  Well, I think Nick does
24 make a number -- made a number of public
25 statements about the behavior of the students.

378

1 Right?  Not him, but the students in general.
2 And I think this is relevant to that.
3        MR. McMURTRY:  He did answer.  And you
4 mischaracterized his testimony.  And, you know --
5        MR. SIEGEL:  I will just ask a different
6 question.
7 BY MR. SIEGEL:
8    Q.   Do you think that was an appropriate
9 response that that senior gave, an appropriate
10 thing to do and gesture?
11   A.   As I testified before, I think that this
12 student was being baited into giving a response
13 that sounded like he was identifying our own
14 students, our brothers, because we are a
15 brotherhood, as derogatory terms.
16       MR. SIEGEL:  Okay.  Let's keep going.
17       MS. MEEK:  Starting at 1:18:44.
18       (Thereupon, a video recording of Exhibit
19 3 was played.)
20 BY MR. SIEGEL:
21   Q.   Did you hear someone shout out hell,
22 yeah, we've got one?
23   A.   It seemed a little hard to hear it.  If
24 we could replay it.
25       MR. SIEGEL:  Sure.

379

1        (Thereupon, a video recording of Exhibit
2 3 was played.)
3        MS. MEEK:  I'm back to 1:18:44.
4 BY MR. SIEGEL:
5    Q.   Did you hear that, hell, yeah, we've got
6 one?
7    A.   I wouldn't a hundred percent confirm
8 that, but that's what it sounds like.
9    Q.   Okay.  And what do you think of that?
10       MR. McMURTRY:  Objection.  I think he's
11 already answered what he thinks about this.
12       MR. SIEGEL:  I'm going to ask him
13 statements like baiting.  He testified about the
14 one --
15       MR. McMURTRY:  This doesn't have
16 anything -- I mean, I have said -- objected very
17 little, said very little.  But now you are -- you
18 know, you are trying to drag Nick in to what
19 other people said that he didn't witness that
20 have nothing to do with Phase 1 discovery and --
21 or Phase 1 Motion For Summary Judgment.
22       And, you know, really, you are dancing
23 around topics that are -- that are too
24 incendiary, really, to even be spoken about by
25 anybody in this room or anybody on this feed.

380

1 And anything that we say about anything like this
2 is going to put us all at risk.
3        And so, you know, I just don't think
4 it's appropriate to continue to ask these
5 questions.  What do you think about what somebody
6 said that you didn't hear three years ago in
7 hindsight sitting here today is totally
8 inappropriate.  And, you know, I just think it's
9 in bad faith to -- not bad faith, but a bad
10 decision to ask these questions in this context.
11       So I would ask you to go -- take on a
12 new line of questioning.
13       MR. SIEGEL:  I think it's perfectly
14 appropriate.  This -- this relates to the
15 behavior of the students who were there.
16       MR. McMURTRY:  How does that have
17 anything to do with Nick's behavior?
18       MR. SIEGEL:  Well, Nick spoke about the
19 students.  Nick spoke about --
20       MR. McMURTRY:  It has nothing do with
21 the lawsuit.  I don't want to debate you on this.
22       We -- you know, I don't have to say how
23 I really feel about all this.  I'm sure you know.
24       But, you know, you are putting Nick in
25 danger, and you are revictimizing him.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

96 (381 to 384)

381

1      This is going to come out, and he is
2 going to be revictimized by this.  And I think it
3 is irresponsible to, especially when we are
4 dealing with these pejoratives, to have him even
5 commenting on them.
6      THE WITNESS:  If I can add, in my public
7 statement, I said, and I quote:  I cannot speak
8 for everyone, only for myself.
9      In my own experience, I haven't seen
10 anything except people be respected of all races
11 and cultures, which is line by line from the
12 second page.
13 BY MR. SIEGEL:
14   Q.   You said I didn't -- you also said I did
15 not witness or hear any students chant build that
16 wall or anything hateful or racist at any time.
17   A.   Correct.
18      MR. SIEGEL:  Right.  And so I think I'm
19 entitled to explore whether you --
20      MR. McMURTRY:  He said he didn't see
21 anything or hear anything.
22      MR. SIEGEL:  I understand that.  And I'm
23 not suggesting that you did.  But to the extent
24 that that statement could be understood to mean
25 that you don't believe that anything hateful or

382

1 racist happened, I think I'm entitled to explore
2 that.
3      THE WITNESS:  I mean, I -- what -- what
4 I'm telling you now, and what I have said then,
5 is I can't speak for everyone.  I'm not saying
6 there is not a chance that maybe there is one or
7 more people at Cov Cath that were out of line on
8 this day or maybe another day.  But I can only
9 speak for my own actions and what I witnessed.
10      And at this point, I did not see any of
11 this, just like I didn't hear any of the other
12 things.  And then you are asking me to comment on
13 how I feel about things that I didn't see and
14 witness.  So I just -- I don't know.
15      MR. McMURTRY:  May I just add one
16 comment?  Thank you.
17      I'm concerned, as well, that due to the
18 nature of the questioning surrounding this
19 particular term, that anything is insufficient.
20 There is no sufficient answer that will not
21 result in -- in a risk of further cancellation,
22 condemnation.
23      And, you know, the way -- the way people
24 organize in our society today, you know, all of
25 this could be taken out of context and used very

383

1 aggressively.  And I just think it's not a good
2 idea to -- to be asking --
3      MR. SIEGEL:  Todd, I have given you a
4 lot of leeway here for a speaking objection.
5      MR. McMURTRY:  No, I appreciate that.
6 Thank you.  It's not a speaking objection.  I'm
7 just stating my concerns.
8      MR. SIEGEL:  Okay.  But I don't think
9 that's a basis to object to a line of -- I'm
10 sorry -- not to object.  I am not going to --
11 I'll never tell you you can't object, but I don't
12 think that is a basis for my not asking some of
13 these questions.
14      I understand your view about it, but I
15 think that they are appropriate questions to ask.
16      MR. McMURTRY:  Well, I think he's
17 answered them, so . . .
18      MR. SIEGEL:  He hasn't answered all of
19 them.  He answered the first one.
20      MR. McMURTRY:  I think he just answered
21 your second one, too.  So let's ask a new
22 question.
23      MR. SIEGEL:  Well, no.  I said a student
24 yelled out hell, yeah, we got one.  And I said
25 what do you think of that.  That's when you came

384

1 in.
2      MR. McMURTRY:  I don't think what he
3 thinks -- objection.  Go ahead and answer the
4 question.
5   A.   Okay.  To me, in my opinion, and I have
6 not witnessed any of this, I would say that the
7 phrase hell, yeah, we got one, was probably a
8 defense of one of the students of Cov Cath, given
9 that earlier in the day, that one of these
10 students was told that his organs would have --
11 were going to be harvested by the white members
12 of our school.
13      I take that to be in defense of the
14 student of color at Cov Cath, that he was saying,
15 yes, we've got one, like he is one of ours, he is
16 one of -- he is a Colonel, a student of Covington
17 Catholic.
18      I think at the same time, these kids,
19 which we are, we are all kids, none of us know
20 the way the world works, quite frankly, didn't
21 realize that when -- when they were trying to
22 defend that student, that the foul language used
23 in the question could make it seem as if
24 something else -- or that they were -- they were
25 responding to the question asked.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

97 (385 to 388)

385

1      MR. SIEGEL:  Okay.  Let's go to the next
2  few seconds.
3      MS. MEEK:  Continuing at 1:18:52.
4      (Thereupon, a video recording of Exhibit
5  3 was played.)
6      MS. MEEK:  Pausing two seconds later.
7  BY MR. SIEGEL:
8    Q.  So now does it appear that the -- that
9  Beau -- we are talking about Beau here, right --
10 has kind of been brought to the front of the
11 crowd by the other students?
12   A.  No.
13   Q.  You do not think that's what happened?
14   A.  You cannot prove that from this video,
15 where the angle was at a completely different
16 view and then suddenly pans over to see Beau.
17       We can't tell if Beau was already there
18 before the camera turns over or whether he chose
19 to move to the front of the crowd to show up in
20 front of them of his own will or, you know, they
21 asked Beau to come up or anything like that.
22       So I would say that this videotaping is
23 inconclusive on why Beau is where he is.
24       MR. SIEGEL:  Okay.  Let's keep going.
25       (Thereupon, a video recording of Exhibit

386

1  3 was played.)
2  BY MR. SIEGEL:
3    Q.  Did you hear what the -- this fellow in
4  the -- is that Cammeron?
5    A.  Charlie.
6    Q.  Or Charlie, sorry -- what he said?
7    A.  No.
8        MR. SIEGEL:  Okay.  Let's just go back
9  about maybe six seconds and play it again.
10       MS. MEEK:  Restarting at 1:19:21.
11       (Thereupon, a video recording of Exhibit
12 3 was played.)
13 BY MR. SIEGEL:
14   Q.  Okay.  Do you hear it says we've got one
15 at home but he ain't here, names something like
16 Dayron or something like that?
17   A.  I don't know about a name, but I would
18 agree that he said we have one that isn't here.
19   Q.  Okay.  And do you -- do you recognize
20 the name that he threw out?
21   A.  No.
22   Q.  And what do you think of Charlie's
23 response there?
24   A.  Again, I think that none of the -- it's
25 my same response to when they said it earlier,

387

1  that they didn't realize that -- that people
2  would take it as we have one and then fill in the
3  word that the Hebrew Israelites were using and
4  instead were saying that we have another African
5  American who is a brother of our school and --
6  it's my same response as last time, which, to be
7  honest, is only support -- supported more by the
8  horrendous display of language a couple of
9  seconds ago that the Black Hebrew Israelites used
10 that you can then see all our students kind of
11 recoil at because it's disgusting the way they
12 described a freshman in high school.
13   Q.  Okay.  So do you think -- and I will
14 just ask you for you, do you think that any of
15 the statements or conduct by any of the students
16 that we have seen reflects any racially
17 derogatory attitude?
18       MR. McMURTRY:  Objection.  Go ahead.
19   A.  I mean, specifically in this instance --
20 I can't -- I can't really understand how any
21 of -- or how these students would have been
22 acting in a racially derogatory fashion when
23 after the Black Hebrew Israelites started to
24 berate the freshman, that many of them went up to
25 him and hugged him and said we love you.  That to

388

1  me seems the very opposite of racism.
2  BY MR. SIEGEL:
3    Q.  Okay.  And just to make clear, I'm not
4  asking you about every single student in the
5  crowd, right?  But the ones that we've -- the
6  specific things that we've seen, you know --
7  we've got two, hell, yeah, we've got one -- we've
8  got one home, he ain't here, would your answer be
9  the same with respect to those specific --
10   A.  Yes.
11       MR. SIEGEL:  Okay.  Let's keep going.
12       MS. MEEK:  Restarting at 1:19:27.
13       (Thereupon, a video recording of Exhibit
14 3 was played.)
15 BY MR. SIEGEL:
16   Q.  It sounds like people are shouting the
17 same name or something that I think Cammeron
18 referred to before.  Do you recognize what they
19 are shouting?
20   A.  I don't.  I don't, honestly.
21   Q.  Okay.  Other than Beau, did you know any
22 other African American students at Covington at
23 the time?
24   A.  I believe there was one in the class
25 above me, a senior.  His name was -- I think it

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

98 (389 to 392)

389

1 was Mod, but I could be wrong. I think his first
2 name was Mod.
3      MR. SIEGEL: Okay.
4   A.   And I -- I don't remember, though, if
5 that's correct. I think there is a chance, too,
6 he could have been on the trip, but I am not a
7 hundred percent certain.
8      MR. SIEGEL: Okay. Let's keep going.
9      MS. MEEK: Restarting at 1:19:34.
10     (Thereupon, a video recording of Exhibit
11 3 was played.)
12     MS. MEEK: Paused at 1:20.
13     MR. SIEGEL: Yeah, just go a frame
14 back -- a couple frames back so we can see who
15 that person is.
16 BY MR. SIEGEL:
17   Q.   Yeah, the person holding the water
18 bottle, which he then holds out, do you recognize
19 who that is?
20   A.   No.
21   Q.   Okay. So, Nick, can -- just sort of
22 walk me through -- I think the last time we left,
23 it was a little bit after the incident. You are
24 chatting with Mr. Kleier and a few of your
25 friends. What happened between that time and the

390

1 time you got on the bus?
2   A.   Well, after I walked away --
3      MR. SIEGEL: Right.
4   A.   -- I never -- I never -- to the best of
5 my recollection, I never came back over. Every
6 time I moved further away, I never took a -- I
7 don't know, I will just say this, retraced my
8 steps backwards towards where everything
9 happened.
10      So at this point, I don't know where I
11 am, but I am not within earshot at the volume
12 that everyone is talking about. I wouldn't have
13 heard this.
14   Q.   No, okay. And I'm actually moving on
15 from this. I'm not -- I'm just asking you to
16 sort of -- just the facts of what -- what -- just
17 tell your best memory of you come down from the
18 steps, you were chatting with Mr. Kleier and I
19 think a few of your friends. And eventually you
20 get on the bus, right?
21   A.   Uh-huh.
22   Q.   Do you remember what happened in that
23 time?
24   A.   I would have -- if you are looking at
25 the memorial, I would have been off to the left

391

1 side. And I spent most of that time interacting
2 with various people from my school until the bus
3 came and I got on it.
4      MR. SIEGEL: Okay.
5   A.   All I basically did was have con -- many
6 conversations with a lot of people.
7   Q.   Did you talk to any of the chaperones
8 about what had happened?
9   A.   I talked to Coach Kleier, or Jake
10 Kleier. And then later when we left the memorial
11 and went to the national mall in DC, like the
12 shopping mall, not the monument mall, I spoke
13 again with Kleier and Matthew Hansman.
14   Q.   And -- and do you recall anything about
15 the conversation with them?
16   A.   All three of us looked at each other,
17 kind of laughed, and we were like what just
18 happened. Because none of us could really piece
19 together what had just occurred.
20   Q.   Okay. You mentioned before that your
21 phone died. When did it -- when did you -- so
22 when was the first time you could use it?
23   A.   I think around the time I got to the
24 actual shopping mall or maybe on the bus, I tried
25 turning it back on again. Because sometimes when

392

1 it dies halfway through, you can get it to come
2 back on.
3      MR. SIEGEL: Right.
4   A.   So I first -- I think it was once I
5 boarded the bus to go to the shopping mall, I --
6 I was able to use my phone again.
7   Q.   Got it. Explain to me, to go to the
8 shopping mall, what's the shopping mall?
9   A.   The national shopping mall in DC, the
10 one that's like four or five stories. And we
11 went there to eat, get some food before we left
12 DC, and then also kind of as one last stop to
13 walk around and look at stuff and then leave.
14   Q.   Oh, okay. So first, you went to that
15 mall, had dinner, I guess?
16   A.   Yes.
17   Q.   And then you got back on the busses to
18 go home?
19   A.   Correct.
20   Q.   And about -- do you recall about when
21 you got home?
22   A.   I got home at around 7 -- 6:50, 7 in the
23 morning.
24   Q.   Okay. Let's go to -- and I'm not going
25 to ask any questions about the substance of this

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

99 (393 to 396)

393

1  because I think it's really for Phase 2, but just
2  to sort of help with the timeline so we know.
3       When did you first learn that this
4  incident was out there in some way on social
5  media or wherever?
6  **A.   Somewhere -- somewhere between 2 and**
7  **3 a.m., on the bus back, I got woken up, and**
8  **people had found it trending on Twitter.**
9       MR. SIEGEL:  Okay.  Let's go to -- I
10 think I skipped it the last time, but we will
11 still mark it as Exhibit 8.  And Exhibit 8 is DOC
12 1 and 2.  It's an e-mail that was produced by the
13 diocese.
14 **A.   Okay.**
15 Q.   And is it -- I take it that the FR
16 Schomaker is for father?
17 **A.   Yes.**
18 Q.   Who is Father Schomaker?
19 **A.   He -- I think he was the vicar general**
20 **at the diocese number two, which is the second in**
21 **command, basically.**
22 Q.   Okay.  And did you know him?
23 **A.   I didn't know him personally.  I had**
24 **seen him a handful of times when the bishop would**
25 **visit the school or when I would attend church**

394

1  and the bishop was presiding.
2  Q.   Okay.  And who prepared the words of
3  this e-mail?
4  **A.   I believe, to the best of my knowledge,**
5  **that this was done by Scott Jennings.**
6  Q.   Okay.  And did you review it before it
7  was sent?
8  **A.   I believe I did.**
9  Q.   Okay.  So did you approve what it said?
10 **A.   Yes.**
11 Q.   And did you -- did you actually send it?
12 I mean, it says from Nicholas Sandmann, but did
13 you actually send the e-mail from your account to
14 Father Schomaker?
15 **A.   I think I did.  I can't remember.**
16      MR. SIEGEL:  Okay.  Maybe let's just
17 show him Exhibit 33 now.
18 BY MR. SIEGEL:
19 Q.   And I'll -- Exhibit 33 are a series of
20 three e-mails that were produced by RunSwitch in
21 response to a subpoena to them.
22 **A.   Yes.**
23 Q.   And they appear to me to be -- a lot of
24 the text seems to be similar to the e-mail you
25 eventually sent.

395

1       Are these drafts in one form or another?
2  **A.   I would not have the knowledge of**
3  **whether or not these -- well, in the subject, it**
4  **does say draft statement.**
5       MR. SIEGEL:  Right.
6  **A.   So, yes, I would assume they are drafts.**
7  Q.   So in what -- and I understand.  The
8  first e-mail is to your dad, right?  That is Ted
9  Sandmann?
10 **A.   Correct.**
11 Q.   The second e-mail is to -- the second
12 e-mail is also to your dad.  And the third
13 e-mail, which is January 22nd, 2019, at 1 a.m.,
14 is to Todd McMurtry and a couple of other people,
15 I believe, at RunSwitch, Gary Gerdemann and Steve
16 Bryant.
17      Did you -- did you see any of these?
18 **A.   I think I did.**
19 Q.   Okay.  A couple of them -- and, for
20 example, if you go on one of them, the one that
21 is to Todd, Mr. McMurtry says statement from Nick
22 Sandmann?
23 **A.   Yes.**
24 Q.   Do you know, was this originally
25 drafted, at least potentially, as another public

396

1  statement?
2  **A.   No.  I believe this was -- this was a**
3  **statement that was going to be sent to the**
4  **diocese.  This was not prepared to be publicly**
5  **released.**
6  Q.   And why did you want to communicate this
7  to the diocese?
8  **A.   Actually -- Okay.  Let me rephrase.**
9       MR. SIEGEL:  Sure.
10 **A.   Because this will make more sense.**
11 **I think we told the diocese that we were**
12 **going to release this statement in an effort to**
13 **help ease emotions around the country and --**
14 **yeah.**
15 Q.   Okay.  But I take it in the end, you
16 didn't release it, at least as a public
17 statement?
18 **A.   Correct.**
19 Q.   And why was that?
20 **A.   Because the diocese threatened us and**
21 **told us that there would be consequences if we**
22 **released it.**
23 Q.   Okay.  What did they -- did they tell
24 you what the consequences would be?
25 **A.   No.  We had a phone call with my**

397

**principal. He was working very closely with the bishop. And he told my mom, please, please just don't release that statement and bear with us, trust me, it will not be good for you if you release it, is the gist of what he said.**

Q. Okay. And so, how did you ultimately -- ultimately, you sent this as an e-mail, right, to Father Schomaker?

**A. Right. We proposed it to them. We were trying to even give them a heads-up on what we -- what we were thinking about sending out.**

Q. Okay. So -- so was the purpose to -- and I see it says the subject, proposal -- so sort of say, Father, this is what we are proposing or thinking about releasing?

**A. Yes.**

Q. For him to review it?

**A. Correct.**

Q. Okay. So let's look at the first page, which is DOC 1, which is I can't help but think --

MR. McMURTRY: Exhibit 8?

MR. SIEGEL: I'm sorry. What?

MR. McMURTRY: Exhibit 8?

MR. SIEGEL: Exhibit 8, yes. It's the page marked DOC 1.

398

BY MR. SIEGEL:

Q. Go down to -- I guess it's the next to last paragraph, the one that says I can't help. Why don't you just read that to yourself for a second?

THE WITNESS: Okay.

Q. Okay. And then I'm going to ask you to go to DOC 2, where it says -- read through the paragraph that says -- including the paragraph that starts so I have made a proposal to the bishop.

THE WITNESS: Okay.

Q. Okay. So in the paragraph that says I have made a proposal to the bishop and Principal Roe, you say we need to discuss and learn from people about many things, the first one is race issues.

What did you think there was the need to discuss and learn about race issues?

**A. Well, I think clearly from the video, the Black Hebrew Israelites and members in Nathan Phillips' group, such as the man in the red cap, were angry at us at different points and made generalizations about what white people have done.**

399

**So that's -- it seems that there was -- there seemed to be, on the part of both some people associated with Phillips and the Black Hebrew Israelites, there seemed to be some apparent race tensions that they were bringing into the situation.**

Q. Did you think that you -- and by mean -- well, you can answer both, you personally -- strike that. I will ask it first that way.

Did you think that you needed to discuss and learn from people about race issues?

**A. I think it's always helpful to learn new things, especially, you know -- I would say race is an important topic. And whether or not we would learn things that I agree or disagree with is kind of irrelevant because it would be more knowledge. And while I could have disagreed with the Black Hebrew Israelites and how they look at race, I would have at least been knowledgeable of what they were talking about.**

Q. Okay. Did you think that -- who is the we that you referred to? I mean, it looks like -- you talk about -- you say: I think Cov Cath should hold a day-long town meeting and a series of workshops with students, parents and other people to discuss all that has happened and how we can learn from it.

400

Right?

**A. Right.**

Q. Use this moment to be better men and better Christians.

So is the we the students, parents and other people? Is that who you are referring to?

**A. Yes.**

Q. Okay. So did you think that the students, parents and other people, that there was anything about this event that could educate them in some way about race issues?

**A. I mean, it's the same answer I had before, that, you know, it would -- it would be an opportunity for everyone to have a little more knowledge, which can't hurt.**

Q. Okay. Did you think that there was a need -- did you think that there was anything -- any need to explore your own attitudes about race?

MR. McMURTRY: Objection.

**A. I don't believe that I have any unfair attitude about race. So I would say no.**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

101 (401 to 404)

401

BY MR. SIEGEL:

1  BY MR. SIEGEL:
2    Q.   Okay.  And is the answer the same for
3  the students, parents and other people you were
4  referring to?
5    A.   I'm not sure.  I mean . . .
6    Q.   Okay.  Towards the end you say -- you
7  also refer to how to understand people from
8  different cultures.
9    A.   Right.
10    Q.   What did you think there was to -- why
11  did you include that in the list?
12    A.   Well, as I had said, when -- when Nathan
13  Phillips approached me, and something I will
14  honestly admit is I didn't know what the purpose
15  of the drum was.  He claims it was a prayer.  And
16  it could have been helpful to know that
17  beforehand.  So certain -- certain things like
18  that, things that I am not familiar with, it
19  never hurts to learn.
20    MR. SIEGEL:  Okay.  Let's go to Exhibit
21  34.
22    MR. McMURTRY:  34.
23    MR. SIEGEL:  Take a moment to read it,
24  Nick.
25    THE WITNESS:  Okay.

402

1  BY MR. SIEGEL:
2    Q.   Do you know what this e-mail is?
3    A.   It's an e-mail from my dad to Father
4  Schomaker.
5    Q.   Right.  Yes.  Okay.  Do you -- have you
6  ever seen it before?
7    A.   Yes.
8    Q.   When did you see it?
9    A.   I think before it was sent -- or after.
10    Q.   Okay.  And so can you explain what the
11  context of this e-mail is?
12    A.   This is kind of like an introduction
13  before the e-mail is sent -- was sent to Father
14  Dan with the actual proposal, which is why the
15  first sentence says:  Please see below what I
16  think the bishop's response would be to the next
17  proposal.
18    Q.   Okay.  So is this -- is this essentially
19  a proposal for what the bishop should do in
20  response to your statement?
21    A.   I think there's a correction that needs
22  to be made.  It was -- I had sent the proposal.
23  They responded.  They responded negatively.  And
24  this is an e-mail from my dad trying to get them
25  to think twice about rejecting my idea.

403

1    Q.   Okay.  And your dad writes:  Hello,
2  Father Dan, please see below what I think the
3  bishop's response should be to Nick's proposal.
4    Right?
5    Please review and let us know your
6  thoughts.
7    So is the -- and then the e-mail -- the
8  rest of it is written like in the first person,
9  right?  I began to gain lots of information --
10    A.   Right.
11    Q.   So was this essentially a suggestion
12  that your dad was making for what he thought the
13  bishop should say or the bishop should issue in
14  response to your proposal?
15    A.   I believe so.
16    MR. SIEGEL:  Okay.
17    A.   But I -- to me, that is what it says.
18  But I'm really not the person to ask.
19    Q.   And I get that.  And I -- so -- so --
20  and -- and for that reason, I'm -- there is just
21  one thing I want to ask you about.
22    If you go down to the third paragraph,
23  the one that says -- starts, my heart was full
24  today, and it -- about the second sentence from
25  the bottom says:  I was uncomfortable.

404

1    Do you see that one?  I was
2  uncomfortable with what I saw all around?
3    A.   Yes.
4    Q.   Including some of the behavior from our
5  students.  I understand there are explanations
6  for this behavior, but I want our kids to know
7  how things can be perceived even if you don't
8  mean any disrespect?
9    A.   Sure.
10    Q.   Do you have any understanding of why
11  your dad proposed that the bishop say that?
12    A.   I think my dad -- excuse me.  I think my
13  dad inserted that sentence that the bishop was
14  uncomfortable at our behavior not as an admission
15  that our behavior was something to be
16  uncomfortable about but because the diocese had
17  already released a statement saying that we went
18  against the church's teachings on the dignity of
19  a human person.  So it would have been awkward
20  for the bishop to be like, I thought the
21  students' behavior was fine, because that would
22  be a complete flip-flop on what they had rushed
23  to put out.  So I think that sentence is in there
24  to kind of give him an option to tone it down and
25  walk it back a little bit.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

102 (405 to 408)

---

405

1    Q.   Okay.  And so the -- that -- did your
2  dad ever express to you that he was uncomfortable
3  with some of the behavior from the students?
4    A.   He has only ever expressed the opposite,
5  that my behavior was well within what it should
6  have been.
7    Q.   And just to be clear, I'm not asking you
8  about -- I'm not now going to ask you about your
9  father's view of your behavior.  Did he ever say
10 he was uncomfortable with the behavior of any of
11 the other students?
12   A.   I don't believe he ever has.
13   Q.   Okay.  Let's go back to Exhibit 20,
14 which is your first public statement.
15      And, Nick, who -- who prepared -- tell
16 us about the process of drafting this statement.
17   A.   This statement was done in -- together
18 with RunSwitch, specifically Scott Jennings.
19      MR. SIEGEL:  Uh-huh.
20   A.   But the process where he was on the
21 phone, over the phone -- and -- but I -- I spoke
22 into the phone as he typed in.  Pretty much all
23 he did was type what I said and just made sure
24 the grammar and everything was correct so that it
25 looked clean and official.  But, I mean, he

---

406

1  basically just wrote what I said for the most
2  part.
3    Q.   Okay.  Did your parents have any
4  involvement in -- in the --
5    A.   My parents were in the room, but they
6  didn't have much of anything to really add
7  because they were not in DC for the March For
8  Life.
9    Q.   So if we go down to the second page,
10 which is NS 103, the person that says:  I cannot
11 speak for everyone, only for myself, but I can
12 tell you my experience with Covington Catholic is
13 that students are respectful of all races and
14 cultures.  We also support everyone's right to
15 free speech.
16      Then you say:  I'm not going to comment
17 on the words or account of Mr. Phillips, as I
18 don't know him and would not presume to know what
19 is in his heart or mind.
20      Why did you say that?
21   A.   I think just at that point, I still was
22 unaware of Mr. Phillips' intentions and hadn't
23 seen his comments on what he was trying to do.
24   Q.   And when did you see those?
25   A.   I guess on the days after this, where --

---

407

1  I don't have the count on how many interviews he
2  did, but it was probably seven or eight.
3    Q.   Okay.  And you write:  Nor am I going to
4  comment further on the other protestors, since I
5  don't know their hearts or minds either.
6       Do you think you now know what is in
7  their hearts and minds, or what's not in their
8  hearts or minds?
9       MR. McMURTRY:  Objection.
10   A.   Oh, yes.
11 BY MR. SIEGEL:
12   Q.   Or you believe -- you perceive what you
13 think is in their hearts and minds, right?
14   A.   Right.
15      MR. SIEGEL:  Okay.  Let's put on -- I'm
16 going to show you a clip from your NBC interview.
17      MS. MEEK:  Nathan, can we take a quick
18 break?
19      MR. SIEGEL:  What?
20      MS. MEEK:  Can we take a quick break?
21      MR. SIEGEL:  Sure.
22      MR. McMURTRY:  He is used to me asking
23 for a break.
24      THE VIDEOGRAPHER:  We are going off the
25 record.  The time is 1:58 p.m.

---

408

1       (Thereupon, there was a recess taken at
2  1:58 p.m.)
3       (Thereupon, the proceedings were resumed
4  at 2:15 p.m.)
5       THE VIDEOGRAPHER:  We are back on the
6  record.  The time is now 2:15 p.m.
7  BY MR. SIEGEL:
8    Q.   Okay.  So, Nick, I think that your --
9  your interview with Savannah Guthrie was
10 broadcast on January 23rd.  When did you actually
11 do it?
12   A.   Let's see.  That would have been, I'm
13 guessing, maybe the 22nd.  The timeline is a
14 little -- a little out of order in my head, but I
15 was -- I think it was the 22nd because it would
16 have been immediately put up the next day.
17   Q.   Right.  And -- and where was the
18 interview conducted?
19   A.   In a hotel in northern Kentucky.
20   Q.   Okay.  And do you recall roughly what
21 part of the day it was on the 22nd?
22   A.   I think it was early -- or somewhere in
23 between breakfast and lunch, like in the first
24 half of the day.
25   Q.   Okay.  So your recollection is you did

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

103 (409 to 412)

409

1  the interview the first half of the day, and then
2  it was the next day it was on television. Is
3  that right?
4      A.  Yes. Actually -- see, now, it could
5  have been in -- it could have been in the
6  afternoon, too. I think -- I don't know.
7          MR. SIEGEL: Okay.
8      A.  I know it was daytime.
9      Q.  I'm sure that's a -- that's a fact that
10  could be established easily.
11        So -- okay. So let's put a clip up from
12  that interview.
13        MS. MEEK: This is Exhibit 5 starting at
14  20 minutes and 8 seconds.
15        (Thereupon, a video recording of Exhibit
16  5 was played.)
17  BY MR. SIEGEL:
18      Q.  Okay. So -- so you did this interview a
19  couple of days after that public statement was
20  issued, right? But by that point, had you seen
21  some of the interviews that Mr. Phillips had
22  done?
23      A.  I had seen bits and pieces. I honestly
24  did -- I tried to stay away from it as much as I
25  could. And a lot of the -- I mean, kind of no

410

1  matter what, I was in a way glued to the TV,
2  watching what was being said about me. But most
3  of what I watched was coverage done by like news
4  anchors, and I didn't see too much of what he
5  actually said.
6      Q.  Okay. So is it your testimony that
7  whenever this was, morning or afternoon of
8  January 22nd, you were not aware of what
9  Mr. Phillips had said publicly about the
10  incident?
11      A.  I -- the only thing I knew was bits and
12  pieces. I had not listened to every word he
13  said.
14      Q.  Okay. So do you still agree with the
15  sentiments that you expressed in the interview?
16      A.  No.
17      Q.  And when did you no longer feel that
18  way?
19      A.  As soon as the information came out.
20  Like in the video I thanked him for his military
21  service. But he was dishonorably discharged.
22  And I then found content on the Internet that --
23  where he falsely claims that he was actually in
24  Vietnam in the country. And I have family
25  members that actually served during that war; and

411

1  meanwhile, he sat in the States, went AWOL, and
2  then lied and said that he actually fought.
3          Furthermore than that, he gave
4  interviews in which he constantly contradicts
5  himself on things like he wants me expelled, that
6  he doesn't think I should be punished, he might
7  want me suspended. He was very here and there on
8  what he thought should happen to me.
9          He made up a false claim that I was
10  trying to steal his narrative of the events that
11  actually happened, basically calling me
12  untruthful. And he also was not consistent on
13  what he was trying to do.
14          At one point, he claims that he was
15  trying to stop a fight between us and the Black
16  Hebrew Israelites. And then at a different
17  point, he claims that he was actually trying to
18  do a prayer that went up to the Lincoln Memorial,
19  which kind of contradicts itself on which one was
20  he actually doing, was he trying to stop a fight
21  or was he trying to have this journeying prayer
22  up to the Lincoln Memorial?
23          Everything that he said, he just turned
24  out to not be a very truthful person. And he
25  does not have my respect.

412

1      Q.  Okay. And your testimony is that you
2  came to learn all of that after your interview
3  with Ms. Guthrie?
4          MR. McMURTRY: Objection.
5      A.  That's correct. I -- the more -- more
6  of what I got, I gained a lot of that knowledge
7  during the summer when I worked in my counsel's
8  office. I reviewed those videos.
9  BY MR. SIEGEL:
10      Q.  Okay. At that point, you had already
11  filed lawsuits, right?
12      A.  Correct.
13      Q.  Okay. So are you saying you didn't have
14  that knowledge at the time you filed both -- the
15  lawsuits were filed on your behalf?
16      A.  No, I did. I'm saying that that's kind
17  of the timeline I most accurately dived into all
18  of this. But I -- I listened to more of what he
19  had to say after this interview.
20      Q.  Okay. You testified that Mr. Phillips
21  was dishonorably discharged?
22      A.  Yes.
23      Q.  What's the basis of that?
24      A.  I think there are records that say that
25  he went AWOL and he was dishonorably discharged.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

104 (413 to 416)

413

1    Q.   Okay.  So what record are you aware of
2    that said he was dishonorably discharged?
3    **A.   I don't know the name of the record. I**
4    **can't cite that specifically, but I am pretty**
5    **sure that that did happen.**
6    Q.   And where did you see that?
7    **A.   I saw it somewhere online that said that**
8    **he was a refrigerator mechanic and that he never**
9    **left the United States, went AWOL, and then was**
10   **discharged dishonorably.**
11   Q.   Okay.  But you are not sure what the
12   source is of that that you saw on line?
13   **A.   No.  I believe that in part it came from**
14   **a veteran that specializes in calling people out**
15   **for stolen valor; although, I could be wrong**
16   **about that.  That's where I seem to remember it**
17   **coming from.**
18   Q.   And other than that, is there any other
19   information that you have of the basis of saying
20   that Mr. Phillips was dishonorably discharged?
21   **A.   I think when it was discovered, there**
22   **might -- may have been some other sources, people**
23   **that do the same sort of thing or people that**
24   **researched it themselves and corroborated it.**
25   Q.   And where, what sources are you talking

414

1    about?
2    **A.   Again, I can't specifically remember the**
3    **names of these people.  This was two years ago.**
4    Q.   Has anybody ever provided you directly
5    with that information?
6    **A.   It's -- I believe now that that**
7    **information has been found available publicly**
8    **online.**
9    Q.   I understand that.  But what I'm saying,
10   and setting aside what the information may or may
11   not contain, but other than accessing it,
12   accessing whatever sources were online, has
13   anyone ever directly communicated with you to
14   provide you any information about Mr. Phillips'
15   military service?
16   **A.   No.**
17   Q.   Okay.  You testified that Mr. Phillips
18   at one point accused you of trying to steal his
19   narrative?
20   **A.   Yes.**
21   Q.   What are you referring to?
22   **A.   In one of his television interviews, he**
23   **remarked that I was trying to steal his narrative**
24   **of when I -- when I claim that I was trying to**
25   **keep the situation as toned down as possible and**

415

1    **calm.**
2    Q.   Okay.  And you referred to what you said
3    are statements by Mr. Phillips to the effect that
4    he was trying to stop a fight or a potential
5    fight?
6    **A.   Right.**
7    Q.   And statements or a statement about
8    finishing a prayer?
9    **A.   Right.**
10   Q.   Do you know where he made -- are there a
11   specific interview or source that you have in
12   your mind when you are saying that?
13   **A.   I know that in separate interviews that**
14   **he claims that he was trying to interrupt a fight**
15   **that he saw about to break out between us and the**
16   **Black Hebrew Israelites.  And then in a different**
17   **interview, he claims that he was trying to get up**
18   **to the top of the Lincoln Memorial to finish his**
19   **prayer.  He gives two different reasons for why**
20   **he was doing what he was doing.**
21   Q.   Okay.  And do you have any understanding
22   that Mr. Phillips says, in substance, that
23   initially he approached the students in order to
24   diffuse the situation; and then at that point,
25   he, you know, once he got there, decided that he

416

1    wanted to exit and go to the Lincoln Memorial?
2    **A.   I mean, I don't think that we are really**
3    **here to debate what he was doing.  But in my**
4    **mind --**
5    Q.   I'm not debating what he was doing.  I'm
6    just -- what he said, your understanding of what
7    he was saying.
8    **A.   In my mind, he began playing the drum**
9    **before he got there, and so then -- and again, I**
10   **don't really have any understanding of how**
11   **prayers and drums, how that -- that works.  But**
12   **to me, if his -- his drum and his chanting were a**
13   **prayer, then he started that before he got to us.**
14   **So he was either praying on his way there and**
15   **when he was there and trying to get up to the**
16   **Lincoln Memorial or he was trying to stop a**
17   **fight, at least in the way I look at it.**
18   Q.   Okay.  You said that you saw something
19   online of Mr. Phillips saying to the effect of
20   that he had served in Vietnam?
21   **A.   Yes.**
22   Q.   What are you referring to?
23   **A.   There was a video on I believe YouTube**
24   **where Mr. Phillips describes what it was like**
25   **where he got off the plane returning home from**

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

105 (417 to 420)

417

1  Vietnam and that a woman spit on him, which I do
2  not think is factually correct.
3       I don't think he has ever been to
4  Vietnam, and yet claims that he returned and was
5  treated -- treated meanly and demeaningly by
6  anti-war protestors.
7    Q.   Okay.  And so do you -- you believe -- I
8  assume you don't know what happened back in the
9  1970s.  But do you disbelieve him when he makes
10 the statement attributed to a woman spit on him?
11 Do you disbelieve that?
12   A.   I mean, I guess it's possible that he's
13 been spit on in his life.  But based off the
14 sources that have claimed that he has never left
15 the country during his time in the military, I
16 don't see how it was possible that these specific
17 chain of events, where he got off a plane, was
18 confronted by protestors and spit on, is
19 accurate.
20   Q.   Okay.  Is there anything else about
21 Nathan Phillips' past -- and by past, I mean
22 anything that happened before January 18th, 2019,
23 right, that you -- and that you haven't already
24 discussed -- that you think speaks to his
25 credibility?

418

1    A.   Not off the top of my head, no.  I can't
2  think of anything else.
3    Q.   Okay.  And other than what you testified
4  to-since the event, and other than what you
5  testified to, is there -- strike that question.
6       Is there -- do you have any
7  information -- and I'm not talking about like
8  interviews he gave about this incident.  Okay?
9  We've already talked about that.  But other than
10 that, do you have any information about anything
11 Nathan Phillips has been up to since the incident
12 and the coverage of the incident?
13   A.   Since I testified earlier, there -- and
14 it's actually -- the video is my pinned tweet on
15 my Twitter account that shows Nathan Phillips at
16 a rally somewhere and a girl goes up to him and
17 asks him about Cov Cath and what he did and he
18 proceeds to basically run away.
19   Q.   And what is -- what is the significance
20 of that to you?
21   A.   Well, I don't think it speaks to his
22 veracity for truthfulness or -- like we were
23 talking about earlier.  But the significance of
24 it to me, and why it is pinned to the top of my
25 Twitter account, is because just in the same way,

419

1  I was unsuspecting and surprised when I had a
2  number of cameras put on me, I was able to act in
3  a way that I believe was appropriate.  And I
4  believe that Nathan Phillips had a role in those
5  cameras, or at least his supporters had a role in
6  placing those on me, before he even came up to
7  me.  But when Nathan Phillips unexpectedly has a
8  camera pointed on him, when he -- when he is not
9  prepared for it, he darts away.
10   Q.   Okay.  And other than your pinned tweet
11 of that, is there anything else that you have
12 learned about Mr. Phillips' conduct since the
13 incident?
14   A.   I -- I am not aware of any of his
15 actions besides that.
16   Q.   And -- and you -- is there anything you
17 have learned about any of the other people who
18 were present behind Mr. Phillips who were not
19 students?
20   A.   Not that I can recall.
21       MR. SIEGEL:  Okay.  Okay.  Let's do
22 Exhibit 38, which is video 13.  This is a video
23 that was produced by your counsel -- video 13 on
24 the stip, and it was produced by your counsel as
25 NS 1804.

420

1       (Thereupon, a video recording of Exhibit
2  38 was played.)
3  BY MR. SIEGEL:
4    Q.   Okay.  Do you know who shot the video?
5    A.   No.
6    Q.   Do you know who the woman talking is?
7    A.   No.
8    Q.   She says the way the students were
9  acting was disrespectful, right?
10   A.   Right.
11   Q.   Without --
12       MR. McMURTRY:  We are not going to go
13 back over this.
14 BY MR. SIEGEL:
15   Q.   You don't agree with what she says,
16 right?
17   A.   Right.
18   Q.   Do you think her -- do you have any
19 reason to believe that she's not expressing what
20 her genuine opinion about it is?
21   A.   No.  That could be her genuine opinion.
22   Q.   Okay.  Is there anything -- for purposes
23 of this case, is there anything about that video
24 that has any significance to you?
25   A.   At the current moment, there's no

421

1   significance that I recognize.
2   Q.   Okay.  Is there anything else that she
3   said that you have any reaction to?
4   A.   I mean, I disagree with her statement
5   before that.  I think it damages her credibility.
6   Q.   What are you referring to?
7   A.   When she said this is why people hate
8   white people.
9   Q.   Okay.  Let's go to Exhibit 39, which is
10  video 13 on the stip, which was produced as NS
11  1735.
12       (Thereupon, a video recording of Exhibit
13  39 was played.)
14  BY MR. SIEGEL:
15  Q.   Do you know who shot that video?
16  A.   Yes.
17  Q.   And who shot it?
18  A.   Will.
19  Q.   Right.  And how did you get it?
20  A.   I think Will turned the video in.
21  Q.   Do you mean like to your counsel or
22  something like that?
23  A.   Yes, or I got it from Will over text.
24  But Will initially had it, right.
25  Q.   And just for -- as it relates to this

422

1   case, what do you -- do you think the video shows
2   anything?
3   A.   I think it covers the same things that
4   we have seen in the other angles.
5       MR. SIEGEL:  Okay.
6   A.   There's not much besides that.
7   Q.   Okay.  So there is nothing else
8   particular about this video that you think shows
9   anything about the case?
10  A.   Correct.
11  Q.   You -- towards the beginning of the
12  deposition, in connection with the slogan Make
13  America Great Again, right -- remember, I asked
14  you some questions about when did you think
15  America functioned more according to the values
16  that you believe in.  I think you said World War
17  II was kind of your biggest example, and then you
18  said before Jimmy Carter?
19  A.   Right.
20  Q.   Let's just go back to, say, the 1940s,
21  right?
22  A.   Right.
23  Q.   Do you have any knowledge about how
24  Native Americans were treated in the 1940s?
25  A.   Yes.  If you notice, this is why I

423

1   responded to there's always about a time in
2   America where things weren't exactly perfect.
3       I'm aware of the social rights, civil
4   rights climate at the time of the '40s.  I was
5   speaking more to America's ability to come
6   together and fight evil, such as Nazi Germany.
7       I acknowledge that up until the '60s,
8   and even after, African Americans have not always
9   been treated fairly, nor have Native Americans.
10  And I was using that example more to point
11  towards a time where there was more national
12  unity than there usually is.
13  Q.   Okay.  In your view, have civil rights
14  or -- I will use both of your examples.  Right?
15       Have civil rights for Native Americans
16  improved since say the time of Jimmy Carter,
17  which is what, the late '70s?
18  A.   I would -- I would assume.
19  Q.   So, and what about the same question for
20  African Americans?
21  A.   Yes.
22  Q.   So -- okay.  When you reached out to
23  Charlie Kirk and Kyle Kashuv, what -- what was
24  the purpose of your reaching out to them?
25       In other words, what were you hoping

424

1   they might do?
2   A.   I was hoping that with their
3   connections, that they could -- and honestly, I
4   didn't have any knowledge about how to help
5   myself at that point, and I was hoping that in
6   their dealing with students and their
7   understanding of the climate of America, since
8   they deal with culture and politics a lot, that
9   they could point me in the right direction.
10  Q.   Okay.  And I think you mentioned that
11  there came a point when you started working with
12  Scott Jennings?
13  A.   Yes.
14  Q.   How did that happen?
15  A.   I believe it was through my mom that one
16  of her friends was -- one of her friends' husband
17  was a lawyer and knew who Scott was and knew that
18  he did good work and connected us through that
19  way.
20       I could be wrong, though.  I didn't -- I
21  wasn't a part of the search for Scott.  And I
22  think by the time I had finally met, my parents,
23  when things nationally were elevating as far as
24  news coverage goes, they had already found Scott
25  before I had talked to him.

107 (425 to 428)

425

1    Q.   And I think you testified before that
2  you had a phone call with Scott about the
3  statement, right?
4    A.   Right.
5    Q.   Did you -- before you had the phone call
6  about the statement, had you communicated with
7  him directly?
8    A.   No. That was my first time meeting
9  Scott, over the phone.
10   Q.   Okay. So up to that point, your parents
11 handled the communications with him?
12   A.   Right. And at that point, I don't --
13 I -- it would be better to ask them if they had
14 even communicated to Scott at that point.
15   Q.   Okay. So you don't know whether they
16 had?
17   A.   Right.
18   Q.   All right. And did you communicate with
19 Scott after the -- you know, the conversation or
20 conversations you had concerning the January 20th
21 statement?
22   A.   Yes. He was in charge of organizing the
23 interview with Savannah Guthrie and helping us
24 deal with the diocese, as we have already looked
25 at. So I began to end up talking to Scott semi-

426

1  regularly.
2    Q.   How long did that continue?
3    A.   I would say until the press around the
4  situation started to die down, which I really
5  can't define what die down is. And then
6  eventually it was more of my counsel that I spoke
7  to. And then we filed lawsuits.
8    Q.   Okay. And how did you prepare for the
9  NBC interview?
10   A.   Before the interview, Scott told me
11 these are the kind of questions that they are
12 going to ask you, just think about how you want
13 to respond. And I said okay.
14       I read the piece of paper that he had
15 given me that had some questions he thought
16 Savannah would ask me. And then I -- I did the
17 interview.
18       MR. SIEGEL: Okay. And do we have that
19 -- I thought we had that piece of paper as an
20 exhibit.
21       MS. MEEK: I'm not sure that we do. We
22 could go off if you want.
23       MR. SIEGEL: It's Exhibit 36.
24 BY MR. SIEGEL:
25   Q.   Exhibit 36, again, is an e-mail and

427

1  attachment that has been produced by RunSwitch.
2  Do you recognize this, Nick?
3    A.   Yes.
4    Q.   What is this?
5    A.   This is something that Scott gave me
6  before the interview.
7    Q.   Okay. And was there anything -- was
8  there anything else other than this that he gave
9  you?
10   A.   Not that I can recall.
11       MR. SIEGEL: Okay. Let's go to Exhibit
12 41. This is Exhibit 30 --
13       MR. McMURTRY: This is also confidential
14 subject to the protective order.
15       MR. SIEGEL: Sure. Yes.
16       (The following portion from Page 427,
17 Line 19 to Page 463, Line 16 was designated
18 Confidential and is bound separately.)
19 BY MR. SIEGEL:
20   Q.   Exhibit 41 is Bates stamped NS 803 and
21 804. And again, these are texts that you had --
22 or received, Nick?
23   A.   Correct.
24   Q.   So, it looks like on 803, text 1935, you
25 text a group of your friends, we made it.

428

1        Will Clark texts, protect your water
2  protectors, with an emoji I'm not sure I can make
3  out.
4        And on 804 at 1997, you respond, sacred
5  P-I-P-E-E-E. What was that?
6    A.   Pipe.
7    Q.   Sacred pipe?
8    A.   Yes.
9    Q.   So is that a misspelling?
10   A.   Or just an -- I think what I was doing
11 was exaggerating it, like elongating the E.
12   Q.   Got it. So what -- what does that mean?
13 What does this text exchange mean?
14   A.   I'm not sure. I think I was
15 referencing -- I was referencing, I guess, the
16 sacred pipe from Native American culture.
17   Q.   And what was the point you were making
18 by doing that?
19   A.   It was intended to be humorous.
20   Q.   And what was the humor?
21   A.   The humor was in the text before. Will
22 Clark said water protectors, and I assumed that
23 also had something to do with Native American
24 culture. I don't know if it does or it doesn't.
25 And so I responded with another thing that has to

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

108 (429 to 432)

---

429

1  do with Native American culture.
2  Q.   And why did you consider that humorous?
3  A.   Just because it related to what had
4  happened the day before.
5  Q.   Okay.  And again, what was funny about
6  it to you?
7  A.   As I said, just that it was -- that it
8  was in relation to something he had said.  And
9  obviously, this is connected to the same culture
10 of Mr. Phillips and what had happened the day
11 before.
12 Q.   And why was that funny to you?
13     MR. McMURTRY:  I think he's answered
14 that question.  But just try to answer.
15 A.   I believe I have -- I'm saying that it
16 was funny because I was referencing something the
17 day before.
18     It's kind of dark and cynical humor.
19 Because at this point, I'm convinced that more
20 than half the country hates me.  And if I don't
21 find some way to make light of the situation, I
22 don't know how I'm going to deal with it.
23 BY MR. SIEGEL:
24 Q.   And just what do you understand a sacred
25 pipe to be?

---

430

1  A.   To be honest, I really don't know,
2  besides that it exists.
3  Q.   When did you -- or when did your
4  parents -- strike that.  I'm going to try to make
5  the timeline clear.
6      So you returned from Washington DC in
7  the morning, early in the morning of January
8  19th?
9  A.   Right.
10 Q.   And the public statement was issued a
11 day later?
12 A.   Right.
13 Q.   When did you -- at what point did you or
14 your parents retain Mr. McMurtry?
15 A.   I believe it was on the day the
16 statement was drafted, the day after.
17 Q.   So the day you got home?
18 A.   Correct.
19 Q.   I'm sorry.  Either the day the statement
20 was drafted or the day after it was drafted?
21 A.   The day -- the same day the statement
22 was drafted.
23 Q.   Okay.  So did they -- to your knowledge,
24 did they retain Scott Jennings first and then
25 subsequently retain Mr. McMurtry?

---

431

1  A.   I believe so.
2  Q.   At the -- at the time of this incident,
3  you said you had an iPhone 6, right?
4  A.   Right.
5  Q.   And what other electronic devices did
6  you use at that time?
7  A.   I used some kind of Microsoft Surface
8  tablet that I was required to use for school, and
9  I -- I had a -- a computer at home, an actual
10 tower computer, that I had built freshman year.
11     I can't remember at that point if I even
12 used it still.  I don't think I did.
13     I think that's the only -- the only
14 three devices that I really had.
15 Q.   Okay.  And by tower, do you mean what
16 they call a desktop, the old fashioned --
17 A.   Yes, like you -- you could -- it was not
18 portable.
19 Q.   Okay.  And did you use -- what did you
20 use the Microsoft Surface device for?
21 A.   Mostly for school.  I would also use it
22 to browse the Internet when I had something
23 random I needed to look up, or I used it to check
24 my e-mail accounts.
25 Q.   Okay.  And when did you last have that

---

432

1  Microsoft Surface device?
2  A.   I think I had it until senior year.
3      Cov Cath, I think, has a space issue on
4  their servers, deleted our e-mails, which was I
5  think what I needed to sign in to it.  But also
6  just the quality of it, by -- I think I had had
7  it since -- I forget which year I got it.  I
8  think it was freshman year.  I had had it all
9  four years of high school.  And by senior year,
10 four years of a cheap Microsoft school version
11 tablet, the thing basically did not work, and so
12 I discarded it.
13 Q.   Did you use that device to communicate
14 in any way about this incident?
15 A.   I don't believe so.  And with the one
16 e-mail account that I would have written an
17 e-mail off of, it was not my school account.  And
18 we have searched everything in that account, to
19 the best of my knowledge, and in good faith I
20 don't believe I ever wrote anything on my school
21 account, and I have no access to it anymore.
22 Q.   And it was the school account that you
23 said was deleted by the school?
24 A.   Yes.
25 Q.   And what is the -- is it a Gmail account

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

109 (433 to 436)

433

1 that you used personally?
2   A.   For the school account?
3   Q.   No, for your own personal.
4   A.   Correct. It is my first and last name
5 combined with a 24 at the end and then Gmail.com.
6   Q.   And since January 19th, 2019, have you
7 had any other e-mail accounts?
8   A.   Since then, I have had -- I had a -- one
9 before that, that I made in grade school to be
10 able to sign up for websites and games and stuff
11 back when I was a kid. That was just a random
12 assortment of letters and numbers. And I
13 realized that as I was getting older I probably
14 needed something that looked more put-together
15 and professional. So I mean, it still exists. I
16 have never used it for anything related to this.
17       We have already searched it just in case
18 somehow I did. But that, that e-mail account,
19 along with my now university e-mail account, are
20 the only two accounts I really ever use.
21   Q.   Okay. So you have, I take it, some
22 kind of like .edu account at the university?
23   A.   Correct.
24   Q.   And have you used that account to
25 communicate about this incident?

434

1   A.   Not about the incident specifically.
2       At one point, someone e-mailed my
3 university account inquiring. It was just some
4 random person. And they e-mailed me, inquiring
5 about why I fired Lynwood, to which I responded
6 to, but I don't think it really falls in the
7 actual incident itself.
8   Q.   Okay. And did you, in responding to
9 discovery in this case, did you search your edu
10 e-mail account?
11   A.   Yes.
12   Q.   Okay. And both for your Gmail account
13 and your edu account, how did you conduct that
14 search?
15   A.   We used a number of keywords that would
16 relate to the incident, such as March For Life,
17 pro-life, Phillips, my name.
18       We -- we spelled them both accurately.
19 We tried spelling Phillips inaccurately just in
20 case there was a spelling error.
21       I think for my Gmail account we actually
22 scrolled all the way through it manually looking
23 for anything that might be related to it.
24       As far as my school account goes, again,
25 there's really never been anything related to the

435

1 case on there. And so I identified that one
2 thing, and I think we did try popular search
3 words that might produce something, and I don't
4 think we found anything.
5   Q.   Okay. And your iPhone, you said you had
6 the iPhone 6 in January of 2019, right?
7   A.   Correct.
8   Q.   How long did that last for?
9   A.   I think it lasted until my birthday the
10 next year, or until Christmas. It was either a
11 birthday or a Christmas I got a new phone.
12   Q.   And so would that be either your
13 seventeenth birthday or the Christmas after your
14 seventeenth birthday?
15   A.   I think so. Either from January --
16 either that immediate Christmas or that
17 seventeenth birthday.
18   Q.   Okay. And what happened to the
19 information that was contained on your -- the
20 data that was contained on your iPhone 6?
21   A.   In a short time period, after the March
22 For Life incident happened, we had the phone
23 forensically imaged to get all the data that we
24 have now. And I still have kept the phone itself
25 and left it in my room and preserved it.

436

1       I haven't gone on there and touched
2 anything on it. It just kind of sits there dead.
3 And when I need it, I hand it back over.
4   Q.   Okay. And how did you search for
5 information -- how did you search the data that
6 was taken from that phone?
7   A.   Like the information we have here?
8       MR. SIEGEL:  Yes.
9   A.   I was not a part of the process in which
10 this all got produced.
11       We tried, just in case, on my current
12 phone, to search iMessage with the same key words
13 to see if we could find anything. And we also
14 tried to find the same text messages on this
15 phone. But my -- and we couldn't at first
16 through word search, so I tried manually
17 scrolling back two and a half years, and the
18 phone would not let me scroll back that far.
19       So anything that we have from around
20 then will be on my older phone.
21   Q.   Okay. And I'm not sure I fully
22 understood you.
23       Do you know how the data that -- you
24 said the older phone was forensically imaged,
25 right?

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

110 (437 to 440)

437

1    A.   Right.
2    Q.   Back in 2019.
3         Do you know how that data was searched
4    to produce the information that your counsel
5    produced to us?
6    A.   I did not play a part in searching and
7    collecting the data. I assume that that would
8    have been -- it would have been more techno --
9    techno -- technologically advanced than I know.
10   So I did not play a part in that.
11   Q.   Okay. And so you had the Microsoft
12   Surface device through your senior year. What
13   did you use after that?
14   A.   Currently, now, I have a newer phone. I
15   have a Mac computer. And this summer I recently
16   got back into the idea of building computers.
17   And I have built a new computer just in the past
18   two months.
19   Q.   How did you learn how to do that?
20   A.   I watched videos online.
21   Q.   So you've had the Mac since your senior
22   year. And do you still have the same phone that
23   you got when were you 17?
24   A.   Correct.
25   Q.   And the phone that you got since you

438

1    were -- whenever the point you got it when you
2    were seventeen, do you know how that was
3    searched? Did you search that for -- in
4    connection with the discovery in this case?
5    A.   Yes. And I believe it was searched in
6    the same way that my e-mail was searched with
7    keywords.
8    Q.   Okay. And have you used your laptop,
9    your Mac, to communicate about this incident?
10   A.   The only time I would have communicated
11   it -- with it was when I wrote the e-mail. The
12   Mac has the same e-mail accounts that's on it.
13        MR. SIEGEL: Right.
14   A.   There is nothing stored on the Mac that
15   wouldn't be accessible from the other devices.
16        I had something to add.
17        Oh, my current phone, I think, was also
18   forensically imaged, I believe, in the same way.
19   So both of those have been stored.
20        MR. McMURTRY: And the old phone was
21   reimaged up until its final dying day.
22        MR. SIEGEL: Okay.
23   BY MR. SIEGEL:
24   Q.   And like from some of the material that
25   you produced, that you sometimes used social

439

1    media to message, right?
2    A.   Right.
3    Q.   Send and receive messages.
4         So starting -- going back to January of
5    2019, have you used Instagram for that purpose?
6    A.   Yes.
7    Q.   And did you search whatever Instagram
8    history there may be in connection with
9    responding to discovery in this case?
10   A.   We looked through all of the -- we -- we
11   looked through all of the Instagram direct
12   messages available. The problem is, is that
13   after the incident, I had thousands of --
14   Instagram wouldn't even display the number. It
15   just said 999 plus of people that had DMed me
16   about the incident, most of them obviously
17   negative, and I never -- there was no way of
18   looking at or responding to all of them, not that
19   I even wanted to. And Instagram now I think has
20   automatically deleted those.
21        Those are -- I don't -- I don't know of
22   any way to repossess those.
23   Q.   Do you know when Instagram automatically
24   deleted them?
25   A.   I do -- I do not.

440

1    Q.   Was it -- just going back to the --
2    let's say the week after the event, when you
3    started receiving those messages, about how long
4    after that was it that you noticed they were
5    deleted?
6    A.   I would say they were probably present
7    for a couple of months and then started to delete
8    by themselves.
9         It's also important to add that if now,
10   like say today, if someone were to DM me that had
11   DMed me in the past, and that conversation was
12   deleted, if I scroll up, I can see the message
13   that they sent me originally.
14        So if people decide to remessage me, I
15   can see the history which had the initial one.
16   But if they don't message me, as far as I know,
17   there's no way for me to get that.
18   Q.   Okay. And did you at some point search
19   your DM messages in connection with responding to
20   discovery?
21   A.   Yes.
22   Q.   And when did you do that?
23   A.   We -- I believe we did that in -- I want
24   to say late August, before I went to school.
25   During the month of August.

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

111 (441 to 444)

441

1    Q.   Okay.  Before that, had you done
2  anything to preserve any of the messages that
3  were on Instagram?
4    A.   To be honest, I was unaware of how to
5  preserve them.
6        Now I think that the only way to be able
7  to do that would have been to manually one by one
8  accept every single message request so it went
9  into my inbox and not as a request.  Because
10 Instagram does not delete messages you have --
11 conversations that you have accepted.  And that
12 would have required me back right after the
13 incident had happened to -- I can't even give you
14 the number.  But you know, thousands on
15 thousands, I would have had to sit there and
16 accept, accept, accept, which seems quite
17 burdensome to me.
18    Q.   Okay.  Who -- who were you -- and I
19 assume that your testimony is you got a lot of
20 things that were sent to you on Instagram by
21 people you didn't know, right, who sent them to
22 you?
23    A.   Right.
24    Q.   So at that time, who were you -- who
25 did -- who did you use Instagram to communicate

442

1  with?
2    A.   Most -- I would say that there -- if you
3  look at my Instagram direct messages, there will
4  be a lot of names.  But I think most of them are
5  usually one-offs or people I had only talked to a
6  couple of times.  I think I used Instagram mainly
7  to communicate with my closest friends.
8    Q.   Okay.  And do you believe that you --
9  did you have communications with your closest
10 friends about this incident on Instagram prior to
11 the point where Instagram deleted messages?
12    A.   I cannot recall if we ever discussed it
13 on Instagram since we also had a group message.
14    Q.   Okay.  So you either -- you just -- you
15 can't recall one way or the other?
16    A.   Yes.  And I -- I can say for a fact that
17 on Instagram, my -- my group message does not
18 contain all of the members of the text group
19 chat.  So I believe that we probably did not say
20 anything in there.  Because not all of us were
21 included in it.  But to the best of my knowledge,
22 I don't know if we ever did or didn't.
23    Q.   Okay.  And we know you have a Twitter
24 feed, right?
25    A.   Right.

443

1    Q.   So other than Instagram and other than
2  Twitter, are there any other -- well, let me go
3  back.
4        So you produced a few Twitter direct
5  messages, right?
6    A.   Right.
7    Q.   Are all of your Twitter direct messages
8  going back to 2019 still accessible?
9    A.   All of the ones that -- in the same way
10 as Instagram, all of the ones that are accepted
11 conversations.
12    Q.   Okay.  So were there -- was there a
13 point where your -- there were messages deleted
14 from your Twitter account, direct messages, I
15 mean?
16    A.   I have never -- I don't believe I -- to
17 the best of my knowledge, I don't believe I have
18 ever deleted a direct message.
19    Q.   Do you know if Twitter has ever deleted
20 any of your direct messages?
21    A.   Not actual conversations.  I believe in
22 the same way Instagram does, if it's a request,
23 and after a certain period of time, if you don't
24 accept it, the app thinks clearly you are not
25 interested in this and they -- they remove it.

444

1    Q.   When was the first time that you looked
2  at your Twitter direct messages to see if there
3  was any information that might be responsive for
4  this case?
5    A.   I believe it would have also been in
6  August, during discovery.
7    Q.   Okay.  And who did you use Twitter to
8  communicate with by direct message?
9    A.   Twitter direct messages, I mainly use
10 more to connect with people that I didn't
11 necessarily know, such as Charlie, Kyle, Ben
12 Shapiro, people like that.  I'm trying to think
13 who else.  My -- my Twitter direct messages, I'm
14 not as much active on that as I am on Instagram.
15    Q.   So, for example, the DMs to Charlie Kirk
16 and Kyle Kashuv, when did you go back and find
17 those?
18    A.   I mean, I -- obviously, I knew they
19 existed before August.  But during information
20 sharing in discovery in August is when we
21 captured those and obviously sent them.
22    Q.   And did you go back and search your
23 DMs --
24    A.   Yes.
25    Q.   -- to see if they contained -- and how

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

112 (445 to 448)

---

445

1  did you do that?
2  A.  I can't recall. I'm not sure exactly
3  how we went through my DMs. I think that Twitter
4  doesn't allow you to search. So I'm pretty sure
5  me and my counsel went through manually and
6  looked at all the DMs we could. And there were
7  certain people that I knew I didn't talk about
8  the situation with. So we crossed them off the
9  list. But, yeah.
10     MR. McMURTRY: I can help. We have all
11  the log-in information. We searched every single
12  message.
13     MR. SIEGEL: Okay.
14     MR. McMURTRY: And also, I don't know
15  that you are clear. It doesn't seem to me that
16  you have understood the point that Instagram only
17  deleted messages to which he didn't accept a
18  response. That is the way I'm perceiving your
19  questions, but I don't think that is what he
20  said.
21     MR. SIEGEL: Okay. And I object to
22  testifying for him.
23     MR. McMURTRY: I'm not. I'm just -- you
24  missed his point. You were asking questions that
25  were improperly premised. And I was just trying

---

446

1  to let you know --
2     MR. SIEGEL: Okay. Same request.
3     MR. McMURTRY: -- so that we didn't
4  later misinterpret it.
5  BY MR. SIEGEL:
6  Q.  The -- so we have covered Instagram. We
7  have covered Twitter. Are there any other
8  mediums of social media that you use to
9  communicate with people?
10  A.  Yes.
11  Q.  What is that?
12  A.  I have a Snapchat account.
13  Q.  Okay. And what do you use Snapchat for,
14  going back to 2019?
15  A.  Just to conversate with people I know.
16  Q.  Okay. And did you search Snapchat?
17  A.  I don't believe so.
18  Q.  And why is that?
19  A.  Well, my understanding was, and I'm not
20  sure if you are aware of it, but Snapchat
21  automatically deletes things after 24 hours. And
22  so I believe any picture, Snap things I would
23  have sent to people, I have no way of obtaining.
24  Q.  Okay. We have covered Instagram. We
25  have covered Twitter. We have covered Snapchat.

---

447

1     Do you believe that you used Snapchat to
2  communicate with people about this incident?
3  A.  I believe so. And -- and my honest
4  testimony, there may be some group chats where
5  things are manually saved, that after this, I can
6  recheck just to make sure that there isn't any
7  stone that is unturned.
8  Q.  Okay. Well, we will ask you to do that.
9     So we have done Instagram, Twitter,
10  Snapchat. Any other social media mediums?
11  A.  Yes, but none used to communicate with
12  people. Just in general.
13  Q.  What do you mean by that?
14  A.  I have a social -- I'm on a social media
15  platform where you only post pictures. You don't
16  actually really interact with other people.
17  Q.  And which one is that?
18  A.  It's called VSCO.
19  Q.  Any other social media medium you use to
20  communicate?
21  A.  No, not that I can remember.
22  Q.  I'm dating myself, but do you have a
23  Facebook account?
24  A.  I did, but I deleted it.
25  Q.  And why did you delete it?

---

448

1  A.  Because I had -- there were pictures of
2  me on there from when I was -- I think I was
3  younger, like in eighth grade that people -- they
4  obviously had found my Facebook and were using it
5  too. I don't know. I just didn't like seeing a
6  12 or 11-year-old me out there being used by
7  strangers. So I deleted it.
8  Q.  When did you delete it?
9  A.  I think in a week or a month after, very
10  shortly after.
11  Q.  Okay. And had you posted anything to
12  Facebook about this event?
13  A.  No. No. It was just the previous
14  content that I had that was being used. It made
15  me uncomfortable.
16  Q.  Did you ever use Facebook messenger?
17  A.  I don't believe I ever did.
18  Q.  Did you ever use WhatsApp?
19  A.  I'm not sure. I -- I think I -- there
20  is a chance that I have. I don't, to the best of
21  my knowledge, ever communicate about anything
22  related to this, in my honest answer.
23  Q.  Okay. And if you have some thought that
24  you might have used it, what do you think you
25  used it for?

---

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

113 (449 to 452)

449

1    A.   I honestly can't say.  I -- I don't
2  know.  It's hard to remember in the past two and
3  a half, almost three years if I have ever used an
4  app once.  I don't know.
5    Q.   Any other social media apps or media
6  that you have used to communicate?
7    A.   Not that I can remember.
8    Q.   Okay.  In your responses to -- in your
9  written response to the discovery requests in
10 this case, you listed Will Fries and Sam Paley as
11 people who you thought had videotaped the
12 incident.
13       Now, we've already covered Will.  And is
14 that the only videotape that to your knowledge
15 Will took?
16   A.   To my knowledge, yes.
17   Q.   And what about Sam Paley?
18   A.   I believe he took a short video similar
19 to Will.  To the best of my knowledge, I think
20 Sam put it on his Snapchat story, which only
21 lasts for 24 hours.  I am not sure if Sam still
22 has access to that video.  He may or he may not.
23 But to best of my knowledge, I remember him
24 posting a video.
25   Q.   Okay.  And do you -- did you ever

450

1  receive or capture that video?
2    A.   To the best of my knowledge, I don't
3  think I have a copy of it.
4    Q.   Okay.  And in what is called your
5  initial disclosures, you listed four people as
6  persons likely to have knowledge about the
7  incident that you might use in your case.  And
8  those were Barbara Hagedorn, Will Fries, John
9  Lawrie and Joe Kiely?
10   A.   Correct.
11   Q.   So I'm just going to go through each one
12 and ask you the same questions.
13       So for Barbara Hagedorn, who is she?
14 She's a chaperone, right?
15   A.   Yes.
16   Q.   She was a chaperone?
17   A.   She was also a teacher at Cov Cath.
18   Q.   Okay.  And why did you list her?
19   A.   She was responsible for coming in at the
20 end of the confrontation and announcing, excuse
21 me, that the busses were present, which allowed
22 me to leave.
23       She also was in -- close to Phillips and
24 other people after I left and she could have
25 knowledge of basically what was going on once I

451

1  had left, kind of an eyewitness.
2    Q.   Have you ever talked to Ms. Hagedorn
3  about the incident?
4    A.   I don't believe I ever have since.
5  Maybe -- maybe we had conversations once or twice
6  during the end of the school year that year, but
7  I cannot recall what we would have talked about.
8    Q.   Okay.  And why did you list Will Fries?
9    A.   I listed Will because of Will's --
10 Will's vantage point, and where he stood on any
11 higher-up step would have been able to observe a
12 lot of the movements of people going on, as well
13 as his knowledge of my signal to him when he got
14 in the argument with the guy in the red hat.  He
15 seemed to be knowledgeable on a lot of different
16 parts of this.
17   Q.   And have you ever -- have you talked to
18 Will about being a witness in this case
19 potentially?
20   A.   I mean, Will has been my roommate in
21 college for two years now.
22       MR. SIEGEL:  Okay.
23   A.   I mean, I think -- and Will also did
24 mock trial.  I think Will is very aware that he
25 could have to testify as a eyewitness in this

452

1  case.
2    Q.   Okay.  Have you ever discussed with Will
3  about him doing a deposition or providing an
4  affidavit or anything like that?
5    A.   Well, I did tell Will I think a day
6  before his subpoena came in the mail that he was
7  probably going to be called and, you know, forced
8  to discuss what he saw.
9    Q.   Okay.  And have you ever talked to him
10 about voluntarily providing you with any kind of
11 sworn testimony, whether it's oral or written, in
12 support of your case?
13   A.   Do you mean asking him to testify just
14 as something that would help me?
15       MR. SIEGEL:  Yes.
16   A.   Do you mean by that, like are you asking
17 if I asked him to dishonestly testify or are you
18 saying like help me in a way that -- like, you
19 know, dishonestly?
20   Q.   No, no.  I'm not asking the substance of
21 his testimony, Nick.  Really, it's just a factual
22 question.
23       THE WITNESS:  Okay.
24   Q.   Have you ever -- you know, have you ever
25 asked him to either -- have you ever asked him to

453

1 be a witness if the case went to trial, for
2 example?
3   A.  I think I have definitely mentioned to
4 him that it would probably be nice for him to
5 testify.  I don't believe I've ever formally
6 asked him to agree to testifying.  I -- I don't
7 think we have ever agreed on that.
8      MR. SIEGEL:  Okay.
9   A.  At this point, he probably would, but
10 we -- I haven't asked him, if this goes to court,
11 can we agree right now you will?
12   Q.  Okay.  And I take it you haven't asked
13 him if he would provide you with some kind of,
14 you know, written statement or sworn statement or
15 something like that?
16   A.  No.
17   Q.  Oral testimony?
18   A.  No.
19   Q.  John Lawrie, why did you list him?
20   A.  I listed John because, as you can see,
21 John is seen when Mr. Phillips approaches us.
22 And he turns around and kind of tries to
23 videotape him.  And then John has a way of being
24 there at first but then is in a different
25 location when Mr. Phillips is closer to me.  So

454

1 it seems to me that John had moved around and
2 would have observed what happened from multiple
3 different areas and would be knowledgeable in
4 kind of how people moved and what happened.
5   Q.  Have you talked with John after the
6 incident about what happened?
7   A.  I talked to John after John received a
8 subpoena and basically explained to him that he
9 could be forced to testify based on his presence.
10   Q.  And did you have any discussion with him
11 about what -- if he were going to testify, what
12 he would say?
13   A.  No.
14   Q.  Okay.  And the subpoena was recent,
15 right?  It was for documents or materials?
16   A.  Right.
17   Q.  Okay.  Other than communicating with him
18 when he received the subpoena, have you had any
19 discussion with him about him possibly being a
20 witness?
21   A.  I don't believe I ever have to the best
22 of my knowledge.
23   Q.  Okay.  And same questions for Joe Kiely,
24 why did you list him?
25   A.  I listed Joe again because of his

455

1   position in the crowd when Phillips goes to the
2 left. Joe is one of the people right there.
3      I also listed Joe because he was
4 important in the immediate aftermath.  He wrote a
5 letter and sent it to the local news station
6 basically defending me.  And he seemed to have
7 kind of that experience that no one else in the
8 group had.
9   Q.  Okay.  And have you spoken to Joe about
10 the incident since it happened?
11   A.  I mean, Joe and I have definitely
12 discussed it since that day since we were both
13 present, since when it happened.
14      Joe actually sat next to me on the bus
15 when we were returning and was involved in waking
16 me up and showing me what was being said about me
17 online.
18   Q.  Okay.  I'm not going to ask you to walk
19 through that phase by phase.  It's probably for
20 the next phase, if there is one.
21      But to the best of your recollection,
22 what has Joe communicated to you about the
23 incident?
24   A.  I believe Joe has only ever told me
25 things that he has seen from his point of view.

456

1      I mean, if we have ever talked about it,
2 we have talked about what we both saw and things
3 like that.
4   Q.  And what has he -- what did he tell you
5 that he saw?
6   A.  I mean, I cannot recall specifically
7 what we -- what he saw.  It was not a main
8 priority and something I would have focused on.
9 It was not committing to memory what Joe saw.
10   Q.  Okay.  And have you ever had any
11 conversation with Joe Kiely about him being a
12 witness?
13   A.  To the best of my knowledge, I'm not --
14 I am leaning towards I don't think I ever have
15 talked to Joe about him being a witness.
16   Q.  Okay.  And for all of these people,
17 Barbara Hagedorn, Will Fries, John Lawrie and Joe
18 Kiely, other than any information your counsel
19 may have told you, do you have any knowledge that
20 anyone has communicated with them about
21 essentially being a witness in the case?
22   A.  Again, I cannot recall any time where I
23 specifically asked any -- any one of them to
24 commit to being a witness.
25      I'm not saying that -- like with Joe,

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

115 (457 to 460)

457

1  for example, I'm not saying that I might have not
2  mentioned to him that he could end up being one.
3  But in my mind, no one has set in stone agreeing
4  to being a witness at this point.
5      Q.  Okay.  You may have answered my next
6  question, which was, other than these four
7  people, is there anyone else that you have
8  communicated with about potentially being a
9  witness in this case?
10     A.  I -- to the best of my knowledge, I
11  don't think so.
12     Q.  Okay.  Do you know if anyone -- there is
13  anyone that your parents have communicated with
14  about potentially being a witness in this case,
15  either of your parents?
16     A.  To the best of my knowledge, I don't
17  know who they would have talked to about that.
18     MR. McMURTRY:  I thin we are at about
19  ten hours.  You may want to check.  Can we ask
20  the court reporter to tell us where we are?
21     MR. SIEGEL:  Sure.  Hello?
22     MR. McMURTRY:  Hello?
23     THE VIDEOGRAPHER:  We are going off the
24  record.  The time is 3:29 p.m.
25     (Thereupon, there was a recess taken at

458

1  3:29 p.m.)
2      (Thereupon, the proceedings were resumed
3  at 3:45 p.m.)
4      THE VIDEOGRAPHER:  We are back on the
5  record.  The time is 3:45 p.m.
6  BY MR. SIEGEL:
7      Q.  Okay.  We will send these to the court
8  reporter.  But I just showed Nick what we will
9  mark as Exhibit 43 and 44.
10     I think 44 -- 43, Nick, is your
11  responses to Interrogatories that are in front of
12  you, and 44 are the Interrogatories that were
13  sent that's in front of Todd.
14     And so this is pretty simple, Nick.  I
15  think if you -- there are a bunch of pictures on
16  the back of 44.  Go to the first picture.
17     A.  Okay.
18     Q.  And if you -- and then look at the list
19  that you have open to you?
20     A.  Right.
21     Q.  So you have listed, in your answers,
22  Number 1 is Joe Kiely.  Is the fellow with the
23  number 1 on the first picture there, is that Joe
24  Kiely?
25     A.  Oh.

459

1      MR. McMURTRY:  Talking about this guy?
2      MR. SIEGEL:  Yes.
3      A.  This does not necessarily match up with
4  what I had submitted.  Because it --
5      MR. SIEGEL:  That's what we received.
6      MR. McMURTRY:  I know we had to -- you
7  basically asked us to redo it.  I know we did it
8  twice.
9      MR. SIEGEL:  And this may be -- this may
10  get to the second one, which I was wondering
11  about that.  Because I thought you might have
12  identified him as somebody else.
13  BY MR. SIEGEL:
14     Q.  Do you see number 6, Nick, on the
15  Interrogatories?  The first page also with John
16  Lawrie?  Says believed to be labeled Exhibit 33
17  in Exhibit A.  And then you go to 33.
18     A.  Yes.  No.  Okay.  These -- I -- I have a
19  list where I labeled these as what they are.
20  This is all out of order.
21     MR. SIEGEL:  So we may just need to redo
22  it, but --
23     MR. McMURTRY:  I don't know if this is
24  the first or second effort.  I redid it and sent
25  it and said, is this the way you want it?

460

1      THE WITNESS:  I believe there is a
2  different list that has more names on it or it's
3  done a little differently.
4      MR. McMURTRY:  Can we go off the record?
5  I can check with Will.
6      MR. SIEGEL:  Sure.  Okay.  And I will
7  check, too.
8      THE VIDEOGRAPHER:  We are going off the
9  record.  The time is 3:47 p.m.
10     (Thereupon, there was a recess taken at
11  3:47 p.m.)
12     (Thereupon, the proceedings were resumed
13  at 3:57 p.m.)
14     THE VIDEOGRAPHER:  We are back on the
15  record.  The time is 3:57 p.m.
16  BY MR. SIEGEL:
17     Q.  Okay.  So we took Exhibit 43, which was
18  the most recent response to the Interrogatories
19  that Todd correctly pointed out they were served.
20     So looking first at John Lawrie, on page
21  5 of that, he's identified as Number 33.
22     And if you look at the first picture,
23  Nick, that is on the -- attached to the
24  Interrogatories.  Is that right, 33?
25     A.  That is not right.

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

116 (461 to 464)

461

1   Q.  Is that Henry Bennett?
2   A.  Correct.  But in some of these,
3   there's -- there's the same number for multiples.
4   Q.  Okay.  So you think -- you think there
5   may be another 33?
6   A.  Yes.  I think that's possible.  Let me
7   find John Lawrie and --
8   Q.  You know what, Nick, if you see John
9   Lawrie, whatever he's numbered, you can just
10  point him out to us also.
11  A.  Okay.  I do not --
12      MR. McMURTRY:  Who is 33?  I'm sorry.
13      THE WITNESS:  33 is Henry Bennett,
14  according -- or in this picture.  I'm not --
15      MR. McMURTRY:  Let's just wait until he
16  asks you a question.
17      I'm sorry.  Are you waiting for us to
18  respond?
19      MR. SIEGEL:  Yeah.  Is he looking
20  through the pictures to try to see if he can
21  identify John Lawrie, if he's not 33.
22      THE WITNESS:  Yes.
23      MR. SIEGEL:  And actually, to save you
24  time, Nick, you identified 115 as the person you
25  believed was Joe Kiely.

462

1       Do you want to check that, too?  That is
2   like third from the back.
3       MR. McMURTRY:  No, sorry.
4       THE WITNESS:  Joe Kiely, 115?
5       MR. SIEGEL:  Uh-huh.
6       THE WITNESS:  Yes.
7   BY MR. SIEGEL:
8   Q.  Okay.  You believe that is Joe Kiely?
9   A.  Correct.
10  Q.  In the red -- I'm sorry.  It's a black
11  ski hat?
12  A.  Yes.
13  Q.  Okay.  And then do you see John Lawrie
14  in any of the photos?
15  A.  Currently, no.
16      MS. MEEK:  Is he wearing a green
17  sweatshirt?
18      THE WITNESS:  Yes.
19      MS. MEEK:  I think I found him on the
20  video, if this helps.
21      THE WITNESS:  Yes.  I'm aware there
22  is -- I know what he looks like.  I just --
23      MR. SIEGEL:  Which video is that?
24      MS. MEEK:  We could use that
25  alternatively.  This is Exhibit 15, which is

463

1   video 2.  I will share it and put it up.
2       MR. SIEGEL:  Yeah.  Why don't you just
3   put up a screenshot, and maybe that will take
4   care of it.
5       MS. MEEK:  I'm putting up Exhibit 16 at
6   14 seconds.
7       THE WITNESS:  I cannot locate him.
8   BY MR. SIEGEL:
9   Q.  Is that John Lawrie?
10  A.  Yes, that is.
11  Q.  The one in the green hoodie is John
12  Lawrie?
13  A.  Yes, correct.
14      MR. SIEGEL:  Okay.
15  A.  I just don't see him in here.  I'm not
16  sure how it got onto 33.
17      (This concludes the Confidential
18  portion.)
19      MR. SIEGEL:  All right.  We are done.
20      MR. McMURTRY:  That's it.  Okay.  Thank
21  you.
22      These are our copies of this?
23      THE VIDEOGRAPHER:  Are there no other
24  questions?
25      MR. McMURTRY:  I have no questions.

464

1       MR. SIEGEL:  No.
2       THE VIDEOGRAPHER:  All right.  Just a
3   moment, please.
4       We are going off the record.  The time
5   is 4:02 p.m.  This concludes the deposition.
6       THE REPORTER:  Counsel, could I get copy
7   orders?
8       MR. McMURTRY:  Todd McMurtry would like
9   a copy.
10      THE VIDEOGRAPHER:  Mr. McMurtry, would
11  you like a copy of the video as well, please, or
12  sir?
13      MR. McMURTRY:  Yes.
14      THE VIDEOGRAPHER:  Thank you.
15      AV TECH LOILER:  Mr. Siegel, would you
16  like the exhibits attached to the transcript?
17      MR. SIEGEL:  Yes.
18      MR. McMURTRY:  I would like exhibits
19  attached to the transcript, too, the copy.
20      THE REPORTER:  So I hear no other orders
21  from counsel.
22      MR. FORD:  Darren Ford, NBC and New York
23  Times, a pdf with exhibits and e tran.
24      UNIDENTIFIED SPEAKER:  And Rolling
25  Stone would like a copy, too.

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 118 of 196 - Page ID#: 2231
CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021          117 (465 to 468)

465

1       MS. KRISHNAN:  So would ABC, Dianna.
2   ABC, Nathan Siegel and Meenu Krishnan would like
3   a copy.
4       MR. SHOOK:  This is Kevin Shook.
5   Rolling Stone would like a copy, too.
6       MS. SPEARS:  This is Natalie Spears, and
7   CBS Defendants would also like a copy.
8       THE REPORTER:  Okay.  Does that conclude
9   the orders?
10      (Thereupon, there was a discussion off
11  the record.)
12      MR. GRYGIEL:  We want the same as
13  everyone else.  Mike Abate and myself would like
14  a copy.
15  (Off the record at 4:05 p.m.)
16
17
18
19
20
21
22
23
24
25

466

1       CERTIFICATE OF SHORTHAND REPORTER
2               NOTARY PUBLIC
3       I, Dianna C. Kilgalen, the officer
4   before whom the foregoing deposition was
5   taken, do hereby certify that the foregoing
6   transcript is a true and correct record of
7   the testimony given; that said testimony was
8   taken by me stenographically and thereafter
9   reduced to typewriting under my direction;
10  that reading and signing was not requested;
11  and that I am neither counsel for, related
12  to, nor employed by any of the parties to
13  this case and have no interest, financial or
14  otherwise, in its outcome.
15      IN WITNESS WHEREOF, I have hereunto
16  set my hand and affixed my notarial seal this
17  23rd day of September, 2021.
18      My commission expires June 28th,
19  2025.
20
21
22  _____
23  NOTARY PUBLIC
24  IN AND FOR THE STATE OF MARYLAND
25  COUNTY OF HARFORD

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

118

**A**

aaa
37:18

abate
6:20, 6:21,
11:5, 11:6,
15:17, 250:12,
465:13

abbreviate
329:7

abc
2:9, 5:10,
9:10, 14:11,
15:8, 15:16,
16:16, 103:12,
249:8, 250:4,
250:11, 250:19,
252:5, 252:6,
465:1, 465:2

abc's
344:16

abide
182:16

ability
41:20, 423:5

able
22:6, 23:3,
26:16, 72:10,
98:2, 108:1,
160:20, 178:14,
179:5, 234:5,
235:21, 235:22,
242:4, 255:18,
319:8, 327:12,
348:3, 361:19,
365:16, 392:6,
419:2, 433:10,
441:6, 451:11

above
290:25, 342:4,
375:12, 388:25

absolutely
247:16, 314:18

accept
441:8, 441:16,
443:24, 445:17

accepted
441:11, 443:10

access
432:21, 449:22

accessible
438:15, 443:8

accessing
414:11, 414:12

accomplish
295:19

according
77:15, 422:15,
461:14

account
394:13, 406:17,
418:15, 418:25,
432:16, 432:17,
432:18, 432:21,
432:22, 432:25,
433:2, 433:18,
433:19, 433:22,
433:24, 434:3,
434:10, 434:12,
434:13, 434:21,
434:24, 443:14,
446:12, 447:23

accounts
431:24, 433:7,
433:20, 438:12

accurate
129:25, 178:21,
260:14, 289:24,
300:16, 325:6,
332:8, 347:5,
417:19

accurately
147:21, 147:24,
331:14, 412:17,
434:18

accuse
59:10, 96:18,
96:19

accused
414:18

acknowledge
199:13, 423:7

across
96:11, 178:22

act
28:22, 419:2

acting
120:21, 188:16,
188:20, 189:14,
189:16, 317:1,
387:22, 420:9

action
96:20

actions
236:20, 295:23,
382:9, 419:15

active
179:8, 277:3,
444:14

actively
277:22

activist
178:23, 366:1

actual
39:12, 49:1,
260:18, 362:4,
391:24, 402:14,
431:9, 434:7,
443:21

actually
22:2, 24:20,
29:10, 30:19,
61:18, 64:23,
147:3, 159:4,
166:21, 179:11,
186:24, 207:22,
224:23, 226:23,
237:22, 256:21,
260:4, 269:17,
280:21, 292:23,
296:17, 306:19,
314:7, 329:20,
355:24, 357:9,
360:18, 361:4,
361:8, 361:13,
361:15, 364:25,
375:20, 390:14,
394:11, 394:13,
396:8, 408:10,
409:4, 410:5,
410:23, 410:25,
411:2, 411:11,
411:17, 411:20,
418:14, 434:21,

447:16, 455:14,
461:23

add
166:13, 196:25,
197:1, 306:19,
363:20, 381:6,
382:15, 406:6,
438:16, 440:9

added
30:22, 30:23

addition
88:8

addressed
154:1

adjusted
220:16, 252:23

adjustments
362:16, 362:21

administration
44:21, 76:19

administrators
31:21

admission
404:14

admit
352:22, 401:14

admitted
127:11, 170:24

adult
31:25, 188:16,
188:21, 189:14,
189:16

adult-size
100:14

adults
80:4, 80:12,
120:20, 120:21,
163:8, 193:1,
317:9

advanced
23:8, 437:9

advertised
35:5

affect
321:5, 356:12

affidavit
452:4

affiliated
262:4

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

119

**affixed**
466:16
**africa**
333:18
**african**
49:12, 50:5,
52:10, 53:1,
53:4, 65:19,
66:3, 66:7,
66:9, 66:11,
66:13, 66:21,
66:25, 67:22,
77:14, 77:16,
81:25, 82:2,
82:15, 85:5,
87:19, 101:3,
101:14, 102:6,
102:8, 102:9,
103:23, 164:9,
165:2, 165:3,
374:9, 376:4,
377:1, 387:4,
388:22, 423:8,
423:20
**after**
17:2, 21:20,
21:21, 29:17,
38:15, 40:5,
41:4, 45:3,
45:6, 47:13,
63:17, 73:13,
84:8, 89:16,
91:22, 94:16,
127:13, 146:21,
149:4, 162:22,
168:18, 171:19,
186:9, 195:4,
217:2, 232:8,
259:4, 259:21,
265:14, 282:2,
287:11, 289:11,
302:14, 303:11,
323:3, 323:9,
343:19, 353:5,
360:17, 360:20,
361:8, 365:12,
370:7, 373:5,
387:23, 389:23,

390:2, 402:9,
406:25, 409:19,
412:2, 412:19,
423:8, 425:19,
430:16, 430:20,
435:13, 435:21,
437:13, 439:13,
440:2, 440:4,
441:12, 443:23,
446:21, 447:5,
448:9, 448:10,
450:24, 454:5,
454:7
**aftermath**
455:4
**afternoon**
37:5, 37:6,
409:6, 410:7
**afterwards**
271:24, 273:21,
273:23, 338:7
**against**
34:6, 103:12,
104:6, 104:7,
104:8, 104:9,
135:15, 184:6,
270:8, 345:5,
404:18
**age**
120:19, 178:10,
178:15, 179:7,
367:18
**aggression**
103:23, 120:7,
127:21
**aggressive**
47:23, 94:6,
95:11, 96:21,
98:18, 124:23
**aggressively**
383:1
**agitate**
367:19
**agitative**
367:12
**agitator**
367:11
**agitators**
367:6

**ago**
38:21, 56:6,
57:8, 74:1,
144:23, 145:6,
214:23, 223:19,
232:22, 289:9,
380:6, 387:9,
414:3
**agree**
42:7, 42:10,
43:11, 52:3,
68:1, 74:24,
75:8, 76:24,
77:3, 77:7,
77:19, 81:3,
84:24, 99:1,
103:17, 105:10,
112:2, 119:24,
120:4, 124:12,
124:17, 139:6,
151:17, 155:25,
156:8, 157:21,
157:25, 162:23,
165:19, 166:9,
187:22, 188:18,
189:9, 193:11,
207:21, 251:18,
288:5, 296:24,
317:4, 325:2,
360:18, 364:4,
386:18, 399:16,
410:14, 420:15,
453:6, 453:11
**agreed**
124:13, 178:15,
453:7
**agreeing**
457:3
**ah**
196:13
**ahead**
15:6, 44:8,
44:14, 55:4,
57:25, 58:24,
61:24, 62:13,
62:19, 64:4,
71:11, 72:12,
76:2, 76:25,

77:20, 84:23,
85:3, 92:1,
96:17, 101:9,
108:7, 108:13,
110:15, 119:7,
124:11, 124:19,
127:9, 127:23,
127:24, 128:13,
128:22, 129:7,
138:16, 139:3,
144:18, 149:3,
149:9, 150:7,
152:11, 174:8,
176:13, 176:22,
177:6, 177:10,
177:13, 189:15,
203:2, 207:19,
207:25, 210:4,
213:24, 216:4,
217:22, 227:24,
235:3, 235:19,
238:11, 242:12,
246:21, 251:12,
253:22, 257:9,
258:7, 261:19,
262:14, 263:5,
263:9, 269:15,
276:15, 277:21,
282:16, 282:22,
285:9, 291:23,
292:19, 293:8,
295:15, 305:3,
308:22, 333:25,
334:9, 373:3,
374:15, 376:6,
384:3, 387:18
**ain't**
311:16, 386:15,
388:8
**al**
1:36, 2:9,
2:34, 14:3,
14:8, 14:9,
14:11, 14:13,
14:14, 14:16,
248:25, 249:3,
249:5, 249:6,
249:8, 249:10,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

120

249:11, 249:13
**albany**
7:9, 11:16
**alex**
360:8, 360:21
**all's**
114:3
**all-boys**
112:8
**all-girls**
36:11, 36:12
**all-male**
25:19
**allegation**
104:4
**allegations**
345:4
**alleges**
103:12
**allow**
158:21, 267:2,
445:4
**allowed**
25:19, 87:21,
320:24, 450:21
**allowing**
121:4, 261:15
**almost**
40:16, 52:6,
95:17, 97:11,
97:15, 137:2,
146:21, 201:13,
206:15, 220:14,
226:14, 316:11,
449:3
**alone**
92:12, 347:19
**along**
45:16, 141:10,
150:21, 189:13,
226:16, 333:14,
433:19
**already**
17:8, 39:16,
40:1, 62:20,
63:13, 63:14,
79:11, 91:16,
92:5, 126:20,

176:15, 234:24,
251:15, 271:15,
272:18, 286:2,
306:8, 310:11,
317:16, 322:23,
327:11, 333:11,
346:10, 346:11,
379:11, 385:17,
404:17, 412:10,
417:23, 418:9,
424:24, 425:24,
433:17, 449:13
**also**
8:1, 12:1,
15:19, 16:6,
20:3, 20:16,
26:17, 31:8,
35:7, 38:20,
50:6, 52:21,
60:9, 62:22,
66:23, 67:21,
69:18, 88:12,
92:15, 99:2,
176:7, 183:25,
184:1, 185:13,
185:19, 188:23,
191:5, 191:14,
195:6, 196:18,
196:25, 197:1,
197:9, 197:14,
200:6, 200:7,
225:1, 250:15,
250:25, 262:21,
297:15, 307:20,
381:14, 392:12,
395:12, 401:7,
406:14, 411:12,
427:13, 428:23,
431:21, 432:5,
436:13, 438:17,
440:9, 442:13,
444:5, 445:14,
450:17, 450:23,
451:23, 455:3,
459:15, 461:10,
465:7
**alter**
256:5

**altercation**
98:23, 99:3
**alternate**
129:14
**alternatively**
462:25
**although**
73:18, 182:8,
276:8, 413:15
**always**
28:18, 32:8,
39:9, 88:9,
284:17, 399:13,
423:1, 423:8
**alx**
360:11
**ambassador**
360:16
**america**
41:7, 42:5,
42:19, 42:25,
43:2, 43:9,
43:17, 43:20,
43:21, 44:5,
44:19, 62:21,
103:14, 156:7,
330:12, 333:22,
372:6, 422:13,
422:15, 423:2,
424:7
**america's**
423:5
**american**
23:7, 23:22,
23:24, 24:17,
49:12, 50:5,
52:10, 53:4,
65:19, 66:4,
66:8, 66:9,
66:11, 66:13,
66:21, 66:25,
77:16, 81:25,
82:2, 82:15,
85:5, 97:15,
101:3, 101:14,
102:6, 102:8,
103:24, 141:20,
142:8, 142:20,

142:23, 149:25,
154:20, 155:3,
157:21, 164:9,
165:3, 175:6,
175:7, 194:22,
276:5, 305:2,
374:9, 377:1,
387:5, 388:22,
428:16, 428:23,
429:1
**americans**
23:10, 23:17,
24:1, 24:5,
24:11, 24:14,
24:20, 25:1,
47:16, 49:6,
49:9, 52:16,
52:22, 53:1,
66:3, 67:13,
67:22, 77:14,
80:24, 87:20,
97:6, 133:3,
133:10, 141:23,
145:2, 154:5,
155:9, 157:20,
210:20, 210:24,
211:2, 211:4,
211:9, 333:21,
372:3, 376:4,
422:24, 423:8,
423:9, 423:15,
423:20
**among**
100:14, 196:15,
197:21
**amongst**
127:15
**amount**
67:7, 173:13,
248:16, 346:25
**analogy**
204:3
**ancestors**
142:12
**anchors**
410:4
**angels**
114:4

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

121

**angle**
84:20, 85:20,
110:23, 145:21,
149:23, 160:1,
208:6, 212:20,
232:17, 241:24,
242:16, 258:2,
356:7, 359:5,
385:15
**angles**
86:15, 368:6,
368:9, 368:11,
422:4
**angrier**
152:2
**angry**
80:5, 80:13,
116:1, 152:2,
398:24
**animal**
69:20
**announcing**
450:20
**another**
33:8, 47:14,
51:8, 53:4,
57:6, 66:3,
66:11, 106:22,
108:1, 108:19,
143:6, 157:18,
185:16, 186:8,
190:15, 217:2,
231:17, 270:8,
280:11, 293:5,
313:7, 316:5,
356:5, 361:21,
362:1, 365:14,
382:8, 387:4,
395:1, 395:25,
428:25, 461:5
**answer**
19:11, 19:13,
22:11, 22:18,
55:5, 139:4,
140:23, 145:23,
152:4, 156:15,
156:24, 157:2,
172:11, 176:14,

210:4, 234:14,
235:1, 235:19,
243:18, 266:2,
267:3, 285:23,
286:1, 297:20,
298:4, 319:9,
321:6, 378:3,
382:20, 384:3,
388:8, 399:9,
400:15, 401:2,
429:14, 448:22
**answered**
44:8, 126:20,
134:22, 138:15,
149:9, 174:8,
210:3, 243:15,
254:17, 267:22,
286:3, 379:11,
383:17, 383:18,
383:19, 383:20,
429:13, 457:5
**answering**
313:24
**answers**
17:10, 22:16,
356:13, 458:21
**anti-war**
417:6
**anybody**
379:25, 414:4
**anymore**
176:18, 208:4,
290:5, 432:21
**anyone**
35:14, 80:24,
87:10, 94:21,
117:10, 124:21,
131:2, 178:3,
189:4, 211:24,
273:18, 292:15,
298:5, 298:7,
298:20, 327:16,
327:21, 327:25,
328:24, 332:2,
343:7, 353:19,
355:17, 359:2,
414:13, 456:20,
457:7, 457:12,

457:13
**anyone's**
95:24
**anyway**
22:12, 134:23,
319:8
**anywhere**
46:3, 86:13,
137:25, 138:5,
199:8, 259:6,
278:11, 279:2,
279:4, 279:6,
280:15
**ap**
23:13, 24:7,
24:8
**apologize**
24:24, 177:9,
227:22
**app**
177:18, 443:24,
449:4
**apparent**
350:3, 399:6
**apparently**
185:19
**appear**
66:20, 67:21,
165:15, 365:17,
385:8, 394:23
**appearance**
296:11
**appeared**
137:3, 190:4,
261:3, 340:6,
365:14
**appearing**
366:8
**appears**
177:2, 177:20,
259:18, 289:10,
336:5, 338:7,
366:1, 374:7
**apply**
32:12
**appreciate**
17:13, 306:9,
383:5

**approach**
60:5
**approached**
133:13, 148:23,
172:7, 180:16,
186:3, 186:6,
186:15, 262:22,
264:8, 265:17,
266:19, 366:15,
366:17, 401:13,
415:23
**approaches**
38:19, 39:7,
162:12, 362:13,
453:21
**approaching**
132:24, 133:5,
133:6, 133:25,
171:4
**appropriate**
84:21, 85:5,
87:15, 120:14,
120:18, 120:22,
121:2, 140:16,
141:3, 153:20,
153:24, 305:1,
309:13, 378:8,
378:9, 380:4,
380:14, 383:15,
419:3
**approval**
292:1
**approve**
394:9
**approved**
174:12
**apps**
449:5
**area**
32:20, 36:14,
38:24, 39:13,
40:9, 48:7,
92:20, 95:13,
128:1, 184:6,
203:20, 225:6,
328:25
**areas**
44:24, 454:3

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

122

**aren't**
163:1, 164:12,
180:3, 212:7,
335:14
**argue**
22:6, 155:8,
234:13, 334:23
**argued**
235:15
**arguing**
235:16, 235:17,
367:17
**argument**
155:1, 331:25,
338:23, 339:10,
347:24, 451:14
**arlington**
38:25
**arm**
153:18, 184:6,
193:13
**arms**
300:18
**around**
20:14, 24:10,
25:25, 28:13,
29:4, 32:19,
37:15, 38:1,
38:22, 40:4,
40:8, 46:2,
47:20, 48:7,
48:13, 50:19,
52:6, 53:15,
82:1, 94:23,
114:5, 127:15,
136:20, 157:17,
173:15, 178:10,
184:19, 185:14,
206:15, 206:16,
213:22, 214:16,
218:10, 223:21,
226:21, 233:23,
259:5, 276:7,
276:22, 276:24,
277:6, 278:7,
280:2, 283:15,
286:13, 290:4,
306:12, 325:22,

326:24, 332:10,
344:20, 362:12,
369:20, 374:8,
379:23, 391:23,
392:13, 392:22,
396:13, 404:2,
426:3, 436:19,
453:22, 454:1
**arranged**
203:4, 366:16
**arrived**
37:4, 38:7,
48:23, 48:24
**articulate**
238:16
**articulated**
28:25, 39:6,
43:15, 44:12
**articulating**
143:13, 341:3
**aside**
216:13, 218:21,
414:10
**asked**
24:23, 89:23,
90:7, 90:8,
112:12, 170:12,
172:4, 172:11,
284:4, 286:18,
353:11, 353:14,
363:10, 384:25,
385:21, 422:13,
452:17, 452:25,
453:6, 453:10,
453:12, 456:23,
459:7
**asking**
33:4, 42:23,
75:25, 87:8,
114:12, 130:19,
135:23, 138:24,
138:25, 140:20,
147:23, 147:25,
165:8, 171:7,
192:7, 212:21,
235:11, 273:17,
286:5, 318:4,
325:14, 354:2,

377:14, 377:18,
382:12, 383:2,
383:12, 388:4,
390:15, 405:7,
407:22, 445:24,
452:13, 452:16,
452:20
**asks**
364:6, 418:17,
461:16
**aspirations**
21:18
**assembly**
270:20
**associated**
95:8, 166:2,
253:25, 291:25,
399:4
**assortment**
433:12
**assume**
53:19, 54:18,
61:4, 62:1,
68:21, 86:8,
92:14, 94:23,
95:4, 95:12,
95:16, 97:10,
110:19, 119:4,
132:18, 134:13,
178:9, 194:13,
194:24, 242:6,
306:25, 308:19,
315:9, 328:16,
328:24, 343:14,
352:13, 371:24,
372:19, 373:18,
375:21, 395:6,
417:8, 423:18,
437:7, 441:19
**assumed**
50:22, 295:8,
338:6, 338:9,
428:22
**assuming**
225:10, 372:2
**assumption**
274:2, 338:4,
338:11

**attached**
35:16, 180:6,
288:18, 460:23,
464:16, 464:19
**attachment**
427:1
**attempt**
276:6, 277:3
**attend**
26:22, 393:25
**attendance**
26:20, 48:19
**attended**
97:6
**attending**
18:9, 31:16
**attention**
47:21, 50:23,
91:24, 109:13,
111:22, 164:18,
164:20, 165:5,
165:8, 217:24,
223:1, 226:14,
252:12, 276:1,
297:12, 297:15,
308:18, 311:22,
329:21, 331:8,
332:1, 371:20
**attesting**
63:3
**attire**
50:1, 342:20
**attitude**
387:17, 400:25
**attitudes**
400:21
**attribute**
198:17, 339:2
**attributed**
417:10
**audible**
17:9, 297:16,
327:14
**audio**
51:12, 51:21,
212:19
**august**
289:6, 440:24,

440:25, 444:6,
444:19, 444:20
**austin**
8:8
**authentic**
296:12
**authentically**
66:13
**author**
368:25
**automatically**
439:20, 439:23,
446:21
**av**
8:8, 12:8,
464:15
**available**
414:7, 439:12
**avery**
25:10
**avoid**
32:3, 95:17
**aware**
97:13, 133:10,
142:1, 157:16,
167:19, 180:22,
217:20, 222:24,
226:11, 226:12,
226:17, 269:23,
303:7, 376:14,
410:8, 413:1,
419:14, 423:3,
446:20, 451:24,
462:21
**away**
39:9, 55:20,
73:14, 91:20,
91:22, 92:6,
92:25, 137:17,
184:13, 193:18,
216:1, 220:19,
220:22, 221:3,
263:25, 284:1,
295:11, 346:18,
390:2, 390:6,
409:24, 418:18,
419:9
**awkward**
259:8, 404:19

**awol**
411:1, 412:25,
413:9

**B**

**babies**
79:6, 79:8
**back-and-forth**
331:9
**backdrop**
361:12
**backed**
148:14
**background**
71:23, 262:8,
270:16, 308:9
**backpack**
117:15, 355:11
**backs**
55:17, 370:19
**backwards**
70:5, 242:21,
357:17, 357:21,
390:8
**bad**
41:13, 44:1,
104:17, 270:24,
380:9
**baited**
375:16, 375:25,
376:3, 377:3,
378:12
**baiting**
379:13
**balls**
41:11, 41:21
**baltimore**
38:21
**banged**
182:5, 183:19
**banging**
31:9
**banyamyan**
54:5, 67:4,
106:11, 126:23,
143:18, 373:5
**barbara**
450:8, 450:13,

456:17
**barely**
76:23
**bart**
81:11
**baseball**
27:8, 201:13
**based**
66:1, 66:19,
87:19, 174:16,
204:5, 242:6,
253:23, 261:5,
261:25, 271:23,
274:1, 303:19,
343:17, 417:13,
454:9
**basic**
95:15
**basically**
66:2, 82:14,
147:1, 178:15,
186:22, 262:8,
270:5, 280:14,
316:7, 356:5,
391:5, 393:21,
406:1, 411:11,
418:18, 432:11,
450:25, 454:8,
455:6, 459:7
**basis**
271:21, 273:20,
317:21, 318:1,
319:10, 332:12,
383:9, 383:12,
412:23, 413:19
**basketball**
26:24, 31:3,
31:6, 270:7,
270:9
**bastards**
85:14
**bates**
181:15, 259:13,
290:14, 294:19,
308:1, 427:20
**bathroom**
47:8
**battery**
46:11

**battle**
33:9, 33:19,
33:20, 33:23,
34:1, 134:1
**bean**
205:10, 205:24
**beanie**
69:23, 117:18,
163:22, 165:4,
233:25, 357:7,
357:15
**beanies**
164:10
**bear**
397:3
**beard**
342:12, 357:21
**beat**
169:18, 171:23,
314:16, 314:19,
315:6, 347:24
**beating**
315:7
**beau**
244:10, 244:25,
245:2, 320:15,
320:16, 321:10,
321:16, 323:3,
323:8, 323:10,
385:9, 385:16,
385:17, 385:21,
385:23, 388:21
**beau's**
244:21, 245:11
**became**
133:10, 149:2,
150:4, 198:11,
292:24
**become**
21:19, 21:23,
34:14, 91:9,
191:6, 226:17,
303:7
**beechwood**
34:7, 34:8,
34:18, 34:24
**been**
16:11, 16:25,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

124

19:23, 33:15,
44:1, 45:7,
46:22, 48:4,
52:8, 73:21,
80:22, 81:16,
86:18, 87:15,
90:7, 95:13,
97:11, 97:12,
102:23, 112:3,
112:18, 115:19,
115:22, 116:2,
117:12, 121:7,
121:25, 123:19,
126:19, 137:2,
137:10, 138:7,
141:24, 143:9,
145:5, 170:9,
174:10, 175:12,
197:18, 219:22,
235:21, 235:22,
236:2, 237:23,
247:4, 247:8,
252:2, 262:2,
278:6, 292:2,
292:5, 293:23,
298:5, 298:15,
299:16, 312:20,
385:10, 387:21,
389:6, 390:25,
399:20, 401:16,
404:19, 405:6,
408:12, 408:16,
409:5, 413:22,
414:7, 417:3,
417:13, 418:11,
423:9, 427:1,
434:25, 437:8,
438:19, 441:7,
444:5, 451:11,
451:20
**beforehand**
401:17
**began**
339:10, 403:9,
416:8, 425:25
**begin**
16:13
**beginning**
105:4, 159:6,

162:3, 162:4,
171:13, 172:3,
288:11, 328:8,
345:25, 422:11
**begins**
14:1, 248:23,
282:21
**behalf**
5:3, 5:10,
5:19, 6:3, 6:11,
6:18, 7:3, 7:11,
9:3, 9:10, 10:3,
10:10, 10:18,
11:3, 11:11,
11:18, 15:18,
412:15
**behaving**
124:15, 130:22,
340:10
**behavior**
125:5, 156:18,
157:1, 157:10,
157:22, 317:12,
367:8, 367:12,
377:25, 380:15,
380:17, 404:4,
404:6, 404:14,
404:15, 404:21,
405:3, 405:5,
405:9, 405:10
**behind**
45:18, 69:18,
73:21, 147:19,
149:24, 162:24,
163:17, 163:24,
163:25, 164:3,
164:8, 164:10,
164:15, 164:17,
165:2, 165:20,
165:21, 166:12,
166:15, 166:21,
167:11, 170:13,
173:11, 202:11,
205:25, 215:22,
216:7, 216:10,
216:19, 216:22,
217:2, 217:4,
217:8, 217:10,

217:13, 217:21,
218:1, 218:16,
219:4, 220:13,
221:23, 222:9,
222:13, 223:2,
223:15, 226:6,
226:12, 226:18,
228:16, 228:17,
229:4, 239:10,
241:25, 242:3,
244:24, 247:2,
258:3, 258:20,
272:18, 277:16,
277:19, 298:5,
325:4, 325:5,
325:6, 325:12,
325:15, 325:16,
344:19, 370:16,
371:5, 419:18
**being**
22:6, 28:25,
37:23, 59:10,
62:20, 63:2,
63:3, 63:23,
76:7, 82:1,
83:12, 83:22,
88:6, 90:23,
94:15, 95:11,
119:9, 122:8,
134:10, 144:21,
175:15, 178:13,
185:24, 191:13,
191:14, 196:18,
196:21, 197:3,
197:9, 197:15,
198:4, 198:12,
211:18, 237:18,
275:13, 284:8,
284:12, 284:23,
284:25, 285:13,
285:17, 285:19,
286:8, 286:24,
295:24, 295:25,
296:4, 316:8,
317:8, 327:8,
331:7, 346:12,
353:3, 375:16,
375:25, 376:2,

377:3, 378:12,
410:2, 448:6,
448:14, 451:18,
453:23, 454:19,
455:16, 456:11,
456:15, 456:21,
456:24, 457:2,
457:4, 457:8,
457:14
**belief**
42:14, 148:20,
296:4, 351:15,
352:2
**believe**
96:9, 97:15,
100:24, 116:19,
146:12, 156:17,
175:20, 177:25,
179:10, 192:22,
193:3, 260:14,
273:1, 284:3,
287:3, 301:7,
301:11, 302:21,
303:1, 303:6,
304:8, 317:11,
318:6, 319:2,
339:8, 342:11,
344:6, 344:10,
366:15, 367:7,
369:7, 381:25,
388:24, 394:4,
394:8, 395:15,
396:2, 400:24,
403:15, 405:12,
407:12, 413:13,
414:6, 416:23,
417:7, 419:3,
419:4, 420:19,
422:16, 424:15,
429:15, 430:15,
431:1, 432:15,
432:20, 438:5,
438:18, 440:23,
442:8, 442:19,
443:16, 443:17,
443:21, 444:5,
446:17, 446:22,
447:1, 447:3,

448:17, 449:18,
451:4, 453:5,
454:21, 455:24,
460:1, 462:8
**believed**
459:16, 461:25
**believes**
23:1, 179:10
**below**
402:15, 403:2
**ben**
444:11
**benches**
31:10
**benefit**
221:4
**bengals**
27:6
**bennett**
25:10, 40:14,
302:22, 306:4,
461:1, 461:13
**berate**
49:22, 387:24
**berated**
91:9
**besides**
42:16, 247:13,
333:6, 419:15,
422:6, 430:2
**best**
25:4, 35:4,
52:3, 56:16,
70:18, 168:5,
214:4, 296:10,
324:6, 324:14,
328:13, 352:4,
353:11, 390:4,
390:17, 394:4,
432:19, 442:21,
443:17, 448:20,
449:19, 449:23,
450:2, 454:21,
455:21, 456:13,
457:10, 457:16
**better**
41:16, 41:18,
44:6, 121:6,

126:19, 146:7,
233:21, 262:11,
273:24, 288:4,
288:16, 288:19,
334:11, 334:16,
400:6, 400:7,
425:13
**between**
41:10, 79:23,
92:10, 92:11,
99:4, 133:11,
137:24, 145:1,
154:17, 161:4,
177:18, 208:20,
208:22, 212:13,
213:7, 215:7,
218:6, 228:13,
229:1, 230:10,
240:21, 241:12,
243:22, 244:24,
273:25, 329:25,
336:6, 339:7,
339:11, 339:25,
340:2, 367:18,
370:16, 371:4,
389:25, 393:6,
408:23, 411:15,
415:15
**beyda**
8:4, 12:4
**bhi**
86:1, 93:24,
94:8, 99:4,
105:10, 105:21,
110:14, 112:24,
113:2, 115:20,
116:3, 118:20,
119:2, 120:1,
120:3, 126:15,
145:5, 145:9,
146:16, 148:2,
151:10, 155:24,
373:16, 375:4,
375:23
**bhis**
211:15, 211:17
**bicycle**
71:6

**big**
34:18, 40:2,
178:11, 179:2,
328:21
**bigger**
180:11, 275:8,
275:12, 295:25,
296:4
**biggest**
93:11, 422:17
**bill**
74:25, 75:21,
77:4, 77:14,
77:19
**billy**
56:17, 62:4,
62:9, 62:16,
65:1, 81:11
**bind**
18:19
**bingham**
5:22, 10:6
**bird**
6:21, 11:6
**birth**
17:23
**birthday**
435:9, 435:11,
435:13, 435:14,
435:17
**bishop**
36:17, 393:24,
394:1, 397:2,
398:12, 398:15,
402:19, 403:13,
404:11, 404:13,
404:20
**bishop's**
402:16, 403:3
**bit**
40:9, 51:2,
71:4, 71:13,
78:10, 78:11,
82:22, 106:16,
106:17, 137:6,
160:16, 166:17,
184:13, 205:25,
206:10, 206:13,

209:19, 221:15,
230:1, 230:22,
238:21, 245:2,
245:3, 246:8,
247:9, 258:2,
264:19, 274:21,
297:1, 313:4,
389:23, 404:25
**bits**
409:23, 410:11
**black**
47:10, 49:15,
54:21, 55:10,
55:17, 57:24,
60:4, 62:10,
62:17, 63:4,
63:13, 64:2,
65:13, 67:12,
71:25, 72:3,
75:24, 77:25,
81:20, 84:1,
86:21, 91:18,
91:23, 92:25,
116:11, 133:8,
139:24, 144:21,
144:23, 145:1,
146:12, 169:5,
176:8, 176:9,
205:19, 207:23,
217:1, 222:20,
223:10, 242:1,
244:14, 245:20,
246:18, 274:8,
323:22, 342:9,
342:18, 355:8,
373:17, 374:17,
374:21, 387:9,
387:23, 398:22,
399:4, 399:19,
411:15, 415:16,
462:10
**blacks**
76:6, 76:17
**blah**
81:18, 82:4
**blanking**
70:6
**block**
263:24, 266:24,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

126

267:5, 280:9
**blocked**
109:11, 230:6,
264:1, 280:7,
284:9, 284:12,
284:23, 285:5,
285:14, 285:19,
285:23, 286:8,
286:25
**blocking**
263:15, 269:14,
276:5, 276:25,
277:2, 277:20,
277:22, 278:7,
278:21, 280:8,
280:17, 284:16
**blow**
296:13
**blue**
56:12, 61:6,
70:15, 70:21,
106:21, 117:17,
216:25, 244:14,
245:13, 371:8
**boarded**
392:5
**bob**
250:19
**body**
295:17
**boldery**
290:21, 290:22
**boo**
105:14, 105:15,
105:16, 105:18
**booing**
105:21
**book**
24:19, 66:1,
66:5
**books**
24:16
**boom**
53:15
**both**
155:7, 203:19,
214:16, 234:1,
235:17, 236:3,

236:4, 238:4,
312:21, 331:25,
338:24, 339:5,
339:7, 340:4,
340:6, 399:3,
399:9, 412:14,
423:14, 434:12,
434:18, 438:19,
455:12, 456:2
**bothered**
51:1, 226:23
**bothering**
334:11, 353:7
**bottle**
57:16, 57:23,
58:3, 61:3,
61:6, 61:23,
62:11, 62:18,
62:22, 62:24,
64:1, 64:6,
106:22, 107:20,
109:25, 110:4,
110:7, 112:1,
112:2, 112:9,
112:22, 389:18
**bottom**
181:15, 403:25
**bought**
41:7, 41:21
**boulevard**
9:22
**bound**
183:11, 195:10,
306:1, 307:24,
427:18
**bowing**
140:13
**box**
53:15
**boys**
60:23, 68:13,
69:4, 119:25,
165:16
**brave**
182:3, 183:18
**braveheart**
34:3, 34:12
**break**
17:14, 98:21,

102:17, 102:18,
103:1, 190:15,
193:13, 195:4,
199:17, 286:5,
287:16, 290:13,
294:6, 294:7,
331:18, 354:16,
359:11, 407:18,
407:20, 407:23,
415:15
**breakfast**
408:23
**breaking**
102:20, 239:17
**breath**
340:22, 367:15
**bridge**
333:20
**briefly**
29:23
**bring**
41:23
**bringing**
399:6
**brings**
23:6
**broad**
6:15, 10:22
**broadcast**
359:22, 408:10
**broke**
37:16
**brother**
70:12, 387:5
**brother's**
70:13
**brotherhood**
378:15
**brothers**
18:3, 378:14
**brought**
200:22, 385:10
**brown**
6:14, 10:21,
69:22, 208:16,
357:6, 357:7,
358:6
**browse**
431:22

**bryant**
395:16
**budget**
39:2
**build**
71:23, 72:4,
72:18, 72:19,
327:1, 327:16,
327:23, 381:15
**building**
38:12, 45:18,
437:16
**built**
431:10, 437:17
**bump**
138:9
**bumped**
137:5
**bumping**
139:10, 218:25
**bunch**
49:22, 50:6,
50:7, 96:9,
97:24, 162:24,
167:20, 213:16,
226:18, 458:15
**burdensome**
441:17
**bus**
37:16, 37:17,
37:20, 38:5,
38:11, 39:21,
93:15, 177:22,
177:25, 186:9,
350:15, 390:1,
390:20, 391:2,
391:24, 392:5,
393:7, 455:14
**busses**
36:20, 36:23,
37:1, 38:10,
39:10, 48:12,
92:23, 180:14,
346:17, 346:21,
353:19, 354:7,
392:17, 450:21
**busy**
292:2

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

**buy**
41:15, 42:2

**C**

**c-r-i-m**
370:20
**cabin**
66:2
**cahill**
302:25, 306:10,
307:3, 307:4
**california**
365:15
**call**
16:20, 28:3,
30:3, 33:17,
58:18, 88:1,
96:21, 99:17,
99:19, 153:4,
187:14, 225:21,
248:9, 252:18,
341:5, 343:17,
365:9, 367:1,
367:5, 396:25,
425:2, 425:5,
431:16
**called**
27:19, 28:21,
32:14, 33:9,
34:2, 49:15,
50:5, 52:1,
58:17, 79:12,
81:24, 81:25,
112:15, 145:10,
224:20, 225:11,
316:7, 325:20,
341:10, 447:18,
450:4, 452:7
**calling**
37:17, 65:14,
79:5, 82:6,
82:8, 82:14,
145:7, 169:5,
176:8, 176:9,
235:9, 332:9,
338:22, 411:11,
413:14
**calls**
54:5

**calm**
151:10, 151:11,
151:16, 152:5,
189:17, 415:1
**calmer**
152:8
**came**
41:24, 42:3,
47:9, 135:16,
144:16, 149:22,
158:5, 159:16,
159:23, 160:1,
169:15, 169:16,
170:17, 170:20,
184:5, 236:25,
264:19, 265:9,
265:14, 271:14,
292:24, 299:1,
304:21, 306:23,
325:22, 330:13,
343:10, 346:20,
347:10, 353:19,
383:25, 390:5,
391:3, 410:19,
412:2, 413:13,
419:6, 424:11,
452:6
**camera**
86:15, 86:19,
99:15, 135:15,
163:22, 167:1,
201:25, 208:6,
213:8, 213:19,
215:8, 230:6,
240:22, 241:13,
243:22, 272:15,
272:19, 273:5,
274:4, 274:5,
274:7, 317:9,
321:25, 342:9,
351:9, 366:17,
368:19, 375:21,
385:18, 419:8
**cameraman**
200:8, 200:13,
200:16, 200:20,
201:6, 201:23
**cameras**
166:23, 269:24,

270:17, 270:23,
274:12, 419:2,
419:5
**cammeron**
69:19, 205:14,
205:15, 231:14,
231:24, 232:12,
237:4, 237:6,
238:2, 265:22,
265:23, 265:24,
386:4, 388:17
**campaign**
20:20, 50:1,
294:5, 360:3,
361:1, 361:16,
362:6
**campuses**
178:22, 178:25,
179:12
**can't**
20:23, 33:6,
37:14, 40:14,
50:3, 53:20,
55:18, 56:25,
57:3, 57:5,
57:17, 61:12,
65:3, 65:17,
65:20, 67:9,
71:10, 73:7,
83:24, 84:20,
87:10, 87:12,
102:25, 106:24,
107:24, 107:25,
122:10, 122:12,
122:19, 123:8,
136:8, 146:18,
150:25, 186:7,
186:11, 194:12,
194:14, 201:5,
203:3, 207:12,
207:15, 207:16,
220:8, 227:15,
243:1, 243:2,
243:18, 253:8,
253:19, 255:21,
267:1, 273:4,
275:1, 275:6,
288:3, 297:2,

299:12, 300:19,
307:1, 310:8,
310:13, 311:5,
312:15, 319:24,
320:14, 321:5,
324:12, 324:14,
327:2, 331:14,
331:23, 342:7,
342:16, 353:17,
365:15, 365:24,
368:17, 368:23,
368:25, 370:3,
370:18, 370:22,
371:9, 382:5,
383:11, 385:17,
387:20, 394:15,
397:20, 398:4,
400:18, 413:4,
414:2, 418:1,
426:5, 431:11,
441:13, 442:15,
445:2, 449:1
**cancellation**
382:21
**cannot**
56:4, 84:15,
187:9, 187:15,
286:9, 324:6,
381:7, 385:14,
406:10, 442:12,
451:7, 456:6,
456:22, 463:7
**cap**
272:9, 272:11,
272:12, 347:18,
356:6, 368:3,
368:9, 368:14,
398:23
**capitalize**
146:25
**capitol**
45:18, 46:21,
88:17, 219:24
**capture**
273:25, 274:7,
317:10, 450:1
**captured**
106:5, 272:15,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

128

333:25, 368:18,
368:21, 444:21
**care**
463:4
**career**
21:18
**carefully**
367:21
**caring**
292:23
**carrying**
355:11
**carter**
44:20, 45:3,
422:18, 423:16
**carts**
21:3
**case**
1:10, 1:20,
1:33, 2:6, 2:16,
2:31, 14:4,
14:7, 14:9,
14:11, 14:14,
14:16, 14:17,
78:3, 103:18,
249:1, 249:4,
249:6, 249:8,
249:11, 249:13,
259:16, 344:17,
367:16, 420:23,
422:1, 422:9,
433:17, 434:9,
434:20, 435:1,
436:11, 438:4,
439:9, 444:4,
449:10, 450:7,
451:18, 452:1,
452:12, 453:1,
456:21, 457:9,
457:14, 466:13
**cases**
249:14
**cast**
34:12
**cataloging**
20:8
**catch**
37:21, 72:20

**catcher**
342:19
**catching**
331:8
**cath**
26:15, 32:11,
34:9, 37:11,
39:9, 84:2,
84:12, 84:13,
84:18, 90:14,
90:19, 117:18,
123:21, 253:25,
290:24, 323:11,
328:13, 328:17,
329:4, 332:3,
344:18, 358:6,
382:7, 384:8,
384:14, 399:25,
418:17, 432:3,
450:17
**catholic**
18:14, 19:2,
22:21, 25:15,
36:14, 119:19,
174:11, 270:7,
270:8, 328:22,
329:5, 372:19,
384:17, 406:12
**catholics**
67:19
**caught**
331:21, 331:24,
331:25
**cause**
309:2
**causes**
366:2
**causing**
148:5
**caveman**
129:5
**cavemen**
130:22
**cbs**
1:36, 5:19,
5:20, 6:3, 6:4,
10:3, 10:4,
10:10, 10:11,

14:8, 15:12,
15:23, 104:6,
249:5, 250:18,
345:6, 465:7
**cch**
291:4
**celebrate**
26:19
**celebrating**
352:4, 352:6,
352:9, 352:10,
352:14
**center**
7:16, 9:22,
11:23, 286:13,
362:12
**centimeters**
169:18
**certain**
28:19, 86:24,
87:8, 87:10,
146:18, 157:4,
327:7, 327:10,
389:7, 401:17,
443:23, 445:7
**certainly**
59:11, 86:17,
91:5, 126:11,
154:24, 167:10,
187:22, 190:22,
217:25, 277:16,
283:21
**certificate**
466:1
**certify**
466:5
**cetera**
258:21
**chain**
417:17
**chamber**
7:16, 11:23
**chance**
90:6, 94:15,
219:9, 221:5,
224:12, 234:5,
323:10, 382:6,
389:5, 448:20

**change**
145:23, 303:5
**changed**
179:24, 292:12
**changes**
359:2
**chant**
95:6, 96:22,
127:14, 132:10,
153:4, 153:11,
171:24, 381:15
**chanted**
270:8
**chanting**
101:20, 115:17,
150:20, 416:12
**chants**
27:25, 88:10,
89:11, 94:3,
94:20, 94:25,
142:4, 176:18,
316:5, 321:8
**chaperone**
88:21, 450:14,
450:16
**chaperones**
48:18, 88:3,
89:8, 90:1,
121:4, 391:7
**chapters**
178:21
**characterization**
287:4
**charge**
425:22
**charlie**
59:7, 59:8,
61:4, 61:5,
62:20, 63:15,
64:1, 70:17,
108:16, 108:18,
109:16, 110:11,
110:16, 111:20,
112:3, 112:16,
178:18, 179:16,
179:22, 180:7,
180:10, 319:2,
319:5, 319:14,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

129

319:16, 360:21,
360:23, 360:24,
386:5, 386:6,
423:23, 444:11,
444:15
**charlie's**
386:22
**chase**
242:7, 242:8
**chat**
442:19
**chats**
447:4
**chatting**
389:24, 390:18
**cheap**
432:10
**check**
253:3, 431:23,
457:19, 460:5,
460:7, 462:1
**checked**
46:15, 290:2
**checkered**
335:23, 335:24,
337:24
**checking**
262:9
**cheer**
27:19, 27:20,
28:5, 28:21,
28:25, 29:3,
31:2, 32:24,
33:8, 95:6,
97:17, 105:12,
110:9, 111:16,
118:6, 118:19,
119:6, 121:12,
123:7, 134:2,
134:8, 151:23,
152:9, 154:5,
154:17, 154:19,
321:10, 329:1
**cheering**
26:7, 26:16,
31:19, 316:7
**cheers**
27:15, 29:18,

29:20, 88:1,
90:22, 95:14,
95:21, 96:3,
96:4, 96:8,
119:15, 119:20,
121:5, 260:3
**chemistry**
90:16
**chicago**
6:9, 10:16
**chief**
155:3
**child**
188:24
**childish**
188:22, 188:25
**choice**
287:8, 295:17
**choose**
120:8, 277:7
**chop**
153:12, 209:22,
210:8, 210:11,
210:21, 210:25,
212:7, 212:17
**chose**
91:12, 110:3,
385:18
**chris**
307:4
**christians**
400:7
**christmas**
435:10, 435:11,
435:13, 435:16
**chunk**
184:17
**church**
32:9, 38:3,
40:22, 393:25
**church's**
404:18
**cincinnati**
27:5, 270:6
**circle**
47:20, 351:25
**circulating**
29:18

**cite**
413:4
**citizens**
23:4, 77:16
**civil**
423:3, 423:13,
423:15
**claim**
75:23, 129:22,
149:5, 264:1,
271:12, 411:9,
414:24
**claimed**
81:17, 211:20,
417:14
**claiming**
236:18, 318:2
**claims**
142:13, 148:18,
401:15, 410:23,
411:14, 411:17,
415:14, 415:17,
417:4
**clark**
306:8, 308:4,
308:11, 308:15,
370:23, 428:1,
428:22
**class**
23:23, 25:21,
28:16, 141:22,
388:24
**classes**
23:7, 23:22,
23:25, 24:25,
141:23
**classmates**
49:23
**clean**
405:25
**cleaned**
21:3
**clear**
17:6, 63:12,
69:12, 89:2,
95:10, 188:3,
191:11, 194:16,
223:21, 224:11,

224:14, 237:21,
238:13, 238:15,
261:16, 262:9,
273:24, 276:7,
299:4, 318:12,
324:22, 357:13,
357:20, 365:16,
388:3, 405:7,
430:5, 445:15
**cleared**
262:4
**clearer**
202:21, 352:17
**clearly**
63:14, 218:8,
319:9, 339:14,
398:21, 443:24
**clench**
29:11
**clenched**
102:2, 118:21,
118:24, 120:2,
120:12
**clenching**
102:6
**cliff**
361:21
**climate**
423:4, 424:7
**clinton**
45:6, 74:25,
75:22, 76:18,
77:5, 77:14,
77:19
**clip**
55:2, 56:15,
98:7, 280:19,
308:7, 308:12,
335:12, 407:16,
409:11
**clips**
89:4, 200:4
**close**
57:5, 117:15,
137:11, 137:18,
137:20, 138:18,
174:13, 174:15,
184:7, 193:1,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

130

254:12, 297:14,
340:20, 348:17,
349:1, 349:2,
354:15, 450:23
**closely**
262:5, 397:1
**closer**
46:16, 52:14,
92:7, 126:15,
126:17, 147:13,
147:14, 147:18,
165:22, 174:14,
258:20, 453:25
**closest**
69:11, 92:22,
442:7, 442:9
**clothes**
123:22
**coach**
391:9
**coat**
56:12
**code**
257:23
**coin**
235:24
**collage**
29:19
**collecting**
437:7
**collectively**
170:2, 170:5,
172:13, 173:7,
174:2, 181:2
**college**
20:16, 153:1,
153:5, 178:22,
178:25, 451:21
**colonel**
26:2, 34:1,
384:16
**color**
102:22, 384:14
**columbus**
6:16, 10:23
**com**
433:5
**combat**
178:25

**combination**
185:4
**combined**
433:5
**come**
28:1, 31:23,
37:18, 49:14,
80:24, 87:25,
89:12, 89:14,
93:15, 96:11,
97:21, 121:17,
138:18, 162:1,
175:18, 179:11,
190:23, 197:17,
248:10, 263:25,
273:22, 298:14,
299:6, 299:8,
299:9, 334:15,
342:21, 346:12,
359:25, 360:18,
369:22, 381:1,
385:21, 390:17,
392:1, 423:5
**comes**
26:5, 26:10,
109:19, 144:2,
306:3
**comfort**
313:20
**comfortable**
112:19, 115:20,
115:22, 293:23
**coming**
32:5, 38:4,
94:1, 125:24,
126:8, 133:7,
136:20, 136:25,
144:25, 145:10,
145:13, 147:18,
224:8, 309:24,
310:9, 327:14,
332:14, 353:24,
362:8, 413:17,
450:19
**command**
393:21
**comment**
198:18, 315:1,

382:12, 382:16,
406:16, 407:4
**commentators**
198:7, 360:13
**commenting**
381:5
**comments**
93:24, 406:23
**commission**
466:18
**commit**
456:24
**committing**
456:9
**common**
31:10, 95:18,
95:22, 329:7,
339:7, 339:25
**commonly**
95:8, 360:10
**communicate**
62:5, 62:10,
62:17, 112:24,
143:10, 295:4,
298:21, 298:22,
336:24, 396:6,
425:18, 432:13,
433:25, 438:9,
441:25, 442:7,
444:8, 446:9,
447:2, 447:11,
447:20, 448:21,
449:6
**communicated**
175:15, 361:17,
414:13, 425:6,
425:14, 438:10,
455:22, 456:20,
457:8, 457:13
**communicating**
330:20, 330:23,
331:1, 359:8,
454:17
**communication**
187:6, 187:12,
195:13, 329:25,
331:3, 336:6,
344:11, 348:3

**communications**
178:2, 425:11,
442:9
**community**
91:11, 142:23
**companion**
200:7, 203:8,
203:14, 203:19,
223:17, 223:24,
224:20, 224:21,
224:23, 225:8,
225:11, 225:21,
232:18, 337:24,
338:3
**companions**
201:3, 344:21,
345:1
**company**
1:23, 5:12,
7:12, 9:12,
11:19, 14:6,
14:13, 15:14,
15:18, 15:20,
16:17, 179:10,
249:3, 249:10,
250:7, 252:7
**compared**
52:4, 52:5,
151:22, 271:1
**compartmentalize**
160:1
**compelling**
194:15
**complaint**
54:5, 103:11,
104:6, 104:22,
344:16, 345:5
**complete**
38:24, 298:4,
404:22
**completely**
26:19, 33:6,
201:12, 210:10,
259:15, 274:20,
274:25, 385:15
**compound**
268:24
**compounded**
267:2

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

131

computer
431:9, 431:10,
437:15, 437:17
computers
437:16
con
391:5
concern
93:11
concerned
114:22, 137:10,
138:7, 139:9,
147:9, 148:3,
148:17, 148:21,
149:2, 149:5,
149:16, 149:19,
150:4, 150:10,
382:17
concerning
425:20
concerns
383:7
conclude
465:8
concludes
187:16, 199:18,
307:6, 309:14,
463:17, 464:5
conclusion
158:5, 340:9
condemnation
382:22
condition
281:14
conditions
237:20
conduct
120:14, 387:15,
419:12, 434:13
conducted
3:2, 4:2,
408:18
conducting
338:5
conference
15:1, 249:23
confident
41:19, 177:1

confidential
1:4, 13:10,
182:8, 182:20,
182:21, 183:8,
183:11, 187:16,
187:21, 190:21,
191:13, 191:14,
192:2, 192:5,
192:6, 195:6,
195:10, 199:18,
281:15, 281:16,
282:18, 306:1,
307:6, 307:11,
307:17, 307:21,
307:24, 309:14,
427:13, 427:18,
463:17
confirm
146:10, 181:15,
364:14, 379:7
confounds
259:15
confrontation
114:23, 276:8,
450:20
confronted
154:19, 417:18
confused
79:19, 141:7,
165:7, 171:9,
316:13, 353:6
confusing
75:19, 261:12
congregating
47:16
congress
198:18
congressman
88:10, 88:14
connect
444:10
connected
25:22, 130:14,
360:25, 362:4,
424:18, 429:9
connection
125:21, 422:12,
438:4, 439:8,

440:19
connections
424:3
consequences
396:21, 396:24
conservative
22:23, 23:1,
42:17, 43:15,
44:12, 178:7,
178:23, 179:1
consider
22:22, 25:4,
41:22, 103:13,
103:17, 154:11,
210:8, 210:18,
210:23, 286:21,
429:2
considered
154:11, 194:22
consistent
43:18, 44:11,
282:19, 411:12
consists
290:14
conspiracy
273:25, 344:4
conspired
344:4, 344:7
constantly
411:4
contact
32:4, 135:17,
137:1, 169:16,
262:23, 263:3,
263:13, 264:6,
265:8, 265:13,
266:8, 266:21,
267:11, 267:15,
269:9
contacted
360:1, 360:7,
360:17
contain
414:11, 442:18
contained
370:2, 435:19,
435:20, 444:25
contains
1:4

contend
266:6, 266:15,
266:20, 267:3,
267:8, 269:7,
284:11, 341:21,
343:7, 369:8
contending
171:11
content
270:25, 410:22,
448:14
contention
170:13, 170:16,
211:16, 236:7,
268:12, 273:16
context
68:19, 96:20,
112:19, 112:25,
116:22, 119:21,
120:13, 154:17,
187:12, 280:17,
316:3, 380:10,
382:25, 402:11
continuation
248:21
continue
18:15, 45:2,
73:8, 238:23,
252:10, 278:5,
377:19, 380:4,
426:2
continued
261:14, 276:17
continues
73:4
continuing
57:10, 101:18,
108:22, 125:13,
126:3, 213:12,
221:17, 222:1,
245:6, 248:24,
277:23, 316:16,
319:17, 345:17,
385:3
continuous
181:12
contradicts
411:4, 411:19

**contributing**
156:8
**control**
197:16
**controversial**
211:7
**controversy**
81:1
**convenient**
59:16
**convention**
359:23, 362:12
**conversate**
446:15
**conversation**
177:17, 293:5, 331:11, 333:1, 333:7, 333:10, 334:8, 334:14, 391:15, 425:19, 440:11, 456:11
**conversations**
391:6, 425:20, 441:11, 443:11, 443:21, 451:5
**convinced**
173:19, 429:19
**cool**
36:3
**coordinated**
36:15
**coordination**
36:13
**copied**
179:23
**copies**
363:21, 463:22
**copy**
61:16, 450:3, 464:6, 464:9, 464:11, 464:19, 464:25, 465:3, 465:5, 465:7, 465:14
**corner**
52:7
**corporation**
6:12, 10:19
**correct**
26:4, 45:14, 55:21, 61:7, 67:14, 69:1, 69:2, 78:2, 79:7, 79:9, 91:3, 92:21, 98:24, 100:22, 110:1, 133:15, 158:18, 161:6, 162:14, 163:18, 167:25, 168:20, 177:21, 193:24, 195:17, 195:19, 196:25, 199:1, 205:22, 206:4, 206:5, 217:16, 217:17, 228:11, 228:14, 230:11, 231:2, 231:15, 237:17, 238:17, 238:19, 240:23, 243:23, 244:9, 245:1, 258:6, 258:8, 258:22, 259:24, 263:4, 264:21, 282:15, 283:7, 287:21, 287:22, 290:6, 290:11, 292:8, 295:2, 296:2, 297:23, 312:5, 315:5, 316:23, 325:18, 337:18, 341:4, 347:4, 347:11, 355:12, 358:15, 359:24, 365:8, 368:11, 369:10, 369:17, 381:17, 389:5, 392:19, 395:10, 396:18, 397:18, 405:24, 412:5, 412:12, 417:2, 422:10, 427:23, 430:18, 433:4, 433:23, 435:7, 437:24, 450:10, 461:2, 462:9, 463:13, 466:6
**correcting**
375:19
**correction**
355:25, 402:21
**correctly**
39:2, 66:24, 267:3, 360:20, 460:19
**corresponding**
280:13
**corroborated**
413:24
**cost**
221:4
**costello**
8:8
**couldn't**
46:5, 52:7, 87:3, 105:23, 114:5, 114:17, 147:8, 152:7, 199:3, 211:18, 213:21, 269:13, 276:13, 278:5, 279:22, 284:12, 285:19, 286:14, 313:17, 313:23, 316:6, 436:15
**counsel**
15:2, 16:15, 159:4, 167:17, 167:20, 187:2, 201:22, 248:14, 249:24, 252:5, 268:6, 308:2, 341:7, 419:23, 419:24, 421:21, 426:6, 437:4, 445:5, 456:18, 464:6, 464:21, 466:11
**counsel's**
20:1, 20:6, 159:17, 412:7
**count**
48:19, 216:25, 407:1
**counted**
346:24
**counter**
90:22, 94:12
**country**
43:5, 44:2, 87:20, 178:22, 185:15, 396:13, 410:24, 417:15, 429:20
**country's**
43:24
**county**
466:25
**couple**
29:22, 37:22, 38:20, 39:15, 82:20, 88:3, 90:21, 106:2, 106:7, 117:7, 148:1, 169:18, 179:16, 179:17, 190:14, 190:23, 214:1, 220:17, 221:21, 223:19, 229:10, 232:15, 232:22, 232:25, 253:7, 259:4, 260:24, 264:8, 291:18, 302:3, 322:7, 352:18, 354:8, 356:3, 356:8, 361:18, 362:10, 387:8, 389:14, 395:14, 395:19, 409:19, 440:7, 442:6
**course**
20:2, 21:2, 121:1, 138:8, 167:19, 177:9, 268:23, 305:10, 317:5, 327:9, 330:12
**court**
1:1, 14:18, 16:5, 17:10,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

29:5, 172:18,
183:7, 249:15,
250:24, 453:10,
457:20, 458:7
**courtroom**
22:6
**cousin**
195:21
**cov**
26:15, 32:10,
32:11, 34:9,
37:11, 39:9,
84:2, 84:12,
84:13, 84:18,
90:13, 90:19,
117:17, 123:21,
253:25, 290:24,
323:11, 328:13,
328:17, 329:4,
332:3, 344:18,
358:6, 382:7,
384:8, 384:14,
399:24, 418:17,
432:3, 450:17
**cover**
368:12
**coverage**
410:3, 418:12,
424:24
**covered**
23:9, 23:19,
219:23, 220:14,
310:11, 446:6,
446:7, 446:24,
446:25, 449:13
**covering**
163:22
**covers**
197:17, 422:3
**covington**
1:3, 9:24,
14:19, 18:14,
19:2, 19:6,
25:15, 26:1,
26:13, 27:16,
29:20, 31:2,
31:18, 36:20,
49:8, 51:8,

54:14, 56:21,
60:25, 69:1,
71:9, 119:19,
119:22, 123:16,
125:5, 140:5,
185:20, 186:3,
186:15, 205:5,
249:16, 260:16,
328:22, 372:21,
384:16, 388:22,
406:12
**cracker**
60:5
**crackers**
60:5, 79:12,
81:24
**craft**
317:16
**crafting**
318:3
**craig**
9:20, 250:19
**crazies**
26:3
**create**
237:13, 238:5
**created**
33:1
**credibility**
417:25, 421:5
**creepy**
192:18, 192:23
**crew**
317:10
**crimson**
370:21
**crisis**
44:25
**criticism**
77:18
**criticizing**
77:10, 77:13
**crossed**
223:11, 445:8
**crosses**
222:20
**crossing**
267:25

**crowd**
28:12, 45:24,
83:9, 83:13,
86:13, 86:16,
87:10, 148:24,
169:6, 169:13,
169:20, 169:24,
170:4, 172:13,
184:17, 220:16,
227:19, 252:13,
284:9, 284:16,
284:23, 285:20,
285:23, 286:8,
286:25, 309:24,
326:10, 327:13,
327:14, 331:7,
344:18, 375:5,
385:11, 385:19,
388:5, 455:1
**crowded**
137:25
**crowds**
148:22, 149:20
**cry**
33:9, 33:19,
33:20, 33:23,
34:1, 96:21,
134:1
**culture**
23:22, 23:24,
24:18, 52:1,
80:4, 141:20,
142:9, 142:20,
194:22, 211:10,
424:8, 428:16,
428:24, 429:1,
429:9
**cultures**
381:11, 401:8,
406:14
**cup**
322:7
**cupping**
240:7, 322:20
**cups**
323:3
**curious**
22:12, 97:5,

304:17
**current**
129:22, 219:8,
420:25, 436:11,
438:17
**currently**
18:8, 23:8,
298:16, 437:14,
462:15
**curriculum**
23:17, 23:18
**cursor**
78:15, 160:21,
160:23, 165:12,
202:1, 204:12,
227:13, 227:14,
228:6, 302:17,
341:25, 357:19
**cut**
256:20, 277:3,
277:23, 284:21,
313:4
**cuts**
162:11, 162:21,
325:2
**cv--wob-cjs**
1:11, 1:21,
1:34, 14:5,
14:7, 14:10,
249:2, 249:4,
249:7
**cynical**
288:21, 429:18

**D**

**dad**
21:11, 144:3,
144:15, 151:10,
151:12, 395:8,
395:12, 402:3,
402:24, 403:1,
403:12, 404:11,
404:12, 404:13,
405:2
**damages**
421:5
**dame**
34:10, 36:9,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

134

| | | | |
|---|---|---|---|
| 36:10, 54:18, 153:14, 181:23, 233:24, 242:2 | 95:13, 106:6, 168:18, 186:19, 186:21, 186:25, 197:5, 248:9, 248:23, 259:20, 306:21, 353:20, 382:8, 384:9, 408:16, 408:21, 408:24, 409:1, 409:2, 429:4, 429:10, 429:17, 430:11, 430:15, 430:16, 430:17, 430:19, 430:20, 430:21, 438:21, 452:5, 455:12, 466:17 | **dealing** 76:15, 94:5, 182:20, 381:4, 424:6 | 250:21, 252:5, 465:7 |
| **damn** 72:19 | | **dealt** 121:10 | **defending** 455:6 |
| **dan** 402:14, 403:2 | | **debate** 367:17, 380:21, 416:3 | **defense** 35:6, 384:8, 384:13 |
| **dance** 32:14, 32:19 | | **debating** 377:10, 416:5 | **define** 426:5 |
| **danced** 141:10 | | **decide** 121:1, 440:14 | **defining** 296:14 |
| **dancing** 47:20, 379:22 | | **decided** 35:24, 40:1, 40:3, 41:12, 100:6, 185:1, 198:19, 415:25 | **definite** 243:18 |
| **danger** 380:25 | **day-long** 399:25 | | **definitely** 22:20, 23:19, 33:14, 100:10, 203:10, 218:4, 331:16, 365:25, 453:3, 455:11 |
| **dangerous** 102:12, 235:24, 235:25 | **daylight** 14:22, 249:19 | **deciding** 41:10, 176:10, 189:1 | |
| **daniel** 8:7, 12:7 | **dayron** 386:16 | **decision** 93:22, 193:22, 203:5, 221:9, 233:22, 380:10 | **definition** 280:17, 296:10 |
| **dark** 429:18 | **days** 29:16, 90:21, 406:25, 409:19 | | **defrank** 5:6, 9:6 |
| **darren** 7:14, 11:21, 15:13, 250:5, 464:22 | **daytime** 409:8 | **declared** 18:15 | **degrees** 109:12 |
| **darts** 419:9 | **dba** 14:6, 249:3 | **decline** 44:19, 45:2 | **delete** 440:7, 441:10, 447:25, 448:8 |
| **data** 77:8, 435:20, 435:23, 436:5, 436:23, 437:3, 437:7 | **dc** 5:17, 9:17, 36:2, 36:17, 38:1, 38:7, 40:4, 46:23, 48:1, 52:3, 119:16, 125:20, 175:19, 203:25, 270:21, 361:3, 361:9, 362:5, 365:17, 391:11, 392:9, 392:12, 406:7, 430:6 | **deep** 216:22 | **deleted** 289:14, 289:16, 290:8, 432:4, 432:23, 439:20, 439:24, 440:5, 440:12, 442:11, 443:13, 443:18, 443:19, 445:17, 447:24, 448:7 |
| **date** 14:20, 17:23, 249:17, 292:14 | | **deeply** 175:20 | |
| | | **defend** 384:22 | |
| **dating** 447:22 | | **defendant** 1:14, 1:25, 6:11, 10:18, 250:19 | |
| **dave** 168:2 | | | **deletes** 446:21 |
| **david** 361:24 | **dead** 306:20, 436:2 | **defendants** 1:37, 2:10, 2:23, 2:35, 5:10, 5:19, 6:3, 6:18, 7:3, 7:11, 9:10, 10:3, 10:10, 11:3, 11:11, 11:18, 16:15, 250:18, | **deleting** 289:13 |
| **davis** 5:15, 9:15, 250:3 | **deal** 424:8, 425:24, 429:22 | | **deliberately** 278:5 |
| **day** 34:19, 40:23, 46:1, 50:19, | | | **delivered** 359:21 |
| | | | **demeaningly** 417:5 |
| | | | **democrats** 75:4, 77:12, |

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

135

77:13
**demographics**
178:9
**demonstrates**
273:24
**demonstration**
346:11
**dentons**
5:22, 6:6,
10:6, 10:13
**depends**
154:22, 207:20
**depict**
147:21, 147:24
**depos**
8:8, 12:8,
14:24, 16:7,
249:21, 251:1
**deposition**
3:1, 4:1, 14:2,
14:24, 16:22,
22:8, 132:11,
182:10, 182:20,
182:25, 191:12,
191:14, 248:22,
248:24, 249:22,
281:16, 282:17,
422:12, 452:3,
464:5, 466:4
**depression**
281:19
**derogatory**
68:22, 82:12,
378:15, 387:17,
387:22
**describe**
37:9, 52:3,
60:15, 201:3,
265:12, 363:12,
368:20
**described**
96:25, 134:7,
223:18, 333:3,
335:18, 387:12
**describes**
367:8, 416:24
**describing**
80:12, 161:15,

178:4, 332:25,
334:20, 335:9,
335:11
**description**
287:6
**designated**
28:9, 183:10,
195:9, 305:25,
307:23, 427:17
**designation**
66:14
**desktop**
431:16
**determined**
269:24
**detroit**
190:1, 190:7,
365:12, 365:17
**developed**
100:10
**device**
431:20, 432:1,
432:13, 437:12
**devices**
431:5, 431:14,
438:15
**dianna**
1:42, 4:9,
16:6, 250:25,
465:1, 466:3
**dick**
301:8, 301:20,
306:10, 308:9,
339:21
**die**
46:12, 426:4,
426:5
**died**
46:14, 391:21
**dies**
392:1
**difference**
151:25, 154:16,
166:16, 212:13,
237:18, 367:18
**different**
28:15, 29:19,
36:23, 67:13,

79:12, 106:7,
110:23, 116:22,
116:25, 146:14,
147:5, 206:18,
208:6, 212:20,
214:6, 236:8,
340:10, 356:7,
362:13, 363:21,
366:2, 378:5,
385:15, 398:24,
401:8, 411:16,
415:16, 415:19,
451:15, 453:24,
454:3, 460:2
**differently**
119:20, 460:3
**difficult**
86:14
**diffuse**
415:24
**digital**
274:11
**dignity**
404:18
**dinner**
392:15
**diocese**
36:16, 37:24,
393:13, 393:20,
396:4, 396:7,
396:11, 396:20,
404:16, 425:24
**direct**
177:17, 191:17,
195:14, 439:11,
442:3, 443:4,
443:7, 443:14,
443:18, 443:20,
444:2, 444:8,
444:9, 444:13
**directed**
50:9, 65:16,
65:18, 135:19,
298:7, 305:4
**directing**
27:24, 136:16
**direction**
101:23, 102:6,

102:8, 118:20,
161:21, 164:13,
164:22, 193:7,
214:6, 279:12,
280:11, 284:19,
325:16, 424:9,
466:9
**directly**
154:19, 169:16,
195:16, 217:10,
220:13, 226:12,
414:4, 414:13,
425:7
**dirt**
219:25
**disagree**
58:22, 75:6,
75:9, 75:13,
77:7, 101:21,
113:14, 113:18,
158:6, 189:4,
189:8, 194:18,
195:1, 197:13,
255:4, 255:8,
255:10, 399:16,
421:4
**disagreed**
399:18
**disagrees**
131:3
**disbelieve**
417:9, 417:11
**discarded**
432:12
**discharged**
410:21, 412:21,
412:25, 413:2,
413:10, 413:20
**disclosures**
450:5
**discovered**
413:21
**discovery**
379:20, 434:9,
438:4, 439:9,
440:20, 444:6,
444:20, 449:9
**discuss**
398:16, 398:20,

399:11, 400:2,
452:8
**discussed**
132:10, 417:24,
442:12, 452:2,
455:12
**discusses**
281:14
**discussing**
125:11, 238:22,
353:10, 356:1
**discussion**
361:2, 454:10,
454:19, 465:10
**disgusting**
387:11
**dishonest**
59:10, 138:21,
158:2, 158:4
**dishonestly**
452:17, 452:19
**dishonorably**
410:21, 412:21,
412:25, 413:2,
413:10, 413:20
**dislike**
194:14
**disney**
5:11, 9:11,
16:17, 252:7
**disparaging**
340:14, 340:17,
340:19
**dispensed**
86:16
**display**
387:8, 439:14
**dispute**
157:5
**disrespect**
404:8
**disrespectful**
154:4, 154:11,
154:12, 155:16,
210:9, 210:12,
210:19, 210:24,
211:3, 211:12,
254:22, 255:5,

255:24, 256:6,
256:9, 257:15,
271:12, 297:8,
305:9, 321:2,
420:9
**distance**
92:11, 114:3,
203:18, 204:3
**district**
1:1, 1:2,
14:18, 88:11,
249:15
**dived**
412:17
**division**
1:3, 14:19,
249:16
**dm**
177:3, 440:10,
440:19
**dmed**
439:15, 440:11
**dms**
444:15, 444:23,
445:3, 445:6
**doc**
393:11, 397:20,
398:1, 398:9
**doctor**
284:24, 285:5,
285:6, 286:7,
286:24
**doctors**
286:10
**document**
182:8, 190:25,
191:4, 307:16
**documents**
454:15
**doing**
20:9, 22:2,
47:17, 50:25,
63:7, 63:9,
64:3, 94:7,
94:19, 96:7,
96:10, 97:20,
97:24, 110:17,
112:14, 116:7,

118:9, 119:2,
124:7, 132:3,
133:24, 136:6,
138:8, 141:12,
141:19, 147:17,
151:23, 152:9,
153:21, 154:17,
154:19, 155:5,
155:8, 156:4,
179:6, 185:3,
185:15, 189:14,
206:2, 209:22,
209:24, 210:1,
210:8, 210:20,
212:7, 226:24,
261:7, 261:21,
316:9, 316:12,
318:5, 318:7,
322:23, 329:13,
340:7, 352:3,
360:5, 365:22,
374:12, 411:20,
415:20, 416:3,
416:5, 428:10,
428:18, 452:3
**donahue**
242:7, 242:8
**donald**
49:25, 123:14,
123:15, 124:18
**done**
24:4, 27:22,
32:21, 33:12,
33:15, 40:5,
80:14, 88:13,
88:16, 95:7,
124:13, 142:16,
142:24, 153:11,
177:11, 185:15,
218:20, 218:21,
275:16, 275:17,
290:9, 394:5,
399:1, 405:17,
409:22, 410:3,
441:1, 447:9,
460:3, 463:19
**double**
253:3

**down**
17:11, 28:13,
31:13, 31:14,
34:9, 37:16,
47:9, 69:15,
89:17, 105:13,
105:17, 120:1,
120:12, 132:19,
140:13, 140:14,
151:11, 151:17,
152:5, 168:10,
174:11, 176:20,
191:21, 205:20,
206:3, 207:1,
207:5, 218:24,
219:11, 219:15,
219:19, 219:20,
229:14, 229:21,
229:22, 246:5,
247:14, 260:2,
286:6, 287:7,
331:18, 343:3,
351:11, 377:10,
390:17, 398:3,
403:22, 404:24,
406:9, 414:25,
426:4, 426:5
**dozens**
99:8, 99:21
**draft**
363:21, 363:23,
395:4
**drafted**
395:25, 430:16,
430:20, 430:22
**drafting**
405:16
**drafts**
363:8, 395:1,
395:6
**drag**
379:18
**draw**
160:2
**draws**
22:4
**dream**
342:19

Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

137

dressed
83:25
drive
5:7, 6:7, 7:16,
9:7, 10:14,
11:23
driver
37:17
driving
20:14, 37:13,
42:15
dropped
34:8
drown
88:5, 89:1,
91:2, 91:4
drowning
93:24, 94:12
drum
141:16, 141:19,
142:1, 142:8,
150:22, 169:16,
169:17, 171:23,
180:17, 182:5,
183:19, 184:5,
184:7, 200:8,
201:4, 201:12,
201:16, 203:8,
213:19, 271:5,
278:15, 297:14,
314:16, 314:19,
315:4, 315:7,
315:8, 316:11,
335:19, 351:25,
401:15, 416:8,
416:12
drummer
202:12
drumming
183:25, 184:1
drums
142:13, 416:11
dude
308:10, 308:16
due
382:17
duly
16:11, 252:3

duress
260:20
during
20:19, 28:25,
34:6, 43:3,
44:20, 55:1,
76:18, 134:8,
298:8, 298:23,
299:10, 327:19,
410:25, 412:7,
417:15, 440:25,
444:6, 444:19,
451:6
dying
308:10, 308:16,
308:19, 438:21
dynamic
145:1

E

e-mail
259:20, 260:14,
260:20, 295:22,
393:12, 394:3,
394:13, 394:24,
395:8, 395:11,
395:12, 395:13,
397:7, 402:2,
402:3, 402:11,
402:13, 402:24,
403:7, 426:25,
431:24, 432:16,
432:17, 433:7,
433:18, 433:19,
434:10, 438:6,
438:11, 438:12
e-mailed
434:2, 434:4
e-mails
299:4, 394:20,
432:4
each
14:17, 28:15,
203:22, 230:13,
256:2, 275:4,
336:12, 338:7,
343:16, 343:22,
351:7, 391:16,

450:11
ear
331:22, 331:24
earlier
42:16, 50:19,
82:11, 119:8,
133:2, 185:20,
185:25, 200:5,
207:24, 211:14,
224:3, 261:25,
273:6, 288:25,
297:1, 306:20,
309:8, 309:12,
319:3, 335:8,
340:3, 344:1,
354:22, 355:2,
356:24, 357:14,
365:10, 366:14,
368:22, 384:9,
386:25, 418:13,
418:23
early
38:2, 289:6,
313:4, 354:17,
408:22, 430:7
earrings
342:19
earshot
93:1, 93:2,
390:11
ease
396:13
easier
54:3, 225:7
easily
25:21, 119:9,
409:10
east
9:22
eastern
1:2, 14:18,
14:22, 249:15,
249:19
easy
148:13, 159:25
eat
392:11
economics
18:25

edit
351:11
edited
363:25
edu
433:22, 434:9,
434:13
educate
400:13
educated
68:20, 267:19
effect
415:3, 416:19
effective
295:16
effectively
26:17
effort
43:7, 278:15,
396:12, 459:24
eight
407:2
eighth
19:19, 448:3
either
67:15, 91:7,
156:9, 157:13,
225:15, 236:2,
257:4, 266:13,
311:5, 311:25,
312:20, 313:23,
328:3, 334:15,
371:21, 376:18,
407:5, 416:14,
430:19, 435:10,
435:12, 435:15,
435:16, 442:14,
452:25, 457:15
elder
188:22, 269:21,
269:23, 270:5,
270:12, 343:18
elderly
142:19, 305:1
elders
142:21, 193:4
elected
190:24

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

138

electronic
431:5
elevating
424:23
elongating
428:11
else
40:15, 42:24,
58:21, 91:24,
92:4, 92:13,
92:17, 93:22,
99:1, 113:14,
121:7, 122:19,
132:19, 157:15,
179:6, 199:8,
214:4, 259:6,
278:11, 278:17,
298:5, 311:2,
328:16, 332:22,
333:2, 333:4,
343:7, 355:17,
355:21, 365:18,
374:3, 384:24,
417:20, 418:2,
419:11, 421:2,
422:7, 427:8,
444:13, 455:7,
457:7, 459:12,
465:13
emoji
428:2
emotions
396:13
employed
19:23, 466:12
employment
20:25
en
290:7
encircling
164:4
encounter
48:22, 259:10,
259:21, 283:13,
284:9, 298:8,
298:23, 299:10,
327:19, 338:20,
340:17, 344:12

encumbered
235:13
end
22:8, 29:3,
29:11, 37:23,
71:1, 83:25,
105:12, 154:9,
162:1, 330:7,
349:5, 396:15,
401:6, 425:25,
433:5, 450:20,
451:6, 457:2
ended
30:6, 38:21,
38:23, 38:24,
147:19, 180:14,
197:10, 293:6,
331:8, 363:5
ending
311:5
ends
66:14, 118:19,
156:6, 325:23
energy
79:20
engage
338:23
engaging
155:25
enough
27:12, 44:4,
92:11, 142:4,
146:15, 167:7,
175:4, 176:17,
184:7, 188:4,
217:3, 260:23,
266:12, 274:12,
274:24
entered
104:12, 105:3,
277:8, 367:9
enters
31:19
entire
101:15, 256:2,
317:9, 362:20,
368:12
entirely
273:14, 274:1

entitled
96:25, 97:2,
97:3, 211:21,
381:19, 382:1
entourage
337:20, 337:22,
341:22, 343:8,
355:3, 355:19,
357:25
environment
91:7, 98:20
epithet
60:14
epithets
63:15, 81:18,
91:19
equal
67:25
equally
194:15
equate
365:25
equivalent
103:16
error
434:20
esau
129:4, 129:5,
129:10, 129:18,
130:1, 130:13,
130:17
escalate
99:3, 102:12,
114:22
especially
44:25, 50:19,
80:13, 120:19,
147:14, 149:20,
193:2, 221:6,
286:10, 381:3,
399:14
esquire
5:4, 5:5, 5:13,
5:14, 5:21, 6:5,
6:13, 6:20, 7:5,
7:14, 9:4, 9:5,
9:13, 9:14,
9:20, 10:5,

10:12, 10:20,
11:5, 11:13,
11:21
essentially
100:23, 360:14,
402:18, 403:11,
456:21
established
236:24, 409:10
estimation
95:9
et
1:36, 2:9,
2:34, 14:3,
14:8, 14:9,
14:10, 14:11,
14:13, 14:14,
14:15, 14:16,
248:25, 249:2,
249:5, 249:6,
249:7, 249:8,
249:10, 249:11,
249:12, 249:13,
258:21
europe
330:13, 330:16,
339:16
european
24:8
evaluate
140:20
even
32:9, 43:3,
52:8, 55:18,
58:16, 68:22,
85:6, 85:20,
86:21, 100:7,
101:20, 123:5,
127:11, 127:13,
146:9, 163:24,
163:25, 164:12,
164:18, 164:21,
165:16, 165:22,
170:17, 175:9,
181:12, 190:2,
193:25, 194:7,
194:8, 198:10,
212:16, 214:4,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

139

216:3, 218:9,
218:10, 225:10,
227:15, 260:17,
262:7, 271:17,
272:20, 274:7,
274:14, 274:21,
279:11, 280:12,
282:25, 286:15,
297:16, 305:4,
313:17, 317:18,
317:23, 329:3,
332:19, 333:21,
341:2, 379:24,
381:4, 397:10,
404:7, 419:6,
423:8, 425:14,
431:11, 439:14,
439:19, 441:13
**evening**
306:13
**event**
52:19, 61:22,
97:7, 119:21,
191:6, 270:12,
273:18, 274:19,
299:15, 400:13,
418:4, 440:2,
448:12
**events**
95:9, 119:16,
363:12, 411:10,
417:17
**eventually**
37:15, 40:10,
173:18, 317:17,
331:6, 390:19,
394:25, 426:6
**ever**
16:22, 19:23,
23:20, 31:17,
32:3, 32:13,
32:21, 43:20,
45:8, 49:4,
51:4, 53:3,
87:23, 98:18,
142:16, 150:4,
171:3, 187:5,
191:6, 197:4,

211:24, 262:2,
272:23, 283:24,
284:16, 285:4,
287:1, 289:13,
289:17, 297:8,
298:14, 298:20,
303:6, 309:2,
323:8, 327:16,
327:21, 327:25,
331:10, 340:13,
340:17, 368:3,
368:9, 402:6,
405:2, 405:4,
405:9, 405:12,
414:4, 414:13,
417:3, 432:20,
433:20, 442:12,
442:22, 443:18,
443:19, 448:16,
448:17, 448:18,
448:21, 449:3,
449:25, 451:2,
451:4, 451:17,
452:2, 452:9,
452:24, 452:25,
453:5, 453:7,
454:21, 455:24,
456:1, 456:10,
456:14
**every**
28:15, 28:19,
35:5, 52:6,
67:5, 86:5,
86:12, 97:15,
388:4, 390:5,
410:12, 441:8,
445:11
**everybody**
16:4, 35:14,
94:23, 95:4,
95:12, 132:19,
235:6, 331:7
**everyone**
25:20, 26:18,
43:6, 43:7,
45:21, 48:19,
52:9, 89:18,
89:20, 97:2,

97:11, 101:24,
115:17, 119:4,
121:1, 132:9,
148:14, 167:5,
328:16, 338:2,
354:3, 381:8,
382:5, 390:12,
400:17, 406:11,
465:13
**everyone's**
197:23, 406:14
**everything**
43:25, 251:21,
390:8, 405:24,
411:23, 432:18
**evidenced**
149:23
**evil**
423:6
**exact**
97:24
**exactly**
20:23, 40:15,
83:10, 128:16,
182:9, 183:2,
186:2, 225:11,
267:16, 268:5,
272:16, 331:23,
353:17, 377:16,
423:2, 445:2
**exaggerating**
428:11
**examination**
13:2, 16:15,
252:5
**examiner**
192:17, 192:21
**example**
43:4, 44:16,
53:21, 106:8,
148:9, 151:22,
395:20, 422:17,
423:10, 444:15,
453:2, 457:1
**examples**
423:14
**except**
52:12, 381:10

**excerpt**
51:17, 158:9
**excerpts**
29:23, 54:6
**exchange**
85:25, 144:1,
188:7, 428:13
**exchanged**
181:17, 181:20,
290:16
**excited**
34:24, 152:1
**excuse**
20:10, 22:1,
196:25, 218:5,
224:15, 330:9,
360:12, 404:12,
450:20
**exercised**
121:4
**exhibits**
104:14, 180:2,
190:14, 287:14,
464:16, 464:18,
464:23
**exist**
97:13
**existed**
444:19
**exists**
190:12, 273:10,
273:11, 430:2,
433:15
**exit**
416:1
**exited**
346:23, 347:9
**exiting**
345:23, 346:1
**expect**
94:2
**expectation**
39:5
**expectations**
38:14, 38:17,
38:18
**expecting**
271:19

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

140

expelled
411:5
expense
197:6
experience
22:10, 36:3,
95:24, 95:25,
174:16, 193:1,
340:22, 381:9,
406:12, 455:7
experienced
80:7
expires
466:18
explain
132:2, 177:15,
195:12, 270:2,
367:10, 392:7,
402:10
explained
454:8
explanations
404:5
explore
381:19, 382:1,
400:21
express
119:1, 293:22,
405:2
expressed
288:23, 339:14,
405:4, 410:15
expressing
103:23, 127:20,
143:3, 420:19
expression
120:3, 120:6,
296:11
extent
192:7, 307:14,
381:23
extremely
97:4
eye
262:23, 263:3,
263:12, 264:6,
265:8, 265:13,
266:7, 266:8,

266:21, 267:11,
267:15, 269:9
eyes
267:4, 348:17,
349:1, 349:2
eyewitness
451:1, 451:25

F

f-ing
346:12, 349:6,
349:11, 349:23,
350:24
face
29:4, 125:1,
163:23, 169:18,
173:19, 175:8,
175:12, 180:17,
182:4, 183:19,
183:24, 183:25,
184:8, 187:13,
187:14, 188:23,
188:24, 204:14,
221:6, 236:25,
291:6, 291:13,
292:22, 304:13,
319:9, 325:22,
334:22, 340:21,
367:15
facebook
447:23, 448:4,
448:12, 448:16
faces
128:15
facial
296:10, 303:5
facing
45:19, 73:20,
230:13, 232:8,
357:10
fact
42:2, 98:17,
110:3, 121:19,
136:9, 149:4,
171:19, 176:2,
223:23, 225:10,
270:14, 274:11,
279:22, 279:23,

282:3, 339:1,
343:17, 409:9,
442:16
factor
42:15
facts
22:7, 192:1,
272:22, 273:16,
281:17, 282:14,
318:12, 351:14,
390:16
factual
452:21
factually
127:25, 417:2
failed
44:24
fair
27:12, 27:14,
44:4, 50:10,
55:22, 67:7,
67:24, 77:24,
79:11, 81:7,
85:24, 93:6,
94:11, 100:13,
100:21, 113:13,
118:8, 120:24,
140:22, 146:15,
155:14, 161:14,
167:7, 167:10,
184:25, 187:11,
188:4, 191:8,
217:3, 254:5,
254:18, 255:3,
260:23, 266:12,
274:24, 293:1,
293:20, 296:1,
296:21, 297:19,
305:17, 308:25,
320:12
fairly
423:9
faith
22:14, 22:16,
380:9, 432:19
fall
218:25, 221:5
fallen
219:9, 234:6

falling
184:21, 218:23
falls
434:6
false
411:9
falsely
410:23
familiar
91:13, 95:20,
119:19, 343:16,
401:18
family
410:24
fan
27:1, 27:12,
178:11, 179:2,
304:4
fans
155:1, 303:25,
304:1
far
100:21, 334:8,
335:13, 354:13,
424:23, 434:24,
436:18, 440:16
fashion
387:22
fashioned
431:16
father
393:16, 393:18,
394:14, 397:8,
397:14, 402:3,
402:13, 403:2
father's
405:9
favorites
288:6
fee
35:16
feed
289:11, 289:15,
290:3, 379:25,
442:24
feedback
19:10
feel
44:6, 44:19,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

141

52:2, 79:16,
80:16, 81:12,
91:10, 93:23,
115:18, 184:11,
184:20, 197:14,
210:5, 211:9,
211:22, 259:6,
262:11, 263:7,
278:20, 285:22,
288:23, 289:2,
380:23, 382:13,
410:17
**feeling**
100:3, 100:4,
221:10, 313:21,
334:16
**feelings**
292:11
**feet**
79:23, 92:10,
137:15, 137:17,
167:1, 170:7,
170:14, 218:5,
218:6, 236:15,
263:24, 277:9,
279:10, 325:8
**fellow**
70:15, 71:6,
117:11, 117:21,
135:5, 164:8,
164:9, 165:2,
165:3, 201:24,
202:10, 205:10,
207:22, 222:19,
223:10, 241:24,
242:2, 245:19,
246:18, 283:21,
300:17, 302:19,
302:24, 342:12,
353:18, 357:6,
357:20, 367:6,
372:16, 386:3,
458:22
**felt**
25:18, 25:22,
50:21, 50:22,
80:6, 80:9,
80:11, 127:20,

128:11, 131:11,
176:17, 184:8,
185:5, 185:10,
191:23, 192:8,
192:18, 193:23,
200:12, 211:14,
211:16, 211:18,
211:20, 258:24,
259:8, 276:2,
276:4, 278:24,
284:7, 284:11,
284:13, 292:20,
292:25, 293:6,
293:21
**few**
29:16, 58:4,
181:11, 216:15,
228:15, 230:16,
301:22, 313:3,
319:7, 385:2,
389:24, 390:19,
443:4
**field**
29:4, 35:7,
174:10, 262:1
**fight**
98:19, 98:22,
114:12, 127:12,
303:25, 411:15,
411:20, 415:4,
415:5, 415:14,
416:17, 423:6
**fighting**
114:16
**figure**
328:20, 329:9
**figured**
174:15, 175:10,
199:7, 199:12,
292:15
**fike**
25:8, 40:14
**file**
182:21, 182:25
**filed**
14:17, 103:11,
182:22, 249:14,
344:16, 412:11,

412:14, 412:15,
426:7
**fill**
387:2
**filled**
258:16, 286:11
**filling**
226:7, 283:14
**fills**
126:15
**film**
135:14, 271:18,
273:18, 275:5,
361:5
**filming**
200:18, 271:16,
271:22, 271:25,
274:9, 274:10,
274:18, 366:17
**final**
438:21
**finally**
424:22
**financial**
21:14, 466:13
**find**
45:23, 46:5,
121:7, 194:14,
211:12, 233:21,
303:21, 374:9,
429:21, 436:13,
436:14, 444:16,
461:7
**fine**
43:25, 130:12,
182:15, 192:10,
211:4, 239:18,
251:9, 251:21,
268:2, 269:5,
281:21, 281:25,
282:7, 282:9,
282:22, 287:17,
363:13, 404:21
**finish**
171:1, 171:22,
369:19, 415:18
**finished**
39:16, 177:7,

363:5
**finishing**
45:16, 415:8
**fired**
434:5
**firm**
20:1, 51:13
**first**
25:6, 29:25,
35:19, 42:12,
47:9, 47:25,
48:1, 68:12,
70:6, 73:5,
75:24, 133:4,
133:10, 140:10,
141:9, 151:20,
154:25, 159:11,
169:8, 173:10,
174:11, 178:3,
185:6, 190:4,
221:8, 225:8,
232:8, 234:23,
258:25, 262:2,
263:21, 264:2,
264:21, 265:9,
265:17, 275:23,
279:25, 286:3,
290:18, 292:13,
303:7, 306:3,
306:15, 308:3,
326:9, 329:8,
333:22, 337:2,
337:5, 337:12,
337:13, 353:1,
361:1, 361:2,
364:5, 364:14,
383:19, 389:1,
391:22, 392:4,
392:14, 393:3,
395:8, 397:19,
398:17, 399:10,
402:15, 403:8,
405:14, 408:23,
409:1, 425:8,
430:24, 433:4,
436:15, 444:1,
453:24, 458:16,
458:23, 459:15,

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 143 of 196 - Page
ID#: 2756
CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

142

459:24, 460:20,
460:22
**fist**
102:2
**fists**
29:12, 102:7,
118:21, 118:24,
120:2, 120:12,
123:14, 124:20
**fit**
100:7
**five**
25:4, 99:7,
99:10, 101:3,
128:19, 137:16,
166:25, 233:6,
238:25, 263:24,
270:16, 275:3,
289:22, 310:21,
320:5, 322:19,
325:8, 326:9,
326:24, 343:6,
343:15, 344:6,
344:10, 346:6,
353:25, 361:20,
392:10
**flat**
184:18
**flew**
361:9
**flex**
29:15
**flights**
361:25
**flip-flop**
404:22
**floor**
6:23, 7:8,
11:8, 11:15,
31:9
**florida**
153:13, 154:18,
155:1
**focus**
23:16, 25:20,
47:24, 300:4,
309:24, 312:23,
314:3, 320:7,

323:21, 329:21,
329:24, 348:2
**focused**
23:24, 24:1,
78:2, 79:24,
107:11, 298:1,
456:8
**focusing**
327:13
**folks**
283:17
**follow**
28:2, 199:8,
225:9, 341:25
**follow-up**
285:24
**followed**
169:4, 287:7,
337:25, 338:3,
338:8
**following**
183:9, 195:8,
200:17, 305:24,
307:22, 427:16
**follows**
16:12, 252:4
**food**
392:11
**foot**
175:11, 176:20,
247:21
**footage**
271:24, 373:5
**football**
26:18, 26:24,
27:4, 97:7,
100:17, 153:1,
153:5, 154:18
**footing**
247:5, 247:10,
247:11
**force**
256:4
**forced**
452:7, 454:9
**ford**
7:14, 11:21,
15:13, 250:5,

464:22
**foregoing**
466:4, 466:5
**foremost**
42:12, 364:5
**forensically**
435:23, 436:24,
438:18
**forget**
432:7
**form**
72:4, 261:18,
263:10, 278:9,
395:1
**formally**
453:5
**formation**
89:19
**forth**
99:15, 117:9,
281:19, 291:18
**forward**
78:10, 106:16,
158:25, 161:17,
193:8, 194:3,
199:4, 199:15,
202:15, 243:4,
261:15, 264:13,
276:14, 276:18,
276:25, 280:12,
319:8, 357:10,
358:3
**fought**
411:2
**foul**
384:22
**found**
46:19, 80:22,
88:9, 338:22,
393:8, 410:22,
414:7, 424:24,
435:4, 448:4,
462:19
**four**
27:23, 99:7,
99:10, 132:16,
137:7, 166:22,
204:20, 270:16,

308:4, 308:8,
308:12, 326:24,
329:8, 361:20,
392:10, 432:9,
432:10, 450:5,
457:6
**fourth**
191:20
**fr**
393:15
**frame**
30:20, 62:7,
69:6, 70:24,
111:21, 122:14,
137:16, 141:6,
147:1, 205:10,
206:24, 208:15,
212:1, 212:2,
220:7, 229:25,
230:1, 231:17,
235:5, 238:23,
242:20, 242:24,
243:10, 247:14,
321:18, 322:9,
345:23, 346:7,
352:16, 389:13
**frames**
223:19, 233:11,
389:14
**frankly**
85:22, 384:20
**free**
38:16, 223:25,
224:1, 224:2,
225:3, 406:15
**freedom**
34:22
**freshman**
19:3, 33:20,
35:23, 121:20,
323:13, 387:12,
387:24, 431:10,
432:8
**freshmen**
33:19, 50:4,
121:21
**friday**
37:6

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

143

**friend**
70:18, 181:23
**friendly**
25:11, 80:3,
94:13, 195:24,
295:7
**friends**
25:4, 39:25,
40:12, 45:22,
46:4, 94:15,
121:25, 168:5,
203:14, 203:15,
283:18, 283:19,
352:19, 389:25,
390:19, 424:16,
427:25, 442:7,
442:10
**fries**
25:9, 40:13,
195:16, 300:5,
300:8, 302:4,
304:13, 304:15,
306:7, 312:23,
330:1, 332:16,
339:20, 340:2,
449:10, 450:8,
451:8, 456:17
**front**
22:5, 47:23,
48:10, 61:18,
69:20, 89:17,
112:11, 141:8,
168:24, 175:1,
176:10, 204:20,
204:23, 205:8,
205:9, 215:19,
218:13, 219:4,
228:24, 231:13,
232:4, 236:15,
245:19, 248:6,
251:7, 264:17,
264:22, 276:11,
278:15, 278:18,
286:12, 303:12,
339:9, 347:1,
361:10, 385:10,
385:19, 385:20,
458:11, 458:13

**fronting**
120:12
**frost**
6:14, 10:21
**frowned**
375:17
**ft**
5:8, 7:17, 9:8,
11:24
**fuck**
334:22
**fucking**
317:2
**full**
1:4, 17:18,
17:19, 248:16,
403:23
**fully**
43:20, 65:4,
92:25, 190:3,
436:21
**fun**
211:9, 211:12
**functioned**
43:17, 422:15
**funny**
109:17, 109:20,
112:9, 125:2,
303:21, 308:20,
308:21, 309:11,
429:5, 429:12,
429:16
**further**
209:19, 277:23,
382:21, 390:6,
407:4
**furthermore**
411:3
**future**
299:15

G

**gain**
403:9
**gained**
412:6
**gallagher**
40:16, 306:7

**game**
28:19, 31:3,
31:6, 31:19,
33:15, 34:6,
34:20, 41:16,
153:1, 154:18,
155:4, 270:7
**games**
26:22, 26:24,
32:9, 95:14,
95:18, 153:5,
433:10
**gannett**
2:19, 6:18,
6:19, 7:3, 7:4,
11:3, 11:4,
11:11, 11:12,
14:13, 15:18,
15:20, 15:21,
104:9, 249:10,
250:13, 250:15,
345:8
**gap**
367:18
**gary**
395:15
**gather**
351:6
**gathered**
45:21
**gatherers**
150:1
**gathering**
47:3
**gauge**
49:3
**gave**
90:3, 145:23,
173:1, 275:8,
275:11, 295:9,
361:11, 362:10,
364:21, 378:9,
411:3, 418:8,
427:5, 427:8
**gay**
53:22
**gays**
53:24

**gci**
51:12
**gear**
156:7
**general**
32:7, 32:18,
159:18, 362:11,
378:1, 393:19,
447:12
**generalizations**
398:25
**generally**
174:9, 327:12,
354:3, 359:4
**gentleman**
203:7
**genuine**
420:20, 420:21
**gerdemann**
395:15
**germany**
423:6
**gesticulating**
101:3, 101:13,
102:7
**gesture**
94:13, 94:18,
105:24, 110:13,
123:3, 378:10
**gestures**
17:12
**getting**
19:10, 42:15,
91:8, 118:9,
126:15, 128:16,
132:9, 137:11,
137:20, 171:9,
173:19, 185:6,
212:14, 258:24,
340:21, 366:7,
433:13
**gibson**
34:20
**gift**
41:6, 41:25,
42:3
**girl**
418:16

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

144

**girlfriend**
40:19, 45:23,
46:5
**girls**
36:10, 54:16
**gist**
397:5
**give**
17:7, 17:9,
25:25, 138:19,
147:8, 148:2,
154:14, 155:12,
156:24, 157:2,
160:13, 286:20,
292:3, 292:6,
292:10, 292:19,
311:1, 337:4,
397:10, 404:24,
441:13
**given**
68:19, 120:19,
120:22, 155:14,
157:3, 157:9,
198:1, 204:17,
279:23, 383:3,
384:8, 426:15,
466:7
**gives**
34:21, 313:19,
415:19
**giving**
138:20, 293:7,
378:12
**glanced**
219:20
**glasses**
202:22, 300:14
**global**
45:1
**glued**
410:1
**gmail**
432:25, 433:5,
434:12, 434:21
**go-ahead**
292:7, 292:10
**goal**
198:10

**goellner**
250:20
**goes**
28:13, 66:6,
109:18, 114:16,
163:21, 185:14,
350:23, 360:10,
418:16, 424:24,
434:24, 453:10,
455:1
**goggles**
53:14
**golf**
20:2, 21:2,
21:3, 41:11,
41:13, 41:16,
41:20
**gone**
35:3, 35:20,
121:11, 142:16,
149:24, 173:12,
173:14, 186:1,
232:17, 233:23,
265:14, 276:13,
277:8, 309:5,
436:1
**good**
16:19, 46:24,
78:14, 93:5,
102:19, 124:5,
124:21, 155:12,
183:8, 252:9,
282:21, 292:17,
293:10, 300:9,
312:16, 355:6,
366:6, 383:1,
397:4, 424:18,
432:19
**gotten**
40:23, 41:18,
89:16, 220:1,
233:25, 271:17,
365:11
**government**
23:2, 42:18
**grab**
31:20, 301:7,
301:20, 304:6,

**grade**
19:1, 19:4,
19:5, 19:16,
19:19, 22:21,
24:21, 141:25,
174:12, 242:11,
262:2, 375:12,
433:9, 448:3
**grades**
290:25, 354:1
**graduated**
291:1, 291:4
**grammar**
405:24
**grandpa**
272:2, 343:18,
350:24, 351:6,
369:16
**grandview**
5:7, 9:7
**graves-alcorn**
284:24, 285:5,
285:7, 286:7,
286:24
**gray**
69:23, 70:3,
135:13, 204:25,
244:13
**graydon**
7:15, 11:22
**great**
41:7, 42:5,
42:20, 42:25,
43:1, 43:3,
43:22, 44:5,
62:21, 83:8,
85:6, 103:14,
156:7, 251:25,
322:10, 330:12,
372:7, 422:13
**green**
135:12, 135:13,
163:21, 165:4,
208:18, 316:24,
462:16, 463:11
**greenbaum**
5:22, 10:6

**greenberg**
7:6, 11:14,
15:20, 250:14
**ground**
179:12, 184:19,
189:2, 198:9,
198:13, 289:3,
291:15, 293:24
**group**
28:17, 28:19,
39:25, 40:11,
47:15, 47:22,
50:10, 50:13,
53:3, 53:5,
53:7, 54:12,
73:18, 73:22,
79:5, 80:4,
80:13, 81:13,
85:23, 87:25,
90:23, 91:19,
93:17, 93:19,
93:23, 94:12,
100:8, 100:15,
100:25, 101:1,
101:12, 103:22,
126:14, 126:16,
132:25, 133:2,
133:6, 137:24,
140:1, 153:25,
157:14, 158:23,
162:22, 166:24,
167:1, 169:25,
170:9, 171:21,
171:25, 173:10,
174:5, 174:6,
196:24, 200:13,
203:11, 203:23,
221:12, 224:4,
225:7, 271:18,
272:1, 277:8,
317:7, 338:1,
338:10, 367:9,
398:23, 427:25,
442:13, 442:17,
442:18, 447:4,
455:8
**groups**
53:18, 80:23

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 146 of 196 - Page
ID #: 2754

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

145

growing
22:20
grygiel
7:5, 11:13,
15:19, 250:14,
465:12
guardians
1:8, 1:18,
1:31, 2:4, 2:14,
2:29
guess
29:15, 56:14,
56:16, 56:20,
58:25, 61:11,
64:5, 68:20,
68:23, 75:23,
92:11, 94:21,
95:19, 128:14,
142:12, 144:20,
145:13, 146:22,
155:9, 176:6,
178:24, 180:13,
191:20, 203:3,
204:11, 207:14,
211:12, 226:22,
242:6, 268:9,
275:24, 284:24,
296:10, 296:18,
303:19, 311:25,
312:2, 347:13,
350:10, 352:4,
353:11, 353:15,
355:16, 374:13,
392:15, 398:3,
406:25, 417:12,
428:15
guessing
408:13
guests
21:3
guthrie
80:9, 98:8,
161:15, 200:5,
280:20, 408:9,
412:3, 425:23
guy
28:9, 53:11,
58:17, 66:23,

99:14, 135:12,
146:19, 155:24,
163:20, 168:24,
169:6, 169:20,
185:14, 188:12,
205:24, 244:23,
245:13, 247:2,
272:8, 272:11,
273:2, 273:3,
330:17, 332:24,
334:12, 335:9,
337:23, 338:21,
339:12, 342:4,
370:25, 371:7,
373:25, 374:20,
375:10, 375:19,
376:22, 451:14,
459:1
guy's
130:4, 304:7,
375:17
guys
27:15, 27:19,
33:8, 36:22,
39:17, 96:7,
97:16, 99:25,
100:5, 100:10,
105:9, 114:14,
118:8, 123:13,
127:20, 132:16,
238:4, 291:17,
312:16, 317:1,
344:24, 370:13,
370:15, 373:16

H

habit
366:7
hagedorn
346:21, 347:9,
358:14, 450:8,
450:13, 451:2,
456:17
hair
342:24, 355:3
haka
32:14, 33:6
half
20:23, 162:21,

187:10, 214:4,
280:10, 283:12,
408:24, 409:1,
429:20, 436:17,
449:3
halftime
33:14
halfway
35:7, 392:1
hallways
140:8
hand
167:16, 176:21,
176:22, 212:9,
212:20, 227:12,
227:16, 227:17,
227:18, 227:19,
259:12, 300:17,
301:10, 318:25,
322:3, 375:11,
376:22, 436:3,
466:16
handful
393:24
handlebar
201:15
handled
425:11
handles
21:11
handling
44:25, 182:10
hands
47:20, 139:21,
140:13, 205:19,
205:20, 206:3,
212:11, 256:6,
300:19, 320:25,
375:7
hansman
90:10, 90:11,
90:12, 391:13
happen
87:13, 89:15,
98:16, 106:2,
121:5, 159:16,
174:17, 183:23,
197:25, 198:1,

198:11, 221:12,
269:25, 271:20,
293:14, 411:8,
413:5, 424:14
happened
31:22, 37:8,
91:12, 147:4,
178:4, 186:9,
186:14, 186:18,
186:21, 186:24,
187:4, 187:7,
197:19, 198:4,
198:8, 198:20,
269:23, 288:21,
289:17, 323:9,
331:17, 344:1,
344:12, 351:12,
353:12, 353:20,
354:4, 360:18,
382:1, 385:13,
389:25, 390:9,
390:22, 391:8,
391:18, 400:2,
411:11, 417:8,
417:22, 429:4,
429:10, 435:18,
435:22, 441:13,
454:2, 454:4,
454:6, 455:10,
455:13
happening
109:15, 132:3,
132:8, 135:25,
140:19, 145:1,
165:6, 197:10,
270:13, 271:1,
272:21, 275:4,
317:19, 317:23,
376:14
happens
38:9, 38:10,
153:4, 188:24,
270:24
happy
100:6, 125:23,
282:3, 282:5
harassed
175:20

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 147 of 196 - Page
ID #: 2260

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

146

**harassing**
80:22
**hard**
242:5, 243:16,
328:20, 329:9,
378:23, 449:2
**harder**
271:6
**harford**
466:25
**harvest**
82:3
**harvested**
384:11
**hat**
41:11, 41:15,
42:2, 62:21,
69:13, 69:18,
69:20, 70:4,
70:16, 70:21,
103:15, 180:17,
201:13, 202:3,
202:5, 202:8,
202:11, 204:25,
218:7, 220:11,
230:7, 234:1,
242:2, 244:14,
245:14, 272:23,
273:3, 273:9,
274:3, 291:13,
300:14, 316:24,
319:3, 319:4,
330:1, 330:8,
330:11, 330:17,
330:22, 330:25,
331:12, 332:9,
332:24, 333:2,
333:13, 333:17,
334:18, 334:21,
335:19, 335:24,
336:6, 336:7,
337:20, 337:24,
338:15, 338:21,
339:3, 339:11,
339:12, 340:1,
342:3, 342:5,
345:16, 346:9,
348:4, 348:12,

348:13, 348:16,
349:1, 349:8,
350:8, 353:3,
357:6, 357:7,
357:17, 357:21,
358:6, 359:1,
359:7, 367:3,
367:16, 371:8,
451:14, 462:11
**hate**
421:7
**hated**
144:24
**hateful**
88:5, 90:22,
91:2, 381:16,
381:25
**haters**
67:25
**hates**
429:20
**hats**
41:7, 103:25,
156:7
**head**
7:15, 11:22,
17:9, 142:22,
159:13, 160:5,
201:1, 201:2,
201:5, 217:1,
221:4, 226:20,
260:21, 316:12,
408:14, 418:1
**headed**
40:7
**headline**
271:2
**headlines**
365:11, 366:8
**headquarters**
362:7
**heads-up**
397:10
**health**
282:12
**heard**
26:1, 32:13,
36:1, 39:15,

49:22, 54:21,
55:12, 60:9,
65:13, 68:12,
74:22, 74:23,
75:21, 76:24,
79:4, 79:11,
86:5, 86:13,
87:8, 95:14,
133:13, 146:19,
148:11, 154:6,
185:19, 186:12,
297:1, 297:2,
297:15, 297:17,
298:12, 299:2,
303:6, 311:4,
314:19, 326:17,
328:1, 328:2,
331:24, 334:18,
334:21, 348:17,
348:25, 349:5,
349:7, 349:12,
350:23, 359:4,
359:5, 390:13
**hearing**
72:2, 87:2,
311:24
**heart**
403:23, 406:19
**hearts**
407:5, 407:7,
407:8, 407:13
**hebrew**
47:10, 49:15,
54:21, 55:10,
55:17, 57:24,
60:4, 62:10,
62:17, 63:4,
63:13, 64:2,
65:13, 67:12,
71:25, 72:3,
72:18, 77:25,
81:20, 82:13,
86:21, 91:18,
91:23, 92:25,
116:17, 125:1,
133:8, 133:11,
144:23, 145:2,
146:12, 157:13,

175:5, 274:8,
374:18, 387:3,
387:9, 387:23,
398:22, 399:5,
399:19, 411:16,
415:16
**heck**
374:13
**held**
109:24, 120:2,
150:1, 375:10
**hell**
378:21, 379:5,
383:24, 384:7,
388:7
**hello**
403:1, 457:21,
457:22
**helmet**
53:14
**help**
141:9, 155:5,
393:2, 396:13,
397:20, 398:4,
424:4, 445:10,
452:14, 452:18
**helped**
21:3, 362:5
**helpful**
321:17, 399:13,
401:16
**helping**
363:2, 425:23
**helps**
121:21, 462:20
**hemmer**
5:6, 9:6
**henry**
25:9, 40:14,
302:21, 302:22,
306:4, 461:1,
461:13
**here**
23:6, 27:11,
67:2, 78:3,
83:8, 89:3,
93:13, 100:23,
101:1, 120:20,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

147

123:6, 124:1,
134:11, 136:8,
141:9, 144:2,
147:25, 155:4,
155:5, 164:5,
167:4, 167:5,
169:19, 171:9,
174:19, 176:19,
182:23, 190:24,
191:25, 197:20,
202:22, 202:24,
208:9, 212:12,
234:12, 236:4,
242:5, 250:1,
256:13, 259:3,
267:25, 299:7,
305:22, 307:3,
316:9, 317:15,
319:23, 321:10,
337:4, 341:9,
346:10, 346:11,
346:12, 346:22,
355:16, 356:22,
368:4, 368:10,
368:15, 368:17,
369:5, 370:19,
375:16, 376:13,
380:7, 383:4,
385:9, 386:15,
386:18, 388:8,
411:7, 416:3,
436:7, 463:15
**hereby**
466:5
**hereunto**
466:15
**hey**
62:22, 93:17,
122:18, 139:2,
209:8, 275:5,
292:1
**high**
18:13, 20:12,
21:24, 22:21,
26:14, 26:21,
31:17, 94:19,
94:24, 95:6,
95:18, 96:4,

96:8, 96:10,
97:6, 97:11,
97:17, 98:3,
119:5, 131:1,
153:25, 185:16,
187:7, 189:18,
190:25, 270:6,
288:22, 329:4,
352:23, 375:24,
387:12, 432:9
**higher-up**
451:11
**himself**
93:4, 144:21,
147:17, 156:23,
411:5
**hindsight**
121:3, 380:7
**hispanics**
76:7, 76:18,
77:16
**history**
23:7, 23:9,
23:13, 24:8,
24:9, 24:18,
43:24, 87:19,
129:15, 129:16,
129:24, 130:10,
439:8, 440:15
**hit**
135:15, 184:7,
221:5, 271:5,
276:20
**hits**
185:21
**hitting**
351:25
**ho**
122:18
**hold**
153:18, 193:4,
399:25
**holding**
47:19, 61:3,
62:11, 62:18,
64:1, 122:23,
166:23, 201:16,
201:24, 218:7,

342:8, 389:17
**holds**
375:7, 376:22,
389:18
**hollister**
9:21
**home**
93:12, 121:11,
177:22, 386:15,
388:8, 392:18,
392:21, 392:22,
416:25, 430:17,
431:9
**honest**
59:4, 138:13,
139:25, 141:4,
142:3, 154:8,
156:14, 227:16,
257:10, 260:17,
274:6, 296:8,
310:14, 387:7,
430:1, 441:4,
447:3, 448:22
**honestly**
27:23, 61:12,
77:6, 113:17,
139:1, 150:25,
187:15, 207:12,
388:20, 401:14,
409:23, 424:3,
449:1
**honesty**
288:19, 292:11,
358:9
**honor**
364:7
**honored**
364:10
**hooded**
135:13
**hoodie**
208:16, 208:18,
222:20, 223:10,
242:1, 244:13,
463:11
**hope**
185:20
**hoping**
295:18, 423:25,

424:2, 424:5
**horrendous**
387:8
**horse**
155:3
**hostage**
44:25
**hostile**
94:18, 94:20,
105:24, 123:3,
127:14, 147:22
**hostility**
119:1, 120:3,
127:21
**hotel**
408:19
**hour**
59:13, 78:19,
79:1, 83:2,
102:15, 106:11,
127:3, 128:5,
143:20, 144:23,
145:6, 272:20,
275:2, 354:12,
373:7, 373:11
**hours**
37:22, 233:6,
238:25, 446:21,
449:21, 457:19
**house**
40:10, 41:2,
41:5, 41:6,
41:11, 41:25,
45:12, 50:20
**however**
50:21, 66:5,
99:10, 211:22,
352:14, 367:17
**huber**
5:5, 9:5, 16:2,
250:22
**huge**
45:24
**hugged**
387:25
**human**
150:12, 227:23,
404:19

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

148

**humor**
112:8, 428:20,
428:21, 429:18
**humorous**
428:19, 429:2
**humorously**
198:15
**hundred**
36:6, 98:1,
100:24, 101:2,
101:13, 102:5,
130:18, 275:1,
379:7, 389:7
**hundreds**
120:18, 170:7,
170:14, 277:9
**hurt**
400:18
**hurts**
401:19
**husband**
424:16
**hut-uhn**
199:2
**hyas**
274:18
**hyperbolic**
97:4

**I**

**ice**
184:18, 185:2,
193:17, 219:7,
224:7, 236:5
**idea**
26:8, 28:1,
34:15, 56:18,
65:20, 93:19,
96:15, 97:8,
97:9, 97:10,
108:8, 121:23,
134:14, 135:11,
140:2, 141:15,
141:18, 143:14,
145:7, 167:13,
170:18, 186:23,
194:21, 205:20,
290:7, 292:21,

293:10, 293:23,
304:23, 308:13,
308:14, 318:15,
336:11, 339:19,
372:24, 383:2,
402:25, 437:16
**ideas**
178:25, 179:1
**identical**
104:4
**identification**
375:23
**identified**
435:1, 459:12,
460:21, 461:24
**identify**
15:2, 25:6,
54:2, 56:2,
69:4, 97:15,
242:4, 243:5,
356:4, 461:21
**identifying**
378:13
**ignorance**
360:12
**ii**
43:4, 422:17
**illinois**
6:9, 10:16
**image**
291:10, 291:12,
295:8
**imaged**
435:23, 436:24,
438:18
**imagine**
335:13
**imessage**
436:12
**immediate**
435:16, 455:4
**immediately**
109:18, 146:21,
217:13, 325:6,
325:12, 325:15,
344:19, 408:16
**impasse**
263:8

**important**
17:7, 294:4,
399:15, 440:9,
455:4
**impossible**
266:21
**impressed**
179:4
**impression**
32:18, 80:21,
186:20
**impressions**
109:15
**improperly**
445:25
**improved**
423:16
**inaccurate**
285:8, 287:4
**inaccurately**
434:19
**inappropriate**
297:10, 297:22,
298:8, 298:24,
299:11, 303:17,
380:8
**inbox**
441:9
**inc**
1:36, 2:9,
2:19, 5:10,
5:11, 5:19,
5:20, 6:3, 6:4,
6:18, 7:3, 9:10,
9:11, 10:3,
10:4, 10:10,
10:11, 11:3,
11:11, 15:23,
15:24, 16:16,
252:6
**incendiary**
379:24
**incest**
79:5
**inch**
247:4
**inches**
247:4, 247:22

**incident**
23:5, 23:21,
24:24, 25:3,
29:17, 49:5,
86:6, 142:15,
168:19, 190:6,
203:1, 210:22,
323:9, 373:6,
389:23, 393:4,
410:10, 418:8,
418:11, 418:12,
419:13, 431:2,
432:14, 433:25,
434:1, 434:7,
434:16, 435:22,
438:9, 439:13,
439:16, 441:13,
442:10, 447:2,
449:12, 450:7,
451:3, 454:6,
455:10, 455:23
**include**
54:14, 401:11
**included**
442:21
**including**
24:11, 50:12,
118:23, 141:6,
325:4, 398:10,
404:4
**inconclusive**
385:23
**incorporated**
14:9, 14:11,
14:14, 141:24,
249:6, 249:8,
249:11
**incorrect**
340:8
**incorrectly**
267:23
**independent**
159:22
**independently**
195:24
**indian**
168:24
**indiana**
5:24, 10:8

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

149

**indianapolis**
5:24, 10:8
**indians**
210:19, 211:4
**indicate**
127:19, 128:10,
146:15
**indigenous**
47:4, 163:5,
180:15, 271:16,
274:15, 325:7,
338:6, 342:10,
342:18, 342:21,
343:25, 346:16
**individuals**
213:18
**infer**
137:9, 138:7,
139:1, 139:5,
139:8
**influencer**
178:8
**information**
1:4, 2:20,
6:19, 7:4, 11:4,
11:12, 15:21,
20:8, 187:1,
250:13, 299:13,
332:14, 332:15,
403:9, 410:19,
413:19, 414:5,
414:7, 414:10,
414:14, 418:7,
418:10, 435:19,
436:5, 436:7,
437:4, 444:3,
444:19, 445:11,
456:18
**informed**
154:14, 210:13
**initial**
440:15, 450:5
**initially**
92:6, 109:10,
236:24, 270:19,
415:23, 421:24
**initials**
259:14

**initiative**
362:19
**input**
362:15
**inquired**
360:4
**inquiring**
434:3, 434:4
**insensitive**
87:22
**inserted**
404:13
**inside**
38:11
**instagram**
195:14, 439:5,
439:7, 439:11,
439:14, 439:19,
439:23, 441:3,
441:10, 441:20,
441:25, 442:3,
442:6, 442:10,
442:11, 442:13,
442:17, 443:1,
443:10, 443:22,
444:14, 445:16,
446:6, 446:24,
447:9
**instance**
387:19
**instantly**
46:14
**instead**
173:11, 387:4
**instructed**
92:20
**insufficient**
382:19
**insult**
53:2, 53:4,
86:2
**insulted**
53:24, 58:18,
211:15
**insulting**
52:16, 52:25,
53:6, 53:23,
79:20, 145:5

**insults**
63:15, 67:12,
86:1, 91:14,
91:19, 102:10,
175:5, 176:16
**integrate**
121:22
**intend**
119:1
**intended**
110:13, 170:19,
172:2, 199:4,
428:19
**intending**
197:8
**intent**
225:20
**intention**
171:12, 172:7,
199:14, 279:6
**intentional**
33:4
**intentionally**
137:5, 263:15,
269:14, 339:10,
344:18
**intentions**
141:7, 192:19,
225:17, 225:20,
225:22, 339:3,
339:6, 339:22,
406:22
**interact**
49:5, 334:12,
447:16
**interacting**
49:9, 332:2,
340:11, 391:1
**interaction**
337:16
**interactions**
356:6
**interactive**
5:11, 5:20,
6:4, 9:11, 10:4,
10:11, 15:24,
16:16, 252:6
**interest**
360:2, 466:13

**interested**
214:5, 360:5,
443:25
**internet**
61:21, 303:19,
303:22, 360:10,
410:22, 431:22
**interpret**
114:9, 153:24,
184:1
**interpretation**
55:23, 113:7,
175:22, 321:9,
377:17
**interpreted**
119:20, 254:6,
257:14, 257:19,
320:19
**interpreting**
172:1
**interrogatories**
458:11, 458:12,
459:15, 460:18,
460:24
**interrupt**
180:2, 415:14
**interview**
51:18, 98:8,
158:9, 172:5,
200:5, 280:20,
296:17, 407:16,
408:9, 408:18,
409:1, 409:12,
409:18, 410:15,
412:2, 412:19,
415:11, 415:17,
425:23, 426:9,
426:10, 426:17,
427:6
**interviews**
170:24, 171:18,
172:24, 173:1,
317:18, 407:1,
409:21, 411:4,
414:22, 415:13,
418:8
**intimidate**
169:7, 169:13,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

150

169:21, 169:24,
170:5, 172:13,
173:6, 173:20,
173:22, 174:1,
174:5, 174:6,
174:18, 174:22,
175:24, 180:19,
181:2, 183:21,
184:2, 184:10,
185:3, 188:19,
193:23, 194:2,
194:6, 194:9,
194:13, 196:24,
200:12, 221:11,
271:4, 294:25,
295:5, 295:14
**intimidated**
196:19, 196:22,
197:3, 197:9,
197:15, 198:5,
198:12
**introduction**
402:12
**invade**
367:13
**invaded**
184:12, 317:9
**invading**
184:9
**invective**
78:1
**investigation**
51:13
**investigative**
51:13
**involve**
170:8, 256:4
**involved**
27:25, 190:1,
455:15
**involvement**
273:17, 406:4
**involving**
356:6
**iphone**
46:10, 431:3,
435:5, 435:6,
435:20

**irish**
233:24
**irrelevant**
191:1, 399:17
**irresponsible**
381:3
**isaac**
290:21, 291:24,
291:25, 292:10,
292:12
**ish**
260:12, 260:13
**isolate**
192:11
**israel**
129:23, 130:14
**israelite**
60:4, 71:25,
72:3, 77:25
**israelites**
47:10, 49:15,
54:22, 55:10,
55:17, 57:24,
62:10, 62:17,
63:4, 63:14,
64:2, 65:14,
67:12, 72:18,
81:20, 82:14,
86:21, 91:18,
91:23, 92:25,
116:18, 125:1,
129:23, 133:8,
133:9, 133:11,
144:23, 145:2,
146:13, 157:13,
175:5, 274:9,
374:18, 387:3,
387:9, 387:23,
398:22, 399:5,
399:19, 411:16,
415:16
**issue**
403:13, 432:3
**issued**
90:20, 337:3,
409:20, 430:10
**issues**
398:18, 398:20,

399:12, 400:14
**itself**
39:11, 92:22,
220:16, 362:4,
411:19, 434:7,
435:24

---

**J**

**jack**
370:23, 370:25
**jacks**
370:17, 371:2
**jacob**
130:17
**jake**
117:17, 121:13,
352:21, 352:22,
353:11, 391:9
**january**
37:6, 168:15,
177:20, 188:9,
306:13, 395:13,
408:10, 410:8,
417:22, 425:20,
430:7, 433:6,
435:6, 435:15,
439:4
**jared**
306:7
**jaylin**
362:3
**jennings**
394:5, 405:18,
424:12, 430:24
**jerry**
40:16
**jessica**
5:21, 10:5,
15:11, 30:3,
51:14, 64:12,
163:12, 164:2,
215:15
**jessie**
70:24, 107:4,
139:16, 160:22,
241:8, 341:24,
355:7, 357:19
**jews**
67:17, 129:22

**jimmy**
44:20, 45:3,
422:18, 423:16
**job**
1:40, 21:5,
289:22
**joe**
244:19, 244:20,
245:15, 245:16,
263:22, 265:23,
266:16, 450:9,
454:23, 454:25,
455:2, 455:3,
455:9, 455:11,
455:14, 455:22,
455:24, 456:9,
456:11, 456:15,
456:17, 456:25,
458:22, 458:23,
461:25, 462:4,
462:8
**john**
8:2, 12:2,
14:23, 135:13,
135:14, 135:21,
136:3, 136:16,
136:20, 137:3,
138:2, 138:8,
138:19, 139:2,
139:10, 209:9,
249:20, 362:23,
362:25, 450:8,
453:19, 453:20,
453:21, 453:23,
454:1, 454:5,
454:7, 456:17,
459:15, 460:20,
461:7, 461:8,
461:21, 462:13,
463:9, 463:11
**johnson**
6:21, 11:6,
362:3
**join**
40:5, 115:13,
115:16, 153:15,
212:16
**joke**
85:6, 197:2,

197:6, 197:20,
305:7
**jones**
8:5, 12:5
**joseph**
17:19
**josh**
195:18, 195:20,
195:21, 195:22,
195:24, 196:4,
196:9
**journey**
35:6
**journeying**
411:21
**judge**
377:21
**judged**
219:8
**judging**
303:4
**judgment**
121:4, 235:9,
236:4, 236:8,
236:12, 236:14,
262:12, 379:21
**julie**
1:9, 1:19,
1:32, 2:5, 2:15,
2:30, 18:1
**july**
17:24
**jump**
30:11, 56:5,
73:24, 74:15,
191:24, 293:8,
305:15, 329:11,
358:2
**jumped**
369:20
**jumping**
31:12, 64:18,
120:1, 120:11,
134:4
**june**
466:18
**junior**
23:11, 23:14,

323:14
**juniors**
33:24
**justine**
8:4, 12:4

**K**

**kaplan**
6:21, 11:6
**kashuv**
177:18, 178:6,
178:7, 179:18,
180:7, 423:23,
444:16
**keep**
41:20, 57:7,
68:3, 71:4,
91:8, 123:9,
125:9, 125:25,
128:24, 133:16,
139:12, 144:10,
145:16, 146:1,
150:13, 151:4,
152:12, 155:18,
160:15, 173:17,
207:7, 213:1,
213:10, 218:11,
221:15, 221:25,
222:15, 225:23,
233:15, 241:4,
241:15, 243:24,
256:11, 258:9,
259:16, 288:21,
312:22, 314:2,
315:19, 316:14,
318:17, 322:13,
324:16, 336:14,
348:1, 350:16,
351:18, 352:22,
358:16, 371:10,
372:11, 374:24,
378:16, 385:24,
388:11, 389:8,
414:25
**keeping**
43:14, 114:3,
361:22
**keeps**
147:13, 313:24

**keninso**
56:24
**kennedy**
69:11
**kentucky**
1:2, 5:8, 6:24,
7:17, 9:8, 9:24,
11:9, 11:24,
14:19, 42:2,
186:4, 249:16,
333:15, 408:19
**kept**
53:15, 127:15,
175:9, 339:12,
435:24
**kevin**
6:13, 10:20,
15:25, 250:8,
465:4
**key**
436:12
**keywords**
434:15, 438:7
**kid**
122:23, 188:17,
188:21, 218:6,
220:10, 233:24,
233:25, 289:18,
323:22, 377:15,
433:11
**kid's**
141:12
**kids**
28:12, 28:20,
29:11, 38:4,
38:21, 38:24,
55:16, 55:18,
80:5, 80:13,
88:20, 91:6,
92:9, 92:16,
93:17, 97:24,
100:8, 110:20,
123:19, 124:24,
125:19, 125:24,
131:1, 141:8,
147:19, 153:25,
184:19, 188:15,
188:19, 193:1,

193:15, 193:17,
193:18, 226:12,
226:18, 253:7,
258:5, 258:19,
307:12, 328:20,
333:15, 374:8,
384:18, 384:19,
404:6
**kiely**
244:19, 244:20,
450:9, 454:23,
456:11, 456:18,
458:22, 458:24,
461:25, 462:4,
462:8
**kilgalen**
1:42, 4:10,
16:6, 250:25,
466:3
**kinds**
175:4
**kirk**
178:18, 179:16,
180:7, 180:10,
360:23, 360:24,
423:23, 444:15
**kleier**
89:25, 90:17,
117:17, 352:21,
352:22, 353:10,
353:12, 370:14,
389:24, 390:18,
391:9, 391:10,
391:13
**knew**
24:10, 49:16,
60:14, 94:24,
119:5, 142:5,
142:21, 158:16,
166:5, 171:5,
203:22, 211:1,
211:6, 226:20,
226:22, 226:25,
236:18, 242:10,
272:20, 290:24,
317:23, 328:17,
338:7, 343:14,
410:11, 424:17,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

152

444:18, 445:7
**knocked**
276:18
**knowing**
149:4, 219:1
**knowledge**
35:4, 90:4,
140:10, 154:9,
159:22, 187:3,
205:6, 332:3,
372:20, 394:4,
395:2, 399:18,
400:18, 412:6,
412:14, 422:23,
424:4, 430:23,
432:19, 442:21,
443:17, 448:21,
449:14, 449:16,
449:19, 449:23,
450:2, 450:6,
450:25, 451:13,
454:22, 456:13,
456:19, 457:10,
457:16
**knowledgeable**
334:17, 399:20,
451:15, 454:3
**known**
256:2
**knows**
167:14, 328:17,
334:10
**krishnan**
5:14, 9:14,
15:15, 250:10,
465:1, 465:2
**kummer**
8:7, 12:7
**kyle**
177:18, 178:6,
178:7, 179:18,
179:22, 180:6,
423:23, 444:11,
444:16

**L**

**label**
63:15, 341:13

**labeled**
284:16, 459:16,
459:19
**labels**
66:11
**lack**
154:9, 273:24
**land**
330:18, 332:11,
333:20, 339:15
**lane**
224:2
**language**
143:6, 295:17,
384:22, 387:8
**laptop**
438:8
**large**
22:15, 22:19,
47:20
**larger**
288:20
**last**
24:21, 25:6,
33:25, 64:23,
70:5, 75:18,
88:20, 107:17,
117:22, 135:5,
136:11, 143:25,
153:13, 286:23,
290:2, 291:4,
299:3, 302:25,
307:3, 318:11,
334:19, 346:6,
349:14, 349:15,
362:2, 387:6,
389:22, 392:12,
393:10, 398:4,
431:25, 433:4,
435:8
**lasted**
435:9
**lasts**
449:21
**late**
37:23, 39:17,
423:17, 440:24
**later**
37:12, 40:23,

49:14, 80:8,
90:21, 108:1,
179:16, 179:17,
185:10, 220:17,
252:23, 260:24,
272:8, 272:20,
292:18, 293:19,
298:14, 325:24,
385:6, 391:10,
430:11, 446:4
**latin**
185:10, 186:4,
186:15
**laugh**
84:21, 85:7,
110:20, 196:6
**laughed**
84:25, 109:22,
391:17
**laughing**
84:10, 84:13,
84:19
**laughter**
308:19
**laurin**
5:21, 10:5
**law**
20:1, 209:8,
209:9
**lawrie**
136:16, 136:17,
136:20, 138:2,
138:8, 139:2,
139:10, 209:9,
450:9, 453:19,
456:17, 459:16,
460:20, 461:7,
461:9, 461:21,
462:13, 463:9,
463:12
**lawsuit**
380:21
**lawsuits**
412:11, 412:15,
426:7
**lawyer**
21:19, 21:23,
424:17

**lawyers**
17:2, 292:5
**lead**
121:17, 121:21
**leader**
20:4, 29:4,
343:21, 343:24
**leaders**
33:17, 33:21,
132:17
**leading**
20:20, 61:11,
267:22, 364:11
**leaning**
456:14
**leap**
343:12
**learn**
87:21, 89:14,
298:14, 299:6,
299:8, 299:9,
304:21, 393:3,
398:16, 398:20,
399:12, 399:13,
399:16, 400:3,
401:19, 412:2,
437:19
**learned**
306:16, 419:12,
419:17
**learning**
142:25
**least**
22:17, 58:3,
65:21, 72:21,
91:17, 95:9,
97:12, 100:2,
128:11, 137:10,
160:12, 178:1,
203:22, 204:20,
213:7, 217:7,
220:25, 284:8,
293:24, 302:13,
329:6, 332:3,
369:12, 395:25,
396:16, 399:20,
416:17, 419:5
**leave**
31:23, 31:25,

37:9, 48:12,
48:20, 92:12,
92:15, 259:10,
346:22, 350:15,
392:13, 450:22
**led**
28:5, 36:17,
121:12, 203:11,
219:1
**leeching**
292:21
**leeway**
383:4
**left**
37:11, 45:13,
46:23, 56:20,
69:9, 69:10,
74:11, 74:12,
84:2, 117:12,
198:19, 205:25,
220:7, 222:8,
222:11, 222:14,
223:15, 225:1,
228:10, 230:22,
231:6, 232:8,
232:9, 233:4,
237:2, 237:13,
237:21, 238:1,
242:3, 244:9,
244:21, 245:3,
245:13, 246:9,
246:10, 246:11,
247:1, 263:23,
264:19, 264:25,
265:10, 265:14,
265:20, 321:25,
342:4, 354:5,
354:7, 357:15,
370:8, 389:22,
390:25, 391:10,
392:11, 413:9,
417:14, 435:25,
450:24, 451:1,
455:2
**leftists**
196:19, 197:15,
198:5, 198:14,
198:16

**legally**
321:1
**legitimately**
271:11
**less**
22:10, 82:14,
152:1, 152:2,
177:16, 232:16,
232:22, 239:20,
354:8
**lesser**
66:15
**letter**
455:5
**letters**
134:15, 328:21,
329:8, 433:12
**letting**
295:13
**level**
63:22
**levels**
45:1
**liam**
69:23, 70:3
**liberal**
178:25
**lie**
156:10, 156:12
**lied**
411:2
**life**
22:14, 52:8,
69:21, 95:23,
95:25, 98:5,
98:19, 116:23,
140:7, 196:11,
197:18, 197:19,
197:22, 333:18,
406:8, 417:13,
434:16, 435:22
**light**
292:15, 429:21
**liked**
22:2, 178:13,
288:15, 288:16
**likely**
22:10, 102:23,

450:6
**liking**
77:14
**limit**
77:25
**limited**
23:2
**limiting**
42:17
**lincoln**
35:1, 37:5,
37:7, 39:4,
46:19, 47:2,
47:9, 48:4,
48:23, 48:25,
94:24, 95:5,
95:13, 97:16,
119:5, 120:13,
161:22, 170:7,
170:15, 170:19,
170:25, 171:13,
171:21, 172:8,
180:15, 224:5,
272:19, 278:14,
328:25, 361:11,
361:13, 361:15,
365:13, 411:18,
411:22, 415:18,
416:1, 416:16
**line**
13:11, 13:12,
13:13, 13:14,
13:15, 19:12,
42:14, 141:8,
165:11, 172:20,
183:10, 195:9,
208:3, 267:25,
269:1, 304:1,
304:5, 305:25,
307:23, 368:7,
380:12, 381:11,
382:7, 383:9,
413:12, 427:17
**lines**
333:14
**link**
339:7, 339:25
**linked**
288:13

**links**
287:22, 288:2
**list**
401:11, 445:9,
450:18, 451:8,
453:19, 454:24,
458:18, 459:19,
460:2
**listed**
449:10, 450:5,
451:9, 453:20,
454:25, 455:3,
458:21
**listen**
76:2, 83:18,
122:11, 212:18,
256:13, 256:22,
309:22, 326:10,
327:3, 335:1,
348:20, 353:7,
367:21, 373:19,
373:21
**listened**
410:12, 412:18
**listening**
353:2
**literally**
30:20, 46:20,
162:6, 256:14,
256:22, 260:22,
325:14
**literate**
177:16
**little**
40:9, 51:1,
71:3, 71:13,
78:10, 78:11,
79:19, 80:1,
82:22, 94:2,
106:17, 108:10,
137:5, 166:17,
184:13, 202:21,
205:25, 206:10,
206:13, 207:9,
207:17, 220:10,
221:15, 230:1,
230:22, 237:23,
238:21, 242:3,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

154

242:17, 245:2,
245:3, 246:8,
247:1, 247:9,
258:2, 264:19,
264:25, 274:21,
284:1, 296:25,
309:9, 322:22,
352:17, 378:23,
379:17, 389:23,
400:17, 404:25,
408:14, 460:3
**lives**
34:22, 188:15,
189:22, 256:2
**living**
188:13, 189:22
**llc**
1:13, 2:21,
2:34, 6:11,
6:14, 6:19, 7:4,
7:12, 10:18,
10:21, 11:4,
11:12, 11:19,
14:4, 14:16,
15:14, 249:1,
249:13, 250:6
**llp**
5:15, 5:22,
6:6, 6:21, 7:6,
7:15, 9:15,
9:21, 10:6,
10:13, 11:6,
11:14, 11:22
**local**
455:5
**locate**
463:7
**located**
184:17
**location**
453:25
**locked**
50:25, 76:7,
76:18, 77:15,
262:23, 263:2,
263:12, 264:6,
265:8, 265:13,
266:7, 266:8,

266:21, 267:3,
267:15, 269:9
**locks**
267:10
**lodged**
91:19
**log-in**
445:11
**logan**
25:10
**logic**
149:18
**logical**
104:1, 239:17
**logistics**
361:6
**logo**
57:19, 57:21
**loiler**
12:8, 464:15
**lol**
196:5, 196:10
**long**
20:21, 48:21,
175:4, 193:2,
248:13, 298:19,
354:6, 365:1,
426:2, 435:8,
440:3
**longer**
185:5, 232:4,
258:24, 259:9,
289:11, 410:17
**look**
22:16, 34:11,
41:14, 43:10,
58:14, 59:4,
64:7, 85:22,
98:6, 110:23,
112:9, 112:11,
120:4, 126:14,
128:15, 130:25,
135:24, 143:17,
154:23, 159:25,
163:9, 163:12,
163:16, 169:1,
170:6, 188:6,
191:4, 191:20,

196:3, 205:23,
205:24, 214:1,
214:2, 214:18,
229:9, 229:14,
229:16, 240:9,
246:5, 270:15,
270:24, 280:25,
281:2, 289:17,
289:19, 290:18,
291:9, 291:24,
294:20, 301:12,
302:3, 307:8,
309:2, 309:5,
315:17, 335:17,
353:5, 361:4,
362:15, 374:17,
375:20, 392:13,
397:19, 399:19,
416:17, 431:23,
442:3, 458:18,
460:22
**looked**
47:8, 61:23,
100:1, 121:16,
130:21, 148:12,
160:3, 201:4,
201:6, 201:12,
207:1, 207:5,
207:24, 219:11,
219:19, 232:9,
238:2, 238:3,
263:21, 264:9,
265:1, 265:10,
265:11, 265:20,
280:7, 290:3,
313:13, 350:12,
369:18, 391:16,
405:25, 425:24,
433:14, 439:10,
439:11, 444:1,
445:6
**looking**
41:9, 58:21,
60:25, 69:9,
73:23, 95:19,
102:2, 107:5,
117:8, 117:13,
118:20, 146:13,

152:7, 164:12,
164:21, 214:3,
214:6, 219:15,
219:19, 219:23,
220:15, 229:21,
229:22, 230:25,
231:3, 231:4,
231:6, 233:22,
237:4, 244:10,
259:16, 270:14,
309:10, 320:25,
329:22, 341:19,
370:19, 390:24,
434:22, 439:18,
460:20, 461:19
**looks**
31:6, 33:5,
58:11, 61:5,
69:11, 69:12,
69:19, 69:21,
69:23, 70:4,
70:21, 98:2,
106:21, 109:16,
117:6, 118:23,
120:22, 124:25,
136:7, 139:23,
145:12, 146:24,
162:11, 163:4,
163:20, 166:22,
166:24, 179:15,
179:20, 181:19,
188:8, 195:15,
202:4, 204:25,
206:12, 206:17,
215:25, 216:9,
216:21, 218:9,
228:9, 230:6,
230:9, 230:12,
240:7, 243:20,
265:22, 266:4,
290:19, 291:12,
294:21, 296:19,
296:22, 306:6,
319:4, 323:20,
323:22, 336:20,
346:24, 348:11,
352:17, 352:23,
355:8, 399:23,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

155

427:24, 462:22
**lorusso**
360:8
**lose**
41:13
**loser**
350:13
**lost**
45:22, 45:24,
46:4, 75:7,
75:13, 180:2
**lot**
26:20, 34:10,
44:24, 79:21,
81:4, 86:15,
91:6, 178:13,
180:11, 183:3,
198:6, 198:21,
198:22, 218:14,
232:16, 232:22,
232:23, 260:20,
289:19, 328:20,
333:24, 383:4,
391:6, 394:23,
409:25, 412:6,
424:8, 441:19,
442:4, 451:12,
451:15
**lots**
193:15, 232:20,
403:9
**loud**
26:16, 196:6,
227:22
**louder**
118:9
**loudly**
120:1
**louisville**
6:24, 11:9
**love**
288:7, 387:25
**loved**
43:6
**loves**
144:24
**lowery**
358:24

**luke**
56:24
**lunch**
124:1, 128:18,
354:17, 359:11,
408:23
**lunchtime**
131:14, 131:15
**lying**
96:16, 96:18
**lynching**
84:9
**lynchings**
83:16, 85:6
**lynwood**
434:5

**M**

**mac**
437:15, 437:21,
438:9, 438:12,
438:14
**mad**
94:5
**made**
37:22, 37:24,
43:1, 53:24,
93:22, 114:21,
168:23, 169:10,
171:24, 197:5,
198:8, 203:5,
221:9, 224:11,
224:14, 233:21,
236:4, 236:7,
236:13, 236:14,
238:13, 238:15,
259:10, 270:17,
301:9, 334:23,
338:4, 362:21,
377:24, 398:11,
398:15, 398:24,
402:22, 405:23,
411:9, 415:10,
427:25, 433:9,
448:14
**maga**
42:2, 69:13,
69:18, 70:4,

103:15, 103:21,
103:25, 180:17
**mail**
452:6
**main**
6:22, 11:7,
39:15, 90:8,
90:9, 456:7
**mainly**
50:20, 78:2,
442:6, 444:9
**maintain**
264:2, 264:5
**major**
18:16, 18:21
**majority**
20:4
**make**
17:6, 27:15,
41:7, 42:5,
42:19, 43:21,
44:4, 53:17,
62:21, 76:15,
79:16, 79:21,
110:19, 112:7,
144:22, 145:4,
150:2, 155:1,
156:7, 182:14,
193:13, 209:4,
220:10, 225:4,
228:4, 252:22,
253:3, 259:6,
261:1, 261:4,
276:6, 301:1,
302:14, 315:2,
318:11, 330:12,
338:24, 339:13,
339:18, 340:8,
348:18, 359:6,
366:3, 367:14,
372:6, 377:24,
384:23, 388:3,
396:10, 422:12,
428:2, 429:21,
430:4, 447:6
**makes**
22:10, 31:11,
207:14, 211:9,

211:12, 365:22,
417:9
**making**
17:11, 67:16,
93:12, 103:14,
143:5, 173:17,
193:21, 261:13,
278:15, 292:21,
361:23, 403:12,
428:17
**mall**
40:9, 45:19,
391:11, 391:12,
391:24, 392:5,
392:8, 392:9,
392:15
**man**
60:4, 65:14,
71:25, 77:25,
180:17, 202:7,
234:7, 234:21,
235:13, 235:14,
272:5, 272:12,
272:23, 273:8,
274:3, 305:2,
329:25, 330:8,
330:11, 330:21,
330:25, 331:11,
332:9, 333:1,
333:13, 333:17,
334:18, 334:21,
335:18, 335:19,
336:6, 336:7,
337:19, 338:14,
339:3, 339:11,
340:1, 342:3,
342:8, 345:16,
346:9, 347:18,
347:19, 348:4,
348:12, 348:15,
349:1, 349:8,
350:7, 351:15,
353:3, 356:6,
359:1, 359:7,
367:2, 367:16,
368:3, 368:8,
368:9, 368:14,
398:23

manager
21:12
maneuver
280:1
manually
434:22, 436:16,
441:7, 445:5,
447:5
many
25:23, 36:5,
36:19, 37:15,
63:15, 99:11,
103:13, 103:17,
116:18, 141:8,
176:16, 181:11,
181:19, 186:21,
218:5, 218:6,
274:11, 277:18,
283:17, 338:21,
366:2, 387:24,
391:5, 398:17,
407:1
map
46:18
mara
181:20, 182:1,
183:17, 185:13,
187:6, 189:20,
294:22
march
34:3, 34:8,
34:9, 36:18,
39:11, 39:13,
40:5, 45:13,
52:8, 69:21,
98:5, 116:23,
180:13, 180:16,
196:11, 197:18,
197:19, 197:22,
274:15, 325:7,
342:10, 342:18,
342:21, 406:7,
434:16, 435:21
marched
45:16
mariash
361:24
marie
8:5, 12:5

mark
72:19, 72:20,
182:7, 182:19,
183:7, 192:1,
281:15, 282:17,
393:11, 458:9
marked
13:7, 168:6,
168:10, 180:3,
181:25, 195:6,
307:11, 307:20,
341:9, 398:1
market
5:23, 10:7
marking
191:12
marks
186:22
martin
69:19, 205:14,
205:15
maryland
4:11, 466:24
mass
36:16, 37:23,
37:25
masse
290:8
match
142:11, 459:3
matched
128:14
material
438:24
materials
182:21, 454:15
matter
14:3, 120:24,
214:14, 248:25,
296:22, 410:1
matters
130:3, 282:8
matthew
8:6, 12:6,
90:10, 90:11,
90:12, 391:13
matthews
88:14

mature
189:3
matured
100:11
maybe
33:7, 46:16,
57:19, 78:10,
87:3, 91:17,
92:10, 119:8,
124:4, 124:5,
125:2, 136:11,
137:4, 137:5,
139:23, 144:20,
162:11, 165:9,
190:13, 212:19,
234:6, 240:8,
243:21, 252:23,
260:1, 268:7,
283:12, 284:21,
285:14, 289:9,
290:25, 294:1,
296:16, 303:21,
320:2, 320:5,
333:9, 334:25,
346:6, 347:23,
349:14, 352:12,
352:16, 353:24,
354:16, 369:12,
370:21, 382:6,
382:8, 386:9,
391:24, 394:16,
408:13, 451:5,
463:3
mcconnell
20:4, 20:13
mcgrane
51:8
mcgrane's
51:17
meaning
66:15, 172:2,
200:19, 238:15
meanly
417:5
means
65:23, 66:12,
66:17, 68:23,
129:10, 142:5,

144:19, 175:18,
194:14, 270:2,
272:6, 272:14,
277:22, 285:20,
308:19
meant
68:14, 109:9,
119:15, 144:7,
146:8, 146:10,
197:1, 203:10,
203:17, 261:8,
261:20, 270:3,
296:12, 347:22,
351:2, 351:4,
372:8
meanwhile
167:5, 411:1
mechanic
413:8
media
1:13, 6:12,
7:11, 10:19,
11:18, 14:4,
29:18, 177:2,
177:16, 249:1,
250:21, 272:24,
273:11, 274:16,
290:1, 299:5,
317:17, 393:5,
439:1, 446:8,
447:10, 447:14,
447:19, 449:5
medium
195:12, 447:19
mediums
446:8, 447:10
meenakshi
5:14, 9:14
meenu
15:15, 250:10,
465:2
meet
36:16, 40:21,
40:24, 46:8,
48:4, 48:8,
48:17, 280:13
meeting
39:4, 39:22,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

157

197:4, 399:25,
425:8
**mel**
34:20
**member**
148:1, 337:20,
337:21, 355:18,
357:24
**members**
180:15, 198:18,
360:25, 384:11,
398:22, 410:25,
442:18
**memorial**
35:1, 37:5,
37:7, 46:20,
46:21, 47:2,
47:7, 48:5,
48:8, 48:23,
48:25, 88:17,
92:19, 92:22,
94:24, 95:5,
95:13, 97:16,
119:5, 120:13,
161:22, 170:7,
170:15, 170:20,
170:25, 171:13,
171:22, 172:8,
180:15, 204:2,
270:13, 272:19,
277:10, 278:14,
328:25, 354:6,
361:11, 361:14,
365:13, 368:12,
390:25, 391:10,
411:18, 411:22,
415:18, 416:1,
416:16
**memory**
353:16, 390:17,
456:9
**men**
49:12, 52:10,
72:3, 101:3,
101:14, 102:6,
102:8, 102:9,
103:24, 271:24,
271:25, 375:4,

400:6
**mental**
282:12
**mentality**
317:2
**mentioned**
35:19, 36:9,
38:20, 39:21,
42:16, 43:13,
49:11, 67:10,
81:10, 114:15,
126:7, 158:15,
168:1, 173:14,
176:12, 176:15,
186:8, 207:3,
303:9, 307:14,
365:10, 391:20,
424:10, 453:3,
457:2
**mentioning**
184:16
**merkle**
195:18, 195:20
**message**
175:15, 177:3,
177:17, 178:14,
187:13, 196:11,
295:4, 439:1,
440:12, 440:16,
441:8, 442:13,
442:17, 443:18,
444:8, 445:12
**messages**
187:10, 196:4,
196:13, 196:17,
436:14, 439:3,
439:12, 440:3,
440:19, 441:2,
441:10, 442:3,
442:11, 443:5,
443:7, 443:13,
443:14, 443:20,
444:2, 444:9,
444:13, 445:17
**messaging**
195:14, 195:16
**messed**
184:8

**messenger**
448:16
**met**
424:22
**michael**
6:20, 7:5,
11:5, 11:13,
15:17, 15:19,
250:12, 250:14
**microphone**
251:6
**microsoft**
431:7, 431:20,
432:1, 432:10,
437:11
**middle**
19:7, 19:14,
19:15, 66:23,
69:15, 74:9,
161:19, 171:20,
196:3, 260:6,
260:12, 271:17,
286:16, 294:21
**might**
22:18, 32:10,
57:18, 65:3,
70:25, 87:3,
90:6, 95:20,
98:16, 102:12,
102:22, 114:14,
114:22, 123:18,
127:20, 127:22,
127:25, 137:10,
137:21, 138:7,
138:8, 139:10,
140:2, 144:7,
147:9, 148:4,
150:24, 154:8,
194:1, 237:23,
295:9, 303:9,
313:4, 321:17,
348:3, 363:22,
411:6, 413:22,
424:1, 434:23,
435:3, 444:3,
448:24, 450:7,
457:1, 459:11
**mike**
465:13

**military**
410:20, 414:15,
417:15
**mind**
126:19, 224:5,
224:15, 236:17,
236:19, 281:18,
293:16, 303:12,
406:19, 415:12,
416:4, 416:8,
457:3
**minds**
407:5, 407:7,
407:8, 407:13
**mine**
237:22
**minimal**
247:12, 247:20
**minute**
30:16, 67:6,
78:18, 78:22,
82:17, 111:9,
113:25, 115:7,
118:16, 239:24,
283:12, 299:24,
300:16, 329:11,
337:4
**minutes**
51:20, 51:24,
54:8, 56:5,
56:7, 56:8,
57:9, 57:13,
58:8, 60:17,
60:21, 64:10,
64:13, 64:19,
65:7, 65:11,
68:7, 68:9,
69:8, 71:12,
71:17, 72:13,
72:25, 74:2,
74:3, 74:7,
74:19, 76:9,
78:6, 78:20,
79:2, 82:17,
83:2, 98:10,
98:14, 106:12,
122:3, 124:4,
125:12, 126:2,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

158

127:3, 128:6,
128:18, 128:20,
132:1, 133:21,
137:16, 143:21,
179:16, 179:17,
188:25, 239:1,
240:11, 240:25,
241:9, 241:20,
244:1, 244:5,
245:23, 246:2,
252:20, 257:24,
258:13, 259:4,
272:20, 275:3,
279:8, 318:19,
318:22, 325:24,
326:1, 338:21,
347:2, 347:6,
354:8, 354:12,
373:8, 373:12,
409:14

**mirrors**
43:22

**mischaracterized**
378:4

**misinterpret**
446:4

**missed**
37:25, 40:2,
86:9, 140:8,
146:23, 285:15,
445:24

**misspelling**
428:9

**mistake**
323:4

**mitch**
20:4

**mitchell**
5:8, 7:17, 9:8,
11:24

**mix**
36:22

**mob**
317:1, 317:2

**mock**
21:24, 54:23,
55:11, 58:3,
141:13, 156:5,

156:6, 451:24

**mocked**
62:20, 63:3,
63:4, 211:15,
211:17, 211:18

**mockery**
155:25

**mocking**
54:25, 55:14,
55:25, 57:24,
63:5, 63:17,
64:2, 72:4,
81:11, 81:12,
81:16, 156:18,
157:1, 157:10,
157:23, 211:21,
211:24, 305:12,
305:18, 315:14,
320:19

**mod**
389:1, 389:2

**model**
43:25

**modern**
24:8

**mohicans**
24:22

**mom**
21:11, 397:2,
424:15

**moment**
56:6, 57:8,
74:1, 84:22,
112:6, 137:19,
151:24, 152:3,
153:22, 172:25,
173:4, 175:23,
191:22, 214:22,
219:8, 238:18,
255:6, 262:12,
262:16, 272:15,
277:17, 318:3,
331:21, 332:23,
400:6, 401:23,
420:25, 464:3

**monday**
3:3, 5:2, 6:2,
7:2, 14:20

**money**
292:21, 365:22

**monitor**
14:21, 249:18

**monterey**
135:14

**month**
440:25, 448:9

**months**
20:23, 437:18,
440:7

**monument**
40:7, 41:1,
45:20, 391:12

**morning**
16:19, 37:16,
38:2, 38:8,
248:11, 252:9,
392:23, 410:7,
430:7

**morrison**
65:1

**most**
20:14, 20:19,
21:8, 26:14,
42:14, 43:2,
47:24, 50:11,
50:12, 52:12,
81:2, 95:16,
97:11, 100:7,
141:6, 153:4,
160:14, 178:14,
216:19, 216:21,
217:12, 217:23,
247:13, 247:16,
247:22, 297:12,
348:18, 363:4,
391:1, 406:1,
410:2, 412:17,
439:16, 442:2,
442:4, 460:18

**mostly**
20:7, 36:15,
39:3, 83:25,
178:10, 297:14,
431:21

**motion**
206:3, 301:9,

302:14, 379:21

**motioned**
336:21

**motivation**
364:11

**motive**
293:21, 340:5,
340:6

**motives**
293:1

**motorized**
53:12

**mouse**
69:10

**mouth**
240:8, 322:7,
322:20, 323:3

**movable**
312:12

**move**
34:25, 70:1,
92:4, 92:13,
92:25, 93:18,
93:22, 111:21,
137:25, 138:19,
165:10, 173:17,
173:20, 175:14,
184:20, 193:9,
193:22, 194:4,
194:10, 194:17,
194:25, 199:7,
202:15, 206:16,
207:9, 207:17,
219:5, 221:4,
224:2, 224:9,
226:8, 232:12,
235:7, 235:8,
235:21, 235:24,
236:5, 237:16,
238:4, 242:17,
246:8, 253:8,
254:2, 254:14,
255:1, 255:18,
255:21, 255:25,
256:3, 259:5,
266:5, 276:17,
276:25, 278:17,
283:3, 283:4,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

159

283:25, 284:1,
284:19, 285:19,
291:23, 297:2,
319:24, 320:14,
320:24, 321:5,
326:2, 346:18,
347:7, 385:19
**moved**
52:13, 92:5,
93:21, 193:18,
206:13, 206:14,
207:15, 208:5,
216:20, 217:4,
217:15, 218:14,
218:17, 218:21,
218:23, 221:23,
224:12, 224:13,
227:1, 228:25,
231:24, 232:2,
236:9, 236:16,
237:19, 238:2,
239:11, 243:4,
243:5, 243:7,
243:14, 246:25,
247:2, 247:3,
247:11, 247:21,
260:25, 265:10,
266:16, 266:18,
271:5, 286:14,
361:7, 390:6,
454:1, 454:4
**movement**
247:20
**movements**
451:12
**moves**
193:8, 237:6,
265:24
**moving**
138:2, 140:13,
147:13, 158:19,
161:16, 161:22,
165:12, 169:6,
169:13, 169:20,
169:23, 170:3,
172:12, 205:19,
207:15, 216:1,
216:2, 216:8,

216:10, 216:13,
217:21, 218:1,
220:5, 226:22,
235:6, 245:12,
245:16, 262:23,
263:2, 263:14,
266:9, 266:23,
267:4, 267:11,
269:11, 279:24,
311:17, 312:2,
390:14
**much**
47:21, 79:20,
88:2, 155:11,
192:11, 224:9,
297:25, 327:12,
343:12, 377:18,
405:22, 406:6,
409:24, 410:4,
422:6, 444:14
**mud**
219:23, 219:25,
220:1
**mulaku**
121:13
**multiple**
106:5, 142:14,
454:2
**multiples**
461:3
**muscles**
29:15
**music**
53:16, 141:10,
141:25
**must**
146:22
**mustache**
201:15, 202:22
**myself**
88:22, 93:10,
141:7, 362:20,
381:8, 406:11,
424:5, 447:22,
465:13

N

**name**
17:18, 17:19,

19:14, 51:9,
59:5, 70:5,
70:6, 70:13,
70:14, 90:17,
112:21, 117:22,
121:13, 135:5,
190:4, 204:18,
259:16, 302:25,
307:3, 329:5,
358:23, 360:8,
361:24, 362:2,
362:22, 370:17,
370:24, 371:2,
375:13, 386:17,
386:20, 388:17,
388:25, 389:2,
413:3, 433:4,
434:17
**named**
51:8, 195:18,
302:24, 354:22,
355:1
**names**
18:4, 25:6,
69:25, 179:24,
244:22, 307:15,
361:18, 386:15,
414:3, 442:4,
460:2
**naming**
116:18
**nar**
197:17
**narrative**
411:10, 414:19,
414:23
**natalie**
6:5, 10:12,
15:22, 250:17,
465:6
**nate**
18:7
**nathan**
5:13, 9:13,
15:4, 15:7,
18:5, 48:22,
52:12, 93:25,
132:24, 135:15,

136:17, 136:19,
136:25, 137:15,
137:16, 138:17,
145:13, 155:5,
157:14, 162:3,
163:6, 166:5,
167:13, 172:6,
185:25, 186:14,
197:5, 203:11,
217:24, 248:7,
250:3, 261:9,
261:20, 270:15,
271:10, 271:22,
272:1, 272:18,
273:16, 274:17,
286:12, 286:15,
305:5, 317:22,
338:16, 338:19,
339:4, 339:8,
339:9, 339:17,
340:1, 340:5,
340:13, 342:1,
343:8, 343:14,
343:18, 343:20,
343:23, 344:7,
344:11, 347:1,
350:8, 351:24,
352:8, 354:19,
365:6, 365:11,
371:17, 398:22,
401:12, 407:17,
417:21, 418:11,
418:15, 419:4,
419:7, 465:2
**national**
40:9, 359:22,
391:11, 392:9,
423:11
**nationally**
26:6, 424:23
**native**
23:7, 23:9,
23:17, 23:22,
23:24, 24:1,
24:5, 24:11,
24:14, 24:17,
24:19, 24:25,
47:15, 49:6,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

160

49:9, 52:16,
52:22, 67:13,
80:24, 133:2,
133:10, 141:20,
141:22, 142:8,
142:20, 142:22,
145:2, 149:25,
154:5, 154:20,
155:3, 155:9,
157:20, 175:6,
175:7, 194:21,
210:20, 210:24,
211:2, 211:4,
211:9, 276:5,
305:1, 333:21,
372:3, 422:24,
423:9, 423:15,
428:16, 428:23,
429:1
**natural**
1:7, 1:17,
1:30, 2:3, 2:13,
2:28
**nature**
227:23, 382:18
**nazi**
423:6
**nbc**
104:6, 158:9,
345:6, 407:16,
426:9, 464:22
**nbcuniversal**
1:13, 7:11,
11:18, 14:4,
249:1, 250:6
**ncbuniversal**
15:14
**nd**
395:13, 408:13,
408:15, 408:21,
410:8
**near**
133:8, 277:18
**necessarily**
101:20, 190:4,
216:12, 270:25,
289:23, 314:20,
354:1, 362:3,

444:11, 459:3
**need**
17:14, 115:18,
115:25, 173:17,
176:17, 182:13,
182:25, 191:7,
192:1, 209:19,
210:5, 234:13,
243:3, 247:6,
251:14, 256:15,
266:2, 274:12,
282:16, 292:5,
398:16, 398:19,
400:20, 400:21,
436:3, 459:21
**needed**
21:4, 50:23,
104:25, 276:24,
278:7, 361:23,
364:25, 399:11,
431:23, 432:5,
433:14
**needs**
42:25, 154:1,
183:7, 339:16,
402:21
**negative**
50:2, 53:17,
67:16, 81:7,
439:17
**negatively**
402:23
**neighbor**
43:6
**neither**
466:11
**network**
2:20, 6:19,
7:4, 11:4,
11:12, 15:21
**neutral**
320:22
**never**
21:21, 23:23,
27:25, 34:21,
34:22, 35:24,
41:25, 80:4,
80:12, 91:6,

98:18, 126:19,
140:7, 152:4,
163:4, 171:5,
186:22, 211:20,
221:2, 226:23,
238:13, 238:15,
256:1, 276:2,
276:4, 279:5,
293:7, 309:5,
323:10, 350:12,
363:14, 383:11,
390:4, 390:5,
390:6, 401:19,
413:8, 417:14,
433:16, 434:25,
439:17, 443:16
**new**
1:23, 1:24,
7:9, 7:12,
11:16, 11:19,
14:6, 15:14,
32:19, 104:7,
249:3, 250:6,
345:6, 363:22,
380:12, 383:21,
399:13, 435:11,
437:17, 464:22
**newer**
437:14
**news**
1:36, 2:9,
5:10, 5:11,
5:19, 6:3, 9:10,
9:11, 10:3,
10:10, 14:8,
14:11, 15:8,
15:23, 16:16,
179:9, 249:5,
249:8, 252:6,
271:2, 292:1,
410:3, 424:24,
455:5
**next**
24:9, 30:20,
39:24, 43:11,
46:6, 56:23,
78:6, 104:2,
125:2, 147:19,

158:9, 169:1,
185:18, 216:14,
223:18, 223:24,
232:18, 260:4,
263:22, 275:7,
301:13, 302:24,
334:1, 347:13,
355:22, 385:1,
398:3, 402:16,
408:16, 409:2,
435:10, 455:14,
455:20, 457:5
**nice**
50:8, 453:4
**nicholas**
1:6, 1:16,
1:29, 2:2, 2:12,
2:27, 3:1, 4:1,
13:2, 14:2,
14:3, 14:5,
14:8, 14:10,
14:12, 14:15,
15:10, 16:11,
17:19, 248:22,
248:24, 248:25,
249:2, 249:5,
249:7, 249:9,
249:12, 250:2,
252:2, 394:12
**nick**
16:2, 16:19,
16:20, 60:3,
61:20, 68:25,
93:4, 93:8,
97:5, 103:11,
106:20, 107:5,
107:10, 117:6,
134:22, 159:18,
160:22, 167:16,
167:19, 172:17,
176:21, 177:1,
180:13, 181:14,
183:15, 191:17,
195:12, 200:4,
204:12, 206:12,
219:2, 227:10,
228:4, 234:24,
235:8, 242:16,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

161

243:13, 244:8,
246:5, 250:23,
252:9, 259:12,
259:14, 268:23,
275:22, 282:25,
285:20, 285:22,
285:23, 287:19,
290:15, 290:21,
294:18, 306:3,
306:8, 325:2,
325:19, 337:15,
356:3, 359:21,
370:6, 376:13,
377:11, 377:23,
379:18, 380:18,
380:19, 380:24,
389:21, 395:21,
401:24, 405:15,
408:8, 427:2,
427:22, 452:21,
458:8, 458:10,
458:14, 459:14,
460:23, 461:8,
461:24
**nick's**
235:9, 329:21,
380:17, 403:3
**nickname**
26:9, 26:13,
209:10
**night**
37:12, 188:9
**nine**
202:15, 202:17
**ninth**
19:4, 19:5
**nobody**
148:12, 174:13,
230:10
**noise**
143:6
**nolan**
18:5, 18:7
**none**
91:12, 121:19,
156:5, 165:4,
298:25, 332:1,
384:19, 386:24,

391:18, 447:11
**normal**
17:8, 150:12,
208:9, 260:2
**normally**
323:16
**north**
333:21
**northern**
1:3, 14:19,
42:1, 186:4,
249:16, 408:19
**northwest**
5:16, 9:16
**nos**
1:40
**notarial**
466:16
**notary**
4:10, 466:2,
466:23
**note**
165:22, 187:20,
345:3
**notes**
285:2
**nothing**
152:4, 188:12,
190:8, 340:12,
379:20, 380:20,
422:7, 438:14
**notice**
4:9, 47:14,
108:2, 111:18,
122:22, 124:7,
133:4, 140:25,
422:25
**noticeable**
247:13, 247:15,
247:17
**noticed**
47:10, 132:25,
133:1, 133:2,
133:7, 271:23,
440:4
**noticing**
254:12
**notified**
89:20, 360:2

**notre**
34:10, 36:9,
36:10, 54:18,
153:14, 181:23,
233:24, 242:2
**november**
20:20, 290:4
**ns**
168:7, 181:15,
191:18, 259:13,
275:18, 276:1,
290:15, 294:19,
305:23, 308:2,
337:5, 337:11,
341:11, 341:12,
406:10, 419:25,
421:10, 427:20
**number**
14:4, 14:7,
14:9, 14:12,
14:14, 14:17,
51:14, 166:11,
167:10, 249:1,
249:4, 249:6,
249:9, 249:11,
249:14, 260:15,
260:18, 260:22,
290:20, 291:25,
294:19, 294:20,
341:8, 369:4,
377:24, 393:20,
419:2, 434:15,
439:14, 441:14,
458:22, 458:23,
459:14, 460:21,
461:3
**numbered**
181:15, 461:9
**numbers**
100:20, 259:13,
290:14, 433:12

**O**

**o'clock**
38:2, 48:4
**object**
243:3, 312:12,
312:13, 312:19,

383:9, 383:10,
383:11, 445:21
**objected**
379:16
**objection**
44:7, 44:14,
55:1, 57:25,
58:15, 58:24,
61:24, 62:12,
62:19, 63:20,
64:4, 77:20,
84:23, 85:3,
86:7, 92:1,
96:17, 99:9,
108:7, 110:5,
110:15, 113:4,
119:7, 124:11,
124:19, 125:7,
127:9, 127:23,
128:13, 129:7,
130:2, 139:3,
140:18, 144:18,
145:11, 149:3,
149:8, 149:17,
150:7, 152:11,
154:21, 157:24,
174:7, 176:13,
189:15, 199:5,
203:2, 207:11,
207:19, 207:25,
213:24, 215:24,
217:6, 217:18,
217:22, 220:23,
221:1, 232:13,
234:23, 237:14,
238:7, 238:11,
253:22, 254:7,
254:24, 255:7,
255:15, 257:9,
257:16, 258:7,
261:18, 262:14,
263:5, 263:9,
263:16, 263:20,
264:23, 265:2,
266:10, 266:25,
267:14, 269:15,
274:22, 276:15,
277:1, 277:21,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

162

278:9, 279:18,
280:3, 281:25,
284:14, 285:9,
285:12, 285:15,
295:15, 304:16,
305:3, 308:22,
317:14, 328:18,
329:2, 334:9,
377:5, 379:10,
383:4, 383:6,
384:3, 387:18,
400:23, 407:9,
412:4
**observation**
312:2
**observe**
451:11
**observed**
175:23, 454:2
**obtained**
160:4
**obtaining**
446:23
**obvious**
95:1, 96:12,
97:19, 127:10,
254:14, 340:24
**obviously**
45:5, 49:24,
93:20, 98:3,
115:24, 146:12,
173:1, 179:21,
192:5, 197:4,
197:20, 239:19,
261:2, 261:8,
288:2, 375:16,
429:9, 439:16,
444:18, 444:21,
448:4
**occupations**
21:10
**occurred**
391:19
**occurs**
34:6
**oceanic**
32:20
**odd**
200:14

**offered**
362:12
**offers**
277:10
**office**
20:6, 362:6,
412:8
**officer**
466:3
**official**
360:16, 405:25
**officially**
18:17
**often**
106:4, 153:11,
184:12
**oh**
21:15, 71:2,
88:23, 89:2,
97:18, 98:3,
104:3, 129:13,
172:1, 177:8,
197:3, 234:11,
236:18, 296:24,
355:6, 392:14,
407:10, 438:17,
458:25
**ohio**
6:16, 10:23
**old**
17:21, 17:22,
18:6, 100:9,
129:12, 129:18,
130:9, 306:24,
311:2, 431:16,
438:20
**older**
70:12, 70:13,
193:6, 194:1,
194:7, 194:8,
291:1, 433:13,
436:20, 436:24
**once**
32:22, 32:23,
34:19, 48:15,
67:11, 91:17,
98:5, 148:23,
183:24, 339:10,

354:5, 392:4,
415:25, 449:4,
450:25, 451:5
**one's**
328:2
**one-line**
331:6
**one-offs**
442:5
**ones**
28:1, 69:24,
90:7, 95:7,
123:19, 355:19,
369:9, 370:18,
388:5, 443:9,
443:10
**online**
413:7, 414:8,
414:12, 416:19,
437:20, 455:17
**only**
24:19, 36:25,
49:25, 69:24,
78:3, 140:10,
150:3, 166:16,
173:13, 190:23,
196:1, 219:3,
251:5, 255:14,
262:18, 263:14,
266:9, 266:22,
269:10, 275:8,
275:11, 280:23,
282:20, 282:24,
315:3, 353:4,
363:11, 377:2,
377:6, 381:8,
382:8, 387:7,
405:4, 406:11,
410:11, 431:13,
433:20, 438:10,
441:6, 442:5,
445:16, 447:15,
449:14, 449:20,
455:24
**open**
377:16, 458:19
**operate**
262:2

**opinion**
42:22, 44:22,
59:4, 59:12,
84:22, 97:1,
97:3, 116:14,
120:25, 136:2,
138:13, 138:22,
154:14, 155:12,
189:10, 210:14,
214:14, 254:20,
255:14, 257:18,
259:7, 271:18,
280:6, 280:9,
292:6, 296:23,
298:13, 375:15,
384:5, 420:20,
420:21
**opponents**
27:16, 27:17
**opportunity**
35:15, 67:25,
350:14, 400:17
**opposing**
316:6
**opposite**
207:22, 235:16,
388:1, 405:4
**option**
121:6, 185:8,
259:1, 277:6,
404:24
**oral**
452:11, 453:17
**orange**
163:21
**order**
27:24, 104:14,
182:11, 408:14,
415:23, 427:14,
459:20
**orders**
464:7, 464:20,
465:9
**ordinary**
262:10
**organization**
178:18, 178:24
**organize**
362:5, 382:24

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

163

organized
26:15, 47:15,
96:10, 123:7,
361:25
organizing
20:7, 343:21,
343:24, 361:2,
425:22
organs
82:4, 384:10
origin
154:10
original
171:12, 363:4
originally
193:21, 395:24,
440:13
origins
210:11
orioles
27:12
others
93:17, 133:25,
134:13, 155:15,
156:25, 180:18,
180:23, 211:3,
303:20, 366:10,
366:19
otherwise
102:7, 466:14
ourselves
121:11, 127:16
outcome
466:14
outmatched
99:7, 99:23,
100:21, 128:12
outnumber
114:2
outside
38:3, 53:5,
332:3
outsider
32:5
outward
73:21
over
36:6, 41:6,

41:16, 88:3,
88:20, 93:10,
94:1, 98:1,
100:24, 101:1,
101:12, 102:4,
119:25, 133:7,
166:18, 167:5,
170:17, 170:20,
197:16, 203:4,
203:11, 220:1,
220:10, 221:23,
222:20, 223:11,
231:24, 232:2,
233:7, 233:10,
242:17, 245:12,
245:13, 245:16,
246:8, 246:25,
247:3, 247:21,
265:25, 267:25,
271:15, 273:6,
279:13, 292:12,
321:25, 337:25,
338:5, 338:9,
343:10, 352:12,
353:5, 363:23,
363:24, 373:6,
385:16, 385:18,
390:5, 405:21,
420:13, 421:23,
425:9, 436:3
owensboro
372:16, 372:19
own
24:4, 40:18,
94:7, 95:9,
197:6, 285:3,
338:5, 344:20,
378:13, 381:9,
382:9, 385:20,
400:21, 433:3
owners
66:5

P

p-i-p-e-e-e
428:5
packed
39:16, 166:19,

167:6, 167:8,
226:25
page
13:2, 13:11,
13:12, 13:13,
13:14, 13:15,
97:23, 168:6,
169:9, 172:19,
172:20, 182:1,
182:23, 183:9,
183:10, 187:18,
191:2, 191:18,
195:8, 195:9,
196:2, 196:4,
268:25, 269:1,
275:25, 280:23,
290:19, 291:24,
305:24, 305:25,
307:22, 307:23,
337:5, 381:12,
397:19, 398:1,
406:9, 427:16,
427:17, 459:15,
460:20
pages
1:41
paid
20:24, 21:1
paley
209:1, 209:4,
449:10, 449:17
pans
385:16
paper
35:11, 61:16,
288:3, 426:14,
426:19
paragraph
103:12, 104:5,
104:6, 104:7,
104:8, 182:23,
191:21, 276:2,
282:20, 337:6,
337:12, 337:13,
337:16, 344:17,
344:19, 398:4,
398:10, 398:14,
403:22

paragraphs
282:5, 345:5
parents
1:7, 1:17,
1:30, 2:3, 2:13,
2:28, 17:25,
18:1, 21:9,
35:12, 291:5,
291:20, 293:5,
400:1, 400:8,
400:12, 401:3,
406:3, 406:5,
424:22, 425:10,
430:4, 430:14,
457:13, 457:15
park
79:8
parked
38:3
parking
34:10
parkman
8:2, 12:2,
14:23, 249:20
part
27:14, 40:3,
50:13, 52:12,
53:2, 65:1,
85:22, 90:21,
93:20, 96:12,
106:5, 114:21,
123:21, 132:20,
134:4, 140:1,
144:2, 157:13,
160:14, 163:5,
163:6, 174:10,
178:15, 191:13,
193:5, 203:10,
203:23, 215:25,
225:6, 239:15,
247:13, 247:16,
271:25, 286:3,
286:17, 288:19,
316:11, 338:9,
341:21, 359:22,
369:14, 369:15,
399:3, 406:2,
408:21, 413:13,

424:21, 436:9,
437:6, 437:10
**parted**
198:25, 215:20,
220:6, 228:25,
239:11
**particular**
22:3, 23:16,
24:13, 26:9,
48:7, 92:19,
119:13, 121:15,
121:18, 137:19,
191:2, 382:19,
422:8
**particularly**
24:15, 76:5,
80:2, 103:15,
112:21, 283:11,
294:20
**parties**
104:12, 105:3,
369:5, 466:12
**parting**
158:17, 161:16,
173:6, 189:13,
193:8, 194:3,
215:23, 264:4
**partly**
295:9, 297:24
**parts**
44:2, 207:4,
301:1, 451:16
**party**
253:25
**pass**
224:16
**passing**
133:9
**past**
20:2, 29:20,
308:23, 316:12,
320:2, 320:6,
325:8, 417:21,
437:17, 440:11,
449:2
**pasted**
179:23
**pastovich**
362:23, 362:25

**path**
158:21, 199:4,
199:15, 225:3,
233:21, 237:13,
237:20, 238:5,
261:1, 261:4,
261:13
**patrick**
69:11
**pause**
62:6, 132:13,
246:15, 334:1,
356:22, 358:3,
369:22
**paused**
57:9, 57:13,
58:8, 60:20,
65:10, 68:6,
71:16, 74:18,
78:22, 79:1,
83:1, 108:21,
108:25, 115:6,
118:12, 118:16,
150:17, 160:6,
209:18, 213:11,
221:17, 222:1,
222:5, 223:4,
226:3, 228:3,
239:7, 241:20,
244:5, 245:9,
246:2, 258:13,
299:24, 311:11,
312:10, 316:15,
316:19, 318:22,
319:13, 319:21,
323:19, 324:20,
330:5, 334:5,
336:18, 345:14,
348:9, 351:22,
356:19, 371:14,
372:14, 373:11,
375:2, 389:12
**pausing**
152:16, 313:2,
385:6
**pay**
35:17, 111:22,
252:11

**paying**
47:21, 109:13,
164:18, 164:20,
165:5, 165:8,
223:1, 297:12,
308:17, 311:22,
371:20
**pdf**
464:23
**peeled**
40:18
**pejoratives**
381:4
**penis**
304:7, 304:14
**penske**
6:12, 10:19,
250:21
**people's**
163:5, 180:16,
189:22, 271:16,
274:15, 325:7,
338:6, 342:10,
342:18, 342:21,
344:1, 346:16
**peoples**
47:4, 53:18
**pepper**
68:13
**perceive**
85:25, 96:24,
97:18, 102:23,
154:4, 155:15,
156:18, 169:23,
170:3, 173:4,
213:21, 214:15,
269:16, 279:19,
280:4, 315:15,
339:2, 407:12
**perceived**
94:17, 102:11,
103:22, 105:20,
105:23, 116:3,
123:2, 127:14,
146:16, 156:25,
157:4, 157:10,
157:15, 157:22,
169:12, 169:15,

172:12, 176:5,
199:3, 199:14,
203:15, 203:21,
218:1, 263:14,
269:13, 279:16,
279:23, 279:25,
305:8, 305:11,
305:18, 315:14,
317:12, 341:1,
404:7
**perceiving**
158:3, 445:18
**percent**
46:12, 130:18,
191:1, 275:2,
379:7, 389:7
**percentage**
97:5
**perception**
158:6, 185:2,
196:23, 200:21,
200:23, 204:4,
211:23, 263:1,
266:23, 279:3,
279:5, 318:8,
318:14
**perfect**
43:21, 423:2
**perfectly**
380:13
**perhaps**
72:9
**period**
435:21, 443:23
**permission**
89:17, 89:23,
90:4, 291:5,
293:7
**person**
28:15, 28:18,
43:10, 56:12,
56:13, 66:20,
70:19, 70:20,
90:8, 90:9,
102:22, 119:18,
119:24, 128:11,
132:23, 145:9,
154:13, 155:11,

157:20, 193:6,
193:8, 194:1,
194:2, 194:8,
201:11, 221:6,
224:20, 225:10,
225:20, 255:20,
275:9, 275:12,
295:25, 296:4,
315:4, 332:8,
342:16, 357:13,
357:14, 357:15,
358:5, 361:22,
373:17, 374:21,
389:15, 389:17,
403:8, 403:18,
404:19, 406:10,
411:24, 434:4,
461:24

**personal**
138:21, 184:9,
184:12, 271:5,
317:8, 367:13,
433:3

**personality**
178:8

**personally**
41:9, 89:10,
93:9, 109:21,
272:25, 297:21,
310:8, 364:9,
393:23, 399:9,
433:1

**persons**
65:19, 66:21,
142:20, 450:6

**perspective**
103:21, 143:18,
207:14

**perspectives**
106:7, 146:14

**peter**
69:21, 69:22

**petty**
288:5, 288:7

**phase**
191:1, 377:22,
379:20, 379:21,
393:1, 455:19,

455:20

**philosophy**
18:24

**phone**
46:9, 49:2,
163:22, 167:21,
181:17, 187:14,
291:25, 306:20,
306:23, 357:9,
391:21, 392:6,
396:25, 405:21,
405:22, 425:2,
425:5, 425:9,
435:11, 435:22,
435:24, 436:6,
436:12, 436:15,
436:18, 436:20,
436:24, 437:14,
437:22, 437:25,
438:17, 438:20

**phones**
165:23

**phonetically**
25:8, 56:24,
70:18, 121:14,
274:16, 358:24

**photo**
61:18, 61:21,
61:22

**photos**
462:14

**phrase**
65:22, 103:14,
365:25, 384:7

**physical**
32:4, 98:23,
99:3, 114:23,
135:16, 147:10

**physically**
100:7, 138:5,
157:7, 164:15,
165:19, 166:9,
167:11, 198:23,
218:19, 220:4,
224:23, 256:3,
276:18

**physician**
285:25

**pick**
43:20, 112:10

**picked**
28:12, 28:20,
57:23, 86:18

**picking**
93:20

**picture**
111:25, 166:19,
205:4, 242:7,
291:8, 291:13,
446:22, 458:16,
458:23, 460:22,
461:14

**pictures**
170:6, 447:15,
448:1, 458:15,
461:20

**piece**
35:11, 391:18,
426:14, 426:19

**pieces**
409:23, 410:12

**piles**
234:3, 234:9,
234:10, 234:22

**pinned**
225:4, 418:14,
418:24, 419:10

**pipe**
428:6, 428:7,
428:16, 429:25

**pitched**
43:7

**pius**
19:16

**place**
14:25, 27:16,
52:11, 77:6,
151:21, 153:23,
173:10, 194:16,
219:16, 249:22,
279:25, 333:22,
350:4, 369:2

**placed**
226:15

**placement**
23:9

**placing**
419:6

**plaintiff**
1:10, 1:20,
1:33, 2:6, 2:16,
2:31, 5:3, 9:3,
250:2, 250:22

**plan**
197:4

**plane**
416:25, 417:17

**planet**
8:8, 12:8,
14:24, 16:7,
249:21, 250:25

**planned**
272:15

**planning**
273:18

**plant**
175:11

**planted**
278:17, 279:11

**platform**
447:15

**play**
22:14, 27:17,
29:22, 29:24,
34:20, 51:17,
58:4, 71:12,
73:9, 82:18,
84:3, 107:8,
111:7, 136:10,
142:14, 202:16,
208:9, 208:13,
221:7, 224:8,
227:24, 229:10,
245:22, 246:21,
280:19, 288:1,
301:22, 302:2,
310:21, 311:12,
313:7, 319:6,
319:7, 320:1,
321:12, 322:19,
323:16, 323:20,
324:22, 326:19,
334:1, 335:16,
347:12, 364:13,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

166

367:21, 386:9,
437:6, 437:10
**player**
242:22
**players**
100:18, 270:9
**playing**
34:24, 53:16,
68:3, 79:10,
111:8, 119:22,
126:1, 141:16,
141:19, 142:1,
142:5, 142:8,
144:15, 155:19,
245:23, 258:9,
315:4, 318:18,
320:8, 328:7,
416:8
**plays**
180:17
**pleasant**
340:22
**please**
15:2, 16:8,
104:17, 242:25,
249:24, 251:2,
397:2, 402:15,
403:2, 403:5,
464:3, 464:11
**plla**
5:6, 9:6
**plus**
439:15
**pointed**
78:23, 164:25,
419:8, 460:19
**pointing**
70:16, 78:13,
78:15, 104:16,
105:9, 105:10,
121:16, 160:22,
204:15, 228:7
**points**
67:13, 79:12,
338:25, 343:18,
398:24
**police**
53:18

**political**
198:19
**politically**
22:23
**politics**
18:24, 424:8
**poll**
157:18
**pool**
79:12
**poor**
121:4
**poorly**
305:7
**popping**
217:1
**popular**
178:9, 435:2
**portable**
431:18
**portion**
182:19, 183:9,
187:17, 195:8,
199:19, 281:16,
282:17, 305:24,
307:7, 307:22,
309:15, 354:16,
427:16, 463:18
**portions**
13:10, 192:6
**pose**
356:22
**position**
156:13, 455:1
**positioned**
297:13
**positive**
40:16, 110:13,
206:15, 292:15
**possession**
159:17
**possible**
17:2, 61:25,
63:18, 66:22,
84:16, 86:17,
125:8, 136:15,
136:18, 140:7,
150:3, 192:12,

207:16, 232:11,
232:14, 237:11,
237:25, 238:10,
238:12, 257:3,
263:12, 263:17,
266:6, 279:15,
309:9, 371:19,
414:25, 417:12,
417:16, 461:6
**possibly**
176:5, 454:19
**post**
272:16, 274:15,
288:20, 447:15
**posted**
272:23, 287:20,
448:11
**poster**
198:12
**posters**
47:11, 73:23,
92:8
**posting**
449:24
**potential**
20:15, 415:4
**potentially**
98:20, 193:13,
218:24, 395:25,
451:19, 457:8,
457:14
**pounds**
99:25
**ppe**
18:24
**practices**
98:3
**praising**
26:12
**prayer**
143:13, 171:1,
171:22, 171:23,
401:15, 411:18,
411:21, 415:8,
415:19, 416:13
**prayers**
416:11
**praying**
416:14

**prefer**
236:5, 281:20
**premise**
101:21
**premised**
445:25
**prep**
248:12
**prepare**
426:8
**prepared**
394:2, 396:4,
405:15, 419:9
**prerogative**
94:21
**presence**
454:9
**present**
8:1, 12:1,
21:17, 141:5,
308:23, 419:18,
440:6, 450:21,
455:13
**presented**
63:23
**preserve**
441:2, 441:5
**preserved**
435:25
**president**
42:13, 42:24,
44:23, 50:2,
75:24, 77:17,
364:6, 364:8
**presiding**
394:1
**press**
426:3
**pressure**
189:18
**presume**
406:18
**pretty**
22:19, 26:15,
41:13, 46:24,
63:12, 68:21,
78:17, 87:22,
95:1, 96:11,

97:19, 111:21,
114:11, 121:19,
127:10, 148:13,
171:9, 202:10,
206:15, 273:4,
287:15, 291:3,
328:19, 328:21,
329:7, 331:15,
367:12, 368:6,
405:22, 413:4,
445:4, 458:14
**preventing**
220:4
**previous**
38:18, 88:24,
103:25, 448:13
**previously**
13:7, 252:2
**prime**
43:4
**principal**
32:8, 259:21,
262:22, 295:23,
397:1, 398:15
**print**
180:11, 291:5
**printed**
293:10
**printing**
293:23
**prior**
49:4, 133:13,
299:8, 299:14,
344:11, 442:10
**priority**
303:14, 456:8
**private**
19:21
**pro-life**
434:17
**probably**
35:25, 38:1,
41:12, 43:4,
62:1, 100:4,
100:12, 133:7,
134:15, 186:8,
194:25, 219:20,
297:17, 303:17,

305:6, 306:17,
311:20, 315:12,
315:18, 335:14,
343:2, 343:10,
353:11, 353:14,
364:10, 370:24,
373:18, 376:25,
384:7, 407:2,
433:13, 440:6,
442:19, 452:7,
453:4, 453:9,
455:19
**problem**
46:11, 439:12
**proceed**
182:24, 251:24
**proceedings**
59:23, 103:6,
131:20, 172:19,
200:1, 268:25,
281:9, 294:13,
359:16, 408:3,
458:2, 460:12
**proceeds**
418:18
**process**
362:8, 405:16,
405:20, 436:9
**produce**
435:3, 437:4
**produced**
51:12, 159:5,
159:25, 167:20,
178:2, 201:22,
341:7, 363:11,
363:16, 393:12,
394:20, 419:23,
419:24, 421:10,
427:1, 436:10,
437:5, 438:25,
443:4
**product**
363:6
**professional**
289:20, 342:9,
365:7, 365:18,
365:20, 366:4,
366:5, 366:10,

366:20, 433:15
**profile**
164:13
**programs**
262:8
**progresses**
147:14
**projected**
292:14
**projects**
295:7
**prolife**
42:13, 196:14
**promote**
197:3, 198:4
**promoted**
196:18, 197:9,
197:14
**promoting**
196:13
**prompted**
332:11
**proposal**
397:13, 398:11,
398:15, 402:14,
402:17, 402:19,
402:22, 403:3,
403:14
**proposed**
397:9, 404:11
**proposing**
397:15
**protect**
23:3, 428:1
**protecting**
42:18
**protective**
182:11, 427:14
**protectors**
428:2, 428:22
**protest**
52:6, 175:19,
365:14
**protester**
276:6
**protesting**
52:9
**protestor**
365:7, 365:19,

365:21, 366:4
**protestor's**
337:20, 337:22
**protestors**
50:18, 366:10,
366:20, 407:4,
417:6, 417:18
**prove**
275:6, 334:23,
376:13, 385:14
**provide**
414:14, 453:13
**provided**
414:4
**providing**
452:3, 452:10
**provisions**
183:2
**provocative**
64:6, 114:11,
114:19
**psychological**
281:14
**public**
4:10, 38:23,
170:24, 171:18,
191:7, 224:17,
275:23, 317:18,
337:2, 377:24,
381:6, 395:25,
396:16, 405:14,
409:19, 430:10,
466:2, 466:23
**publicly**
396:4, 410:9,
414:7
**pull**
61:14
**pulled**
46:19, 61:21
**punished**
411:6
**purely**
293:22
**purpose**
27:15, 35:2,
90:21, 397:12,
401:14, 423:24,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

168

439:5
**purposes**
248:12, 282:4,
420:22
**pursuant**
4:9
**pushing**
156:13
**put**
30:18, 57:20,
61:17, 69:25,
163:13, 176:20,
190:25, 219:15,
243:18, 256:6,
285:3, 320:25,
357:19, 364:12,
369:21, 380:2,
404:23, 407:15,
408:16, 409:11,
419:2, 449:20,
463:1, 463:3
**put-together**
433:14
**putting**
22:7, 31:13,
191:2, 282:4,
380:24, 463:5
**puzzled**
94:2

**Q**

**quality**
432:6
**question**
17:2, 30:17,
44:8, 62:7,
64:24, 72:19,
72:20, 75:18,
76:13, 76:14,
86:14, 92:24,
93:5, 102:16,
140:22, 149:9,
149:13, 149:15,
156:14, 156:15,
159:19, 171:9,
172:24, 180:1,
186:22, 227:11,
234:15, 234:18,

235:9, 235:19,
236:22, 237:24,
237:25, 243:6,
254:17, 261:12,
261:19, 266:11,
267:1, 267:10,
268:13, 268:17,
268:24, 269:8,
281:25, 282:25,
285:22, 285:24,
286:23, 298:4,
299:3, 308:25,
376:18, 376:19,
378:6, 383:22,
384:4, 384:23,
384:25, 418:5,
423:19, 429:14,
452:22, 457:6,
461:16
**questioning**
380:12, 382:18
**questions**
17:1, 17:4,
22:17, 82:20,
191:3, 192:7,
216:4, 267:22,
268:8, 281:17,
281:24, 377:14,
377:20, 380:5,
380:10, 383:13,
383:15, 392:25,
422:14, 426:11,
426:15, 445:19,
445:24, 450:12,
454:23, 463:24,
463:25
**quick**
30:17, 71:3,
240:10, 287:15,
307:10, 407:17,
407:20
**quickly**
134:16, 199:7,
239:15, 357:2
**quiet**
316:8
**quite**
228:15, 384:20,

441:16
**quiz**
130:3, 130:19
**quote**
90:22, 103:13,
368:15, 381:7
**quoted**
284:25, 296:17
**quotes**
192:17
**quoting**
303:20, 303:23,
303:24

**R**

**race**
398:17, 398:20,
399:6, 399:12,
399:14, 399:20,
400:14, 400:22,
400:25
**races**
381:10, 406:13
**racial**
86:2, 270:9
**racially**
387:16, 387:22
**racism**
388:1
**racist**
81:21, 82:5,
82:7, 103:16,
104:1, 381:16,
382:1
**raise**
316:10
**raised**
193:5, 195:2,
212:9
**raising**
123:14
**rallies**
366:1
**rally**
45:13, 45:17,
47:3, 116:23,
150:1, 163:5,
271:16, 338:6,

343:21, 343:25,
344:1, 346:16,
418:16
**ran**
46:20, 219:24
**random**
163:3, 274:10,
431:23, 433:11,
434:4
**randomly**
97:21
**rather**
22:15, 190:24,
289:19, 289:24,
377:20
**rd**
408:10, 466:17
**reached**
124:3, 423:22
**reaching**
179:6, 423:24
**reacting**
262:18
**reaction**
50:15, 63:21,
80:25, 127:7,
261:5, 271:4,
271:7, 271:11,
303:5, 334:7,
334:13, 372:25,
421:3
**reacts**
304:2
**read**
24:13, 24:16,
24:20, 24:21,
28:2, 86:22,
87:21, 168:21,
168:25, 172:10,
172:14, 172:18,
172:20, 177:10,
177:12, 181:7,
191:21, 192:14,
192:16, 267:18,
268:3, 268:6,
268:18, 269:1,
281:4, 306:24,
307:1, 337:8,

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Nicholas Sandmann

Conducted on 9/13/2021 & 9/14/2021

169

344:15, 376:18,
398:5, 398:9,
401:23, 426:14
**readable**
119:10
**reading**
24:5, 24:10,
142:16, 142:24,
177:7, 177:11,
466:10
**reads**
347:18
**ready**
16:13, 16:14,
124:2, 132:9
**reagan**
45:5
**real**
71:3, 129:15,
129:23, 307:10
**reality**
237:20, 279:7
**realize**
295:10, 375:25,
384:21, 387:1
**realized**
21:25, 185:7,
259:1, 259:5,
262:22, 263:2,
263:13, 266:8,
266:22, 433:13
**realizes**
375:18
**really**
25:22, 34:24,
36:1, 41:14,
49:2, 50:2,
56:15, 65:17,
65:20, 80:14,
82:4, 91:9,
98:18, 104:24,
111:22, 115:18,
115:25, 116:12,
129:8, 129:11,
137:13, 141:4,
141:13, 144:22,
144:25, 153:23,
154:10, 154:14,

156:15, 179:6,
184:20, 196:1,
199:7, 210:13,
211:11, 213:25,
214:2, 217:23,
220:15, 224:8,
229:15, 253:19,
257:10, 257:12,
262:15, 267:24,
282:24, 286:15,
286:21, 296:8,
296:13, 303:5,
303:12, 303:13,
310:13, 315:2,
334:13, 347:23,
348:18, 353:7,
353:13, 354:4,
359:9, 370:3,
371:19, 373:2,
379:22, 379:24,
380:23, 387:20,
391:18, 393:1,
403:18, 406:6,
416:2, 416:10,
426:4, 430:1,
431:14, 433:20,
434:6, 434:25,
447:16, 452:21
**realtime**
107:9, 162:7,
213:2, 227:25,
243:25
**rear**
325:16
**reason**
24:7, 29:14,
35:22, 41:21,
51:3, 58:1,
80:11, 114:4,
121:15, 121:18,
139:9, 145:8,
147:8, 148:3,
156:16, 156:17,
156:20, 156:21,
184:25, 191:6,
194:15, 210:6,
224:9, 270:22,
279:16, 284:3,

348:25, 403:20,
420:19
**reasonable**
137:9, 137:12,
137:14, 138:6,
255:11, 255:14
**reasonably**
105:20, 255:4
**reasons**
142:11, 142:14,
200:11, 415:19
**recall**
20:23, 24:12,
24:20, 29:21,
33:6, 39:12,
45:11, 45:25,
48:11, 48:21,
53:3, 53:9,
65:3, 66:24,
150:25, 186:7,
186:11, 187:9,
187:15, 200:25,
282:21, 285:4,
285:18, 286:9,
287:1, 297:11,
298:16, 299:12,
332:22, 333:5,
333:23, 345:22,
353:17, 362:22,
368:23, 374:4,
391:14, 392:20,
408:20, 419:20,
427:10, 442:12,
442:15, 445:2,
451:7, 456:6,
456:22
**recalled**
252:3
**recancel**
377:11
**receive**
439:3, 450:1
**received**
167:24, 299:13,
427:22, 454:7,
454:18, 459:5
**receiving**
440:3

**recent**
20:19, 21:8,
454:14, 460:18
**recently**
270:20, 437:15
**recess**
59:21, 103:4,
131:18, 199:22,
281:7, 294:11,
359:14, 408:1,
457:25, 460:10
**recheck**
447:6
**recitations**
96:11
**recited**
321:8
**reciting**
321:10
**recognizable**
95:22
**recognize**
29:24, 56:13,
56:19, 56:25,
71:7, 96:3,
96:7, 123:25,
140:9, 358:5,
364:24, 386:19,
388:18, 389:18,
421:1, 427:2
**recognized**
26:6, 325:20
**recognizing**
346:8
**recoil**
387:11
**recollection**
192:2, 390:5,
408:25, 455:21
**record**
17:11, 17:17,
22:9, 22:12,
30:4, 30:15,
51:19, 54:1,
54:4, 55:7,
56:6, 57:8,
59:20, 60:1,
64:12, 74:1,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

170

78:21, 103:3,
103:9, 104:3,
104:11, 106:2,
106:15, 131:17,
131:23, 139:17,
159:3, 168:21,
177:15, 190:23,
190:25, 191:7,
195:6, 199:21,
199:25, 214:22,
239:19, 246:17,
248:15, 248:19,
248:20, 251:5,
257:22, 268:10,
268:15, 272:7,
274:13, 275:18,
281:3, 281:6,
281:12, 282:4,
294:10, 294:16,
300:11, 300:15,
301:6, 307:16,
318:12, 322:16,
324:23, 345:4,
355:25, 357:20,
359:13, 359:19,
360:19, 407:25,
408:6, 413:1,
413:3, 457:24,
458:5, 460:4,
460:9, 460:15,
464:4, 465:11,
465:15, 466:6
**recorded**
51:17, 243:17
**records**
412:24
**red**
69:14, 135:6,
202:3, 234:1,
291:13, 300:14,
319:3, 330:17,
333:2, 333:13,
333:17, 334:21,
336:7, 337:19,
338:21, 339:11,
339:12, 342:3,
348:12, 351:15,
353:3, 359:1,

371:8, 398:23,
451:14, 462:10
**redact**
282:3, 282:5
**redid**
459:24
**redo**
459:7, 459:21
**reds**
27:9, 27:10,
202:4, 202:8,
272:8, 272:11,
272:12, 272:23,
273:8, 274:3,
329:25, 330:8,
330:11, 330:17,
330:21, 330:25,
331:11, 332:9,
332:24, 334:18,
338:15, 339:3,
340:1, 345:16,
346:9, 348:4,
349:1, 349:8,
350:7, 356:6,
367:2, 367:16,
368:3, 368:9,
368:14
**reduced**
466:9
**refer**
202:7, 337:19,
365:6, 401:7
**reference**
77:4, 78:14,
109:9, 129:10,
189:25
**referenced**
166:25, 167:3
**references**
67:17, 144:8
**referencing**
428:15, 429:16
**referred**
26:2, 203:7,
209:22, 337:23,
366:9, 388:18,
399:23, 415:2
**referring**
89:6, 144:20,

151:12, 166:6,
171:17, 171:18,
189:21, 190:6,
196:22, 198:15,
200:6, 201:1,
201:9, 201:24,
304:15, 307:17,
308:13, 312:1,
312:18, 315:7,
343:25, 344:25,
350:18, 351:16,
355:18, 357:14,
366:19, 367:2,
371:25, 372:2,
400:9, 401:4,
414:21, 416:22,
421:6
**refers**
337:16, 351:6
**reflection**
289:24
**reflects**
296:3, 338:15,
338:24, 387:16
**refrigerator**
413:8
**regan**
70:17
**regard**
182:9
**regardless**
166:10, 194:25
**regularly**
426:1
**rehearsed**
96:12, 96:20
**reimaged**
438:21
**reiterated**
39:23
**reiterating**
38:13
**rejecting**
402:25
**relate**
176:10, 282:8,
434:16
**related**
52:8, 270:13,

429:3, 433:16,
434:23, 434:25,
448:22, 466:11
**relates**
380:14, 421:25
**relating**
24:13, 24:19
**relation**
429:8
**relationship**
21:12, 21:15
**relationships**
21:12
**relatively**
288:22
**relatives**
371:23
**relayed**
286:10
**release**
396:12, 396:16,
397:3, 397:5
**released**
275:24, 396:5,
396:22, 404:17
**releasing**
397:15
**relevant**
363:15, 363:20,
378:2
**religion**
90:19
**religious**
142:11
**remain**
281:15
**remark**
197:5
**remarked**
414:23
**remarks**
53:18, 88:6
**remember**
29:16, 33:13,
35:10, 36:19,
37:14, 37:17,
40:13, 40:14,
53:10, 53:11,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

171

57:17, 57:20,
61:13, 73:17,
111:25, 130:13,
130:16, 170:12,
177:23, 183:1,
200:9, 201:5,
201:12, 219:13,
219:18, 244:22,
270:4, 270:5,
273:4, 285:1,
327:20, 331:14,
331:23, 332:7,
332:20, 332:25,
333:3, 333:9,
333:12, 342:19,
353:9, 353:23,
354:6, 360:6,
360:20, 361:18,
361:19, 362:2,
365:15, 368:18,
368:25, 371:19,
389:4, 390:22,
394:15, 413:16,
414:2, 422:13,
431:11, 447:21,
449:2, 449:7,
449:23
**remessage**
440:14
**remind**
135:4
**remotely**
14:25, 249:23
**remove**
443:25
**removed**
57:19
**reorient**
337:10
**repair**
37:19
**repeat**
33:21, 50:3,
50:6, 68:8,
101:7, 101:10,
301:4, 301:5,
349:6
**repetition**
150:22

**rephrase**
17:5, 55:6,
62:6, 62:14,
87:24, 254:21,
269:8, 351:3,
396:8
**replay**
72:9, 152:20,
246:12, 253:9,
253:10, 256:15,
314:17, 378:24
**report**
191:8, 192:4,
192:6, 192:21,
280:24
**reported**
1:42
**reporter**
16:6, 16:8,
17:10, 19:9,
19:10, 19:15,
149:11, 149:12,
172:18, 172:21,
183:7, 250:24,
251:2, 251:9,
251:17, 251:20,
268:5, 268:14,
268:18, 268:21,
269:2, 457:20,
458:8, 464:6,
464:20, 465:8,
466:1
**repositioning**
247:9
**repossess**
439:22
**represent**
15:3, 15:7,
61:20, 116:16,
249:25, 280:23,
282:2, 288:2,
289:5
**representative**
147:3, 184:9
**representing**
14:24, 15:10,
15:11, 15:13,
15:16, 15:20,

15:22, 15:25,
16:2, 16:7,
32:11, 39:9,
249:21, 250:2,
250:4, 250:5,
250:8, 250:11,
250:12, 250:15,
250:17, 250:25
**represents**
43:10
**republican**
359:22
**republicans**
78:1, 78:3,
78:4
**request**
283:3, 441:8,
441:9, 443:22,
446:2
**requested**
466:10
**requests**
449:9
**required**
182:16, 280:12,
431:8, 441:12
**requires**
277:2
**rescue**
144:16, 145:10,
145:14
**rescued**
144:21
**rescuing**
144:20
**research**
20:9
**researched**
413:24
**resetting**
247:5, 247:10,
247:11
**respect**
194:16, 388:9,
411:25
**respected**
142:22, 381:10
**respectful**
193:9, 194:4,

194:10, 194:23,
194:24, 255:17,
315:11, 406:13
**respecting**
193:3
**respond**
101:19, 176:18,
183:21, 188:18,
196:15, 196:18,
291:7, 292:4,
332:11, 426:13,
428:4, 461:18
**responded**
52:23, 293:17,
402:23, 423:1,
428:25, 434:5
**responding**
63:19, 86:1,
119:25, 125:5,
125:22, 138:9,
275:9, 288:17,
339:12, 384:25,
434:8, 439:9,
439:18, 440:19
**responds**
185:13
**response**
94:3, 150:3,
150:12, 185:18,
275:8, 275:11,
375:14, 378:9,
378:12, 386:23,
386:25, 387:6,
394:21, 402:16,
402:20, 403:3,
403:14, 445:18,
449:9, 460:18
**responses**
168:25, 449:8,
458:11
**responsibility**
193:12
**responsible**
450:19
**responsive**
444:3
**rest**
37:14, 45:19,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

172

100:5, 128:15,
137:24, 183:22,
184:6, 324:13,
403:8
**restart**
85:8, 115:1,
118:1, 118:13,
128:4, 133:16,
134:17, 161:7,
183:13, 209:12,
228:19, 240:24,
302:6, 310:16,
312:6
**restarting**
56:8, 128:5,
209:13, 223:5,
228:20, 240:25,
310:17, 312:7,
313:5, 315:20,
324:17, 334:2,
336:15, 348:6,
351:19, 386:10,
388:12, 389:9
**result**
236:20, 382:21
**resumed**
59:23, 103:6,
131:20, 200:1,
281:9, 294:13,
359:16, 408:3,
458:2, 460:12
**retain**
41:20, 430:14,
430:24, 430:25
**retraced**
390:7
**return**
194:16
**returned**
125:19, 417:4,
430:6
**returning**
416:25, 455:15
**reversed**
188:16
**revictimized**
381:2
**revictimizing**
380:25

**review**
394:6, 397:17,
403:5
**reviewed**
67:3, 67:11,
412:8
**revived**
45:4
**rewind**
232:14, 232:21,
242:18
**rhythm**
142:4
**rice**
69:21
**rich**
66:4
**riding**
53:15
**rights**
23:3, 42:18,
423:3, 423:4,
423:13, 423:15
**riled**
151:20, 151:24
**ring**
161:19, 165:23,
304:9, 304:10
**risk**
219:5, 380:2,
382:21
**risked**
218:23
**risky**
377:13
**ritchey**
7:15, 11:22
**rivalry**
34:19
**river**
9:22
**road**
101:15, 343:3,
377:10
**robert**
9:20, 51:8
**roe**
262:22, 295:23,

398:16
**role**
22:14, 22:15,
22:19, 179:8,
363:1, 363:2,
419:4, 419:5
**roles**
188:15
**roll**
110:4
**rolled**
109:9
**rolling**
2:34, 6:11,
10:18, 14:16,
16:1, 104:8,
249:13, 250:9,
250:21, 345:7,
464:24, 465:5
**rolls**
106:22, 107:20
**room**
138:19, 166:18,
166:20, 218:10,
232:20, 284:19,
362:6, 379:25,
406:5, 435:25
**roommate**
451:20
**root**
27:3
**rotating**
138:4, 207:13
**roughly**
143:17, 234:21,
235:13, 258:15,
325:23, 408:20
**row**
163:16, 164:3,
164:11, 244:24
**rows**
137:7, 161:4,
204:20, 213:7,
215:19, 216:22,
217:4, 217:7,
217:11, 217:12,
219:3, 228:16,
240:21, 241:12,

243:21, 258:3
**ruin**
188:13
**ruins**
189:21
**rule**
32:7
**run**
109:8, 111:20,
178:18, 178:20,
178:21, 210:20,
418:18
**running**
135:21, 276:14
**runs**
155:3, 360:22
**runswitch**
394:20, 395:15,
405:18, 427:1
**rushed**
404:22
**ryan**
250:20

**S**

**s**
423:4, 423:7,
423:17
**s-u-m-m-e**
70:10
**sacred**
428:4, 428:7,
428:16, 429:24
**safe**
91:11, 262:12,
262:18
**safer**
237:19
**safety**
148:17, 148:22,
149:2, 149:6,
149:16, 149:19,
149:21, 150:5,
150:10
**salesman**
21:11
**sam**
209:1, 209:4,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

173

449:10, 449:17,
449:20, 449:21
**sambo**
65:15, 66:16,
66:17
**same**
28:18, 29:14,
45:7, 52:11,
66:13, 76:15,
88:25, 97:22,
97:24, 98:2,
104:4, 106:5,
106:7, 109:23,
112:2, 113:14,
116:17, 143:17,
146:11, 156:24,
157:2, 179:20,
179:21, 185:15,
186:18, 186:21,
196:22, 203:23,
208:4, 218:20,
225:6, 227:11,
235:4, 235:5,
235:23, 236:4,
236:9, 236:11,
237:22, 259:14,
284:13, 298:5,
301:20, 308:7,
308:12, 310:10,
337:23, 338:10,
339:6, 340:5,
340:9, 342:17,
344:25, 345:4,
359:4, 384:18,
386:25, 387:6,
388:9, 388:17,
400:15, 401:2,
413:23, 418:25,
422:3, 423:19,
429:9, 430:21,
436:12, 436:14,
437:22, 438:6,
438:12, 438:18,
443:9, 443:22,
446:2, 450:12,
454:23, 461:3,
465:12
**sandman**
252:2

**sandmann**
1:6, 1:8, 1:9,
1:16, 1:18,
1:19, 1:29,
1:31, 1:32, 2:2,
2:4, 2:5, 2:12,
2:14, 2:15,
2:27, 2:29,
2:30, 3:1, 4:1,
8:3, 12:3, 13:2,
14:2, 14:3,
14:5, 14:8,
14:10, 14:13,
14:15, 15:10,
16:3, 16:11,
17:20, 18:1,
18:5, 78:23,
248:22, 248:24,
248:25, 249:2,
249:5, 249:7,
249:10, 249:12,
250:2, 250:23,
306:8, 394:12,
395:9, 395:22
**sara**
12:8
**sat**
411:1, 455:14
**satellite**
2:20, 6:19,
7:4, 11:4,
11:12, 15:21,
250:13, 250:16
**saturday**
37:5
**savannah**
80:9, 98:7,
408:9, 425:23,
426:16
**save**
144:25, 296:16,
461:23
**saved**
447:5
**saw**
29:10, 36:2,
40:22, 47:19,
49:12, 49:22,

53:2, 57:5,
67:11, 88:2,
88:19, 88:20,
89:4, 91:17,
107:17, 107:19,
109:8, 109:14,
109:23, 111:20,
112:16, 133:13,
153:13, 157:4,
157:18, 158:22,
170:4, 170:12,
200:13, 200:17,
204:5, 218:4,
236:14, 236:15,
236:19, 258:16,
264:18, 265:5,
265:16, 269:24,
275:4, 283:10,
299:7, 314:13,
404:2, 413:7,
413:12, 415:15,
416:18, 452:8,
456:2, 456:5,
456:7, 456:9
**says**
57:16, 61:8,
71:23, 73:2,
83:8, 83:9,
84:8, 85:13,
96:14, 127:7,
129:4, 144:15,
146:6, 146:9,
146:20, 146:21,
151:10, 151:16,
155:24, 180:13,
182:23, 260:2,
260:5, 272:2,
276:2, 276:4,
290:21, 291:3,
291:15, 291:19,
304:1, 304:5,
311:1, 316:21,
317:1, 321:4,
322:14, 323:6,
330:22, 342:10,
346:10, 349:10,
349:23, 368:17,
374:3, 375:5,

375:7, 375:19,
376:8, 376:23,
377:16, 386:14,
394:12, 395:21,
397:13, 398:4,
398:9, 398:10,
398:14, 402:15,
403:17, 403:23,
403:25, 406:10,
415:22, 420:8,
420:15, 459:16
**scale**
97:25
**scared**
149:20
**schaeper**
25:9, 168:2,
168:12, 306:7
**schafer**
8:6, 12:6
**schedule**
361:3, 361:23
**scheduled**
346:16
**schomaker**
393:16, 393:18,
394:14, 397:8,
402:4
**school**
18:9, 18:13,
19:7, 19:14,
19:15, 19:16,
19:21, 20:12,
21:25, 22:21,
25:19, 25:24,
31:17, 36:10,
36:11, 36:12,
36:24, 36:25,
88:1, 88:10,
94:2, 94:20,
94:24, 95:6,
95:18, 96:4,
96:8, 96:10,
96:13, 97:7,
97:11, 97:17,
98:3, 111:15,
112:8, 119:5,
121:22, 131:1,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

174

141:25, 153:25,
165:17, 165:18,
166:1, 169:11,
174:9, 174:11,
175:2, 175:3,
175:13, 175:16,
180:18, 181:4,
183:22, 185:16,
186:4, 196:5,
196:10, 262:5,
262:7, 269:25,
270:6, 270:7,
270:8, 270:24,
289:1, 316:5,
321:8, 328:15,
329:1, 329:5,
329:6, 352:23,
372:17, 375:24,
384:12, 387:5,
387:12, 391:2,
393:25, 431:8,
431:21, 432:9,
432:10, 432:17,
432:20, 432:22,
432:23, 433:2,
433:9, 434:24,
440:24, 451:6
**schools**
26:15, 26:21,
36:14, 36:16,
36:23, 37:24,
38:4, 186:1,
187:8
**schoolwork**
25:20
**schutt**
181:20, 181:21,
181:22, 187:6,
188:11, 189:20,
294:22
**science**
90:16
**score**
26:17
**scott**
394:5, 405:18,
424:12, 424:17,
424:21, 424:24,

425:2, 425:9,
425:14, 425:19,
425:25, 426:10,
427:5, 430:24
**screaming**
306:10, 308:8
**screen**
60:24, 74:10
**screenshot**
287:19, 289:5,
341:19, 342:7,
342:16, 463:3
**screwed**
38:22
**scroll**
436:18, 440:12
**scrolled**
434:22
**scrolling**
436:17
**seal**
182:22, 466:16
**search**
289:22, 424:21,
434:9, 434:14,
435:2, 436:4,
436:5, 436:12,
436:16, 438:3,
439:7, 440:18,
444:22, 445:4,
446:16
**searched**
432:18, 433:17,
437:3, 438:3,
438:5, 438:6,
445:11
**searching**
437:6
**second**
61:15, 82:18,
162:6, 162:20,
162:21, 168:9,
180:12, 201:4,
219:21, 223:6,
231:17, 234:17,
264:3, 268:21,
275:25, 276:1,
320:2, 320:6,

337:5, 337:8,
381:12, 383:21,
393:20, 395:11,
398:6, 403:24,
406:9, 459:10,
459:24
**section**
26:7, 26:16,
31:19, 32:6,
183:7, 261:1,
261:10, 270:10,
316:7, 335:15
**secure**
219:16
**seeing**
52:5, 52:18,
53:4, 55:23,
63:25, 64:1,
124:10, 156:23,
223:19, 315:24,
448:5
**seem**
55:24, 64:6,
80:2, 114:13,
140:16, 207:14,
211:23, 224:8,
325:5, 329:8,
347:4, 384:23,
413:16, 445:15
**seemed**
42:3, 72:2,
82:4, 95:8,
98:17, 98:19,
133:5, 200:14,
203:21, 342:20,
365:18, 378:23,
399:3, 399:5,
451:15, 455:6
**seems**
97:19, 104:1,
124:23, 124:24,
178:3, 236:3,
246:25, 343:20,
343:24, 347:5,
367:19, 388:1,
394:24, 399:2,
441:16, 454:1
**seen**
30:9, 32:21,

50:18, 51:4,
80:4, 80:12,
91:6, 109:2,
109:12, 124:14,
140:7, 140:11,
141:2, 141:12,
163:4, 210:12,
218:12, 306:21,
381:9, 387:16,
388:6, 393:24,
402:6, 406:23,
409:20, 409:23,
422:4, 453:21,
455:25
**sees**
193:6
**segue**
124:5
**selling**
66:4, 292:22
**sellout**
82:1
**semi**
425:25
**senate**
20:3
**senator**
20:13
**send**
394:11, 394:13,
439:3, 458:7
**sending**
397:11
**senior**
20:12, 27:23,
33:17, 375:24,
378:9, 388:25,
432:2, 432:9,
437:12, 437:21
**seniors**
33:24, 89:16,
125:20
**sense**
18:20, 79:21,
144:22, 145:4,
150:2, 203:23,
396:10
**sent**
167:23, 177:23,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

175

179:15, 179:17,
259:20, 290:20,
394:7, 394:25,
396:3, 397:7,
402:9, 402:13,
402:22, 440:13,
441:20, 441:21,
444:21, 446:23,
455:5, 458:13,
459:24
**sentence**
180:12, 180:13,
260:1, 269:20,
275:7, 285:7,
285:20, 402:15,
403:24, 404:13,
404:23
**sentences**
260:24
**sentiments**
410:15
**separate**
415:13
**separately**
183:11, 195:10,
306:1, 307:24,
427:18
**september**
3:3, 3:6, 5:2,
6:2, 7:2, 9:2,
10:2, 11:2,
14:20, 248:21,
249:17, 466:17
**series**
17:1, 394:19,
400:1
**serious**
155:25
**seriously**
197:2
**served**
410:25, 416:20,
460:19
**servers**
432:4
**service**
410:21, 414:15
**set**
47:11, 49:12,

262:8, 317:10,
457:3, 466:16
**setting**
414:10
**seven**
349:15, 407:2
**seventeen**
438:2
**seventeenth**
435:13, 435:14,
435:17
**seventh**
24:21
**several**
31:22, 57:4,
97:22, 161:4,
188:25, 215:7,
215:18, 217:12,
218:13, 219:3,
240:21, 258:3,
258:19, 344:20,
363:20
**shaking**
17:9, 123:19,
124:20
**shaky**
243:17
**shaped**
237:18
**shapes**
22:20
**shapiro**
444:12
**share**
351:10, 463:1
**sharing**
444:20
**shelton**
280:24, 296:17
**shifted**
52:13, 206:17
**shirt**
28:6, 69:21,
120:11, 205:10,
291:5, 294:5,
342:9, 342:18
**shirtless**
28:9

**shirts**
292:2, 293:24
**shock**
52:1, 80:4
**shoes**
31:13, 74:13,
219:22, 219:23,
220:2
**shook**
6:13, 10:20,
15:25, 250:8,
465:4
**shooters**
79:13
**shop**
41:7, 41:25,
42:3
**shopping**
391:12, 391:24,
392:5, 392:8,
392:9
**short**
203:18, 204:3,
342:23, 355:3,
435:21, 449:18
**shorthand**
466:1
**shortly**
162:12, 448:10
**shot**
223:21, 223:25,
224:1, 420:4,
421:15, 421:17
**should**
32:1, 35:25,
107:11, 120:21,
141:21, 154:1,
183:8, 185:14,
187:24, 196:25,
197:1, 198:20,
234:2, 234:8,
234:24, 235:22,
276:21, 399:25,
402:19, 403:3,
403:13, 405:5,
411:6, 411:8
**shoulder**
167:6, 169:17,

184:6, 218:8
**shoulders**
319:1
**shouldn't**
147:2
**shout**
111:3, 311:16,
315:11, 378:21
**shouted**
90:23, 122:8,
147:6, 374:23
**shouting**
101:2, 101:21,
101:23, 101:24,
102:5, 102:9,
118:21, 123:6,
125:18, 125:22,
148:2, 313:14,
314:14, 326:15,
326:17, 327:1,
328:12, 371:17,
371:23, 374:1,
374:18, 388:16,
388:19
**shouts**
135:8
**show**
29:8, 54:6,
80:8, 98:7,
106:6, 108:4,
190:19, 201:7,
272:7, 289:22,
292:16, 296:15,
341:5, 385:19,
394:17, 407:16
**showed**
112:1, 215:6,
296:25, 308:7,
308:12, 368:8,
458:8
**showing**
29:18, 62:23,
112:3, 252:10,
294:18, 346:17,
368:23, 370:7,
455:16
**shown**
369:9, 369:13,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

176

369:18
**shows**
232:17, 321:25,
418:15, 422:1,
422:8
**shrugging**
212:21
**siblings**
18:2
**side**
45:19, 54:13,
69:10, 84:2,
85:21, 117:22,
123:14, 123:23,
138:3, 154:25,
160:13, 164:13,
166:19, 168:10,
205:2, 205:9,
207:22, 216:2,
216:8, 216:20,
217:5, 217:15,
217:21, 218:2,
218:14, 218:17,
219:5, 222:8,
222:22, 223:11,
223:15, 223:25,
224:21, 226:6,
235:17, 236:10,
239:12, 245:12,
258:21, 286:14,
325:4, 352:18,
391:1
**sides**
160:12, 214:16,
235:17, 235:23,
283:15, 284:18
**sightseeing**
40:6, 40:25
**sign**
35:8, 432:5,
433:10
**signal**
278:16, 451:13
**signature-p1kal**
466:20
**signed**
35:11, 35:12
**significance**
110:3, 418:19,

418:23, 420:24,
421:1
**signified**
142:6
**signifies**
141:19, 142:9
**signify**
34:17
**signing**
466:10
**signs**
49:18
**similar**
340:7, 394:24,
449:18
**similarities**
32:24, 33:4
**simple**
458:14
**simply**
254:13, 281:17
**sims**
361:21
**since**
23:25, 24:24,
40:1, 45:8,
80:13, 85:14,
142:15, 262:2,
407:4, 418:11,
418:13, 419:12,
423:16, 424:7,
432:7, 433:6,
433:8, 437:21,
437:25, 442:13,
451:4, 455:10,
455:12, 455:13
**sing-song**
320:13
**singing**
153:8
**single**
67:6, 86:5,
86:12, 124:13,
388:4, 441:8,
445:11
**singling**
276:8
**sir**
251:23, 464:12

**sit**
441:15
**sits**
132:19, 436:2
**sitting**
37:20, 202:24,
380:7
**situation**
99:2, 102:12,
102:23, 120:23,
146:14, 189:2,
189:17, 194:23,
304:12, 368:12,
399:7, 414:25,
415:24, 426:4,
429:21, 445:8
**situations**
185:16
**six**
99:16, 99:17,
99:20, 99:21,
101:5, 101:6,
101:14, 102:8,
102:9, 239:1,
247:21, 247:24,
263:24, 289:9,
325:8, 326:9,
347:2, 347:6,
386:9
**skateboard**
53:13
**skateboarder**
66:23
**ski**
53:14, 70:21,
204:25, 244:14,
245:14, 371:8,
462:11
**skilled**
142:4
**skip**
105:1, 280:22
**skipped**
393:10
**skipping**
104:15, 104:19
**skirt**
355:8

**skirts**
34:11
**slave**
66:5
**slavery**
85:14
**sleep**
37:21, 38:5,
38:6
**slid**
247:21
**slightest**
279:11
**slightly**
74:12, 212:16,
238:9
**slip**
193:12
**slippery**
207:4
**slipping**
184:21
**slogan**
42:5, 42:19,
103:21, 198:8,
422:12
**slow**
247:14
**slurs**
270:9
**small**
23:1, 23:2,
97:25, 153:25,
173:13
**smaller**
201:16, 201:17
**smartest**
289:18, 303:16,
315:18
**smell**
367:14
**smelling**
340:21
**smile**
58:2, 124:25,
295:9, 295:24,
296:3, 296:12,
296:18, 296:22

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

177

smiled
294:24
smiles
57:23, 128:15
smiling
58:12, 58:13,
117:8, 295:3,
295:7
smirk
58:14, 296:5,
296:7, 296:10,
296:19, 296:22
smirking
58:23, 59:8
smith
56:17
snap
446:22
snapchat
446:12, 446:13,
446:16, 446:20,
446:25, 447:1,
447:10, 449:20
snappack
342:8
sneakers
78:14
snippet
72:20
snow
220:1, 234:3,
234:8, 234:9,
234:22, 236:5
social
29:18, 177:2,
177:16, 272:24,
273:11, 274:15,
290:1, 299:5,
317:17, 393:4,
423:3, 438:25,
446:8, 447:10,
447:14, 447:19,
449:5
society
382:24
solid
161:18
somebody
19:12, 28:14,

39:6, 63:25,
73:2, 85:13,
85:16, 87:3,
96:14, 102:10,
111:3, 137:9,
138:12, 145:22,
147:8, 148:3,
152:7, 200:21,
214:14, 242:10,
247:17, 256:19,
297:1, 297:3,
311:1, 316:21,
319:23, 326:15,
331:1, 380:5,
459:12
somebody's
121:23
somehow
219:4, 235:12,
366:16, 433:18
someone
22:6, 25:21,
28:5, 28:11,
28:12, 31:18,
32:5, 37:18,
38:19, 57:19,
58:21, 64:7,
65:14, 71:22,
83:15, 85:25,
86:24, 87:14,
96:24, 99:1,
102:4, 103:20,
107:20, 113:13,
138:25, 139:5,
139:8, 150:9,
175:11, 195:18,
200:17, 208:15,
208:18, 213:21,
214:18, 220:13,
253:25, 255:4,
256:6, 274:8,
277:3, 277:23,
295:6, 304:2,
310:2, 311:16,
312:12, 324:2,
326:25, 327:10,
367:13, 367:17,
374:3, 375:7,

378:21, 434:2,
440:10
someone's
176:19
something
19:13, 22:1,
26:18, 32:13,
34:2, 38:22,
49:17, 50:23,
52:9, 53:15,
57:17, 57:18,
57:20, 60:9,
75:21, 80:7,
80:25, 83:9,
88:5, 91:13,
91:24, 96:12,
96:19, 97:20,
97:24, 97:25,
98:4, 100:6,
109:17, 112:18,
115:19, 116:16,
147:10, 159:20,
174:18, 174:23,
175:19, 190:1,
193:13, 212:10,
214:3, 234:25,
240:8, 261:7,
261:16, 268:23,
270:23, 271:9,
271:10, 271:19,
273:25, 275:4,
288:24, 297:16,
298:22, 311:4,
313:14, 313:22,
314:14, 326:15,
333:14, 339:22,
340:25, 341:2,
350:10, 355:9,
362:24, 364:6,
370:20, 384:24,
386:15, 386:16,
388:17, 401:13,
404:15, 416:18,
421:22, 427:5,
428:23, 429:8,
429:16, 431:22,
433:14, 435:3,
438:16, 452:14,

453:15, 456:8
sometimes
26:2, 29:11,
106:6, 391:25,
438:25
somewhat
57:5, 88:12,
203:19, 211:13,
226:21, 226:22,
228:10, 243:16,
343:21
somewhere
34:8, 38:2,
46:2, 49:1,
91:24, 92:4,
92:13, 92:17,
93:10, 93:22,
121:7, 225:7,
226:9, 268:22,
278:17, 365:18,
393:6, 408:22,
413:7, 418:16
song
143:12, 288:18,
288:23
soon
350:14, 410:19
soph
33:17
sophomore
18:12, 21:25,
33:23, 35:23
sophomores
33:21
sorry
15:5, 19:9,
44:12, 55:7,
75:7, 78:19,
110:19, 114:24,
136:5, 149:11,
180:1, 184:1,
227:21, 239:23,
239:24, 252:17,
261:11, 261:19,
304:22, 320:4,
326:8, 337:9,
370:23, 377:9,
383:10, 386:6,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

178

397:23, 430:19,
461:12, 461:17,
462:3, 462:10
**sort**
22:3, 37:8,
57:22, 69:3,
69:5, 69:14,
70:16, 72:1,
73:13, 91:19,
102:5, 117:6,
121:17, 123:13,
140:12, 142:16,
164:4, 196:3,
201:15, 202:11,
204:23, 212:16,
214:16, 221:22,
226:6, 231:3,
239:17, 240:7,
245:11, 245:20,
259:2, 277:2,
279:24, 283:13,
286:3, 302:4,
314:2, 329:21,
348:2, 354:15,
355:8, 389:21,
390:16, 393:2,
397:14, 413:23
**sound**
31:11, 83:15,
146:20, 310:9,
349:19
**sounded**
31:8, 378:13
**sounds**
72:17, 83:23,
84:9, 114:11,
153:1, 326:25,
329:4, 349:20,
379:8, 388:16
**source**
368:13, 413:12,
415:11
**sources**
413:22, 413:25,
414:12, 417:14
**south**
6:7, 10:14
**souvenir**
41:10, 41:22,

42:4
**space**
79:23, 138:21,
167:3, 170:8,
170:14, 170:16,
184:9, 184:12,
218:6, 222:8,
222:13, 223:14,
225:15, 226:7,
235:7, 258:3,
271:5, 277:10,
286:20, 317:8,
367:13, 432:3
**spaced**
166:14, 166:17
**speak**
39:14, 42:6,
91:5, 102:25,
178:14, 323:10,
340:24, 360:3,
364:4, 364:9,
381:7, 382:5,
382:9, 406:11
**speaker**
144:15, 146:6,
146:16, 151:10,
464:24
**speakers**
39:15
**speaking**
20:15, 72:1,
360:21, 383:4,
383:6, 423:5
**speaks**
417:24, 418:21
**spears**
6:5, 10:12,
15:22, 250:17,
465:6
**specializes**
413:14
**specific**
24:25, 43:24,
44:15, 82:20,
172:5, 286:9,
343:11, 351:14,
353:16, 370:1,
388:6, 388:9,

415:11, 417:16
**specifically**
23:23, 24:1,
24:6, 24:14,
24:17, 41:24,
112:12, 133:1,
141:22, 283:1,
284:15, 287:1,
297:11, 297:12,
387:19, 405:18,
413:4, 414:2,
434:1, 456:6,
456:23
**specifics**
353:23
**speculate**
305:13
**speculating**
130:4
**speculation**
324:14
**speech**
34:20, 359:21,
360:19, 361:5,
361:8, 362:4,
362:9, 362:14,
362:16, 362:17,
362:20, 362:22,
363:3, 363:4,
363:8, 364:13,
364:15, 364:21,
364:22, 366:11,
406:15
**speeches**
40:2
**speed**
208:9
**spell**
33:18, 33:22,
33:25, 70:9
**spelled**
25:9, 56:24,
70:18, 121:14,
274:16, 358:24,
434:18
**spelling**
434:19, 434:20
**spend**
20:7

**spending**
79:20
**spent**
20:14, 20:16,
391:1
**spirit**
88:1, 88:10,
89:11, 94:3,
94:20, 94:25,
95:2, 95:3,
95:6, 95:15,
96:4, 96:8,
97:17, 105:8,
110:9, 111:15,
119:9, 119:12,
260:3, 316:5,
321:8, 328:15
**spirits**
288:22
**spiritual**
35:6
**spit**
340:21, 367:15,
417:1, 417:10,
417:13, 417:18
**spoke**
66:16, 275:4,
288:24, 360:21,
361:1, 380:18,
380:19, 391:12,
405:21, 426:6
**spoken**
379:24, 455:9
**sporting**
95:8, 119:16,
119:21
**sports**
26:22, 27:1,
27:17, 32:9,
95:13, 95:16,
96:1, 303:25
**spot**
46:8, 206:18,
326:2, 347:7
**spread**
179:1, 232:23
**spreadsheets**
20:8

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

179

| | | | |
|---|---|---|---|
| sprinted | 278:1, 278:4, | 144:11, 145:17, | 396:17, 397:3, |
| 46:21 | 278:14, 280:11, | 146:2, 150:14, | 402:20, 404:17, |
| st | 295:10, 312:21, | 152:13, 154:1, | 405:14, 405:16, |
| 19:8, 19:16 | 325:14, 325:17, | 155:20, 158:10, | 405:17, 409:19, |
| stage | 325:24, 339:23, | 158:23, 159:6, | 415:7, 417:10, |
| 39:14 | 347:1, 361:10 | 225:24, 230:17, | 421:4, 425:3, |
| stairs | standoff | 233:12, 242:23, | 425:6, 425:21, |
| 78:16, 184:18, | 350:3 | 244:1, 248:1, | 430:10, 430:16, |
| 216:24, 244:10, | stands | 252:19, 253:11, | 430:19, 430:21, |
| 370:8 | 178:17, 304:1 | 256:12, 288:10, | 453:14 |
| stamp | standstill | 294:4, 299:20, | statements |
| 168:15, 177:19, | 365:13 | 301:14, 301:24, | 220:14, 377:25, |
| 187:21 | stars | 309:18, 311:8, | 379:13, 387:15, |
| stamped | 355:9 | 312:24, 317:16, | 415:3, 415:7 |
| 308:1, 427:20 | start | 318:19, 322:24, | states |
| stance | 19:2, 73:25, | 329:17, 345:11, | 1:1, 14:18, |
| 42:13 | 100:6, 105:3, | 347:14, 350:19, | 249:15, 411:1, |
| stand | 106:11, 107:11, | 356:15, 365:2, | 413:9 |
| 33:19, 33:25, | 110:24, 111:21, | 373:7, 378:17, | stating |
| 54:22, 55:10, | 115:1, 117:1, | 409:13, 439:4 | 254:13, 383:7 |
| 93:10, 93:14, | 122:3, 128:17, | starts | station |
| 119:9, 168:24, | 132:1, 132:10, | 147:15, 155:4, | 455:5 |
| 169:10, 175:12, | 143:20, 212:2, | 191:22, 310:9, | statistics |
| 176:10, 176:19, | 215:3, 251:11, | 310:10, 316:11, | 77:7 |
| 182:3, 183:18, | 252:14, 260:4, | 398:11, 403:23 | stay |
| 185:1, 189:2, | 311:4, 314:8, | state | 52:10, 221:9, |
| 198:9, 275:9, | 367:17, 369:19 | 4:10, 7:7, | 303:12, 409:24 |
| 289:1, 289:2, | started | 11:15, 15:3, | stayed |
| 291:15, 293:24, | 30:4, 30:5, | 20:15, 54:1, | 40:17, 225:18, |
| 295:24, 374:17 | 37:12, 39:13, | 104:4, 106:1, | 259:9, 339:9 |
| standard | 44:19, 47:14, | 153:14, 154:18, | staying |
| 66:14 | 101:15, 132:24, | 155:1, 249:25, | 189:17, 363:5 |
| standing | 162:22, 171:3, | 285:25, 365:14, | steal |
| 22:5, 50:24, | 171:24, 259:6, | 466:24 | 333:16, 411:10, |
| 56:20, 57:5, | 270:15, 300:3, | stated | 414:18, 414:23 |
| 60:24, 73:17, | 331:4, 331:12, | 171:19 | stenographically |
| 78:16, 78:23, | 331:14, 331:16, | statement | 466:8 |
| 109:3, 117:12, | 332:6, 333:18, | 42:8, 43:14, | step |
| 132:16, 175:1, | 346:17, 354:11, | 80:15, 90:20, | 121:21, 180:18, |
| 175:13, 175:16, | 387:23, 416:13, | 103:16, 197:7, | 247:5, 279:12, |
| 198:13, 198:22, | 424:11, 426:4, | 197:14, 271:21, | 280:10, 280:11, |
| 198:23, 200:24, | 440:3, 440:7 | 275:23, 276:4, | 451:11 |
| 206:3, 222:12, | starting | 281:19, 285:8, | stepping |
| 228:10, 229:4, | 51:19, 54:7, | 320:23, 337:2, | 138:5, 180:23 |
| 231:13, 232:4, | 65:6, 69:3, | 368:14, 381:7, | steps |
| 236:9, 238:6, | 76:9, 98:10, | 381:24, 395:4, | 48:10, 73:22, |
| 245:19, 246:11, | 128:25, 131:7, | 395:21, 396:1, | 88:11, 88:16, |
| 276:10, 277:5, | 134:19, 139:13, | 396:3, 396:12, | 88:17, 120:13, |

**193:**12, 193:16,
218:24, 234:10,
236:9, 354:5,
390:8, 390:18
**stettinius**
9:21
**steve**
168:2, 168:3,
168:12, 168:22,
169:19, 306:7,
395:15
**steven**
25:9, 168:23
**stick**
93:8, 122:23,
169:17, 184:7
**still**
22:12, 25:11,
32:11, 43:12,
61:4, 61:5,
79:24, 93:11,
96:9, 135:2,
137:22, 176:19,
177:22, 177:25,
210:15, 213:6,
215:7, 216:21,
217:8, 220:6,
222:8, 223:15,
225:19, 229:3,
241:11, 243:21,
245:19, 258:2,
258:3, 263:22,
292:14, 294:2,
306:20, 325:24,
393:11, 406:21,
410:14, 431:12,
433:15, 435:24,
437:22, 443:8,
449:21
**stills**
242:5
**stip**
132:1, 227:3,
227:6, 239:24,
252:15, 419:24,
421:10
**stipulated**
369:5

**stipulation**
54:2, 104:11,
105:2, 106:10,
299:19, 328:7
**stole**
332:10, 339:15
**stolen**
413:15
**stone**
2:34, 6:11,
10:18, 14:16,
16:1, 104:8,
249:13, 250:9,
250:21, 345:7,
447:7, 457:3,
464:25, 465:5
**stood**
121:10, 175:4,
279:10, 289:3,
340:12, 451:10
**stop**
37:14, 59:14,
62:6, 72:23,
91:14, 106:18,
139:16, 151:2,
161:11, 199:4,
199:15, 206:24,
209:17, 214:11,
223:6, 230:4,
231:20, 239:16,
324:23, 336:25,
342:22, 356:3,
356:8, 392:12,
411:15, 411:20,
415:4, 416:16
**stopped**
30:4, 30:15,
37:13, 51:23,
51:24, 56:7,
64:11, 64:13,
74:2, 74:7,
98:13, 113:24,
115:1, 126:2,
126:25, 133:21,
135:1, 151:8,
214:23, 264:17,
264:21
**stopping**
173:18, 239:3

**store**
42:1
**stored**
438:14, 438:19
**stories**
392:10
**story**
38:20, 130:16,
190:2, 317:16,
318:3, 449:20
**stranded**
37:22
**stranger**
188:23
**strangers**
262:4, 448:7
**straw**
157:17
**street**
5:16, 5:23,
6:15, 6:22, 7:7,
9:16, 10:7,
10:22, 11:7,
11:15
**streets**
219:25
**strength**
29:9
**stretch**
45:17
**strike**
87:23, 89:13,
256:9, 363:14,
399:10, 418:5,
430:4
**stripe**
69:14
**strong**
100:1
**stuck**
286:16
**student**
26:7, 31:19,
51:8, 61:2,
72:10, 81:25,
82:2, 82:8,
86:5, 86:12,
86:20, 88:24,

106:20, 106:22,
107:19, 109:24,
112:15, 112:23,
139:20, 140:5,
146:13, 178:23,
186:8, 186:10,
186:13, 186:18,
204:24, 205:5,
205:18, 206:2,
208:20, 208:22,
219:3, 231:12,
244:9, 244:13,
253:24, 263:14,
263:22, 266:9,
266:23, 269:10,
270:10, 302:13,
318:25, 352:23,
358:6, 372:21,
374:9, 377:3,
378:12, 383:23,
384:14, 384:16,
384:22, 388:4
**study**
129:12
**studying**
24:5, 24:9
**stuff**
24:10, 47:12,
81:16, 243:1,
293:14, 312:16,
392:13, 433:10
**stunt**
132:22
**subject**
395:3, 397:13,
427:14
**subjected**
307:13
**submitted**
13:7, 459:4
**subpoena**
394:21, 452:6,
454:8, 454:14,
454:18
**subsequently**
430:25
**substance**
362:9, 392:25,

415:22, 452:20
**substantiate**
318:13
**succeeded**
93:23
**suddenly**
385:16
**sufficient**
382:20
**suggest**
114:13, 287:13,
342:20
**suggested**
234:24
**suggesting**
235:8, 235:10,
273:18, 381:23
**suggestion**
235:10, 403:11
**suit**
364:24
**suite**
5:7, 5:16,
5:23, 6:8, 7:16,
9:7, 9:16, 9:23,
10:7, 10:15,
11:23
**summary**
379:21
**summe**
70:5, 70:8,
117:22, 117:23,
117:24, 135:7,
135:8, 136:5,
138:7, 139:1,
139:6, 146:10,
146:17, 146:19,
146:21, 146:25
**summer**
20:3, 20:11,
21:5, 21:7,
21:8, 41:17,
412:7, 437:15
**sumo**
27:20, 28:21,
28:23, 30:22,
31:2, 32:24,
33:1, 95:5,

118:6, 121:12,
127:13, 151:23,
152:9
**sunny**
70:7
**super**
65:15, 66:16
**support**
116:17, 155:2,
155:8, 155:9,
272:22, 273:16,
292:16, 292:20,
293:22, 387:7,
406:14, 452:12
**supported**
197:22, 387:7
**supporters**
419:5
**supporting**
81:17, 351:14
**suppose**
113:19
**supposed**
36:16, 48:12,
48:15, 92:15,
174:17, 182:9
**supposedly**
186:14, 186:19,
187:6
**sure**
16:25, 44:15,
44:17, 49:16,
56:25, 57:3,
57:6, 59:18,
72:7, 76:15,
78:17, 86:4,
86:11, 88:18,
93:12, 101:12,
106:4, 111:21,
120:9, 121:20,
129:8, 144:19,
152:21, 156:15,
177:8, 178:20,
185:23, 192:9,
193:14, 206:14,
227:15, 242:19,
246:13, 248:17,
252:22, 253:3,

253:18, 268:9,
271:3, 272:25,
273:3, 273:14,
275:2, 276:9,
285:13, 291:1,
291:3, 294:1,
307:2, 311:2,
321:19, 322:21,
331:15, 332:5,
343:13, 347:25,
354:18, 358:8,
361:23, 365:24,
368:6, 378:25,
380:23, 396:9,
401:5, 404:9,
405:23, 407:21,
409:9, 413:5,
413:11, 426:21,
427:15, 428:2,
428:14, 436:21,
445:2, 445:4,
446:20, 447:6,
448:19, 449:21,
457:21, 460:6,
463:16
**surface**
431:7, 431:20,
432:1, 437:12
**surmise**
305:14
**surprised**
419:1
**surround**
128:2
**surrounded**
127:19, 260:6,
260:12, 284:18,
310:2
**surrounding**
382:18
**suspended**
411:7
**swarmed**
214:16
**swarming**
213:22, 214:3
**swear**
16:8, 251:2,

251:12
**sweatshirt**
69:14, 70:16,
135:6, 135:13,
139:24, 205:19,
207:23, 217:1,
218:7, 234:1,
245:20, 246:19,
323:23, 372:17,
462:17
**sweatshirts**
328:21
**sworn**
16:12, 251:16,
252:3, 452:11,
453:14
**symbolize**
34:16
**system**
174:11, 270:7

**T**

**t-shirts**
292:22
**tablet**
431:8, 432:11
**taft**
9:21
**take**
17:14, 19:18,
19:21, 25:25,
31:14, 34:21,
34:22, 52:21,
67:4, 96:20,
103:1, 113:17,
131:12, 133:12,
143:25, 144:6,
160:13, 190:14,
195:4, 195:16,
204:5, 259:22,
260:22, 279:11,
281:2, 287:16,
290:13, 294:7,
295:1, 297:20,
305:15, 312:3,
321:2, 323:5,
337:15, 359:11,
367:1, 375:22,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

182

377:20, 380:11,
384:13, 387:2,
393:15, 396:15,
401:23, 407:17,
407:20, 433:21,
453:12, 463:3
**taken**
16:23, 23:6,
23:20, 23:21,
23:23, 23:25,
24:25, 35:5,
59:21, 103:4,
131:18, 141:22,
175:4, 176:16,
197:2, 199:22,
217:24, 277:9,
277:13, 280:10,
281:7, 287:19,
289:6, 294:11,
317:17, 356:7,
359:14, 382:25,
408:1, 436:6,
457:25, 460:10,
466:5, 466:8
**takes**
17:11, 28:6,
106:21, 107:20,
369:2
**taking**
14:25, 23:8,
96:19, 120:10,
179:7, 249:22,
350:3, 352:13
**talk**
25:21, 38:12,
73:4, 89:8,
125:2, 191:25,
199:12, 331:10,
333:19, 345:17,
353:20, 391:7,
399:24, 445:7
**talked**
81:13, 82:11,
205:18, 293:4,
323:8, 331:13,
391:9, 418:9,
424:25, 442:5,
451:2, 451:7,

451:17, 452:9,
454:5, 454:7,
456:1, 456:2,
456:15, 457:17
**talking**
20:16, 27:4,
54:22, 65:21,
70:20, 72:1,
80:3, 81:11,
81:15, 93:3,
117:7, 117:9,
127:15, 128:11,
129:16, 129:21,
139:6, 152:1,
165:1, 185:22,
197:23, 273:8,
285:14, 299:7,
309:4, 335:6,
336:25, 342:25,
343:4, 346:14,
348:12, 349:21,
352:18, 352:20,
352:21, 355:7,
370:15, 385:9,
390:12, 399:21,
413:25, 418:7,
418:23, 420:6,
425:25, 459:1
**talks**
76:6
**targeting**
51:2
**taunt**
116:9
**taunting**
63:9, 80:16,
80:17, 80:23,
113:2, 116:3,
254:6
**teach**
90:15
**teacher**
90:13, 90:19,
117:19, 346:20,
450:17
**teachers**
31:21, 31:24,
88:4, 90:1,

93:13, 346:20
**teachings**
404:18
**team**
27:8, 29:9
**team's**
316:6
**tech**
464:15
**technically**
315:5, 320:24,
325:11
**technician**
8:8, 12:8
**techno**
437:8, 437:9
**technologically**
437:9
**ted**
1:8, 1:18,
1:31, 2:4, 2:14,
2:29, 8:3, 12:3,
18:1, 395:8
**teenage**
119:25
**teenager**
193:6, 193:25
**teenagers**
100:14, 101:2,
101:13, 102:5,
102:10, 103:22
**telephone**
290:20
**television**
317:23, 409:2,
414:22
**tell**
21:22, 29:23,
32:8, 39:19,
59:11, 65:17,
72:7, 72:23,
73:6, 73:7,
83:12, 83:22,
84:12, 84:20,
85:5, 108:15,
122:8, 123:5,
123:8, 136:3,
136:5, 150:19,

159:21, 163:9,
165:4, 185:10,
186:13, 207:12,
207:15, 207:16,
243:16, 248:15,
253:19, 259:19,
275:21, 286:7,
286:24, 309:3,
310:13, 313:16,
319:7, 324:14,
326:6, 327:21,
330:20, 333:8,
362:17, 370:18,
370:22, 371:9,
374:14, 374:15,
383:11, 385:17,
390:17, 396:23,
405:15, 406:12,
452:5, 456:4,
457:20
**telling**
102:18, 156:22,
186:18, 239:4,
318:5, 330:16,
332:21, 332:22,
333:12, 333:13,
382:4
**tells**
333:17, 339:15
**ten**
29:25, 124:4,
128:22, 131:5,
136:11, 166:25,
313:7, 354:9,
364:14, 457:19
**tensions**
399:6
**term**
66:8, 82:12,
94:8, 365:20,
367:8, 382:19
**terminology**
76:16
**terms**
36:23, 45:18,
100:20, 260:15,
378:15
**territory**
188:3

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

**testament**
129:12, 129:19, 130:9
**testified**
16:12, 88:25, 91:16, 196:23, 252:3, 258:23, 261:25, 267:15, 267:17, 276:23, 277:12, 283:2, 288:25, 293:16, 295:22, 297:5, 309:8, 309:12, 333:11, 335:8, 355:19, 359:3, 366:14, 376:6, 378:11, 379:13, 412:20, 414:17, 418:3, 418:5, 418:13, 425:1
**testify**
451:25, 452:13, 452:17, 453:5, 454:9, 454:11
**testifying**
445:22, 453:6
**testimony**
171:15, 212:15, 219:2, 219:7, 233:18, 234:2, 234:7, 234:20, 235:12, 235:20, 284:22, 365:10, 378:4, 410:6, 412:1, 441:19, 447:4, 452:11, 452:21, 453:17, 466:7
**text**
46:7, 46:13, 168:9, 168:22, 176:7, 179:21, 181:25, 183:20, 187:10, 187:13, 188:6, 188:7, 290:19, 291:18, 293:9, 306:3, 306:9, 308:3,

308:18, 394:24, 421:23, 427:24, 427:25, 428:13, 428:21, 436:14, 442:18
**texted**
168:23, 169:19, 183:17, 189:21, 306:12, 308:15
**texting**
291:4, 294:22, 306:6, 308:4
**texts**
167:20, 167:21, 167:23, 169:1, 174:1, 181:11, 181:16, 182:3, 188:11, 196:9, 221:10, 290:16, 291:10, 291:25, 299:4, 306:24, 308:7, 309:2, 427:21, 428:1
**th**
14:20, 17:24, 37:6, 168:16, 168:18, 177:20, 188:9, 249:17, 306:13, 417:22, 425:20, 430:8, 433:6, 466:18
**thank**
126:21, 131:15, 180:8, 291:20, 382:16, 383:6, 463:20, 464:14
**thanked**
410:20
**thanks**
104:16, 252:13
**theme**
143:17
**themes**
362:11
**themselves**
15:3, 49:15, 249:25, 334:16, 413:24, 440:8

**theory**
333:20
**therapist**
21:13
**thereafter**
466:8
**therefore**
210:13
**thin**
457:18
**thing**
28:10, 47:10, 58:17, 86:5, 86:12, 87:15, 88:25, 94:7, 106:7, 109:2, 113:14, 124:13, 127:13, 129:5, 142:2, 142:7, 153:21, 169:5, 176:7, 181:8, 193:9, 194:4, 194:10, 194:23, 194:24, 201:14, 218:20, 282:1, 287:15, 292:17, 301:20, 303:17, 305:1, 315:18, 328:15, 343:19, 354:19, 378:10, 403:21, 410:11, 413:23, 428:25, 432:11, 435:2
**things**
36:1, 36:2, 39:22, 40:4, 43:8, 45:1, 45:7, 50:2, 50:3, 50:6, 50:7, 50:9, 79:15, 81:2, 81:4, 81:7, 81:19, 86:9, 86:18, 89:3, 90:23, 91:9, 96:11, 101:19, 102:1, 116:19, 121:21, 159:24,

160:3, 169:5, 176:8, 176:10, 196:15, 196:17, 197:21, 271:19, 288:20, 291:18, 294:4, 298:12, 299:1, 299:13, 331:6, 333:6, 340:7, 353:2, 353:8, 359:5, 361:25, 362:17, 382:12, 382:13, 388:6, 398:17, 399:14, 399:16, 401:17, 401:18, 404:7, 411:5, 422:3, 423:2, 424:23, 441:20, 446:21, 446:22, 447:5, 455:25, 456:2
**thinking**
116:13, 227:22, 236:20, 238:12, 259:3, 259:16, 262:16, 262:17, 262:19, 352:23, 397:11, 397:15
**thinks**
194:1, 379:11, 384:3, 443:24
**third**
180:12, 253:25, 260:1, 395:12, 403:22, 462:2
**thought**
43:14, 46:16, 46:22, 49:1, 81:10, 91:14, 92:11, 93:13, 95:9, 95:21, 109:9, 114:18, 141:8, 154:24, 181:1, 185:13, 192:8, 270:12, 270:19, 270:22, 276:21, 295:23, 297:7, 297:9,

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 185 of 196 - Page
ID#: 2298

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

184

297:22, 298:7,
298:23, 299:11,
303:20, 308:20,
318:4, 348:25,
349:5, 352:10,
363:14, 403:12,
404:20, 411:8,
426:15, 426:19,
448:23, 449:11,
459:11
**thoughts**
403:6
**thousands**
439:13, 441:14,
441:15
**threat**
131:12
**threatened**
80:10, 80:11,
131:12, 396:20
**three**
20:23, 36:21,
137:7, 160:12,
164:9, 166:22,
204:19, 213:7,
216:22, 217:4,
217:7, 217:11,
234:9, 234:10,
234:22, 241:12,
256:14, 287:14,
325:23, 326:1,
380:6, 391:16,
394:20, 431:14,
449:3
**threw**
112:8, 386:20
**thrive**
81:1
**thrived**
25:18
**through**
1:7, 1:17,
1:30, 2:3, 2:13,
2:28, 19:18,
22:20, 37:3,
37:8, 69:6,
71:3, 73:9,
82:19, 82:21,

147:15, 158:23,
160:3, 161:20,
162:7, 162:22,
169:6, 169:13,
169:20, 169:24,
170:4, 170:9,
172:12, 173:5,
173:9, 173:12,
173:20, 175:7,
175:10, 181:16,
193:14, 196:1,
206:24, 232:16,
234:3, 234:8,
234:22, 261:1,
261:4, 261:10,
262:5, 264:11,
284:21, 287:12,
287:13, 290:15,
299:4, 302:7,
307:23, 310:4,
313:6, 322:19,
334:1, 340:16,
360:1, 389:22,
392:1, 398:9,
424:15, 424:18,
434:22, 436:16,
437:12, 439:10,
439:11, 445:3,
445:5, 450:11,
455:19, 461:20
**throughout**
33:15, 50:19,
86:6, 86:16,
259:15
**throw**
109:17, 112:16
**thumbs**
105:13, 105:17
**timed**
305:7
**timeline**
45:11, 393:2,
408:13, 412:17,
430:5
**times**
1:23, 1:24,
7:12, 7:13,
11:19, 11:20,

14:6, 14:7,
15:14, 31:22,
32:9, 37:15,
57:4, 104:7,
106:3, 120:18,
190:24, 210:19,
249:3, 249:4,
250:6, 308:8,
308:12, 335:14,
345:7, 356:3,
356:8, 393:24,
442:6, 464:23
**titano**
274:16, 274:18,
325:21
**title**
360:16
**to-since**
418:4
**today**
14:23, 16:6,
23:6, 66:9,
68:16, 140:21,
202:24, 210:16,
210:17, 248:13,
249:20, 250:25,
251:8, 299:7,
299:8, 304:17,
309:10, 380:7,
382:24, 403:24,
440:10
**today's**
14:20, 249:17
**todd**
5:4, 6:14, 9:4,
10:21, 15:9,
190:15, 190:22,
250:1, 259:12,
267:25, 313:20,
363:11, 383:3,
395:14, 395:21,
458:13, 460:19,
464:8
**together**
22:7, 43:7,
43:12, 203:20,
391:19, 405:17,
423:6

**told**
16:25, 31:17,
31:20, 32:1,
32:3, 38:14,
38:17, 39:3,
48:4, 48:7,
82:1, 159:20,
185:23, 287:5,
292:5, 299:1,
327:23, 327:25,
328:2, 332:16,
332:19, 333:5,
333:9, 333:13,
346:21, 354:3,
364:8, 384:10,
396:11, 396:21,
397:2, 426:10,
455:24, 456:19
**tom**
65:15, 65:22,
66:12, 82:1,
82:7, 82:9,
288:5, 288:7
**tom's**
66:1
**tomahawk**
153:11, 209:22,
210:8, 210:11,
210:21, 210:25,
212:7, 212:17
**tomahawks**
145:7
**tomorrow**
239:20, 248:10
**ton**
24:10, 353:24
**tone**
321:4, 404:24
**toned**
414:25
**toned-down**
63:22
**took**
21:24, 24:7,
45:17, 47:23,
100:3, 157:17,
159:12, 285:2,
329:14, 362:19,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

185

390:6, 449:15,
449:18, 460:17
**top**
159:13, 160:4,
201:1, 201:2,
201:5, 216:24,
260:21, 277:14,
308:3, 415:18,
418:1, 418:24
**topic**
399:15
**topics**
24:11, 379:23
**total**
99:16, 260:18,
346:25
**totally**
380:7
**touch**
114:5, 114:14,
114:17, 135:8,
135:9, 135:19,
136:17, 139:2,
145:22, 146:7,
147:2, 147:6,
147:16, 147:20,
148:2, 148:4,
148:10, 148:12
**touchdown**
26:17
**touched**
436:1
**touching**
137:21
**tougher**
27:16
**tour**
362:5
**toward**
120:2
**towards**
29:9, 94:13,
103:23, 105:24,
110:13, 120:3,
161:22, 200:18,
220:10, 231:6,
232:9, 237:9,
238:5, 264:9,

264:15, 330:7,
346:6, 390:8,
401:6, 422:11,
423:11, 456:14
**tower**
431:10, 431:15
**town**
399:25
**tp**
360:14
**tpusa**
178:16, 178:17,
179:3, 360:16
**track**
75:7, 75:14
**tradition**
34:14, 88:12
**trailer**
79:8
**tran**
464:23
**transcript**
464:16, 464:19,
466:6
**transferred**
323:11
**transit**
38:23
**transylvania**
18:10
**traurig**
7:6, 11:14,
15:20, 250:15
**traveled**
203:19
**traveling**
203:18, 203:24,
203:25, 204:1
**treat**
192:6
**treated**
307:16, 417:5,
422:24, 423:9
**tremaine**
5:15, 9:15,
250:4
**trend**
288:20

**trending**
393:8
**trey**
358:23
**trial**
21:24, 451:24,
453:1
**tribal**
32:19
**tried**
40:23, 185:19,
199:7, 220:9,
276:22, 391:24,
409:24, 434:19,
436:11, 436:14,
436:16
**tries**
333:19, 453:22
**trip**
35:1, 35:2,
35:3, 35:4,
35:7, 35:20,
36:4, 37:10,
41:22, 45:10,
50:4, 92:16,
130:5, 130:6,
130:7, 174:10,
270:20, 285:1,
389:6
**trips**
262:1
**true**
95:23, 95:24,
176:3, 185:24,
187:1, 210:15,
210:17, 331:17,
466:6
**trump**
42:24, 50:1,
61:10, 62:11,
64:1, 81:5,
81:8, 81:12,
81:15, 109:24,
111:3, 112:5,
112:13, 112:16,
112:17, 115:9,
115:10, 115:25,
116:3, 116:4,

116:10, 116:11,
116:21, 123:15,
124:18, 360:3,
361:1, 361:16,
362:6
**trump's**
42:13
**trust**
397:4
**truth**
185:21
**truthful**
269:18, 320:23,
411:24
**truthfulness**
418:22
**try**
17:5, 17:7,
17:9, 17:12,
34:11, 37:2,
45:23, 80:25,
130:5, 150:11,
174:8, 185:3,
233:20, 244:21,
252:11, 259:25,
276:24, 277:23,
280:1, 298:19,
309:8, 324:5,
324:6, 329:24,
351:11, 357:2,
374:9, 377:11,
429:14, 430:4,
435:2, 461:20
**tuesday**
3:6, 9:2, 10:2,
11:2, 248:21,
249:17
**tuned**
297:18, 311:20
**turn**
29:4, 91:23,
135:14, 196:2,
276:1
**turned**
35:13, 46:14,
127:15, 185:24,
205:2, 230:21,
232:8, 238:1,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

186

272:16, 332:9,
411:23, 421:20
**turning**
129:4, 129:5,
136:20, 137:3,
138:3, 178:17,
360:1, 360:6,
360:22, 374:8,
391:25
**turns**
55:16, 237:2,
237:9, 385:18,
453:22
**tv**
410:1
**tweet**
287:20, 287:22,
288:2, 289:6,
289:10, 418:14,
419:10
**tweets**
289:14, 289:16,
290:4, 290:8
**twice**
32:22, 32:23,
335:13, 349:6,
402:25, 451:5,
459:8
**twist**
301:8, 301:20,
304:7, 306:10,
308:9, 339:21
**twisting**
301:9, 302:14
**twitter**
20:9, 177:18,
289:11, 289:15,
290:3, 393:8,
418:15, 418:25,
442:23, 443:2,
443:4, 443:7,
443:14, 443:19,
444:2, 444:7,
444:9, 444:13,
445:3, 446:7,
446:25, 447:9
**two**
18:3, 20:22,

95:21, 123:13,
128:18, 146:14,
147:5, 148:1,
164:24, 169:1,
187:10, 207:24,
213:7, 233:11,
235:23, 236:15,
241:11, 243:21,
247:4, 247:21,
248:23, 256:14,
263:7, 268:7,
284:4, 286:18,
287:14, 290:25,
315:5, 340:10,
351:7, 362:13,
368:8, 368:11,
375:5, 375:8,
375:20, 375:22,
376:4, 376:8,
376:11, 376:23,
376:24, 385:6,
388:7, 393:20,
414:3, 415:19,
433:20, 436:17,
437:18, 449:2,
451:21
**type**
405:23
**typed**
285:2, 405:22
**typewriting**
466:9
**typical**
31:5
**typically**
91:22, 362:7

---

**U**

**uh-huh**
41:3, 42:21,
48:6, 76:20,
83:11, 134:9,
185:17, 191:19,
196:12, 222:23,
225:2, 265:19,
266:1, 289:8,
294:23, 337:7,
342:6, 390:21,

405:19, 462:5
**uk**
27:7
**ultimately**
397:6, 397:7
**unable**
221:3, 254:2
**unaware**
289:13, 406:22,
441:4
**unborn**
35:6
**uncle**
65:14, 65:22,
66:1, 66:12,
81:25, 82:7,
82:8, 145:7
**unclear**
17:4
**uncomfortable**
259:7, 270:18,
292:25, 403:25,
404:2, 404:14,
404:16, 405:2,
405:10, 448:15
**unconfirmed**
185:25
**under**
141:5, 182:22,
260:20, 466:9
**understand**
19:11, 22:18,
63:2, 65:15,
65:18, 66:8,
77:9, 87:7,
114:10, 129:6,
130:3, 135:18,
142:8, 143:4,
144:1, 144:17,
144:25, 151:15,
153:7, 153:10,
186:17, 210:18,
210:21, 217:11,
233:19, 253:20,
253:23, 255:9,
257:7, 261:11,
266:11, 266:13,
267:7, 269:7,

272:4, 272:5,
272:13, 304:14,
308:16, 311:23,
312:18, 324:7,
325:13, 350:1,
351:24, 353:13,
363:24, 374:16,
376:3, 376:9,
376:15, 376:23,
381:22, 383:14,
387:20, 395:7,
401:7, 404:5,
414:9, 429:24
**understanding**
34:13, 48:14,
48:16, 65:25,
66:2, 66:10,
66:17, 68:13,
68:16, 82:12,
93:16, 122:25,
129:9, 143:8,
144:7, 154:3,
210:23, 211:8,
262:1, 280:16,
316:2, 346:13,
347:21, 350:5,
351:1, 404:10,
415:21, 416:6,
416:10, 424:7,
446:19
**understood**
82:13, 274:2,
285:3, 381:24,
436:22, 445:16
**uneasy**
50:17, 91:9,
293:6
**uneducated**
210:11
**unexpectedly**
419:7
**unfair**
400:24
**unfamiliar**
91:8
**unfortunately**
197:23, 293:9
**unidentified**
464:24

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

187

**unified**
43:5
**uninformed**
154:13
**united**
1:1, 14:18,
249:15, 413:9
**unity**
423:12
**university**
18:10, 153:14,
433:19, 433:22,
434:3
**unless**
271:19, 281:16
**unlike**
26:14, 180:18,
331:6
**unmovable**
312:13, 312:19
**unofficially**
18:18, 18:20
**unreasonable**
137:22, 138:11,
138:21, 255:17
**unsafe**
261:2, 261:7,
261:8, 261:9,
261:16, 261:21,
261:24, 279:24,
280:1
**unsure**
342:17
**unsuspecting**
419:1
**until**
93:25, 162:1,
332:1, 391:2,
423:7, 426:3,
432:2, 435:9,
435:10, 438:21,
461:15
**untrue**
128:1
**untruthful**
411:12
**unturned**
447:7

**upset**
79:17, 79:18
**urge**
42:1
**usa**
178:17, 360:2
**use**
68:12, 94:8,
129:14, 180:10,
187:11, 277:9,
295:18, 334:18,
391:22, 392:6,
400:6, 423:14,
431:6, 431:8,
431:19, 431:20,
431:21, 432:13,
433:20, 437:13,
441:25, 444:7,
444:9, 446:8,
446:13, 447:19,
448:16, 448:18,
450:7, 462:24
**useful**
88:12
**using**
26:12, 169:17,
256:4, 287:1,
375:17, 387:3,
423:10, 448:4
**usually**
26:20, 27:23,
28:5, 28:14,
28:20, 29:4,
31:22, 33:14,
34:9, 34:19,
94:4, 148:22,
149:18, 271:18,
295:6, 423:12,
442:5

**V**

**valor**
413:15
**value**
193:4
**values**
43:15, 43:18,
44:12, 422:15

**vantage**
243:13, 451:10
**variety**
142:10
**various**
391:2
**veracity**
418:22
**verbally**
143:3, 283:4
**versed**
177:1
**version**
1:4, 129:24,
432:10
**versus**
14:3, 14:5,
14:8, 14:11,
14:13, 14:16,
248:25, 249:3,
249:5, 249:8,
249:10, 249:13
**veteran**
413:14
**via**
14:25, 249:23
**viacom**
15:23
**viacomcbs**
5:20, 6:4,
10:4, 10:11
**vicar**
393:19
**victory**
33:9, 33:10,
33:18, 33:20,
132:10, 134:1,
352:9
**video-recorded**
14:2
**videographer**
8:2, 12:2,
14:1, 14:23,
16:5, 59:19,
59:25, 103:2,
103:8, 131:16,
131:22, 199:20,
199:24, 248:14,

**248:18, 248:23,**
249:20, 250:24,
251:23, 281:5,
281:11, 294:9,
294:15, 359:12,
359:18, 407:24,
408:5, 457:23,
458:4, 460:8,
460:14, 463:23,
464:2, 464:10,
464:14
**videos**
52:18, 54:2,
106:5, 204:8,
212:24, 277:13,
288:5, 298:19,
309:9, 341:6,
341:13, 365:17,
368:8, 368:16,
368:23, 368:24,
369:1, 369:4,
369:6, 369:9,
369:13, 369:17,
412:8, 437:20
**videotape**
449:14, 453:23
**videotaped**
203:4, 449:11
**videotaping**
203:1, 385:22
**vietnam**
410:24, 416:20,
417:1, 417:4
**view**
45:3, 56:23,
58:3, 62:8,
66:3, 100:2,
103:25, 235:14,
352:11, 352:14,
371:22, 372:8,
377:2, 377:7,
383:14, 385:16,
405:9, 423:13,
455:25
**viewed**
142:20
**views**
42:17, 42:23

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

188

violence
102:13
viral
270:24, 303:19,
303:22
virtually
3:2, 4:2
visible
73:25, 234:12
visit
393:25
visual
148:9
vlc
242:22
vocal
340:11
voice
15:2, 313:18,
320:13, 321:4
voice-identify
249:24
volume
390:11
voluntarily
452:10
volunteers
262:9
voss
57:18
voters
20:15
vsco
447:18

W

wacker
6:7, 10:14
wait
48:17, 82:18,
93:15, 234:17,
251:12, 461:15
waited
263:25
waiting
180:14, 461:17
waive
251:15

waking
455:15
walk
37:2, 37:8,
39:9, 48:20,
73:14, 147:15,
149:19, 158:23,
175:7, 221:3,
261:14, 262:5,
389:22, 392:13,
404:25, 455:18
walked
40:8, 91:20,
91:22, 149:22,
173:9, 182:4,
183:18, 200:17,
203:4, 203:11,
220:19, 220:21,
234:3, 234:8,
234:21, 234:25,
264:9, 271:14,
338:20, 344:18,
390:2
walking
55:20, 162:22,
170:8, 173:5,
173:11, 193:7,
194:3, 218:11,
261:10, 264:10,
264:11, 264:13,
264:15, 344:23,
346:5
walks
161:20, 272:1
wall
71:23, 72:4,
72:18, 72:19,
327:1, 327:17,
327:24, 381:16
walt
5:11, 9:11,
16:17, 252:7
want
18:21, 22:13,
25:5, 41:14,
58:18, 59:14,
76:5, 76:14,
82:20, 89:2,

91:4, 94:19,
102:17, 107:5,
125:1, 128:16,
148:14, 169:10,
172:14, 181:7,
185:7, 191:3,
193:22, 194:13,
221:12, 224:19,
225:15, 234:20,
240:9, 252:22,
258:25, 259:10,
268:2, 268:5,
268:18, 271:2,
275:21, 279:17,
281:2, 289:21,
294:19, 301:4,
302:3, 307:12,
312:23, 319:6,
329:21, 330:12,
331:16, 334:23,
335:17, 341:5,
354:17, 356:9,
363:15, 365:15,
375:15, 377:19,
380:21, 396:6,
403:21, 404:6,
411:7, 426:12,
426:22, 440:23,
457:19, 459:25,
462:1, 465:12
wanted
35:17, 36:1,
38:16, 40:4,
41:11, 41:23,
58:25, 64:7,
89:1, 91:1,
114:5, 114:14,
114:17, 122:1,
173:8, 173:10,
175:10, 185:11,
198:11, 214:19,
218:11, 224:5,
224:11, 225:12,
233:20, 271:4,
271:8, 271:10,
278:13, 286:16,
289:1, 292:3,
292:13, 339:18,

362:11, 362:15,
362:18, 364:9,
416:1, 439:19
wants
35:15, 191:4,
211:22, 223:21,
224:6, 224:7,
269:17, 279:20,
280:4, 411:5
war
43:3, 43:7,
52:4, 96:21,
142:13, 155:2,
324:3, 362:6,
410:25, 422:16
warning
46:12
washington
5:17, 9:17,
40:7, 45:20,
80:3, 119:16,
175:19, 430:6
watch
67:2, 82:21,
106:25, 108:9,
161:25, 162:7,
216:14, 300:4,
309:8, 356:9,
356:10
watched
67:5, 67:7,
298:18, 337:17,
410:3, 437:20
watching
99:2, 102:4,
102:11, 113:14,
119:25, 134:13,
137:8, 138:12,
138:25, 247:17,
335:15, 341:19,
371:21, 410:2
water
57:16, 57:23,
58:2, 61:3,
61:6, 61:23,
62:11, 62:18,
62:22, 62:24,
64:1, 64:5,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

189

106:22, 107:20,
109:24, 110:3,
110:7, 111:3,
112:1, 112:2,
112:5, 112:9,
112:13, 112:16,
112:17, 112:22,
389:17, 428:1,
428:22
**ways**
155:7, 338:17,
340:10
**we'll**
183:5, 202:16,
354:16
**we're**
69:5, 131:22,
204:12, 208:3,
209:2, 335:15
**we've**
95:2, 95:3,
105:8, 119:12,
218:12, 363:16,
375:8, 376:4,
376:8, 376:23,
378:22, 379:5,
384:15, 386:14,
388:5, 388:6,
388:7, 418:9,
449:13
**weak**
44:23
**weapons**
101:8
**wear**
34:10, 41:15
**wearing**
62:21, 69:13,
69:18, 81:16,
103:15, 106:21,
123:22, 139:23,
180:16, 202:22,
204:24, 208:15,
208:18, 316:24,
342:17, 355:8,
462:16
**websites**
433:10

**week**
67:3, 153:13,
303:10, 440:2,
448:9
**weeks**
289:9
**weigh**
198:20
**weighing**
198:7
**weird**
192:18, 192:24,
259:9
**went**
19:6, 19:8,
19:16, 36:5,
40:8, 40:18,
41:1, 41:4,
41:6, 45:11,
45:12, 46:7,
46:13, 47:7,
47:8, 89:17,
106:15, 135:14,
157:17, 165:18,
181:23, 185:5,
218:10, 226:16,
258:24, 264:19,
264:25, 270:20,
273:6, 279:13,
280:14, 290:24,
387:24, 391:11,
392:11, 392:14,
404:17, 411:1,
411:18, 412:25,
413:9, 440:24,
441:8, 445:3,
445:5, 453:1
**weren't**
41:19, 73:19,
86:18, 87:21,
95:10, 101:19,
127:11, 127:12,
138:20, 151:20,
156:4, 166:10,
210:1, 211:21,
212:15, 220:4,
254:21, 267:11,
290:5, 298:11,

317:7, 327:12,
327:13, 423:2
**wessels**
5:6, 9:6
**west**
5:23, 6:15,
6:22, 10:7,
10:22, 11:7
**whatever**
21:4, 23:18,
29:5, 34:11,
34:23, 37:14,
38:13, 38:16,
38:23, 40:2,
42:3, 44:24,
45:6, 45:13,
46:10, 47:11,
48:18, 50:17,
50:21, 58:18,
59:16, 66:4,
80:5, 84:1,
88:25, 89:20,
93:14, 100:8,
125:23, 129:24,
140:8, 142:11,
163:9, 174:13,
175:7, 179:7,
182:16, 183:4,
198:9, 269:16,
277:7, 279:20,
292:17, 293:5,
295:8, 333:20,
347:25, 348:3,
351:8, 351:9,
351:10, 352:12,
361:5, 361:6,
369:4, 414:12,
439:7, 461:9
**whatsapp**
448:18
**whatsoever**
210:14
**whenever**
410:7, 438:1
**whereof**
466:15
**wherever**
32:10, 115:1,

213:8, 277:10,
280:13, 393:5
**whether**
22:9, 26:9,
55:24, 58:23,
77:21, 84:12,
86:4, 86:11,
86:24, 87:8,
87:10, 87:12,
92:17, 121:1,
140:4, 143:12,
147:23, 148:16,
153:24, 165:18,
166:3, 166:5,
167:13, 170:18,
176:2, 187:7,
190:9, 198:10,
198:11, 243:2,
253:24, 255:5,
262:17, 296:22,
305:16, 358:5,
360:4, 376:2,
381:19, 385:18,
395:3, 399:15,
425:15, 452:11
**whichever**
192:20
**white**
40:10, 41:2,
41:5, 41:6,
41:11, 41:25,
45:12, 50:20,
60:15, 66:4,
70:21, 74:13,
78:13, 81:24,
82:3, 101:2,
101:13, 102:5,
103:22, 119:25,
163:21, 201:14,
202:11, 204:25,
218:7, 220:1,
220:11, 230:7,
273:3, 319:4,
330:13, 335:19,
336:6, 337:24,
342:4, 346:12,
348:13, 348:16,
355:9, 359:7,

Case: 2:20-cv-00023-WOB-CJS   Doc #: 74-1   Filed: 05/23/22   Page: 191 of 196 - Page
ID#: 2304

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

190

371:8, 384:11,
398:25, 421:8
**whoa**
152:19, 152:25,
153:5, 153:6,
153:12
**whoever**
203:5, 243:16,
253:23, 253:24,
254:4, 254:11,
254:23, 320:12
**whole**
52:11, 67:3,
79:10, 79:21,
86:6, 93:19,
109:2, 134:1,
169:4, 176:7,
181:8, 190:25,
191:7, 192:4,
198:21, 198:22,
262:7
**wild**
26:19
**will's**
451:9, 451:10
**willing**
282:2
**win**
350:12
**winner**
350:13
**winning**
352:13, 352:15
**wish**
259:3, 292:6,
292:9, 292:19
**wished**
220:18
**withdraw**
350:6
**within**
87:2, 390:11,
405:5
**without**
46:12, 50:25,
79:10, 184:20,
275:9, 276:14,
329:3, 420:11

**witness**
16:9, 82:23,
107:7, 107:13,
122:13, 130:13,
132:4, 172:16,
177:12, 192:14,
233:16, 251:3,
251:12, 288:7,
309:25, 314:4,
321:21, 321:24,
322:3, 322:6,
322:14, 326:11,
335:25, 354:22,
355:1, 355:4,
357:22, 363:19,
363:25, 364:2,
364:16, 369:24,
370:9, 374:4,
379:19, 381:6,
381:15, 382:3,
382:14, 398:7,
398:13, 401:25,
451:18, 452:23,
453:1, 454:20,
456:12, 456:15,
456:21, 456:24,
457:4, 457:9,
457:14, 460:1,
461:13, 461:22,
462:4, 462:6,
462:18, 462:21,
463:7, 466:15
**witnessed**
53:20, 88:22,
89:1, 98:19,
299:14, 382:9,
384:6
**witnessing**
156:25
**woken**
393:7
**woman**
316:24, 317:24,
342:23, 354:20,
355:1, 417:1,
417:10, 420:6
**won**
272:3, 273:23,

324:3, 349:6,
349:10, 349:11,
349:23, 349:24,
350:3, 350:8,
350:24, 351:8,
351:9, 352:7,
352:14, 369:15
**wondering**
30:22, 459:10
**woo**
105:13
**word**
68:13, 74:23,
83:16, 269:21,
273:24, 285:4,
287:2, 287:7,
334:19, 335:10,
344:4, 366:4,
377:10, 387:3,
410:12, 436:16
**words**
17:11, 28:24,
60:3, 66:16,
143:13, 283:1,
283:5, 285:4,
286:9, 297:6,
298:6, 332:13,
340:23, 341:3,
375:5, 375:17,
394:2, 406:17,
423:25, 435:3,
436:12
**work**
43:12, 190:17,
424:18, 432:11
**worked**
19:25, 20:1,
20:2, 20:3,
361:5, 412:7
**working**
322:10, 397:1,
424:11
**workout**
46:24
**works**
21:14, 384:20,
416:11
**workshops**
400:1

**world**
43:3, 275:24,
384:20, 422:16
**worried**
79:19, 80:1,
98:16, 98:25,
149:21
**worries**
128:23
**worry**
99:2, 281:24,
294:4
**worse**
237:23
**worth**
184:16
**worthy**
42:4
**wouldn't**
32:25, 52:7,
59:10, 84:24,
96:18, 109:11,
121:9, 124:15,
165:16, 189:9,
234:4, 236:1,
343:11, 379:7,
390:12, 438:15,
439:14
**wrap**
247:6
**wrestler**
304:6
**wrestlers**
28:23, 304:6
**wright**
5:15, 9:15,
250:4
**write**
262:21, 362:14,
362:18, 363:2,
407:3
**writer**
362:16, 362:17,
362:23
**writes**
179:11, 403:1
**writing**
30:18, 260:19,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

191

260:21, 361:8
**written**
363:5, 403:8,
432:16, 449:9,
452:11, 453:14
**wrong**
38:24, 77:8,
112:21, 131:3,
137:2, 158:5,
174:19, 175:20,
188:12, 190:9,
234:25, 242:9,
287:7, 313:22,
319:3, 370:24,
389:11, 413:15,
424:20
**wrote**
259:22, 275:10,
285:7, 295:22,
362:19, 363:8,
363:22, 406:1,
432:20, 438:11,
455:4

---
**Y**
---

**year**
18:11, 19:3,
20:12, 21:25,
24:9, 28:16,
35:5, 35:25,
88:9, 98:5,
291:4, 431:10,
432:2, 432:7,
432:8, 432:9,
435:10, 437:12,
437:22, 451:6
**year-old**
234:7, 234:21,
235:13, 235:14,
448:6
**year-old-kid**
305:6
**years**
17:22, 38:20,
100:9, 100:11,
289:22, 367:14,
380:6, 414:3,
432:9, 432:10,

436:17, 449:3,
451:21
**yell**
148:5
**yelled**
67:12, 88:6,
89:18, 116:22,
339:20, 383:24
**yelling**
29:2, 66:20,
74:22, 79:24,
91:14, 101:13,
111:4, 112:5,
112:13, 116:10,
116:20, 116:21,
120:1, 120:11,
147:16, 147:20,
150:21, 150:23,
240:8, 240:18,
304:9, 304:10,
304:14
**yep**
355:10
**yesterday**
251:6, 264:18,
329:4
**york**
1:23, 1:24,
7:9, 7:12, 7:13,
11:16, 11:19,
11:20, 14:6,
15:14, 104:7,
249:3, 249:4,
250:6, 345:7,
464:22
**young**
188:13, 188:19,
189:22
**younger**
18:3, 178:8,
354:1, 367:14,
448:3
**yourself**
22:22, 93:8,
191:22, 219:16,
229:9, 247:9,
337:8, 398:5
**youtube**
416:23

---
**Z**
---

**zealand**
32:20
**zero**
30:5, 227:10
**zone**
52:4
**zoom**
14:25, 20:17,
249:23

---
**.**
---

**.1188**
5:9, 9:9
**.1222**
6:17, 10:24
**.1400**
7:10, 11:17
**.3071**
7:18, 11:25
**.4300**
9:25
**.4499**
5:18, 9:18
**.8000**
6:10, 10:17
**.8280**
6:25, 11:10
**.8900**
5:25, 10:9

---
**0**
---

**00023**
1:21, 14:7,
249:4
**00024**
1:34, 14:10,
249:7
**00025**
2:7, 14:12,
249:9
**00026**
2:17, 14:15,
249:12
**00027**
2:32, 14:17,
249:14

**00056**
1:11, 14:5,
249:2
**02**
145:17, 358:3,
358:14, 464:5
**05**
83:4, 222:5,
334:5, 336:15,
465:15
**06**
158:11, 359:13,
359:15
**07**
151:8, 152:13,
242:23, 243:11,
348:9, 350:19
**08**
83:4
**09**
106:16, 108:22,
108:25

---
**1**
---

**1**
117:2, 118:2,
118:12, 118:13,
159:5, 222:5,
223:7, 225:24,
226:3, 311:8,
311:11, 312:7,
312:10, 312:24,
313:2, 313:5,
314:6, 314:9,
315:20, 329:17,
330:5, 334:2,
335:1, 358:3,
358:14, 366:22,
367:23, 389:12,
407:25, 408:2
**10**
5:23, 6:15,
10:7, 10:22,
30:6, 38:2,
59:20, 59:22,
59:24, 60:1,
127:1, 127:2,
127:3, 128:5,

**159:3**, 167:17,
180:4, 180:5,
180:6, 201:21,
206:6, 206:12,
209:3, 240:3,
287:11, 294:10,
294:12, 294:14,
294:16, 341:15,
354:12
**100**
119:25
**102**
275:18
**103**
276:1, 337:5,
337:11, 406:10
**104**
275:19
**105**
259:13
**106**
259:13
**11**
13:12, 18:7,
54:8, 103:3,
103:5, 103:7,
103:9, 128:25,
131:7, 176:22,
180:6, 195:9,
354:11, 355:23,
448:6
**115**
461:24, 462:4
**12**
13:11, 56:7,
131:17, 131:19,
131:21, 131:23,
143:21, 144:11,
161:1, 176:23,
179:13, 179:15,
180:7, 183:10,
215:10, 215:18,
243:11, 244:1,
316:15, 359:13,
359:15, 359:17,
359:19, 448:6
**12207**
7:9, 11:16

**128**
341:11, 341:12
**13**
3:3, 5:2, 6:2,
7:2, 13:14,
14:20, 106:12,
145:17, 146:2,
150:14, 150:17,
151:3, 158:11,
172:20, 181:6,
209:13, 307:23,
419:22, 419:23,
421:10
**1301**
5:16, 9:16
**135**
99:25
**14**
3:6, 9:2, 10:2,
11:2, 71:17,
151:3, 152:13,
152:16, 155:20,
190:20, 248:21,
249:17, 289:18,
463:6
**140**
99:25
**15**
13:11, 59:20,
59:22, 106:16,
115:7, 117:2,
143:21, 152:16,
155:20, 183:10,
195:3, 195:6,
195:13, 229:7,
229:8, 258:15,
289:18, 318:19,
329:11, 329:17,
408:4, 408:6,
462:25
**1530**
291:7
**1531**
291:10
**1532**
291:17
**1533**
291:17

**1534**
291:19
**1548**
291:24
**1549**
292:4
**155**
104:7
**1562**
293:9
**16**
3:4, 3:7, 13:3,
13:15, 14:22,
18:7, 99:24,
131:17, 131:19,
146:2, 188:24,
191:18, 204:8,
204:10, 206:9,
206:22, 208:11,
209:7, 209:14,
209:16, 213:4,
214:10, 215:1,
215:13, 216:17,
221:19, 222:4,
222:17, 226:1,
229:24, 230:17,
249:19, 299:18,
299:20, 299:23,
300:23, 311:7,
311:8, 311:10,
311:14, 312:9,
313:1, 313:11,
314:11, 314:22,
315:22, 316:18,
318:18, 318:21,
319:12, 319:20,
320:10, 321:23,
322:2, 322:12,
323:1, 323:18,
323:25, 324:9,
324:19, 427:17,
463:5
**165**
104:8
**166**
103:12, 104:5
**1683**
9:24

**169**
172:19, 172:20
**17**
13:12, 195:9,
227:3, 227:4,
227:5, 227:8,
228:2, 228:22,
229:12, 229:19,
230:3, 230:19,
231:19, 233:14,
239:6, 239:24,
252:15, 252:21,
252:24, 253:2,
294:10, 294:12,
301:13, 301:14,
301:17, 302:1,
302:11, 305:6,
309:17, 309:18,
309:21, 310:7,
310:19, 310:24,
347:13, 437:23
**1705**
308:3
**1714**
294:20
**1735**
421:11
**18**
37:6, 100:8,
128:25, 133:22,
134:20, 134:23,
239:23, 240:2,
240:5, 240:14,
241:3, 241:6,
241:17, 242:14,
243:9, 244:4,
245:8, 246:1,
246:23, 248:4,
252:14, 252:19,
253:1, 253:5,
253:13, 256:17,
256:24, 258:12,
283:11, 311:8,
369:4, 373:7,
373:8, 373:12,
375:2, 378:17,
379:3, 385:3,
417:22

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

193

**1804**
419:25
**182**
104:8
**183**
13:11, 183:9
**187**
13:11, 183:10
**19**
1:11, 13:15,
14:5, 17:22,
54:8, 83:2,
100:9, 168:16,
168:18, 177:20,
188:9, 233:12,
249:2, 252:16,
259:12, 275:16,
275:17, 290:4,
306:13, 369:4,
386:10, 388:12,
389:9, 427:17,
430:8, 433:6
**1935**
427:24
**1940**
422:20, 422:24
**195**
13:12, 195:8
**1970**
417:9
**199**
13:12, 195:9
**1997**
428:4
**1:**
83:4, 106:16,
108:22, 108:25,
127:1, 127:2,
128:25, 131:7,
144:11, 145:17,
146:2, 150:14,
150:17, 151:3,
151:8, 152:13,
152:16, 155:20,
375:2, 378:17,
379:3, 385:3,
386:10, 388:12,
389:9

---
**2**
---
**2**
122:14, 122:15,
199:21, 199:23,
199:25, 200:2,
316:15, 316:19,
334:5, 336:15,
336:18, 345:11,
345:14, 347:14,
348:6, 408:4,
408:6
**2,047**
196:2
**20**
1:21, 1:34,
2:7, 2:17, 2:32,
14:7, 14:10,
14:12, 14:15,
14:17, 48:25,
79:23, 92:9,
100:11, 126:25,
132:1, 177:20,
231:8, 238:23,
249:4, 249:7,
249:9, 249:12,
249:14, 275:18,
311:11, 318:23,
320:3, 336:18,
337:1, 345:11,
389:12, 405:13,
409:14, 425:20,
433:6
**20005**
5:17, 9:17
**2019**
35:1, 36:4,
177:20, 290:5,
395:13, 417:22,
433:6, 435:6,
437:2, 439:5,
443:8, 446:14
**202.973**
5:18, 9:18
**2021**
3:3, 3:6, 5:2,
6:2, 7:2, 9:2,
10:2, 11:2,

---
14:21, 248:21,
249:18, 466:17
**2025**
466:19
**21**
78:6, 231:22,
269:1, 280:22,
386:10
**210**
104:6
**218**
51:14
**22**
139:18, 150:14,
199:21, 199:23,
287:10, 312:7,
319:13, 395:13,
408:13, 408:15,
408:21, 410:8
**23**
78:22, 287:25,
288:9, 288:11,
408:10, 466:17
**233**
6:7, 10:14
**24**
17:24, 118:2,
134:18, 134:20,
211:25, 212:1,
290:12, 290:14,
351:19, 433:5,
446:21, 449:21
**2400**
7:16, 11:23
**25**
13:14, 57:9,
103:3, 103:5,
144:11, 240:11,
241:1, 294:18,
305:22, 305:23,
307:23, 354:12
**250**
5:7, 9:7,
260:12, 260:13,
260:22
**252**
13:3
**26**
59:24, 60:1,

---
108:22, 161:12,
162:2, 162:16,
305:21, 307:10,
373:12
**266**
269:1
**267**
269:1
**27**
307:9, 307:19,
307:20, 308:1,
320:8, 321:20,
388:12
**2700**
5:23, 10:7
**28**
159:5, 322:24,
326:5, 326:13,
326:22, 327:5,
329:19, 330:4,
334:4, 335:4,
336:2, 336:17,
466:18
**29**
64:10, 64:19,
65:7, 74:3,
74:15, 76:10,
98:10, 168:16,
312:10, 312:24,
313:5, 328:5,
328:7, 328:10,
345:7, 345:9,
345:13, 346:3,
347:16, 348:8,
348:23, 349:17,
350:21, 351:21,
355:25, 457:24,
458:1
**2:-cv--wob-cjs**
2:7, 2:17,
2:32, 14:12,
14:15, 14:17,
249:9, 249:12,
249:14

---
**3**
---
**3**
37:16, 126:25,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

194

132:14, 133:17,
242:23, 243:11,
245:6, 245:9,
246:14, 246:15,
248:1, 248:19,
248:20, 319:13,
319:21, 320:3,
320:8, 321:20,
322:17, 322:24,
323:16, 323:19,
324:17, 324:20,
324:24, 325:23,
348:9, 350:19,
351:19, 351:22,
355:14, 356:1,
457:24, 458:1,
458:3, 458:5,
460:9, 460:11,
460:13, 460:15
**30**
37:16, 38:1,
46:3, 48:25,
51:24, 92:9,
122:4, 122:14,
209:18, 345:8,
354:25, 355:14,
355:23, 356:15,
356:18, 356:23,
356:25, 358:12,
358:18, 371:14,
427:12
**300**
7:16, 11:23
**306**
13:13, 305:24
**307**
13:13, 305:25
**308**
13:14, 307:22
**309**
13:14, 168:7,
307:23
**31**
364:17, 364:19,
365:4, 366:24,
368:1
**310**
169:9

**312.876**
6:10, 10:17
**317.635**
5:25, 10:9
**32**
98:14, 127:1,
127:2, 127:3,
213:11, 214:8,
214:21, 214:24,
215:5, 223:4,
239:7, 244:5,
245:6, 319:21,
323:16, 370:5,
370:11, 371:13,
372:13
**326**
181:16
**327**
181:24, 183:15
**328**
183:20
**33**
57:14, 108:25,
294:14, 294:16,
322:17, 351:22,
355:14, 356:1,
394:17, 394:19,
459:16, 459:17,
460:21, 460:24,
461:5, 461:12,
461:13, 461:21,
463:16
**335**
181:16, 187:19,
188:7
**34**
74:8, 223:7,
225:24, 309:18,
316:19, 389:9,
401:21, 401:22
**35**
301:14, 302:6,
354:12, 356:21,
357:2, 357:3
**36**
58:9, 323:19,
324:17, 426:23,
426:25

**37**
122:15, 213:13,
245:9, 245:23,
246:14, 310:17,
345:14, 347:14
**38**
56:5, 56:8,
57:9, 57:13,
58:8, 103:7,
103:9, 252:20,
253:11, 419:22,
420:2
**39**
60:21, 64:14,
64:20, 248:19,
248:20, 301:24,
302:8, 302:9,
313:2, 314:6,
421:9, 421:13
**396015**
1:40
**396018**
1:40
**3rd**
20:20

**4**

**4**
46:3, 48:25,
134:18, 134:20,
134:23, 135:1,
139:13, 253:11,
256:12, 464:5,
465:15
**40**
46:11, 92:10,
118:12, 118:13,
137:17, 423:4
**40202**
6:24, 11:9
**41**
199:25, 200:2,
427:12, 427:20
**41011**
9:24
**41017**
5:8, 7:17, 9:8,
11:24

**42**
246:2, 246:15,
248:1, 314:9,
345:6, 345:7
**427**
13:15, 427:16
**43**
60:17, 256:12,
310:22, 324:20,
324:24, 330:5,
334:2, 335:1,
344:17, 345:5,
345:6, 345:7,
458:9, 458:10,
460:17
**43215**
6:16, 10:23
**44**
60:20, 64:20,
78:20, 125:12,
214:23, 215:16,
325:23, 344:19,
345:5, 375:2,
378:17, 379:3,
458:9, 458:10,
458:12, 458:16
**45**
30:11, 128:6,
150:17, 151:3,
241:9, 272:19,
458:3, 458:5
**46**
257:24
**46204**
5:24, 10:8
**463**
13:15, 427:17
**466**
1:41
**47**
131:7, 366:22,
367:23, 460:9,
460:11
**49**
64:9, 64:13,
64:18, 65:6,
65:10, 65:11,
185:16

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Nicholas Sandmann
Conducted on 9/13/2021 & 9/14/2021

195

**498**
168:10
**499**
169:2
**4th**
6:23, 11:8

5

**5**
139:18, 177:20
**50**
9:22, 46:11,
68:6, 68:9,
69:8, 71:12,
71:17, 72:13,
72:24, 74:2,
110:24, 111:8,
113:21, 132:14,
133:17, 137:17,
325:22, 359:17,
359:19, 392:22
**500**
5:7, 5:16, 9:7,
9:16, 169:2
**501**
169:8
**502.540**
6:25, 11:10
**51**
78:6
**518.689**
7:10, 11:17
**52**
221:16, 315:20,
385:3
**53**
74:2, 74:3,
74:7
**54**
7:7, 11:15,
51:20, 118:17,
131:21, 348:6
**547**
181:25, 183:17
**548**
183:20
**55**
131:23, 135:1,

139:13, 226:3,
239:25, 299:20
**551**
185:18
**56**
60:17, 222:1,
281:6, 281:8,
356:19, 356:21,
356:23, 358:3,
372:14
**57**
79:2, 82:17,
126:3, 281:10,
281:12, 460:13,
460:15
**573**
188:6, 188:11
**58**
74:15, 76:9,
354:11, 364:23,
365:2, 407:25,
408:2
**59**
74:18, 177:20,
367:13
**5900**
6:8, 10:15

6

**6**
392:22
**60**
423:7
**600**
25:25
**60606**
6:9, 10:16
**615.565**
6:17, 10:24
**65**
234:7, 234:21,
235:13, 235:14
**662**
290:15, 290:19
**667**
291:24
**671**
290:15, 293:9

**6th**
7:8, 11:15

7

**70**
423:17
**710**
6:22, 11:7
**717**
308:2
**720**
294:19
**73**
345:6
**74**
294:20, 345:6
**780**
305:23

8

**8**
168:16
**803**
427:20, 427:24
**804**
427:21, 428:4
**850**
9:23
**859.344**
5:9, 9:9
**859.547**
9:25
**859.578**
7:18, 11:25

9

**9**
3:4, 3:7,
14:22, 38:1,
249:19, 281:6,
281:8, 281:10,
281:12
**90**
109:12
**999**
439:15