UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:20CV23 (WOB)

NICHOLAS SANDMANN                                    PLAINTIFF

VS.                            <u>**JUDGMENT**</u>

THE NEW YORK TIMES CO.                               DEFENDANT

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR.** This matter is hereby **STRICKEN** from the docket of this Court.

This 26ᵗʰ day of July 2022.



Signed By:
_William O. Bertelsman_ WOB
United States District Judge