UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| **NICHOLAS SANDMANN,** | Case No. 2:20-cv-00023-WOB-CJS |
| **Plaintiff,** | Judge William O. Bertelsman |
| v. | |
| **THE NEW YORK TIMES COMPANY d/b/a THE NEW YORK TIMES,** | NOTICE OF APPEAL |
| **Defendant.** | |

Plaintiff, Nicholas Sandmann, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on July 26, 2022 (Docket #82).

Respectfully submitted,

*/s/ Todd V. McMurtry*
Todd V. McMurtry (KBA #82101)
J. Will Huber (KBA #99339)
HEMMER DEFRANK WESSELS PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, Kentucky 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
whuber@hemmerlaw.com

*Trial Attorneys for Plaintiff,
Nicholas Sandmann*

**CERTIFICATE OF SERVICE**

    This is to certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

                                      */s/ Todd V. McMurtry*
                                      Todd V. McMurtry, Esq.